AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust <br><br> *Plaintiff(s)* <br><br> v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No.  1:21-cv-00157-CL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jarvis, Dreyer, Glatte & Larsen, LLP
823 Alder Creek Drive
Medford, OR 97504

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bonnie M. Richardson / Christine N. Moore
Richardson Wright LLP
805 SW Broadway, Suite 470
Portland, OR 97205
bonnie@richardsonwright.com / christine@richardsonwright.com
Phone: (503) 546-4622 / Fax: (503) 296-5916

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **02/02/2021**

**By: s/jmontgomery, Deputy Clerk**