**Bonnie Richardson, OSB No. 983331**
Email: bonnie@richardsonwright.com
**Christine Moore, OSB No. 060270**
Email: christine@richardsonwright.com
**Zachariah Allen, OSB No. 122729**
Email: zach@richardsonwright.com
Richardson Wright LLP
805 SW Broadway, Suite 470
Portland, Or 97205
Telephone: (503) 546-4637
        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust, ) | Case No. 1:21−cv−00157−CL |
| ) | |
| Plaintiff, ) | **RETURN OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| MARK A. WISNOVSKY, an individual; ) | |
| MICHAEL J. WISNOVSKY, an individual; ) | |
| PATRICK HUYCKE, an individual; VALLEY ) | |
| VIEW WINERY, INC., an Oregon corporation; ) | |
| JARVIS, DREYER, GLATTE & LARSEN, ) | |
| LLP, an Oregon partnership, fka Huycke ) | |
| O'Connor Jarvis, LLP, ) | |
| ) | |
| Defendants. ) | |

# RETURN OF SERVICE EXECUTED

RETURN OF SERVICE

**RICHARDSON WRIGHT LLP**
805 SW Broadway, Suite 470
Portland, OR 97205
Telephone:  (503) 546-4637

# PROOF OF SERVICE

**Client Info:**

Mercury PDX
PO Box 2274
Portland, OR  97208

**Case Info:**

**PLAINTIFF(S):**
JOANNE COUVRETTE, as Trustee of the Ann M. Wisnovsky Trust,
  -versus-
**DEFENDANT(S):**
MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual, VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSON

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

Court Case # **1:21-cv-00157-CL**

**Service Info:**

I hereby certify that on **2/8/2021** at **02:57 PM**

Service: I Served **JARVIS, DREYER, GLATTE & LARSON** at **823 ALDER CREEK ROAD MEDFORD, OR 97504** by

Manner of Service: **Substitute (Business Office)**

   A certified/true copy of:

**SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL CASE ASSIGNMENT ORDER AND DISCOVERY AND PRETRIAL SCHEDULING ORDER** by personally leaving with **ERIK GLATTE , PARTNER**

I hereby certify that I enclosed a copy of **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL CASE ASSIGNMENT ORDER AND DISCOVERY AND PRETRIAL SCHEDULING ORDER** and a copy of this Proof of Service in a postpaid sealed wrapper properly addressed to:

**JARVIS, DREYER, GLATTE & LARSON** the above intended recipient at **823 ALDER CREEK ROAD MEDFORD, OR 97504** and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within the State of Oregon on **2/11/2021**.

I **Jessica Stabile** am a competent person over the age of eighteen, a resident of the State of Oregon, not a party to nor an officer, director or employee of, nor an attorney for any party, corporate or otherwise and knew that the person, firm or corporation served is the identical one named in the above entitled action.

Signature of Server:
**Jessica Stabile**

**CPS Legal Support Services, LLC**
PO Box 1405
Medford, OR 97501
Phone: (541) 951-9357

Our Job # **31828**     Client Ref # **Courvrette v. Wisnovsky, et al**