**Bonnie Richardson, OSB No. 983331**
Email: bonnie@richardsonwright.com
**Christine Moore, OSB No. 060270**
Email: christine@richardsonwright.com
**Zachariah Allen, OSB No. 122729**
Email: zach@richardsonwright.com
Richardson Wright LLP
805 SW Broadway, Suite 470
Portland, Or 97205
Telephone: (503) 546-4637
      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust, )<br><br>)<br>Plaintiff, )<br><br>)<br>vs. )<br><br>)<br>MARK A. WISNOVSKY, an individual; )<br>MICHAEL J. WISNOVSKY, an individual; )<br>PATRICK HUYCKE, an individual; VALLEY )<br>VIEW WINERY, INC., an Oregon corporation; )<br>JARVIS, DREYER, GLATTE & LARSEN, )<br>LLP, an Oregon partnership, fka Huycke )<br>O'Connor Jarvis, LLP, )<br><br>)<br>Defendants. ) | Case No. 1:21−cv−00157−CL<br><br>**RETURN OF SERVICE** |

# RETURN OF SERVICE EXECUTED

**RETURN OF SERVICE**

# AMENDED PROOF OF SERVICE

**Client Info:**

Mercury PDX
PO Box 2274
Portland, OR  97208

**Case Info:**

**PLAINTIFF(S):**
JOANNE COUVRETTE, as Trustee of the Ann M. Wisnovsky Trust,
  -versus-
**DEFENDANT(S):**
MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an
individual; PATRICK HUYCKE, an individual, VALLEY VIEW WINERY,
INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSON

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
OREGON

Court Case # **1:21-cv-00157-CL**

**Service Info:**

I hereby certify that on **2/5/2021** at **04:13 PM**

Service: I Served **PATRICK HUYCKE** at **14 N. CENTRAL AVENUE, SUITE 104 MEDFORD, OR 97501** by

Manner of Service: **Substitute (Business Office)**

   A certified/true copy of:

**SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL CASE ASSIGNMENT ORDER AND DISCOVERY AND PRETRIAL
SCHEDULING ORDER** by personally leaving with **TAMI SCHNEIDER , RECEPTIONIST - AUTHORIZED TO ACCEPT**

I hereby certify that I enclosed a copy of **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL CASE ASSIGNMENT ORDER
AND DISCOVERY AND PRETRIAL SCHEDULING ORDER** and a copy of this Proof of Service in a postpaid sealed wrapper
properly addressed to:

**PATRICK HUYCKE** the above intended recipient at **14 N. CENTRAL AVENUE, SUITE 104 MEDFORD, OR 97501** and deposited
said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within the State
of Oregon on **2/5/2021**.

I **Christopher B. Conner** am a competent person over the age of eighteen, a resident of the State of Oregon, not a party to nor
an officer, director or employee of, nor an attorney for any party, corporate or otherwise and knew that the person, firm or
corporation served is the identical one named in the above entitled action.

Signature of Server:_____
**Christopher B. Conner**

**Conner Process Service**
PO Box 1405
Medford, OR 97501
Phone: (541) 951-9357

Our Job # **31827**    Client Ref # **Courvrette v. Wisnovsky, et al**