**Gregory T. Lusby**, OSB No. 933490
glusby@arnoldgallagher.com
**ARNOLD GALLAGHER P.C.**
800 Willamette Street, Suite 800
Eugene, Oregon 97401-2996
Telephone: (541) 484-0188
Facsimile: (541) 484-0536

*Of Attorneys for Defendant*
*Jarvis, Dreyer, Glatte & Larsen, LLP*
*fka Huycke O'Connor Jarvis, LLP*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| **JOANNE COUVRETTE**, as trustee of the Ann M. Wisnovsky Trust,<br><br>Plaintiff,<br><br>vs.<br><br>**MARK A. WISNOVSKY**, an individual; **MICHAEL J. WISNOVSKY**, an individual; **PATRICK HUYCKE**, an individual; **VALLEY VIEW WINERY, INC.**, an Oregon corporation; **JARVIS, DREYER, GLATTE & LARSEN, LLP**, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>Defendants. | Case No. 1:21-cv-00157-CL<br><br>**DECLARATION OF GREGORY T. LUSBY IN SUPPORT OF UNOPPOSED MOTION PER FRCP 6(b) FOR AN ADDITIONAL 14 DAYS TO FILE AN ANSWER OR RESPONSIVE PLEADING ON BEHALF OF DEFENDANT JARVIS, DREYER, GLATTE & LARSEN, LLP** |



ARNOLD
GALLAGHER

A PROFESSIONAL
CORPORATION

800 Willamette
Suite 800
P.O. Box 1758
Eugene, Oregon
97440-1758

541/484-0188

I, Gregory T. Lusby, declare as follows:

1.      I am an attorney for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP in the above-referenced matter. I have prepared this declaration in support of the unopposed motion for an additional 14 days to file an answer or responsive pleading on behalf of Defendant Jarvis, Dreyer, Glatte & Larsen, LLP.

**DECLARATION OF GREGORY T. LUSBY - 1**

2.      I have conferred with counsel for Plaintiff and they have no objection to this request for a 14-day extension of time for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP to file an answer or responsive pleading.

3.      Defendant Jarvis, Dreyer, Glatte & Larsen, LLP previously confirmed a willingness to waive service in this matter pursuant to FRCP 4, but service had already been initiated on Defendant Jarvis, Dreyer, Glatte & Larsen, LLP.

4.      This motion is presented in good faith and not for purposes of delay.

5.      No trial date has been scheduled.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 26th day of February, 2021.

_s/ Gregory T. Lusby_
**GREGORY T. LUSBY**



ARNOLD
GALLAGHER

A PROFESSIONAL
CORPORATION

800 Willamette
Suite 800
P.O. Box 1758
Eugene, Oregon
97440-1758

541/484-0188

**DECLARATION OF GREGORY T. LUSBY - 2**

## CERTIFICATE OF SERVICE

I certify that on February 26, 2021, I served or caused to be served a copy of the foregoing **DECLARATION OF GREGORY T. LUSBY IN SUPPORT OF UNOPPOSED MOTION PER FRCP 6(B) FOR AN ADDITIONAL 14 DAYS TO FILE AN ANSWER OR RESPONSIVE PLEADING ON BEHALF OF DEFENDANT JARVIS, DREYER, GLATTE & LARSEN, LLP** addressed to the party or the attorney for each party as follows:

Bonnie M. Richardson
Christine N. Moore
Zachariah H. Allen
RICHARDSON WRIGHT LLP
805 SW Broadway #470
Portland, OR 97205
Fax: 503-296-5916
Email: bonnie@richardsonwright.com
christine@richardsonwright.com
zach@richardsonwright.com
*Of Attorneys for Plaintiff*

Bernard S. Moore
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
2592 E. Barnett Road
Medford, OR 97504
Fax No.: 541-779-6379
Email: moore@fdfirm.com
*Of Attorneys for Defendant Huycke*

☐ by **mailing** a copy thereof in a sealed, first-class postage prepaid envelope to the address listed above and deposited in the United States Post Office at Eugene, Oregon.

☐ by causing a copy thereof to be **hand-delivered** to the address listed above.

☐ by sending a copy thereof via **overnight courier** to the address listed above.

☐ by **faxing** a copy thereof to the fax number listed above.

☐ by **emailing** a copy thereof to the email address listed above.

☒ by **electronic service** via the Federal Court's CM/ECF system.

☐ by **electronic service** via the State Court's Odyssey File & Serve system to those who have electronically appeared in this matter pursuant to UTCR 21.100(1)(a).

ARNOLD GALLAGHER P.C.

 *s/ Gregory T. Lusby*
**GREGORY T. LUSBY**, OSB #933490
Attorneys for Defendant Jarvis, Dreyer,
Glatte & Larsen, LLP

**AG**

ARNOLD
GALLAGHER

A PROFESSIONAL
CORPORATION

800 Willamette
Suite 800
P.O. Box 1758
Eugene, Oregon
97440-1758

541/484-0188