**Bonnie Richardson, OSB No. 983331**
Email: bonnie@richardsonwright.com
**Christine Moore, OSB No. 060270**
Email: christine@richardsonwright.com
**Zachariah Allen, OSB No. 122729**
Email: zach@richardsonwright.com
Richardson Wright LLP
805 SW Broadway, Suite 470
Portland, Or 97205
Telephone: (503) 546-4637
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust, ) ) ) | Case No. 1:21−cv−00157−CL |
| Plaintiff, ) ) | JOINT RULE 26 REPORT |
| vs. ) ) | |
| MARK A. WISNOVSKY, an individual; ) MICHAEL J. WISNOVSKY, an individual; ) PATRICK HUYCKE, an individual; VALLEY ) VIEW WINERY, INC., an Oregon corporation; ) JARVIS, DREYER, GLATTE & LARSEN, ) LLP, an Oregon partnership, fka Huycke ) O'Connor Jarvis, LLP, ) ) | |
| Defendants. ) | |

By and through their attorneys of record, who are set forth below, the parties have prepared and hereby submit this Joint Rule 26 report as required by Federal Rules of Civil Procedures 16(b) and 26(f), District of Oregon Local Rule 26-1.

///

///

Page 1 – JOINT RULE 26 REPORT

A. **DISCOVERY PLAN**

    1. Rule 26(a)(1) Disclosures

The parties will exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before **April 15, 2021**.

    2. Scope of Discovery and Discovery Dates

All discovery will be conducted pursuant to the Federal Rules of Civil Procedure. No deviation from the Federal and Local Rules is requested at this time.

The parties anticipate conducting discovery regarding the allegations in Plaintiff's complaint and any answers, affirmative defenses, and other claims filed by the defendants.

The parties do not presently anticipate any need for discovery to be conducted in phases or to be limited to or focused on particular issues.

The parties propose that discovery shall be completed by **December 1, 2021**.

The parties did not identify any specific discovery issues about claims of privilege or protection of trial-preparation materials.

    3. Electronically Stored Information

The parties have discussed electronically stored information, as required by Local Rule 26-1 and Fed. R. Civ. P. 26(f)(3)(C). The parties do not anticipate any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced. The parties agree that ESI will not be complicated in this case and there is no need for a claw-back agreement or some agreement compliant with Fed. R. Ev. 502.

    4. Protective Order

Defendant Valley View Winery anticipates that it may need to seek a protective order.

B. **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION**

The parties are open to informal settlement discussions. Plaintiff Joanne Couvrette, as trustee for the Ann M. Wisnovsky Trust, and Defendants Valley View Winery, Mark Wisnovsky, and Michael Wisnovsky engaged in private mediation prior to the commencement of this lawsuit.

Page 2 – JOINT RULE 26 REPORT

The parties propose that they shall have their ADR Conference by **January 1, 2022**.

## C. **OTHER DEADLINES**

The parties propose the following deadlines: consent to magistrate will be due on or before **December 1, 2021**; dispositive motions on or before **January 28, 2022**; and pretrial orders 28 calendar days after the court decides all dispositive motions or, if no dispositive motion is filed, February 28, 2022.

DATED: April 1st, 2021.                                RICHARDSON WRIGHT LLP

By: s/ Christine Moore
Bonnie M. Richardson
Christine N. Moore
Zachariah H. Allen
*Attorneys for Plaintiff*

DATED: April 1st, 2021.                                FROHNMAYER, DEATHERAGE, JAMIESON, MOORE, ARMOSINO & MCGOVERN, P.C.

By: s/ Bernard Moore
Bernard Moore
*Attorney for Defendant Patrick Huycke*

DATED: April 1st, 2021.                                WATKINSON LAIRD RUBENSTEIN, P.C.

By: s/ James Dole
James Dole
*Attorney for Defendants Mark Wisnovsky and Michael Wisnovsky*

Page 3 – JOINT RULE 26 REPORT

DATED: April 1ˢᵗ, 2021.

CHENOWETH LAW GROUP, P.C.


By: s/ Brooks Foster
Brooks Foster
Bradley T. Crittenden
    *Attorneys for Defendants Mark Wisnovsky*
    *and Michael Wisnovsky*


DATED: April 1ˢᵗ, 2021.

ARNOLD GALLAGHER, P.C.


By: s/ Gregory Lusby
Gregory Lusby
    *Attorney for Defendant Jarvis, Dreyer,*
    *Glatte & Larsen LLP*


Page 4 – JOINT RULE 26 REPORT

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021, I caused to be served a copy of the foregoing JOINT RULE 26 REPORT on the following person in the manner indicated below at the following address:

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
 *Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein P.C.
1246 NE 7th St., Suite B
Grants Pass, OR 97526
jdole@wlrlaw.com
 *Attorney for Defendants Valley View Winery, Inc., Mark Wisnovsky and Michael Wisnovsky*

Brooks Foster
Bradley T. Crittenden
Chenoweth Law Group
510 SW 5th Ave 4th Floor
Portland, OR 97204
 *Attorney for Defendants Valley View Winery, Inc., Mark Wisnovsky and Michael Wisnovsky*

Gregory Lusby
Arnold Gallagher, P.C.
800 Willamette St Ste 800
PO Box 1758
Eugene OR 97440
 *Attorney for Defendant Jarvis, Dreyer, Glatte & Larsen LLP*

☒ by **CM/ECF**

☒ by **Electronic Mail**

☐ by **US Postal Service**

☐ by **Hand Delivery**

☐ by **Overnight Delivery**

By  s/ Christine Moore
  Christine N. Moore

CERTIFICATE OF SERVICE

**RICHARDSON WRIGHT LLP**
805 SW Broadway, Suite 470
Portland, OR 97205
Telephone:  (503) 546-4637