BROOKS M. FOSTER, OSB No. 042873
Email: bfoster@northwestlaw.com
CHENOWETH LAW GROUP, P.C.
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

JAMES R. DOLE, OSB No. 892272
Email: jdole@wlrlaw.com
WATKINSON LAIRD RUBENSTEIN, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust,<br><br>Plaintiff,<br><br>v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>Defendants. | Case No. 1:21-CV-00157-CL<br><br>**DEFENDANT VALLEY VIEW WINERY INC.'S CORPORATE DISCLOSURE STATEMENT** |

DEFENDANT VALLEY VIEW WINERY INC.'S          **Page 1 of 2**
CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and LR 7.1-1, Defendant Valley View Winery, Inc. makes the following corporate disclosures:

A.    Valley View Winery, Inc. is a domestic business corporation with its principal place of business at 1000 Upper Applegate Road, Jacksonville, Oregon 97530.

B.    There is no parent corporation associated with Valley View Winery, Inc.

C.    There is no publicly held corporation owning 10% or more of its stock.

DATED: April 13, 2021.

WATKINSON LAIRD RUBENSTEIN, P.C.


By: /s/ James R. Dole
     James R. Dole, OSB No. 892272
     541-484-2277
     Of Attorneys for Defendants
     Mark A. Wisnovsky, Michael J. Wisnovsky
     and Valley View Winery, Inc.