**Bonnie Richardson, OSB No. 983331**
Email: bonnie@richardsonwright.com
**Elizabeth Graves, OSB No. 193644**
Email: elizabeth@richardsonwright.com
**Zachariah Allen, OSB No. 122729**
Email: zach@richardsonwright.com
Richardson Wright LLP
805 SW Broadway, Suite 470
Portland, Or 97205
Telephone: (503) 546-4637
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust, | Case No. 1:21-cv-00157-CL |
| Plaintiff, | NOTICE OF APPEARANCE OF ELIZABETH A. GRAVES |
| vs. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, | |
| Defendants. | |

Pursuant to LR 83-9, Elizabeth A. Graves, attorney with Richardson Wright LLP, hereby enters her appearance as counsel of record on behalf of Plaintiff in the above-captioned proceeding. Her address and contact information are as follows:

///

///

Page 1 – NOTICE OF APPEARANCE OF ELIZABETH A. GRAVES

**RICHARDSON WRIGHT LLP**
805 SW Broadway, Suite 470
Portland, OR 97205
Telephone:  (503) 546-4637

Elizabeth A. Graves; OSB No. 193644
elizabeth@richardsonwright.com
Richardson Wright LLP
805 SW Broadway, Suite 470
Portland, OR 97205
Phone (503) 546-4634
Fax (503) 296-5916

DATED this 9th day of June, 2021.

RICHARDSON WRIGHT LLP

By: *s/ Elizabeth Graves*
Bonnie M. Richardson, OSB No. 983331
bonnie@richardsonwright.com
Zachariah H. Allen, OSB No. 122729
zach@richardsonwright.com
Elizabeth A. Graves, OSB No. 193644
elizabeth@richardsonwright.com
Attorneys for Plaintiffs

Trial Attorney:  Bonnie Richardson

Page 2 – NOTICE OF APPEARANCE OF ELIZABETH A. GRAVES

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2021, I caused to be served a copy of the foregoing NOTICE OF APPEARANCE OF ELIZABETH A. GRAVES on the following person in the manner indicated below at the following address:

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
 *Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St Ste B
Grants Pass OR  97526
jdole@wlrlaw.com
 *Attorney for Defendants Michael Wisnovsky and Mark Wisnovsky*

Gregory Lusby
Arnold Gallagher PC
800 Willamette St Ste 800
PO Box 1758
Eugene OR  97440
glusby@arnoldgallagher.com
 *Attorney Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Brooks Foster
Bradley Crittenden
Chenoweth Law Group PC
510 SW 5th Avenue, 4th Floor
Portland, OR 97204
bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com
 *Attorney for Defendants Michael Wisnovsky and Mark Wisnovsky*

☒ by **CM/ECF**

☒ by **Electronic Mail**

☐ by **US Postal Service**

☐ by **Hand Delivery**

☐ by **Overnight Delivery**

By  *s/ Elizabeth Graves*
 Elizabeth A. Graves, OSB No. 193644
 elizabeth@richardsonwright.com
 Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**