BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:    (541) 779-2333
Facsimile:    (541) 779-6379
    *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as Trustee of the Anne M. Wisnovsky Trust,, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **DEFENDANT PATRICK HUYCKE'S UNOPPOSED MOTION TO POSTPONE TRIAL DATES** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | |
| Defendants. | |

/ / /

/ / /

/ / /

Page 1 -    **DEFENDANT PATRICK HUYCKE'S MOTION TO POSTPONE TRIAL DATES**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

Defendant PATRICK HUYCKE, moves the court for an order postponing the trial in the above-captioned matter from the currently scheduled trial date of August 09, 2022 and rescheduling the trial to commence on November 08, 2022.  The reason for this postponement request is that Huycke agreed to the original August 2022 trial dates, he overlooked the fact that his 50th wedding anniversary fell during those dates and that he and his wife had already booked a trip to Greece.

All of the parties have agreed to this postponement, and all are available for trial beginning on November 08, 2022.

Dated this 30th day of August, 2021.

/s/ Bernard S. Moore
Bernard S. Moore, OSB #843051
moore@fdfirm.com
TRIAL ATTORNEY
*Of Attorneys for Defendant Patrick Huycke*

Page 2 -    **DEFENDANT PATRICK HUYCKE'S MOTION TO POSTPONE TRIAL DATES**

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **DEFENDANT PATRICK HUYCKE'S UNOPPOSED MOTION TO POSTPONE TRIAL DATES** upon:

Ms. Bonnie Richardson, OSB #983331
Mr. Zachariah Allen, OSB #122729
Ms. Elizabeth Graves, OSB #193644
RICHARDSON WRIGHT, LLP
805 SW Broadway, Suite 470
Portland, OR 97205
   Email: bonnie@richardsonwright.com
   Email: zach@richardsonwright.com
   Email: elizabeth@richardsonwright.com
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Gregory T. Lusby, OSB #933490
ARNOLD GALLAGHER, PC
PO Box 1758
Eugene, OR 97440
   Email: glusby@arnoldgallagher.com
   Fax: (541) 484-0536
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Mr. Brooks M. Foster, OSB #042873
CHENOWETH LAW GROUP
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
   Email: bfoster@northwestlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. James R. Dole , OSB #892272
WATKINSON LAIRD RUBENSTEIN, PC
PO Box 10567
Eugene, OR 97440
   Email: jdole@wlrlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

☒     by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐     by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☐     by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐     by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

/ / /
/ / /
/ / /
/ / /

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

☐    by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.


DATED this 30th day of August, 2021

/s/ Bernard S. Moore _____
Bernard S. Moore, OSB# 843051
*Of Attorneys for Defendant Huycke*
TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333