UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, a trustee of the Ann M. Wisnovsky Trust, | Case No. 1:21–cv–00157–CL |
| Plaintiff, | |
| vs. | |
| MARK A. WISNOVSKY, et al. | |
| Defendants. | |

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trials, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment. .

DATED: February 28, 2022

| | |
|---|---|
| Signature: | _____ |
| Name and Bar Number: | Brooks M. Foster, OSB No. 042873 |
| E-mail Address: | bfoster@chenowethlaw.com |
| Firm Name: | Chenoweth Law Group, PC |
| Mailing Address: | 510 SW Fifth Avenue, Fourth Floor |
| City, State, Zip: | Portland, OR 97204 |
| Party Represented: | Valley View Winery, Inc., Mark Wisnovsky and Michael Wisnovsky |

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@northwestlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


Case No.: 1:21-cv-00157-CL

JOANNE COUVRETTE

                    Plaintiff(s),

v.

MARK A. WISNOVSKY, et al.

                    Defendant(s).

_____

### Consent to Jurisdiction by a Magistrate Judge
### and Designation of the Normal Appeal Route

        Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated: 02/28/2022
                                                     .

Signature:_____

Name and Bar Number: Elizabeth A. Graves, OSB No. 193644

E-mail Address: elizabeth@richardsonwright.com

Firm Name: Richardson Wright LLP

Mailing Address: 805 SW Broadway, Suite 470

City, State, Zip: Portland, OR 97205

Party Represented: Plaintiff Joanne Couvrette

[Rev. 01/2018]

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**JOANNE COUVRETTE**
    Plaintiff,

**Case No.: 1:21–cv–00157–CL**

v.

**MARK A. WISNOVSKY, et al.**
    Defendant.

---

## Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** __04/09/2021__

**Signature:** _____

**Name and OSB ID:** __Bernard S. Moore, OSB #843051__

**E–mail Address:** __moore@fdfirm.com__

**Firm Name:** __Frohnmayer Deatherage et al__

**Mailing Address:** __2592 E. Barnett Road__

**City, State, Zip:** __Medford OR 97504__

**Parties Represented:** __Defendant Patrick Huycke__

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

JOANNE COUVRETTE

Plaintiff,

Case No.: 1:21–cv–00157–CL

v.

MARK A. WISNOVSKY, et al.

Defendant.

---

### Consent to Jurisdiction by a Magistrate Judge
### and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

DATED: __June 1, 2021__

Signature: _____

Name and OSB ID: __Gregory T. Rusby, OSB No. 933490__

E-mail Address: __grusby@arnoldgallagher.com__

Firm Name: __Arnold Gallagher P.C.__

Mailing Address: __800 Willamette Street, Suite 800__

City, State, Zip: __Eugene, OR 97401__

Parties Represented: __Defendant Jarvis, Dreyer, Glatte & Larsen, LLP__