**Bonnie Richardson, OSB No. 983331**
Email: bonnie@richardsonwright.com
**Elizabeth Graves, OSB No. 193644**
Email: elizabeth@richardsonwright.com
Richardson Wright LLP
805 SW Broadway, Suite 470
Portland, Or 97205
Telephone: (503) 546-4637
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | | |
|---|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust, | ) ) ) | Case No. 1:21−cv−00157−CL |
| Plaintiff, | ) ) | STIPULATED MOTION TO AMEND TRIAL DATE AND CASE |
| vs. | ) ) | SCHEDULING ORDER |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The parties hereby move this Court for an order postponing the trial from the current trial date of November 19, 2022, to a trial date beginning on or after May 15, 2023. The parties request this extension to allow additional time for the scheduling of depositions, completion of discovery, and preparation for other litigation deadlines between now and trial. Counsel for the parties have conferred via phone calls and emails regarding the subject of this motion.

Discovery is ongoing, and the parties have been working to move this matter forward.

Page 1 – STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING ORDER

However, the parties have had difficulty scheduling depositions that accommodate the schedules of counsel and deponents. The parties therefore propose an extension of the deadline of fact discovery until July 2, 2022, which would allow adequate time for the necessary depositions. The parties have agreed to reserve ten specific dates for depositions before the proposed discovery deadline of July 2, 2022. Additionally, all parties have agreed to the proposed dates in the schedule below.

| | Current Dates | Proposed Dates |
|---|---|---|
| Consent to Magistrate | 3/1/2022 | 3/1/2022 |
| Deadline to Move for Joinder of Parties and Amendment of Pleadings | - | 7/2/2022 |
| Completion of Discovery (as defined in LR 16-2 (e)) | 3/1/2022 | 7/2/2022 |
| Joint ADR Report | 4/1/2022 | 9/1/2022 |
| Dispositive Motions Due | 4/28/2022 | 9/1/2022 |
| Initial Expert Disclosures | 8/20/2022 (per FRCP 26(2)(D)(i)) | 11/16/2023 |
| Rebuttal Expert Disclosures | 9/19/2022 (per FRCP 26(2)(D)(ii)) | 1/16/2023 |
| Completion of Expert Discovery | - | 2/28/2023 |
| Pretrial Documents Due (Section A of Amended Trial Management Order, ECF No. 23) | 10/7/2022 | 3/31/2023 |
| Pretrial Documents Due (Section B of Amended Trial Management Order, ECF No. 34) | 10/14/2022 | 4/7/2023 |
| Pretrial Documents Due (Section C of Amended Trial Management Order, ECF No. 34) | 10/21/2022 | 4/14/2023 |

Page 2 – STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING ORDER

| Pretrial Conference | 10/31/2022 | 4/28/2023 |
|---|---|---|
| Trial (two weeks) | Beginning on 11/8/2022 | Beginning on or after 5/15/2023 |

The parties therefore respectfully request an order amending the case schedule to reflect the proposed schedule and deadlines listed above.

DATED: March 1, 2022.                    **RICHARDSON WRIGHT LLP**

By  *s/ Bonnie Richardson*
    Bonnie Richardson, OSB No. 983331
    bonnie@richardsonwright.com
    Elizabeth A. Graves, OSB No. 193644
    elizabeth@richardsonwright.com
        *Attorney for Plaintiff Joanne Couvrette*

DATED: March 1, 2022.                    **FROHNMAYER DEATHERAGE**

By  *s/ Bernard Moore*
    Bernard S. Moore, OSB No. 843051
    moore@fdfirm.com
        *Attorney for Defendant Patrick Huycke*

DATED: March 1, 2022.                    **ARNOLD GALLAGHER PC**

By  *s/ Gregory Lusby*
    Gregory T. Lusby, OSB No. 933490
    glusby@arnoldgallagher.com
        *Attorney for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

DATED: March 1, 2022.                    **WATKINSON LAIRD RUBENSTEIN PC**

By  *s/ James Dole*
    James R. Dole, OSB No. 892272
    jdole@wlrlaw.com
        *Attorney for Defendants Michael Wisnovsky, Mark Wisnovsky, and Valley View Winery*

Page 3 – STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING ORDER

DATED: March 1, 2022.                **CHENOWETH LAW GROUP PC**

By  *s/ Brooks Foster*
      Brooks M. Foster, OSB No. 042873
      bfoster@chenowethlaw.com
      Bradley Crittenden, OSB No. 173274
      bcrittenden@chenowethlaw.com
          *Attorney for Defendants Michael Wisnovsky,*
          *Mark Wisnovsky, and Valley View Winery*

Page 4 – STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING
ORDER

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 1, 2022, I caused to be served a copy of the foregoing

STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING ORDER on

the following person in the manner indicated below at the following address:

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
 *Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St Ste B
Grants Pass OR  97526
jdole@wlrlaw.com
 *Attorney for Defendants Michael*
 *Wisnovsky and Mark Wisnovsky*

Gregory Lusby
Arnold Gallagher PC
800 Willamette St Ste 800
PO Box 1758
Eugene OR  97440
glusby@arnoldgallagher.com
 *Attorney Defendant Jarvis, Dreyer,*
 *Glatte & Larsen, LLP*

Brooks Foster
Bradley Crittenden
Chenoweth Law Group PC
510 SW 5th Avenue, 4th Floor
Portland, OR 97204
bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com
 *Attorney for Defendants Michael*
 *Wisnovsky and Mark Wisnovsky*

☒ by **CM/ECF**

☒ by **Electronic Mail**

☐ by **US Postal Service**

☐ by **Hand Delivery**

☐ by **Overnight Delivery**

By  *s/ Bonnie Richardson*
 Bonnie Richardson, OSB No. 983331
 bonnie@richardsonwright.com
 Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

**RICHARDSON WRIGHT LLP**
805 SW Broadway, Suite 470
Portland, OR 97205
Telephone:  (503) 546-4637