**Bonnie Richardson, OSB No. 983331**
Email: bonnie@richardsonwang.com
**Elizabeth Graves, OSB No. 193644**
Email: elizabeth@richardsonwang.com
Richardson Wang LLP
805 SW Broadway, Suite 470
Portland, Or 97205
Telephone: (503) 546-4637
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

| | | |
|---|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust, | ) ) ) | Case No. 1:21−cv−00157−CL |
| Plaintiff, | ) ) ) | UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT |
| vs. | ) ) | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### CERTIFICATE OF COMPLIANCE

In accordance with LR7-1, Plaintiff Joanne Couvrette, as Trustee of the Ann Wisnovsky Trust ("Couvrette"), and Defendants Mark A. Wisnovsky, Michael J. Wisnovsky, Patrick Huycke, Valley View Winery, and Jarvis, Dreyer, Glatte & Larsen LLP, by and through their attorneys, hereby certify that they have conferred in good faith through telephone communications and email communications regarding the subject of this motion. Counsel for Plaintiff Couvrette hereby certifies that Defendants Mark A. Wisnovsky, Michael J. Wisnovsky, Patrick Huycke, Valley

Page 1 – UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT

View Winery, and Jarvis, Dreyer, Glatte & Larsen LLP do not oppose this motion for leave to amend the Complaint.

## MOTION

Plaintiff Couvrette seeks leave to file an amended complaint to add Wisnovsky Land, LLC as a plaintiff, remove Plaintiff's second claim of relief for an Unconscionable Contract, and to add a claim for Declaratory Relief. Rule 15(a)(2) of the Federal Rule of Civil Procedure provides that a party may amend its pleading with the opposing party's consent or leave of the court. Rule 15 further instructs that "[t]he court should freely give leave [to amend a pleading] when justice so requires." *Id.* Each of the defendants in this action have consented to the filing of Plaintiff's proposed First Amended Complaint. *Declaration of Elizabeth Graves* (*Graves Decl.*), ¶ 2.

Under Ninth Circuit precedent, a district court should apply Rule 15's "policy of favoring amendments ... with extreme liberality." *Price v. Kramer*, 200 F.3d 1237, 1250 (9th Cir. 2000) (quotation marks omitted). A district court, however, may, within its discretion, deny a motion to amend "due to undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of the amendment." *Zucco Partners, LLC v. Digimarc Corp.*, 552 F.3d 981, 1007 (9th Cir. 2009) (alteration in original) (quoting *Leadsinger, Inc. v. BMG Music Publ'g*, 512 F.3d 522, 532 (9th Cir. 2008)). Generally, however, "[a]bsent prejudice, or a strong showing of any of the remaining [four] factors, there exists a presumption under Rule 15(a) in favor of granting leave to amend." *Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003) (alterations added, emphasis in original). When weighing the factors, all inferences should be made in favor of granting the motion to amend. *Griggs v. Pace Am. Grp., Inc.*, 170 F.3d 877, 880 (9th Cir. 1999).

None of the factors counseling against granting leave to amend a complaint is present here. There is no evidence of undue delay, bad faith, nor prejudice to defendants. To the contrary, Plaintiff seeks to amend the complaint to ensure that all necessary and proper parties are included

Page 2 – UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT

in the litigation. Plaintiff has filed no previous requests to amend the complaint, and counsel for each of the defendants have agreed to the filing of Plaintiff's amended pleading. Furthermore, Plaintiff's request to amend the pleadings comes well before the deadline of July 1, 2022 to amend pleadings. ECF 41. Plaintiff therefore respectfully requests that this Court grant leave to file the First Amended Complaint. Plaintiff has provided a copy of the proposed pleading, attached as Exhibit 1, as well as a "redline" copy of the First Amended Complaint, attached as Exhibit 2, for the Court's convenience and review. *Graves Decl.*, ¶ 3, Ex.1; ¶ 4, Ex.2.

DATED this 15th day of March, 2022.

RICHARDSON WANG LLP

By: *s/ Elizabeth Graves*
Bonnie M. Richardson, OSB No. 983331
bonnie@richardsonwang.com
Elizabeth A. Graves, OSB No. 193644
elizabeth@richardsonwang.com
Attorneys for Plaintiff

Trial Attorney:  Bonnie Richardson

Page 3 – UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2022, I caused to be served a copy of the foregoing

UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT on the following person

in the manner indicated below at the following address:

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
    *Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St Ste B
Grants Pass OR  97526
jdole@wlrlaw.com
    *Attorney for Defendants Michael*
    *Wisnovsky and Mark Wisnovsky*

Gregory Lusby
Arnold Gallagher PC
800 Willamette St Ste 800
PO Box 1758
Eugene OR  97440
glusby@arnoldgallagher.com
    *Attorney Defendant Jarvis, Dreyer,*
    *Glatte & Larsen, LLP*

Brooks Foster
Bradley Crittenden
Chenoweth Law Group PC
510 SW 5th Avenue, 4th Floor
Portland, OR 97204
bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com
    *Attorney for Defendants Michael*
    *Wisnovsky and Mark Wisnovsky*

☒ by **CM/ECF**

☒ by **Electronic Mail**

☐ by **US Postal Service**

☐ by **Hand Delivery**

☐ by **Overnight Delivery**

By  *s/ Elizabeth Graves*
    Elizabeth A. Graves, OSB No. 193644
    elizabeth@richardsonwang.com
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**