**Bonnie Richardson, OSB No. 983331**
Email: bonnie@richardsonwang.com
**Elizabeth Graves, OSB No. 193644**
Email: elizabeth@richardsonwang.com
Richardson Wang LLP
805 SW Broadway, Suite 470
Portland, Or 97205
Telephone: (503) 546-4637
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust, <br><br> Plaintiff, <br><br> vs. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21−cv−00157−CL <br><br> DECLARATION OF ELIZABETH A. GRAVES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT |

I, Elizabeth A. Graves, declare as follows:

1.     I am one of the attorneys of record for plaintiff Joanne Couvrette and proposed plaintiff Wisnovsky Land, LLC in the above-entitled matter. I make this declaration in support of Plaintiffs' Unopposed Motion for Leave to Amend the Complaint.

2.     On March 2, 2022, I provided copies of Plaintiff's proposed First Amended Complaint and a redline copy of the proposed First Amended Complaint counsel for Defendants

Page 1 – DECLARATION OF ELIZABETH A. GRAVES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT

Mark A. Wisnovsky, Michael J. Wisnovsky, Patrick Huycke, Valley View Winery, and Jarvis, Dreyer, Glatte & Larsen LLP. Thereafter, I conferred with counsel for each of the Defendants through telephone communications and email communications regarding Plaintiff's intent to file a motion for leave to amend the complaint. Counsel for each of the Defendants confirmed that their respective client(s) do not oppose this motion for leave to amend the Complaint.

3.     Attached as Exhibit 1 is a true and correct copy of Plaintiff's proposed First Amended Complaint.

4.     Attached at Exhibit 2 is a true and correct copy of the redlined version of Plaintiff's proposed First Amended Complaint.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 15th day of March, 2022.

RICHARDSON WANG LLP

By: _s/ Elizabeth Graves_

Bonnie M. Richardson, OSB No. 983331
bonnie@richardsonwang.com
Elizabeth A. Graves, OSB No. 193644
elizabeth@richardsonwang.com
Attorneys for Plaintiffs

Trial Attorney:  Bonnie Richardson

Page 2 – DECLARATION OF ELIZABETH A. GRAVES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2022, I caused to be served a copy of the foregoing DECLARATION OF ELIZABETH A. GRAVES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT on the following person in the manner indicated below at the following address:

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
    *Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St Ste B
Grants Pass OR  97526
jdole@wlrlaw.com
    *Attorney for Defendants Michael Wisnovsky and Mark Wisnovsky*

Gregory Lusby
Arnold Gallagher PC
800 Willamette St Ste 800
PO Box 1758
Eugene OR  97440
glusby@arnoldgallagher.com
    *Attorney Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Brooks Foster
Bradley Crittenden
Chenoweth Law Group PC
510 SW 5th Avenue, 4th Floor
Portland, OR 97204
bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com
    *Attorney for Defendants Michael Wisnovsky and Mark Wisnovsky*

☒ by **CM/ECF**

☒ by **Electronic Mail**

☐ by **US Postal Service**

☐ by **Hand Delivery**

☐ by **Overnight Delivery**

By  *s/ Elizabeth Graves*
    Elizabeth A. Graves, OSB No. 193644
    elizabeth@richardsonwang.com
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**