BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:    (541) 779-2333
Facsimile:    (541) 779-6379
        *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANN COUVRETTE, as Trustee of the Ann M. Wisnovsky Trust,, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **DEFENDANT PATRICK HUYCKE'S ANSWER TO PLAINTIFFS AMENDED COMPLAINT AND AFFIRMATIVE DEFENSE** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | Jury Trial Requested |
| Defendants. | |

For Answer to Plaintiff's Amended Complaint, Defendant PATRICK HUYCKE (hereinafter

"HUYCKE") admits and denies as follows:

/ / /

Page 1 -    **DEFENDANT PATRICK HUYCKE'S ANSWER TO AMENDED COMPLAINT
        AND AFFIRMATIVE    DEFENSE**
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

1.

HUYCKE admits paragraphs 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 25 and 29.

2.

HUYCKE admits this is a diversity action, brought by JOANNA COUVRETTE. HUYCKE as Trustee of the Ann M. Wisnovsky Trust (hereinafter "Trust"). HUYCKE lacks knowledge and information sufficient to form a belief as to the allegations that Ann Wisnovsky is incapacitated, suffers from dementia, and is a vulnerable person as defined by Oregon's Elderly and Persons with Disabilities Prevention Act, ORS 124.005.

3.

HUYCKE admits that he represented Ann Wisnovsky as her personal attorney, and that, at one point in time, he represented Valley View Winery, Inc.  HUYCKE denies that he represented Valley View Winery at any time during which Ann Wisnovsky owned less than 51% of the shares.

4.

HUYCKE lacks knowledge and information sufficient to form a belief as to the allegations in paragraphs 15 and 16.

5.

HUYCKE admits that, at some point in time, Frank Wisnovsky died.  HUYCKE lacks knowledge and information sufficient to form a belief as to the truth of the allegations that he died by drowning while on an engineering job.

6.

HUYCKE admits that Valley View Winery was founded by Frank Wisnovsky.

/ / /

Page 2 -    **DEFENDANT PATRICK HUYCKE'S ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE   DEFENSE**

7.

HUYCKE admits that, at some point, Ann Wisnovsky inherited Frank Wisnovsky' s Estate. HUYCKE lacks knowledge and information sufficient to form a belief as to the truth of the allegations as to the contents of the Estate at the time it was inherited by Ann Wisnovsky.

8.

HUYCKE lacks knowledge and information sufficient to form a belief as to the truth of the allegations found in paragraphs 20 and 21.

9.

HUYCKE admits that he is an attorney licensed in Oregon and has been so licensed since 1975 and was, at some point, a senior partner in the firm Huycke O'Connor & Jarvis, LLP.

10.

HUYCKE admits that Ann Wisnovsky consulted him regarding her estate planning. HUYCKE denies that Ann Wisnovsky always intended to treat her children equally.

11.

HUYCKE admits that over time Ann Wisnovsky gifted shares of Valley View Winery's stock to Defendants MARK WISNOVSKY (hereinafter "MARK") and MICHAEL WISNOVSKY (hereinafter "MICHAEL"). HUYCKE lacks knowledge and information sufficient to form a belief as to the truth of the allegation as to when MARK and MICHAEL took over management of Valley View Winery.

12.

HUYCKE lacks knowledge and information sufficient to form a belief as to truth of the allegations found in paragraphs 26 and 27 except that HYUCKE admits that  Ann Wisnovsky gifted

Page 3 -   **DEFENDANT PATRICK HUYCKE'S ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE   DEFENSE**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

shares of Valley View Winery's stock to MARK and MICHAEL.

13.

HUYCKE admits that Ann Wisnovsky entered into an "Agreement to Make Payments". The document speaks for itself.

14.

HUYCKE admits that he drafted a vineyard lease and a winery lease together with addenda thereto in 2016. HUYCKE admits the documents were signed by MARK, MICHAEL and Ann Wisnovisy on behalf of the TRUST and Wisnovisky Land LLC.    HUYCKE denies that he was representing MARK or MICHAEL at the time the leases or addenda were drafted. HUYCKE admits that MARK and MICHAEL provided him with some information necessary to draft the original leases; however, HUYCKE denies that they assisted in the "preparation of the leases".

15.

HUYCKE admits that he represented Ann Wisnovsky at the time the leases and addenda were drafted and signed.  The leases and addenda speak for themselves.

16.

HUYCKE admits that his representation of Ann Wisnovsky terminated in May of 2019. HUYCKE then provided Ann Wisnovsky with her complete file.  Although requested, HUYCKE could not provide Ann Wisnovsky with documentation which was in the Valley View Winery file, as the current owners of the Winery refused to grant him permission.  He was therefore prohibited from providing that information, pursuant to RPC 1.13(a) and Formal Ethics Op No 2005-85.

17.

HUYCKE lacks knowledge and information sufficient to form a belief as to truth of the

Page 4 -    **DEFENDANT PATRICK HUYCKE'S ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE   DEFENSE**

**FROHNMAYER, DEATHERAGE, JAMIESON, MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

allegations found in paragraphs 45, 46, 47, and 48.

18.

HUYCKE makes no answer to paragraphs 2, 4, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, and 60 as those allegations are not directed to HUYCKE.

19.

Except as specifically admitted, HUYCKE denies each and every other allegation found in Plaintiff's Amended Complaint.

## FOR FIRST AFFIRMATIVE DEFENSE

20.

Plaintiff failed to commence this action within the time allowed by statute.

WHEREFORE, having fully answered Plaintiff's Amended Complaint, HUYCKE prays for judgment in his favor, dismissing Plaintiff's Amended Complaint with prejudice and awarding HUYCKE his costs and disbursements incurred herein.

Dated this 30th day of March 2022.

*/s/ Bernard S. Moore*
Bernard S. Moore, OSB #843051
moore@fdfirm.com
TRIAL ATTORNEY
*Of Attorneys for Defendant Patrick Huycke*

Page 5 -    **DEFENDANT PATRICK HUYCKE'S ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE    DEFENSE**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **DEFENDANT PATRICK HUYCKE'S ANSWER TO PLAINTIFFS AMENDED COMPLAINT AND AFFIRMATIVE DEFENSE** upon:

Ms. Bonnie Richardson, OSB #983331
Mr. Zachariah Allen, OSB #122729
Ms. Elizabeth Graves, OSB #193644
RICHARDSON WRIGHT, LLP
805 SW Broadway, Suite 470
Portland, OR 97205
    Email: bonnie@richardsonwright.com
    Email: zach@richardsonwright.com
    Email: elizabeth@richardsonwright.com
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Gregory T. Lusby, OSB #933490
ARNOLD GALLAGHER, PC
PO Box 1758
Eugene, OR 97440
    Email: glusby@arnoldgallagher.com
    Fax: (541) 484-0536
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Mr. Brooks M. Foster, OSB #042873
CHENOWETH LAW GROUP
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
    Email: bfoster@northwestlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. James R. Dole , OSB #892272
WATKINSON LAIRD RUBENSTEIN, PC
PO Box 10567
Eugene, OR 97440
    Email: jdole@wlrlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☒    by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☒    by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐    by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

/ / /
/ / /
/ / /
/ / /

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

☐ by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.

DATED this 30th day of March, 2022

/s/ Bernard S. Moore _____
Bernard S. Moore, OSB# 843051
*Of Attorneys for Defendant Huycke*
TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333