**Brooks M. Foster, OSB No. 042873**
Email: bfoster@northwestlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282
Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC<br><br>Plaintiff,<br><br>v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>Defendants. | Case No. 1:21-CV-00157-CL<br><br>**DEFENDANTS MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, AND VALLEY VIEW WINERY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

/ / /

/ / /

Page 1 - DEFENDANTS MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, AND VALLEY VIEW WINERY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland, **OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: bfoster@chenowethlaw.com**
**bcrittenden@chenowethlaw.com**

### **LR 7-1 CERTIFICATION OF CONFERRAL**

Pursuant to LR 7-1, counsel for Defendants Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc. (the "Wisnovsky Defendants") hereby certify that Plaintiffs Joanne Couvrette and Wisnovsky Land, LLC ("Plaintiffs"), and Defendants Patrick Huycke and Jarvis, Dreyer, Glatte & Larsen LLP do not oppose this motion for extension of time to respond to Plaintiffs' *First Amended Complaint*.

### **UNOPPOSED MOTION**

In accordance with Federal Rule of Civil Procedure 6(b), the Wisnovsky Defendants respectfully move the Court for a nine-day extension to respond to the *First Amended Complaint*, which Plaintiffs filed on March 16, 2022. The Wisnovsky Defendants request the Court to allow them to file their responsive pleading on or before Friday, April 8, 2022. This is the first unopposed motion and request for an extension of this deadline. This request is supported by good cause and not made for purposes of delay.

Good cause exists because the parties will soon be entering the deposition phase of discovery, and the requested extension of time will allow the Wisnovsky Defendants to file a responsive pleading that includes allegations about which parties may be deposed. The Wisnovsky Defendants do not expect that the requested extension will have any adverse impact on the scheduling order on file in this lawsuit.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 - DEFENDANTS MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, AND VALLEY VIEW WINERY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland, **OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: bfoster@chenowethlaw.com**
**bcrittenden@chenowethlaw.com**

## CONCLUSION

For the foregoing reasons, the Wisnovsky Defendants respectfully request the Court to grant their motion so as to allow them until April 8, 2022 to file a responsive pleading to the *First Amended Complaint*.

DATED: March 30, 2022

CHENOWETH LAW GROUP, PC

By: /s/ *Brooks M. Foster*
    Brooks M. Foster, OSB No. 042873
    bfoster@chenowethlaw.com
    Bradley T. Crittenden, OSB No. 173274
    bcrittenden@chenowethlaw.com
    510 SW Fifth Avenue, Fifth Floor
    Portland, OR 97204
    Telephone: 503-221-7958
    Facsimile: 503-221-2182
    *Of Attorneys for Defendants Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc.*

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

## <u>DECLARATION OF SERVICE</u>

I hereby certify that on March 30, 2022, I caused to be served a copy of the foregoing **DEFENDANTS MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, AND VALLEY VIEW WINERY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** on the following person in the manner indicated below:

Ms. Bonnie Richardson,
Ms. Jovita Wang,
Ms. Elizabeth Graves
Richardson Wright, LLP
805 SW Broadway, Ste. 470
Portland, OR 97205
bonnie@richardsonwang.com
jovita@richardsonwang.com
elizabeth@richardsonwang.com
*Of Attorneys for Plaintiff/Counter-Defendant
Joanne Couvrette*

Mr. Gregory T. Lusby
Arnold Gallagher, PC
800 Willamette St. Ste. 800
PO Box 1758
Eugene, OR 97440
glusby@arnoldgallagher.com
*Attorney for Defendant Jarvis, Dreyer,
Glatte& Larsen, LLP*

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
*Attorney for Defendant Patrick Huycke*

by the following method(s):

  xx       by **e-service / emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

By: */s/ Brian Martinez*_____
Brian Martinez, Paralegal

DECLARATION OF SERVICE

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, **OR  97204**
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bmartinez@chenowethlaw.com