**Gregory T. Lusby**, OSB No. 933490
glusby@arnoldgallagher.com
**ARNOLD GALLAGHER P.C.**
800 Willamette Street, Suite 800
Eugene, Oregon 97401-2996
Telephone: (541) 484-0188
Facsimile: (541) 484-0536
        *Of Attorneys for Defendant*
        *Jarvis, Dreyer, Glatte & Larsen, LLP*
        *fka Huycke O'Connor Jarvis, LLP*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| **JOANNE COUVRETTE**, as trustee of the Ann M. Wisnovsky Trust,<br><br>        Plaintiff,<br><br>    vs.<br><br>**MARK A. WISNOVSKY**, an individual; **MICHAEL J. WISNOVSKY**, an individual; **PATRICK HUYCKE**, an individual; **VALLEY VIEW WINERY, INC.**, an Oregon corporation; **JARVIS, DREYER, GLATTE & LARSEN, LLP**, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>        Defendants. | Case No. 1:21-cv-00157-CL<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JARVIS, DREYER, GLATTE & LARSEN, LLP TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Jury Trial Requested |



ARNOLD
GALLAGHER

A PROFESSIONAL
CORPORATION

800 Willamette
Suite 800
P.O. Box 1758
Eugene, Oregon
97440-1758

541/484-0188

Defendant Jarvis, Dreyer, Glatte & Larsen, LLP answers Plaintiff's First Amended Complaint as follows:

1.

Defendant Jarvis, Dreyer, Glatte & Larsen, LLP admits Paragraphs 6, 7, 8, 9, 10, 11, 12, 13, and 14 of Plaintiff's First Amended Complaint.

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JARVIS, DREYER, GLATTE & LARSEN, LLP TO PLAINTIFF'S FIRST AMENDED COMPLAINT- 1**

2.

Defendant Jarvis, Dreyer, Glatte & Larsen, LLP admits this is a diversity action brought by Joanne Couvrette but it lacks sufficient information or knowledge to admit or deny that she is the Trustee of the Ann M. Wisnovsky Trust or that Ann M. Wisnovsky is incapacitated, suffering from dementia and/or a "vulnerable person" as defined by Oregon's Elderly and Persons with Disabilities Prevention Act per ORS 124.005, so it hereby must deny any and all allegations except as specifically admitted herein.

3.

Defendant Jarvis, Dreyer, Glatte & Larsen, LLP admits that Defendant Huycke was a previous partner/member at Defendant Jarvis, Dreyer, Glatte & Larsen, LLP fka Huycke O'Connor Jarvis, LLP. Defendant Jarvis, Dreyer, Glatte & Larsen, LLP denies Paragraph 11 of Plaintiff's First Amended Complaint to the extent it attempts to combine Defendant Huycke and Defendant Jarvis, Dreyer, Glatte & Larsen, LLP as collectively "Defendant Huycke" or "Huycke".

4.

During the time that Defendant Huycke was a partner/member at Huycke O'Connor Jarvis, LLP, Defendant Jarvis, Dreyer, Glatte & Larsen, LLP admit that Defendant Huycke represented Ann M. Wisnovsky as her personal attorney and that at one point in time he represented Valley View Winery, Inc. Upon information and belief, Defendant Jarvis, Dreyer, Glatte & Larsen, LLP deny that Defendant Huycke represented Valley View Winery at any time during which Ann Wisnovsky owned less than 51% of the shares.

5.

Defendant Jarvis, Dreyer, Glatte & Larsen, LLP is not aware of any other partners/members representing Ann M. Wisnovsky and/or Valley View Winery in matters material herein except for prior partner/member Defendant Huycke. As a result, Defendant Jarvis, Dreyer, Glatte & Larsen, LLP must deny any and all other allegations

**AG**

ARNOLD
GALLAGHER

A PROFESSIONAL
CORPORATION

800 Willamette
Suite 800
P.O. Box 1758
Eugene, Oregon
97440-1758

541/484-0188

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JARVIS, DREYER, GLATTE & LARSEN, LLP TO PLAINTIFF'S FIRST AMENDED COMPLAINT- 2**

related to the alleged actions or conduct of Defendant Huycke and/or Defendants Mark Wisnovsky, Michael Wisnovsky and Valley View Winery, Inc. along with alleged historical facts due to it lacking sufficient information or knowledge.

6.

Except as specifically admitted herein, Defendant Jarvis, Dreyer, Glatte & Larsen, LLP must deny each and every allegation in Plaintiff's First Amended Complaint.

\*     \*     \*     \*     \*     \*     \*     \*     \*

## FIRST AFFIRMATIVE DEFENSE

### (Statute of Limitations)

7.

Plaintiff's claims are barred in whole or in part due to the applicable statute of limitations.

\*     \*     \*     \*     \*     \*     \*     \*     \*

## SECOND AFFIRMATIVE DEFENSE

### (Failure to State Ultimate Facts)

8.

Plaintiff has failed to state ultimate facts sufficient to constitute claims against Defendant Jarvis, Dreyer, Glatte & Larsen, LLP.

\*     \*     \*     \*     \*     \*     \*     \*     \*

## THIRD AFFIRMATIVE DEFENSE

### (Fault of Others)

9.

In the event there is any fault or liability in this matter, it is due to the actions of others besides Defendant Jarvis, Dreyer, Glatte & Larsen, LLP.

\*     \*     \*     \*     \*     \*     \*     \*     \*

///

///



ARNOLD
GALLAGHER

A PROFESSIONAL
CORPORATION

800 Willamette
Suite 800
P.O. Box 1758
Eugene, Oregon
97440-1758

541/484-0188

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JARVIS, DREYER, GLATTE & LARSEN, LLP TO PLAINTIFF'S FIRST AMENDED COMPLAINT- 3**

WHEREFORE, Defendant Jarvis, Dreyer, Glatte & Larsen, LLP prays for judgment in its favor and for an award of costs and disbursements along with any other relief deemed appropriate by the court.

DATED: March 30, 2022.

ARNOLD GALLAGHER P.C.

*s/ Gregory T. Lusby*

**GREGORY T. LUSBY**, OSB #933490
Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP



ARNOLD
GALLAGHER

A PROFESSIONAL
CORPORATION

800 Willamette
Suite 800
P.O. Box 1758
Eugene, Oregon
97440-1758

541/484-0188

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JARVIS, DREYER, GLATTE & LARSEN, LLP TO PLAINTIFF'S FIRST AMENDED COMPLAINT- 4**

## CERTIFICATE OF SERVICE

I certify that on March 30, 2022, I served or caused to be served a copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JARVIS, DREYER, GLATTE & LARSEN, LLP TO PLAINTIFF'S FIRST AMENDED COMPLAINT** addressed to the party or the attorney for each party as follows:

Bonnie M. Richardson
Elizabeth Graves
RICHARDSON WANG LLP
805 SW Broadway #470
Portland, OR 97205
Fax: 503-296-5916
Email: bonnie@richardsonwang.com
elizabeth@richardsonwang.com
*Of Attorneys for Plaintiff*

James R. Dole
WATKINSON LAIRD RUBENSTEIN, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
P.O. Box 10567
Eugene, OR 97440
Fax No.: 541-484-2282
Email: jdole@wlrlaw.com
*Of Attorneys for Defendants Mark Wisnovsky, Michael Wisnovsky and Valley View Winery, Inc.*

Bernard S. Moore
FROHNMAYER, DEATHERAGE, JAMIESON, MOORE, ARMOSINO, MCGOVERN, P.C.
2592 E. Barnett Road
Medford, OR 97504
Fax No.: 541-779-6379
Email: moore@fdfirm.com
*Of Attorneys for Defendant Huycke*

Brooks M. Foster
CHENOWETH LAW GROUP, P.C.
510 SW 5th Avenue, 5th Floor
Portland, OR 97204
Fax No.: 503-221-2182
Email: bfoster@chenowethlaw.com
*Of Attorneys for Defendants Mark Wisnovsky, Michael Wisnovsky and Valley View Winery, Inc.*

☐ by **mailing** a copy thereof in a sealed, first-class postage prepaid envelope to the address listed above and deposited in the United States Post Office at Eugene, Oregon.

☐ by causing a copy thereof to be **hand-delivered** to the address listed above.

☐ by sending a copy thereof via **overnight courier** to the address listed above.

☐ by **faxing** a copy thereof to the fax number listed above.

☐ by **emailing** a copy thereof to the email address listed above.

☒ by **electronic service** via the Federal Court's CM/ECF system.

☐ by **electronic service** via the State Court's Odyssey File & Serve system to those who have electronically appeared in this matter pursuant to UTCR 21.100(1)(a).



ARNOLD GALLAGHER

A PROFESSIONAL CORPORATION

800 Willamette
Suite 800
P.O. Box 1758
Eugene, Oregon
97440-1758

541/484-0188

ARNOLD GALLAGHER P.C.

 *s/ Gregory T. Lusby*
**GREGORY T. LUSBY**, OSB #933490
Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP