**Bonnie Richardson, OSB No. 983331**
Email: bonnie@richardsonwang.com
**Elizabeth Graves, OSB No. 193644**
Email: elizabeth@richardsonwang.com
Richardson Wang LLP
805 SW Broadway, Suite 470
Portland, Or 97205
Telephone: (503) 546-4637
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21−cv−00157−CL <br><br> DECLARATION OF ELIZABETH A. GRAVES REGARDING PROOF OF SERVICE OF AMENDED COMPLAINT ON ATTORNEY GENERAL |

I, Elizabeth A. Graves, declare as follows:

1.      I am one of the attorneys of record for plaintiffs Joanne Couvrette and Wisnovsky

Land, LLC in the above-entitled matter.

2.      On March 17, 2022, a copy of the First Amended Complaint was sent to Attorney

General Ellen E. Rosenblum for the above-entitled matter via Certified Mail.

3.      On March 21, 2022, the First Amended Complaint was successfully delivered to

Page 1 – DECLARATION OF ELIZABETH A. GRAVES REGARDING PROOF OF
SERVICE OF AMENDED COMPLAINT ON ATTORNEY GENERAL

Attorney General Rosenblum. Attached as Exhibit 1 is a scanned copy of the return receipt from the certified mailing of the First Amended Complaint.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 12ᵗʰ day of May, 2022.

RICHARDSON WANG LLP

By: _s/ Elizabeth Graves_
Bonnie M. Richardson, OSB No. 983331
bonnie@richardsonwang.com
Elizabeth A. Graves, OSB No. 193644
elizabeth@richardsonwang.com
Attorneys for Plaintiffs

Trial Attorney:  Bonnie Richardson

Page 2 – DECLARATION OF ELIZABETH A. GRAVES REGARDING PROOF OF SERVICE OF AMENDED COMPLAINT ON ATTORNEY GENERAL

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oregon Department of Justice
c/o Attorney General
Ellen E. Rosenblum
1162 Court Street NE
Salem, OR 97301          10167.001

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6814 1074 4865 04

2. Article Number *(Transfer from service label)*
7014 2120 0002 5599 0520

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X  S B T
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
10 | C/a

C. Date of Delivery
3-21-22

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

Exhibit 1
Page 1 of 1

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, I caused to be served a copy of the foregoing DECLARATION OF ELIZABETH A. GRAVES REGARDING PROOF OF SERVICE OF AMENDED COMPLAINT ON ATTORNEY GENERAL on the following person in the manner indicated below at the following address:

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
    *Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St Ste B
Grants Pass OR  97526
jdole@wlrlaw.com
    *Attorney for Defendants Michael Wisnovsky and Mark Wisnovsky*

Gregory Lusby
Arnold Gallagher PC
800 Willamette St Ste 800
PO Box 1758
Eugene OR  97440
glusby@arnoldgallagher.com
    *Attorney Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Brooks Foster
Bradley Crittenden
Chenoweth Law Group PC
510 SW 5th Avenue, 4th Floor
Portland, OR 97204
bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com
    *Attorney for Defendants Michael Wisnovsky and Mark Wisnovsky*

☒ by **CM/ECF**

☒ by **Electronic Mail**

☐ by **US Postal Service**

☐ by **Hand Delivery**

☐ by **Overnight Delivery**

By  *s/ Elizabeth Graves*
    Elizabeth A. Graves, OSB No. 193644
    elizabeth@richardsonwang.com
    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

**RICHARDSON WANG LLP**
805 SW Broadway, Suite 470
Portland, OR 97205
Telephone:  (503) 546-4637