Louis L. Kurtz, OSB #760353
Louis L. Kurtz, P.C.
1050 Willagillespie Rd., Ste 5
Eugene, OR 97401
Telephone: (541) 484-1273
Email: lou@llkpc.com

*Attorney for Non-Party Witness Garrison F. Turner*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC | Case No. 1:21-CV-00157-CL |
| Plaintiff, | **NON-PARTY WITNESS GARRISON F. TURNER'S MOTION FOR PROTECTIVE ORDER (NON-EVIDENTIARY)** |
| v. | *(Expedited Telephone Oral Argument Requested)* |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, | |
| Defendants. | |

## LR 7-1 CERTIFICATION

Counsel for moving party certifies that he made a good faith effort through a telephone conference to resolve the issue raised in this Motion. Counsel for the

Wisnovsky defendants agrees that a Protective Order is appropriate but disagrees with respect to the wording of the Order.  Counsel for moving party and Wisnovsky defendants alternatively request a telephone conference with the Court under LR 26-3(f).

PURSUANT TO FRCP 26(c)(1), NON-PARTY WITNESS GARRISON TURNER (TURNER) RESPECTFULLY MOVES the court for an Order describing the extent to which Turner may reveal information relating to his representation of Ann Wisnovsky, his former client, in response to a Subpoena Duces Tecum and a Notice of Deposition.  Turner relies upon the following Legal Memorandum.

LEGAL MEMORANDUM

Turner, an Oregon attorney, formerly represented Ann Wisnovsky (Wisnovsky Defendants' Answer, ¶ 37).  Ann Wisnovsky is currently unable to make independent legal decisions.  (First Amended Complaint, ¶ 48).

Counsel for the Wisnovsky Defendants have served Turner with a Subpoena Duces Tecum, a copy of which is attached as Exhibit A.  The Subpoena requires Turner to produce documents relating to his representation of Ann Wisnovsky.  Counsel for the Wisnovsky Defendants have also served Turner with a Deposition Subpoena to give testimony on July 19, 2022.  A true and accurate copy of the Deposition Subpoena is attached as Exhibit B.  Turner anticipates that he will be questioned about information relating to his representation of Ann Wisnovsky during his deposition.

Oregon RPC 1.6 prohibits a lawyer from revealing "information relating to the representation of the client unless the client gives informed consent, the disclosure is impliedly authorized in order to carry out the representation or the disclosure is permitted

by paragraph (b)."  Turner's former client is unable to give informed consent for him to reveal that information and the disclosure is obviously not authorized to carry out any current representation of Ann Wisnovsky.

The ethical duty of confidentiality is broader than the attorney/client privilege.  It includes information protected by the privilege, but also all "other information gained in a current or former professional relationship that the client has requested be held inviolate or the disclosure of which would be embarrassing or would be likely detrimental to the client."  Oregon RPC 1.0(f).  Consequently, Turner cannot voluntarily provide that information from his file or from his memory, even if it is not protected by the attorney/client, common interest or work product privileges.

An exception to Turner's duty to not reveal information relating to his representation of Ann Wisnovsky appears in RPC 1.6(b)(5), which authorizes disclosure of information to comply with a "court order."  Turner's Motion asks the Court to determine if such an Order is appropriate in this case.  The question for the Court is whether it should order Turner to disclose information relating to his representation of Ann Wisnovsky that is not subject to any privileges.  If the Court so orders, Turner will be ethically permitted to make that disclosure.

DATED this 10th day of June, 2022.

LOUIS L. KURTZ, P.C.
Attorney for Non-Party
Witness Garrison Turner

*s/ Louis L. Kurtz*

LOUIS L. KURTZ, OSB #760353
Trial Attorney: Louis L. Kurtz
Fax No. (541) 683-1815
lou@llkpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I caused to be served a true copy of the foregoing NON-PARTY WITNESS GARRISON F. TURNER'S MOTION FOR PROTECTIVE ORDER (NON-EVIDENTIARY) on the following persons by CM/ECF and email at the following addresses:

Bonnie M. Richardson
Attorney for Plaintiffs
*bonnie@richardsonwright.com*

Brooks M. Foster
Attorney for Defendants Michael Wisnovsky and Mark Wisnovsky
*bfoster@chenowethlaw.com*

James R. Dole
Attorney for Defendants Michael Wisnovsky and Mark Wisnovsky
*jdole@wlrlaw.com*

Bernard S. Moore
Attorney for Defendant Patrick Huycke
*moore@fdfirm.com*

Gregory T. Lusby
Attorney for Defendants Jarvis, Dreyer, Glatte & Larsen, LLP
*glusby@arnoldgallagher.com*

DATED this 10th day of June, 2022.

LOUIS L. KURTZ, P.C.
Attorney for Non-Party Witness
Garrison F. Turner

*s/ Louis L. Kurtz*

LOUIS L. KURTZ, OSB #760353
Trial Attorney: Louis L. Kurtz
Email: lou@llkpc