**Brooks M. Foster, OSB No. 042873**
Email: bfoster@chenowethlaw.com
Bradley T. Crittenden, OSB No. 173274
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone:  (503) 221-7958
Facsimile:  (503) 221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubinstein, P.C.
1246 NE Seventh Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: (541) 484-2277
Facsimile: (541) 484-2282

Attorneys for Defendants Mark A. Wisnovsky,

Michael J. Wisnovsky, and Valley View Winery, LLC

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION**

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21–cv–00157–CL <br><br> **SUBPOENA DUCES TECUM** |

Page 1 – SUBPOENA DUCES TECUM

EXHIBIT A - PAGE 1

**TO:   GARRISON F. TURNER, C/O LOUIS KURTZ, LOUIS L. KURTZ, P.C., 1050 WILLAGILLESPIE RD., STE 5, EUGENE, OR 97401**

Pursuant to Fed. R. Civ. Proc. 45, you are hereby commanded to send, on or before June ___, 2022, to James Dole c/o Watkinson Laird Rubinstein, P.C., 1246 NE Seventh Street, Suite B, Grants Pass, OR 97526, by U.S. Mail, Federal Express, United Parcel Service, or other such similar carrier, true copies of those documents and electronically stored information in your possession, custody, or control that are described in the attached Exhibit A.

If you withhold any documents or electronically stored information on the basis of any privilege, including the attorney-client privilege and the work-product doctrine, describe the nature of the withheld documents or electronically stored information in a manner that, without revealing the privileged information itself, will enable the parties to this lawsuit and the court to assess the claim of privilege.

All documents you produce in response to this subpoena duces tecum must have a unique, non-repeating Bates stamp in the lower right corner of each document page that clearly identifies that page as unique among the others that you produce.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 – SUBPOENA DUCES TECUM

EXHIBIT A - PAGE 2

In lieu of the delivery of documents described in the first paragraph above, Defendants Mark Wisnovsky, Michael Wisnovsky, and Valley View Winery, Inc. will also accept delivery of your documents and electronically stored information via a secure hyperlink, secure email, a password-protected USB drive, or other mutually agreeable means of electronic transmission. Please contact Defendants' attorney, Brooks M. Foster, at (503) 221-7958 or via email at bfoster@chenowethlaw.com, to arrange for delivery.

DATED:  May __, 2022

ISSUED BY:

CHENOWETH LAW GROUP, PC


/s/_____
Brooks M. Foster, OSB No. 042873
bfoster@chenowethlaw.com
*Attorneys for Plaintiff*

Page 3 – SUBPOENA DUCES TECUM

**EXHIBIT A**

The following definitions apply to the subsequent list of documents demanded by the foregoing subpoena:

<u>DEFINITIONS</u>

1.  "Document" or "documents" or "records" shall be interpreted broadly to include the original and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise of writings or electronically stored information, including, but not limited to: correspondence; letters; memoranda; digital or handwritten jottings or notes; diaries; files; statistics; telegrams; emails; email attachments; electronic or paper address books, contact lists, and mailing lists; text messages; electronic messages; saved instant messaging conversations; chat room conversations; peer-to-peer networking conversations; voice mails;  minutes; transcripts; transcriptions; contracts; agreements; reports; studies; checks; statements; receipts; returns; summaries; pamphlets;  books;  manuals;  prospecti;  inter-office  and  intra-office communications; calendars; offers; notations of any sort of conversation, telephone calls, meetings or other communications; telephone message records or logs; caller-id information; internet histories; computer and network activity logs; web pages; social media accounts; online forums; online services; databases; spreadsheets; bulletins; pamphlets; circulars; printed matter; invoices; worksheets; research; studies; papers; pleadings; motions; legal memoranda; all drafts, alterations, modifications, changes, and amendments of any of the foregoing; faxes; scanned documents; questionnaires; opinions; statements; graphic and oral

Page 4 – SUBPOENA DUCES TECUM

reproductions of any kind, including, without limitation, photographs, charts, microfilm, computer software, and electronic recordings, such as tapes, diskettes, or cassettes or any tangible thing, however produced or reproduced.

2. "Electronically stored information" refers to all information stored in an electronic format, including, but not limited to, email; SMS and MMS text messages; blog posts or entries; Facebook posts, pages, and messages; Twitter posts, pages, and messages; posts, pages, and messages on any and all social networking sites; photographs, videotapes, tape recordings, voicemail, phone taps, and any other information stored in electronic format.

3. "Related to" or "relating to" means directly, indirectly, or in any way concerning, referring to, alluding to, responding to, regarding, describing, explaining, discussing, reflecting, analyzing, or commenting upon.

4. "Joanne Couvrette" refers to Plaintiff Joanne Couvrette and every agent, representative, attorney, employee, former employee, independent contractor, subcontractor, and consultant of Plaintiff Joanne Couvrette.

5. "Dick Thierolf" or refers to attorney Richard ("Dick") B. Thierolf, Jr. and every agent, representative, attorney, employee, former employee, independent contractor, subcontractor, and consultant of attorney Richard ("Dick") B. Thierolf, Jr. or any law firm that employed him.

6. "Ann Wisnovsky" refers to Ann M. Wisnovsky and every agent, representative, attorney, employee, former employee, independent contractor, subcontractor, and consultant of Ann M. Wisnovsky.

Page 5 – SUBPOENA DUCES TECUM

7. "Mark Wisnovsky" refers to Defendant Mark A. Wisnovsky and every agent, representative, attorney, employee, former employee, independent contractor, subcontractor, and consultant of Defendant Mark A. Wisnovsky.

8. "Mike Wisnovsky" refers to Defendant Michael J. Wisnovsky and every agent, representative, attorney, employee, former employee, independent contractor, subcontractor, and consultant of Defendant Michael J. Wisnovsky.

9. "Valley View" refers to Defendant Valley View Winery, Inc., and every agent, representative, attorney, employee, former employee, officer, independent contractor, subcontractor, and consultant of Defendant Valley View Winery, Inc. and its related business entities, if any.

10. "Wisnovsky Defendants" refer to Mark Wisnovsky, Mike Wisnovsky, and Valley View.

11. "Wisnovsky Land" refers to Plaintiff Wisnovsky Land, LLC and every agent, representative, attorney, employee, former employee, member, manager, officer, independent contractor, subcontractor, and consultant of Plaintiff Wisnovsky Land, LLC and its related business entities, if any.

12. "Trust" refers to the "INTER VIVOS REVOCABLE TRUST [–] THE ANN M. WISNOVSKY TRUST", dated August 2, 2012, as amended or allegedly amended by each of the following: (1) the "FIRST AMENDMENT TO INTER VIVOS REVOCABLE TRUST [–] THE ANN M. WISNOVSKY TRUST", dated March 14, 2016; (2) the "SECOND AMENDMENT TO INTER VIVOS REVOCABLE TRUST [–] THE ANN M. WISNOVSKY TRUST", dated February 23, 2017; (3) the "THIRD AMENDMENT TO INTER VIVOS REVOCABLE TRUST [–]

Page 6 – SUBPOENA DUCES TECUM

THE ANN M. WISNOVSKY TRUST", dated July 28, 2017; (4) the "FOURTH AMENDMENT TO INTER VIVOS REVOCABLE TRUST [–] THE ANN M. WISNOVSKY TRUST", dated May 31, 2019; (5) the "FIFTH AMENDMENT TO THE ANN M. WISNOVSKY TRUST", dated June 8, 2019; and (6) the "SIXTH AMENDMENT TO THE ANN M. WISNOVSKY TRUST", dated November 13, 2019.

## DOCUMENTS AND ELECTRONICALLY STORED INFORMATION DEMANDED

1.     All documents and electronically stored information related to the Trust.

2.     All documents and electronically stored information related to Ann Wisnovsky.

3.     All documents and electronically stored information related to the Wisnovsky Defendants.

4.     All documents and electronically stored information related to Wisnovsky Land.

Page 7 – SUBPOENA DUCES TECUM