**Bonnie Richardson, OSB No. 983331**
Email: bonnie@richardsonwang.com
Richardson Wang LLP
805 SW Broadway, Suite 470
Portland, Or 97205
Telephone: (503) 546-4637
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC<br><br>                Plaintiff,<br><br>vs.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>                Defendants. | Case No. 1:21-cv-00157-CL<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

**NOTICE OF WITHDRAWAL OF COUNSEL**

To the Clerk of Court and all parties:

PLEASE TAKE NOTICE that Elizabeth Graves formerly with Richardson Wang LLP hereby withdraws as one of the attorneys of record for Plaintiffs herein. Bonnie Richardson of Richardson Wang LLP continues to represent Plaintiffs in this matter.

///

///

Page 1 – NOTICE OF WITHDRAWAL OF COUNSEL

**RICHARDSON WANG LLP**
805 SW Broadway, Suite 470
Portland, OR 97205
Telephone: (503) 546-4637

Pursuant to this notice, please serve all further pleadings and papers in this case on Bonnie Richardson, Richardson Wang LLP, 805 SW Broadway, Suite 470, Portland, OR 97205.

DATED this 23rd day of June, 2022.

RICHARDSON WANG LLP

By: *s/Bonnie Richardson*
Bonnie M. Richardson, OSB No. 983331
bonnie@richardsonwang.com
Attorney for Plaintiffs

Trial Attorney:  Bonnie Richardson

Page 2 – NOTICE OF WITHDRAWAL OF COUNSEL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2022, I caused to be served a copy of the foregoing

NOTICE OF WITHDRAWAL OF COUNSEL on the following person in the manner indicated

below at the following address:

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
    *Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St Ste B
Grants Pass OR  97526
jdole@wlrlaw.com
    *Attorney for Defendants Michael*
    *Wisnovsky and Mark Wisnovsky*

Gregory Lusby
Arnold Gallagher PC
800 Willamette St Ste 800
PO Box 1758
Eugene OR  97440
glusby@arnoldgallagher.com
    *Attorney Defendant Jarvis, Dreyer,*
    *Glatte & Larsen, LLP*

Brooks Foster
Bradley Crittenden
Chenoweth Law Group PC
510 SW 5th Avenue, 4th Floor
Portland, OR 97204
bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com
    *Attorney for Defendants Michael*
    *Wisnovsky and Mark Wisnovsky*

☒ by **CM/ECF**

☒ by **Electronic Mail**

☐ by **US Postal Service**

☐ by **Hand Delivery**

☐ by **Overnight Delivery**

By  *s/Bonnie Richardson*
    Bonnie M. Richardson, OSB No. 983331
    bonnie@richardsonwang.com
    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**