# LOUIS L. KURTZ

TRIAL LAWYER

1050 WILLAGILLESPIE ROAD, #5
EUGENE, OREGON 97401
TELEPHONE: (541) 484-1273
TELEFAX: (541) 683-1815
EMAIL: lou@llkpc.com

June 30, 2022

**VIA CM/ECF**

Hon. Mark D. Clarke
Magistrate Judge
United States District Court
Medford Division

Re:    *Joanne Couvrette, et al. v. Mark A. Wisnovsky, et al.*
       USDC No. 1:21-CV-000157-CL

Dear Judge Clarke:

Attached is a proposed Order I have prepared in an effort to reflect the Court's ruling yesterday.

Earlier today, I provided Mr. Foster a draft of this Order and he objected to it. A copy of my email exchange with him is also attached.

Respectfully,

LOUIS L. KURTZ

LLK/tj
Enclosures

cc w/true copy of enc: Brooks M. Foster
                       Bonnie M. Richardson
                       James R. Dole
                       Bernard S. Moore
                       Gregory T. Lusby
                       David Jacobs