Louis L. Kurtz, OSB #760353
Louis L. Kurtz, P.C.
1050 Willagillespie Rd., Ste 5
Eugene, OR 97401
Telephone: (541) 484-1273
Email: lou@llkpc.com

*Attorney for Non-Party Witness Garrison F. Turner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC | Case No. 1:21-CV-00157-CL |
| Plaintiff, | **ORDER** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, | |
| Defendants. | |

THIS MATTER came before the Court on non-party witness Garrison F. Turner's

Motion for Protective Order, and the Court having heard the argument of counsel for

Movant and counsel for Defendants Wisnovsky and Valley View Winery, Inc. and being fully advised;

IT IS HEREBY ORDERED that Garrison F. Turner produce non-privileged documents and give deposition testimony about non-privileged matters.

This Order does not prohibit or limit the right of defendants Wisnovsky and Valley View Winery, Inc. to object to any assertions of privileges by Turner and their right to present those objections to the Court for ruling.

DATED this _12_ day of July, 2022.

Mark D. Clarke
United States Magistrate Judge