**Bonnie Richardson, OSB No. 983331**
Email: bonnie@richardsonwang.com
Richardson Wang LLP
805 SW Broadway, Suite 470
Portland, Or 97205
Telephone: (503) 546-4637
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC<br><br>          Plaintiff,<br><br>   vs.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>          Defendants. | Case No. 1:21-cv-00157-CL<br><br>MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT WISNOVSKY'S COUNTERCLAIMS |

On November 23, 2022 the Wisnovsky Defendants and Valley View Winery filed a Second Amended Complaint, adding counterclaims. Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff respectfully moves this Court for an extension of time of 28 days until January 16, 2023 to file an amended complaint. Plaintiff attempted to confer with counsel for Defendants. Defendants Huycke and The Jarvis Law Firm do not oppose this motion. Efforts were made today to confer with counsel for Defendants Mark Wisnovsky, Michael Wisnovsky, and Valley View

Page 1 – MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT WISNOVSKY'S COUNTERCLAIMS

Winery via email and phone regarding this requested extension, but no position was given before the deadline for filing this extension as Mr. Foster stated in his email response he was unavailable.

Under Local Rule 16-3(a) a party may move the Court to modify a deadline by (1) showing good cause to do so, (2) showing effective prior use of time, (3) proposing a new deadline, and (4) showing the impact of the new deadline on other existing deadlines. Plaintiff has good cause to ask for this extension due to the timing of the Second Amended Complaint being filed right before Thanksgiving. Following that holiday, all parties prepared for and engaged in depositions (which took place during the weeks of December 5 and December 12). The new proposed deadline of January 16, 2023 will not impact any existing deadlines.

DATED this 19th day of December, 2022.


RICHARDSON WANG LLP


By: s/Bonnie Richardson
        Bonnie M. Richardson, OSB No. 983331
        bonnie@richardsonwang.com
        Attorney for Plaintiffs

        Trial Attorney:  Bonnie Richardson


Page 2 – MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT WISNOVSKY'S COUNTERCLAIMS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 19, 2022, I caused to be served a copy of the foregoing MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT WISNOVSKY'S COUNTERCLAIMS on the following person in the manner indicated below at the following address:

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
*Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St Ste B
Grants Pass OR 97526
jdole@wlrlaw.com
*Attorney for Defendants Michael Wisnovsky and Mark Wisnovsky*

Gregory Lusby
Arnold Gallagher PC
800 Willamette St Ste 800
PO Box 1758
Eugene, OR 97440
glusby@arnoldgallagher.com
*Attorney Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Brooks Foster
Bradley Crittenden
Chenoweth Law Group PC
510 SW 5th Avenue, 4th Floor
Portland, OR 97204
bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com
*Attorney for Defendants Michael Wisnovsky and Mark Wisnovsky*

☒ by **CM/ECF**

☐ by **Electronic Mail**

☐ by **US Postal Service**

☐ by **Hand Delivery**

☐ by **Overnight Delivery**

By  *s/Bonnie Richardson*
Bonnie M. Richardson, OSB No. 983331
bonnie@richardsonwang.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

**RICHARDSON WANG LLP**
805 SW Broadway, Suite 470
Portland, OR 97205
Telephone: (503) 546-4637