**Brooks M. Foster, OSB No. 042873**
Email: bfoster@chenowethlaw.com
Bradley T. Crittenden, OSB No. 173274
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone:  (503) 221-7958
Facsimile:  (503) 221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubinstein, P.C.
1246 NE Seventh Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: (541) 484-2277
Facsimile: (541) 484-2282

Attorneys for Defendants Mark A. Wisnovsky,

      Michael J. Wisnovsky, and Valley View Winery, LLC

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION**

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC,<br><br>                     Plaintiffs,<br><br>   v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>                    Defendants. | Case No. 1:21–cv–00157–CL<br><br><br>STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING ORDER |

Page 1 -    STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING
          ORDER

The parties hereby move for an order amending the trial date and case scheduling order as set forth herein.  The parties request these schedule changes to allow additional time to complete depositions and discovery.

Discovery is ongoing and cannot be completed by the current discovery deadline of February 24, 2023.  The parties held six days of depositions in December 2022.  They are in the process of scheduling what they expect to be the last two fact-witness depositions before the close of discovery.  One of those remaining witnesses has communicated through their attorney that they are available to be deposed in March 2023, after the current discovery deadline. Counsel for all parties have confirmed their availability for depositions on at least three different days in March.  Counsel for the Wisnovsky Defendants is attempting to confirm the availability of the other remaining witness for a deposition in March.

Counsel for the parties have conferred by phone and email regarding adjustments to the current litigation schedule.  All parties have agreed to the proposed dates below, which do not change the current pretrial conference and trial dates:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| **Discovery Deadline** | 2/24/2023 | 3/31/2023 |
| **Amended Pleadings** | 2/24/2023 | 3/31/2023 |
| **Joint ADR Report** | 4/28/2023 | 4/28/2023 |
| **Dispositive Motions** | 4/28/2023 | 6/2/2023 |
| **Initial Expert Discovery Due** | 6/23/2023 | 8/4/2023 |
| **Rebuttal Expert Discovery Due** | 8/18/2023 | 9/1/2023 |
| **Completion of Expert Discovery** | 9/29/2023 | 10/13/2023 |
| **Pretrial Conference** | 11/20/2023 | 11/20/2023 |
| **Trial (two weeks)** | 12/5/2023 | 12/5/2023 |

/ / /

/ / /

Page 2 -    STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING
            ORDER

The parties therefore request an order amending the case schedule to reflect the proposed schedule above.

DATED: February 17, 2023.  **CHENOWETH LAW GROUP, PC**

By: */s/ Brooks M. Foster*
Brooks M. Foster, OSB No. 042873
bfoster@chenowethlaw.com
Bradley Crittenden, OSB No. 173274
bcrittenden@chenowethlaw.com
*Attorney for Defendants Michael J.
Wisnovsky, Mark Wisnovsky, and Valley
View Winery*

DATED: February 17, 2023.  **WATKINSON LAIRD RUBENSTEIN PC**

By: */s/ James R. Dole*
James R. Dole, OSB No. 892272
jdole@wlrlaw.com
*Attorney for Defendants Michael J.
Wisnovsky, Mark Wisnovsky, and Valley
View Winery*

DATED: February 17, 2023.  **RICHARDSON WRIGHT LLP**

By: */s/ Bonnie Richardson*
Bonnie Richardson, OSB No. 983331
bonnie@richardsonwright.com
*Attorney for Plaintiff Joanne Couvrette*

DATED: February 17, 2023.  **FROHNMAYER DEATHERAGE**

By: */s/ Bernard S. Moore*
Bernard S. Moore, OSB No. 843051
moore@fdfirm.com
*Attorney for Defendant Huycke*

DATED: February 17, 2023.  **ARNOLD GALLAGHER PC**

By: */s/ Gregory T. Lusby*
Gregory T. Lusby, OSB No. 933490
glusby@arnoldgallagher.com
*Attorney for Defendant Jarvis, Dreyer,
Glatte & Larsen, LLP*

Page 3 -  STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING
ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2023, 2023, I caused to be served a copy of the foregoing **STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING ORDER** on the following person(s) in the manner indicated below:

Ms. Bonnie Richardson,
Richardson Wang, LLP
805 SW Broadway, Ste. 470
Portland, OR 97205
bonnie@richardsonwang.com
*Attorneys for Plaintiffs/Counter-Defendants*
*Joanne Couvrette and Wisnovsky Land LLC*

Mr. Gregory T. Lusby
Arnold Gallagher, PC
800 Willamette St. Ste. 800
PO Box 1758
Eugene, OR 97440
glusby@arnoldgallagher.com
*Attorney for Defendant Jarvis, Dreyer,*
*Gate& Larsen, LLP*

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
*Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com
*Attorney for Defendant Mark Wisnovsky,*
*Michael Wisnovsky and Valley View Winery*

by the following method(s):

xx_____      by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

DATED: February 17, 2023

*/s/ Skylar Washabaugh*_____
Skylar Washabaugh, Paralegal