**Bonnie Richardson, OSB No. 983331**
Email: bonnie@richardsonwang.com
Richardson Wang LLP
100 SW Main, Suite 400
Portland, OR 97204
Telephone: (503) 546-4637
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | | |
|---|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust, | ) ) ) | Case No. 1:21−cv−00157−CL |
| Plaintiff, | ) ) | JOINT STATUS REPORT |
| vs. | ) ) | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the Court's March 17, 2023 Scheduling Order, the parties, by and through their attorneys of record set forth below, submit this Joint Status Report.

On March 16, 2023, Ann Wisnovsky ("Ann"), grantor and beneficiary of the Ann M. Wisnovsky Trust, passed away in San Diego, California. Ann was the mother of Plaintiff Joanne Couvrette ("Couvrette"), Defendants Mark and Michael Wisnovsky, and the founder of Defendant Valley View Winery, Inc. Couvrette has petitioned in San Diego County Superior Court for Letters of Special Administration authorizing her to participate in this lawsuit on behalf of Ann's estate as a Special Administrator. Mark and Michael Wisnovsky intend to oppose that petition.

Page 1 – JOINT STATUS REPORT

### A. <u>PLAINTIFF'S MOTION TO DISMISS</u>

On November 28, 2022, Mark and Michael Wisnovsky and Valley View Winery, Inc. ("Wisnovsky Defendants") filed their Second Amended Answer. In their Ninth Counterclaim, the Wisnovsky Defendants alleged Tortious Interference with Prospective Inheritance against Couvrette seeking a remedy of declaratory judgment. In response, on January 17, 2023, Couvrette filed a 12(b)(6) motion to dismiss the Ninth Counterclaim. The Wisnovsky Defendants filed their Response in Opposition on February 1, 2023. Couvrette filed a Reply on February 14, 2021, and the Court set the matter for hearing on March 22, 2023.

On March 16, 2023, Ann passed away. Plaintiff then proposed removing the hearing on Couvrette's motion to dismiss to allow time for grief and funeral arrangements. The Wisnovsky Defendants agreed, and all parties proposed extending all litigation deadlines. Plaintiff asked the Court to remove the hearing on the motion to dismiss, stating the attorneys would confer about resetting the hearing and other deadlines. The Court cancelled the hearing and ordered the parties to file a joint status report by March 31, 2023. ECF No. 88 (March 17, 2023).

Plaintiffs circulated a draft of this Joint Status Report on March 23, 2023. The next day, the Wisnovsky Defendants circulated their Third Amended Answer and requested consent to file it or to confer by phone with counsel for any objecting party. On March 28, 2023, Plaintiff's counsel stated they were not available to confer until after March 31, 2023, due to out of state travel during Portland Public Schools' spring break week. Conferral on this issue has been set for April 4, 2023. The parties respectfully request that any hearing be set no earlier than May 1, 2023.

### B. <u>REMOVAL MATTER (Wisnovsky v. Couvrette, 1:23-CV-00414)</u>

On February 23, 2023, Mark and Michael Wisnovsky filed a petition in the Jackson County Probate Court to remove Couvrette from her position as acting trustee of Ann's Trust and a motion to immediately suspend Couvrette from acting as trustee and appoint a professional fiduciary to act as trustee. Couvrette removed the case to the District of Oregon, Medford Division, on March 21, 2022. The Wisnovsky Defendants intend to move to remand the case back to state court and

Page 2 – JOINT STATUS REPORT

have asked Couvrette to consent or confer by phone.  Conferral on this issue has been set for April 4, 2023.

### C.  SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION

Plaintiffs and the Wisnovsky Defendants made an effort to settle this dispute and participated in mediation prior to Couvrette's filing of this lawsuit in January 2021.   Counsel for the parties have communicated regarding the potential for settlement and are interested in making further efforts to settle the case.  The Wisnovsky Defendants seek a decision on their pending motion for immediate suspension of Couvrette as acting Trustee prior to engaging in mediation or a judicial settlement conference but intend to confer through counsel about the possibility of an earlier mediation.

### D. SCHEDULING AND DISCOVERY

The parties filed a stipulated motion to amend the scheduling order on February 17, 2023. This schedule anticipated completion of discovery by March 31, 2023. Two depositions were noticed to take place in March. The first occurred. The second was that of Robert Wisnovsky, who is a son and beneficiary of Ann Wisnovsky. His deposition was to take place on March 23, 2023, but was postponed by his counsel in the wake of his mother's death. As of the writing of this Report, this deposition has not been rescheduled. However, counsel for Robert Wisnovsky has indicated that it should take place no later than May 15, 2023.

With that in mind, the parties have conferred and request the following case management schedule:

///

///

///

///

///

///

Page 3 – JOINT STATUS REPORT

**RICHARDSON WANG LLP**
100 SW Main, Suite 400
Portland, OR 97204
Telephone: (503) 546-4637

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery deadline | 3/31/23 | 5/31/23 |
| Amended pleadings | 3/31/23 | 5/31/23 |
| Joint ADR Report | 4/28/23 | 6/30/23 |
| Dispositive motions | 6/2/23 | 8/4/23 |
| Initial expert discovery | 8/4/23 | 10/6/23 |
| Rebuttal expert discovery | 9/1/23 | 11/3/23 |
| Completion of expert discovery | 10/13/23 | 1/19/23 |
| Pretrial conference | 11/20/23 | 02/29/2024 |
| Trial | 12/5/23 | After 03/11/2024 |

DATED: March 31, 2023.

RICHARDSON WANG LLP

By: *s/Bonnie Richardson*
    Bonnie M. Richardson
     *Attorney for Plaintiff*

DATED: March 31, 2023.

FROHNMAYER, DEATHERAGE, JAMIESON, MOORE, ARMOSINO & MCGOVERN, P.C.

By: *s/Bernard Moore*
    Bernard Moore
     *Attorney for Defendant Patrick Huycke*

DATED: March 31, 2023.

WATKINSON LAIRD RUBENSTEIN, P.C.

By: *s/James Dole*
    James Dole
     *Attorney for Defendants Mark Wisnovsky and Michael Wisnovsky*

Page 4 – JOINT STATUS REPORT

DATED: March 31, 2023.                    CHENOWETH LAW GROUP, P.C.


                                          By: *s/Brooks Foster*
                                              Brooks Foster
                                              Bradley T. Crittenden
                                                *Attorneys for Defendants Mark Wisnovsky*
                                                *and Michael Wisnovsky*



DATED: March 31, 2023.                    ARNOLD GALLAGHER, P.C.


                                          By: *s/Gregory Lusby*
                                              Gregory Lusby
                                                *Attorney for Defendant Jarvis, Dreyer,*
                                                *Glatte & Larsen LLP*


Page 5 – JOINT STATUS REPORT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2023, I caused to be served a copy of the foregoing JOINT STATUS REPORT on the following person in the manner indicated below at the following address:

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
*Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein P.C.
1246 NE 7th St., Suite B
Grants Pass, OR 97526
jdole@wlrlaw.com
*Attorney for Defendants Valley View Winery, Inc., Mark Wisnovsky and Michael Wisnovsky*

Brooks Foster
Bradley T. Crittenden
Chenoweth Law Group
510 SW 5th Ave 4th Floor
Portland, OR 97204
*Attorney for Defendants Valley View Winery, Inc., Mark Wisnovsky and Michael Wisnovsky*

Gregory Lusby
Arnold Gallagher, P.C.
800 Willamette St Ste 800
PO Box 1758
Eugene OR 97440
*Attorney for Defendant Jarvis, Dreyer, Glatte & Larsen LLP*

☒ by **CM/ECF**

☒ by **Electronic Mail**

☐ by **US Postal Service**

☐ by **Hand Delivery**

☐ by **Overnight Delivery**

By *s/Bonnie Richardson*
Bonnie Richardson

CERTIFICATE OF SERVICE

**RICHARDSON WANG LLP**
100 SW Main, Suite 400
Portland, OR 97204
Telephone: (503) 546-4637