**Brooks M. Foster, OSB No. 042873**
Email: bfoster@chenowethlaw.com
Bradley T. Crittenden, OSB No. 173274
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone:  (503) 221-7958
Facsimile:  (503) 221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubinstein, P.C.
1246 NE Seventh Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: (541) 484-2277
Facsimile: (541) 484-2282

Attorneys for Defendants Mark A. Wisnovsky,

    Michael J. Wisnovsky, and Valley View Winery, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br>                          Plaintiffs, <br><br>     v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br>                           Defendants. | Case No. 1:21–cv–00157–CL <br><br><br> STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING ORDER |

Page 1 -    STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING
               ORDER

The parties hereby move for an order amending the trial date and case scheduling order as set forth herein.  The parties request these schedule changes to allow additional time to complete depositions and discovery following the mediation they are attempting to schedule for June 27, 2023.

Discovery is ongoing and cannot be completed by the current discovery deadline of May 31, 2023.  On May 9, 2023, the Superior Court of California for San Diego County appointed Michelle Sullivan as Special Administrator to represent Ann's Estate in this action.  The Special Administrator has retained an Oregon attorney for representation in this lawsuit.  An attorney representing Robert Wisnovsky, one of the remaining witnesses previously scheduled to be deposed, indicated she would not allow her client to be deposed until after the appointment of the Special Administrator.  His deposition has not yet been rescheduled.

In addition, the parties have been in communication regarding mediation.  They have selected a mediator and have set aside June 27, 2023, for mediation.  The parties should know by then whether further discovery and litigation will be necessary to resolve this matter.

Counsel for the parties have conferred by phone and email regarding adjustments to the current litigation schedule.  All parties have agreed to the proposed dates below, which do not change the current pretrial conference and trial dates:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| **Joint ADR Report** | 6/30/2023 | 7/28/2023 |
| **Discovery Deadline** | 5/31/2023 | 9/1/2023 |
| **Amended Pleadings** | 5/31/2023 | 9/1/2023 |
| **Dispositive Motions** | 8/4/2023 | 11/3/2023 |
| **Initial Expert Discovery Due** | 10/6/2023 | 1/19/2024 |
| **Rebuttal Expert Discovery Due** | 11/3/2023 | 2/2/2024 |
| **Completion of Expert Discovery** | 1/19/2024 | 3/1/2024 |
| **Pretrial Conference** | 2/29/2024 | 4/12/2024 |
| **Trial (two weeks)** | After 3/11/2024 | After 4/26/2024 |

Page 2 -    STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING
            ORDER

The parties therefore request an order amending the case schedule to reflect the proposed schedule above.

DATED: May 31, 2023.                    **CHENOWETH LAW GROUP, PC**

                                        By: */s/ Brooks M. Foster* _____
                                             Brooks M. Foster, OSB No. 042873
                                             bfoster@chenowethlaw.com
                                             Bradley Crittenden, OSB No. 173274
                                             bcrittenden@chenowethlaw.com
                                                 *Attorney for Defendants Michael J.*
                                                 *Wisnovsky, Mark Wisnovsky, and Valley*
                                                 *View Winery*


DATED: May 31, 2023.                    **WATKINSON LAIRD RUBENSTEIN PC**

                                        By: */s/ James R. Dole* _____
                                             James R. Dole, OSB No. 892272
                                             jdole@wlrlaw.com
                                                 *Attorney for Defendants Michael J.*
                                                 *Wisnovsky, Mark Wisnovsky, and Valley*
                                                 *View Winery*


DATED: May 31, 2023.                    **RICHARDSON WRIGHT LLP**

                                        By: */s/ Bonnie Richardson* _____
                                             Bonnie Richardson, OSB No. 983331
                                             bonnie@richardsonwright.com
                                                 *Attorney for Plaintiff Joanne Couvrette*

DATED: May 31, 2023.                    **FROHNMAYER DEATHERAGE**

                                        By: */s/ Bernard S. Moore* _____
                                             Bernard S. Moore, OSB No. 843051
                                             moore@fdfirm.com
                                                 *Attorney for Defendant Huycke*

DATED: May 31, 2023.                    **ARNOLD GALLAGHER PC**

                                        By: */s/ Gregory T. Lusby* _____
                                             Gregory T. Lusby, OSB No. 933490
                                             glusby@arnoldgallagher.com
                                                 *Attorney for Defendant Jarvis, Dreyer,*
                                                 *Glatte & Larsen, LLP*


Page 3 -    STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING
            ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, 2023, I caused to be served a copy of the foregoing **STIPULATED MOTION TO AMEND TRIAL DATE AND CASE SCHEDULING ORDER** on the following person(s) in the manner indicated below:

Ms. Bonnie Richardson,
Richardson Wang, LLP
805 SW Broadway, Ste. 470
Portland, OR 97205
bonnie@richardsonwang.com
*Attorneys for Plaintiffs/Counter-Defendants*
*Joanne Couvrette and Wisnovsky Land LLC*

Mr. Gregory T. Lusby
Arnold Gallagher, PC
800 Willamette St. Ste. 800
PO Box 1758
Eugene, OR 97440
glusby@arnoldgallagher.com
*Attorney for Defendant Jarvis, Dreyer,*
*Gate& Larsen, LLP*

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
*Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com
*Attorney for Defendant Mark Wisnovsky,*
*Michael Wisnovsky and Valley View Winery*

by the following method(s):

xx          by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

DATED: May 31, 2023

*/s/ Skylar Washabaugh*
Skylar Washabaugh, Paralegal