BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:    (541) 779-2333
Facsimile:    (541) 779-6379
        *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as Trustee of the Anne M. Wisnovsky Trust,, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | |
| Defendants. | |

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of the lawsuit.  This report is submitted in compliance with LR-16-4(d).

Page 1 - **JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

1.   Have counsel held settlement discussions with their clients and the opposing party?

☑ Yes          ☐ No

If not, provide an explanation:

_____

2.   The parties propose: *(check one of the following)*

☐ (a)  That this case be referred to a neutral of their choice for ADR not sponsored by the

Court pursuant to LR 16-4(e)(1).

☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator.  *(See*

*LR 16-4(f)* for Court-sponsored mediation procedures).  The parties see a Court mediator

because:  _____

☐ (c)  ADR may be helpful at a later date following completion of:

_____

☐ (d)  The parties believe the Court would be of assistance in preparing for ADR by:

_____

☐ (e)  The parties do not believe any form of ADR will assist in the resolution of this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 - **JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

☑  (f)  Other:

Formal mediation was held on June 27, 2023 with Honorable Judge David Brewer acting as

mediator.  The parties were unable to reach a resolution._____


Dated this 26th day of July, 2023                    */s/ Bonnie Richardson*_____
         Ms. Bonnie Richardson, OSB #983331
*Of Attorneys for Plaintiff/Counter-Defendant*


Dated this 28th day of July, 2023                    */s/ Gregory T. Lusby*_____
Mr. Gregory T. Lusby, OSB #933490
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*


Dated this 28th day of July, 2023                    */s/ Brooks M. Foster*_____
Mr. Brooks M. Foster, OSB #042873
Mr. James R. Dole , OSB #892272
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*


Dated this 27th day of July, 2023                    */s/ Bernard S. Moore*_____
Bernard S. Moore, OSB #843051
*Of Attorneys for Defendant Patrick Huycke*


Page 3 - **JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT** upon:

| | |
|---|---|
| Ms. Bonnie Richardson, OSB #983331<br>Mr. Zachariah Allen, OSB #122729<br>RICHARDSON WRIGHT, LLP<br>805 SW Broadway, Suite 470<br>Portland, OR 97205<br>  Email:  bonnie@richardsonwright.com<br>  Email:  zach@richardsonwright.com<br>  Email:  elizabeth@richardsonwright.com<br>*Of Attorneys for Plaintiff/Counter-Defendant* | Mr. Gregory T. Lusby, OSB #933490<br>ARNOLD GALLAGHER, PC<br>PO Box 1758<br>Eugene, OR 97440<br>  Email:  glusby@arnoldgallagher.com<br>  Fax:  (541) 484-0536<br>*Of Attorneys for Defendant Jarvis, Dreyer,*<br>*Glatte & Larsen, LLP* |
| Mr. Brooks M. Foster, OSB #042873<br>CHENOWETH LAW GROUP<br>510 SW Fifth Avenue, Fourth Floor<br>Portland, OR 97204<br>  Email:  bfoster@northwestlaw.com<br>*Of Attorneys for Defendants/Counterclaimants*<br>*Valley View Winery, Inc. Mark Wisnovsky and*<br>*Michael Wisnovsky* | Mr. James R. Dole , OSB #892272<br>WATKINSON LAIRD RUBENSTEIN, PC<br>PO Box 10567<br>Eugene, OR 97440<br>  Email:  jdole@wlrlaw.com<br>*Of Attorneys for Defendants/Counterclaimants*<br>*Valley View Winery, Inc. Mark Wisnovsky and*<br>*Michael Wisnovsky* |

☐    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐    by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☒    by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐    by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

/ / /
/ / /
/ / /
/ / /

☐    by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.


DATED this 28th day of July, 2023

/s/ Bernard S. Moore _____
Bernard S. Moore, OSB# 843051
*Of Attorneys for Defendant Huycke*
TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333