BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:    (541) 779-2333
Facsimile:    (541) 779-6379
    *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as Trustee of the Anne M. Wisnovsky Trust,, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES BY 60 DAYS** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | |
| Defendants. | |

/ / /

/ / /

/ / /

Page 1 -    **STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## STIPULATED MOTION

Defendant HUYCKE submits the following Stipulated Motion to Extend All Deadlines by 60 days. Counsel conferred and this motion is stipulated to by all parties.  This motion is not made for the purposes of delay, but rather to allow the parties additional time for discovery which was put on hold while the parties attempted to negotiate a settlement.

The parties have conferred and agree that depositions will be required in this case in order to continue depositions in this matter. Given the existing schedules of counsel, depositions cannot be completed before the expiration of the current discovery deadline.  Accordingly, the parties request the Court grant the following extension of deadlines:

### PROPOSED DEADLINES

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Amended Complaint | September 01, 2023 | October 31, 2023 |
| Completion of Discovery | September 01, 2023 | October 31, 2023 |
| Dispositive Motions | November 03, 2023 | January 02, 2024 |
| Completion of Expert Discovery | March 01, 2024 | April 30, 2024 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 -    **STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

The parties therefore request an order amending the case schedule to reflect the proposed schedule above.

Dated this <u>9th</u> day of August, 2023

*/s/ Bonnie Richardson*
 Ms. Bonnie Richardson, OSB #983331
*Of Attorneys for Plaintiff/Counter-Defendant*

Dated this <u>10th</u> day of August, 2023

*/s/ Greg T. Lusby*
Mr. Gregory T. Lusby, OSB #933490
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Dated this <u>3rd</u> day of August, 2023

*/s/ Brooks M .Foster*
Mr. Brooks M. Foster, OSB #042873
Mr. James R. Dole , OSB #892272
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Dated this <u>11th</u> day of August, 2023

*/s/ Bernard S. Moore*
Bernard S. Moore, OSB #843051
*Of Attorneys for Defendant Patrick Huycke*

Page 3 -   **STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES BY 60 DAYS** upon:

Ms. Bonnie Richardson, OSB #983331
Mr. Zachariah Allen, OSB #122729
RICHARDSON WRIGHT, LLP
805 SW Broadway, Suite 470
Portland, OR 97205
    Email:  bonnie@richardsonwright.com
    Email:  zach@richardsonwright.com
    Email:  elizabeth@richardsonwright.com
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Gregory T. Lusby, OSB #933490
ARNOLD GALLAGHER, PC
PO Box 1758
Eugene, OR 97440
    Email:  glusby@arnoldgallagher.com
    Fax:  (541) 484-0536
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Mr. Brooks M. Foster, OSB #042873
CHENOWETH LAW GROUP
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
    Email:  bfoster@northwestlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. James R. Dole , OSB #892272
WATKINSON LAIRD RUBENSTEIN, PC
PO Box 10567
Eugene, OR 97440
    Email:  jdole@wlrlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐    by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☐    by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐    by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

/ / /
/ / /
/ / /
/ / /

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

☐    by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.


 DATED this 11th day of August, 2023

/s/ Bernard S. Moore _____
 Bernard S. Moore, OSB# 843051
 *Of Attorneys for Defendant Huycke*
 TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333