BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:    (541) 779-2333
Facsimile:    (541) 779-6379
        *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as Trustee of the Anne M. Wisnovsky Trust,, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **CERTIFIED STATEMENT OF SERVICE OF SUBPOENA** |
| v. | **FRCP 45 (a)(4)** |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | |
| Defendants. | |

/ / /

/ / /

/ / /

Page 1 - **CERTIFIED STATEMENT OF SERVICE**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

Pursuant to FRCP 45(a)(4), the undersigned certifies that the deposition subpoena issued to Robert Wisnovsky by the undersigned, which sought the production of documents in both tangible and electronic format' was served on all parties to this litigation prior to service on the witness Robert Wisnovsky.

Dated this 28th day of September, 2023.

/s/ Bernard S. Moore
Bernard S. Moore, OSB #843051
moore@fdfirm.com
TRIAL ATTORNEY
*Of Attorneys for Defendant Patrick Huycke*

Page 2 - **CERTIFIED STATEMENT OF SERVICE**

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **CERTIFIED STATEMENT OF SERVICE OF SUBPOENA FRCP 45 (a)(4)** upon:

Ms. Bonnie Richardson, OSB #983331
Mr. Zachariah Allen, OSB #122729
RICHARDSON WRIGHT, LLP
805 SW Broadway, Suite 470
Portland, OR 97205
    Email:  bonnie@richardsonwright.com
    Email:  zach@richardsonwright.com
    Email:  elizabeth@richardsonwright.com
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Gregory T. Lusby, OSB #933490
ARNOLD GALLAGHER, PC
PO Box 1758
Eugene, OR 97440
    Email:  glusby@arnoldgallagher.com
    Fax:  (541) 484-0536
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Mr. Brooks M. Foster, OSB #042873
CHENOWETH LAW GROUP
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
    Email:  bfoster@northwestlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. James R. Dole , OSB #892272
WATKINSON LAIRD RUBENSTEIN, PC
PO Box 10567
Eugene, OR 97440
    Email:  jdole@wlrlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. Joshua L. Ross, OSB #034387
KELLER ROHRBACK LLP
601 SW Second Avenue, Suite 1900
Portland, OR 97204
    Email:  jross@kellerrohrback.com
*Of Attorneys for Michelle Sullivan, Special Administrator of the Estate of Ann M. Wisnovsky*

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐    by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☒    by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐    by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

☐    by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.

DATED this 28th day of September, 2023

/s/ Bernard S. Moore _____
Bernard S. Moore, OSB# 843051
*Of Attorneys for Defendant Huycke*
TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333