BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:    (541) 779-2333
Facsimile:    (541) 779-6379
    *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as Trustee of the Anne M. Wisnovsky Trust,, <br><br> Plaintiff, <br><br> v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , <br><br> Defendants. | Civil No. 1:21-cv-00157-CL <br><br> **STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES BY 60 DAYS** |

/ / /

/ / /

/ / /

Page 1 -    **STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## STIPULATED MOTION

Defendant HUYCKE submits the following Stipulated Motion to Extend All Deadlines by 60 days. Counsel conferred and this motion is stipulated by all parties.  This motion is not made for the purpose of delay, but rather to allow the parties additional time to secure the deposition of Robert Wisnovsky. This motion is further supported by the declaration of Bernard S. Moore filed with this motion.

## PROPOSED DEADLINES

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Amended Complaint | October 31, 2023 | December 30, 2023 |
| Completion of Discovery | October 31, 2023 | December 30, 2023 |
| Dispositive Motions | January 02, 2024 | March 02, 2024 |
| Completion of Expert Discovery | April 30, 2024 | June 29, 2024 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 -    **STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES**

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

The parties therefore request an order amending the case schedule to reflect the proposed schedule above.

Dated this 25th day of October, 2023

/s/ Marissa Korbel
 Ms. Marissa Korbel, OSB #230272
 Ms. Bonnie Richardson, OSB #983331
*Of Attorneys for Plaintiff/Counter-Defendant*


Dated this 26th day of October, 2023

/s/ Gregory T. Lusby
Mr. Gregory T. Lusby, OSB #933490
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*


Dated this 26th day of October, 2023

/s/ Brooks M. Foster
 Mr. Brooks M. Foster, OSB #042873
 Mr. James R. Dole , OSB #892272
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*


Dated this 26th day of October, 2023

/s/ Bernard S. Moore
 Bernard S. Moore, OSB #843051
*Of Attorneys for Defendant Patrick Huycke*


Page 3 -   **STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES**

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **STIPULATED MOTION TO EXTEND CASE MANAGMENT DEADLINES BY 60 DAYS** upon:

Ms. Bonnie Richardson, OSB #983331
Ms. Marissa Korbel, OSB #230272
RICHARDSON WRIGHT, LLP
805 SW Broadway, Suite 470
Portland, OR 97205
    Email:  bonnie@richardsonwright.com
    Email:  marissa@allegiantlaw.com
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Gregory T. Lusby, OSB #933490
ARNOLD GALLAGHER, PC
PO Box 1758
Eugene, OR 97440
    Email:  glusby@arnoldgallagher.com
    Fax:  (541) 484-0536
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Mr. Brooks M. Foster, OSB #042873
CHENOWETH LAW GROUP
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
    Email:  bfoster@northwestlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. James R. Dole , OSB #892272
WATKINSON LAIRD RUBENSTEIN, PC
PO Box 10567
Eugene, OR 97440
    Email:  jdole@wlrlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. Joshua L. Ross, OSB #034387
KELLER ROHRBACK LLP
601 SW Second Avenue, Suite 1900
Portland, OR 97204
    Email:  jross@kellerrohrback.com
*Of Attorneys for Michelle Sullivan, Special Administrator of the Estate of Ann M. Wisnovsky*

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐    by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☒    by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐    by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

☐    by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.

DATED this 26th day of October, 2023

*/s/ Bernard S. Moore* _____
Bernard S. Moore, OSB# 843051
*Of Attorneys for Defendant Huycke*
TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333