BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:     (541) 779-2333
Facsimile:     (541) 779-6379
        *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as Trustee of the Anne M. Wisnovsky Trust,, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES BY 60 DAYS** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | |
| Defendants. | |

I, Bernard S. Moore, hereby declare, under penalty of perjury, that the following is true to

the best of my knowledge, information, and belief:

Page 1 -    **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF STIPULATED
        MOTION TO EXTEND CASE MANAGEMENT DEADLINES BY 60 DAYS**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

1. I am the attorney of record for Defendant PATRICK HUYCKE in the above-captioned case;

2. I have personal knowledge of the facts stated herein and if called upon could and would testify to these facts;

3. I make this Declaration in support of Defendant HUYCKE'S Stipulated Motion to Extend Case Management Deadlines by 60 Days;

4. Declaration:

The parties requested, and the court granted, a deadline extension in August of 2023 so they could conduct the deposition of Robert Wisnovksy (Robert) whom Huycke, at least, deems a material witness. Unfortunately, the parties were unable to obtain Robert's deposition despite the following efforts:

In early August, I contacted Robert's lawyer, Susan Krant, requesting that she provide the parties with available dates in August to take Robert's deposition. Ms. Krant emailed me back on August 17, 2023 informing me that she was out of the country and would not be available until mid-September. On September 19, 2023, I emailed Ms. Krant requesting available dates for Robert's deposition before the end of October, due to the October 31 Discovery Deadline in this case. Ms. Krant responded to my email and informed me that she had two back-to-back knee replacement surgeries scheduled on October 19 and would be out of commission for five weeks after the procedures, but that she was available for Robert's deposition between October 10 and 13. All parties in this matter agreed to October 10, and held October 12 as a back-up date, for Robert's deposition. I confirmed the dates with Ms. Krant. She responded that she held the deposition dates on her calendar, but needed to confirm with her client, Robert. On September 25, 2023, I again emailed Ms. Krant to follow up on

Page 2 -  **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES BY 60 DAYS**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

confirmation from Robert regarding his availability for the October 10 or 12 deposition. I reminded her of the October 31, 2023 discovery deadline and pointed out that, given her scheduled surgeries, we were running out of time to schedule and complete the deposition. Ms. Krant responded to me on September 25, stating that she had both called and emailed her client and was waiting for his response. On September 27, 2023, I again emailed Ms. Krant asking whether she had confirmed Robert's deposition for October 10 or, if necessary, October 12; she emailed me back the same day stating that she was continuing to try to contact her client but had yet to hear back. On September 29, 2023, having not yet heard back from Ms. Krant, I emailed her a Subpoena I sent out for service on Robert to secure his attendance on October 10. I informed Ms. Krants that I was issuing the Subpoena out of an abundance of caution due to the October 31 Discovery Deadline, but that I was agreeable to moving the deposition to a more convenient date if necessary. Ms. Krant responded, telling me that she understood my position and would again try to contact her client that day. Robert was personally served with the subpoena on October 1, 2023.

On the evening of October 5, I received an email from Ms. Krant stating that she had finally heard back from Robert and was informed by him that he was in New York. He did not provide her with his return date, and therefore she could not confirm his availability for his deposition. On October 6, I received a voicemail from Robert in which he stated that he had "been out of town" but his wife said "a Subpoena came about testifying in a deposition". This made me suspicious because, contrary to the implication that he was out of town and not personally served, my office confirmed with the process server that the Subpoena was served on a person matching his description: "white male, age 50+, 5'9" tall, 170 lbs , who answered

Page 3 -    **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF STIPULATED
MOTION TO EXTEND CASE MANAGEMENT DEADLINES BY 60 DAYS**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

to the name 'Robert'." I informed Ms. Krant that I was satisfied that Robert was personally served and that I intended to proceed with the deposition on the 10th.  Later, on October 6, I received an email from Robert  in which Robert informed me that he was not available until after October 13. After receiving the email, I emailed him back stating that I could not communicate directly with him, as he was represented by counsel. On October 6 at 2:50 p.m., Robert informed me by email that he was no longer represented by counsel and that I should communicate directly with him.  Since he informed me he was not available until after October 13th, I cancelled the October 10th deposition date and asked him to provide me with dates he would be available prior to October 31.  Robert responded, "I will give you dates when you give me a reasonable compensation rate for my lost time."  I asked Robert what he believed would be a reasonable rate for one day of his time, and he responded $1000 for a six-hour deposition.  I told him that would discuss this with my client and requested his available dates, and he responded he could be available on October 17 or October 19.  On October 10, 2023, I responded to Robert by email, offering to pay him $700 to compensate him for his time.  I informed him the check would be hand-delivered to him by me, personally, at the conclusion of his deposition; that he would not be required to appear for more than seven hours; and that the deposition would take place at my office on October 19 (a date he stated he was available), commencing at 9:00 a.m.; and I asked him to agree to accept the new Subpoena by mail and agree that I would not have to pay an additional witness fee or mileage fee, as those were previously tendered.  His response to my email read, "$1500/ 7 hours. Certified check."

/ / /

/ / /

Page 4 -   **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES BY 60 DAYS**

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

At that point, I decided to reissue the Subpoena for October 19 under the assumption that, if Robert wanted to modify or quash the Subpoena, he could do so. I reissued the subpoena and retained a civil process server to serve it on Robert. Attached as Exhibit 1 to this Declaration is the Return of Non-Service from the process server. As stated in the return, she attempted to serve Robert on October 14, October 17, and October 18 and that each time there were vehicles in the driveway, the television was on, and she could hear a male voice in the residence. No one came to the door on any of the attempts. October 18, 2023 at 3:26 p.m., I received an email from Robert stating, "Bernie, I haven't heard anything from you." The email conversation continued as follows:

> *October 20, 2023 at 8:55 a.m. from MOORE:*
> That's not entirely accurate. I sent a process server to your residence on 10-14, 10-17 and 10-18.
>
> *October 20, 2023 at 9:24 a.m. from ROBERT:*
> apparently I was not home. Should I just stay in my house all day for you?
>
> *October 20, 2023 at 9:33 a.m. from MOORE:*
> Robert
> I'm happy to send the process server out to your house. What is a good time when you will be home to accept the subpoena.
> Bernie
>
> *October 20, 2023 at 10:00 a.m.*
> A good time would be when she has a certified check made out to me for $1500.

I believe my efforts to secure Robert's deposition were in full compliance with FRCP 45d(1) in that I took reasonable steps to avoid imposing an undue burden or expense on him. Based upon the totality of the circumstances, it is difficult not to reach the conclusion that Robert is actively avoiding service of the Subpoena to avoid giving a deposition in this matter.

Page 5 -   **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES BY 60 DAYS**

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

I am deeply concerned that additional attempts by a private process server will only meet with the same result.   The parties will require additional time to schedule Robert's deposition as it is clear the court's help in getting it scheduled will be required.

**I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty or perjury.**

Dated this 26th day of October, 2023.

/s/ Bernard S. Moore
Bernard S. Moore, OSB #843051
moore@fdfirm.com
TRIAL ATTORNEY
*Of Attorneys for Defendant Patrick Huycke*

Page 6 -   **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES BY 60 DAYS**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
Jackson District of Oregon

Case Number: 121CV00157CL

Plaintiff:
**Joanne Couvrette as Trustee of the Anne M Wisnovsky Trust**

vs.

Defendant:
**Mark A Wisnovsky an individual, Michael J Wisnovsky an individual, et al**

Received by Quality Process Serving to be served on **Robert Wisinovsky, 2112 La Connor Ln, Medford, OR 97501**.

I, Vicci Ewen, do hereby affirm that on the **18th day of October, 2023** at **2:40 pm, I**:

am returning documents **NON SERVED**: After due search and diligent inquiry I was unable to serve the **Subpoena to Testify at a Deposition in a Civil Case, witness fee check $45.98, Rule 45, Federal Rules of Civil Procedure, (R45)** for the reason that I failed to find said defendant(s) at the aforementioned address.

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

Additional Information pertaining to this Service:
Attempts made and unable to get anyone to answer the door here,  Vehicle XFP 653, CU 27962, TV on, can hear him inside talking but will now answer the door
10/14/23 at 529pm, 10/17/23 434pm, 10/18/23 2:32pm,
yelled for male inside to come to door but no response.
unable to effect service prior to hearing date.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

_____
**Vicci Ewen**
Process Server

**Quality Process Serving**
**40 N Front St #4**
**Central Point, OR 97502**
**(541) 664-1130**

Our Job Serial Number: QPS-2023004991
Ref: Couvrette vs Wisnovsky
Service Fee: $60.00

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1w

**EXHIBIT 1**
**Page 1 of 1**

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF STIPULATED MOTION TO EXTEND CASE MANAGMENT DEADLINES BY 60 DAYS** upon:

Ms. Bonnie Richardson, OSB #983331
Ms. Marissa Korbel, OSB #230272
RICHARDSON WRIGHT, LLP
805 SW Broadway, Suite 470
Portland, OR 97205
   Email:  bonnie@richardsonwright.com
   Email:  marissa@allegiantlaw.com
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Gregory T. Lusby, OSB #933490
ARNOLD GALLAGHER, PC
PO Box 1758
Eugene, OR 97440
   Email:  glusby@arnoldgallagher.com
   Fax:  (541) 484-0536
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Mr. Brooks M. Foster, OSB #042873
CHENOWETH LAW GROUP
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
   Email:  bfoster@northwestlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. James R. Dole , OSB #892272
WATKINSON LAIRD RUBENSTEIN, PC
PO Box 10567
Eugene, OR 97440
   Email:  jdole@wlrlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. Joshua L. Ross, OSB #034387
KELLER ROHRBACK LLP
601 SW Second Avenue, Suite 1900
Portland, OR 97204
   Email:  jross@kellerrohrback.com
*Of Attorneys for Michelle Sullivan, Special Administrator of the Estate of Ann M. Wisnovsky*

☒     by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐     by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☒     by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐ by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

☐ by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.

DATED this 26th day of October, 2023

/s/ Bernard S. Moore

Bernard S. Moore, OSB# 843051
*Of Attorneys for Defendant Huycke*
TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333