BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:     (541) 779-2333
Facsimile:     (541) 779-6379
    *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as Trustee of the Anne M. Wisnovsky Trust,, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **MOTION REQUESTING COURT DIRECT US MARSHAL TO SERVE SUBPOENA FOR DEPOSITION ON ROBERT WIZNOVSKY OR AUTHORIZE ALTERNATIVE MEANS OF SERVICE** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | ORAL ARGUMENT REQUESTED |
| Defendants. | |

Defendant Huycke moves this court for an Order directing the US Marshal Service to serve

a deposition subpoena duces tecum on Robert Wisnovksy, a material witness, requiring that he

appear a time and place convenient for the parties or, in the alternative, an order that service of the

Page 1 -    MOTION REQUESTING COURT DIRECT US MARSHAL TO SERVE SUBPOENA

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

subpoena can be made by US Mail and email. Huyke further seeks an order that the following

compensation, under the following terms will comply with FRCP 45d(1) in that it will avoid

imposing undue expense on Robert Wisnovksy:

> $700.00 to compensate him for his time attending the deposition. The
>
> deposition shall not exceed seven hours. The check to be hand delivered to
>
> Robert Wisnovky by Bernard S. Moore at the conclusion of Robert
>
> Wisnovsky' s deposition. Witness fees and mileage previously tendered to
>
> Robert Wisnovsky shall apply and no additional witness fees and mileage
>
> are required.

This motion is based on the facts set forth in the declaration of Bernard S. Moore filed in

support of the Stipulated Motion of Extension of Time.

Dated this 26th day of October, 2021.

> /s/ Bernard S. Moore
> Bernard S. Moore, OSB #843051
> moore@fdfirm.com
> TRIAL ATTORNEY
> *Of Attorneys for Defendant Patrick Huycke*

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **MOTION REQUESTING COURT DIRECT US MARSHAL TO SERVE SUBPOENA FOR DEPOSITION ON ROBERT WIZNOVSKY OR AUTHORIZE ALTERNATIVE MEANS OF SERVICE**upon:

Ms. Bonnie Richardson, OSB #983331
Ms. Marissa Korbel, OSB #230272
RICHARDSON WRIGHT, LLP
805 SW Broadway, Suite 470
Portland, OR 97205
   Email:  bonnie@richardsonwright.com
   Email:  marissa@allegiantlaw.com
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Gregory T. Lusby, OSB #933490
ARNOLD GALLAGHER, PC
PO Box 1758
Eugene, OR 97440
   Email:  glusby@arnoldgallagher.com
   Fax:  (541) 484-0536
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Mr. Brooks M. Foster, OSB #042873
CHENOWETH LAW GROUP
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
   Email:  bfoster@northwestlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. James R. Dole , OSB #892272
WATKINSON LAIRD RUBENSTEIN, PC
PO Box 10567
Eugene, OR 97440
   Email:  jdole@wlrlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. Joshua L. Ross, OSB #034387
KELLER ROHRBACK LLP
601 SW Second Avenue, Suite 1900
Portland, OR 97204
   Email:  jross@kellerrohrback.com
*Of Attorneys for Michelle Sullivan, Special Administrator of the Estate of Ann M. Wisnovsky*

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐    by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☒    by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐    by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

☐    by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.

DATED this 26th day of October, 2023

/s/ Bernard S. Moore _____

Bernard S. Moore, OSB# 843051
*Of Attorneys for Defendant Huycke*
TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333