**MURPHY LAW GROUP P.C.**
Timothy Murphy, Attorney at Law
333 NE Russell St., Suite 200
Portland, OR 97212
Phone: 503 550 4894
tim@oregonlandlord.net


**LAW OFFICE OF STEPHEN BRIGANDI**
Stephen M. Brigandi, Esq., CA Bar #125992
Pro hac vice application pending
3624 Caminito Cielo Del Mar
San Diego, CA 92130
(858) 775-4213
brigandilaw@gmail.com

Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21−cv−00157−CL <br><br> NOTICE OF SUBSTITUTION OF COUNSEL |

NOTICE is given that pursuant to ORS 9.380, ORS 9.390, and LR 83-11, Timothy Murphy and Stephen Brigandi substitute in as counsel of record in place of Bonnie Richardson of Allegiant Law. LLP.


Page 1 – NOTICE OF SUBSTITUTION OF COUNSEL

Please direct all future pleadings and correspondence to plaintiffs at:

**Law Office of Stephen Brigandi**
Stephen Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
858-775-4213
sbrigandi@san.rr.com

**Murphy Law Group P.C.**
Timothy Murphy, Attorney at Law
333 NE Russell St., Suite 200
Portland, OR 97212
(503) 550 4894
tim@oregonlandlord.net

DATED this 31st day of January, 2024.

LAW OFFICE OF STEPHEN BRIGANDI

By: _/s/ Stephen Brigandi_
   Stephen Brigandi, CA Bar No. 125992
   *Pro Hac Vice*
   sbrigandi@san.rr.com

MURPHY LAW GROUP P.C.

By: _/s/ Timothy Murphy_
   Timothy Murphy
   Attorneys for Plaintiffs

ALLEGIANT LAW, LLP

By: _/s/ Bonnie Richardson_
   Bonnie Richardson, OSB No. 983331
   bonnie@allegiantlaw.com
   Withdrawing Attorney for Plaintiffs

Page 2 – NOTICE OF SUBSTITUTION OF COUNSEL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2024, I caused to be served a copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL on the following person in the manner indicated below at the following addresses:

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
 *Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St Ste B
Grants Pass OR  97526
jdole@wlrlaw.com
 *Attorney for Defendants Michael*
 *Wisnovsky and Mark Wisnovsky*

Gregory Lusby
Arnold Gallagher PC
800 Willamette St Ste 800
PO Box 1758
Eugene OR  97440
glusby@arnoldgallagher.com
 *Attorney Defendant Jarvis, Dreyer,*
 *Glatte & Larsen, LLP*

Brooks Foster
Bradley Crittenden
Chenoweth Law Group PC
510 SW 5th Avenue, 4th Floor
Portland, OR 97204
bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com
 *Attorney for Defendants Michael*
 *Wisnovsky and Mark Wisnovsky*

Joanne Couvrette
13274 Jacarte Court
San Diego, CA 92130
jcouvrette@sbcglobal.net
 *Plaintiff*

☒ by **CM/ECF**

☒ by **Electronic Mail**

☐ by **US Postal Service**

☐ by **Hand Delivery**

☐ by **Overnight Deliver**

By  */s/ Stephen M. Brigandi*

Stephen M. Brigandi

CERTIFICATE OF SERVICE