**Stephen M. Brigandi, pro hac vice**
Law Office of Stephen Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
(858) 775-4213
brigandilaw@gmail.com

**Murphy Law Group, P.C.**
Timothy Murphy
333 NE Russell St., Ste 200
Portland, OR 97212
Phone:  503 550 4894
Direct: 503 875 8627
www.oregonlandlord.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, | Case No. 1:21−cv−00157−CL |
| Plaintiffs, | JOINT STATUS REPORT |
| vs. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, | |
| Defendants. | |

Pursuant to the Court's February 26, 2024 Scheduling Order, the parties, by and through their attorneys of record set forth below, submit this Joint Status Report.

Page 1 – JOINT STATUS REPORT

### A.  SETTLEMENT

Plaintiff Joanne Couvrette ("Couvrette") and Defendants Patrick Huycke and Jarvis Dreyer Glatte & Larson (the "Huycke Defendants") have settled all claims which Couvrette has against the Huycke Defendants.  Couvrette and the Huycke Defendants are in the process of preparing an appropriate form of Release.  Counsel for Huycke has drafted a LR 41-1 Notice of Settlement which is currently being circulated amongst the settling parties for approval and will be filed shortly.

Plaintiffs and the Wisnovsky Defendants (Defendants Mark and Michael Wisnovsky and Valley View Winery, Inc.) have made many efforts to settle this dispute including by participating in mediation prior to Couvrette's filing of this lawsuit in January 2021 and again on June 27, 2023. Counsel for these parties have continued to communicate regarding the potential for settlement and are interested in making further efforts to settle the case.

### B.  SCHEDULING AND DISCOVERY

Plaintiffs and the Wisnovsky Defendants propose the following stipulated deadlines

| EVENT | DATE |
| --- | --- |
| Plaintiff's Amended Complaint | March 30, 2024 |
| Discovery Deadline | June 3, 2024 |
| Initial Expert Disclosure | August 5, 2024 |
| Rebuttal Expert Disclosure | September 2, 2024 |
| Completion of Expert Discovery | November 4, 2024 |
| Disposition Motion Deadline | December 2, 2024 |

DATED: March 1, 2024.                    LAW OFFICE OF STEPHEN BRIGANDI


By:____/s/ Stephen Brigandi_____
Stephen M. Brigandi
*Attorney for Plaintiffs*


Page 2 – JOINT STATUS REPORT

DATED: March 1, 2024.

FROHNMAYER, DEATHERAGE, JAMIESON, MOORE, ARMOSINO & MCGOVERN, P.C.

By:_____*/s/  Bernard Moore*_____
Bernard Moore
   *Attorney for Defendant Patrick Huycke*


DATED: March 1, 2024.

WATKINSON LAIRD RUBENSTEIN, P.C.

By:_____*/s/ James Dole*_____
James Dole
   *Attorney for Defendants Mark Wisnovsky and Michael Wisnovsky and Valley View Winery, Inc.*


DATED: March 1, 2024.

CHENOWETH LAW GROUP, P.C.

By:_____*/s/ Brooks Foster*_____
Brooks Foster
Bradley T. Crittenden
   *Attorneys for Defendants Mark Wisnovsky and Michael Wisnovsky and Valley View Winery, Inc.*


DATED: March ___, 2024.

ARNOLD GALLAGHER, P.C.

By:_____
Gregory Lusby
   *Attorney for Defendant Jarvis, Dreyer, Glatte & Larsen LLP*


Page 3 – JOINT STATUS REPORT

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I caused to be served a copy of the foregoing JOINT STATUS REPORT on the following persons in the manner indicated below at the following address:

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com
    *Attorney for Defendant Patrick Huycke*

James Dole
Watkinson Laird Rubenstein P.C.
1246 NE 7th St., Suite B
Grants Pass, OR 97526
jdole@wlrlaw.com
    *Attorney for Defendants Valley View Winery, Inc., Mark Wisnovsky and Michael Wisnovsky*

Brooks Foster
Bradley T. Crittenden
Chenoweth Law Group
510 SW 5th Ave 4th Floor
Portland, OR 97204
    *Attorney for Defendants Valley View Winery, Inc., Mark Wisnovsky and Michael Wisnovsky*

Gregory Lusby
Arnold Gallagher, P.C.
800 Willamette St Ste 800
PO Box 1758
Eugene OR 97440
    *Attorney for Defendant Jarvis, Dreyer, Glatte & Larsen LLP*

☒ by **CM/ECF**

☒ by **Electronic Mail**

☐ by **US Postal Service**

☐ by **Hand Delivery**

☐ by **Overnight Delivery**

By  _/s/ Stephen M. Brigandi_____

CERTIFICATE OF SERVICE