**Zachariah H. Allen**, OSB No. 122729
E-Mail: zha@hartwagner.com
HART WAGNER LLP
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile:  (503) 222-2301

*Of Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>        Defendants. | No. 1:21-cv-00157-CL<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that pursuant to L.R. 83-11, the undersigned respectfully

requests that the withdrawal of attorney Zachariah H. Allen as counsel of record for plaintiffs be

/ / /

/ / /

Page 1    **NOTICE OF WITHDRAWAL**

noted in the record and that Mr. Allen be removed from the CM/ECF noticing list and any other service list in this case.

Respectfully submitted this 7th day of May, 2024.

HART WAGNER LLP

By:    */s/ Zachariah H. Allen*
Zachariah H. Allen, OSB No. 122729

*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 7, 2024, I served the foregoing **NOTICE OF**

**WITHDRAWAL** on the following parties at the following addresses by email and through the

Court's Case Management/Electronic Case File system:

Bernard S. Moore
Frohnmayer Deatherage
2592 E Barnett Road
Medford, OR  97504
moore@fdfirm.com
    *Attorney for Defendant Patrick Huycke*

Gregory Lusby
Arnold Gallagher PC
800 Willamette Street, Suite 800
PO Box 1758
Eugene OR  97401
glusby@arnoldgallagher.com
    *Attorney for Defendant Jarvis, Dreyer,*
    *Glatte & Larsen, LLP*

Stephen Brigandi
Law Office of Stephen Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA  92130
brigandilaw@gmail.com
    *Pro Hac Vice*
    *Attorney for Plaintiffs*

Timothy L. Murphy
Murphy Law Group PC
PO Box 11870
Portland, OR  97211
tim@oregonlandlord.net
    *Attorney for Plaintiffs*

James Dole
Watkinson Laird Rubenstein PC
PO Box 10567
Eugene, OR  97440
jdole@wlrlaw.com
    *Attorney for Defendants Michael*
    *Wisnovsky, Mark Wisnovsky, and Valley*
    *View Winery, Inc.*

Brooks Foster
Chenoweth Law Group PC
510 SW 5th Avenue, 4th Floor
Portland, OR  97204
bfoster@chenowethlaw.com
    *Attorney for Defendants Michael*
    *Wisnovsky, Mark Wisnovsky, and Valley*
    *View Winery, Inc.*

Louis L. Kurtz
Louis L. Kurtz, P.C.
1050 Willagillespie Road, Suite 5
Eugene, OR 97401
lou@llkpc.com
    *Attorney for Movant Garrison F. Turner*

    */s/ Zachariah H. Allen*
    Zachariah H. Allen

Page 1  **CERTIFICATE OF SERVICE**

    **HART WAGNER LLP**
    **1000 S.W. Broadway, Twentieth Floor**
    **Portland, Oregon 97205**
    **Telephone: (503) 222-4499**
    **Facsimile:  (503) 222-2301**