STEPHEN M. BRIGANDI, ESQ. Pro hac vice
3624 Caminito Cielo Del Mar
San Diego, CA 92130
858-775-4213
brigandilaw@gmail.com


MURPHY LAW GROUP P.C.
Timothy Murphy, Attorney at Law
333 NE Russell St., Suite 200
Portland, OR 97212
Phone: 503 550 4894
tim@oregonlandlord.net


# UNITED STATES DISTRICT COURT
## MEDFORD DIVISION

| | |
|---|---|
| Joanne Couvrette, Trustee on behalf of Ann M. Wisnovsky<br><br>    Plaintiff,<br><br>    vs.<br><br>MARK A. WISNOVSKY, an individual; and MICHAEL J. WISNOVSKY, an individual; et al.<br>    Defendant. | Case No.: 1:21-CV-00157-CL<br><br>**PROOF OF SERVICE** |

    I, Stephen M. Brigandi, reside in the County of San Diego, State of California.  My business address is 3624 Caminito Cielo Del Mar, San Diego, CA 92130.  I am not a party to this action.

    On May 13, 2014, I served Plaintiffs' Motion To Dismiss Defendants' Cross-Claims along with the Declaration of Joanne Couvrette in Support as follows:

1

SUGGESTION OF DEATH and MOTION FOR SUBSTITUTION OF PARTY

In accordance with this Court's Local Rules regarding on-line filing, I filed with the Court the Motion and Declaration and included the following persons as attorneys for Defendants:

Brooks M. Foster, Esq.
Chenowith Law Group
bfoster@chenowithlaw.com

James R. Dole, Esq.
Watkinson Laird Rubenstein, P.C.
jdole@woroaw.com

Bernard S. Moore
Frohnmayer Deatherage
moore@fdfirm.com

I declare under penalty of perjury that the foregoing is true and correct.

May 13, 2024                                    Stephen M. Brigandi

                                        By:   /s/ Stephen M. Brigandi

SUGGESTION OF DEATH and MOTION FOR SUBSTITUTION OF PARTY