STEPHEN M. BRIGANDI, ESQ. Pro hac vice
3624 Caminito Cielo Del Mar
San Diego, CA 92130
858-775-4213
brigandilaw@gmail.com


MURPHY LAW GROUP P.C.
Timothy Murphy, Attorney at Law
333 NE Russell St., Suite 200
Portland, OR 97212
Phone: 503 550 4894
tim@oregonlandlord.net

# UNITED STATES DISTRICT COURT

## MEDFORD DIVISION

Joanne Couvrette, Trustee on behalf of Ann M. Wisnovsky

     Plaintiff,

     vs.

MARK A. WISNOVSKY, an individual; and MICHAEL J. WISNOVSKY, an individual; et al.

     Defendant.

Case No.: 1:21-CV-00157-CL

**DECLARATION OF STEPHEN BRIGANDI REGARDING PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITIN TO SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) and MOTION FOR SUBSTITUTION OF PARTY**

I, Stephen M. Brigandi, hereby declare as follows,

On April 30, 2024, I left a voicemail message for James Dole, one of the attorneys for the Defendants, asking for a return call.  He never did so.

1

DECLARATION OF STEPHEN BRIGANDI

I hereby declare under the penalty of perjury that the foregoing is true and correct. Dated this day of June 5, 2024.

Signature /s/Stephen Brigandi

2

DECLARATION OF STEPHEN BRIGANDI