BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:     (541) 779-2333
Facsimile:     (541) 779-6379
        *Of Attorneys for Defendant Huycke*


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as Trustee of the Anne M. Wisnovsky Trust,, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | |
| Defendants. | |

/ / /

/ / /

Page 1 -    **DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## CERTIFICATE OF COMPLIANCE

Pursuant to District of Oregon Local Rule ("LR") 7-1(a)(1)(A), counsel for defendant Patrick Huycke certifies that the parties made a good faith effort to resolve this dispute, by telephone and in writing. The parties were unable to resolve the issue presented by this motion. The parties listed below have been served with this Motion and should be notified:

Mr. Stephen Brigandi, CAB #125992
*Pro Hac Vice*
LAW OFFICE OF STEPHEN BRIGANDI
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Email : brigandilaw@gmail.com
Fax :    (858) 775-4213
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Gregory T. Lusby, OSB #933490
ARNOLD GALLAGHER, PC
PO Box 1758
Eugene, OR 97440
Email: glusby@arnoldgallagher.com
Fax:    (541) 484-0536
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Mr. Brooks M. Foster, OSB #042873
CHENOWETH LAW GROUP
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Email: bfoster@northwestlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc., Mark Wisnovsky, And Michael Wisnovsky*

Mr. James R. Dole, OSB #892272
WATSKINSON LAIRD RUBSENSTEIN, PC
PO Box 10567
Eugene, OR 97440
Email : jdole@wlrlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc., Mark Wisnovsky, and Michael Wisnovsky*

Timothy Murphy, OSB #003348
MURPHY LAW GROUP P.C.
333 NE Russell St., Suite 200
Portland, OR 97212
Email: tim@oregonlandlord.net
Fax: (503) 296-2633
*Of Attorneys for Plaintiff/Counter-Defendant*

## LR 7.1 CERTIFICATON

Pursuant to LR 7.1 the undersigned made a good faith effort through attempted phone conferences to resolve the dispute and was unable to do so.

Page 2 -    **DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## MOTION

Defendant Patrick Huycke ("Huycke"), pursuant to Federal Rules of Civil Procedure ("FRCP") 15 and LR 15, moves this Court for leave to amend Huycke's Answer to Plaintiff's Amended Complaint. This Motion is supported by the following Memorandum in Support, the court file in this matter, and the Declaration of Bernard S. Moore, filed herewith.

## MEMORANDUM IN SUPPORT

### INTRODUCTION

Huycke seeks leave to amend his Answer to Plaintiff's Amended Complaint to add the affirmative defense of settlement. (Ex. 1)

### FACTUAL SUMMARY

On January 10, 2024, Huycke's counsel had a telephone conference with Plaintiff's then-counsel, Bonnie Richardson, during which Huycke's counsel communicated Huycke's offer to pay Plaintiff a specific sum (which plaintiff later requested be confidential) in exchange for a release of all claims against Huycke and his former law firm (Lawyer Defendants). (Moore Decl.)

On January 30, 2024, Ms. Richardson notified counsel via email that Mr. Brigandi replaced her as counsel for Plaintiff in this matter. (Ex. 2.) On February 5, Mr. Brigandi filed his application for admission *pro hac vice*. (*Id.*) ECF 107.

On February 9, 2024, Mr. Brigandi, on behalf of Plaintiff, sent an email to Huycke's counsel which states, in relevant part:

> We will accept the $_____ settlement offer. We need the agreement to be confidential, you can wire the funds to my client trust account, and we will dismiss the claim with prejudice.
>
> Do you want to prepare a draft settlement agreement or should I?

Page 3 -    **DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

(Ex. 3.)

On April 22, 2024, Mr. Brigandi called Huycke's counsel (Moore Decl.) and asked that the Lawyer Defendants pay more than the agreed upon amount. Huycke's counsel informed Mr. Brigandi via email that the Lawyer Defendants would not pay an additional sum, and that Plaintiff was bound by the original agreement. (Ex. 4.) Huycke's counsel gave Plaintiff until end of business May 3, 2024, to advise whether Plaintiff would honor the parties' agreement. (*Id.*) Plaintiff refuses to honor that agreement. (Moore Decl.)

**TIMELINESS OF MOTION**

Plaintiff commenced this action on January 29, 2021. ECF 1. Huycke filed an Answer to Plaintiff's initial complaint on February 24, 2021. ECF 15. On March 16, 2022, Plaintiff filed a First Amended Complaint. ECF 45. On March 30, 2022, Huycke filed an Answer to Plaintiff's Amended Complaint and Affirmative Defense. ECF 46. On March 4, 2024, the Court entered a scheduling order which provides, as relevant here, that discovery is to be completed by June 3, 2024, and that dispositive motions are due by December 2, 2024. ECF 116. Trial has not been scheduled.

**LEGAL STANDARD**

Huycke seeks leave to amend under FRCP 15(a)(2) because more than 21 days has elapsed since Huycke filed his Answer to Plaintiff's Amended Complaint and Affirmative Defense and Plaintiff opposes Huycke's proposed amendment.

FRCP 15(a)(2) provides that "the court should freely give leave [to amend] when justice so requires." *See also U.S. v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981" ("Rule 15's policy of favoring amendments to pleadings should be applied with extreme liberality.") The Court has discretion to deny leave to amend "if the amendment demonstrates: 1) prejudice; 2) bad faith; 3) futility; or 4)

Page 4 -    **DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

undue delay." *Heffington v. Gordon, Aylworth & Tami, P.C.*, Case No. 3:16-cv-02079-AC, 2017 U.S. Dist. LEXIS 119425 at *2-3 (D. Or. July 28, 2017) (citing *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962)).

### ARGUMENT

None of the factors weighing against granting leave to amend exist here. Huycke became aware of the necessity of this affirmative defense less than one month ago, which weighs strongly against any finding of prejudice, bad faith, or undue delay. *See id.* at 4-7 (discussing factors).

The requested amendment is not futile. *Cf. id.* at *7 (describing a proposed addition of a claim for relief as futile if the claimant cannot show that they have a plausible claim for relief). Huycke's affirmative defense of settlement is certainly plausible and must be affirmatively pled under FRCP 8.

Dated this 7TH day of JUNE, 2024.

/s/ Bernard S. Moore

Bernard S. Moore, OSB #843051
moore@fdfirm.com
TRIAL ATTORNEY
*Of Attorneys for Defendant Patrick Huycke*

Page 5 -    **DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served the foregoing **DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** upon:

| | |
|---|---|
| Mr. Timothy Murphy, OSB #003348<br>MURPHY LAW GROUP PC<br>PO Box 11870<br>Portland, OR 97211<br>  Email:  tim@oregonlandlord.net<br>*Of Attorneys for Plaintiff/Counter-Defendant* | Mr. Stephen Brigandi, *Pro Hac Vice*<br>LAW OFFICE OF STEPHEN BRIGANDI<br>3624 Caminito Cielo Del Mar<br>Sand Diego, CA 92130<br>  Email:  sbrigandi@san.rr.com<br>*Of Attorneys for Plaintiff/Counter-Defendant* |
| Mr. Brooks M. Foster, OSB #042873<br>CHENOWETH LAW GROUP<br>510 SW Fifth Avenue, Fourth Floor<br>Portland, OR 97204<br>  Email:  bfoster@northwestlaw.com<br>*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky* | Mr. James R. Dole , OSB #892272<br>WATKINSON LAIRD RUBENSTEIN, PC<br>PO Box 10567<br>Eugene, OR 97440<br>  Email:  jdole@wlrlaw.com<br>*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky* |
| Mr. Joshua L. Ross, OSB #034387<br>KELLER ROHRBACK LLP<br>601 SW Second Avenue, Suite 1900<br>Portland, OR 97204<br>  Email:  jross@kellerrohrback.com<br>*Of Attorneys for Michelle Sullivan, Special Administrator of the Estate of Ann M. Wisnovsky* | Mr. Gregory T. Lusby, OSB #933490<br>ARNOLD GALLAGHER, PC<br>PO Box 1758<br>Eugene, OR 97440<br>  Email:  glusby@arnoldgallagher.com<br>  Fax:  (541) 484-0536<br>*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP* |

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐    by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☐    by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐   by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

☐   by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.

DATED this 7TH day of JUNE 2024

/s/ Bernard S. Moore _____

Bernard S. Moore, OSB# 843051
*Of Attorneys for Defendant Huycke*
TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333