BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:     (541) 779-2333
Facsimile:     (541) 779-6379
        *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANN COUVRETTE, as Trustee of the Ann M. Wisnovsky Trust,, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **DEFENDANT PATRICK HUYCKE'S FIRST AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND AFFIRMATIVE DEFENSE** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | Jury Trial Requested |
| Defendants. | |

For Answer to Plaintiff's Amended Complaint, Defendant PATRICK HUYCKE (hereinafter "HUYCKE") admits and denies as follows:

///

Page 1 -   **DEFENDANT PATRICK HUYCKE'S FIRST AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND AFFIRMATIVE   DEFENSE**
**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

EXHIBIT 1
Page 1 of 6

1.

HUYCKE admits paragraphs 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 25 and 29.24, and 28 of Plaintiff's Complaint.

2.

HUYCKE admits this is a diversity action, brought by JOANNA COUVRETTE. HUYCKE as Trustee of the Ann M. Wisnovsky Trust (hereinafter "Trust"). HUYCKE lacks knowledge and information sufficient to form a belief as to the allegations that JOANN COUVRETTE is the Trustee of the Ann M. Wisnovsky Trust (hereinafter "Trust"), or that Ann Wisnovsky is incapacitated, suffers from dementia, and is a vulnerable person as defined by Oregon's Elderly and Persons with Disabilities Prevention Act, ORS 124.005.

3.

HUYCKE admits that he represented Ann Wisnovsky as her personal attorney, and that, at one point in time, he represented Valley View Winery, Inc.  HUYCKE denies that he represented Valley View Winery at any time during which Ann Wisnovsky owned less than 51% of the shares.

4.

HUYCKE lacks knowledge and information sufficient to form a belief as to the allegations in paragraphs 14 and 15 of Plaintiff's Complaintand 16.

5.

HUYCKE admits that, at some point in time, Frank Wisnovsky died.  HUYCKE lacks knowledge and information sufficient to form a belief as to the truth of the allegations that he died by drowning while on an engineering job.

6.

Page 2 -  **DEFENDANT PATRICK HUYCKE'S FIRST AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND AFFIRMATIVE DEFENSE**

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

Formatted: Highlight

**EXHIBIT 1**
**Page 2 of 6**

HUYCKE admits that Valley View Winery was founded by Frank Wisnovsky.

~~///~~

7.

HUYCKE admits that, at some point, Ann Wisnovsky inherited Frank Wisnovsky' s Estate. HUYCKE lacks knowledge and information sufficient to form a belief as to the truth of the allegations as to the contents of the Estate at the time it was inherited by Ann Wisnovsky.

8.

HUYCKE lacks knowledge and information sufficient to form a belief as to the truth of the allegations found in paragraphs ~~19 and 20 of Plaintiff's Complaint~~20 and 21.

9.

HUYCKE admits that he is an attorney licensed in Oregon and has been so licensed since 1975~~,~~ and was, at some point, a senior partner in the firm Huycke O'Connor & Jarvis, LLP.

10.

HUYCKE admits that Ann Wisnovsky consulted him regarding her estate planning. HUYCKE denies that Ann Wisnovsky always intended to treat her children equally.

11.

HUYCKE admits that over time Ann Wisnovsky gifted shares of Valley View Winery's stock to Defendants MARK WISNOVSKY (hereinafter "MARK") and MICHAEL WISNOVSKY (hereinafter "MICHAEL"). HUYCKE lacks knowledge and information sufficient to form a belief as to the truth of the allegation as to when MARK and MICHAEL took over management of Valley View Winery.

12.

Page 3 - **DEFENDANT PATRICK HUYCKE'S FIRST AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT ~~AND AFFIRMATIVE   DEFENSE~~**

**FROHNMAYER, DEATHERAGE, JAMIESON, MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

**EXHIBIT 1**
**Page 3 of 6**

HUYCKE lacks knowledge and information sufficient to form a belief as to truth of the allegations found in paragraphs ~~25 and~~ 26 ~~of Plaintiff's Complaint~~and 27 except that HUYCKE admits that Ann Wisnovsky gifted shares of Valley View Winery's stock to MARK and MICHAEL.

13.

HUYCKE admits that Ann Wisnovsky entered into an "Agreement to Make Payments". The document speaks for itself.

14.

HUYCKE admits that he drafted a vineyard lease and a winery lease together with addenda thereto in 2016.  HUYCKE admits the documents were signed by MARK, MICHAEL and Ann Wisnovsky on behalf of the TRUST and Wisnovsky Land LLC. HUYCKE denies that he was representing MARK or MICHAEL at the time the leases or addenda were drafted. HUYCKE admits that MARK and MICHAEL provided him with some information necessary to draft the original leases; however, HUYCKE denies that they assisted in the "preparation of the leases".

15.

HUYCKE admits that he represented Ann Wisnovsky at the time the leases and addenda were drafted and signed.  The leases speak for themselves.

16.

HUYCKE admits that his representation of Ann Wisnovsky terminated in May of 2019. HUYCKE then provided Ann Wisnovsky with her complete file.  Although requested, HUYCKE could not provide Ann Wisnovsky with documentation which was in the Valley View Winery file, as the current owners of the Winery refused to grant him permission.  He was therefore prohibited from providing that information, pursuant to RPC 1.13(a) and Formal Ethics Op No 2005-85.

Page 4 -    **DEFENDANT PATRICK HUYCKE'S FIRST AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** ~~AND AFFIRMATIVE DEFENSE~~

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

**EXHIBIT 1
Page 4 of 6**

17.

HUYCKE lacks knowledge and information sufficient to form a belief as to truth of the allegations found in paragraphs ~~42, 43, 44, and~~ 45, 46, 47, and 48 of Plaintiff's Complaint.

~~/ / /~~

~~/ / /~~

18.

HUYCKE makes no answer to paragraphs 2, ~~4, 48,~~ 49, 50, 51, 52, 53, 54, 55, 56, 57, ~~and~~ 58, 59, and 60 ~~of Plaintiff's Complaint,~~ as those allegations are not directed to HUYCKE.

19.

Except as specifically admitted, HUYCKE denies each and every other allegation found in Plaintiff's Complaint.

**FOR FIRST AFFIRMATIVE DEFENSE**

20.

Plaintiff failed to commence this action within the time allowed by statute.

**FOR SECOND AFFIRMATIVE DEFENSE**

21.

Plaintiff entered into a binding settlement agreement with Defendant Huycke which she now refuses to honor.

~~WHEREFORE, having fully answered Plaintiff's Complaint, HUYCKE prays for judgment in his favor, dismissing Plaintiff's Complaint with prejudice and awarding HUYCKE his costs and disbursements incurred herein.~~

Page 5 -    **DEFENDANT PATRICK HUYCKE'S FIRST AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** ~~AND AFFIRMATIVE   DEFENSE~~

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

**EXHIBIT 1
Page 5 of 6**

Dated this 24th _____day of February_____, 202441.


/s/ Bernard S. Moore_____
Bernard S. Moore, OSB #843051
moore@fdfirm.com
TRIAL ATTORNEY
*Of Attorneys for Defendant Patrick Huycke*

Page 6 -  **DEFENDANT PATRICK HUYCKE'S FIRST AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND AFFIRMATIVE DEFENSE**
**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

**EXHIBIT 1**
**Page 6 of 6**