

# Allegiant Law

January 24, 2024

***VIA EMAIL & US MAIL***

Brooks Foster
Bradley Crittenden
Chenoweth Law Group PC
510 SW 5th Avenue, 4th Floor
Portland, OR 97204
bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97526
jdole@wlrlaw.com

Gregory Lusby
Arnold Gallagher PC
800 Willamette St., Ste. 800
PO Box 1758
Eugene, OR 97440
glusby@arnoldgallagher.com

Bernard S. Moore
Frohnmayer Deatherage
2592 E. Barnett Rd.
Medford, OR 97504
moore@fdfirm.com

Stephen Brigandi
Law Office of Stephen Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
sbrigandi@san.rr.com

Re:    Attorney Fee Lien
       Our File No. 10167.001

Dear Counsel:

As you know, Allegiant Law was retained by Joanne Couvrette as trustee of the Ann M. Wisnovsky Trust, and Wisnovsky Land, LLC, regarding their claims against Mark A. Wisknovsky; Michael J. Wisnovsky; Patrick Huycke; Valley View Winery, Inc.; Jarvis, Dreyer, Glatte & Larsen, LLP, fka Huycke O'Connor Jarvis, LLP, in U.S. District Court Case No. 1:21-CV-00157-CL. I write to provide you notice that plaintiffs owe an outstanding balance of $184,451.28 to Allegiant Law, LLP. As such, I draw your attention to *Potter v.*

**EXHIBIT 2**
**Page 1 of 2**

January 24, 2024
Page 2 of 2

*Schlesser Co., Inc.,* 335 Or 209 (2003), with the expectation that all parties will respect Allegiant Law's lien in any subsequent disposition in accordance with Oregon Rules of Professional Conduct 1.15(d)-(e).

Sincerely,

ALLEGIANT LAW LLP

Bonnie Richardson
bonnie@allegiantlaw.com
(503) 227-2022

BMR:kds
cc:    Joanne Couvrette



**EXHIBIT 2**
**Page 2 of 2**