## Bernard Moore

| | |
|---|---|
| From: | Stephen Brigandi <brigandilaw@gmail.com> |
| Sent: | Friday, February 9, 2024 2:08 PM |
| To: | Bernard Moore |
| Subject: | Couvrette |

Hi Bernie,

I just left you a voicemail. We will accept the $████████ settlement offer.  We need the agreement to be confidential, you can wire the funds to my client trust account, and we will dismiss the claim with prejudice.

Do you want to prepare a draft settlement agreement or should I?

Thanks.

Steve

Stephen Brigandi, Esq.
(858)775-4213

**EXHIBIT 3**
**Page 1 of 1**