## Ashley Davenport

**From:**          Bernard Moore
**Sent:**          Friday, April 26, 2024 13:59
**To:**            Steve Brigandi
**Cc:**            Tim Murphy; Greg Lusby; Ashley Davenport
**Subject:**       Wisnovsky v. Wisnovsky and Huycke
**Attachments:**   RICHARDSON 01-24-24 (Withdrawal and Attorney Lien).pdf; Brigandi Settlement
                   email.pdf

Steve
I informed the claims attorney at the OSB Professional Liability Fund, with whom I am working on this matter, that you requested her contact information. She requests that all communications go through me.
My clients are not willing to pay and additional funds to settle this matter. We are confident that the Ms. Couvrette's acceptance of the $▮▮▮▮▮ which my client previously tendered will be enforced by the court. Even if it mattered, and it does not, any contention that she was unaware of Bonnie Richardson's lien is simply not true. Bonnie's letter was sent to you and copied to Ms. Couvrette on January 24, 2024. Your email accepting the offer is dated February 9, 2024.
Please let me know by close of business Friday May 3rd if your client will honor the agreement she made. If I do not hear back from you by then I will file a motion asking the court to enforce our agreement.
Bernie

Bernard S. Moore
Frohnmayer, Deatherage et al
2592 E Barnett Rd
Medford, Oregon 97504
541-779-2333


CONFIDENTIALITY NOTICE:  The information contained in this email transmission is confidential and intended only for the use of the individual or entity intended to receive it.  It may contain information protected by the attorney-client privilege.  If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited.  If you have received this email transmission in error, please immediately notify the sender by return email and delete this transmission.

1

**EXHIBIT 4**
**Page 1 of 1**