BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:    (541) 779-2333
Facsimile:    (541) 779-6379
        *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as Trustee of the Anne M. Wisnovsky Trust,, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | |
| Defendants. | |

I, Bernard S. Moore, hereby declare, under penalty of perjury, that the following is true to the best of my knowledge, information, and belief:

Page 1 -    **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

1. I am the attorney of record for Defendant PATRICK HUYCKE in the above-captioned case;

2. I have personal knowledge of the facts stated herein and if called upon to could and would testify to these facts;

3. I make this Declaration in support of *Defendant Patrick Huycke's Motion for Leave to Amend Answer to Plaintiff's Amended Complaint;*

4. On January 10, 2024, Huycke's counsel had a telephone conference with Plaintiff's then-counsel, Bonnie Richardson, during which Huycke's counsel communicated Huycke's offer to pay Plaintiff a specific sum (which plaintiff later requested be confidential) in exchange for a release of all claims against Huycke and his former law firm (Attorney Defendants).

5. On January 30, 2024, Ms. Richardson notified counsel via email that Mr. Brigandi replaced her as counsel for Plaintiff in this matter. (Ex. 2.) On February 5, Mr. Brigandi filed his application for admission *pro hac vice*. (*Id.*) ECF 107.

6. On February 9, 2024, Mr. Brigandi, on behalf of Plaintiff, sent an email to Huycke's counsel which states, in relevant part:

   > We will accept the $_____ settlement offer. We need the agreement to be confidential, you can wire the funds to my client trust account, and we will dismiss the claim with prejudice. Do you want to prepare a draft settlement agreement or should I? (Ex. 3.)

7. On or about April 22, 2024, Mr. Brigandi called and asked if the Attorney Defendants would pay more than the agreed upon amount.  On April 29, 2024, I informed Mr. Brigandi via email that the Attorney Defendants would not pay an additional sum, and that Plaintiff

Page 2 -   **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

was bound by the original agreement. (Ex. 4.) I gave Plaintiff until end of business May 3, 2024, to advise whether Plaintiff would honor the parties' agreement. Plaintiff refuses to honor that agreement.

8. Pursuant to LR 7.1, I   called plaintiff's counsel twice in an attempt to resolve the issues presented in this motion. I was unable to reach counsel on either attempt.

**I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for the use as evidence in court and is subject to penalty or perjury.**

/s/ Bernard S. Moore

Bernard S. Moore, OSB #843051
moore@fdfirm.com
TRIAL ATTORNEY
*Of Attorneys for Defendant Patrick Huycke*

Page 3 -   **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **DECLARATION OF BERNARD S. MOORE IN SUPPORT OF DEFENDANT PATRICK HUYCKE'S MOTION FOR LEAVE TO AMEND ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** upon:

| | |
|---|---|
| Mr. Timothy Murphy, OSB #003348<br>MURPHY LAW GROUP PC<br>PO Box 11870<br>Portland, OR 97211<br>  Email:  tim@oregonlandlord.net<br>*Of Attorneys for Plaintiff/Counter-Defendant* | Mr. Stephen Brigandi, *Pro Hac Vice*<br>LAW OFFICE OF STEPHEN BRIGANDI<br>3624 Caminito Cielo Del Mar<br>Sand Diego, CA 92130<br>  Email:  sbrigandi@san.rr.com<br>*Of Attorneys for Plaintiff/Counter-Defendant* |
| Mr. Brooks M. Foster, OSB #042873<br>CHENOWETH LAW GROUP<br>510 SW Fifth Avenue, Fourth Floor<br>Portland, OR 97204<br>  Email:  bfoster@northwestlaw.com<br>*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky* | Mr. James R. Dole , OSB #892272<br>WATKINSON LAIRD RUBENSTEIN, PC<br>PO Box 10567<br>Eugene, OR 97440<br>  Email:  jdole@wlrlaw.com<br>*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky* |
| Mr. Joshua L. Ross, OSB #034387<br>KELLER ROHRBACK LLP<br>601 SW Second Avenue, Suite 1900<br>Portland, OR 97204<br>  Email:  jross@kellerrohrback.com<br>*Of Attorneys for Michelle Sullivan, Special Administrator of the Estate of Ann M. Wisnovsky* | Mr. Gregory T. Lusby, OSB #933490<br>ARNOLD GALLAGHER, PC<br>PO Box 1758<br>Eugene, OR 97440<br>  Email:  glusby@arnoldgallagher.com<br>  Fax:  (541) 484-0536<br>*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP* |

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐    by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☐    by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐ by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

☐ by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.

DATED this 7TH day of JUNE 2024

*/s/ Bernard S. Moore* _____
Bernard S. Moore, OSB# 843051
*Of Attorneys for Defendant Huycke*
TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333