BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:    (541) 779-2333
Facsimile:    (541) 779-6379
    *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as Trustee of the Anne M. Wisnovsky Trust, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **DEFENDANTS' JOINT EXPERT DISCLOSURE** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | |
| Defendants. | |

Pursuant to Rule 26(a)(2), Defendants hereby disclose and designate the following expert witness to testify on their behalf:  Michael Moore.

/ / /

Page 1 - **DEFENDANTS' EXPERT DISCLOSURE**

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

The information required by FRCP 26(a)(2)(B) is as follows:

(i)    Complete statement of all opinions and basis and reasons for them:

   a.    Moore will testify that the Vineyard Lease which is the subject of plaintiff's damage claims was at or above fair market value when signed. Moore will also testify as to the state of the market for wine grape producing property in Southern Oregon.

(ii)    The facts or data considered by the witness in forming the opinion

   a.    In addition to Moore's experience as a vintner, see the Vineyard Lease, First Vineyard lease Addendum and  Second Vineyard Lease Addendum.

(iii)    Any exhibits that will be used to summarize opinions:

   a.    Vineyard Lease, First Vineyard lease Addendum and Second Vineyard Lease Addendum.

(iv)    Witness's qualifications, including list of all publications authored in previous ten years:

   a.    Moore is a local wine grower who owns and operates Quail Run Vineyard in Talent Oregon. In addition, he leases several properties on which he grows grapes. As a result, he is familiar with the lease market value of grape producing property in Southern Oregon.

(v)    List of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:

   a.    None.

(vi)    Statement of the compensation to be paid for the testimony:

   $200.00 per hour.

/ / /

Page 2 - **DEFENDANTS' EXPERT DISCLOSURE**

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

Defendants reserve the right to rely on the testimony of any of the Plaintiff's experts. Defendants reserve the right to rely on the testimony of any of the Plaintiff's hybrid fact and expert witnesses.

Dated this 5TH day of AUGUST, 2024.

*/s/ Bernard S. Moore*
Bernard S. Moore, OSB #843051
moore@fdfirm.com
*Of Attorneys for Defendant Patrick Huycke*

*/s/ Brooks M. Foster*
Brooks M. Foster, OSB #042873
bfoster@chenowethlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

*/s/ Gregory T. Lusby*
Mr. Gregory T. Lusby, OSB #933490
glusby@arnoldgallagher.com
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

Page 3 - **DEFENDANTS' EXPERT DISCLOSURE**

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **DEFENDANTS' JOINT EXPERT DISCLOSURE** upon:

Mr. Timothy Murphy, OSB #003348
MURPHY LAW GROUP PC
PO Box 11870
Portland, OR 97211
   Email: tim@oregonlandlord.net
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Stephen Brigandi, *Pro Hac Vice*
LAW OFFICE OF STEPHEN BRIGANDI
3624 Caminito Cielo Del Mar
Sand Diego, CA 92130
   Email: sbrigandi@san.rr.com
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Brooks M. Foster, OSB #042873
CHENOWETH LAW GROUP
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
   Email: bfoster@northwestlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. James R. Dole , OSB #892272
WATKINSON LAIRD RUBENSTEIN, PC
PO Box 10567
Eugene, OR 97440
   Email: jdole@wlrlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. Gregory T. Lusby, OSB #933490
ARNOLD GALLAGHER, PC
PO Box 1758
Eugene, OR 97440
Email: glusby@arnoldgallagher.com
Fax:  (541) 484-0536
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

☒   by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐   by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☐   by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐   by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

☐    by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.


DATED this 5TH day of AUGUST 2024

/s/ Bernard S. Moore _____
Bernard S. Moore, OSB# 843051
*Of Attorneys for Defendant Huycke*
TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333