BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone:    (541) 779-2333
Facsimile:    (541) 779-6379
        *Of Attorneys for Defendant Huycke*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as Trustee of the Anne M. Wisnovsky Trust,, | Civil No. 1:21-cv-00157-CL |
| Plaintiff, | **STIPULATED MOTION FOR ENTRY OF JUDGMENT OF DISMISSAL AS TO DEFENDANTS PATRICK HUYCKE AND JARVIS, DREYER, GLATTE & LARSEN, LLP, PURSUANT TO FRCP 54 (b)** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., and Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP , | |
| Defendants. | |

Plaintiff settled and executed a Release of all Claims as to all claims Plaintiff had against

Defendants **PATRICK HUYCKE** and **JARVIS, DREYER, GLATTE & LARSEN, LLP, an**

**Oregon partnership, fka Huycke O'Connor Jarvis, LLP** (settling Defendants)**.**

Page 1 - **STIPULATED MOTION FOR ENTRY OF LIMITED JUDGMENT**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

Based on the settlement, Plaintiff and the settling Defendants stipulate that the court may make an express determination that there is no just reason for delay and enter a Final Judgment of Dismissal, without costs or fees to any party, as to the settling Defendants only.

Date: October 04, 2024          /s/ Stephen Brigandi
                                Stephen Brigandi, *Pro Hac Vice*
                                *Of Attorneys for Plaintiff*

Date: October 04, 2024          /s/ Bernard S. Moore
                                Bernard S. Moore, OSB #843051
                                *Of Attorneys for Defendant Patrick Huycke*

Date: September 17, 2024         /s/ Greg Lusby
                                Greg Lusby OSB #933490
                                *Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larson*

Page 2 - **STIPULATED MOTION FOR ENTRY OF LIMITED JUDGMENT**

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served the foregoing **STIPULATED MOTION FOR ENTRY OF JUDGMENT OF DISMISSAL AS TO DEFENDANTS PATRICK HUYCKE AND JARVIS, DREYER, GLATTE & LARSEN, LLP**upon:

Mr. Timothy Murphy, OSB #003348
MURPHY LAW GROUP PC
PO Box 11870
Portland, OR 97211
  Email:  tim@oregonlandlord.net
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Stephen Brigandi, *Pro Hac Vice*
LAW OFFICE OF STEPHEN BRIGANDI
3624 Caminito Cielo Del Mar
Sand Diego, CA 92130
  Email: sbrigandi@san.rr.com
*Of Attorneys for Plaintiff/Counter-Defendant*

Mr. Brooks M. Foster, OSB #042873
CHENOWETH LAW GROUP
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
  Email:  bfoster@northwestlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. James R. Dole , OSB #892272
WATKINSON LAIRD RUBENSTEIN, PC
PO Box 10567
Eugene, OR 97440
  Email:  jdole@wlrlaw.com
*Of Attorneys for Defendants/Counterclaimants Valley View Winery, Inc. Mark Wisnovsky and Michael Wisnovsky*

Mr. Gregory T. Lusby, OSB #933490
ARNOLD GALLAGHER, PC
PO Box 1758
Eugene, OR 97440
Email:  glusby@arnoldgallagher.com
Fax:  (541) 484-0536
*Of Attorneys for Defendant Jarvis, Dreyer, Glatte & Larsen, LLP*

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐    by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☐    by email to said attorney a copy thereof, certified by me as such, to said attorney at said attorney's last known email address.

☐    by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

☐    by faxing to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at said attorney's last known facsimile number as indicated above.  Proof of such transmission is attached hereto.

DATED this 4TH day of OCTOBER 2024

*/s/ Bernard S. Moore* _____
Bernard S. Moore, OSB# 843051
*Of Attorneys for Defendant Huycke*
TRIAL ATTORNEY

**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333