**Brooks M. Foster, OSB No. 042873**
Email: bfoster@northwestlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

*Attorneys for Defendants Mark A. Wisnovsky,*
*Michael J. Wisnovsky, and Valley View Winery, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21-CV-00157-CL <br><br> **UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** |

Page 1 -   UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION
            DEADLINE

Defendants Mark Wisnovsky, Michael Wisnovsky, and Valley View Winery, Inc. ("Wisnovsky Defendants") hereby move for an order extending the dispositive motion deadline from December 2, 2024, to January 17, 2025.  Pursuant to LR 7-1, counsel for the Wisnovsky Defendants certifies that he has conferred with counsel for Plaintiffs Joanne Couvrette and Wisnovsky Land, LLC ("Plaintiffs") and that Plaintiffs consent to and do not oppose this motion.

There are no other Court-set deadlines occurring after the dispositive motion deadline, which is currently set for December 2, 2024.  The Wisnovsky Defendants need the requested extension of time to finish preparing their dispositive motions because of the number of claims and affirmative defenses pleaded in this lawsuit, the impact of the holidays on work schedules, and their attorneys' many commitments and deadlines in other matters.

The Wisnovsky Defendants therefore request an extension of the dispositive-motion deadline from December 2, 2024, to January 17, 2025.

DATED:  December 2, 2024

CHENOWETH LAW GROUP, PC

 */s/ Brooks M. Foster*
Brooks M. Foster, OSB No. 042873
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: bfoster@chenowethlaw.com

*Attorneys for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing **UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** on the following:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette and Wisnovsky Land LLC*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

by the following method(s):

___xx___     by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

_____     by **e-serving** a full, true and correct copy thereof to the parties through OJD eFile, on the date set forth below.

_____     by **mailing** a full, true and correct copy thereof in a sealed, first-class, postage pre-paid envelope, addressed to the last-known address of the parties as shown above, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

_____     by **hand delivering** a full, true and correct copy thereof to the parties at the last known business address of the parties above.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

Dated:  December 2, 2024

CHENOWETH LAW GROUP, PC

_/s/ Claire E. Coren_
Claire E. Coren, Legal Assistant

DECLARATION OF SERVICE

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland, **OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: clairec@chenowethlaw.com**