STEPHEN M. BRIGANDI, ESQ. Pro hac vice
3624 Caminito Cielo Del Mar
San Diego, CA 92130
858-775-4213
brigandilaw@gmail.com


MURPHY LAW GROUP P.C.
Timothy Murphy, Attorney at Law
333 NE Russell St., Suite 200
Portland, OR 97212
Phone: 503 550 4894
tim@oregonlandlord.net

*Attorneys for Plaintiffs Joanne Couvrette,*
*Wisnovsky Land, LLC, and Michelle Sullivan*


**UNITED STATES DISTRICT COURT**

**MEDFORD DIVISION**


| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No.: 1:21-CV-00157-CL <br><br> **PLAINTIFFS' MOTION TO EXTEND TIME FOR FILING OF DISPOSITIVE MOTIONS UNTIL JANUARY 31, 2025** |

Plaintiffs hereby Move for an Extension of Time for all Parties to File Dispositive Motions in this Matter (which are currently due on January 17, 2025) to a new date up to and including January 31, 2025.

1

MOTION FOR EXTENSION OF TIME

Pursuant to LR 7-1(a), counsel for Plaintiffs Joanne Couvrette, Wisnovsky Land, LLC, and Michelle Sullivan[1] ("Plaintiffs") conferred with counsel for Defendants Mark Wisnovsky, Michael Wisnovsky, and Valley View Winery, Inc. ("Wisnovsky Defendants"). The Wisnovsky Defendants consent to and do not oppose this motion.

Accordingly, Plaintiffs ask for an Order from the Court granting this Motion and extending the dispositive motion filing deadline to January 31, 2025.

Dated: January 14, 2025

Signature /s/ *Stephen M. Brigandi*

---

[1] The Court recently granted Plaintiffs' motion to substitute Ms. Sullivan into this case as a plaintiff in her capacity as special administrator of the estate of Ann Wisnovsky for the limited purpose of litigating the estate's elder financial abuse claim against the Wisnovsky Defendants. *See* ECF no. 137 (order). The substitution of Ms. Sullivan for Ms. Couvrette does not relieve Ms. Couvrette of any of the Wisnovsky Defendants' counterclaims alleged against her. *Id.*

2

MOTION FOR EXTENSION OF TIME

DECLARATION OF SERVICE

I, Stephen M. Brigandi, reside in the County of San Diego, State of California. My business address is 3624 Caminito Cielo Del Mar, San Diego, CA 92130. I am not a party to this action.

On January 14, 2015, I served Plaintiffs' Motion to Extend Time to File Dispositive Motions as follows:

In accordance with this Court's Local Rules regarding on-line filing, I filed with the Court the Motion and included the following persons as attorneys for Defendants:

Brooks M. Foster, Esq.
Chenoweth Law Group
bfoster@chenowethlaw.com


James R. Dole, Esq.
Watkinson Laird Rubenstein, P.C.
jdole@wlrlaw.com


I declare under penalty of perjury that the foregoing is true and correct.


January 14, 2025                              Stephen M. Brigandi


                                             *By:   /s/ Stephen M. Brigandi*

3
MOTION FOR EXTENSION OF TIME