**Brooks M. Foster, OSB No. 042873**
Email: bfoster@northwestlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

*Attorneys for Defendants Mark A. Wisnovsky,*
*Michael J. Wisnovsky, and Valley View Winery, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21-CV-00157-CL <br><br><br> **WISNOVSKY DEFENDANTS' MOTION TO EXCEED WORD LIMIT** |

Page 1 -   WISNOVSKY DEFENDANTS' MOTION TO EXCEED WORD LIMIT

## **MOTION**

Defendants Mark Wisnovsky, Michael Wisnovsky, and Valley View Winery, Inc. ("Wisnovsky Defendants") hereby move for an order allowing their soon-to-be-filed motion for partial summary judgment to exceed the 11,000-word limit by up to 5,500 words so as to allow a total of up to 16,500 words in the memorandum, not including the caption, signature block, footers, and certificate of service. Pursuant to LR 7-1(a), counsel for the Wisnovsky Defendants certifies that he has conferred with counsel for Plaintiffs Joanne Couvrette, Wisnovsky Land, LLC, and Michelle Sullivan[1] ("Plaintiffs") and that Plaintiffs consent to and do not oppose this motion.

LR 7-2(b)(1) states in relevant part, "Without prior Court approval, memoranda [supporting non-discovery motions] . . . may not exceed 11,000 words, or in the alternative, 35 pages." There does not appear to be an established standard a movant must satisfy for the Court to grant a motion to exceed the word limit. In *Barnett v. E:Space Labs LLC* U.S. District Court Judge McShane suggested the movant should show "[g]ood reason" why an exceedance is necessary. Case No. 6:18–cv–00419–MC, 2018 WL 3364660, at *5 (D. Or. July 10, 2018).

The Wisnovsky Defendants have good reason to exceed the word limit by up to 5,500 words because they intend to move for partial summary judgment on multiple pleaded claims and on multiple grounds. Their attorneys have not yet completed their summary judgment motion, but they anticipate the issues they intend to raise will require more than the 11,000 words authorized

---

[1] The Court recently granted Plaintiffs' motion to substitute Ms. Sullivan into this case as a plaintiff in her capacity as special administrator of the estate of Ann Wisnovsky for the limited purpose of litigating the estate's elder financial abuse claim against the Wisnovsky Defendants. *See* ECF no. 137 (order). The substitution of Ms. Sullivan for Ms. Couvrette does not relieve Ms. Couvrette of any of the Wisnovsky Defendants' counterclaims alleged against her. *Id.*

by the local rules.  They believe up to an additional 5,500 words will be sufficient to properly brief their motion and will try to keep the motion close to the 11,000-word limit.

Good reason therefore exists for the Court to grant the Wisnovsky Defendants' request for an order allowing them to file a motion for summary judgment that exceeds the 11,000-word limit by up to 5,500 words so as to allow a total of up to 16,500 words in the memorandum, not including the caption, signature block, footers, and certificate of service.

DATED:  January 14, 2025

CHENOWETH LAW GROUP, PC

 /s/ Brooks M. Foster
Brooks M. Foster, OSB No. 042873
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: bfoster@chenowethlaw.com

*Attorneys for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

Page 3 -    WISNOVSKY DEFENDANTS' MOTION TO EXCEED WORD LIMIT

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing **WISNOVSKY DEFENDANTS' MOTION TO EXCEED WORD LIMIT** on the following:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Timothy Murphy
Murphy Law Group, PC
333 NE Russell St., Ste. 200
Portland, OR 97212
tim@oregonlandlord.net

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

by the following method(s):

__xx__     by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

__xx__     by **e-serving** a full, true and correct copy thereof to the parties through OJD eFile, on the date set forth below.

_____     by **mailing** a full, true and correct copy thereof in a sealed, first-class, postage pre-paid envelope, addressed to the last-known address of the parties as shown above, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

_____     by **hand delivering** a full, true and correct copy thereof to the parties at the last known business address of the parties above.

DECLARATION OF SERVICE

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland**, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: clairec@chenowethlaw.com**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

Dated:  January 14, 2025

CHENOWETH LAW GROUP, PC

*/s/ Jami Asay*
Jami Asay, Paralegal

DECLARATION OF SERVICE

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland**, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: clairec@chenowethlaw.com**