235

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

JOANNE COUVRETTE, as trustee    )
of the Ann M. Wisnovsky         )
Trust; and WISNOVSKY LAND,      )    Case No.
LLC,                            )    1:21-CV00157-CL
                                )
          Plaintiffs,           )
                                )
     vs                         )
                                )
MARK A. WISNOVSKY, an           )
individual; MICHAEL J.          )
WISNOVSKY, an individual;       )
PATRICK HUYCKE, an              )
individual; VALLEY VIEW         )
WINERY, INC., an Oregon         )
corporation; JARVIS, DREYER,    )
GLATTE & LARSEN, LLP, an        )
Oregon partnership, fka         )
Huycke O'Connor Jarvis, LLP,    )
                                )
          Defendants.           )

DEPOSITION OF JOANNE COUVRETTE

Taken in behalf of the Defendants

VOLUME II

December 7, 2022

referring to her as being fragile in a mental capacity?

A. Correct.

Q. Your mother was fragile in terms of her mental capacity in June 2019, correct?

A. No, she was not.

Q. How would you characterize her then in her mental capacity?

A. Well, I'm not a doctor, so I have no way of evaluating that in a meaningful way to tell you what her mental capacity was. But I believe Dr. Binette referred to as a scrappy matriarch of the Wisnovsky family. So that was in fine mental health, and her memory was fine.

Q. You agreed with that characterization of Dr. Binette?

A. Yes.

Q. Dr. Binette was a gynecologist, correct?

A. Dr. Binette was her personal physician. I'm not sure what his specialty was.

Q. Do you know what type of evaluative tests or processes he used to evaluate Ann's mental condition as being that of a scrappy matriarch?

A. I don't know the name of it, no.

Q. Do you recall the first time you ever had

evaluated with Dr. Vourlitis.  They would just send the lab to the house.

Q.  Do you know during what period of time she was -- would suffer from episodic delirium associated with bladder infections?

A.  I think the first time it happened was in the beginning of 2020.  We had her evaluated for this kidney problem that had developed, a kidney function problem.  I think it was the beginning of 2020.

MR. FOSTER:  Exhibit 650.

[EXB. 650 identified]

Q.  Is Exhibit 650 a letter signed by Dr. Melissa Vourlitis?

A.  Yes.

Q.  Did she date it July 8, 2020?

A.  Yes.

Q.  Is that when she prepared it?

MS. RICHARDSON:  Object to the form.

A.  I don't know when she prepared it.

Q.  Do you remember when you received this letter from Dr. Vourlitis?

A.  Sometime after she prepared it.

Q.  Do you remember any more specifically than that?

A.   No.

Q.   Did you have any problems with this letter when you saw it?

A.   What do you mean by problems?

Q.   Did you have any -- did you accept this letter when you received it?

A.   Did I accept it as the correct diagnosis?

Q.   Sure.

A.   I -- yes, I believe so.

Q.   It confirmed what you had been observing, correct?

A.   Yes, although as time has gone on, she's had other tests where she -- her ranking was higher.  So it would go higher, and then drop, and then go higher.

So after this letter, she was assessed and was deemed to not have dementia so that she could go into assisted living, not memory care.

Q.   And when she was evaluated as not having dementia, was she diagnosed with a lesser form of mental -- mental impairment?

A.   Once with nothing at all, and then other times with the mid-range, which is mild cognitive impairment.

Q.   Did you notice variation in Ann's cognitive

or mental ability prior to June or July of 2020? Like some days she would seem more -- more clear and competent than others?

A.   I would say she -- in 2020 she was usually pretty clear and competent, but she would have a lot of episodes related to what seemed to be bladder infections.  And those -- she had a few of those in that time frame.

Q.   Did you notice there were times in 2020 when her short-term memory was better than others?

A.   No, it was fairly consistent.  Her short-term memory was fairly consistent.  It was kind of her behaviors that would -- would go off.

Q.   Do you recall any episodes in 2019 when your mother exhibited worse symptoms of mental decline than at other times?

MS. RICHARDSON:   Object to the form.

A.   I believe that she had a -- an extremely bad bladder infection that required hospitalization at some point in 2019, and spent the night in the hospital.  And that was -- she was very not herself, I guess I would say.

Q.   Would you say that made her delirious?

A.   It was -- she was yelling and -- and then

she did a night of intravenous antibiotics, and the next morning she was sweet and we took her out to breakfast, we went to Nordstrom, she bought something.

MR. FOSTER: Exhibit 655.

[EXB. 655 identified]

Q. Is Exhibit 655 a letter from Dr. Vourlitis dated August 21, 2020?

A. Yes.

Q. Did she give it to you on or about August 21, 2020?

A. I don't remember, but probably.

Q. Is this letter -- did this letter state that Ann Wisnovsky, due to her medical condition, could not manage her personal financial or trust estate?

A. Yes.

Q. Did it say she had been diagnosed with dementia?

A. Yes.

Q. Please look back at Exhibit 650. Did this letter from Dr. Vourlitis dated July 8, 2020, also state that Ann had been diagnosed with dementia?

A. Yes.

Q. When was that?

A. She -- she had a debit card or a credit card that she continued to have, and I don't recall when she stopped using that. But the checkbook, she liked to carry it around with her. And at some point I thought that was a risk of losing the checks, so I pulled that back in the summer, I think, of 2019.

Q. And so it was around the fall 2019 when you became the person in charge of paying Ann's living expenses, correct?

A. I think I was paying some in the summer.

Q. Is the trust account that you've referred to that was used to pay Ann's living expenses held with a particular bank or institution?

A. Yes.

Q. Which one?

A. US Bank.

Q. Has that holder of the account -- well, strike that.

         Has that changed at all since June of 2019?

A. No, the -- the account still exists.

Q. Does the trust have any other bank accounts?

                    C E R T I F I C A T E

          I, Chris Villano Iba, a Certified

Shorthand Reporter of the State of Oregon, do

hereby certify that JOANNE COUVRETTE personally

appeared before me at the time and place

mentioned in the caption herein; that the witness

was first duly sworn on oath, and examined upon

oral interrogatories propounded by counsel; that

said examination, together with the testimony of

said witness, was taken down by me in stenotype

and thereafter reduced to print; and that the

foregoing transcript, Pages 235 to 517,

inclusive, constitutes a full, true and accurate

record of said examination of and testimony by

said witness, and of all other oral proceedings

had during the taking of said proceedings, and of

the whole thereof.

          Witness my hand and seal as Certified

Shorthand Reporter at Portland, Oregon, this 3rd

day of January, 2023.

                    Chris Villano Iba
                    Certified Shorthand Reporter
                    Certificate No. 90-0062
                    Expires September 30, 2024



## SENIOR MEDICAL ASSOCIATES

**SMA At Home**
2810 Camino Del Rio South, Suite 102  San Diego, CA 92108
Phone (858) 519-8763 Fax (877) 795-6216

July 8, 2020

To Whom It May Concern:

I am a physician licensed in the state of California.

Ann Wisnovsky (DOB:  08/11/1932) is a patient under the care of this medical practice. She has been diagnosed with dementia and as such it is my professional medical opinion that she no long has the capacity to make independent legal, medical, and financial decisions. Due to his/her medical condition, she cannot manage her personal finances or trust estate.

Please contact me at 858-519-8763 if you require further information.

Sincerely,

Melissa Vourlitis, DO FAAFP, CMP, ABOIM

CONFIDENTIAL

Ex. 650
Page 1 of 1
JCOUVRETTE009362



## SENIOR MEDICAL ASSOCIATES

SMA At Home
Melissa Vourlitis, DO, FAAFP, ABOIM, CMD
2810 Camino Del Rio South, Suite 102  San Diego, CA 92108
Phone (858) 519-8763 Fax (877) 795-6216

August 21, 2020

Patient:    Ann Wisnovsky
DOB:        08/11/1392

I am a physician licensed in the state of Califonria.

Ann Wisnovsky is a patient under the care of the medical practice.  She has been diagnosed with dementia and as such, it is my medical opinion that she no longer has the capacity to make independent legal, medical, and financial decisions. Due to her medical condition, she cannot manage her personal financial or trust estate.

If you require additional information, you may reach me at the numbers listed above.

Sincerely,

Melissa Vourlitis, DO, CMD, FAAFP, ABOIM

CONFIDENTIAL

Ex. 655
Page 1 of 1
JCOUVRETTE009374