**Sent:**    Wed, 13 Apr 2016 21:15:49 +0000 (UTC)
**From:**    Joanne Couvrette <jcouvrette@sbcglobal.net>
**To:**    Mike Wisnovsky <mike@valleyviewwinery.com>
**Subject:**    Re: Vineyard Land and Ann's Home

Here is my problem.  This lease seems to make the land un-saleable.    There is no clause that terminates the lease on the land upon sale.  So that is a huge problem for me.  The land value would be capped at a 10 cap rate....because who would buy it subject to the lease?

Please correct me if I am wrong, but this is not good for the owners of the land at all.

Joanne Couvrette
Executive Director
Canyon Crest Academy Foundation

858-350-0253 Ext. 4005

Home:
13274 Jacarte Court
San Diego, CA  92130
619-750-8509

_____                                                                                          _____

**From:** Mike Wisnovsky <mike@valleyviewwinery.com>
**To:** 'Joanne Couvrette' <jcouvrette@sbcglobal.net>
**Sent:** Wednesday, April 13, 2016 1:48 PM
**Subject:** FW: Vineyard Land and Ann's Home

Here are the leases

Cheers,

Michael Wisnovsky

Valley View Winery
Jacksonville Oregon
1.800.781.9463

Check us out on the web at www.valleyviewwinery.com

JCOUVRETTE004932

Ex. 543
Page 1 of 1