

# SENIOR MEDICAL ASSOCIATES

**SMA At Home**
2810 Camino Del Rio South, Suite 102  San Diego, CA 92108
Phone (858) 519-8763 Fax (877) 795-6216

July 8, 2020

To Whom It May Concern:

I am a physician licensed in the state of California.

Ann Wisnovsky (DOB:  08/11/1932) is a patient under the care of this medical practice. She has been diagnosed with dementia and as such it is my professional medical opinion that she no long has the capacity to make independent legal, medical, and financial decisions. Due to his/her medical condition, she cannot manage her personal finances or trust estate.

Please contact me at 858-519-8763 if you require further information.

Sincerely,

Melissa Vourlitis, DO FAAFP, CMP, ABOIM

CONFIDENTIAL