

## SENIOR MEDICAL ASSOCIATES

SMA At Home
Melissa Vourlitis, DO, FAAFP, ABOIM, CMD
2810 Camino Del Rio South, Suite 102  San Diego, CA 92108
Phone (858) 519-8763 Fax (877) 795-6216

August 21, 2020

Patient:    Ann Wisnovsky
DOB:        08/11/1392

I am a physician licensed in the state of Califonria.

Ann Wisnovsky is a patient under the care of the medical practice.  She has been diagnosed with dementia and as such, it is my medical opinion that she no longer has the capacity to make independent legal, medical, and financial decisions. Due to her medical condition, she cannot manage her personal financial or trust estate.

If you require additional information, you may reach me at the numbers listed above.

Sincerely,

Melissa Vourlitis, DO, CMD, FAAFP, ABOIM

CONFIDENTIAL