FIRST AMENDMENT
TO
INTER VIVOS REVOCABLE TRUST
THE ANN M. WISNOVSKY TRUST

I, ANN M. WISNOVSKY, am the Grantor and Trustee under that certain Inter Vivos Revocable Trust, dated August 2, 2012, establishing THE ANN M. WISNOVSKY TRUST.  I hereby amend the said trust as follows:

The provisions of Section 3.3B are revoked in their entirety, and in lieu thereof, the following provisions shall be substituted:

"B.  All of the interest of the trust estate in Wisnovsky Land, LLC, an Oregon limited liability company, shall be divided into shares as follows: twenty-five percent (25%) for JOANNE COUVRETTE; twenty-five percent (25%) for ROBERT F. WISNOVSKY; twenty-five percent (25%) for MARK A. WISNOVSKY; and twenty-five percent (25%) for MICHAEL J. WISNOVSKY.  The shares as so established shall be distributed to the respective beneficiaries for which the shares are created."

The provisions of Section 3.3C are revoked in their entirety, and in lieu thereof, the following provisions shall be substituted:

"C.  The rest, residue and remainder of this trust shall be divided into shares as follows:  thirty-five percent (35%) for JOANNE COUVRETTE; thirty-five percent (35%) for ROBERT F. WISNOVSKY; fifteen percent (15%) for MARK A. WISNOVSKY; and fifteen percent (15%) for MICHAEL J. WISNOVSKY.  The shares as so established shall be distributed to the respective beneficiaries for which the shares are created."

As amended by this First Amendment to Inter Vivos Revocable Trust, I hereby ratify and affirm the Inter Vivos Revocable Trust, dated August 2, 2012.

JCOUVRETTE000122

IN WITNESS WHEREOF, this First Amendment to Inter Vivos Revocable Trust is executed on the 14th day of March, 2016.

_Ann M. Wisnovsky_
ANN M. WISNOVSKY
                    , "Grantor"

_Ann M. Wisnovsky_
ANN M. WISNOVSKY
                    "Trustee"

2 - Second Amendment to Inter
    Vivos Revocable Trust

JCOUVRETTE000123

Ex. 529
Page 2 of 3

11

JCOUVRETTE000124