FOURTH AMENDMENT
TO
INTER VIVOS REVOCABLE TRUST
THE ANN M. WISNOVSKY TRUST

I, ANN M. WISNOVSKY, am the Grantor and Trustee under that certain Inter Vivos Revocable Trust, dated August 2, 2012, establishing THE ANN M. WISNOVSKY TRUST. On March 14, 2016, I executed a First Amendment to said trust. On February 23, 2017, I executed a Second Amendment to said trust, On July 28, 2017, I executed a Third Amendment to said trust.

Being of sound mind and body and wishing to amend the Trust providing for the equitable distribution of my estate to my beneficiaries I create this Fourth Amendment.

This Fourth Amendment supersedes the First Amendment, the Second Amendment, and the Third Amendment, which shall be of no further force or effect. I hereby amend the said trust as follows:

JOANNE COUVRETTE is restored as a Co-Trustee of the Trust.

The Provisions of Section 3.3 B and C are revoked in their entirety, an in lieu thereof, the following provision shall be substituted:

"B.    The stock of Valley View Winery, Inc., an Oregon corporation, has been previously transferred or gifted to MARK A. WISNOVSKY and MICHAEL J. WISNOVSKY;

C. The rest, residue and remainder of this trust shall be divided into two (2) equal shares. One of such shares shall be distributed to JOANNE COUVRETTE and one of such shares shall be distributed to ROBERT F. WISNOVSKY.

As amended by this Fourth Amendment to Inter Vivos Revocable Trust, I hereby ratify and affirm the Inter Vivos Revocable Trust, dated August 2, 2012.

IN WITNESS WHEREOF, this Fourth Amendment to Inter Vivos Revocable Trust is executed on the _3/ st_ day of May, 2019.

_Ann M. Wisnovsky_
ANN M. WISNOVSKY, "Grantor"

_Ann M. Wisnovsky_
ANN M. WISNOVSKY, "Trustee"

FOURTH AMENDMENT TO INTER VIVOS REVOCABLE TRUST

JCOUVRETTE002457

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____San Diego_____ )

On __May 31st, 2019_____ · before me, __Nancy Ann Lichtman, Notary Public_____
(insert name and title of the officer)

personally appeared __Ann M Wisnovsky_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Nancy Lichtman_____ (Seal)

NANCY ANN LICHTMAN
COMM. #2160213
NOTARY PUBLIC · CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires 7/16/2020

JCOUVRETTE002458

Ex. 560
Page 2 of 2