# FIFTH AMENDMENT

## TO THE

## ANN M. WISNOVSKY TRUST

Prepared by:

Garrison F. Turner
Davis, Hearn, Anderson & Turner P.C.
515 East Main Street
Ashland, OR 97520
(541) 482-3111

JCOUVRETTE002452

## FIFTH AMENDMENT
## TO THE
## ANN M. WISNOVSKY TRUST

I, Ann M. Wisnovsky, am the Settlor of the Ann M. Wisnovsky Trust, which was created by a Trust Agreement dated August 2, 2012. I previously executed a First Amendment, a Second Amendment, and a Third Amendment to that Trust Agreement, and all three of those amendments were superceded and revoked by the Fourth Amendment that I executed on May 31, 2019. After consultation with counsel, I wish to further amend the Trust Agreement pursuant to the powers reserved to me in Section 11 of the Trust Agreement as follows:

1.     The second sentence of Section 10.1 is deleted and replaced by the following sentence: "When Co-Trustees are serving hereunder, the Co-Trustees must act together to perform any act that purports to bind the trust, and any writing requiring the signature of Trustees of the trust must be signed by both Trustees in order to be binding and have any legal force or effect. Any provision elsewhere in the Trust Agreement inconsistent with the previous sentence shall be construed in a manner to be consistent with the previous sentence."

In all other respects, the Trust Agreement dated August 2, 2012, as amended by the Fourth Amendment, shall remain in full force and effect.

DATED:  This 8th day of June, 2019.

_____
Ann M. Wisnovsky, Settlor

THE FORGOING AMENDMENT IS ACCEPTED

_____
Ann M. Wisnovsky, Co-Trustee

_____
Joanne Couvrette, Co-Trustee

(Acknowledgment appears on the following page)

FIFTH AMENDMENT TO THE
ANN M. WISNOVSKY TRUST

- 1 -

DAVIS, HEARN, ANDERSON & TURNER, PC
515 East Main Street
Ashland, OR  97520
(541) 482-3111

JCOUVRETTE002453

Ex. 564
Page 2 of 5

## ACKNOWLEDGMENT

STATE OF OREGON        )
                       ) ss
County of Jackson      )

On the 8th day of June, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared Ann M. Wisnovsky, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument, and acknowledged that she executed it.

Notary Public for Oregon

> OFFICIAL STAMP
> BRITTANI FRANCIS
> NOTARY PUBLIC-OREGON
> COMMISSION NO. 950394A
> MY COMMISSION EXPIRES MAY 11, 2020

FIFTH AMENDMENT TO THE
ANN M. WISNOVSKY TRUST

- 2 -

DAVIS, HEARN, ANDERSON & TURNER, PC
515 East Main Street
Ashland, OR 97520
(541) 482-3111

JCOUVRETTE002454

Ex. 564
Page 3 of 5

## FIFTH AMENDMENT
## TO THE
## ANN M. WISNOVSKY TRUST

I, Ann M. Wisnovsky, am the Settlor of the Ann M. Wisnovsky Trust, which was created by a Trust Agreement dated August 2, 2012. I previously executed a First Amendment, a Second Amendment, and a Third Amendment to that Trust Agreement, and all three of those amendments were superceded and revoked by the Fourth Amendment that I executed on May 31, 2019. After consultation with counsel, I wish to further amend the Trust Agreement pursuant to the powers reserved to me in Section 11 of the Trust Agreement as follows:

1.    The second sentence of Section 10.1 is deleted and replaced by the following sentence: "When Co-Trustees are serving hereunder, the Co-Trustees must act together to perform any act that purports to bind the trust, and any writing requiring the signature of Trustees of the trust must be signed by both Trustees in order to be binding and have any legal force or effect. Any provision elsewhere in the Trust Agreement inconsistent with the previous sentence shall be construed in a manner to be consistent with the previous sentence."

In all other respects, the Trust Agreement dated August 2, 2012, as amended by the Fourth Amendment, shall remain in full force and effect.

DATED: This _____ day of June, 2019.


_____
Ann M. Wisnovsky, Settlor


THE FORGOING AMENDMENT IS ACCEPTED


_____          _____
Ann M. Wisnovsky, Co-Trustee             Joanne Couvrette, Co-Trustee


(Acknowledgment appears on the following page)


FIFTH AMENDMENT TO THE
ANN M. WISNOVSKY TRUST

- 1 -

DAVIS, HEARN, ANDERSON & TURNER, PC
515 East Main Street
Ashland, OR 97520
(541) 482-3111


JCOUVRETTE002455

ACKNOWLEDGMENT

STATE OF OREGON          )
                         ) ss
County of Jackson        )

On the _____ day of June, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared Ann M. Wisnovsky, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument, and acknowledged that she executed it.

_____
Notary Public for Oregon

ACKNOWLEDGMENT

STATE OF OREGON          )
                         ) ss
County of Jackson        )

On the 7ᵗʰ day of June, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared Joanne Couvrette, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument, and acknowledged that she executed it.



_____
Notary Public for Oregon

OFFICIAL STAMP
**LISA ANNE HART**
NOTARY PUBLIC-OREGON
COMMISSION NO. 946348
MY COMMISSION EXPIRES JANUARY 18, 2020

FIFTH AMENDMENT TO THE
ANN M. WISNOVSKY TRUST

- 2 -

DAVIS, HEARN, ANDERSON & TURNER, PC
515 East Main Street
Ashland, OR 97520
(541) 482-3111

JCOUVRETTE002456

Ex. 564
Page 5 of 5