## REVOCATION AND TERMINATION OF REDEMPTION AGREEMENT

On February 23, 2017, Wisnovsky Land, LLC, an Oregon Limited Liability Company, and Ann M. Wisnovsky, as a trustee of the Ann M. Wisnovsky Trust UTD August 2, 2012, entered into a "Redemption Agreement." Attached to that agreement was "Exhibit A," an unsigned specimen form of a Promissory Note. That Redemption Agreement was entered into upon the recommendation of Ann's prior attorney and the urging of Mark Wisnovsky and Michael Wisnovsky.

The estate plan in effect at the itme the Redemption Agreement was executed is no longer in existence, and therefore, there is no purpose in having the "Redemption Agreement" in place. In fact, it is inconsistent with, and contrary to, the existing estate plan of Ann M. Wisnovsky.

Now therefore, pursuant to the powers reserved to the trustees of the Ann M. Wisnovsky Trust, which is the sole member of Wisnovsky Land, LLC, the Redemption Agreement is hereby revoked and terminated, effective immediately.

Dated: _____7/2/19_____

_Ann M. Wisnovsky_
Ann M. Wisnovsky, Co-Trustee of the
Ann M. Wisnovsky Trust

Dated: _7-2-19_

_Joanne Couvrette_
Joanne Couvrette, Co-Trustee of the Ann
M. Wisnovsky Trust

For Wisnovsky Land, LLC, and its sole Member::

Dated: _7/2/-19_

_Ann M. Wisnovsky_
Ann M. Wisnovsky Trust dated August 2,
2012, by Ann M. Wisnovsky, Co-Trustee

Dated: _7-2-19_

_Joanne Couvrette_
Ann M. Wisnovsky Trust dated August 2,
2012, by Joanne Couvrette, Co-Trustee

(Acknowledgment on next page)

JCOUVRETTE005322

Ex. 577
Page 1 of 4

JCOUVRETTE005323

## ACKNOWLEDGMENT

STATE OF OREGON    )
                         ) ss
County of Jackson    )

On the 2nd day of July, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared Ann M. Wisnovsky and Joanne Couvrette, personally known to me or proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to this instrument, and acknowledged that they executed it.

OFFICIAL STAMP
DEANNA MONIQUE COSTEN
NOTARY PUBLIC-OREGON
COMMISSION NO. 965478
MY COMMISSION EXPIRES AUGUST 10, 2021

Notary Public for Oregon

JCOUVRETTE005324

Ex. 577
Page 3 of 4

JCOUVRETTE005325