SIXTH AMENDMENT

TO THE

ANN M. WISNOVSKY TRUST

Prepared by:

Garrison F. Turner
Davis, Hearn, Anderson & Turner P.C.
515 East Main Street
Ashland, OR 97520
(541) 482-3111

JCOUVRETTE002439

Ex. 622
Page 1 of 3

## SIXTH AMENDMENT
## TO THE
## ANN M. WISNOVSKY TRUST

I, Ann M. Wisnovsky, am the Settlor of the Ann M. Wisnovsky Trust, which was created by a Trust Agreement dated August 2, 2012. I previously executed a First Amendment, a Second Amendment, and a Third Amendment to that Trust Agreement, and all three of those amendments were superceded and revoked by the Fourth Amendment that I executed on May 31, 2019. I executed the Fifth Amendment to the Trust Agreement on June 8, 2019. After consultation with counsel, I wish to further amend the Trust Agreement pursuant to the powers reserved to me in Section 11 of the Trust Agreement as follows:

1.    The text of Section 11 of the Trust Agreement is deleted and replaced by the following text:

"Section 11.  AMENDMENT AND REVOCATION.

The Settlor reserves the right at any time to amend or revoke this instrument, in whole or in part, by an instrument in writing signed by the Settlor and delivered to any acting Trustee, but those rights of amendment and revocation are subject to the following conditions. Any amendment document that is signed by the Settlor shall have no force or effect unless and until it is delivered to the acting Trustee and the acting Trustee signs the amendment indicating that the amendment is acceptable to the Trustee. Any instrument that states that the trust is being revoked must first (1) be presented to Settlor's estate planning attorney (currently Garrison F. Turner of Ashland, Oregon), and (2) written, notarized signature confirmation by such counsel of the delivery to, and review by, such counsel for the Settlor shall appear on the instrument. No document purporting to terminate the trust shall have any force or effect unless and until the condition in the previous sentence has been satisfied. Any instrument revoking the trust which has satisfied those conditions shall take effect upon the delivery of the required writing to the Trustee, and thereupon the Trustee shall deliver to the Settlor, as the Settlor may direct in the instrument of revocation, all the trust property, and shall execute any conveyances or other documents of transfer necessary for such purpose."

In all other respects, the Trust Agreement dated August 2, 2012, as previously amended, shall remain in full force and effect.

DATED: This _13th_ day of ~~October~~ November, 2019.

_Ann M. Wisnovsky_
Ann M. Wisnovsky, Settlor

SIXTH AMENDMENT TO THE
ANN M. WISNOVSKY TRUST

- 1 -

DAVIS, HEARN, ANDERSON & TURNER, PC
515 East Main Street
Ashland, OR  97520
(541) 482-3111

JCOUVRETTE002440

Ex. 622
Page 2 of 3

THE FORGOING AMENDMENT IS ACCEPTED

Joanne Couvrette, Trustee

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA    )
                  ) §
County of San Diego    )

On November 13, 2019, before me, _Patrick Quinn Gority, Notary Public_
                                           (Insert name and title of the officer)

personally appeared Ann Marie Wisnovsky, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

PATRICK QUINN GORITY
COMM. #2203199
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires 06/29/2021

SIXTH AMENDMENT TO THE
ANN M. WISNOVSKY TRUST

   - 2 -

DAVIS, HEARN, ANDERSON & TURNER, PC
515 East Main Street
Ashland, OR 97520
(541) 482-3111

JCOUVRETTE002441

Ex. 622
Page 3 of 3