Feb.20.2017 11:55 AM  Val.  View Winery          87769705          PAGE.  1/  1

Hi Pat,

My mom is visiting our sister in San Diego for the about 6 weeks. She is leaving on Friday and would like to have the LLC changes done before she leaves. We will then work on the other parts of the January 11th letter concerning her estate.

1. Wisnovsky Lands LLC will increase the rent to $200/acre per year to start in March, 2017.

2. At the time of her death, Wisnovsky Lands LLC will be distributed equally to Mark and Michael. Mark and Michael will pay Robert and Joanne $100,000 each at the federally required minimum interest rate, due within ten years of her death. In addition Mark and Michael will pay $40,000 each to Robert and Joanne for the existing lot and any lot that is created by the measure 49 claim that is not sold at the time of her death at the same federally required minimum interest rate, due within ten years of her death.

3. We will also like to amend the lease to allow Mark and Michael to lease the remaining farm land not currently used for vineayrdsfor $1,000/acre per year. In addition Mark and Michael will pay Wisnovsky Lands LLC 5% on the net proceeds of any agricultural activity on those lands up to an additional $1000/acre per year.

4. Extend the period of the Agreements to Make Payments from 5 years to 10 years. From year 5 to year 10 25% of all proceeds over $1.5 million would go to the trust.

*Ann Wisnovsky*

CONFIDENTIAL

JCOUVRETTE000924

Ex. 1019
Page 1 of 1