

**HUYCKE O'CONNOR JARVIS, LLP**

ATTORNEYS AT LAW

■

MEDFORD OFFICE

823 Alder Creek Drive
Medford, OR 97504
541-772-1977
Fax: 541-772-3443

ASHLAND OFFICE

320 East Main Street
Suite 209
Ashland, OR 97520
541-482-8491
Fax: 541-772-3443

office@medfordlaw.net
www.medfordlaw.net

■

*Partners*
Patrick G. Huycke
Daniel B. O'Connor *
Darrel R. Jarvis
Sydnee B. Dreyer
Erik J. Glatte **
Erik C. Larsen

*Associates*
H. M. Zamudio
Jacquelyn Bunick

*\*Also admitted in Washington*
*\*\*Also admitted in Idaho*

Writer's Direct E-mail:
pgh@medfordlaw.net

Writer's Assistant:
Katie Z. Hamlyn

February 22, 2017

Ann Wisnovsky
1352 Applegate Road
Jacksonville, OR 97530

Mark Wisnovsky
mark@valleyviewwinery.com

Mike Wisnovsky
mike@valleyviewwinery.com

    RE:   ANN WISNOVSKY; WISNOVSKY LAND, LLC; AND
           VALLEY VIEW WINERY, INC.

Dear Ann, Mark and Mike:

    Ann has asked that I prepare documents to amend the Vineyard Lease between Valley View and Wisnovsky Land. She also asked that I make arrangements for Joanne and Robert to be paid $200,000 pursuant to a promissory note upon Ann's death. The note will be given to them in lieu of them receiving any interest in Wisnovsky Land upon Ann's death. For this purpose, I prepared a redemption agreement and an amendment to Ann's trust. I am meeting with Ann tomorrow and will discuss these documents with her.

    For Mark's and Mike's review, I am transmitting copies of the documents I prepared. I will meet with Ann tomorrow.

    In preparing these documents, I have been representing Ann. In the past, I have represented Valley View. Because of this, Mark and Mike, you need to understand that you have the right to and should seek independent legal advice concerning these matters. Ann, you also have the right to seek independent legal advice.

    If any of you have any objection to my participation in this matter, please let me know immediately.

    Please let me know if you have any questions in this regard.

              Very truly yours,

              HUYCKE O'CONNOR JARVIS, LLP

              PATRICK G. HUYCKE

PGH:kzh

VALLEYVIEW_000653