I am giving my consent for Mark and/or Michael Wisnovsky to pay my personal bills and deduct the amounts from the monthly lease payments from either the Winery lease, the Vineyard lease or the Hemp Field lease.

I am also consenting for them to make payments directly to US Bank on my home mortgage and deduct the amounts from the monthly lease payments from either the Winery lease, the Vineyard lease or the Hemp Field lease.

_Ann Wisnovsky_

Ann Wisnovsky

_3/25/17_

Date

VALLEYVIEW_001423

Ex. 1024
Page 1 of 1