### First Voicemail Recording

**Voicemail:** "Thursday, June 20th at 3:19 PM"

**Ann Wisnovsky:** "Mark, I'm not going to sleep tonight unless I get this thing settled. I am not going to any attorney that Joanne called. Please come back I want to talk to you and then I am going to tell her to cancel everything. This is going to drive me crazy I did not call for anything to happen."

**Voicemail:** "End of message to delete this message press seven, to save it in the archives, press nine to (beep sound) message will be saved for thirty days"

### Second Voicemail Recording

**Voicemail:** "next message sent Thursday June 20th at 3:24 PM."

**Ann Wisnovsky:** "hey Mark can you please call me back I am getting very upset, I have a call to Joanne telling her to stop I am not changing anything...now, right now, I don't know what I am going to do in the future but I don't want to change anything."

**Voicemail:** "end of message to delete this message press seven to save it in the archives press nine (beep sound) message will be saved for thirty days."

### Third Voicemail Recording

**Voicemail:** "next message sent Thursday June 20th at 4:17 PM

**Ann Wisnovsky:** "Mark, why aren't you answering my phone? Give me a call. Did you write Friday 10 am on my book? If you did give me a call, bye."

**Voicemail:** "end of message to delete this message press seven to save it in the archives press nine to hear (beep sound) message will be saved for thirty days."

### Fourth Voicemail Recording

**Voicemail:** "next message sent Sunday June 23rd at 10:21 AM

**Ann Wisnovsky:** "OK Mark I am forgetting and I have questions. You and Michael own the winery. Are you supposed to be paying me money and did I do it legally? Just give me some answers bye."

**Voicemail:** "end of message to delete this message press seven to save it in the archives press nine (beep sound) to hear more message will be saved for thirty days."

### Fifth Voicemail Recording

**Voicemail:** "next message sent Monday June 24th at 3:20 PM

**Ann Wisnovsky:** "Mark got your message don't sign the car over to anybody...hello?"

**Voicemail:** "end of message to delete this message press seven to save..."

**"I confirm that this is an accurate transcript of the voicemails I received from my mother, Ann Wisnovsky, on my cell phone (541-890-3023) on the dates noted in 2019."**

| | | | |
|---|---|---|---|
| _Mark Wisnovsky_ | 2-12-21 | _Sarah Lythgoe, witness_ | 2-12-2021 |
| **Mark Wisnovsky** | date | **Sarah Lythgoe, witness** | date |