

**VALLEY VIEW**
WINERY

## MEETING MINUTES

### Special Business Meeting

**Date:** January 1, 2016

**Location:** Valley View Winery, Inc

**Member Attendees:** Names: Mark Wisnovsky, Michael Wisnovsky, Ann Wisnovsky

**Meeting Purpose:** Restructuring of Valley View Winery Ownership

**Remarks:**

It was agreed by all members that effective January 1, 2016 the ownership of Valley View Winery would change to Mark Wisnovsky owning 50% and Michael Wisnovsky owning 50%. Previous to this change, ownership has been, 54% Ann Wisnovsky and 24% each for Mark and Michael.

Mark Wisnovsky is the President and Michael is the Secretary of the company. Both individuals will have full and equal authority in any decisions related to the ongoing operation of Valley View Winery, Inc. This includes but is not limited to, opening bank accounts, securing bank financing, acquiring or selling any property and any other actions deemed necessary for the general operation Valley View Winery, Inc.

Mark Wisnovsky _____    Date: 1/1/2016

Michael Wisnovsky _____    Date: 1/1/2016

Ann Wisnovsky _____    Date: 1/1/2016

1000 Upper Applegate Road
Jacksonville, Oregon 97530
800-781-9463
P/F: 541-899-8468
E: valleyviewwinery@charter.net
www.valleyviewwinery.com

JCOUVRETTE003962

Ex. 1221 -
Page 1 of 1