## Agreement for Changes to Buildings

Date: March 25, 2017

I agree that Valley View Winery, Inc. and/or Third Generation Farms, LLC can make any improvements and alterations they deem necessary to the barn, the winery building and the warehouse for the farm and business operations of either company as required by the winery and vineyard leases.

_Ann Wisnoshy_

VALLEYVIEW_001411