May 22, 2019

Hucke, O'Connor, Jarvis LLP
823 Alder Creek Drive
Medford, OR  97504

SENT VIA EMAIL AND REGULAR MAIL

To Whom It May Concern:

I have been a client of the firm for matters related to estate planning, business (Valley View Winery, Wisnovsky Land, LLC) and real estate matters for a number of years. I have decided to seek other counsel, and would like my entire file, original documents, returned to me as soon as possible. I am sending someone to pick up the file. Please notify me via email when it is ready for pick up at ann.wisnovsky@gmail.com.

Please consider this request and all my legal affairs to be confidential, not to be shared with any other persons or clients.

I hope to have my file within the next few days.

Thanks you in advance for your prompt attention to this matter.

Sincerely,

Ann Wisnovsky

THIEROLF 000164
Ex. 1228 -
Page 1 of 1