# BILL OF SALE

ANN M. WISNOVSKY, Grantor, does hereby transfer, sell and assign to ANN M. WISNOVSKY and JOANNE COUVRETTE, TRUSTEE OF THE ANN M. WISNOVSKY TRUST, UTD AUGUST 2ND, 2012, Grantee, all of her right, title and interest in and to all household goods, books, apparel, tools, art objects, jewelry, personal effects, and other like contents of Grantor's residence and vacation property owned and/or resided in by Grantor on the date hereof.

There is no monetary consideration for this conveyance.

Dated this 21st day of July, 2014.

_Ann M. Wisnovsky_
_____
ANN M. WISNOVSKY

STATE OF OREGON      )
                     ) ss:
COUNTY OF JACKSON    )

On July 21st, 2014, personally appeared the above named ANN M. WISNOVSKY, and acknowledged the foregoing instrument to be her voluntary act.

Before me:

_____
Notary Public for Oregon

OFFICIAL SEAL
PATRICK G HUYCKE
NOTARY PUBLIC-OREGON
COMMISSION NO. 467808
MY COMMISSION EXPIRES APRIL 22, 2016

HUYCKE_000115

Ex. 1246 -
Page 1 of 1