

MORGANSS    08/18/2014 03:38:10 PM
$25.00 $10.00 $8.00 $11 00 $20.00    Total:$74.00

Jackson County Official Records  2017-002130
R-WD
Cnt=1 FOOTENL    01/20/2017 03:29:16 PM
$30.00 $10.00 $8.00 $11.00 $20.00    Total:$79.00

01749374201700021300060067

I, Christine Walker, County Clerk for Jackson County, Oregon, certify
that the instrument identified herein was recorded in the Clerk
records.        Christine Walker - County Clerk

After Recording Return to:
Patrick G. Huycke
823 Alder Creek Dr.
Medford, OR 97504

Until a change is requested,
all tax statements shall be
sent to the following address:
no change

## WARRANTY DEED

ANN M. WISNOVSKY, Grantor, conveys and warrants to ANN M. WISNOVSKY and JOANNE COUVRETTE, TRUSTEE OF THE ANN M. WISNOVSKY TRUST, UTD AUGUST 2ND 2012, Grantee, all of her right title and interest in and to the real property described in Exhibit "A", attached hereto.

The liability and obligations of the Grantor to Grantee and Grantee's heirs and assigns under the warranties and covenants contained herein or provided by law shall be limited to the amount, nature and terms of any right of indemnification available to Grantor under any title insurance policy, and Grantor shall have no liability or obligation except to the extent that reimbursement for such liability or obligation is available to Grantor under any such title insurance policy.

There is no monetary consideration involved in this transfer. However, the actual consideration consists of value given or promised which is the whole consideration.

1 - WARRANTY DEED

This deed is re-recorded at the request of the Grantor to correct the legal description of the real property conveyed by adding Parcel III. Previously recorded on 08/18/2014 as document no. 2014-021761 in the records of Jackson County, Oregon.

TURNER 0006

BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON TRANSFERRING FEE TITLE SHOULD INQUIRE ABOUT THE PERSON'S RIGHTS, IF ANY, UNDER ORS 195.300, 195.301 AND 195.305 TO 195.336 AND SECTIONS 5 TO 11, CHAPTER 424, OREGON LAWS 2007, AND SECTIONS 2 TO 9 AND 17, CHAPTER 855, OREGON LAWS 2009 AND SECTIONS 2 TO 7, CHAPTER 8, OREGON LAWS 2010. THIS INSTRUMENT DOES NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY THAT THE UNIT OF LAND BEING TRANSFERRED IS A LAWFULLY ESTABLISHED LOT OR PARCEL, AS DEFINED IN ORS 92.010 OR 215.010, TO VERIFY THE APPROVED USES OF THE LOT OR PARCEL, TO DETERMINE ANY LIMITS ON LAWSUITS AGAINST FARMING OR FOREST PRACTICES, AS DEFINED IN ORS 30.930, AND TO INQUIRE ABOUT THE RIGHTS OF NEIGHBORING PROPERTY OWNERS, IF ANY, UNDER ORS 195.300, 195.301 AND 195.305 TO 195.336 AND SECTIONS 5 TO 11, CHAPTER 424, OREGON LAWS 2007, AND SECTIONS 2 TO 9 AND 17, CHAPTER 855, OREGON LAWS 2009, AND SECTIONS 2 TO 7, CHAPTER 8, OREGON LAWS 2010.

Dated: August _15_, 2014

_____
ANN M. WISNOVSKY

STATE OF OREGON      )
                     )  ss.
COUNTY OF JACKSON     )              August _15_, 2014


      Personally appeared the above named _Ann Wisnovsky_ and acknowledged the foregoing instrument to be his/her voluntary act.

      Before me:

_____
Notary Public for Oregon

OFFICIAL SEAL
PAUL MARTIN SCHAMANEK
NOTARY PUBLIC-OREGON
COMMISSION NO. 460782
MY COMMISSION EXPIRES AUGUST 08, 2015


2 - WARRANTY DEED

TURNER 0007

EXHIBIT A

Real property commonly known as 1352 and 1140 Applegate Road, in the County of Jackson, State of Oregon, described as follows:

**PARCEL I**:

COMMENCING AT THE SOUTHEAST CORNER OF SECTION 33, TOWNSHIP 38 SOUTH, RANGE 3 WEST OF THE WILLAMETTE MERIDIAN, JACKSON COUNTY, OREGON; THENCE NORTH 39° 48' 33" EAST 2122.16 FEET TO A 5/8" IRON PIN ON THE WESTERLY RIGHT OF WAY BOUNDARY OF APPLEGATE ROAD, SAID PIN BEING 30.00 FEET RIGHT OF ENGINEER'S CENTERLINE STATION PT 69+35.8; THENCE ALONG SAID WESTERLY RIGHT OF WAY BOUNDARY, ALONG THE ARC OF A 1939.86 FOOT RADIUS CURVE TO THE RIGHT (THE LONG CHORD TO WHICH BEARS NORTH 3° 51' 13" WEST 264.58 FEET) A DISTANCE OF 264.79 FEET TO A 5/8" IRON PIN, FOR THE TRUE POINT OF BEGINNING.; THENCE, LEAVING SAID RIGHT OF WAY BOUNDARY, SOUTH 89° 43' 32" WEST 83.26 FEET TO A 5/8" IRON PIN; THENCE NORTH 75° 39' 31" WEST 110.87 FEET TO A 5/8" IRON PIN; THENCE NORTH 65° 12' 52" WEST 77.57 FEET TO A 5/8" IRON PIN; THENCE NORTH 5° 34' 09" WEST 80.64 FEET TO A 5/8" IRON PIN; THENCE NORTH 86° 01' 00" WEST  127.25 FEET TO A 5/8" IRON PIN; THENCE NORTH 3° 00' 09" WEST 37.24 FEET TO A 5/8" IRON PIN; THENCE NORTH 34° 08' 21" WEST 87.37 FEET TO A 5/8" IRON PIN; THENCE SOUTH 87° 40' 11" WEST 71.86 FEET TO A 5/8" IRON PIN; THENCE SOUTH 2° 30' 32" EAST 129.86 FEET TO A 5/8" IRON PIN WITNESS MONUMENT; THENCE CONTINUING SOUTH 2° 30' 32" EAST 10.73 FEET TO THE CENTERLINE OF THE FARMER'S DITCH (IRRIGATION); THENCE ALONG THE CENTERLINE OF SAID IRRIGATION DITCH, ALONG THE ARC OF A 70.00 FOOT RADIUS CURVE TO THE RIGHT (THE LONG CHORD TO WHICH BEARS SOUTH 59° 03' 39" WEST 11.40 FEET) A DISTANCE OF 11.41 FEET; THENCE SOUTH 63° 43' 55" WEST 1.04 FEET; THENCE ALONG THE ARC OF A 20.00 FOOT RADIUS CURVE TO THE LEFT (THE LONG CHORD TO WHICH BEARS SOUTH 38° 32' 36" WEST 17.02 FEET) A DISTANCE OF 17.59 FEET; THENCE SOUTH 13° 21' 18" WEST 31.90 FEET; THENCE ALONG THE ARC OF A 60.00 FOOT RADIUS CURVE TO THE LEFT (THE LONG CHORD TO WHICH BEARS SOUTH 18° 29' 32" EAST 63.32 FEET) A DISTANCE OF 66.70 FEET; THENCE SOUTH 50° 20' 23" EAST 51.96 FEET; THENCE ALONG THE ARC OF A 22.00 FOOT RADIUS CURVE TO THE RIGHT (THE LONG CHORD TO WHICH BEARS SOUTH 2° 59' 16" WEST 35.29 FEET) A DISTANCE OF 40.95 FEET; THENCE SOUTH 56° 18' 55" WEST 70.70 FEET; THENCE ALONG THE ARC

3 - WARRANTY DEED

OF A 22.00 FOOT RADIUS CURVE TO THE LEFT (THE LONG
CHORD TO WHICH BEARS SOUTH 42° 24' 35" WEST 10.57 FEET)
A DISTANCE OF 10.68 FEET TO A POINT ON THE NORTHERLY
BOUNDARY OF THAT LANE REFERRED TO AS THE SOUTH BOUNDARY
OF THAT PARCEL DESCRIBED IN DOCUMENT NO. 78-08539
OFFICIAL RECORDS OF JACKSON COUNTY, OREGON; THENCE,
LEAVING SAID IRRIGATION DITCH CENTERLINE FOLLOWING
ALONG THE NORTHERLY BOUNDARY OF SAID LANE, SOUTH 89°
44' 41" WEST 1112.65 FEET TO A 1.5 INCH INSIDE DIAMETER
IRON PIPE (RECORD 2 INCH PIPE), FROM WHICH THE CENTER
OF A 48 INCH DIAMETER OAK TREE BEARS NORTH 47° EAST
21.4 FEET (RECORD 20.0 FEET), SAID PIPE MARKING THE
SOUTHWEST CORNER OF SAID PARCEL DESCRIBED IN DOCUMENT
NO. 78-08539; THENCE CONTINUING ALONG THE WESTERLY,
NORTHERLY, AND EASTERLY BOUNDARY OF SAID DESCRIBED
PARCEL THE FOLLOWING; NORTH 6° WEST 1574.0 FEET, MORE
OR LESS, TO THE NORTH LINE OF LOT 4 OF SAID SECTION 33;
THENCE EAST 1336 FEET, MORE OR LESS, TO THE SOUTHEAST
CORNER OF LOT 4 OF SECTION 34, SAID TOWNSHIP AND RANGE;
THENCE NORTH 608 FEET, MORE OR LESS, TO THE NORTHWEST
CORNER OF LOT 3 OF SAID SECTION 34; THENCE EAST 736.8
FEET, MORE OR LESS, TO THE WESTERLY RIGHT OF WAY
BOUNDARY OF APPLEGATE ROAD; THENCE, ALONG SAID RIGHT OF
WAY BOUNDARY, SOUTH 7° 13' 10" WEST 1837.72 FEET TO A
POINT OF CURVE; THENCE ALONG THE ARC OF A 1939.86 FOOT
RADIUS CURVE TO THE LEFT (THE LONG CHORD TO WHICH BEARS
SOUTH 3° 38' 17" WEST 242.34 FEET) A DISTANCE OF 242.50
FEET TO THE POINT OF BEGINNING.

**PARCEL II:**
COMMENCING AT THE SOUTHEAST CORNER OF SECTION 33,
TOWNSHIP 38 SOUTH, RANGE 3 WEST OF THE WILLAMETTE
MERIDIAN, JACKSON COUNTY, OREGON; THENCE NORTH 39° 48'
33" EAST 2122.16 FEET TO A 5/8" IRON PIN ON THE
WESTERLY RIGHT OF WAY BOUNDARY OF APPLEGATE ROAD, SAID
PIN BEING 30.00 FEET RIGHT OF ENGINEER'S CENTERLINE
STATION PT 69+35.8; THENCE ALONG SAID WESTERLY RIGHT OF
WAY BOUNDARY, ALONG THE ARC OF A 1939.86 FOOT RADIUS
CURVE TO THE RIGHT (THE LONG CHORD TO WHICH BEARS NORTH
3° 51' 13" WEST 264.58 FEET) A DISTANCE OF 264.79 FEET
TO A 5/8" IRON PIN, FOR THE TRUE POINT OF BEGINNING.;
THENCE, LEAVING SAID RIGHT OF WAY BOUNDARY, SOUTH 89°
43' 32" WEST 83.26 FEET TO A 5/8" IRON PIN; THENCE
NORTH 75° 39' 31" WEST 110.87 FEET TO A 5/8" IRON PIN;
THENCE NORTH 65° 12' 52" WEST 77.57 FEET TO A 5/8" IRON
PIN; THENCE NORTH 5° 34' 09" WEST 80.64 FEET TO A 5/8"
IRON PIN; THENCE NORTH 86° 01' 00" WEST  127.25 FEET TO
A 5/8" IRON PIN; THENCE NORTH 3° 00' 09" WEST 37.24
FEET TO A 5/8" IRON PIN; THENCE NORTH 34° 08' 21" WEST
87.37 FEET TO A 5/8" IRON PIN; THENCE SOUTH 87° 40' 11"

4 - WARRANTY DEED

TURNER 0009

WEST 71.86 FEET TO A 5/8" IRON PIN; THENCE SOUTH 2° 30' 32" EAST 129.86 FEET TO A 5/8" IRON PIN WITNESS MONUMENT; THENCE CONTINUING SOUTH 2° 30' 32" EAST 10.73 FEET TO THE CENTERLINE OF THE FARMER'S DITCH (IRRIGATION); THENCE ALONG THE CENTERLINE OF SAID IRRIGATION DITCH, ALONG THE ARC OF A 70.00 FOOT RADIUS CURVE TO THE RIGHT (THE LONG CHORD TO WHICH BEARS SOUTH 59° 03' 39" WEST 11.40 FEET) A DISTANCE OF 11.41 FEET; THENCE SOUTH 63° 43' 55" WEST 1.04 FEET; THENCE ALONG THE ARC OF A 20.00 FOOT RADIUS CURVE TO THE LEFT (THE LONG CHORD TO WHICH BEARS SOUTH 38° 32' 36" WEST 17.02 FEET) A DISTANCE OF 17.59 FEET; THENCE SOUTH 13° 21' 18" WEST 31.90 FEET; THENCE ALONG THE ARC OF A 60.00 FOOT RADIUS CURVE TO THE LEFT (THE LONG CHORD TO WHICH BEARS SOUTH 18° 29' 32" EAST 63.32 FEET) A DISTANCE OF 66.70 FEET; THENCE SOUTH 50° 20' 23" EAST 51.96 FEET; THENCE ALONG THE ARC OF A 22.00 FOOT RADIUS CURVE TO THE RIGHT (THE LONG CHORD TO WHICH BEARS SOUTH 2° 59' 16" WEST 35.29 FEET) A DISTANCE OF 40.95 FEET; THENCE SOUTH 56° 18' 55" WEST 70.70 FEET; THENCE ALONG THE ARC OF A 22.00 FOOT RADIUS CURVE TO THE LEFT (THE LONG CHORD TO WHICH BEARS SOUTH 42° 24' 35" WEST 10.57 FEET) A DISTANCE OF 10.68 FEET TO A POINT ON THE NORTHERLY BOUNDARY OF THAT LANE REFERRED TO AS THE SOUTH BOUNDARY OF THAT PARCEL DESCRIBED IN DOCUMENT NO. 78-08539 OFFICIAL RECORDS OF JACKSON COUNTY, OREGON; THENCE, LEAVING SAID IRRIGATION DITCH CENTERLINE FOLLOWING ALONG THE NORTHERLY BOUNDARY OF SAID LANE, SOUTH 87° 33' 02" EAST 21.12 FEET TO A 5/8" IRON PIN; THENCE NORTH 88° 21' 48" EAST 109.22 FEET TO A 5/8" IRON PIN ; THENCE SOUTH 84° 56' 41" EAST 56.34 FEET TO A 5/8" IRON PIN ; THENCE ALONG THE ARC OF A 460.00 FOOT RADIUS CURVE TO THE LEFT (THE LONG CHORD TO WHICH BEARS NORTH 81° 05' 40" EAST 221.96 FEET ) A DISTANCE OF 224.17 FEET TO A 5/8" IRON PIN; THENCE NORTH 67° 08' 01" EAST 137.72 FEET TO A 5/8" IRON PIN; THENCE NORTH 89° 17' 20" EAST 16.48 FEET TO A 5/8" IRON PIN ON THE WESTERLY RIGHT OF WAY BOUNDARY OF APPLEGATE ROAD; THENCE ALONG SAID WESTERLY RIGHT OF WAY BOUNDARY, ALONG THE ARC OF A 1939.86 FOOT RADIUS CURVE TO THE RIGHT (THE LONG CHORD TO WHICH NORTH 00° 19' 38" WEST 26.00 FEET) A DISTANCE OF 26.00 FEET TO THE POINT OF BEGINNING.

TAX LOTS: 200, 201 AND 1800.

5 - WARRANTY DEED

TURNER 00010

PARCEL III:

Commencing at the northwest corner of Government Lot 2 in Section 34 in Township 38 South, Range 3 West of the Willamette Meridian in Jackson County, Oregon, thence South 833.57 feet, along the west line of said Government Lot 2, thence North 89°49'04" East 765.22 feet to a 5/8" iron pin on the westerly right of way line of Applegate Road (County Road) for the true point of beginning; thence South 89°49'04" West 765.22 feet to the west line of said Government Lot 2; thence South 172.93 feet to the south line of said Government Lot 2; thence East, along said south line, and its extension thereof, to intersect said westerly right of way line of Applegate Road; thence North 07°10'13" East, along said right of way line, 174.34 feet to the true point of beginning.

6 – WARRANTY DEED

TURNER 00011