**From:** Pat Huycke <pgh@medfordlaw.net>
**Sent:** Thu, 23 Feb 2017 01:21:01 +0000
**To:** "Mark Wisnovsky (mark@valleyviewwinery.com)" <mark@valleyviewwinery.com>, "Mike and Kim Wisnovsky (mike@valleyviewwinery.com)" <mike@valleyviewwinery.com>
**Subject:** Valley View; Ann's Estate Planning
**Attachments:**
· Conflict Letter re Ann Wisnovsky; Wisnovsky Land, LLC; and Valley View Winery, Inc.PDF  *(74 kb)*
· Wisnovsky Land Redemption Agreement.pdf *(59 kb)*
· Redemption Note.pdf *(53 kb)*
· Redemption Trust Deed.pdf *(147 kb)*
· Second Trust Amendment.pdf *(52 kb)*
· Second Addendum to Vineyard Lease.pdf *(60 kb)*
· Agreement to Make Payment.pdf *(61 kb)*

Please see the attachments.Patrick G. HuyckeHuycke O'Connor Jarvis, LLP823 Alder Creek DriveMedford, OR 97504Phone: 541-772-1977Fax: 541-772-3443The information contained in this e-mail is intended only for the use of the designated recipients named above. This email, and any documents, files or previous e-mails attached to it, may be a confidential attorney-client communication or otherwise privileged and confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error, and that any review, dissemination, distribution or copying of the transmittal is STRICTLY PROHIBITED. If you have received this e-mail in error, please notify us immediately by telephone at 541-772-1977. Thank you.IRS Circular 230 disclosure: To comply with regulations of the Internal Revenue Service, we are required to inform you that this communication, if it contains advice relating to Federal taxes, cannot be used for the purpose of (i) avoiding penalties that may be imposed under Federal tax law, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.

VALLEYVIEW_002253