# ARTICLES OF ORGANIZATION

**Corporation Division**
www.filinginoregon.com

**E-FILED**

Mar 30, 2016

**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

120023791

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**1. ENTITY NAME**

WISNOVSKY LAND, LLC

**2. MAILING ADDRESS**

823 ALDER CREEK DR
MEDFORD OR 97504 USA

**3. NAME & ADDRESS OF REGISTERED AGENT**

PATRICK G HUYCKE

823 ALDER CREEK DR
MEDFORD OR 97504 USA

**4. ORGANIZERS**

PATRICK G HUYCKE

823 ALDER CREEK DR
MEDFORD OR 97504 USA

**5. MEMBERS/MANAGERS**

**MEMBER**

ANN M WISNOVSKY, TRUSTEE OF THE ANN M WISNOVSKY TRUST UTD 8/2/12

C/O JOANNE COUVRETTE
13274 JACARTE CT
SAN DIEGO CA 92130 USA

**6. DURATION**

PERPETUAL

**7. MANAGEMENT**

This Limited Liability Company will be member-managed by one or more members

**8. OPTIONAL PROVISIONS**

The company elects to indemnify its members, managers, employees, agents for liability and related expenses under ORS 63.160 to 63.170.

Ex 1251



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

By my signature, I declare as an authorized authority, that this filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete.  Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon.  I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

PATRICK G HUYCKE

**TITLE**

ORGANIZER

**DATE SIGNED**

03-30-2016