**AMENDED ANNUAL REPORT**

Corporation Division
[sos.oregon.gov/business](sos.oregon.gov/business)

**E-FILED**

Mar 06, 2024

**OREGON SECRETARY OF STATE**

---

**REGISTRY NUMBER**

120023791

**REGISTRATION DATE**

03/30/2016

**BUSINESS NAME**

WISNOVSKY LAND, LLC

**BUSINESS ACTIVITY**

REAL ESTATE HOLDING

**MAILING ADDRESS**

JACOBSON THIEROLF DICKEY PC

2 N OAKDALE AVE

MEDFORD OR 97501 USA

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**

13724 JACARTE COURT

SAN DIEGO CA 92130 USA

**JURISDICTION**

OREGON

**REGISTERED AGENT**

RICHARD B THIEROLF JR

JACOBSON THIEROLF DICKEY PC

2 N OAKDALE AVE

MEDFORD OR 97501 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MEMBER**

JOANNE COUVRETTE, AS TRUSTEE OF THE ANN M WISNOVSKY TRUST U/T/A/D AUGUST 2, 2012 AS AMENDED

13724 JACARTE COURT

SAN DIEGO CA 92130 USA

**MANAGER**

JOANNE COUVRETTE

13724 JACARTE COURT

SAN DIEGO CA 92130 USA

Corporation Division
sos.oregon.gov/business

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

RICHARD B THIEROLF JR

**TITLE**

REGISTERED AGENT

**DATE**

03-06-2024