**Brooks M. Foster, OSB No. 042873**
Email: bfoster@northwestlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282
*Attorneys for Defendants Mark A. Wisnovsky,*
*Michael J. Wisnovsky, and Valley View Winery, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>        Defendants. | Case No. 1:21-CV-00157-CL<br><br>**WISNOVSKY DEFENDANTS' UNOPPOSED MOTION TO SET BRIEFING SCHEDULE AND EXCEED WORD LIMIT** |

Page 1 -   WISNOVSKY DEFENDANTS' UNOPPOSED MOTION
          TO SET BRIEFING SCHEDULE AND EXCEED WORD LIMIT

## UNOPPOSED MOTION

Defendants Mark Wisnovsky, Michael Wisnovsky, and Valley View Winery, Inc. ("Wisnovsky Defendants")  respectfully move the Court, as further detailed below, to set the briefing schedule regarding the parties' pending motions for summary judgment and to allow the Wisnovsky Defendants' response and reply briefs to exceed the 11,000-word limit set by LR 7-2(b).  Pursuant to LR 7-1, counsel for the Wisnovsky Defendants certifies that he has conferred with counsel for Plaintiffs Joanne Couvrette, Wisnovsky Land, LLC, and Michelle Sullivan as Special Administrator to the Estate of Ann Wisnovsky (collectively, "Plaintiffs") and that Plaintiffs consent to and do not oppose this motion.

The Wisnovsky Defendants and Plaintiffs filed their respective motions for summary judgment on January 31, 2025.  The response and reply deadlines are currently governed by LR 7-1(f), which provides 21 days for responses and 14 days for replies.  The parties need more time to prepare their responses and replies.  The Wisnovsky Defendants therefore request an order approving the following briefing schedule:

| Event | Current Deadline per LR 7-1(f) | Requested Deadline |
|---|---|---|
| Summary Judgment Responses | Feb. 21, 2025 | March 14, 2025 |
| Summary Judgment Replies | March 7, 2025 | April 25, 2025 |

Pursuant to FRCP 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good reason, extend the time . . . if a request is made, before the original time or its extension expires."  This motion is being filed before the expiration of the response and reply deadlines set by LR 7-1(f).  Good cause exists to extend those deadlines because the parties' respective summary judgment motions are lengthy and detailed, the motions address claims of

Page 2 -    WISNOVSKY DEFENDANTS' UNOPPOSED MOTION
            TO SET BRIEFING SCHEDULE AND EXCEED WORD LIMIT

critical importance to the parties related to ownership of real estate and millions of dollars in alleged damages, and the parties need more time to prepare their response and reply briefs.

In addition to the briefing schedule requested above, the Wisnovsky Defendants hereby move for an order allowing their summary judgment response and reply briefs to exceed by 50% the 11,000-word limit set by LR 7-2(b)(1) so as to include up to 16,500 words each, not including the caption, signature block, footers, and certificate of service. The Court previously granted a similar motion allowing the Wisnovsky Defendants' motion for summary judgment to include up to 16,500 words. ECF 141.

LR 7-2(b)(1) states in relevant part, "Without prior Court approval, memoranda [supporting non-discovery motions] . . . may not exceed 11,000 words, or in the alternative, 35 pages." There does not appear to be an established standard a movant must satisfy for the Court to grant a motion to exceed the word limit. In *Barnett v. E:Space Labs LLC* U.S. District Court Judge McShane suggested the movant should show "[g]ood reason" why an exceedance is necessary. Case No. 6:18–cv–00419–MC, 2018 WL 3364660, at *5 (D. Or. July 10, 2018).

The scope and significance of the pending motions for summary judgment give the Wisnovsky Defendants good reason to request permission for their response and reply briefs to include up to 16,500 words each. The pending motions will literally determine the Wisnovsky Defendants' future and whether they will be able to continue their life-long work of operating the the historical Valley View Winery.

/ / /

/ / /

/ / /

Page 3 -    WISNOVSKY DEFENDANTS' UNOPPOSED MOTION
            TO SET BRIEFING SCHEDULE AND EXCEED WORD LIMIT

The Wisnovsky Defendants therefore respectfully request that the Court enter an order granting the briefing deadlines requested above and allowing the Wisnovsky Defendants' response and reply briefs to each include up to 16,500 words.

DATED:  February 21, 2025

CHENOWETH LAW GROUP, PC

 */s/ Brooks M. Foster*
Brooks M. Foster, OSB No. 042873
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: bfoster@chenowethlaw.com

*Attorneys for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

**DECLARATION OF SERVICE**

I hereby certify that I served the foregoing **WISNOVSKY DEFENDANTS' UNOPPOSED MOTION TO SET BRIEFING SCHEDULE AND EXCEED WORD LIMIT** on the following:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Timothy Murphy
Murphy Law Group, PC
333 NE Russell St., Ste. 200
Portland, OR 97212
tim@oregonlandlord.net

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

by the following method(s):

__xx__ by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

__xx__ by **e-serving** a full, true and correct copy thereof to the parties through OJD eFile, on the date set forth below.

_____ by **mailing** a full, true and correct copy thereof in a sealed, first-class, postage pre-paid envelope, addressed to the last-known address of the parties as shown above, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

/ / /

DECLARATION OF SERVICE

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland**, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: clairec@chenowethlaw.com**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

Dated:  February 21, 2025

CHENOWETH LAW GROUP, PC

  _/s/ Jami Asay_
Jami Asay, Paralegal

DECLARATION OF SERVICE

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: clairec@chenowethlaw.com