STEPHEN M. BRIGANDI, ESQ. Pro hac vice
3624 Caminito Cielo Del Mar
San Diego, CA 92130
858-775-4213
brigandilaw@gmail.com


MURPHY LAW GROUP P.C.
Timothy Murphy, Attorney at Law
333 NE Russell St., Suite 200
Portland, OR 97212
Phone: 503 550 4894
tim@oregonlandlord.net

*Attorneys for Plaintiffs Joanne Couvrette,*
*Wisnovsky Land, LLC, and Michelle Sullivan*


**UNITED STATES DISTRICT COURT**

**MEDFORD DIVISION**

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>Defendants. | Case No.: 1:21-CV-00157-CL<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO CHANGE TIME FOR FILING OF OPPOSITION BRIEFS AND EXCEED WORD LIMITS** |

Plaintiffs hereby file this unopposed motion to change the filing date for all parties to file their opposition briefs (responses) to the pending summary judgment motions, and for permission for their summary judgment response and reply briefs to exceed the standard word

1

PLAINTIFFS' UNOPPOSED MOTION TO CHANGE TIME FOR FILING OF OPPOSITION BRIEFS AND EXCEED WORD LIMITS

limitations for such briefs. Plaintiffs' counsel conferred with counsel for the Wisnovsky Defendants before filing this motion. The Wisnovsky Defendants (Mark and Michael Wisnovsky and Valley View Winery, Inc.) consent to this motion.

Plaintiffs move to set March 28, 2025, as the filing deadline for responses in opposition to motions for summary judgment. The current filing deadline is March 14, 2025. The parties' attorneys need additional time to complete work on their summary judgment responses. Counsel has been working diligently on their responses, but there are many claims at issue, the case is of the utmost importance to the parties, and their attorneys need additional time to prepare their responses to the Court's high standards.

The current deadline for summary judgment replies, April 25, 2025, shall remain in effect. The parties reserve the right to move to extend that deadline for good cause.

Plaintiffs additionally ask this Court to allow the parties' summary judgment response and reply briefs to include up to 16,500 words each. The Court previously granted the Wisnovsky Defendants' motion to allow their summary judgment response to include up to 16,500 words. Plaintiffs now move for permission for their response brief and the parties' replies to include up to 16,500 words. Counsel will try to limit the number of words in their summary judgment briefs but anticipate needing more than the 11,000 words allowed by LR 7-2(b)(1).

Accordingly, Plaintiffs ask for an Order from the Court granting this Motion, extending the filing deadline for summary judgment opposition briefs to March 28, 2025, and increasing the word limit for the parties' summary judgment response and reply briefs to 16,500 words.

Dated: March 12, 2025

Signature /s/ *Stephen M. Brigandi*

Stephen M. Brigandi

PLAINTIFFS' UNOPPOSED MOTION TO CHANGE TIME FOR FILING OF OPPOSITION BRIEFS AND EXCEED WORD LIMITS

DECLARATION OF SERVICE

I, Stephen M. Brigandi, reside in the County of San Diego, State of California.  My business address is 3624 Caminito Cielo Del Mar, San Diego, CA 92130.  I am not a party to this action.

On March 11, 2025 I served Plaintiffs' Unopposed Motion to Change Time for Filing of Opposition Briefs and Exceed Word Limits as follows:

In accordance with this Court's Local Rules regarding on-line filing, I filed with the Court the Motion and included the following persons as attorneys for Defendants:

Brooks M. Foster, Esq.
Chenoweth Law Group
bfoster@chenowethlaw.com


James R. Dole, Esq.
Watkinson Laird Rubenstein, P.C.
jdole@woroaw.com


I declare under penalty of perjury that the foregoing is true and correct.


March 12, 2025                                    Stephen M. Brigandi


By:   /s/ Stephen M. Brigandi

3

PLAINTIFFS' UNOPPOSED MOTION TO CHANGE TIME FOR FILING OF OPPOSITION BRIEFS AND EXCEED WORD LIMITS