**Brooks M. Foster, OSB No. 042873**
Email: bfoster@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282
*Attorneys for Defendants Mark A. Wisnovsky,*
*Michael J. Wisnovsky, and Valley View Winery, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, | Case No. 1:21-CV-00157-CL |
| Plaintiffs, | **WISNOVSKY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS AND EXCEED WORD LIMIT** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, | |
| Defendants. | |

Page 1 -    WISNOVSKY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE BRIEFS AND EXCEED WORD LIMIT

## **UNOPPOSED MOTION**

Pursuant to LR 7-1, counsel for Defendants Mark Wisnovsky, Michael Wisnovsky, and Valley View Winery, Inc. ("Wisnovsky Defendants") certifies that he has conferred with counsel for Plaintiffs Joanne Couvrette, Wisnovsky Land, LLC, and Michelle Sullivan as Special Administrator to the Estate of Ann Wisnovsky (collectively, "Plaintiffs") and that Plaintiffs consent to and do not oppose this motion.

The Wisnovsky Defendants respectfully submit this unopposed motion to (1) extend the deadline from March 28, 2025, to April 4, 2025, for the Wisnovsky Defendants and Plaintiffs to file their respective briefs responding to the pending motions for summary judgment; and (2) exceed the current response brief word limit of 16,500 words by up to 10,000 words, resulting in a word limit of up to 26,500 words for the response briefs.  The parties have previously filed similar unopposed motions to extend briefing deadlines and word limits, which the Court has granted.

The Wisnovsky Defendants and Plaintiffs filed their respective motions for summary judgment on January 31, 2025.  The response and reply deadlines are currently March 28, 2025, and April 25, 2025, respectively.  ECF 151, 150.  The parties need more time to prepare their response briefs.  The Wisnovsky Defendants therefore request an order extending the deadline to April 4, 2025, for the parties to file their respective response briefs.

Pursuant to Fed. R. Civ. P. 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good reason, extend the time . . . if a request is made, before the original time or its extension expires."  This motion is being filed before the expiration of the response deadline set by the Court's March 14, 2025 order that set March 28, 2025 as the deadline to file

Page 2 -    WISNOVSKY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
            TIME TO FILE RESPONSE BRIEFS AND EXCEED WORD LIMIT

response briefs.  Good cause exists to extend those deadlines because the parties' respective summary judgment motions are lengthy and detailed, the motions address claims of critical importance to the parties related to ownership of real estate and millions of dollars in alleged damages, and the parties need more time to prepare their response and reply briefs.

In addition to the briefing schedule requested above, the Wisnovsky Defendants hereby move for an order allowing the parties' response briefs to exceed by 10,000 words the 16,500-word limit set by the Court's February 24, 2025 order (ECF 149) so as to allow up to 26,500 words, not including the caption, signature block, footers, and certificate of service.

LR 7-2(b)(1) states in relevant part, "Without prior Court approval, memoranda [supporting non-discovery motions] . . . may not exceed 11,000 words, or in the alternative, 35 pages."  The Court has already ordered that the Wisnovsky Defendants may exceed that word limit so as to allow up to 16,500 words in their response and reply briefs.  ECF 149.  There does not appear to be an established standard a movant must satisfy for the Court to grant a motion to exceed the word limit.  In *Barnett v. E:Space Labs LLC*, U.S. District Court Judge McShane suggested the movant should show "[g]ood reason" why an exceedance is necessary.  Case No. 6:18–cv–00419–MC, 2018 WL 3364660, at *5 (D. Or. July 10, 2018).

The scope and significance of the pending motions for summary judgment give the parties good reason to request permission for their response briefs to include up to 26,500 words each.  The pending motions will literally determine the Wisnovsky Defendants' future and whether they will be able to continue their life-long work of operating the historical Valley View Winery.  The parties have been working diligently to complete their response briefs but have

/ / /

Page 3 -    WISNOVSKY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
            TIME TO FILE RESPONSE BRIEFS AND EXCEED WORD LIMIT

concluded they need the additional time and word limits requested herein and will appreciate the Court accommodating them by granting this motion.

The Wisnovsky Defendants therefore respectfully request that the Court enter an order extending the briefing deadline requested above and allowing the parties' response briefs to each include up to 26,500 words.

DATED:  March 28, 2025

CHENOWETH LAW GROUP, PC

 /s/ Brooks M. Foster
Brooks M. Foster, OSB No. 042873
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: bfoster@chenowethlaw.com

*Attorneys for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

**DECLARATION OF SERVICE**

I hereby certify that I served the foregoing **WISNOVSKY DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS
AND EXCEED WORD LIMIT** on the following:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants
Joanne Couvrette, Wisnovsky Land LLC, and
Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky,
Michael Wisnovsky and Valley View Winery*

Timothy Murphy
Murphy Law Group, PC
333 NE Russell St., Ste. 200
Portland, OR 97212
tim@oregonlandlord.net

*Attorneys for Plaintiffs/Counter-Defendants
Joanne Couvrette, Wisnovsky Land LLC, and
Michelle Sullivan*

by the following method(s):

   xx       by **emailing** a full, true and correct copy thereof to the parties at the email
addresses shown above, which are the last-known email addresses of the parties,
on the date set forth below.

   xx       by **e-serving** a full, true and correct copy thereof to the parties through OJD
eFile, on the date set forth below.

           by **mailing** a full, true and correct copy thereof in a sealed, first-class, postage
pre-paid envelope, addressed to the last-known address of the parties as shown
above, and deposited with the United States Postal Service at Portland, Oregon,
on the date set forth below.

/ / /

/ / /

/ / /

/ / /
DECLARATION OF SERVICE

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland**, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: clairec@chenowethlaw.com**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

Dated:  March 28, 2025

CHENOWETH LAW GROUP, PC

_/s/ Jami Asay_
Jami Asay, Paralegal

DECLARATION OF SERVICE

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland**, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: clairec@chenowethlaw.com**