**Stephen Brigandi**

Law Office of Stephen Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
858-775-4213
Email: brigandilaw@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy L. Murphy**
Murphy Law Group PC
PO Box 11870
Portland, OR 97211
503-550-4894
Fax: 503-296-2633
Email: tim@oregonlandlord.net
*ATTORNEY TO BE NOTICED*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON MEDFORD DIVISION

| | |
|---|---|
| **MICHELLE SULLIVAN, as Personal Representative of the Estate of ANN M. WISNOVSKY, and WISNOVSKY LAND, LLC,**<br>**Plaintiffs,**<br><br>**v.**<br>**MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, and VALLEY VIEW WINERY, INC.,**<br>**Defendants.** | **DECLARATION OF SOPHIA WISNOVSKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY** |

**DECLARATION OF SOPHIA WISNOVSKY**

I, **Sophia Wisnovsky**, declare as follows:

1.    **Introduction**

I am over the age of eighteen and competent to testify to the matters stated herein. I have

1

personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify thereto.

**Concerns About Ann's Mobility and the Dangerous Chair Lift**

2.    In 2019, my family was increasingly concerned about my grandmother, Ann Wisnovsky's, mobility. She was struggling to use the stairs in her home. My uncles, Mark and Mike Wisnovsky, installed a used chair lift, but it was unsafe and unusable. At the top landing, her feet dangled in the air, making it impossible for her to get off safely. Making matters worse, when they installed the lift, they removed most of the railing at the top of the stairs, creating a dangerous fall hazard. (Exhibit 44: Chair Lift Photo).

3.    The setup was so unsafe that my grandmother could not use the chair lift at all.  Aunt Joanne planned to have the stairs repaired so Grandma could get up and down safely, and I had agreed to stay with my grandmother during the summer until the repairs were completed.

**Mark's Attempt to Take Ann to a Doctor's Appointment That Did Not Exist**

4.    I was present when Mark Wisnovsky attempted to take my grandmother to see Dr. Binnette without an appointment on Monday, June 24, 2019. When I arrived at my Grandma's house on the morning of June 24th, Uncle Mark was trying to get Grandma into his truck, which was too high for her. He was causing her pain as he tried to lift her into the truck. Ann looked confused and uncomfortable.

5.    I had access to my grandmother's calendar and knew that she did not have an appointment that day, June 24, 2019. Her appointment with Dr. Binnette was on her calendar for July 25, 2019, at 2 pm. (Exhibit 57: Ann Wisnovsky's Calendar June and July 2019). Despite this, Mark kept insisting that she had an appointment, repeatedly telling her that she needed to go with him. It was unsettling to watch, and it was clear that Mark was trying to manipulate her into thinking she actually had an appointment that day.

**DECLARATION OF SOPHIA WISNOVSKY**
**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**The Suspicious Placement of Papers in Ann's Home**

6.      On July 2, 2019, I was at my grandmother's house with my Aunt Joanne, my dad, and my mom. While we were there, we discovered that papers had been placed in many of the drawers in Grandma's kitchen and dining room, while my grandmother and Aunt Joanne were out that day. This was deeply disturbing to me. It was clear that someone had entered her home and deliberately placed these papers in various locations while she was gone. (Exhibit 18: "Things to Remember"). We also noticed that Grandma's safe was open and empty.

7.      This incident made us genuinely concerned about my grandmother's safety. Given everything that was happening, Grandma decided that I would travel with her to San Diego. I arranged for a summer job there, and our original plan was to stay until late August, so my Aunt Joanne could ensure that the necessary home repairs were completed.

**Ann's Reaction to the $3 Million Lawsuit Threat**

8.      In July 2019, my grandmother received a letter from my Uncle Mark and Uncle Mike Wisnovsky's attorney. The letter said that they intended to sue her for approximately **$3 million**. She was furious. I remember how angry she was at Mark and Mike for suing her, but she also seemed shocked by the amount. She kept repeating, *"How could they be making that much when I have not gotten anything?"* It was clear that she had not been aware of how much money they expected to profit from leasing her land to grow weed.

9.      I specifically remember her calling one of my uncles and leaving a voicemail. She was so upset that she said, *"You are not my son."* After that, she decided to stay in San Diego with Aunt Joanne for a longer period.  Aunt Joanne and Grandma started planning a cruise around that time.

**Ann's New iPhone and Use of Alexa for Calls**

3

10. After my grandmother arrived in San Diego, my Aunt Joanne got her a new iPhone to replace her old flip phone. However, my grandmother was not particularly good at using the iPhone. Instead of dialing calls manually, she usually relied on Alexa to call people. While she was in San Diego, I received frequent calls from her through Alexa. It was a funny, but clear, reminder that she was still able to stay in contact and keep up with her affairs, despite what my uncles later claimed.

**Ann's Happiness in San Diego and Extended Stay**

11. While I was in San Diego, my grandmother was incredibly happy. We spent time together doing things she loved, including going to the zoo, visiting the beach, attending weekly trivia nights, and enjoying many other activities. My grandmother and my Aunt Joanne were remarkably close, and it was clear that she felt safe and comfortable with her.

12. Later that year, I returned to San Diego for Thanksgiving in 2019, and my dad and I also visited my grandmother, Aunt Joanne, and my cousin in Utah that fall. During that time, my grandmother was always in good spirits and never expressed any desire to return to Oregon immediately.

13. When COVID hit in early 2020, my grandmother chose to stay in San Diego rather than return to Oregon. She remained there for the rest of her life, and I visited her multiple times until she passed away in 2023. She absolutely loved San Diego, especially sitting on the beach, and it was clear that she felt happy and at peace there.

**Conclusion**

14. The events I have described were deeply concerning for my family. My grandmother was being pressured and manipulated by my uncles, and her living conditions in Oregon were unsafe. When she moved to San Diego, she regained her independence and happiness. The

**DECLARATION OF SOPHIA WISNOVSKY**
**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

claim that she was confused or incapable of making her own decisions is simply not true, she made a deliberate choice to stay in a place where she felt safe and supported.

I declare under the penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

**Executed on March 26, 2025, at Portland, Oregon.**

**s/Sophia Wisnovsky**

**DECLARATION OF SOPHIA WISNOVSKY**
**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**