**Brooks M. Foster, OSB No. 042873**
Email: bfoster@northwestlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, | Case No. 1:21-CV-00157-CL |
| Plaintiffs, | |
| v. | **DECLARATION OF BROOKS M. FOSTER (APRIL 4, 2025)** |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, | |
| Defendants. | |

Page 1 - DECLARATION OF BROOKS M. FOSTER (APRIL 4, 2025)

I, Brooks M. Foster, declare as follows:

1.    I am over the age of 18 and competent to testify as follows.  I make this declaration based on my personal knowledge and in support of the response to Plaintiffs' motion for summary judgment filed by the Wisnovsky Defendants, who are Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc. ("Wisnovsky Defendants").

2.    I am one of the attorneys working on this case for the Wisnovsky Defendants.  If called to testify at trial, I could give the following testimony.

3.    Attached are true copies of excerpts of a certified transcript of Joanne Couvrette's deposition of December 6, 2022.

4.    Attached are true copies of excerpts of a certified transcript of Garry Turner's deposition of March 9, 2023, and Exhibits 625, 556, and 553, which he testified about in those excerpts.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: April 4, 2025

*/s/ Brooks M. Foster*
Brooks M. Foster

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 4, 2025, I caused to be served a copy of the foregoing **DECLARATION OF BROOKS M. FOSTER (APRIL 4, 2025)** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Timothy Murphy
Murphy Law Group, PC
333 NE Russell St., Ste. 200
Portland, OR 97212
tim@oregonlandlord.net

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

by the following method(s):

<u> xx </u>        by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

<u>xx</u>        by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

DATED: April 4, 2025.

<u> /s/ Jami Asay </u>
Jami Asay, Paralegal

**Page 1 - CERTIFICATE OF SERVICE**