**From:** Felicia Reifschneider <felicia@seniormedicalassociates.com>
**Sent:** Mon, 18 Nov 2019 14:01:00 -0800
**Subject:** Re: POA and Medical Representative Documents for Ann Wisnovsky
**To:** Joanne Couvrette <jcouvrette@sbcglobal.net>
BND Consent (SM).pdf

Received, thank you.

Also For Brand New Day can you please refill out this form and send back to me.

Thank you

On Mon, Nov 18, 2019 at 1:55 PM Joanne Couvrette <jcouvrette@sbcglobal.net> wrote:

Here you go.

I need something to give to my mother's attorney stating that she has the mental capacity to sign documents related to her estate. He is requesting it because she repeats herself quite often and he wants to make sure she is ok to sign the documents that she asked him to prepare.

We are planning for her to stay in California for awhile longer (probably til February) to get her house set up for her in Oregon and to hire someone to live in with her.

J.

Joanne Couvrette
Executive Director
Canyon Crest Academy Foundation

858-350-0253 Ext. 4005

Home:
13274 Jacarte Court
San Diego, CA 92130
619-750-8509

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. This transmission is sent for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail and delete this message and its attachments, if any. E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--
**Felicia Reifschneider**



No. **625**
Date **3/9/23**
Turner
**CC Reporting**

CONFIDENTIAL

JCOUVRETTE009324

2810 Camino Del Rio S., Suite 102, San Diego, CA 92108-3819
(619) 299 -1419 * fax (858) 461-6008
Seniormedicalassociates.com

The information contained in this e-mail is confidential, privileged, or otherwise protected from disclosure. It is intended only for the use of the authorized individual as indicated in the e-mail. Any unauthorized disclosure, copying, distribution or taking of any action based on the contents of this material is strictly prohibited. Review by any individual other than the intended recipient does not waive or give up the physician-patient privilege.

If you have received this e-mail in error, please delete it immediately.

CONFIDENTIAL

ICOUVRETTE009325