## Notice of Improvement to Winery & Vineyard Lease

This letter is to inform Ann Wisnovsky and Wisnovsky Lands, LLC that Valley View Winery Inc., Mark and Michael Wisnovsky and any LLC they may own that they will be constructing a steel building approximately 4800 square feet in the location attached.

The purpose of the building is for general farm and winery activities.

All costs for the building and maintenance will be the responsibility of Valley View Winery, Inc. Mark and Michael Wisnovsky and any LLC they may own. Wisnovsky Lands, LLC will have no obligations for the new building.

_____          _____
Ann Wisnovsky                                               6/20/19
                                                                        Date

_____          _____
Mark Wisnovsky                                            6/20/2019
                                                                        Date

_____          _____
Michael Wisnovsky                                       6/28/2019
                                                                        Date

_____          _____
Bruce Gieg (witness)                                     6-20-19
                                                                        Date

VALLEYVIEW_001532



VALLEYVIEW_001533