**Sent:**     Thu, 7 Jan 2021 00:22:28 +0000 (UTC)
**From:**     Joanne Couvrette <jcouvrette@sbcglobal.net>
**To:**      "mylicense-help@oda.state.or.us" <mylicense-help@oda.state.or.us>
**Subject:**  Wisnovsky Land Signature Page for CC payment
Wisnovsky Land Signuature Page of Hemp Application.jpg
Wisnovsky Land Hemp Application.pdf

Pursuant to my conversation with Aronael this afternoon, please find the application for Hemp License and the separate signature page (the entire application was faxed this morning, but there is a request for a non-digital signature).

Thank you and please let me know if there are further questions.

Joanne Couvrette
Executive Director
Canyon Crest Academy Foundation

858-350-0253 Ext. 4005

Home:
13274 Jacarte Court
San Diego, CA  92130
619-750-8509

Statement of Confidentiality:  The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged.  This transmission is sent for the sole purpose of delivery to the intended recipient.  If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited.  If you are not the intended recipient, please immediately notify the sender by reply e-mail and delete this message and its attachments, if any.  E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

13. **Fee and Payment Information:** (if registering additional grow sites, no additional grower registration fee is required)

|  | FEE | FEES SUBMITTED |
|---|---|---|
| ■ Hemp Grower Registration | $250 | $ 250 |
| ■ Hemp Grow Site Registration | $500 | $ 500 |

Registrations for Grower Registration and Hemp Grow Site Registration are valid for a one-year term beginning January 1, 2021, and ending December 31, 2021, unless revoked. Fees cannot be pro-rated and are non-refundable once a registration has been issued.

**For checks or money orders, mail (USPS only) to:**

Oregon Department of Agriculture
PO Box 4395, Unit 17
Portland, OR 97208-4395

**For credit card charges, mail or fax to:**

Oregon Department of Agriculture
635 Capitol St. NE, Suite 100
Salem, OR 97301-2532
**Secure Fax: (503) 986-4746**
*DO NOT EMAIL CREDIT CARD INFORMATION*

Make checks payable to Oregon Department of Agriculture.
All dishonored checks or electronic payments will incur a $25 administrative fee as per ORS 30.701.

*********************************************************************************************

A receipt is available by email or fax for credit card payments ONLY. If you would like to receive a receipt, provide an email address: jcouvrette@sbcglobal.net

or a fax number: _____

**Receipt is for proof of payment only.**
**Registration will not be issued until application has been approved.**

**For Discover, Visa or MasterCard charges complete the following information**

Name of Cardholder **Wisnovsky Land, LLC**    Phone **619-750-8509**

Address of Cardholder **13274 Jacarte Court**    City **San Diego**  Zip **92130**

Signature: *Joanne Couvrette Multt*    Total Charges: $ **750**

Card Number: ▓▓▓ / ▓▓▓ / ▓▓▓ / **6837**    Expiration Date: **10** / **25**

**DO NOT EMAIL CREDIT CARD INFORMATION**

**Keep a copy of this application and all other records associated with your hemp business as required by Oregon Administrative Rule for three years from disposition of crop.**



**OREGON DEPARTMENT OF AGRICULTURE**

## 2021 Hemp Grower / Grow Site Registration Application

Instructions can be found at: https://oda.direct/HempGrowerInstructions

1.  **Registrant's Business Name**  Wisnovsky Land LLC

2.  **2020 Hemp Grower Registration Number (if applicable)** _____
    (example: AG-R1234567IHG)

3.  **Legal Status of Registrant:**  Individual ☐  LLC ☑  Other _____

4.  **Oregon Secretary of State Registration Number**  1200237-91
    https://sos.oregon.gov/business/Pages/register.aspx  (If applicable, NOT your tax ID number)

5.  **List Key Participants:** (List members, officers, owners, or other key participants who are authorized to makes changes to the registration. Use continuation form if you need to add more key participants.)

    Name  Joanne Couvrette    Title  Manager    Phone  619-750-8509

    Name _____    Title _____    Phone _____

    Name _____    Title _____    Phone _____

    Name _____    Title _____    Phone _____

6.  **Main Contact Person:** (This person will be listed on the printed registration, and will be the primary contact for registration and inspection appointments.)

    Name  Joanne Couvrette    Email  jcouvrette@sbcglobal.net

    Status of main contact:  (check all that apply):

    Owner ☐  Consultant ☐  Employee ☐    Other (Please list)  Manager

    Phone  619-750-8509    Cell Phone _____

    Mailing Address  13274 Jacarte Court

    City  San Diego    State  CA    ZIP  92130

7.  **Grow Site Information:** (Address where the hemp is being grown; complete if applicable)

    Grow site name (Limit to 10 characters)  Wisnovsky Land 1140

    Street address:  1140 Upper Applegate Road    County  Jackson

    City  Jacksonville    State  OR    Zip  97530

**\*Attach copy of a map showing boundaries of this growing site. Keep a copy for your records.**

Ex. 665
Page 3 of 5
JCOUVRETTE006064

**8.   Production Area Information:** Hemp grow site location(s), list each production area separately. (Production Area names and other information provided must be used on all testing forms).

**Area 1.** (location of Hemp on property)
Provide Area Name (Limit to 10 Characters) Wisnovsky Land 1140

Area: Field ■  Number of acres 43.5  or Greenhouse/Indoor ☐ Size _____  square feet

**Hemp Intended use (check all that apply):**
Flower ■    Fiber ■    Biomass ■

Hemp seed: self-use ■  or Other ☐    Propagation: self-use ■ or Other ☐

How many harvests are planned for this area in 2021? 2 _____

**Location of Area 1 on property**

Latitude -123.036046  Longitude 42.221033
List Global Positioning System (GPS) coordinates (In Decimal: e.g. 44.123456, -123.123456)
**\* Attach copy of a map showing boundaries of this area. Keep a copy for your records.**

**Area 2.** (location of Hemp on property)
Provide Area Name (Limit to 10 Characters) _____

Area: Field ☐  Number of acres _____  or Greenhouse/Indoor ☐ Size _____  square feet

**Hemp Intended use (check all that apply):**
Flower ☐    Fiber ☐    Biomass ☐

Hemp seed: self-use ☐  or Other ☐    Propagation: self-use ☐ or Other ☐

How many harvests are planned for this area in 2021? _____

**Location of Area 2 on property**

Latitude _____  Longitude _____
List Global Positioning System (GPS) coordinates (In Decimal: e.g. 44.123456, -123.123456)
**\* Attach copy of a map showing boundaries of this area. Keep a copy for your records.**

**Area 3.** (location of Hemp on property)
Provide Area Name (Limit to 10 Characters) _____

Area: Field ☐  Number of acres _____  or Greenhouse/Indoor ☐ Size _____  square feet

**Hemp Intended use (check all that apply):**
Flower ☐    Fiber ☐    Biomass ☐

Hemp seed: self-use ☐  or Other ☐    Propagation: self-use ☐ or Other ☐

How many harvests are planned for this area in 2021? _____

**Location of Area 3 on property**

Latitude _____  Longitude _____
List Global Positioning System (GPS) coordinates (In Decimal: e.g. 44.123456, -123.123456)
**\* Attach copy of a map showing boundaries of this area. Keep a copy for your records.**

JCOUVRETTE006065

9. **Are you are storing or drying your own hemp produced at another location please provide address?**
Yes ☐    No ■    (If you are commercially drying for others you will be required to have a Handlers Registration). If yes provide hemp storage address:

Street Address _____    County _____

City _____    State _____    ZIP _____

10. **End of the year Hemp Crop Report**
If you grew hemp in 2020, please provide the following information:

Acres or square feet harvested: _____    Pounds of hemp harvested: _____

Check box if you did not grow hemp in 2020 ☐

11. **Irrigation of a commercial crop in Oregon requires a legal source of water for production. Please visit this link https://oda.fyi/WaterResources for more information on water use permits.**
What legal source of water will you be using for irrigation of your production site?
Groundwater ☐    Surface Water ■    Other: _____

If you will be using a water right please include the permit or certificate number here: _____

12. **Signature and Acknowledgement:**
Applicant for registration acknowledges and agrees that:
- The information provided is true and correct, applicant's signature is proof of that fact;
- Any information provided to the Department may be publicly disclosed and may be provided to law enforcement agencies without notice to the applicant;
- The Department  may enter any field, facility or greenhouse used for production or handling of hemp or agricultural hemp seed and may take samples and test for total THC concentration of the crop, including agricultural hemp seed, as necessary for the administration of the hemp laws;
- All fees lawfully due to the Department must be timely paid;
- If using irrigated water, applicant has or will obtain the appropriate water use permit.  Information concerning water use permits can be found at https://oda.fyi/WaterUsePermits;
- If leasing land for hemp production or processing, applicant obtained permission from the land owner prior to applying to grow or process hemp;
- A pre-harvest test for total THC must be conducted for each production area before harvest as required by OAR 603-048-0600.

I (print your name) **Joanne Couvrette** _____ agree to general conditions that in addition to meeting all laws and regulations pertaining to hemp growers and handlers, ORS 571.260 to 571.348 and OAR Chapter 603, Division 48, all production, storing, processing, handling, packaging, labeling, marketing and selling of agricultural hemp seed must meet all applicable seed laws. Regulations as specified in ORS 633.500 through 633.996 and seed regulations OAR 603-056- 0490. By signature below I attest that the information in this application form is true, correct, and the above requirements are understood.

Signature *Joanne Couvrette*    Date **1-5-2021**