

Form 1014 Rev 04/19
OREGON DEPARTMENT OF AGRICULTURE
635 CAPITOL ST NE, STE 100
SALEM, OR 97301-2532
(503) 986-4550

**POST IN A CONSPICUOUS PLACE**

WISNOVSKY LAND LLC
JOANNE COUVRETTE
13274 JACARTE CT
SAN DIEGO CA 92130

**BUSINESS LOCATION**

WISNOVSKY LAND 1140
1140 UPPER APPLEGATE RD
JACKSONVILLE OR 97530

| LICENSE NUMBER | DATE ISSUED | DATE EXPIRES | LICENSE |
|---|---|---|---|
| **AG**-R1073236HGS | 05/25/2022 | 12/31/2022 | Hemp Grow Site |
| AG-R1073235IHG | 05/25/2022 | 12/31/2022 | Hemp Grower License |

Printed: 05/26/2022

JCOUVRETTE010773

Ex. 988
Page 1 of 2



Form 1014 Rev 04/19
OREGON DEPARTMENT OF AGRICULTURE
635 CAPITOL ST NE, STE 100
SALEM, OR 97301-2532
(503) 986-4550

## POST IN A CONSPICUOUS PLACE

WISNOVSKY LAND LLC
JOANNE COUVRETTE
13274 JACARTE CT
SAN DIEGO CA 92130

**BUSINESS LOCATION**

WISNOVSKY LAND 1140
1140 UPPER APPLEGATE RD
JACKSONVILLE OR 97530

| LICENSE NUMBER | DATE ISSUED | DATE EXPIRES | LICENSE |
|---|---|---|---|
| AG-R1073236HGS | 02/05/2021 | 12/31/2021 | Hemp Grow Site |
| AG-R1073235IHG | 02/05/2021 | 12/31/2021 | Hemp Grower Registration |

Printed: 02/08/2021

JCOUVRETTE010774

Ex. 988
Page 2 of 2