**Sent:**     Thu, 28 Jan 2021 22:03:45 +0000 (UTC)
**From:**     Joanne Couvrette <jcouvrette@sbcglobal.net>
**To:**     Shannon E Lane <slane@oda.state.or.us>
**Bcc:**     Bob Wisnovsky <rwisnovsky@aol.com>
**Subject:**     Re: Wisnovsky Land LLC Grower Application
Revised Application 1-27-21.pdf

Attached please find the amended application.

Joanne Couvrette
Executive Director
Canyon Crest Academy Foundation

858-350-0253 Ext. 4005

Home:
13274 Jacarte Court
San Diego, CA  92130
619-750-8509

Statement of Confidentiality:  The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged.  This transmission is sent for the sole purpose of delivery to the intended recipient.  If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited.  If you are not the intended recipient, please immediately notify the sender by reply e-mail and delete this message and its attachments, if any.  E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

On Thursday, January 28, 2021, 01:58:47 PM PST, Joanne Couvrette <jcouvrette@sbcglobal.net> wrote:

I have made the necessary changes.  Should I email the application to you?

We did NOT grow last year.

Using the ODA tool, the coordinates are -123.057, 42.219

I had previously sent a map, but sending a new one from the ODA site.

Thanks so much for your help.  As stated on the application, I represent the owner, Wisnovsky Land LLC.  We will not permit any other permits on our property this year.

Thanks,

Joanne

Joanne Couvrette

JCOUVRETTE006072

Home:
13274 Jacarte Court
San Diego, CA  92130
619-750-8509

Statement of Confidentiality:  The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged.  This transmission is sent for the sole purpose of delivery to the intended recipient.  If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited.  If you are not the intended recipient, please immediately notify the sender by reply e-mail and delete this message and its attachments, if any.  E-mail is covered by the Electronic Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

On Tuesday, January 26, 2021, 12:12:36 PM PST, Shannon E Lane <slane@oda.state.or.us> wrote:

Thank you for submitting a Hemp Registration application to the Oregon Department of Agriculture. Unfortunately, there were one or more issues with your application that need to be corrected before your registration will be approved. The errors in the application you submitted are as follows:

☐   Incomplete end of year crop report. Either fill in the acres and pounds of hemp harvested last year, or check the box next to the statement that you were not a grower in 2020.

☐   Production area has inaccurate GPS coordinates. Please use the ODA mapping tool to provide accurate coordinates. (ODA Mapping Tool).

No map submitted with the application. Please email a map with a border and label for your production area.

**The Hemp Program must receive the requested revisions to your application within 30 calendar days or the application will be rejected. The missing information is due February 26, 2021.**

☐   If an applicant does not provide all of the information required by rule or pay the applicable fee, the Department shall reject the application as incomplete.

☐   An applicant whose application is rejected as incomplete may reapply at any time. If the individual reapplies within the calendar year, the application fee may be applied to a new application.

Please make the appropriate revisions to your registration application and send in the requested revisions to the ODA Industrial Hemp program via email to slane@oda.state.or.us  fax using our secure fax line (503) 986-4746, mail or in person. *Please put the name you are registering under in the subject line if emailing.*

**If requested to send an additional application,** *please do not send any payment information over email*.

Your application will remain on hold until a revised application is received. Additionally, please respond to this email to verify you understand the status of your registration application.

Shannon Lane, Plant Disease Specialist II
**Oregon Department of Agriculture – Plant Health**
635 Capitol St NE, Salem, OR 97301-2532
503.986.4659 | oda.direct/PlantHealth | Pronouns: she, her, hers

JCOUVRETTE006074

Amended application
1-27-21

## OREGON DEPARTMENT OF AGRICULTURE

### 2021 Hemp Grower / Grow Site Registration Application

Instructions can be found at: https://oda.direct/HempGrowerInstructions

*Please note: This application is being made by the legal property owner. The legal property owner, Wisnovsky Land LLC does not approve any other applications on this address.*

*Joanne Couvrette Manager Wisnovsky Land LLC*

1. **Registrant's Business Name**  Wisnovsky Land LLC

2. **2020 Hemp Grower Registration Number (if applicable)** _____
   (example: AG-R1234567IHG)

3. **Legal Status of Registrant:** Individual ☐   LLC ☒   Other _____

4. **Oregon Secretary of State Registration Number**  1200237-91
   https://sos.oregon.gov/business/Pages/register.aspx (If applicable, NOT your tax ID number)

5. **List Key Participants:** (List members, officers, owners, or other key participants who are authorized to makes changes to the registration. Use continuation form if you need to add more key participants.)

   Name  Joanne Couvrette   Title  Manager   Phone  619-750-8509

   Name _____   Title _____   Phone _____

   Name _____   Title _____   Phone _____

   Name _____   Title _____   Phone _____

6. **Main Contact Person:** (This person will be listed on the printed registration, and will be the primary contact for registration and inspection appointments.)

   Name  Joanne Couvrette   Email  jcouvrette@sbcglobal.net

   Status of main contact: (check all that apply):

   Owner ☐   Consultant ☐   Employee ☐   Other (Please list)  Manager

   Phone  619-750-8509   Cell Phone _____

   Mailing Address  13274 Jacarte Court

   City  San Diego   State  CA   ZIP  92130

7. **Grow Site Information:** (Address where the hemp is being grown; complete if applicable)

   Grow site name (Limit to 10 characters)  Wisnovsky Land 1140

   Street address:  1140 Upper Applegate Road   County  Jackson

   City  Jacksonville   State  OR   Zip  97530

*Attach copy of a map showing boundaries of this growing site. Keep a copy for your records.

Oregon Department of Agriculture, Hemp Program • Phone 503-986-4652 • Website: https://oda.direct/HEMP
Hemp Growers Registration Application Rev. 11/20

8. **Production Area Information:** Hemp grow site location(s), list each production area separately. (Production Area names and other information provided must be used on all testing forms).

**Area 1.** (location of Hemp on property)
Provide Area Name (Limit to 10 Characters) Wisnovsky Land 1140

Area: Field ■ Number of acres 43.5 or Greenhouse/Indoor ☐ Size _____ square feet

**Hemp Intended use (check all that apply):**
Flower ■    Fiber ■    Biomass ■

Hemp seed: self-use ■ or Other ☐    Propagation: self-use ■ or Other ☐

How many harvests are planned for this area in 2021? 2

1-27-21 JC

**Location of Area 1 on property**
See attached from ODA tool
Latitude ~~123.036046~~ Longitude ~~42.221083~~  -123.057, 42.219
List Global Positioning System (GPS) coordinates (In Decimal: e.g. 44.123456, -123.123456)
* Attach copy of a map showing boundaries of this area. Keep a copy for your records.

**Area 2.** (location of Hemp on property)
Provide Area Name (Limit to 10 Characters) _____

Area: Field ☐ Number of acres _____ or Greenhouse/Indoor ☐ Size _____ square feet

**Hemp Intended use (check all that apply):**
Flower ☐    Fiber ☐    Biomass ☐

Hemp seed: self-use ☐ or Other ☐    Propagation: self-use ☐ or Other ☐

How many harvests are planned for this area in 2021? _____

**Location of Area 2 on property**

Latitude _____ Longitude _____
List Global Positioning System (GPS) coordinates (In Decimal: e.g. 44.123456, -123.123456)
* Attach copy of a map showing boundaries of this area. Keep a copy for your records.

**Area 3.** (location of Hemp on property)
Provide Area Name (Limit to 10 Characters) _____

Area: Field ☐ Number of acres _____ or Greenhouse/Indoor ☐ Size _____ square feet

**Hemp Intended use (check all that apply):**
Flower ☐    Fiber ☐    Biomass ☐

Hemp seed: self-use ☐ or Other ☐    Propagation: self-use ☐ or Other ☐

How many harvests are planned for this area in 2021? _____

**Location of Area 3 on property**

Latitude _____ Longitude _____
List Global Positioning System (GPS) coordinates (In Decimal: e.g. 44.123456, -123.123456)
* Attach copy of a map showing boundaries of this area. Keep a copy for your records.

Ex. 668
Page 5 of 9
JCOUVRETTE006076

9. **Are you are storing or drying your own hemp produced at another location please provide address?**
Yes ☐   No ■     (If you are commercially drying for others you will be required to have a Handlers Registration). If yes provide hemp storage address:

Street Address _____  County _____

City _____  State _____  ZIP _____

10. **End of the year Hemp Crop Report**
If you grew hemp in 2020, please provide the following information:

Acres or square feet harvested: _____  Pounds of hemp harvested: _____

Check box if you did not grow hemp in 2020 ■ *QC 1-27-21*

11. **Irrigation of a commercial crop in Oregon requires a legal source of water for production. Please visit this link https://oda.fyi/WaterResources for more information on water use permits.**
What legal source of water will you be using for irrigation of your production site?
Groundwater ☐   Surface Water ■   Other: _____

If you will be using a water right please include the permit or certificate number here: _____

12. **Signature and Acknowledgement:**
Applicant for registration acknowledges and agrees that:
- The information provided is true and correct, applicant's signature is proof of that fact;
- Any information provided to the Department may be publicly disclosed and may be provided to law enforcement agencies without notice to the applicant;
- The Department may enter any field, facility or greenhouse used for production or handling of hemp or agricultural hemp seed and may take samples and test for total THC concentration of the crop, including agricultural hemp seed, as necessary for the administration of the hemp laws;
- All fees lawfully due to the Department must be timely paid;
- If using irrigated water, applicant has or will obtain the appropriate water use permit. Information concerning water use permits can be found at https://oda.fyi/WaterUsePermits;
- If leasing land for hemp production or processing, applicant obtained permission from the land owner prior to applying to grow or process hemp;
- A pre-harvest test for total THC must be conducted for each production area before harvest as required by OAR 603-048-0600.

I (print your name) **Joanne Couvrette** _____ agree to general conditions that in addition to meeting all laws and regulations pertaining to hemp growers and handlers, ORS 571.260 to 571.348 and OAR Chapter 603, Division 48, all production, storing, processing, handling, packaging, labeling, marketing and selling of agricultural hemp seed must meet all applicable seed laws. Regulations as specified in ORS 633.500 through 633.996 and seed regulations OAR 603-056- 0490. By signature below I attest that the information in this application form is true, correct, and the above requirements are understood.

Signature *Joanne Couvrette* _____  Date **1-5-2021**

**13. Fee and Payment Information:** (if registering additional grow sites, no additional grower registration fee is required)

| | FEE | FEES SUBMITTED |
|---|---|---|
| ■ Hemp Grower Registration | $250 | $ 250 |
| ■ Hemp Grow Site Registration | $500 | $ 500 |

Registrations for Grower Registration and Hemp Grow Site Registration are valid for a one-year term beginning January 1, 2021, and ending December 31, 2021, unless revoked. Fees cannot be pro-rated and are non-refundable once a registration has been issued.

**For checks or money orders, mail (USPS only) to:**

Oregon Department of Agriculture
PO Box 4395, Unit 17
Portland, OR 97208-4395

**For credit card charges, mail or fax to:**

Oregon Department of Agriculture
635 Capitol St. NE, Suite 100
Salem, OR 97301-2532
**Secure Fax: (503) 986-4746**
*DO NOT EMAIL CREDIT CARD INFORMATION*

Make checks payable to Oregon Department of Agriculture.
All dishonored checks or electronic payments will incur a $25 administrative fee as per ORS 30.701.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A receipt is available by email or fax for credit card payments ONLY. If you would like to receive a receipt, provide an email address: jcouvrette@sbcglobal.net
or a fax number: _____

**Receipt is for proof of payment only.**
**Registration will not be issued until application has been approved.**

**For Discover, Visa or MasterCard charges complete the following information**

Name of Cardholder **Wisnovsky Land, LLC**                Phone 619-750-8509

Address of Cardholder 13274 Jacarte Court                City San Diego  Zip 92130

Signature: *Joanne Couvrette*                Total Charges: $ 750

Card Number: ▓▓▓ / ▓▓▓ / ▓▓▓ / 6837    Expiration Date: 10 / 25

*DO NOT EMAIL CREDIT CARD INFORMATION*

**Keep a copy of this application and all other records associated with your hemp business as required by Oregon Administrative Rule for three years from disposition of crop.**

# 1140 Applegate Grow Site Map Amended 1-27-21



1/28/2021, 1:36:24 PM

−123,057, 42.219

1:4,514

| 0 | 155 | 310 | | 620 ft |
|---|-----|-----|---|--------|
| 0 | 45 | 90 | | 180 m |

USDA FSA, GeoEye, Maxar, Esri Community Maps Contributors, County of Jackson, OR, State of Oregon GEO, BuildingFootprintUSA, Esri, HERE, Garmin, SafeGraph, INCREMENT P, METI/NASA, USGS, Bureau of Land Management, EPA, NPS, US Census Bureau, USDA

Ex. 668

USDA FSA, GeoEye, Maxar | Esri Community Maps Contributors, County of Jackson, OR, State of Oregon GEO, BuildingFootprintUSA, Esri, HERE, Garmin, SafeGraph, INCREMENT P, METI/NASA, USGS

JCOUVRETTE006079



LAT. & LONG.    Amended Lat. & Long 1-27-21

Ex. 668
Page 9 of 9
JCOUVRETTE006080