## ASSIGNMENT OF CLAIMS

On March 24, 2016, Valley View Winery, Inc. ("VVW") entered into a "Vineyard Lease" with the Ann M. Wisnovsky Trust UTD August 2, 2012 (the "Trust"), whereby VVW agreed to lease certain real property from the Trust for the growing of grapes and other crops and for related uses. VVW and the Trust amended the Vineyard Lease on November 2, 2016, by assigning all of the Trust's interests in the Vineyard Lease to Wisnovsky Land, LLC ("Wisnovsky Land"). On February 23, 2017, Wisnovsky Land and VVW subsequently amended the Vineyard Lease, which allowed VVW to sublet all or any part of certain property subject to the Vineyard Lease, as amended, to Mark A. Wisnovsky and/or Michael J. Wisnovsky and/or to a limited liability company wholly owned by Mark A. Wisnovsky and/or Michael J. Wisnovsky.

On or about January 10, 2017, Mark A. Wisnovsky and Michael J. Wisnovsky formed member-managed Third Generation Farms, LLC ("TGF") and are the only two members of TGF. TGF has been sub-leasing from VVW certain land that is subject to the Vineyard Lease, which sub-leased land TGF has used and/or intended to use for the purpose of growing and processing non-THC industrial hemp and other crops.

By the signatures below, TGF assigns to VVW any and all legal or equitable claims or rights to payment or other legal or equitable remedies that TGF may have against Wisnovsky Land, the Trust, or any of their respective principals, trustees, members, agents, employees, or affiliates, that arise from or in connection with or that relate to the Vineyard Lease or TGF's sub-lease; and VVW accepts this assignment. This assignment is retroactive to the date of accrual of any such assigned claim, right to payment, or other legal or equitable remedy.

1. **Mark A. Wisnovsky for Third Generation Farms, LLC, as its Member**

_____    4/06/2022
Signature                            DATE

2. **Michael J. Wisnovsky for Valley View Winery, Inc., as its Vice President**

_____    4/6/2022
Signature                            DATE

ASSIGNMENT OF CLAIMS
Page 1 of 1