## Brooks Foster

| | |
|---|---|
| **From:** | Joanne Couvrette <jcouvrette@sbcglobal.net> |
| **Sent:** | Monday, December 4, 2023 12:44 PM |
| **To:** | James R. Dole |
| **Cc:** | Brooks Foster |
| **Subject:** | Lease issues |
| **Attachments:** | IMG_1243.jpg; IMG_1244.jpg; IMG_1245.jpg; IMG_1246.jpg; IMG_1247.jpg |

Jim,

Thank you so much for having your clients pay the property tax.

I have a couple of other housekeeping issues with regards to the lease:

1) Can you please provide the proof of coverage under section 7.1 and 7.3 of the Winery Lease for coverage of fire and risk and the COI naming landlord as additionally insured?  The last policy that I was provided has expired.

2) The Second Addendum to the Vineyard Lease, 4 states that:
*Tenant shall maintain or cause to be maintained complete and accurate records showing gross sales of agricultural crops grown on the Future Production Hemp Land, and Tenant retain or cause to be retained such records until the expiration of 3 years following the termination of this Lease. Tenant shall take action necessary to ensure that Landlord has the right to inspect and audit such records.*

Can you please provide me with the details on how we can inspect and audit these records as they exist for the term of the lease to date?   We also look forward to receiving your detailed report on Annual Rent Due on January 31, 2024.

Finally, as we discussed at length during the meditation, we were happy to give your clients the opportunity to purchase my mom's house. As they declined, we are moving forward to sell my mom's house.  We engaged a real estate agent, and all of the photos were taken last week.

We currently have a number of farm implements, a container, vehicles and tools, on the property and in the shed that we plan to move off the property.  Attached are photos of the bigger pieces.  I believe that most of the farm implements/tools and one of the tractors came with my parents' original purchase of the property, but the container belongs to either VVW or 3rd Generation or someone else.  I would appreciate your asking your clients to move the container off my mom's house property.

Additionally, if they are interested in purchasing any of the farm implements or my dad's tools, please let me know as soon as possible.  If they can identify any of the items as theirs, through sales receipts or other means, please let me know, and I would kindly ask them to move these items to the barn that is shown in the picture below.  We can

1

check their insurance policy, but I believe they should have that barn insured and covered under their fire and liability insurance policies.

Again, thank you so much for helping out with getting the property taxes paid and I look forward to hearing back from you soon.

Sincerely,

Joanne Couvrette

This email has been scanned for spam and viruses. Click here to report this email as spam.

2