**Brooks M. Foster, OSB No. 042873**
Email: bfoster@northwestlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282
*Attorneys for Defendants Mark A. Wisnovsky,*
*Michael J. Wisnovsky, and Valley View Winery, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br>                      Plaintiffs, <br><br>     v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br>                    Defendants. | Case No. 1:21-CV-00157-CL <br><br> **WISNOVSKY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES** |

Page 1 -   WISNOVSKY DEFENDANTS' UNOPPOSED MOTION
            FOR EXTENSION OF TIME TO FILE REPLIES

## UNOPPOSED MOTION

Defendants Mark Wisnovsky, Michael Wisnovsky, and Valley View Winery, Inc. ("Wisnovsky Defendants") respectfully move the Court, for an extension of time for the parties to file their replies in support of their respective motions for summary judgment (ECF nos. 142, 143). Pursuant to LR 7-1, counsel for the Wisnovsky Defendants certifies that he has conferred with counsel for Plaintiffs Joanne Couvrette, Wisnovsky Land, LLC, and Michelle Sullivan as Special Administrator to the Estate of Ann Wisnovsky (collectively, "Plaintiffs") and that Plaintiffs consent to and do not oppose this motion.

The Wisnovsky Defendants and Plaintiffs filed their respective motions for summary judgment on January 31, 2025. They filed their responses on April 4, 2025. Their reply deadlines are currently set at April 25, 2025, pursuant to the court's February 24, 2025 scheduling order (ECF 150). The parties need more time to finish preparing their replies and believe one additional week will be adequate. The Wisnovsky Defendants therefore request an order approving the following briefing schedule:

| Event | Current Deadline per ECF 150 | Requested Deadline |
|---|---|---|
| Summary Judgment Replies | April 25, 2025 | May 2, 2025 |

Pursuant to FRCP 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good reason, extend the time . . . if a request is made, before the original time or its extension expires." This motion is being filed before the expiration of the current reply deadline. Good cause exists to extend the deadline because the parties' respective summary judgment motions and responses are lengthy and detailed, the motions address claims of critical importance

/ / /

Page 2 -    WISNOVSKY DEFENDANTS' UNOPPOSED MOTION
            FOR EXTENSION OF TIME TO FILE REPLIES

to the parties related to ownership of real estate and millions of dollars in alleged damages, and the parties need more time to prepare their reply briefs.

The Wisnovsky Defendants therefore respectfully request that the Court enter an order extending the parties' summary judgment reply deadline to May 2, 2025.

DATED:  April 25, 2025

CHENOWETH LAW GROUP, PC

 /s/ Brooks M. Foster
Brooks M. Foster, OSB No. 042873
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: bfoster@chenowethlaw.com

*Attorneys for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

**DECLARATION OF SERVICE**

I hereby certify that I served the foregoing **WISNOVSKY DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES** on the
following:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants
Joanne Couvrette, Wisnovsky Land LLC, and
Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky,
Michael Wisnovsky and Valley View Winery*

Timothy Murphy
Murphy Law Group, PC
333 NE Russell St., Ste. 200
Portland, OR 97212
tim@oregonlandlord.net

*Attorneys for Plaintiffs/Counter-Defendants
Joanne Couvrette, Wisnovsky Land LLC, and
Michelle Sullivan*

by the following method(s):

  __xx__     by **emailing** a full, true and correct copy thereof to the parties at the email
addresses shown above, which are the last-known email addresses of the parties,
on the date set forth below.

  __xx__     by **e-serving** a full, true and correct copy thereof to the parties through OJD
eFile, on the date set forth below.

  _____     by **mailing** a full, true and correct copy thereof in a sealed, first-class, postage
pre-paid envelope, addressed to the last-known address of the parties as shown
above, and deposited with the United States Postal Service at Portland, Oregon,
on the date set forth below.

/ / /

DECLARATION OF SERVICE

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland**, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: clairec@chenowethlaw.com**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

Dated:  April 25, 2025

CHENOWETH LAW GROUP, PC

 */s/ Jami Asay*
Jami Asay, Paralegal

DECLARATION OF SERVICE

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland**, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: clairec@chenowethlaw.com**