STEPHEN M. BRIGANDI, ESQ. Pro hac vice
3624 Caminito Cielo Del Mar
San Diego, CA 92130
858-775-4213
brigandilaw@gmail.com


MURPHY LAW GROUP P.C.
Timothy Murphy, Attorney at Law
333 NE Russell St., Suite 200
Portland, OR 97212
Phone: 503 550 4894
tim@oregonlandlord.net

*Attorneys for Plaintiffs Joanne Couvrette,
Wisnovsky Land, LLC, and Michelle Sullivan*

**UNITED STATES DISTRICT COURT**

**MEDFORD DIVISION**

| | |
|---|---|
| MICHELLE SULLIVAN, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br> Plaintiffs, <br>    v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No.: 1:21-CV-00157-CL <br><br> **PLAINTIFFS' NOTICE OF ERRATA REGARDING MOTION FOR SUMMARY JUDGMENT** |

1

NOTICE OF ERRATA

After review and consent, and with Defendants" agreement, Plaintiffs hereby gives the court notice that their Motion for Summary Judgment contains two sentences that were wrongfully included in their Motion for Summary Judgment.  First, the Introduction included the following sentence: "This Motion highlights the undisputed facts, including Defendants' admissions, independent professional evaluations, and contractual terms, to show that no genuine issues of material fact exist."

Secondly, Plaintiffs' Motion includes the following statement in the Legal Standard section: "The additional case law cited reinforces the principles outlined and provides further support for the arguments presented."

Each quoted sentence was included by mistake.  Plaintiffs ask the Court to ignore the sentences quoted above when deciding Plaintiffs' Motion.

Dated:  April 25, 2025

Signature /s/ *Stephen M. Brigandi*

Stephen M. Brigandi

NOTICE OF ERRATA

DECLARATION OF SERVICE

I, Stephen M. Brigandi, reside in the County of San Diego, State of California. My business address is 3624 Caminito Cielo Del Mar, San Diego, CA 92130.  I am not a party to this action.

On April 25, 2025 I served Plaintiffs' Notice of Errata as follows:

In accordance with this Court's Local Rules regarding on-line filing, I filed with the Court the Notice and included the following persons as attorneys for Defendants:

Brooks M. Foster, Esq.
Chenowith Law Group
bfoster@chenowithlaw.com


James R. Dole, Esq.
Watkinson Laird Rubenstein, P.C.
jdole@woroaw.com


In addition, emailed this Document directly to counsel for Defendants.

I declare under penalty of perjury that the foregoing is true and correct.


April 25, 2025                              Stephen M. Brigandi


                                        By:   */s/ Stephen M. Brigandi*

3

NOTICE OF ERRATA