**Brooks M. Foster, OSB No. 042873**
Email: bfoster@northwestlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>Defendants. | Case No. 1:21-CV-00157-CL<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that attorney Brooks M. Foster of Chenoweth Law Group, PC ("CLG") hereby withdraws as an attorney of record for Defendants Mark and Michael Wisnovsky and Valley View Winery Inc. ("Wisnovsky Defendants"). Bradley T. Crittenden of CLG will remain an attorney of record for the Wisnovsky Defendants. Attorney Sandra Gustitus of CLG is hereby substituted for Mr. Foster as an attorney of record for the Wisnovsky Defendants. All further correspondence and notices involving this case shall be directed to the following:

Page 1 -      NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Sandra Gustitus
Bradley T. Crittenden
Chenoweth Law Group, PC
510 SW Fifth Ave., Fourth Fl.
Portland, OR 97204
Telephone: (503) 221-7958
Fax: (503) 221-2182
Email: sgustitus@chenowethlaw.com
bcrittenden@chenowethlaw.com


DATED: May 1, 2025

Withdrawing Attorney:


*/s/ Brooks M. Foster*
Brooks M. Foster, OSB No. 042873


                    CHENOWETH LAW GROUP, PC


                     */s/ Sandra S. Gustitus*
                    Sandra S. Gustitus, OSB 143298
                    510 SW Fifth Avenue, 4th Floor
                    Portland, OR  97204
                    Phone: (503) 221-7958
                    Fax:  (503) 221-2182
                    Email: sgustitus@chenowethlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 1, 2025, I caused to be served a copy of the foregoing **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL,** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette and Wisnovsky Land LLC*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Timothy Murphy
Murphy Law Group, P.C.
333 NE Russell St., Ste. 200
Portland, OR 97212
tim@oregonlandlord.net

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette and Wisnovsky Land LLC*

by the following method(s):

<u>xx</u>        by **e-service via CM/ECF** on the date set forth below.

    I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

DATED: May 1, 2025

                        <u>*/s/ Jami Asay*</u>
                        Jami Asay, Paralegal

Page 1 - CERTIFICATE OF SERVICE