**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC,<br><br>                      Plaintiffs,<br><br>    v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>                      Defendants. | Case No. 1:21-CV-00157-CL<br><br>**DECLARATION OF BRADLEY T. CRITTENDEN (MAY 2, 2025)** |

Page 1 - DECLARATION OF BRADLEY T. CRITTENDEN (MAY 2, 2025)

I, Bradley T. Crittenden, declare as follows:

1.    I am over the age of 18 and competent to testify as follows.  I make this declaration based on my personal knowledge and in support of the *Wisnovsky Defendants' Reply in Support of Motion for Partial Summary Judgment* filed by the Wisnovsky Defendants, who are Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc.

2.    I am one of the attorneys representing the Wisnovsky Defendants in this matter. If called to testify at trial, I could give the following testimony.

3.    On December 16, 2021, my firm served on Plaintiffs' prior attorneys—Richardson Wright LLP ("Plaintiffs' prior attorneys")—a discovery request captioned *Defendants Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc.'s First Requests for Production of Documents to Plaintiff Joanne Couvrette.*

4.    I have reviewed my firm's files regarding this matter and have identified *Plaintiff's Response to Defendants Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc.'s First Request for Production of Documents* ("RFP response") as the discovery response Plaintiffs' prior attorneys delivered to me and my firm on January 31, 2022, in response to the above-mentioned December 16 discovery request.  A true and correct copy of Plaintiffs' RFP response is attached as Exhibit 1.

5.    I have reviewed my firm's files regarding this matter and have identified a privilege log Plaintiffs' prior attorneys delivered to me and my firm on September 30, 2022. That privilege log was Plaintiffs' fourth amended privilege log.  A true and correct copy of Plaintiffs' fourth amended privilege log is attached as Exhibit 2.

6.    Plaintiffs have attempted to present two documents into evidence in support of their response to the Wisnovsky Defendants' motion for partial summary judgment as Exhibits

42 and 45 to the *Declaration of Joanne Couvrette* (ECF 156).  Those exhibits do not contain Bates numbers, indicating Plaintiffs never produced them to the Wisnovsky Defendants in discovery.  I searched my firm's discovery records and found no sign that those documents were ever produced in discovery.  Plaintiffs served no expert disclosure in this case, so those documents were not produced in that manner either.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: May 2, 2025

*/s/ Bradley T. Crittenden*
Bradley T. Crittenden

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 2, 2025, I caused to be served a copy of the foregoing **DECLARATION OF BRADLEY T. CRITTENDEN (MAY 2, 2025)** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Timothy Murphy
Murphy Law Group, PC
333 NE Russell St., Ste. 200
Portland, OR 97212
tim@oregonlandlord.net

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

by the following method(s):

 xx         by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

xx          by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

DATED: May 2, 2025.

<u>/s/ Jami Asay</u>
Jami Asay, Paralegal

**Page 1 - CERTIFICATE OF SERVICE**