**Timothy Murphy, OSB No. 003348**
Email: tim@oregonlandlord.net
Murphy Law Group, P.C.
333 NE Russell St., Ste. 200
Portland, OR 97212
Phone:  503 875 8627
Fax:  503 296 2677

Attorneys for Plaintiffs/Counter-Defendants
Joanne Couvrette and Wisnovsky Land LLC

UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF

OREGON MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21−cv−00157−CL <br><br> MOTION TO WITHDRAW BY LOCAL COUNSEL |

**LR 7.1 CERTIFICATION**

The undersigned counsel for Plaintiffs has conferred with counsel for defendant by email in a good-faith effort to resolve the issues that are the subject of this motion but has been unable to resolve the issues without judicial intervention.

Plaintiff's counsel Timothy Murphy ("Attorney Murphy") is local counsel for attorney

Page 1 - MOTION TO WITHDRAW BY LOCAL COUNSEL

Stephen M. Brigandi ("Attorney Brigandi"), who has been admitted pro hac vice to practice before the US District Court for the District of Oregon.  Attorney Brigandi has been notified about the intent of local counsel to withdraw.

Plaintiff's agent Joanna Couvrette was advised about the intent of local counsel to withdraw.

## MOTION

Pursuant to  LR 83-11 (a), Attorney Murphy moves this Court for leave to withdraw as local counsel for Plaintiffs on the grounds that circumstances have arisen that allow for withdrawal. Counsel requests that plaintiffs be allowed 30 days to retain new local counsel.

DATED this Monday, May 19, 2025

Withdrawing Attorney:

/s/ Timothy L. Murphy
Timothy L. Murphy, OSB 003348

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I served a true copy of the foregoing MOTION TO WITHDRAW BY LOCAL COUNSEL on the following named person (s), on the date and in the manner indicated below:

[    ] mailing by First Class mail with postage prepaid;
[    ] by hand delivery;
[    ] by facsimile transmission to;
[ **X** ] by e-service via CM/ECF;
[    ] by Email:

to:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
brigandilaw@gmail.com
Attorney for Plaintiffs/Counter
Defendants Joanne Couvrette and
Wisnovsky Land LLC

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com
Attorney for Defendants Mark A.
Wisnovsky, Michael J. Wisnovsky and
Valley View Winery, Inc.

Sandra S. Gustitus
Bradley T. Crittenden
Chenoweth Law Group, PC
510 SW 5th Avenue, 4th Flr
Portland, OR 97204
sgustitus@chenowethlaw.com
bcrittenden@chenowethlaw.com
Attorneys for Defendants Mark A.
Wisnovsky, Michael J. Wisnovsky and
Valley View Winery, Inc.

Joanne Couvrette
13274 Jacarte Court
San Diego, CA 92130
jcouvrette@sbcglobal.net

on Monday, May 19, 2025

Dated: Monday, May 19, 2025

*/s Craig M. Davis*
Craig M. Davis, Paralegal for Timothy L. Murphy
Murphy Law Group, P.C.
craig@oregonlandlord.net
503-550-4894 (tel)
503-296-2633 (fax)

CERTIFICATE OF SERVICE - 1

Murphy Law Group, P.C.
333 NE Russell St., Ste. 200
Portland, OR 97212
(503) 550-4894 phone / (503) 296-2633 fax