# LAW OFFICE OF STEPHEN BRIGANDI

3624 Caminito Cielo Del Mar
San Diego, CA 92130
(858) 775-4213

May 21, 2025

Sandra Gustitus, ESQ.
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
sgustitus@chenowethlaw.com

**VIA EMAIL**

Dear Ms. Gustitus,

This letter is in response to your letter dated May 7, 2025 regarding your stated intention to file a Motion for Sanctions in the Sullivan v. Wisnovsky litigation.  Plaintiffs will not agree to the sanctions requested.  If such Motion is filed, Plaintiffs will respond with a Notice of Errata and Corrections.

Sincerely,


*Stephen M. Brigandi, Esq.*

Exhibit 2
Page 1 of 1