

| WITH ATTORNEYS LICENSED TO PRACTICE IN OR, WA & CA | **ADDRESS:** | 510 SW FIFTH AVENUE, 4TH FLOOR PORTLAND, OREGON 97204 |
|---|---|---|
| **PHONE:** (503) 221-7958 **FAX:** (503) 221-2182 | **WEBSITE:** | WWW.CHENOWETHLAW.COM |

**May 27, 2025**

**VIA E-FILING IN PACER**

The Honorable U.S. Magistrate Judge Mark D. Clarke
James A. Redden United States Courthouse
310 West Sixth Street
Medford, Oregon 97501

Re:    *Couvrette v. Wisnovskys, et al.*
       *USDC Oregon - Medford; Case No. 1:21-cv-00157-CL*

**DEAR JUDGE CLARKE:**

I am writing to Your Honor regarding time sensitive and concerning issues in this case for which I am respectfully requesting a status conference for judicial input.

As Your Honor is aware, the parties have filed substantial briefing on cross motions for summary judgment. In all three of Plaintiffs' briefs, Plaintiffs and her attorneys cite cases that do not exist. Defendants' briefing pointed this out at each stage, and despite flagging the fake cases for Plaintiffs' counsel and the Court, Plaintiffs' later briefs contained additional fake cases.

In order to address the fake cases, Defendants drafted and served on Plaintiffs and their counsel a motion for sanctions, together with a letter explaining the remedy Defendants believed would appropriately address the sanctionable conduct. Plaintiffs refused to take the proposed actions, and instead just yesterday filed a "notice of errata" with new summary judgment briefing, taking out the citations to fake cases. When I spoke with Plaintiffs' California counsel Stephen Brigandi last week regarding the motion for sanctions he confirmed he would not stipulate to the relief demanded but would only file these "corrected" briefs. When I inquired whether he agreed the cases were fake he did not provide an answer, saying we did not need to worry about that now, because he would be filing corrected briefs.

In addition to the motion for sanctions, local Oregon counsel Tim Murphy recently filed a motion to withdraw from the case. Prior to filing the motion he emailed me to ask whether my clients would consent to his withdrawal. I responded that I would need to confirm but I did not believe my clients would consent until the Court resolved the issue of sanctions. Over my objection, Mr. Murphy filed, and the Court granted, his motion to withdraw.

Mr. Murphy's withdrawal presents a significant challenge in the case because it was through Mr. Murphy's license that Mr. Brigandi was admitted *pro hac vice*. There was no Oregon attorney listed on, or responsible for, the purportedly corrected briefs Mr. Brigandi filed on behalf of Plaintiffs this weekend. Additionally, Plaintiff Wisnovsky Land, LLC must be represented by an Oregon-licensed attorney as a matter of law. *See* ORS 9.320.

Honorable U.S. Magistrate Judge Mark D. Clarke
May 27, 2025
Page 2 of 2

Given the present situation, my clients request a status conference with Your Honor to discuss the motion for sanctions and the representation of Plaintiffs going forward.

Thank you very much for your consideration and guidance as to whether, and how, we could arrange a status conference.

SINCERELY,

**SANDRA S. GUSTITUS**
SHAREHOLDER
CHENOWETH LAW GROUP


**CC: CLIENTS (VIA EMAIL)**
**ENCLOSURES: NONE**