**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, | Case No. 1:21-CV-00157-CL |
| Plaintiffs, | **WISNOVSKY DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS (ECF 176)** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, | |
| Defendants. | |

Page 1 -    WISNOVSKY DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR
             SANCTIONS (ECF 176)

## <u>NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS (ECF 176)</u>

Defendants Mark Wisnovsky ("Mark"), Michael Wisnovsky ("Mike") and Valley View Winery, Inc. ("Valley View") (collectively, "Wisnovsky Defendants") hereby notify the Court that the Wisnovsky Defendants withdraw their motion for sanctions (ECF 176).

The Wisnovsky Defendants are filing this notice for the following reasons. As shown in the *Declaration of Bradley T. Crittenden (May 23, 2025)* (ECF 177), Plaintiffs' counsel Stephen Brigandi sent a letter to Wisnovsky Defendants' counsel on May 21, 2025, stating that Plaintiffs would "not agree to the sanctions requested" in the May 7 cover letter accompanying the Wisnovsky Defendants' motion for sanctions, and further stating, "<u>If such Motion is filed,</u> Plaintiffs will respond with a Notice of Errata and Corrections." ECF 177-2 (underline added). Plaintiffs did not state they intended to take any corrective action whatsoever prior to the passage of the 21-day period stated in Rule 11—instead, they stated they would file a "Notice of Errata and Corrections" only *after* the motion for sanctions is filed, thus communicating that they did not need 21 days to decide whether to take action to avoid defending against a motion for sanctions.

The Wisnovsky Defendants therefore filed their motion for sanctions because Plaintiffs stated they would not agree to perform the corrective action demanded by the Wisnovsky Defendants and would not take any action at all until after the motion was filed.

Plaintiffs recently filed a motion to strike the motion for sanctions (ECF 181) that does not comply with the conferral requirements of LR 7-1 and disingenuously complains that Plaintiffs were not given the full 21 days under Rule 11 to take corrective action. ECF 181 at 2.

/ / /

/ / /

Page 2 -    WISNOVSKY DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS (ECF 176)

The Wisnovsky Defendants are therefore withdrawing the motion for sanctions (ECF 176) and will re-file the motion for sanctions now that the 21-day safe harbor period has lapsed and Plaintiffs have still not taken the demanded corrective action.

DATED:  June 4, 2025

CHENOWETH LAW GROUP, PC

 _/s/ Bradley T. Crittenden_
Sandra S. Gustitus, OSB No. 143298
Bradley T. Crittenden, OSB No. 173274
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: sgustitus@chenowethlaw.com
bcrittenden@chenowethlaw.com

*Attorneys for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

Page 3 -      WISNOVSKY DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR
              SANCTIONS (ECF 176)

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I caused to be served a copy of the foregoing **WISNOVSKY DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS (ECF 176),** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette and Wisnovsky Land LLC*

Timothy Murphy
Murphy Law Group, P.C.
333 NE Russell St., Ste. 200
Portland, OR 97212
tim@oregonlandlord.net

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

by the following method(s):

xx____         by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

DATED: June 4, 2025

/s/ *Jami Asay*_____
Jami Asay, Paralegal

Page 1 - CERTIFICATE OF SERVICE