CURTIS GLACCUM, Bar No. 161732
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street
Suite 400
Bend, Oregon  97702
Telephone:  (541) 382-3011
Facsimile:  (541) 388-5410

*Of Attorneys for Plaintiffs MICHELLE SULLIVAN, as
Special Administrator of the Estate of ANN M.
WISNOVSKY, and WISNOVSKY LAND, LLC,*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MICHELLE SULLIVAN, as Special Administrator of the Estate of ANN M. WISNOVSKY, and WISNOVSKY LAND, LLC, an Oregon Domestic Limited Liability Company, | Civil No.:  1:21-CV-00157-CL |
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS MICHELLE SULLIVAN, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ANN M. WISNOVSKY, AND WISNOVSKY LAND, LLC** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; and VALLEY VIEW WINERY, INC., an Oregon Domestic Business Corporation, | |
| Defendants. | |

Notice is hereby given that Curtis M. Glaccum of Best Best & Krieger, LLP, enters his

appearance as attorney for Plaintiffs Michelle Sullivan, as Special Administrator of the Estate of

Page 1 – **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS MICHELLE SULLIVAN, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ANN M. WISNOVSKY, AND WISNOVSKY LAND, LLC**
09904.00000\43871853.1

Ann M. Wisnovsky, and Wisnovsky Land, LLC, with Josh Newton in this matter and all future

pleadings, papers, and notices shall be mailed to them at the following address:

> Curtis M. Glaccum, OSB No. 161732
> Josh Newton, OSB No. 983087
> BEST BEST & KRIEGER LLP
> 360 SW Bond Street, Suite 400
> Bend, Oregon 97702
> TEL: (541) 382-3011
> FAX: (541) 383-3073
> Email: curtis.glaccum@bbklaw.com
>      josh.newton@bbklaw.com

> Of Attorneys for Plaintiffs

Dated:      June 11, 2025

BEST BEST & KRIEGER LLP

By: *s/ Curtis Glaccum*
CURTIS GLACCUM, Bar No. 161732
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com

Attorneys for Plaintiffs
MICHELLE SULLIVAN, as Special
Administrator of the Estate of ANN M.
WISNOVSKY, and WISNOVSKY
LAND, LLC

Page 2 – **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS MICHELLE SULLIVAN, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ANN M. WISNOVSKY, AND WISNOVSKY LAND, LLC**

09904.00000\43871853.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2025, I caused to be served a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS MICHELLE SULLIVAN, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ANN M. WISNOVSKY, AND WISNOVSKY LAND, LLC** on the following person(s) in the manner indicated below:

Sandra S. Gustitus, Bar No. 143298
Bradley T. Crittenden, Bar No. 173274
Chenoweth Law Group, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Email:    sgustitus@chenowethlaw.com
bcrittenden@chenowethlaw.com

*Attorneys for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

James R. Dole, Bar No. 892272
Watkinson Laird Rubenstein PC
1246 NE 7th St Ste B
Grants Pass OR  97526
Email:    jdole@wlrlaw.com

*Attorney for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☒    by e-service via CM/ECF on the date set forth below.

☐    by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Bend, Oregon.

☒    by emailing to the attorney at the email address that is the last-known email address for the attorney's office.

PAGE 1- CERTIFICATE OF SERVICE

DATED June 11, 2025                    BEST BEST & KRIEGER LLP

*s/ Curtis Glaccum*

CURTIS GLACCUM, Bar No. 161732
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com

*Of Attorneys for Plaintiffs MICHELLE
SULLIVAN, as Special Administrator of
the Estate of ANN M. WISNOVSKY, and
WISNOVSKY LAND, LLC*

PAGE 2 - CERTIFICATE OF SERVICE