**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21-CV-00157-CL <br><br><br> **DECLARATION OF SANDRA S. GUSTITUS (JUNE 13, 2025)** |

Page 1 - DECLARATION OF SANDRA S. GUSTITUS (JUNE 13, 2025)

I, Sandra S. Gustitus, declare as follows:

1.    I am over the age of 18 and competent to testify as follows.  I make this declaration based on my personal knowledge and in support of the *Wisnovsky Defendants' Reply in Support of Motion for Sanctions* filed by the Wisnovsky Defendants, who are Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc.

2.    I am one of the attorneys representing the Wisnovsky Defendants in this matter. If called to testify at trial, I could give the following testimony.

3.    Plaintiffs' counsel did not confer, or even attempt to confer, with the Wisnovsky Defendants' counsel before Plaintiffs filed their *Motion to Strike or Deny Defendants' Improper Rule 11 Motion for Sanctions* (ECF 181).

4.    Attached as Exhibit 1 is a true copy of a document my office prepared.  My office used Microsoft Word to create a "compare" document that compares *Plaintiffs' Opposiiton to Defendants' Motion for Partial Summary Judgment* (ECF 155) to the *Second Amended Opposition to Defendants' Motion for Partial Summary Judgment (Replaces ECF 155)* (ECF 182).  The attached exhibit highlights the changes Plaintiffs made in the second amended opposition brief, specifically showing what they removed from the first opposition brief.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5.      Attached as Exhibit 2 is a true copy from my file of an email I received from Stephen Brigandi on June 2, 2025.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: June 13, 2025

*/s/ Sandra S. Gustitus*
Sandra S. Gustitus

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 13, 2025, I caused to be served a copy of the foregoing **DECLARATION OF SANDRA S. GUSTITUS (JUNE 13, 2025)** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com
*Attorney for Plaintiffs Michelle Sullivan and Wisnovsky Land, LLC*

by the following method(s):

  xx      by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

xx      by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

DATED: June 13, 2025.

*/s/ Jami Asay*
Jami Asay, Paralegal

**Page 1 - CERTIFICATE OF SERVICE**