| | |
|---|---|
| **From:** | Stephen Brigandi |
| **To:** | Sandra S, Gustitus |
| **Subject:** | Second Amended Respone |
| **Date:** | Monday, June 2, 2025 4:08:16 PM |
| **Attachments:** | SECOND AMENDED PLAINTIFF"S OPPOSITION BRIEF.pdf |

Hi Sandra,

This is to let you know that we have filed a Second Amended Response.  The only change is to add Tim Murphy to the Caption.  Honestly, I don't have any idea why we left him off. No other changes are made.  It is attached below.

Steve