IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHELLE SULLIVAN *Trustee of the*
*Ann M. Wisnovsky Trust*, and WISNOVSKY
LAND, LLC,

          Civ. No. 1:21-cv-00157-CL

       Plaintiffs,

          **ORDER TO SHOW CAUSE**

   v.

MARK WISNOVSKY, MICHAEL
WISNOVSKY, and VALLEY VIEW
WINERY, INC.,

       Defendants.

CLARKE, Magistrate Judge.

On December 16, 2024, the Court issued an Opinion and Order in which it acknowledged Plaintiffs' failure to adhere to Local Rules and warned, "[n]oncompliance with Local Rules is not something this Court takes lightly, and further noncompliance may result in denial or dismissal of this case." ECF No. 137, p. 4. Since then, Plaintiffs appear to have violated at least four Local Rules (7-1(a), 7-1(b), 83-3(a)(1), and 83-7).

Plaintiffs have also filed three briefs (ECF Nos. 142, 155, and 168) which appear to violate Federal Rule of Civil Procedure 11(b). Across these three briefs Plaintiffs cite to fifteen non-existent cases and misrepresent quotations from seven real cases. Plaintiffs attempt to justify this by claiming, "[t]he inclusion of inaccurate citations was inadvertent and the result of reliance on an automated legal citation tool." ECF No. 181, p. 2.

In response to Plaintiffs' violations of both local and federal rules, Defendants filed a

Motion for Imposition of Sanctions. *See* ECF No. 184. As of today, June 16, 2025, the Court

does not find Plaintiffs' explanation satisfactory to avoid the requested sanctions.

Therefore, IT IS ORDERED that Plaintiffs shall show cause as to why the requested

sanctions should not be imposed, and this action dismissed, by filing a response to Defendants'

Motion for Imposition of Sanctions (ECF No. 184) by June 30, 2025. Defendants shall file a

reply by July 14, 2025. A hearing will be set following the conclusion of briefing.

DATED this _____ day of June, 2025.

MARK D. CLARKE
United States Magistrate Judge