CURTIS GLACCUM, Bar No. 161732
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street
Suite 400
Bend, Oregon  97702
Telephone:  (541) 382-3011
Facsimile:  (541) 388-5410

*Of Attorneys for Plaintiffs* **MICHELLE SULLIVAN***, as*
*Special Administrator of the Estate of* **ANN M.**
**WISNOVSKY***, and* **WISNOVSKY LAND, LLC***,*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **MICHELLE SULLIVAN**, as Special Administrator of the Estate of **ANN M. WISNOVSKY**, and **WISNOVSKY LAND, LLC**, an Oregon Domestic Limited Liability Company, | Civil No.:  1:21-CV-00157-CL |
| Plaintiffs, | **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **MARK A. WISNOVSKY**, an individual; **MICHAEL J. WISNOVSKY**, an individual; and **VALLEY VIEW WINERY, INC.**, an Oregon Domestic Business Corporation, | |
| Defendants. | |

## <u>LR 7.1 CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1, undersigned counsel Curtis M. Glaccum, attorney for Plaintiffs

Michelle Sullivan, as Special Administrator of the Estate of Ann M. Wisnovsky, and Wisnovsky

Land, LLC (collectively, "Plaintiffs"), and hereby certifies that he has conferred with

Page 1 – **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**
15025.00001\43897202.2

Defendants' counsel, Sandra S. Gustitus, and that Defendants do not oppose the requested extension of time from June 30, 2025 until July 7, 2025 to file a response to Defendants' Motion for Imposition of Sanctions, pursuant to this Court's Order to Show Cause.

## MOTION

Pursuant to FRCP 16 and L.R. 16-3, Plaintiffs move this Court for an order extending Plaintiffs' deadline to file a response to Defendants' Motion for Imposition of Sanctions, pursuant to this Court's Order to Show Cause, from June 30, 2025 until July 7, 2025. In support of this Motion, Plaintiffs state good cause exists to extend the deadline as follows:

1.      On June 16, 2025, the Court held a status conference regarding Defendants' Motion for Imposition of Sanctions.

2.      The Court ordered Plaintiffs to file a written response to the Motion for Sanctions by June 30, 2025, and further ordered Plaintiffs' former counsel, Timothy Murphy, to appear at the hearing.

3.      Undersigned counsel only recently appeared in this matter on June 11, 2025, the week before the status conference, and has been diligently attempting to comply with the Court's Order.

4.      However, undersigned counsel has been unable to reach Mr. Murphy, whose input is critical to the preparation of Plaintiffs' response.

5.      On June 19, 2025, counsel learned that Mr. Murphy has been out of the office for the week attending a family funeral out of state and remains unavailable.

6.      Plaintiffs therefore respectfully request a one-week extension, up to and including **July 7, 2025**, to file their response to the Court's Order to Show Cause.

7.      This requested extension will not impact other existing deadlines, settings, or schedules.

8.      Defendants do not object to this request and do not seek an extension themselves at this time, but reserve the right to do so in the future.

9.      This request is made in good faith and not for the purpose of delay.

**WHEREFORE**, Plaintiffs therefore respectfully request a one-week extension, up to and including July 7, 2025, to file their response to the Court's Order to Show Cause.

Dated:      June 24, 2025

BEST BEST & KRIEGER LLP

By: *s/ Curtis Glaccum*
_____
CURTIS GLACCUM, Bar No. 161732
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com

Attorneys for Plaintiffs
MICHELLE SULLIVAN, as Special
Administrator of the Estate of ANN M.
WISNOVSKY, and WISNOVSKY
LAND, LLC

Page 3 – **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**
15025.00001\43897202.2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2025, I caused to be served a copy of

the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO

FILE RESPONSE on the following person(s) in the manner indicated below:

Sandra S. Gustitus, Bar No. 143298
Bradley T. Crittenden, Bar No. 173274
Chenoweth Law Group, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Email:    sgustitus@chenowethlaw.com
bcrittenden@chenowethlaw.com

James R. Dole, Bar No. 892272
Watkinson Laird Rubenstein PC
1246 NE 7th St Ste B
Grants Pass OR  97526
Email:    jdole@wlrlaw.com

*Attorneys for Defendants Michael J.
Wisnovsky, Mark A. Wisnovsky, and
Valley View Winery, Inc*.

*Attorney for Defendants Michael J.
Wisnovsky, Mark A. Wisnovsky, and
Valley View Winery, Inc*.

by causing a full, true, and correct copy thereof to be sent by the following indicated

method or methods, on the date set forth below:

☒        by e-service via CM/ECF on the date set forth below.

☐        by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Bend, Oregon.

☒        by emailing to the attorney at the email address that is the last-known email address for the attorney's office.

PAGE 1- CERTIFICATE OF SERVICE

DATED June 24, 2025   BEST BEST & KRIEGER LLP

*s/ Curtis Glaccum*

CURTIS GLACCUM, Bar No. 161732
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com

*Of Attorneys for Plaintiffs MICHELLE SULLIVAN, as Special Administrator of the Estate of ANN M. WISNOVSKY, and WISNOVSKY LAND, LLC*

PAGE 2 - CERTIFICATE OF SERVICE