

Curtis Glaccum
Of Counsel
(541) 318-9819
curtis.glaccum@bbklaw.com

July 7, 2025

**VIA E-FILING IN PACER**

Hon. Mark D. Clarke
James A. Redden United States Courthouse
310 West Sixth Street
Medford, Oregon 97501

      Re:    Emergency Notice Regarding Incapacitation of Plaintiffs' Counsel
                Michelle Sullivan, *et al*. v. Mark A. Wisnovsky, *et al.*
                (1:21-CV-00157-CL)

Your Honor:

      I am writing to inform the Court of a medical emergency that has rendered Plaintiffs' lead counsel, Stephen M. Brigandi, unable to continue representation in the above-captioned matter.

      My firm, Best Best & Krieger, and I were only recently appointed as local counsel for Plaintiffs Michelle Sullivan, as Personal Representative of the Estate of Ann M. Wisnovsky, and Wisnovsky Land, LLC, in this litigation. I intend to immediately take over as lead counsel due to the medical emergency described below.

### Medical Emergency

      On Monday, June 30, 2025, Mr. Brigandi was admitted to the Intensive Care Unit ("ICU) due to complications from what doctors believe to be previously undiagnosed cancer. Mr. Brigandi's son, Connor Brigandi, contacted my client late last week to inform her of this emergency. According to Connor Brigandi, Mr. Brigandi has been unconscious since his admission last Monday and is currently being intubated. He remains in critical condition, and based on current information, the medical prognosis is grave and Mr. Brigandi may not survive.

      Obviously, this tragic development has rendered Mr. Brigandi completely unable to participate in any aspect of this litigation.

### Professional Obligations

      As new counsel, I have been working to draft a response to Defendants' Motion for Imposition of Sanctions, which was filed by defendants prior to my association with this matter. Unbeknownst to me, Mr. Brigandi's medical condition rendered him unable to answer any of my attempts to communicate regarding the drafting of Plaintiffs' Response this last week. Obviously, it also means that Mr. Brigandi is unable to sign any declaration in support of the Response to Defendants' Motion for Imposition of Sanctions, which is due to be filed today.

Best Best & Krieger LLP | 360 SW Bond Street, Suite 400, Bend, Oregon  97702
Phone: (541) 382-3011 | Fax: (541) 388-5410 | bbklaw.com

15025.00001\43937220.1

I recognize that Mr. Brigandi's incapacitation creates professional responsibility concerns regarding client representation. As newly appointed local counsel, I am working diligently with Plaintiffs to ensure continuous representation and will file appropriate motions for any necessary relief as soon as practicable.

**Request for Cooperation**

I respectfully request the Court's patience during this difficult transition. While I understand that litigation must proceed, the emergency nature of Mr. Brigandi's condition necessitates immediate consideration of these circumstances.

In the meantime, I wanted to provide immediate notice to prevent any prejudice to the proceedings or misunderstanding about the absence of response from Plaintiffs' counsel, Stephen Brigandi.

**Conclusion**

I thank the Court for its understanding during this tragic and unexpected circumstance. Mr. Brigandi's condition represents a genuine emergency that has created an immediate need for case management relief. As newly appointed local counsel, I am working to take over representation and ensure the continuity of Plaintiffs' interests in this litigation.

I am available for a conference call or meeting at the Court's convenience to discuss appropriate scheduling and procedural accommodations.

Respectfully submitted,

Curtis Glaccum
for BEST BEST & KRIEGER LLP

CG:

Enclosures: None

cc:     Clients (via email)