CURTIS GLACCUM, Bar No. 161732
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street
Suite 400
Bend, Oregon  97702
Telephone:  (541) 382-3011
Facsimile:  (541) 388-5410

*Of Attorneys for Plaintiffs MICHELLE SULLIVAN, as
Special Administrator of the Estate of ANN M.
WISNOVSKY, and WISNOVSKY LAND, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MICHELLE SULLIVAN, as Special Administrator of the Estate of ANN M. WISNOVSKY, and WISNOVSKY LAND, LLC, an Oregon Domestic Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; and VALLEY VIEW WINERY, INC., an Oregon Domestic Business Corporation,<br><br>Defendants. | Civil No.:  1:21-CV-00157-CL<br><br>**DECLARATION OF JOANNE COUVRETTE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR IMPOSITION OF SANCTIONS** |

I, Joanne Couvrette, hereby declare as follows:

1.      I am over eighteen years of age and competent to make this declaration. I have

personal knowledge of the facts set forth herein.

Page 1 – **DECLARATION OF JOANNE COUVRETTE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR IMPOSITION OF SANCTIONS**
15025.00001\43937007.2

2.      Stephen M. Brigandi of the Law Office of Stephen Brigandi has been serving as counsel for Plaintiffs in this matter, appearing *pro hac vice*.

3.      On or about Thursday, July 3, 2025, Mr. Brigandi's son, Connor Brigandi, informed me of a medical emergency involving Mr. Brigandi.

4.      According to Mr. Brigandi's son, Mr. Brigandi was admitted to the Intensive Care Unit ("ICU") on Monday, June 30, 2025.

5.      Mr. Brigandi's son informed me that Mr. Brigandi is currently unconscious and has been in that condition since his admission to the ICU on Monday, June 30, 2025.

6.      I was further informed that Mr. Brigandi had been suffering from what doctors believe to be a previously undiscovered diagnosis of cancer. Mr. Brigandi's son advised me that the current medical prognosis is very poor and that Mr. Brigandi may not survive his current condition.

7.      As of the date of this declaration, Mr. Brigandi remains unconscious and on intubation in the ICU, and is unable to communicate.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated:      July 7, 2025                    By:  _Joanne Couvrette_
                                                  846F2DEA38F5406...
                                            JOANNE COUVRETTE

Page 2 – **DECLARATION OF JOANNE COUVRETTE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR IMPOSITION OF SANCTIONS**
15025.00001\43937007.2

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I caused to be served a copy of the foregoing

DECLARATION OF JOANNE COUVRETTE IN SUPPORT OF PLAINTIFFS'

RESPONSE TO DEFENDANTS' MOTION FOR IMPOSITION OF SANCTIONS on the

following person(s) in the manner indicated below:

| | |
|---|---|
| Sandra S. Gustitus, Bar No. 143298 | James R. Dole, Bar No. 892272 |
| Bradley T. Crittenden, Bar No. 173274 | Watkinson Laird Rubenstein PC |
| Chenoweth Law Group, PC | 1246 NE 7th St Ste B |
| 510 SW Fifth Avenue, 4th Floor | Grants Pass OR  97526 |
| Portland, OR  97204 | Email:    jdole@wlrlaw.com |
| Email:    sgustitus@chenowethlaw.com | |
| bcrittenden@chenowethlaw.com | |
| | |
| *Attorneys for Defendants Michael J.* | *Attorney for Defendants Michael J.* |
| *Wisnovsky, Mark A. Wisnovsky, and* | *Wisnovsky, Mark A. Wisnovsky, and* |
| *Valley View Winery, Inc.* | *Valley View Winery, Inc.* |

by causing a full, true, and correct copy thereof to be sent by the following indicated

method or methods, on the date set forth below:

☒    by e-service via CM/ECF on the date set forth below.

☐    by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Bend, Oregon.

☒    by emailing to the attorney at the email address that is the last-known email address for the attorney's office.

DATED July 7, 2025                              BEST BEST & KRIEGER LLP

                                               *s/ Curtis Glaccum*
                                               CURTIS GLACCUM, Bar No. 161732
                                               curtis.glaccum@bbklaw.com
                                               JOSH NEWTON, Bar No. 983087
                                               josh.newton@bbklaw.com

                                               *Of Attorneys for Plaintiffs MICHELLE*
                                               *SULLIVAN, as Special Administrator of*
                                               *the Estate of ANN M. WISNOVSKY, and*
                                               *WISNOVSKY LAND, LLC*

PAGE 2 - CERTIFICATE OF SERVICE