**CURTIS GLACCUM, Bar No. 161732**
Curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street Suite 400 Bend, Oregon 97702
Telephone: (541) 382-301
Attorneys for Plaintiffs MICHELLE SULLIVAN,
as Special Administrator of the Estate of ANN M. WISNOVSKY,
and WISNOVSKY LAND, LLC,

**Stephen M. Brigandi, Pro hac vice**
Law Office of Stephen Brigandi
3624 Caminito Cielo Del Mar San
Diego, CA 92130
858-775-4213
Email: brigandilaw@gmail.com


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MICHELLE SULLIVAN, as Personal Representative of the Estate of ANN M. WISNOVSKY, and WISNOVSKY LAND, LLC, Plaintiffs, <br><br> v. <br> MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, and VALLEY VIEW WINERY, INC., Defendants. | Case No. 1:21-CV-00157-CL <br><br> **ATTORNEY BRIGANDI'S MOTION TO BE DISNISSED AS COUNSEL FOR PLAINTIFFS** |

After consultation with Clients all other counsel in this matter, and without any objection from

anyone, Attorney Stephen M. Brigandi and the Law Office of Stephen Brigandi ("Counsel") hereby

Move this Court for an Order Dismissing Counsel from representing any party in the above-captioned matter.

As such it is hereby:

ORDERED that as of August 12, 2025, Counsel is hereby dismissed from representing any party in this matter.


Dated: _____


By: _____