**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>Defendants. | Case No. 1:21-CV-00157-CL<br><br>**WISNOVSKY DEFENDANTS' RESPONSE TO ATTORNEY BRIGANDI'S MOTOIN TO BE DISMISSED AS COUNSEL FOR PLAINTIFFS** |

Page 1 -    **WISNOVSKY DEFENDANTS' RESPONSE TO ATTORNEY BRIGANDI'S MOTION TO BE DISMISSED AS COUNSEL FOR PLAINTIFFS**

## RESPONSE

Defendants Mark Wisnovsky ("Mark"), Michael Wisnovsky ("Mike"), and Valley View Winery, Inc. ("Valley View") (collectively, "Wisnovsky Defendants") submit this response to *Attorney Brigandi's Motion to Be Dismissed as Counsel for Plaintiffs* (ECF 199).  For the following reasons, the Court should deny Brigandi's motion.

Brigandi's motion states, "After consultation with Clients and all other counsel in this matter, and without any objection from anyone, Attorney Stephen M. Brigandi and the Law Office of Stephen Brigandi ("Counsel") hereby move this Court for an Order Dismissing Counsel from representing any party in the above-captioned matter."  ECF 199 at 1–2.  That is false.  The Wisnovsky Defendants' counsel certifies that Brigandi did not consult with any attorney representing the Wisnovsky Defendants prior to filing his motion.  Had he done so, he certainly would have received an objection precisely because the Wisnovsky Defendants are seeking to impose sanctions on him and Plaintiffs for violating Rule 11 and LR 83-7 over 20 times.  ECF 184 at 4–11; ECF 196 at 3–5.

The fact that Brigandi filed his motion containing a patently false statement of fact underscores the need to deny his motion and keep him in this lawsuit because, yet again, he has violated LR 7-1 and LR 83-7, and flouted the Court's December 16, 2024 *Opinion and Order* that admonished Plaintiffs for not complying with Local Rules, including LR 7-1.  ECF 137 at 4.  Brigandi's motion violates LR 7-1 and LR 83-7 because it falsely certifies compliance with the conferral requirements of LR 7-1 and makes a false statement of fact to the Court that he conferred with the Wisnovsky Defendants' counsel and received no objection from them regarding his desire to withdraw from this lawsuit.  Brigandi's attempt to avoid sanctions by

Page 2 -    **WISNOVSKY DEFENDANTS' RESPONSE TO ATTORNEY BRIGANDI'S MOTION TO BE DISMISSED AS COUNSEL FOR PLAINTIFFS**

filing a sanctionable motion to withdraw is the pinnacle of irony and should be added to the long list of reasons why the Wisnovsky Defendants' requested sanctions are appropriate.

Yet another irony of Brigandi's motion is that the Wisnovsky Defendants likely would have already received a decision on their motion for sanctions had Brigandi not purportedly become incapacitated and caused the Court to stay the sanctions proceedings pending the parties' filing of a joint status report. ECF 193; ECF 194-1; ECF 195. During the time the case was stayed, Plaintiffs' recently retained counsel informed the Wisnovsky Defendants' counsel that Brigandi remained incapacitated or otherwise suffered from cognitive difficulties that prevented him from communicating his testimony about his role in Plaintiffs' numerous violations of Rule 11 and LR 83-7. Plaintiffs' statement in the joint status report confirms the substance of those communications. ECF 196 at 2. The Wisnovsky Defendants stated in the joint status report that, notwithstanding Brigandi's condition, they are prepared to file their reply brief in support of their motion for sanctions and have their motion decided on the merits. ECF 196 at 5. Curiously, one day after the parties filed that report—and about four hours after the Court ordered a hearing on the Wisnovsky Defendants' motion—Brigandi filed a motion for leave to withdraw from this lawsuit. ECF 199.

These circumstances create considerable grounds for suspicion, but the Wisnovsky Defendants are nonetheless unable to discern whether this is an unfortunate result of Brigandi's confused mental state or is part of Plaintiffs' ruse to deceive the Court and avoid sanctions. What the Wisnovsky Defendants do know is that Brigandi's motion is false, it violates the rules, and it serves as additional grounds to impose their requested sanctions.

Page 3 -    **WISNOVSKY DEFENDANTS' RESPONSE TO ATTORNEY BRIGANDI'S MOTION TO BE DISMISSED AS COUNSEL FOR PLAINTIFFS**

**CONCLUSION**

For the foregoing reasons, the Court should deny Brigandi's motion and not allow him to withdraw as he is otherwise requesting.

DATED: August 13, 2025

CHENOWETH LAW GROUP, PC

*/s/ Bradley T. Crittenden*
Sandra S. Gustitus, OSB No. 143298
Bradley T. Crittenden, OSB No. 173274
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: sgustitus@chenowethlaw.com
bcrittenden@chenowethlaw.com

*Attorneys for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025, I caused to be served a copy of the foregoing **WISNOVSKY DEFENDANTS' RESPONSE TO ATTORNEY BRIGANDI'S MOTION TO BE DISMISSED AS COUNSEL FOR PLAINTFFS** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

by the following method(s):

 xx          by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

xx          by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

    DATED: August 13, 2025

                                     */s/ Jami Asay*
                                     Jami Asay, Paralegal

   Page 5 -    **CERTIFICATE OF SERVICE**

Page 6 -    **CERTIFICATE OF SERVICE**