**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282
*Attorneys for Defendants Mark A. Wisnovsky,*
*Michael J. Wisnovsky, and Valley View Winery, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC,<br><br>                                    Plaintiffs,<br><br>        v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>                                    Defendants. | Case No. 1:21-CV-00157-CL<br><br>**WISNOVSKY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

Page 1 -    WISNOVSKY DEFENDANTS' UNOPPOSED MOTION
               FOR EXTENSION OF TIME TO FILE REPLY BRIEF

### UNOPPOSED MOTION

Defendants Mark Wisnovsky, Michael Wisnovsky, and Valley View Winery, Inc. ("Wisnovsky Defendants")  respectfully move the Court for a three-day extension of time to file their reply brief in support of their motion for sanctions.  The Wisnovsky Defendants' reply brief is currently due on August 26, 2025, and they seek a three-day extension to file the reply brief on August 29, 2025.  Pursuant to LR 7-1, counsel for the Wisnovsky Defendants certifies that she has conferred with counsel for Plaintiffs Joanne Couvrette, Wisnovsky Land, LLC, and Michelle Sullivan as Special Administrator to the Estate of Ann Wisnovsky (collectively, "Plaintiffs") and that Plaintiffs do not oppose this motion.

Pursuant to FRCP 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good reason, extend the time . . . if a request is made, before the original time or its extension expires."  This motion is being filed before the expiration of the current reply deadline.  For the reasons stated below, good cause exists to extend the deadline.

On August 11, 2025, the parties filed a joint status report in which the Wisnovsky Defendants stated, among other things, that they were ready to file their reply brief, notwithstanding attorney Stephen Brigandi's continued unavailability to present testimony explaining his role in the rule violations described in the Wisnovsky Defendants' motion for sanctions.  ECF 196 at 3–5.  The next day, the Court entered a scheduling order setting a deadline of August 26 for the Wisnovsky Defendants to file their reply brief.  ECF 197.  A few hours later, however, Brigandi filed a motion for leave to withdraw that falsely certified he had conferred with all other attorneys in this matter and none objected to his motion.  ECF 199.

Page 2 -   WISNOVSKY DEFENDANTS' UNOPPOSED MOTION
            FOR EXTENSION OF TIME TO FILE REPLY BRIEF

The Wisnovsky Defendants filed a response to Brigandi's motion, asking for it to be denied.  ECF 200.  Plaintiffs' counsel, Curtis Glaccum, sent an email to the Court stating, among other things, that Plaintiffs would like to schedule a status conference with the Court regarding Brigandi's motion.  On August 21, 2025, the Court notified the parties that a status conference is scheduled to occur on August 28, 2025, which is two days after the current deadline for the Wisnovsky Defendants to file their reply brief.

The outcome of the August 28 status conference may affect the substance of the Wisnovsky Defendants' reply brief because the status conference will likely concern facts pertaining to Brigandi.  The Wisnovsky Defendants feel it is necessary and appropriate to wait until the day after the status conference to file their reply brief because they may need to address facts discussed at the status conference that are relevant to their motion for sanctions and reply brief, and the last opportunity to address those facts in writing will likely be in their reply brief.

The Wisnovsky Defendants therefore respectfully request that the Court enter an order extending their reply deadline to August 29, 2025.

DATED:  August 22, 2025

CHENOWETH LAW GROUP, PC

 */s/ Sandra S. Gustitus*
Sandra S. Gustitus, OSB No. 143298
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: sgustitus@chenowethlaw.com

*Attorneys for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

Page 3 -    WISNOVSKY DEFENDANTS' UNOPPOSED MOTION
        FOR EXTENSION OF TIME TO FILE REPLY BRIEF

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing **WISNOVSKY DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** on
the following:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants
Joanne Couvrette, Wisnovsky Land LLC, and
Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky,
Michael Wisnovsky and Valley View Winery*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com

*Attorneys for Plaintiffs/Counter-Defendants
Joanne Couvrette, Wisnovsky Land LLC, and
Michelle Sullivan*

by the following method(s):

   xx      by **emailing** a full, true and correct copy thereof to the parties at the email
addresses shown above, which are the last-known email addresses of the parties,
on the date set forth below.

   xx      by **e-serving** a full, true and correct copy thereof to the parties through OJD
eFile, on the date set forth below.

          by **mailing** a full, true and correct copy thereof in a sealed, first-class, postage
pre-paid envelope, addressed to the last-known address of the parties as shown
above, and deposited with the United States Postal Service at Portland, Oregon,
on the date set forth below.

/ / /

/ / /

/ / /

DECLARATION OF SERVICE

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland**, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: clairec@chenowethlaw.com**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

Dated:  August 22, 2025

CHENOWETH LAW GROUP, PC

_/s/ Jami Asay_
Jami Asay, Paralegal

DECLARATION OF SERVICE

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: clairec@chenowethlaw.com