**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21-CV-00157-CL <br><br> **DECLARATION OF BRADLEY T. CRITTENDEN (AUG. 29, 2025)** |

Page 1 - DECLARATION OF BRADLEY T. CRITTENDEN (AUG. 29, 2025)

I, Bradley T. Crittenden, declare as follows:

1.    I am over the age of 18 and competent to testify as follows.  I make this declaration based on my personal knowledge and in support of the *Wisnovsky Defendants' Motion for Sanctions* ("motion") filed by the Wisnovsky Defendants, who are Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc.

2.    I am one of the attorneys representing the Wisnovsky Defendants in this matter. If called to testify at trial, I could give the following testimony.

3.    I attended the Court's June 16, 2025 status conference via telephone, as memorialized in ECF 188.  At the hearing, the Court stated it would be entering an order for Plaintiffs to file a response to the Wisnovsky Defendants' motion for sanctions within 14 days, or by June 30.  I heard attorney Stephen Brigandi object multiple times to the Court's order for Plaintiffs to file a response brief within 14 days.  Mr. Brigandi asked that Plaintiffs be granted 30 days to file their response brief.  The Court denied Mr. Brigandi's request and reiterated that Plaintiffs' response would be due in 14 days.

4.    On June 20, 2025, one of Plaintiffs' attorneys, Curtis Glaccum, sent an email to me and co-counsel Sandra Gustitus, requesting an extension of time for Plaintiffs to file their response brief.  A true and correct copy of the email correspondence between Mr. Glaccum and Ms. Gustitus regarding Mr. Glaccum's request for an extension of time is attached as **Exhibit 13**.

5.    Between July 8 and August 11, the Wisnovsky Defendants' counsel repeatedly requested that Plaintiffs produce evidence of Mr. Brigandi's purported health condition that rendered him unable to testify or otherwise provide an explanation about his role in the sanctionable filings.  Plaintiffs did not produce admissible evidence of Brigandi's purported health condition.

Page 2 - DECLARATION OF BRADLEY T. CRITTENDEN (AUG. 29, 2025)

6.    One of Plaintiffs' attorneys, Stephen Brigandi, has a business profile that I found on the business social media website, LinkedIn.com, located at https://www.linkedin.com/in/stevebrigandi.  Attached as **Exhibit 14** is a true and correct copy of the portion of Brigandi's LinkedIn profile that states his professional background and work experience as of August 28, 2025.

7.    Brigandi's LinkedIn profile states his current private practice focuses "on general business and corporate transactions, real estate, franchising, and labor and employment law" with a "[s]pecial emphasis on representing restaurant owners and operators."

8.    Brigandi's prior work experience shows that he is a transactional attorney who has specialized in intellectual property, franchising, and corporate law.  For instance, he was corporate counsel for Jack-in-the-Box for almost 12 years and then served as its vice president of franchising for another year.

9.    Brigandi apparently has no prior litigation experience at all—words such as "litigation," "dispute," "plaintiff," "defendant," and "lawsuit" do not appear in his LinkedIn profile.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10.    Attached as **Exhibit 17** is a true and correct copy of email correspondence occurring on May 5, 2025, between attorney Tim Murphy, me, and my co-counsel Sandra Gustitus regarding Tim Murphy's intent to withdraw from representing Plaintiffs in this lawsuit. Tim Murphy did not confer on the phone or in person with anyone from my firm about his intent to file a motion to withdraw as Plaintiffs' counsel in this lawsuit.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: August 29, 2025

/s/ Bradley T. Crittenden
Bradley T. Crittenden

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 29, 2025, I caused to be served a copy of the foregoing **DECLARATION OF BRADLEY T. CRITTENDEN (AUG. 29, 2025)** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com
*Attorney for Plaintiffs Michelle Sullivan and Wisnovsky Land, LLC*

by the following method(s):

xx        by **e-service via CM/ECF** on the date set forth below.

xx        by first-class mail on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

        */s/ Jami Asay*
        Jami Asay, Paralegal

Page 5 - CERTIFICATE OF SERVICE