| | |
|---|---|
| **From:** | Curtis Glaccum |
| **To:** | Sandra S. Gustitus |
| **Cc:** | Revital Kogot; Bradley T. Crittenden; jdole@wlrlaw.com; Audrey Youngblood |
| **Subject:** | RE: 1:21-cv-00157-CL Couvrette v. Wisnovsky et al Attorney Appearance - Courtesy Copy |
| **Date:** | Monday, June 23, 2025 3:59:24 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.jpg |
| | image004.jpg |

Dear Sandra,

Thanks for the phone call. This confirms that Defendants do not object to Plaintiffs' request for a one-week extension to file their written response to Defendants' motion for sanctions, as ordered in the Court's Order to Show Cause.

Defendants do not require an extension at this time but reserve the right to request one following Plaintiffs' filing.

Please confirm your agreement with this understanding.

Yours,
Curtis



**Curtis Glaccum**
Of Counsel
curtis.glaccum@bbklaw.com
T: (541) 318-9819
bbklaw.com  |  ☐ ☐

**From:** Curtis Glaccum
**Sent:** Monday, June 23, 2025 2:57 PM
**To:** 'Sandra S. Gustitus' <sgustitus@chenowethlaw.com>
**Cc:** Revital Kogot <revital.kogot@bbklaw.com>; Bradley T. Crittenden <bcrittenden@chenowethlaw.com>; jdole@wlrlaw.com; Audrey Youngblood <ayoungblood@chenowethlaw.com>
**Subject:** RE: 1:21-cv-00157-CL Couvrette v. Wisnovsky et al Attorney Appearance - Courtesy Copy

Hi Sandra,

Truthfully, I won't know the answer to that until I speak to Tim Murphy, which I have been unable to do. I can draft a *version* of a response without him, but it doesn't give me the full picture.

I want to be cooperative on scheduling. Is there a particular deadline you/we are approaching that would make moving the telephonic hearing by a week a particular hardship?

-Curtis

Exhibit 13
Page 1 of 6

**From:** Sandra S. Gustitus <sgustitus@chenowethlaw.com>
**Sent:** Monday, June 23, 2025 2:31 PM
**To:** Curtis Glaccum <Curtis.Glaccum@bbklaw.com>
**Cc:** Revital Kogot <Revital.Kogot@bbklaw.com>; Bradley T. Crittenden <bcrittenden@chenowethlaw.com>; jdole@wlrlaw.com; Audrey Youngblood <ayoungblood@chenowethlaw.com>
**Subject:** RE: 1:21-cv-00157-CL Couvrette v. Wisnovsky et al Attorney Appearance - Courtesy Copy

**CAUTION - EXTERNAL SENDER.**

Curtis:

Sorry, I was out of the office Friday.  My only concern is that puts our reply due the day before the hearing, and I don't want to push the hearing out at all.  Is there a shorter extension you could work with?

**Sandra Gustitus**
Co-Managing Attorney
Pronouns: she, her, hers

**CHENOWETHLAW.COM | Direct: (503) 345-6415**





**From:** Curtis Glaccum <Curtis.Glaccum@bbklaw.com>
**Sent:** Monday, June 23, 2025 9:18 AM
**To:** Sandra S. Gustitus <sgustitus@chenowethlaw.com>
**Cc:** Revital Kogot <Revital.Kogot@bbklaw.com>; Bradley T. Crittenden <bcrittenden@chenowethlaw.com>; jdole@wlrlaw.com; Audrey Youngblood <ayoungblood@chenowethlaw.com>
**Subject:** RE: 1:21-cv-00157-CL Couvrette v. Wisnovsky et al Attorney Appearance - Courtesy Copy

Hi Sandra,

Exhibit 13
Page 2 of 6

Just wanted to connect on this with you today. I am hoping Tim Murphy will be back in the office today, but I have still not heard from him.

Can you let me know if Defendants object to our request for extension of time to respond?

Thanks,
Curtis



**Curtis Glaccum**
Of Counsel
curtis.glaccum@bbklaw.com
T: (541) 318-9819
bbklaw.com  |

**From:** Curtis Glaccum
**Sent:** Friday, June 20, 2025 9:01 AM
**To:** 'Sandra S. Gustitus' <sgustitus@chenowethlaw.com>
**Cc:** Revital Kogot <revital.kogot@bbklaw.com>; Bradley T. Crittenden <bcrittenden@chenowethlaw.com>; jdole@wlrlaw.com; Audrey Youngblood <ayoungblood@chenowethlaw.com>
**Subject:** RE: 1:21-cv-00157-CL Couvrette v. Wisnovsky et al Attorney Appearance - Courtesy Copy

Hi Sandra,

Hope you are well. I left you a voicemail a little bit ago about Plaintiffs requesting a one-week extension of their time to file a Response to the Court's recent Order to Show Cause. Since the Court's hearing on Monday, I have been trying to reach Tim Murphy, who I have never spoken to. His office recently informed me that Tim had a death in the family and had to travel out of state to attend a funeral, and will not be back in the office until next Monday.

I obviously need to speak to Tim in order to formulate a response, and I am hoping to touch base with him on Monday. However, given the delay, I would like to file a Motion for Extension of Time of our deadline to respond. Can you let me know whether Defendants object to this request?

Thanks,
Curtis

**From:** Sandra S. Gustitus <sgustitus@chenowethlaw.com>
**Sent:** Thursday, June 12, 2025 9:43 AM
**To:** Curtis Glaccum <Curtis.Glaccum@bbklaw.com>
**Cc:** Revital Kogot <Revital.Kogot@bbklaw.com>; Bradley T. Crittenden <bcrittenden@chenowethlaw.com>; jdole@wlrlaw.com; Audrey Youngblood <ayoungblood@chenowethlaw.com>
**Subject:** RE: 1:21-cv-00157-CL Couvrette v. Wisnovsky et al Attorney Appearance - Courtesy Copy

Exhibit 13
Page 3 of 6

**CAUTION - EXTERNAL SENDER.**

Curtis:

I can call you at 1:30.  What's the best number to reach you?

**Sandra Gustitus**
Co-Managing Attorney
Pronouns: she, her, hers

**CHENOWETHLAW.COM** | **Direct: (503) 345-6415**



**From:** Curtis Glaccum <Curtis.Glaccum@bbklaw.com>
**Sent:** Wednesday, June 11, 2025 6:38 PM
**To:** Sandra S. Gustitus <sgustitus@chenowethlaw.com>
**Cc:** Revital Kogot <Revital.Kogot@bbklaw.com>; Bradley T. Crittenden
<bcrittenden@chenowethlaw.com>; jdole@wlrlaw.com
**Subject:** Re: 1:21-cv-00157-CL Couvrette v. Wisnovsky et al Attorney Appearance - Courtesy Copy

Hi Sandra,

Hope you've been well. My afternoon after 1pm tomorrow is open. Let me know what works best for you.

-Curtis



**Curtis Glaccum**
Of Counsel
curtis.glaccum@bbklaw.com
T: (541) 318-9819

Exhibit 13

———————————————————  bbklaw.com  | ▢ ▢

On Jun 11, 2025, at 6:18 PM, Sandra S. Gustitus <sgustitus@chenowethlaw.com> wrote:

**CAUTION - EXTERNAL SENDER.**

———————————————————————————————————

Thank you. Curtis please let me know when you're available for a call tomorrow on this matter.

Sandra

Sent from my iPhone

> On Jun 11, 2025, at 6:05 PM, Revital Kogot <Revital.Kogot@bbklaw.com> wrote:

> Dear Counsel

> Attached is a courtesy copy of the Notice of Appearance of Counsel, which we filed today with the United States District Court – District of Oregon.

> Regards,



**Revital Tali Kogot**
Legal Practice Assistant
revital.kogot@bbklaw.com
T: (541) 382‑3011
bbklaw.com  | ▢ ▢

<Notice of Appearance of Counsel-c1.pdf>

INFORMATION CONTAINED IN THIS COMMUNICATION IS PRIVILEGED AND/OR CONFIDENTIAL, INTENDED ONLY FOR THE INDIVIDUAL/ENTITY NAMED ABOVE. IF READER OF THIS NOTICE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY PHONE (503) 221‑7958 OR EMAIL, AND DELETE IT FROM YOUR COMPUTER. THANK YOU.

Exhibit 13
Page 5 of 6

This email has been scanned for spam and viruses. Click here to report this email as spam.

Exhibit 13
Page 6 of 6