

**Steve Brigandi**

San Diego, California, United States · **Contact Info**

623 followers · 500+ connections

See your mutual connections

Join to view profile    Message

Law Office of Stephen Brigandi

**University of San Diego School of Law**

## About

Experienced, dynamic, legal and business professional, skilled at building strong relationships with business partners. Extensive experience in managing a diverse array of issues including risk management and insurance coverage, contracts and commercial law, marketing, intellectual property and software licensing, franchising, supply chain management, and government affairs. Skilled at applying real-world business judgment in resolving legal issues. Substantial law firm, in-house legal, and business experience.

Exhibit 14
Page 1 of 2

# Experience



**Owner**
Law Office of Stephen Brigandi
Jan 2018 - Present · 7 years 8 months
San Diego, CA

Private Law Practice focused on general business and corporate transactions, real estate, franchising,and labor and employment law. Special emphasis on representing restaurant owners and operators.



**Shareholder**
Sullivan Hill
Jan 2016 - Dec 2017 · 2 years
Greater San Diego Area

Private law practice focusing on franchising, real estate, labor and employment, business transactions, and lobbying.



**Division Vice President, Franchising**
Jack in the Box
Nov 2012 - Sep 2013 · 11 months
Greater San Diego Area

Senior management responsibility for all corporate franchising policies, standards, and communications. Led the organziation in defining "how we do business as a franchisor."



**Chief Administrative Officer and General Counsel**
Qdoba Restaurant Corporation
Apr 2012 - Oct 2012 · 7 months
Greater Denver Area

Long term assignment providing legal services, and management of IT, Supply Chain, Food Safety, QA and Franchising departments. Managed integration of administrative functions into corporate home office structure.



**Corporate Counsel**
Jack in the Box
Jan 2001 - Jul 2012 · 11 years 7 months

Responsible for contracts, trademarks, franchise law and government relations.

Exhibit 14
Page 2 of 2