| | |
|---|---|
| **From:** | Sandra S. Gustitus |
| **To:** | Tim Murphy |
| **Cc:** | Bradley T. Crittenden; Jami Asay; Stephen Brigandi; James R Dole |
| **Subject:** | RE: Couvrette v. Wisnovsky |
| **Date:** | Monday, May 5, 2025 3:38:31 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |

Hi Tim:

Thanks, I hope you're doing well also.

I will need to speak with my clients about whether they consent. The citations to fake cases in three separate filings is obviously deeply concerning and we plan to file a motion to strike the recent reply and response to the extent they cite to and include fake cases. We'll also be filing a motion for sanctions based on the same citations to fake cases, particularly given the fact the Court already admonished that the first time it happened. Unfortunately I'm not sure my clients can consent to your withdrawal before we're heard on the motion for sanctions, which we're working on.

I will follow up after I've had a chance to discuss this more with my client.

**Sandra Gustitus**

Co-Managing Attorney

Pronouns: she, her, hers

**CHENOWETHLAW.COM | Direct: (503) 345-6415**



**From:** Tim Murphy

**Sent:** Monday, May 5, 2025 2:00 PM

**To:** Sandra S. Gustitus

**Cc:** Bradley T. Crittenden ; Jami Asay ; Stephen Brigandi ; James R Dole

**Subject:** Re: Couvrette v. Wisnovsky

Hi Sandra

I see the notice of withdrawal and substitution of counsel your office recently filed in this matter.

I will be motioning the court to withdraw as attorney of record for Plaintiffs. I believe professional considerations require this withdrawal. Please let me know if I have your consent to withdraw.

Thanks and I hope all's well.

Tim

Murphy Law Group P.C.

Exhibit 17

Page 1 of 2

Timothy Murphy, Attorney at Law

333 NE Russell St., Ste. 200

Portland, OR 97212

Phone: 503 550 4894

Direct: 503 875 8627

Fax: 503 296 2633

www.oregonlandlord.net

**From:** Jami Asay <jasay@chenowethlaw.com>

**Date:** Thursday, May 1, 2025 at 11:55 AM

**To:** Stephen Brigandi <brigandilaw@gmail.com>, James R Dole <jdole@wlrlaw.com>, Tim Murphy <tim@oregonlandlord.net>

**Cc:** Sandra S. Gustitus <sgustitus@chenowethlaw.com>, Bradley T. Crittenden <bcrittenden@chenowethlaw.com>

**Subject:** Couvrette v. Wisnovsky

Good afternoon,

Please find the attached notice of withdrawal and substitution of counsel which has been submitted to the court for filing.

Thank you.

**Jami Asay**

Paralegal

Pronouns: she, her, hers

**CHENOWETHLAW.COM | (503) 221-7958**



INFORMATION CONTAINED IN THIS COMMUNICATION IS PRIVILEGED AND/OR CONFIDENTIAL, INTENDED ONLY FOR THE INDIVIDUAL/ENTITY NAMED ABOVE. IF READER OF THIS NOTICE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY PHONE (503) 221-7958 OR EMAIL, AND DELETE IT FROM YOUR COMPUTER. THANK YOU.

This email has been scanned for spam and viruses. Click here to report this email as spam.

Exhibit 17
Page 2 of 2