**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC,<br><br>                                        Plaintiffs,<br><br>    v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>                                        Defendants. | Case No. 1:21-CV-00157-CL<br><br>**DECLARATION OF SANDRA S. GUSTITUS (AUG. 29, 2025)** |

Page 1 - DECLARATION OF SANDRA S. GUSTITUS (AUG. 29, 2025)

I, Sandra S. Gustitus, declare as follows:

1.      I am over the age of 18 and competent to testify as follows.  I make this declaration based on my personal knowledge and in support of the *Wisnovsky Defendants' Reply in Support of Motion for Sanctions* filed by the Wisnovsky Defendants, who are Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc.

2.      I am one of the attorneys representing the Wisnovsky Defendants in this matter. If called to testify at trial, I could give the following testimony.

3.      Attached as **Exhibit 18** is a true and correct copy of an email I received from attorney Stephen Brigandi on August 28, 2025, including the attachments he included with the email.  The attachments are legal documents captioned *Attorney Brigandi's Reply to Opposition to Motion to Withdraw/Be Dismissed as Counsel for Plaintiffs* ("reply") and *Order Granting Brigandi's Motion to Withdraw/Be Dismissed as Counsel for Plaintiffs*.  Brigandi wrote in his August 28 email that those two documents "will be filed with the Court today."

4.      Brigandi's reply brief states,

> "On or about August 5, 2025, Brigandi called Defendants' Attorney Sandra Gustitus ('Gustitus') to meet and confer regarding this Motion to Withdraw.  When Gustitus did not answer the call, Brigandi was transferred to the Law Firm's primary receptionist, who informed Brigandi that Gustitus's voicemailbox [*sic*] was full, and asked if a message should be taken.  Brigandi informed the receptionist that he wished for Gustitus to return the call.  Gustitus never called back."

5.      The block-quoted paragraph above is false.  Brigandi filed his motion for leave to withdraw on August 13, 2025.  ECF 199.  I reviewed my call logs for the days between August 1 and August 13, 2025, and there was no number in my call log associated with Brigandi.  I did not receive a phone call from Brigandi on or about August 5, 2025, as he otherwise falsely states. The phone system at my office is not set up such that, if I do not answer a phone call, the caller is

Page 2 **-** DECLARATION OF SANDRA S. GUSTITUS (AUG. 29, 2025)

then forwarded to a receptionist.  The phone system is instead set up such that, if I do not answer a phone call, the caller is directed to my voicemail inbox, where the caller may leave a voicemail.  My voicemail inbox was not full on or around August 5, 2025; it has never been full. I regularly check my voicemails and ensure there is sufficient storage available for callers to leave voicemails.  Brigandi did not call me, did not speak with a receptionist at my office, was not told my voicemail was full, and did not ask that I call him back.  I spoke with our receptionist who also confirmed she never received a call from Stephen Brigandi.

6.　　Attached as **Exhibit 19** is a true and correct copy of an email I sent to Brigandi on August 28, 2025, in response to his email identified as Exhibit 18 above.  Brigandi has not responded to my email as of the filing of this declaration and the Wisnovsky Defendants' reply brief.

7.　　Attached as **Exhibit 21** is a true and correct copy of an email I received from Plaintiffs' counsel Curtis Glaccum on August 13, 2025, regarding the motion for leave to withdraw the Brigandi filed on August 12, 2025.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: August 29, 2025

*/s/ Sandra S. Gustitus*
Sandra S. Gustitus

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 29, 2025, I caused to be served a copy of the foregoing **DECLARATION OF SANDRA S. GUSTITUS (AUG. 29, 2025)** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com
*Attorney for Plaintiffs Michelle
 Sullivan and Wisnovsky Land, LLC*

by the following method(s):

 xx         by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

xx         by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.


 */s/ Jami Asay*
Jami Asay, Paralegal