| | |
|---|---|
| **From:** | Stephen Brigandi |
| **To:** | Jami Asay |
| **Cc:** | Curtis.glaccum@bbklaw.com; Josh.newton@bbklaw.com; Sandra S. Gustitus; Bradley T. Crittenden |
| **Subject:** | Re: Couvrette v. Wisnovsky |
| **Date:** | Thursday, August 28, 2025 2:43:43 PM |
| **Attachments:** | Reply regarding Brigandi Withdrawal.pdf |
| | Order Granting Brigandi Withdrawal.pdf |

Hello, Please see the attached Reply and Proposed Order regarding my Motion to Withdraw. They will be filed with the Court today.

Steve


On Aug 22, 2025, at 10:26 AM, Jami Asay <jasay@chenowethlaw.com> wrote:

Good morning,

Please find the attached Unopposed Motion for Extension of Time which has been submitted to the court for filing.

Thank you.

**Jami Asay**
Paralegal
Pronouns: she, her, hers

**CHENOWETHLAW.COM | (503) 221-7958**

<image001.png>


CONFIDENTIALITY & LEGAL NOTICE:

This message is intended only for the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise protected by law. If you received this message in error, please notify us immediately by replying to this email, then delete it and any copies from your system. Any review, distribution, or use of this communication by anyone other than the intended recipient is strictly prohibited. Unless clearly stated otherwise, this communication is not intended as legal advice and does not establish an attorney-client relationship; you may not rely on it as legal advice.


<Defendants Unopposed Motion for Extension of Time.pdf>

Exhibit 18
Page 1 of 6

**CURTIS GLACCUM, Bar No. 161732**
Curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street Suite 400 Bend, Oregon 97702
Telephone: (541) 382-301
Attorneys for Plaintiffs MICHELLE SULLIVAN,
as Special Administrator of the Estate of ANN M. WISNOVSKY,
and WISNOVSKY LAND, LLC,

   **Stephen M. Brigandi, Pro hac vice**
   Law Office of Stephen Brigandi
   3624 Caminito Cielo Del Mar
   San Diego, CA 92130
   858-775-4213
   Email: brigandilaw@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MICHELLE SULLIVAN, as Personal Representative of the Estate of ANN M. <br><br> WISNOVSKY, and WISNOVSKY LAND, LLC, <br> Plaintiffs, <br><br> v. <br> MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, and VALLEY VIEW WINERY, INC., <br> Defendants. | Case No. 1:21-CV-00157-CL <br><br> **ATTORNEY BRIGANDI'S REPLY TO OPPOSITION TO MOTION TO WITHDRAW/BE DISMISSED AS COUNSEL FOR PLAINTIFFS** |

Exhibit 18
Page 2 of 6

Attorney Stephen M. Brigandi and the Law Office of Stephen Brigandi ("Brigandi") hereby files this Reply to Defendants' Opposition to Motion for an Order Granting the Withdrawal/Dismissing Counsel from representing any party in the above-captioned matter.

1.

BRIGANDI IS IN COMPLIANCE WITH ALL LOCAL RULES REGARDING THIS MOTION

On or about August 5, 2025, Brigandi called Defendants' Attorney Sandra Gustitus ("Gustitus") to meet and confer regarding this Motion to Withdraw.  When Gustitus did not answer the call, Brigandi was transferred to the Law Firm's primary receptionist, who informed Brigandi that Gustitus' voicemailbox was full, and asked if a message should be taken.  Brigandi informed the receptionist that he wished for Gustitus to return the call.  Gustitus never called back.

Accordingly, Brigandi complied with the Local Rules regarding the meet-and-confer requirement.  There is no reason to deny this Motion for failure to comply with the Local Rules.

Additionally, even if Brigandi failed to comply (which he did not), such failure to comply would potentially result in this Court advising Brigandi to comply, but would have no affect whatsoever on the validity of the Motion.

2.

DEFENDANTS HAVE NO ISSUE WITH NOR ANY CONCERN WITH WHOMEVER REPRESENTS PLAINTIFFS.

As Defendants' Response indicates and confirms, Defendants have no interest whatsoever in whomever represents Plaintiffs in this matter.  Defendants do not even attempt to claim that they have any such interest.

Exhibit 18
Page 3 of 6

Plaintiffs are represented by the law firm Best Best and Krieger, based out of their Oregon office. That representation will continue after Brigandi withdraws, so no issue regarding counsel representing Plaintiffs exists.

3.

BRIGANDI HAS BEEN ADVISED BY MEDICAL PROFESSIONALS TO LIMIT HIS PRACTICE AND SPECIFICALLY AVOID LITIGATION.

On or about June 30, 2025, Brigandi was admitted through Emergency Services to Scripps Hospital in La Jolla California.  After several weeks of medical care and testing, including 14 days in a medically-induced coma, Brigandi was diagnosed with kidney failure.  After much care, Brigandi was released to home care on or about July 30, 2025.  He continues to receive medical care, including dialysis, and has been advised by his doctors to focus on his kidney health and limit his legal practice. He was specifically advised to avoid litigation, due to the potential stresses and negative affects upon his kidney function.

ACCORDINGLY, as Brigandi is in compliance with this Court's Local Rules, and as Defendants have no interest whatsoever in whomever represents Plaintiffs in this matter; Brigandi's Motion seeking withdrawal should be granted by this Court.

DATED:  August 28, 2025


BY:  Stephen M. Brigandi


_____ \s\ _____

Exhibit 18
Page 4 of 6

**CURTIS GLACCUM, Bar No. 161732**
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street Suite 400 Bend, Oregon 97702
Telephone: (541) 382-301
Attorneys for Plaintiffs MICHELLE SULLIVAN,
as Special Administrator of the Estate of ANN M. WISNOVSKY,
and WISNOVSKY LAND, LLC,

    **Stephen M. Brigandi, Pro hac vice**
    Law Office of Stephen Brigandi
    3624 Caminito Cielo Del Mar
    San Diego, CA 92130
    858-775-4213
    Email: brigandilaw@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MICHELLE SULLIVAN, as Personal Representative of the Estate of ANN M. <br><br> WISNOVSKY, and WISNOVSKY LAND, LLC, <br> Plaintiffs, <br><br> v. <br> MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, and VALLEY VIEW WINERY, INC., <br> Defendants. | Case No. 1:21-CV-00157-CL <br><br> **ORDER GRANTING ATTORNEY BRIGANDI'S MOTION TO WITHDRAW/BE DISMISSED AS COUNSEL FOR PLAINTIFFS** |

    Based upon the Pleadings filed in this Matter:

    It is hereby ORDERED that as of August ___, 2025, Brigandi has withdrawn from

Exhibit 18
Page 5 of 6

representing any party in this matter.


Dated: _____


By: _____

Exhibit 18
Page 6 of 6