| | |
|---|---|
| **From:** | Sandra S. Gustitus |
| **To:** | Stephen Brigandi; Jami Asay |
| **Cc:** | Curtis.glaccum@bbklaw.com; Josh.newton@bbklaw.com; Bradley T. Crittenden; Claire Coren |
| **Subject:** | RE: Couvrette v. Wisnovsky |
| **Date:** | Thursday, August 28, 2025 3:58:00 PM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Steve,

I've reviewed the reply brief and order you sent and that you apparently intend to file in support of your motion to withdraw. Like your motion to withdraw, it contains lies and misrepresentations to the court. You never called our office that day to confer on the motion to withdraw. Despite that, we are glad to see that you are capable of drafting briefing and corresponding regarding this matter.

Given that you appear to be in adequate health to explain your side of the story with respect to your desire to withdraw from this lawsuit, we hope you are also able to finally provide an explanation regarding Plaintiffs' sanctionable filings that the Court ordered you and Plaintiffs to provide in the June 16, 2025 show cause order. You have not yet provided that explanation solely because, as Curtis Glaccum and Ms. Couvrette have informed us for several weeks, you were incapacitated and/or suffered from cognitive difficulties that prevented you from testifying about your involvement in the sanctionable filings. Your motion and reply brief demonstrate that you are no longer incapacitated or suffering from cognitive difficulties that would prevent you from providing the explanation ordered by the Court in its show cause order.

Please provide any further explanation as soon as possible to comply with the Court's order regarding the sanctionable filings. Please confirm you'll do so by noon tomorrow, August 29, 2025, as our reply brief in support of our motion for sanctions is due tomorrow and we would like the opportunity to address any explanation you may give.

**Sandra Gustitus**
Co-Managing Attorney
Pronouns: she, her, hers

**CHENOWETHLAW.COM | Direct: (503) 345-6415**



Exhibit 19
Page 1 of 2

**From:** Stephen Brigandi <brigandilaw@gmail.com>
**Sent:** Thursday, August 28, 2025 2:39 PM
**To:** Jami Asay <jasay@chenowethlaw.com>
**Cc:** Curtis.glaccum@bbklaw.com; Josh.newton@bbklaw.com; Sandra S. Gustitus <sgustitus@chenowethlaw.com>; Bradley T. Crittenden <bcrittenden@chenowethlaw.com>
**Subject:** Re: Couvrette v. Wisnovsky

Hello, Please see the attached Reply and Proposed Order regarding my Motion to Withdraw.  They will be filed with the Court today.

Steve

On Aug 22, 2025, at 10:26 AM, Jami Asay <jasay@chenowethlaw.com> wrote:

Good morning,

Please find the attached Unopposed Motion for Extension of Time which has been submitted to the court for filing.

Thank you.

**Jami Asay**
Paralegal
Pronouns: she, her, hers

**CHENOWETHLAW.COM | (503) 221-7958**

<image001.png>

CONFIDENTIALITY & LEGAL NOTICE:
This message is intended only for the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise protected by law. If you received this message in error, please notify us immediately by replying to this email, then delete it and any copies from your system. Any review, distribution, or use of this communication by anyone other than the intended recipient is strictly prohibited. Unless clearly stated otherwise, this communication is not intended as legal advice and does not establish an attorney-client relationship; you may not rely on it as legal advice.

<Defendants Unopposed Motion for Extension of Time.pdf>

Exhibit 19
Page 2 of 2