| | |
|---|---|
| **From:** | Curtis Glaccum |
| **To:** | clarke_crd@ord.uscourts.gov; Sandra S. Gustitus; Bradley T. Crittenden |
| **Cc:** | Revital Kogot; Jami Asay; Audrey Youngblood; jdole@wlrlaw.com |
| **Subject:** | Request for Status Conference: Case 1:21-cv-00157-CL, Couvrette v. Wisnovsky, et al. |
| **Date:** | Wednesday, August 13, 2025 9:49:45 AM |

Your Honor,

As current lead counsel for Plaintiffs, I write to bring to the Court's attention a sensitive matter requiring judicial guidance regarding recently filed pleadings and the current status of counsel in this matter.

As the Court is aware, Plaintiffs' pro hac vice counsel Stephen Brigandi was recently hospitalized for a serious medical condition. While Mr. Brigandi has been released from the hospital, he continues to experience significant cognitive impairment that affects his judgment and awareness of his current condition.

Yesterday, Mr. Brigandi filed a motion to withdraw from this case. In that motion, he inaccurately asserted that his client and all counsel in this case did not object to his withdrawal. Based on my own knowledge and my correspondence with opposing counsel, this representation is not accurate. As current lead counsel in this matter, I was not consulted regarding this motion, nor did myself or my clients consent to the representations made therein.

The current situation presents several concerns:

1. Mr. Brigandi's cognitive impairment appears to prevent him from making fully informed decisions regarding his representation in this matter;
2. Due to his condition, Mr. Brigandi may continue to file pleadings or take other actions in this case without proper consultation or coordination with current lead counsel or our clients; and
3. There is no apparent mechanism by which Plaintiffs can prevent Mr. Brigandi from filing additional papers or taking other potentially problematic actions in this matter while he remains counsel of record.

Given these circumstances, Plaintiffs respectfully request that the Court schedule a status conference to discuss how best to manage Mr. Brigandi's recently filed motion to withdraw and address the ongoing complications arising from his health difficulties. Such a conference would allow the Court and all parties to develop an appropriate framework for proceeding while protecting the interests of all involved parties.

We appreciate the Court's consideration of this matter and respectfully request guidance at the Court's earliest convenience.

Respectfully submitted,

Curtis Glaccum

Exhibit 21
Page 1 of 3

Lead Counsel for Plaintiffs

**Curtis Glaccum**
Of Counsel
curtis.glaccum@bbklaw.com
T: (541) 318-9819
bbklaw.com  | ☐ ☐

**From:** info@ord.uscourts.gov <info@ord.uscourts.gov>
**Sent:** Tuesday, August 12, 2025 6:46 PM
**To:** nobody@ord.uscourts.gov
**Subject:** Activity in Case 1:21-cv-00157-CL Couvrette v. Wisnovsky et al Motion to Withdraw

**CAUTION - EXTERNAL SENDER.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

### Notice of Electronic Filing

The following transaction was entered by Brigandi, Stephen on 8/12/2025 at 6:45 PM PDT and filed on 8/12/2025
**Case Name:**         Couvrette v. Wisnovsky et al
**Case Number:**       1:21-cv-00157-CL
**Filer:**             Wisnovsky Land LLC
**Document Number:** 199

**Docket Text:**
Unopposed Motion to Withdraw , Unopposed Motion to Withdraw or Substitute an Attorney . Filed by Wisnovsky Land LLC. (Brigandi, Stephen)

**1:21-cv-00157-CL Notice has been electronically mailed to:**

Bernard S. Moore      moore@fdfirm.com, ashleyd@fdfirm.com

Exhibit 21
Page 2 of 3

Bradley T. Crittenden     bcrittenden@chenowethlaw.com, paralegal@chenowethlaw.com

Curtis M. Glaccum     curtis.glaccum@bbklaw.com, revital.kogot@bbklaw.com

James R. Dole     jdole@wlrlaw.com, kkent@wlrlaw.com, lolson@wlrlaw.com

Josh Newton     josh.newton@bbklaw.com, revital.kogot@bbklaw.com

Louis L. Kurtz     lou@llkpc.com, tammy@llkpc.com

Sandra S. Gustitus     sgustitus@chenowethlaw.com, paralegal@chenowethlaw.com

Stephen Brigandi     brigandilaw@gmail.com

**1:21-cv-00157-CL Notice will <u>not</u> be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/12/2025] [FileNumber=9032660-0] [
2410100ece62daaa6fa6ecf4a620080f353e81ad2e7aa9a6716803b2ecc8b2b11022cf
a850169c185ade9d886d41a4f26b9d8c0dd5a6dff284cbb724d971f8a5]]

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

Exhibit 21
Page 3 of 3