**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21-CV-00157-CL <br><br><br> **DECLARATION OF MIKE WISNOVSKY (AUG. 29, 2025)** |

Page 1 - DECLARATION OF MIKE WISNOVSKY (AUG. 29, 2025)

I, Mike Wisnovsky, declare as follows:

1.    I am over the age of 18 and competent to testify as follows.  I make this declaration based on my personal knowledge and in support of the reply brief supporting the motion for sanctions filed by the Wisnovsky Defendants, who are Mark Wisnovsky, Valley View Winery, Inc., and me.

2.    My brother Mark Wisnovsky and I are the owners of Valley View Winery, Inc. ("Valley View").

3.    Joanne Couvrette ("Couvrette") is my sister.  I know her well.

4.    On March 22, 2024, my brother Robert Wisnovsky ("Robert") called me and left a voicemail stating that Stephen Brigandi's son, Connor, was dating Joanne Couvrette's daughter, Anna Maria, and that Brigandi is appearing *pro bono* for Couvrette and Robert in this lawsuit, apparently as a favor so the plaintiffs in this case can litigate this case without incurring legal fees.  Robert stated the following in his voicemail:

> "Hey, hopefully you got my other message.  When I meant that we don't have an attorney, I really meant we're not paying for an attorney.  I don't know if you remember Connor who was Anna Maria's girlfriend?  Excuse me, Anna Maria's boyfriend, whose dad was a corporate attorney for Jack-in-the-Box for 13 years and he's representing us for nothing.  So, if you want to continue on, we're not spending a dollar compared to what you're spending.  I filed a motion today to delay this other trial of this May 2nd thing, which they're going to grant.  And you're just going to continue hemorrhaging money.  Like I told you, when I saw him at the hearing, I saw you there.  I ripped fucking Dole's heart out right there. I didn't even go to law school.  And your boy, Jim.  Oh, my God.  What a failure that guy is.  What about Brooks?  7 hour deposition.  Took him out too, so I'm fully engaged now with this. Walk away.  Make money and quit losing money.  So if you're interested in that, call me."

Page 2 - DECLARATION OF MIKE WISNOVSKY (AUG. 29, 2025)

5.    The Wisnovsky Defendants' counsel is mailing the Court a flash drive containing a true copy of Robert's voicemail transcribed above, to be designated as **Exhibit 20**. I obtained the audio file from my cell phone that Robert called.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: August 29, 2025

_Michael Wisnovsky_
_____
Mike Wisnovsky

Page 3 - DECLARATION OF MIKE WISNOVSKY (AUG. 29, 2025)

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 29, 2025, I caused to be served a copy of the foregoing **DECLARATION OF MIKE WISNOVSKY (AUG. 29, 2025)** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com
*Attorney for Plaintiffs Michelle Sullivan and Wisnovsky Land, LLC*

by the following method(s):

<u> xx </u>        by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

<u>xx</u>        by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

DATED: August 29, 2025

 <u> */s/ Jami Asay* </u>
 Jami Asay, Paralegal

**Page 1 - CERTIFICATE OF SERVICE**

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
**NCCE4-ZJEGS-FM9YZ-ATCLY**

DOCUMENT COMPLETED BY ALL PARTIES ON
**29 AUG 2025 17:48:41 UTC**

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **MICHAEL WISNOVSKY** | SENT **29 AUG 2025 17:38:29 UTC** | |
| EMAIL **MIKE@VALLEYVIEWWINERY.COM** | VIEWED **29 AUG 2025 17:39:07 UTC** | IP ADDRESS **130.41.245.241** |
| | SIGNED **29 AUG 2025 17:48:41 UTC** | LOCATION **PORTLAND, UNITED STATES** |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**29 AUG 2025 17:39:07 UTC**

**Signed with PandaDoc**

