**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21-CV-00157-CL <br><br> **DECLARATION OF MARK WISNOVSKY (AUG. 29, 2025)** |

Page 1 **-** DECLARATION OF MARK WISNOVSKY (AUG. 29, 2025)

Document Ref: 7BRZZ-VG5PK-DK39G-UOAZS

I, Mark Wisnovsky, declare as follows:

1.    I am over the age of 18 and competent to testify as follows.  I make this declaration based on my personal knowledge and in support of the reply brief supporting the motion for sanctions filed by the Wisnovsky Defendants, who are Michael J. ("Mike") Wisnovsky, Valley View Winery, Inc., and me.

2.    My brother Mike Wisnovsky and I are the owners of Valley View Winery, Inc. ("Valley View").

3.    Joanne Couvrette ("Couvrette") is my sister.  I know her well.

4.    On July 9, 2024, Couvrette filed two *pro se* lawsuits in Jackson County small claims court on behalf of Plaintiff Wisnovsky Land, LLC ("Wisnovsky Land") that alleged breach of lease claims against Valley View.  Valley View removed the two cases to Jackson County Circuit Court.  Couvrette continued to appear *pro se* on behalf of Wisnovsky Land and filed two complaints against Valley View.  Attached as **Exhibits 3** and **4** are true and correct copies of the complaints Couvrette filed against Valley View in Jackson County Circuit Court.

5.    On September 12, 2024, Valley View filed motions to dismiss the complaints pursuant to ORS 9.320.

6.    On September 27, 2024, Couvrette filed a response brief in opposition to Valley View's motions, presenting her own legal argument and analysis.  Attached as **Exhibit 5** is a true and correct copy of Couvrette's response brief that she filed in Jackson County Circuit Court.

7.    The trial court dismissed both of Couvrette's lawsuits pursuant to ORS 9.320. Valley View then sought an award of attorney fees pursuant to the leases Couvrette had sought to enforce against Valley View.

Page 2 - DECLARATION OF MARK WISNOVSKY (AUG. 29, 2025)

Document Ref: 7BRZZ-VG5PK-DK39G-UOAZS

8.      Couvrette finally hired a law firm to represent Wisnovsky Land in opposition to Valley View's attorney fee petitions.    The opposition brief included Couvrette's sworn declaration containing the following testimony:

> "Throughout the course of my personal life and career I have had cause to represent myself and various business interests in legal proceedings, in both state (CA.) and federal court, approximately ten times.  I have used California Small Claims Courts for rent collections for non-human entities in California.  I have often been successful even when an attorney was present on the other side.
> . . .
> "When I learned that these matters were being moved to Circuit Court, I did research to determine if I could represent Wisnovsky Land, LLC.  My research suggested that I could not represent Wisnovsky Land, LLC, but that pursuant to ORS 65.174(1) I could bring this as a 'derivative suit' wherein I could represent the interests shared between myself [*sic*] the LLC in which I am a member.  I was not aware of the Oregon case law which states that an attorney is still required in a derivative suit."

9.      Attached as **Exhibit 6** is a true and correct copy of Couvrette's December 26, 2024 declaration containing the foregoing testimony.

10.      Based on Couvrette's declaration, Wisnovsky Land argued it was objectively reasonable for non-attorney Couvrette to represent it in Oregon court:

> "Likewise, bringing this claim pro-se was reasonable for Ms. Couvrette.  Ms. Couvrette has far more litigation experience than the average lay person, including litigating multiple lease violation claims on behalf of school districts in California small claims courts.  It was Ms. Couvrette's experience that this matter brought in small claims may be litigated by a non-attorney, and that matters brought in small claims court remain in that venue.
>
> "After Defendants forced the removal of this claim to Circuit Court, Ms. Couvrette did her diligence to determine if she could represent the LLC.  In her research she reviewed ORS 65.174(1) which states:
>
>> A proceeding may be brought in the right of a domestic corporation or foreign corporation to procure a judgment in the corporation's favor by:
>> (a) Any member or members having two percent or

Page 3 **-** DECLARATION OF MARK WISNOVSKY (AUG. 29, 2025)

Document Ref: 7BRZZ-VG5PK-DK39G-UOAZS

> more of the voting power or by 20 members, whichever is less.
>
> "Being so qualified, Ms. Couvrette reasonably understood that she could bring this matter as a 'derivative suit' and represent the interests of the LLC pro-se."

(Internal citation and ellipsis omitted).

11. Attached as **Exhibits 7** and **8** are true and correct copies of Wisnovsky Land's opposition briefs filed in Jackson County Circuit Court on January 24, 2025.

12. Judge Bloom of the Jackson County Circuit Court was unpersuaded by Wisnovsky Land's arguments and Couvrette's testimony, and awarded Valley View almost $40,000 in attorney fees. True and correct copies of the supplemental judgments signed by Judge Bloom are attached as **Exhibits 9** and **10**.

13. On October 10, 2024, Couvrette filed a notice of appeal in my and Mike's Oregon state court trust administration action that this Court previously remanded to the Jackson County Probate Department.

14. The trial court in the state court action denied Couvrette's motion for the trial court to take judicial notice of an alleged fact. Couvrette appeared *pro se* in her appeal of the trial court's order, and on November 19, 2024, Mike and I filed a motion to dismiss the appeal because the trial court's order was not appealable. We also sought an award of attorney fees pursuant to ORS 20.105 and ORS 130.815 because the appeal lacked an objectively reasonable basis and related to the validity or administration of a trust, respectively.

15. On January 7, 2025, Couvrette filed a response to our motion to dismiss. Attached as **Exhibit 11** is a true and correct copy of Couvrette's January 7 response brief that she filed in the Oregon Court of Appeals.

Page 4 - DECLARATION OF MARK WISNOVSKY (AUG. 29, 2025)

Document Ref: 7BRZZ-VG5PK-DK39G-UOAZS

16.    On February 3, 2025, the court dismissed Couvrette's appeal, and Mike and I filed an attorney fee petition to recover our attorney fees incurred on appeal.

17.    On May 13, 2025, Couvrette filed a response to the fee petition.  Attached as **Exhibit 12** is a true and correct copy of Couvrette's May 13 response brief that she filed in the Oregon Court of Appeals.

18.    On July 18, 2024, I received an email from my brother Robert Wisnovsky ("Robert").  A true and correct copy of Robert's July 18 email is attached as **Exhibit 15**.  Robert delivered the email to me, my brother Mike, and our attorneys Brooks Foster and Jim Dole. Robert wrote in pertinent part: "Got your latest motion.  Pretty funny.  Actually, accomplishes nothing except increase your legal bills!  This is getting fun.  Look forward to more hearings, motions and appeals.  Cost us nothing!"  In this context, the word "us" could have only referred to Robert and Couvrette, who have been aligned and working together for several years now in efforts to deprive Mike and me of our rightful inheritance.  The email therefore communicates that Robert and Couvrette were carrying out a scheme to harass Valley View, Mike, and me through *pro se* litigation that would increase our legal bills while costing Robert and Couvrette nothing since they would not be using attorneys.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 5 ‐ DECLARATION OF MARK WISNOVSKY (AUG. 29, 2025)

Document Ref: 7BRZZ-VG5PK-DK39G-UOAZS

19.    On November 5, 2024, Robert emailed the following to me and my brother Mike, stating in pertinent part: "[A]fter yesterday's minor setback we have reloaded and changed our strategy.  Gey [*sic*] ready to get your checkbook out.  We will get our rent and probable eviction. We will never stop.  Good Luck!"  A true and correct copy of Robert's November 5 email is attached as **Exhibit 16**.  This confirms Robert and Couvrette ("We") "will never stop" their campaign of *pro se* litigation against us as long as the courts allow it to continue.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: August 29, 2025

_____
Mark Wisnovsky

Document Ref: 7BRZZ-VG5PK-DK39G-UOAZS

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 29, 2025, I caused to be served a copy of the foregoing **DECLARATION OF MARK WISNOVSKY (AUG. 29, 2025)** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com
*Attorney for Plaintiffs Michelle
 Sullivan and Wisnovsky Land, LLC*

by the following method(s):

 xx        by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

 xx        by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

DATED: August 29, 2025

 */s/ Jami Asay*
Jami Asay, Paralegal

**Page 1 - CERTIFICATE OF SERVICE**

Document Ref: 7BRZZ-VG5PK-DK39G-UOAZS

# CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
7BRZZ-VG5PK-DK39G-UOAZS

DOCUMENT COMPLETED BY ALL PARTIES ON
29 AUG 2025 18:36:45 UTC

**SIGNER**

**TIMESTAMP**

**SIGNATURE**

**MARK WISNOVSKY**

EMAIL
MARKAWISNOVSKY@GMAIL.COM

SENT
29 AUG 2025 17:39:53 UTC

VIEWED
29 AUG 2025 17:40:45 UTC

SIGNED
29 AUG 2025 18:36:45 UTC

*Mark Wisnovsky*

IP ADDRESS
74.51.24.237

LOCATION
MEDFORD, UNITED STATES

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
29 AUG 2025 17:40:45 UTC

