IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF JACKSON

| | |
|---|---|
| Ann M. Wisnovsky Trust, Member on behalf of<br><br>WISNOVSKY LAND, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>VALLEY VIEW WINERY, INC.,<br><br>                Defendant. | Case No.: 24CV32833<br><br>**SUPPLEMENTAL JUDGMENT AND MONEY AWARD** |

## SUPPLEMENTAL JUDGMENT

Having reviewed relevant portions of its records, and being well informed, the COURT HEREBY FINDS as follows:

1. On December 20, 2024, Defendant Valley View Winery, Inc. ("Valley View") filed a *Statement of Attorney Fees, Costs, and Disbursements* ("ORCP 68 Statement") requesting attorney fees of $9,039.20 for work through December 17, 2024.

2. The parties filed objections, a response to objections, amended objections, and a response to amended objections regarding Valley View's ORCP 68 Statement.

3. On February 28, 2025, the Court entered its *Order* whereby the Court awarded Valley View's request for attorney fees in its ORCP 68 Statement for work through December 17, 2024, in the amount of $9,039.20 and also awarded Valley

Page 1 - SUPPLEMENTAL JUDGMENT AND MONEY AWARD

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bfoster@chenowethlaw.com

Exhibit 10
Page 1 of 6

View $345.00 in costs. The Court further found "that the fees requested were reasonable based upon the experience of the attorneys, the results achieved, the time devoted to the work, and amount customarily charged." Order at 1:16–18. The fees that the Court found to be reasonable are as follows:

| Professional | Role | Attorney Years of Experience | Total Hours Billed | Hourly Rate | Total Fees |
|---|---|---|---|---|---|
| Brooks M. Foster | Lead Attorney | 20 | 15.7 | $476.00 | $7,473.20 |
| Jonathan P. Edwards | Assisting Attorney | 12 | 1.3 | $415.00 | $539.50 |
| Bradley T. Crittenden | Assisting Attorney | 7 | 1.5 | $392.00 | $588.00 |
| Jami Asay | Paralegal | | 2.1 | $185.00 | $388.50 |
| Claire Coren | Legal Assistant | | .4 | $125.00 | $50.00 |
| **Totals** | **--** | | **21** | **--** | **$9,039.20** |

Based on the foregoing findings, the COURT HEREBY ORDERS AND ADJUDGES that this *Supplemental Judgment and Money Award* shall be entered in favor of Valley View and against Wisnovsky Land for Valley View's attorney fees, costs, and disbursements in the total sum of $9,384.20.

**MONEY AWARD**

1.  Judgment creditor:                Valley View Winery, Inc.
                                       c/o Chenoweth Law Group, PC
                                       510 SW Fifth Ave., Fourth Floor
                                       Portland, OR 97204

2.  Judgment creditor's attorney:     Brooks M. Foster
                                       Chenoweth Law Group, PC
                                       510 SW Fifth Ave., Fourth Floor
                                       Portland, OR 97204
                                       (503) 221-7958

Page 2 -  SUPPLEMENTAL JUDGMENT AND MONEY AWARD

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bfoster@chenowethlaw.com

Exhibit 10
Page 2 of 6

3.  Judgment debtor:

Wisnovsky Land, LLC
c/o Joanne Couvrette
13274 Jacarte Court
San Diego, CA 92130
(858) 350-0253
(619) 750-8509

Or

Wisnovsky Land, LLC
c/o registered agent Richard Thierolf
Jacobson Thierolf Dickey PC
2 N Oakdale Ave.
Medford, OR 97501

4.  Judgment debtor's date of birth, Social Security number, and driver's license information:

Date of Birth: None known
Social Security No.: None known
Driver License: None known
State of Issue: None known

5.  Judgment debtor's attorney:

None

6.  Name of any person or public body, other than the judgment creditors' attorney, who is entitled to a portion of a payment on the judgment:

None known

7.  Attorney Fees:

$9,039.20

8.  Costs:

$345

9.  Prejudgment interest:

Not Applicable

Page 3 -  SUPPLEMENTAL JUDGMENT AND MONEY AWARD

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bfoster@chenowethlaw.com

Exhibit 10
Page 3 of 6

| 10. Post-judgment interest: | 9% per annum on the total amount of $9,384.20 from the date of entry of judgment until paid in full |
|---|---|

4/29/2025 9:34:21 AM

Circuit Court Judge Benjamin M. Bloom

**SUBMITTED BY:**

Brooks M. Foster, OSB No. 042873
Chenoweth Law Group, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: bfoster@chenowethlaw.com
*Attorneys for Defendant Valley View Winery, Inc.*

Page 4 -  SUPPLEMENTAL JUDGMENT AND MONEY AWARD

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bfoster@chenowethlaw.com

Exhibit 10
Page 4 of 6

**CERTIFICATE OF COMPLIANCE**
**(UTCR 5.100)**

This proposed order or judgment is ready for judicial signature because

1.　□　Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

2.　□　Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or by written confirmation of approval sent to me.

3.　□　I have served a version of this order or judgment on all parties entitled to service and:
　　a.　X　No objection has been served on me.
　　b.　□　I received objections that I could not resolve with the opposing party despite reasonable efforts to do so.
　　c.　□　After conferring about objections, [ role and name of opposing party] agreed to independently file any remaining objection.

4.　□　Service is not required pursuant to UTCR 5.100(3), or by statute, rule, or otherwise.

5.　□　This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of Crime Victims' Assistance Section as required by subsection (4) of this rule.

6.　□　Other: _____

DATED: April 14, 2025

　　　　　　　　　　　　　　　　　　　 */s/ Brooks M. Foster*
　　　　　　　　　　　　　　　　　　　Brooks M. Foster, OSB No. 042873

Page 5 -　SUPPLEMENTAL JUDGMENT AND MONEY AWARD

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
**Portland, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: bfoster@chenowethlaw.com**
**bfoster@chenowethlaw.com**

Exhibit 10
Page 5 of 6

**DECLARATION OF SERVICE**

I hereby certify that I served the foregoing **SUPPLEMENTAL JUDGMENT AND MONEY AWARD** on the following:

Wisnovsky Land, LLC
c/o Joanne Couvrette
13274 Jacarte Court
San Diego, CA 92130
(858) 350-0253
(619) 750-8509
jcouvrette@sbcglobal.net

by the following method(s):

<u>  xx  </u>      by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

<u>      </u>      by **e-serving** a full, true and correct copy thereof to the parties through OJD eFile, on the date set forth below.

<u>  xx  </u>      by **mailing** a full, true and correct copy thereof in a sealed, first-class, postage pre-paid envelope, addressed to the last-known address of the parties as shown above, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

<u>      </u>      by **hand delivering** a full, true and correct copy thereof to the parties at the last known business address of the parties above.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

Dated:  April 14, 2025

CHENOWETH LAW GROUP, PC

*/s/ Jami Asay*
Jami Asay, Paralegal

DECLARATION OF SERVICE

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
Portland, **OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: bfoster@chenowethlaw.com**

Exhibit 10
Page 6 of 6