**From:** rwisnovsky@aol.com
**Sent:** Thursday, July 18, 2024 6:48 PM
**To:** Brooks Foster; James R. Dole; Mark Wisnovsky; Mike Wisnovsky
**Subject:** Latest motion

Hi All,

Got your latest motion. Pretty funny. Actually, accomplishes nothing except increase your legal bills! This is getting fun. Look forward to more hearings, motions and appeals. Cost us nothing! I wonder what an appeal to the Oregon Appellate court will cost you. If you have so much money to burn with your worthless attorneys, then maybe you should pay your rent before you are evicted.

 Ever so sincerely and in a non-threating way,

RW

This email has been scanned for spam and viruses. Click here to report this email as spam.

Exhibit 15
Page 1 of 1