**Outlook**

## HAHA

**From** rwisnovsky@aol.com <rwisnovsky@aol.com>

**Date** Tue 11/5/2024 11:33 PM

**To**     Mark Wisnovsky <markawisnovsky@gmail.com>; mike valleyviewwinery.com <mike@valleyviewwinery.com>

Hey!

Do you guys have a safe room at the winery where you can cry out your frustrations at your girl losing? Hey Mike, your one buddy sends me all the texts you send him about fascism and "how you are going to call all the swing state voters" HAHA. Anywhere after yesterday's minor setback we have reloaded and changed our strategy. Gey ready to get your checkbook out. We will get our rent and probable eviction. We will never stop. Good Luck! Your Mother told me on her death bed how disgusted she was with you two.

Very Sincerely, Me

Exhibit 16
Page 1 of 1