CURTIS GLACCUM, Bar No. 161732
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street, Suite 400
Bend, Oregon  97702
Telephone:  (541) 382-3011
Facsimile:  (541) 388-5410

*Of Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOANNE COUVRETTE, MICHELLE SULLIVAN, as Special Administrator of the Estate of ANN M. WISNOVSKY, and WISNOVSKY LAND, LLC, an Oregon Domestic Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; and VALLEY VIEW WINERY, INC., an Oregon Domestic Business Corporation,<br><br>Defendants. | Civil No.:  1:21-CV-00157-CL<br><br>**DECLARATION OF YOGITA LAKHERA, M.D.** |

I, Yogita Lakhera, M.D., hereby declare as follows:

## I.    QUALIFICATIONS AND TREATING RELATIONSHIP

1.    I am a licensed physician in the State of California, board-certified in Nephrology and Internal Medicine. I am currently employed at Balboa Nephrology Medical Group, located at 9834 Genesee Avenue, Suite 312, La Jolla, CA 92037, with privileges at Scripps Memorial

Page 1 – **DECLARATION OF YOGITA LAKHERA, M.D.**
15025.00001\44283291.2

Hospital. I have been practicing medicine for approximately 17 years, specializing in kidney diseases, which includes hemodialysis patients.

2.     I am a treating physician for Stephen Brigandi (Date of Birth: October 7, 1960). I have been involved in Mr. Brigandi's medical care since 06/30/2025, and I am familiar with his medical history, diagnosis, treatment, and prognosis.

3.     I am authorized by Mr. Brigandi to provide this declaration and to disclose the medical information contained herein for the purpose of this legal matter.

## II.     MEDICAL HISTORY AND HOSPITALIZATION

4.     Mr. Brigandi was admitted to Scripps Memorial Hospital La Jolla on June 30, 2025, presenting with serious medical complications.

5.     Mr. Brigandi's hospitalization was extensive and severe, lasting nearly one month until his discharge on July 29, 2025.

6.     During his hospitalization, Mr. Brigandi experienced life-threatening complications including:

- o   Respiratory failure with pulmonary edema
- o   Transfer to the Intensive Care Unit on July 3, 2025
- o   Intubation (placement on mechanical ventilation) on July 5, 2025
- o   Hemoptysis (coughing up blood) following extubation on July 10, 2025, and
- o   Anemia requiring blood transfusion.

7.     Mr. Brigandi's condition required consultations with multiple specialists including nephrology, hematology, rheumatology, pulmonology, infectious disease, gastroenterology, and ENT.

## III.     DIAGNOSIS AND KIDNEY INVOLVEMENT

8.     Medical testing during Mr. Brigandi's hospitalization revealed positive antiglomerular basement membrane (anti-GBM) IgG antibodies, as well as indeterminate ANA (antinuclear antibody) results.

9. Anti-GBM disease, also known as Goodpasture syndrome, was suspicious but Renal Biopsy ruled it out. Though Renal Biopsy revealed ATN with chronic changes on top.

10. The severity of Mr. Brigandi's presentation, including respiratory failure, hemoptysis, and the need for ICU care and mechanical ventilation, indicated a serious systemic illness affecting multiple organ systems, particularly the kidneys and lungs.

## IV. COGNITIVE EFFECTS OF KIDNEY DISEASE

11. When kidney disease is severe, as indicated by Mr. Brigandi's condition, the kidneys lose their ability to filter waste products and toxins from the bloodstream. This accumulation of toxins, known as uremia, has profound effects on brain function and cognitive abilities. He will likely remain on Dialysis as life sustaining procedure unless gets a kidney transplant.

12. The cognitive impairments and neurological damage associated with uremia and significant kidney dysfunction are well-documented in medical literature and include:

a. **Impaired executive function**, affecting judgment, decision-making, planning, and problem-solving abilities;

b. **Memory deficits**, including both short-term and working memory impairment;

c. **Reduced attention and concentration**, making it difficult to focus on complex tasks or process detailed information;

d. **Slowed mental processing speed**, affecting the ability to analyze information and respond appropriately in a timely manner;

e. **Confusion and altered mental status**, particularly as kidney function deteriorates; and

f. **Impaired insight and self-awareness**, which may prevent the individual from recognizing their own cognitive limitations or the severity of their illness.

Page 3 – **DECLARATION OF YOGITA LAKHERA, M.D.**
15025.00001\44283291.2

13.     These cognitive impairments can develop insidiously, often occurring before the patient or those around them fully recognize the severity of the underlying medical condition.

## V.     TIMELINE AND PROGRESSIVE NATURE OF ILLNESS

14.     Based on my training and experience, my examinations of Mr. Brigandi, my review of his medical records, and the severity of his presentation upon hospitalization, it is my medical opinion that Mr. Brigandi's condition did not develop suddenly on June 30, 2025.

15.     In my professional medical opinion, Mr. Brigandi likely experienced declining kidney function and accumulating uremic toxins for a period of several weeks to months prior to his hospitalization on June 30, 2025.

16.     During this pre-hospitalization period, Mr. Brigandi would have experienced progressively worsening cognitive impairment of the type outlined above, due to the toxic effects of declining kidney function on his brain.

17.     The progressive nature of this cognitive decline means that Mr. Brigandi's mental faculties would have gradually deteriorated during the weeks and months leading up to his hospitalization, likely without his full awareness of the extent of the impairment.

## VI.     IMPACT ON COGNITIVE FUNCTION

18.     In my medical opinion, based on reasonable medical certainty, Mr. Brigandi's serious kidney disease and associated systemic illness materially and significantly impaired his cognitive function and mental capacity during the weeks and months leading up to his hospitalization on June 30, 2025. Also, he was severely hypercalcemic on admission which could cause delirium and altered mental states.

19.     Based on the medical evidence and my professional experience, I believe that during the weeks and months preceding his June 2025 hospitalization, Mr. Brigandi was suffering from cognitive impairment that would have compromised his ability to fulfill his professional responsibilities as an attorney and to exercise the level of judgment expected of a competent legal practitioner.

Page 4 – **DECLARATION OF YOGITA LAKHERA, M.D.**
15025.00001\44283291.2

20.     Given the insidious nature of uremic encephalopathy (brain dysfunction due to kidney failure), Mr. Brigandi may not have been fully aware of the extent of his cognitive decline or his diminished capacity to fulfill his professional responsibilities during this period.

21.     I am aware that this declaration is being submitted in connection with a legal matter pending in the United States District Court for the District of Oregon, Medford Division. All statements herein are based on my personal knowledge, examination, and treatment of the patient.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on this 27th day of October 2025, at San Diego, California.

By: _____
Yogita Lakhera, M.D.
Balboa Nephrology Medical Group,
9834 Genesee Avenue, Suite 312
La Jolla, CA 92037

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, I caused to be served a copy of the

foregoing DECLARATION OF YOGITA LAKHERA, M.D. on the following person(s) in

the manner indicated below:

| | |
|---|---|
| Sandra S. Gustitus, Bar No. 143298<br>Bradley T. Crittenden, Bar No. 173274<br>Chenoweth Law Group, PC<br>510 SW Fifth Avenue, 4th Floor<br>Portland, OR  97204<br>Email:    sgustitus@chenowethlaw.com<br>bcrittenden@chenowethlaw.com | James R. Dole, Bar No. 892272<br>Watkinson Laird Rubenstein PC<br>1246 NE 7th St Ste B<br>Grants Pass OR  97526<br>Email:    jdole@wlrlaw.com |
| *Attorneys for Defendants Michael J.*<br>*Wisnovsky, Mark A. Wisnovsky, and*<br>*Valley View Winery, Inc.* | *Attorney for Defendants Michael J.*<br>*Wisnovsky, Mark A. Wisnovsky, and*<br>*Valley View Winery, Inc.* |

by causing a full, true, and correct copy thereof to be sent by the following indicated

method or methods, on the date set forth below:

☒    by e-service via CM/ECF on the date set forth below.

☐    by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Bend, Oregon.

☒    by emailing to the attorney at the email address that is the last-known email address for the attorney's office.

DATED October 27, 2025              BEST BEST & KRIEGER LLP


*s/ Curtis Glaccum*
CURTIS GLACCUM, Bar No. 161732
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com

*Of Attorneys for Plaintiffs*

PAGE 1- CERTIFICATE OF SERVICE