CURTIS GLACCUM, Bar No. 161732
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street, Suite 400
Bend, Oregon  97702
Telephone:  (541) 382-3011
Facsimile:  (541) 388-5410

*Of Attorneys for Plaintiffs MICHELLE SULLIVAN, as*
*Special Administrator of the Estate of ANN M.*
*WISNOVSKY, and WISNOVSKY LAND, LLC,*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MICHELLE SULLIVAN, as Special Administrator of the Estate of ANN M. WISNOVSKY, and WISNOVSKY LAND, LLC, an Oregon Domestic Limited Liability Company, | Civil No.: 1:21-CV-00157-CL |
| Plaintiffs, | **DECLARATION OF CURTIS M. GLACCUM** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; and VALLEY VIEW WINERY, INC., an Oregon Domestic Business Corporation, | |
| Defendants. | |

I, Curtis M. Glaccum, declare as follows:

1.    I am over the age of 18 and competent to testify as follows. I make this declaration based on my personal knowledge.

Page 1 – **DECLARATION OF CURTIS M. GLACCUM**
15025.00001\44505943.1

2.      I am one of the attorneys representing Plaintiffs Michelle Sullivan, as Special

Administrator of the Estate of Ann M. Wisnovsky and Winovsky Land, LLC, an Oregon

Domestic Limited Liability Company in this matter.

3.      Pursuant to this Court's Order of December 12, 2025, filed as ECF No. 215, I

caused to have served on Plaintiffs' former counsel in this matter, Timothy Murphy and Stephen

Brigandi, a copy of the Court's Opinion and Order (ECF No. 215) by overnight mail. Attached

as **Exhibit 1** is a true and correct copy of the receipt of overnight mail showing service on the

following:

Mr. Timothy L Murphy, OSB #003348    Mr. Stephen M. Brigandi, CAB #125992
Murphy Law Group PC                  Law Office of Stephen Brigandi
333 NE Russell Street                3624 Caminito Cielo Del Mar
Portland OR  97212                   San Diego, CA 92130-2323
Email:   tim@oregonlandlord.net      Email:   sbrigandi@san.rr.com


I hereby declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.


Dated:      December 18, 2025

BEST BEST & KRIEGER LLP


By: *s/ Curtis Glaccum*
    CURTIS GLACCUM, Bar No. 161732
    curtis.glaccum@bbklaw.com
    JOSH NEWTON, Bar No. 983087
    josh.newton@bbklaw.com

    Attorneys for Plaintiffs
    MICHELLE SULLIVAN, as Special
    Administrator of the Estate of ANN M.
    WISNOVSKY, and WISNOVSKY
    LAND, LLC


Page 2 – **DECLARATION OF CURTIS M. GLACCUM**
15025.00001\44505943.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2025, I caused to be served a copy of the foregoing Declaration of Curtis M. Glaccum on the following person(s) in the manner indicated below:

| | |
|---|---|
| Sandra S. Gustitus, Bar No. 143298<br>Bradley T. Crittenden, Bar No. 173274<br>Chenoweth Law Group, PC<br>510 SW Fifth Avenue, 4th Floor<br>Portland, OR  97204<br>Email:    sgustitus@chenowethlaw.com<br>bcrittenden@chenowethlaw.com | James R. Dole, Bar No. 892272<br>Watkinson Laird Rubenstein PC<br>1246 NE 7th St Ste B<br>Grants Pass OR  97526<br>Email:    jdole@wlrlaw.com |
| *Attorneys for Defendants Michael J.<br>Wisnovsky, Mark A. Wisnovsky, and<br>Valley View Winery, Inc.* | *Attorney for Defendants Michael J.<br>Wisnovsky, Mark A. Wisnovsky, and<br>Valley View Winery, Inc.* |

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☒    by e-service via CM/ECF on the date set forth below.

☐    by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Bend, Oregon.

☒    by emailing to the attorney at the email address that is the last-known email address for the attorney's office.

PAGE 1- CERTIFICATE OF SERVICE

15025.00001\44505943.1

DATED December 18, 2025                    BEST BEST & KRIEGER LLP


                                           *s/ Curtis Glaccum*
                                           _____
                                           CURTIS GLACCUM, Bar No. 161732
                                           curtis.glaccum@bbklaw.com
                                           JOSH NEWTON, Bar No. 983087
                                           josh.newton@bbklaw.com

                                           *Of Attorneys for Plaintiffs MICHELLE*
                                           *SULLIVAN, as Special Administrator of*
                                           *the Estate of ANN M. WISNOVSKY, and*
                                           *WISNOVSKY LAND, LLC*


PAGE 2 - CERTIFICATE OF SERVICE

15025.00001\44505943.1