**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP, <br><br> Defendants. | Case No. 1:21-CV-00157-CL <br><br> **DECLARATION OF BRADLEY T. CRITTENDEN (DEC. 26, 2025)** |

Page 1 - DECLARATION OF BRADLEY T. CRITTENDEN (DEC. 26, 2025)

I, Bradley T. Crittenden, declare as follows:

1. I am over the age of 18 and competent to testify as follows. I make this declaration based on my personal knowledge and in support of the *Defendants Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc's Bill of Costs and Reasonable Attorney Fees* filed by the Wisnovsky Defendants, who are Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc.

2. I am one of the attorneys representing the Wisnovsky Defendants in this matter. If called to testify at trial, I could give the following testimony.

3. Portland, Oregon is the relevant community for determining the reasonableness of Defendants' requested award of attorney fees because Defendants were unable to find local counsel to defend them in this lawsuit and were forced to seek counsel in Portland, *viz.*, Chenoweth Law Group, PC ("CLG").

4. Attached as Exhibit 1 is a true and correct listing of detailed billing entries, time spent on each task, and the requested hourly rates for Defendants' attorneys and legal professionals in this lawsuit.

5. I and my colleagues at CLG prepared Exhibit 1 using billing records generated by CLG's timekeepers in the regular course of business. Each month throughout the case, the responsible attorney on this matter reviewed a pre-bill containing the prior month's timekeeping records and eliminated any time spent on work that they considered excessive, redundant, or otherwise unnecessary. When I prepared Defendants' exhibit of time spent, I conducted a similar review again and excluded additional time. I also excluded any time that did not reasonably relate to the parties' summary judgment briefing and the sanctions proceedings. As part of these reviews, CLG deducted 225 hours to present only the time reasonably spent since

Page 2 - DECLARATION OF BRADLEY T. CRITTENDEN (DEC. 26, 2025)

January 31, 2025, with respect to the summary judgment and sanctions proceedings, which resulted in a 33% deduction of time billed to this matter.

6.     Brooks Foster, Sandra Gustitus, and I served as Defendants' attorneys of record between January 31, 2025, and the time of filing Defendants' bill of costs and fees.

7.     Mr. Foster has been a full-time, private-practice civil litigator for over 21 years. He has successfully litigated cases in Oregon and Washington state and federal trial and appellate courts.  A true and correct copy of Mr. Foster's résumé is attached as Exhibit 2.

8.     Ms. Gustitus has been a full-time, private-practice civil litigator for over 11 years. She has successfully litigated cases in Oregon and Washington state and federal trial courts.  A true and correct copy of Ms. Gustitus's résumé is attached as Exhibit 3.

9.     I have been a full-time, private-practice civil litigator for over eight years, practicing in Oregon state and federal trial and appellate courts.  A true and correct copy of my résumé is attached as Exhibit 4.

10.     Attorney Jonathan Edwards also performed legal services in this matter on Defendants' behalf between January 31, 2025, and April 2025 as staff availability fluctuated over the first few months of 2025.  Mr. Edwards has been a full-time attorney for over 13 years, practicing in Oregon, Washington, and South Carolina state and federal trial courts; however, with respect to Mr. Edwards, Defendants are seeking an hourly fee based on his three years of experience practicing Oregon law.  A true and correct copy of Mr. Edwards' résumé is attached as Exhibit 5.

11.     The foregoing attorneys are, or were at the time they performed their work, employed by CLG, which is based in downtown Portland.  Judge Van Dyke of Clackamas County Circuit Court previously found that "Chenoweth Law Group, PC" and its attorneys "are

well regarded in this community and well qualified." Attached as Exhibit 6 is a true and correct copy of the supplemental judgment containing Judge Van Dyke's finding as to CLG's reputation and qualifications.

12.    Defendants seek the following rates for the attorneys identified above: Mr. Foster at $660, Ms. Gustitus at $540, Mr. Crittenden at $485, and Mr. Edwards at $485. Those rates are reasonably consistent with prevailing market rates at litigation firms in Portland, Oregon, and are lower than the 2021 rates at the 95th percentile for Portland attorneys with similar levels of experience, as established by the *Oregon State Bar 2022 Economic Survey* that reports data about hourly rates charged by Oregon attorneys in 2021. Attached as Exhibit 7 is a true and correct copy of the 2022 OSB Survey, which supports the reasonableness of Defendants' requested hourly rates.

13.    Defendants seek $185 per hour for work performed by paralegal Jami Asay and $125 per hour for work performed by legal assistant Claire Coren. Those are their standard billing rates that CLG charges for their services, which are reasonable given that $230 was a reasonable hourly rate for an Oregon paralegal in 2014.

14.    The paralegal work performed on this matter by Ms. Asay and the legal assistant work performed on this matter by Ms. Coren was reasonable and necessary and consistent with CLG's general practices for delegating work to paralegals and legal assistants to reduce the amount of work and fees charged by attorneys.

15.    The hours for which Defendants seek compensation were reasonably spent because Plaintiffs' motion for summary judgment sought dismissal of all ten of Defendants' counterclaims, and their response to Defendants' motion for summary judgment opposed Defendants' requested dismissal of all three of Plaintiffs' claims and judgment in favor of

Defendants on their eighth counterclaim and request for attorney fees. ECF Nos. 142, 143. Defendants' summary judgment response and reply briefs alone consisted of 141 pages, which was necessary to fully brief and address the issues presented by Plaintiffs, who employed a legal writing strategy of presenting disorganized arguments that relied on fake legal authority and flouted local rules regarding the presentation of evidence. ECF Nos. 160, 170.

16. Those hours were also reasonably spent in seeking sanctions against Plaintiffs because Plaintiffs' recalcitrant response to Defendants' notice of intent to seek sanctions rendered necessary all of the work Defendants performed in seeking sanctions. Plaintiffs caused Defendants to incur more attorney fees when they responded to Defendants' motion for sanctions with a motion to strike combined with a response brief that violated Local Rules 7-1(a) and (b), and then by filing yet another response presented by their newly retained counsel. *See* ECF Nos. 186, 204. Defendants' motion for sanctions and two reply briefs consisted of 66 pages of briefing caused by Plaintiffs' conduct. ECF Nos. 184, 186, and 204. All in all, Defendants presented over 200 pages of briefing that was necessitated by, or was reasonably related to, Defendants' citation of fake cases and misrepresented legal authority.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 5 - DECLARATION OF BRADLEY T. CRITTENDEN (DEC. 26, 2025)

17.     Defendants have a formal agreement with CLG to pay for its services in this matter on an hourly, non-contingent basis.  However, Defendants have been unable to pay CLG's fees as they have accrued.  CLG has nonetheless continued representing Defendants and has assumed a substantial risk of non-payment.  Its work on this case has prevented it from accepting employment from other potential clients and from doing more work for other clients who are able to pay their fees every month.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: December 26, 2025

/s/ Bradley T. Crittenden
Bradley T. Crittenden

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on December 26, 2025, I caused to be served a copy of the foregoing **DECLARATION OF BRADLEY T. CRITTENDEN (DEC. 26, 2025)** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com
*Attorney for Plaintiffs Michelle*
 *Sullivan and Wisnovsky Land, LLC*

by the following method(s):

 _xx____   by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

xx_____   by **e-service via CM/ECF** on the date set forth below.

   I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.


          _/s/Claire Coren_____
          Claire Coren, Legal Assistant

Page 1 - CERTIFICATE OF SERVICE

| Trans Date | Prof | Narrative | Units | Rate | Fees |
|---|---|---|---|---|---|
| 02/03/2025 | BMF | Analyze summary judgment motion and supporting documents filed by Plaintiffs and confer with BTC regarding same and strategy for opposition [.3]; email JPE regarding research and drafting of response to plaintiffs' motion for summary judgment [.2]. | 0.50 | 660.00 | 330.00 |
| 02/03/2025 | JPE | Begin analyzing plaintiff's motion for summary judgment to develop client's response [1.5]. | 1.50 | 485.00 | 727.50 |
| 02/05/2025 | BMF | Analyze plaintiffs' motion for summary judgment and draft detailed email to JPE with instructions for response [1.0]; exchange emails with client and court reporter regarding transcript of deposition of G. Turner [.1]. | 1.10 | 660.00 | 726.00 |
| 02/05/2025 | JLA | Analyze and organize Gary Turner's deposition transcript and exhibits [.5]; email transcript to clients [.1]; | 0.60 | 185.00 | 111.00 |
| 02/05/2025 | BMF | Draft. edit, and revise response to amended objections to winery lease attorney fee statement [1.1]. | 1.10 | 660.00 | 726.00 |
| 02/06/2025 | BMF | Respond in detail to email from JPE regarding response to motion for summary judgment [1.4]. | 1.40 | 660.00 | 924.00 |
| 02/07/2025 | JLA | Draft summary judgment response [.3]. | 0.30 | 185.00 | 55.50 |
| 02/07/2025 | BMF | Exchange emails with JPE regarding deposition of G. Turner [.1]. | 0.10 | 660.00 | 66.00 |
| 02/11/2025 | BMF | Analyze plaintiffs' motion for summary judgment and draft detailed notes, comments, arguments, and instructions for further development by JPE [2.0]. | 2.00 | 660.00 | 1,320.00 |
| 02/12/2025 | BMF | Respond to email from JPE regarding response to summary judgment motion [.1]. | 0.10 | 660.00 | 66.00 |
| 02/17/2025 | CEC | Compile exhibits for response to plaintiffs' motion for summary judgment [.5]. | 0.50 | 125.00 | 62.50 |
| 02/17/2025 | BMF | Analyze plaintiffs' motion for summary judgment and draft detailed notes and arguments for response [.8]. | 0.80 | 660.00 | 528.00 |
| 02/18/2025 | BMF | Draft summary judgment response [1.5]. | 1.50 | 660.00 | 990.00 |
| 02/18/2025 | CEC | Compile exhibits for memoranda on motion for summary judgment [.4]. | 0.40 | 125.00 | 50.00 |
| 02/18/2025 | BMF | Draft arguments for summary judgment response [2.3]. | 2.30 | 660.00 | 1,518.00 |
| 02/19/2025 | BMF | Draft response to summary judgment motion [2.1]; respond to email from MAF regarding audio recordings to use as evidence [.1]; email S. Brigandi regarding motion to set briefing schedule and exceed word limits [.1]; receive call from Brigandi regarding same and settlement efforts [.3]; email clients regarding same [.2]. | 2.80 | 660.00 | 1,848.00 |
| 02/20/2025 | BMF | Direct JLA to draft motion to set summary judgment briefing schedule and exceed word limits [.1]. | 0.10 | 660.00 | 66.00 |
| 02/20/2025 | BMF | Draft response to motion for summary judgment [2.6]. | 2.60 | 660.00 | 1,716.00 |
| 02/21/2025 | JLA | Draft motion to set briefing schedule and exceed word limit and prepare it for filing and service [.1.1]. | 0.80 | 185.00 | 148.00 |
| 02/21/2025 | BMF | Edit motion to set summary judgment briefing schedule and exceed page limits [.8]; direct JLA regarding same [.1]. | 0.90 | 660.00 | 594.00 |
| 02/21/2025 | JPE | Analyze case law and draft arguments regarding plaintiffs' violations of local rules regarding motion for summary judgment [3.1]; continue analysis of case law used by plaintiffs and hearsay objections to plaintiffs' evidence [1.8]. | 4.90 | 485.00 | 2,376.50 |
| 02/23/2025 | JPE | Continue analyzing case law regarding remedies for plaintiffs' violations of formatting requirements pursuant to local federal court rules [.5]; analyze additional local rules for additional violations by plaintiffs [.3]. | 0.80 | 485.00 | 388.00 |

EXHIBIT 1

Page 1 of 9

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/25/2025 | BMF | Respond to email from MAF regarding research and drafting of arguments for response to summary judgment motion [.4]; review email from S. Brigandi regarding settlement efforts and email clients regarding same [.1]. | 0.50 | 660.00 | 330.00 |
| 02/28/2025 | JLA | Email client order on attorneys fee and costs in vineyard lease case [.1]; draft supplemental judgment and money award [.6]. | 0.70 | 185.00 | 129.50 |
| 02/28/2025 | BMF | Review attorney fee decision in vineyard case, email clients regarding same, and direct JLA regarding supplemental judgment [.1]. | 0.10 | 660.00 | 66.00 |
| 03/04/2025 | BTC | Continue revising memoranda regarding issues relevant to summary judgment motions [3.3]. | 3.30 | 485.00 | 1,600.50 |
| 03/04/2025 | JPE | Analyze fact assertions by Plaintiffs not addressed in previous pleadings by Defendants [1.5]. | 1.50 | 485.00 | 727.50 |
| 03/05/2025 | BTC | Continue analyzing legal issues relevant to summary judgment motions and revising memoranda regarding same [5.3]. | 5.30 | 485.00 | 2,570.50 |
| 03/06/2025 | BTC | Continue analyzing legal issues relevant to summary judgment motions and revising memoranda regarding same [6.0]. | 6.00 | 485.00 | 2,910.00 |
| 03/06/2025 | BMF | Analyze emails from S. Brigandi and J. Couvrette and exchange emails with clients regarding same [.4]; respond to email from Mark Wisnovsky regarding same [.1]. | 0.50 | 660.00 | 330.00 |
| 03/06/2025 | JPE | Continue drafting arguments regarding plaintiffs' use of evidence in motion for summary judgment [1.5]. | 1.50 | 485.00 | 727.50 |
| 03/07/2025 | BMF | Draft, edit, and revise response to summary judgment [1.0]. | 1.00 | 660.00 | 660.00 |
| 03/07/2025 | BTC | Continue analyzing legal issues relevant to summary judgment motions and revising memoranda regarding same [7.2]. | 7.20 | 485.00 | 3,492.00 |
| 03/07/2025 | JPE | Continue draft of evidentiary arguments [3]. | 3.00 | 485.00 | 1,455.00 |
| 03/09/2025 | JPE | Continue revising evidentiary section of response [.8]. | 0.80 | 485.00 | 388.00 |
| 03/10/2025 | BMF | Receive call from S. Brigandi regarding intent to move to extend summary judgment response deadline [.2]; email clients regarding same [.1]. | 0.30 | 660.00 | 198.00 |
| 03/10/2025 | BTC | Draft response to plaintiff's motion for summary judgment [7.0]. | 7.00 | 485.00 | 3,395.00 |
| 03/10/2025 | JPE | Revise evidentiary arguments for response to motion for summary judgment [3.5]; analyze response to motion for summary judgment draft to determine next steps regarding needed case law analysis [.3]. | 3.80 | 485.00 | 1,843.00 |
| 03/11/2025 | BMF | Respond to email from MAF regarding research tasks for summary judgment response [.1]. | 0.10 | 660.00 | 66.00 |
| 03/11/2025 | BMF | Exchange emails with MAF regarding summary judgment response and plaintiffs' failure to file answer to counterclaims [.2]. | 0.20 | 660.00 | 132.00 |
| 03/11/2025 | BTC | Continue drafting response to plaintiffs' motion for summary judgment [6.0]. | 6.00 | 485.00 | 2,910.00 |
| 03/12/2025 | BMF | Edit motion to extend summary judgment response deadline and exceed word limits [.5]; email S. Brigandi regarding same [.1]. | 0.60 | 660.00 | 396.00 |
| 03/12/2025 | JLA | Email clients joint motion for extension of time [.1]. | 0.10 | 185.00 | 18.50 |
| 03/12/2025 | BTC | Continue drafting response to plaintiff's motion for summary judgment [1.0]. | 1.00 | 485.00 | 485.00 |
| 03/19/2025 | BTC | Continue drafting response to motion for summary judgment [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 03/21/2025 | BTC | Continue drafting response to motion for summary judgment [5.5]. | 5.50 | 485.00 | 2,667.50 |
| 03/22/2025 | JPE | Continue draft of response to motion for summary judgment [1.2]. | 1.20 | 485.00 | 582.00 |
| 03/23/2025 | JPE | Continue draft of response to plaintiffs' motion for summary judgment [4.4]. | 4.40 | 485.00 | 2,134.00 |

EXHIBIT 1
Page 2 of 9

| 03/24/2025 | BMF | Edit summary judgment response and draft detailed email to litigation team with comments about further editing of response [1.2]. | 1.20 | 660.00 | 792.00 |
|---|---|---|---|---|---|
| 03/24/2025 | BMF | Analyze motion for summary judgment regarding tenth counterclaim and draft detailed response arguments [4.0]. | 4.00 | 660.00 | 2,640.00 |
| 03/24/2025 | BTC | Continue drafting response to motion for summary judgment [4.5]. | 4.50 | 485.00 | 2,182.50 |
| 03/24/2025 | JPE | Revise structure of response to motion for summary judgment [2.3]; analyze plaintiffs' motion to dismiss alleged moot and precluded claims [1.5]; determine citations to use in response to motion for summary judgment [.4]; draft response to moot and precluded claims argument [.3]. | 4.50 | 485.00 | 2,182.50 |
| 03/25/2025 | BMF | Edit response to motion for summary judgment [1.3]; email Mark Wisnovsky regarding availability for fact interview and declaration [.1]; respond to email from MAF regarding recordings and other evidence for response [.1]. | 1.50 | 660.00 | 990.00 |
| 03/25/2025 | BTC | Continue drafting response to motion for summary judgment [6.3]. | 6.30 | 485.00 | 3,055.50 |
| 03/25/2025 | JPE | Telephone call with BMF and BTC regarding work left in response to motion for summary judgment [.2]; analyze factual gaps in response [.6]; telephone call with client and MAF regarding facts in response and draft email to client with remaining questions[1.4]; telephone call with BMF and BTC regarding citation work needed [.3]; collaborate with BTC and MAF regarding citations in response brief [.3]; continue determining and drafting proper citations for response brief [3.2]. | 6.00 | 485.00 | 2,910.00 |
| 03/26/2025 | BMF | Email BTC regarding word limit for response to motion for summary judgment [.1]. | 0.10 | 660.00 | 66.00 |
| 03/26/2025 | BTC | Continue drafting response to motion for summary judgment [7.5]. | 7.50 | 485.00 | 3,637.50 |
| 03/26/2025 | BMF | Review email from BTC regarding response brief and email S. Brigandi regarding response deadline and word limit [.1]. | 0.10 | 660.00 | 66.00 |
| 03/26/2025 | JPE | Continue revising citations in response, analyze additional citations and exhibits needed, and fact statements needed in client declaration with response to motion for summary judgment [7.7]. | 7.70 | 485.00 | 3,734.50 |
| 03/27/2025 | BMF | Review email from S. Brigandi consenting to additional time and words for summary judgment response, direct JLA to draft motion, and email clients regarding same [.1]; edit motion for extension of response deadline and word limits [.2]; email JLA regarding same [.1]. | 0.40 | 660.00 | 264.00 |
| 03/27/2025 | BTC | Draft motion for extension of time and exceed word limits [.3]; continue drafting response to motion for summary judgment [4.0]. | 4.30 | 485.00 | 2,085.50 |
| 03/27/2025 | JLA | Finalize motion for extension of time and email to opposing for consent [.3]. | 0.30 | 185.00 | 55.50 |
| 03/27/2025 | JPE | Draft tortious interference with prospective inheritance argument for response to motion for summary judgment [1.1]; continue analysis of moot and precluded claims argument in motion for summary judgment [.4]. | 1.50 | 485.00 | 727.50 |
| 03/28/2025 | JLA | Finalize motion to extend deadline to file responses and prepare it for filing and service and email clients [.3]. | 0.30 | 185.00 | 55.50 |
| 03/28/2025 | BTC | Continue drafting response to motion for summary judgment [7.0]. | 7.00 | 485.00 | 3,395.00 |
| 03/28/2025 | JPE | Analyze case law for decisions based on facts analogous to our tortious interference with prospective inheritance (TIPI) claim [2.7]; continue working on TIPI argument for response to motion for summary judgment [3]. | 5.70 | 485.00 | 2,764.50 |

EXHIBIT 1
Page 3 of 9

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/2025 | BMF | Draft, edit, and revise summary judgment response [2.6]. | 2.60 | 660.00 | 1,716.00 |
| 03/31/2025 | BTC | Continue revising response to motion for summary judgment [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 04/01/2025 | BTC | Continue drafting response to motion for summary judgment [4.5]. | 4.50 | 485.00 | 2,182.50 |
| 04/02/2025 | BTC | Continue drafting response to motion for summary judgment [1.0]. | 1.00 | 485.00 | 485.00 |
| 04/02/2025 | BMF | Draft, edit, and revise response to motion for summary judgment [1.8]. | 1.80 | 660.00 | 1,188.00 |
| 04/02/2025 | BMF | Draft, edit, and revise response to motion for summary judgment [5.0]. | 5.00 | 660.00 | 3,300.00 |
| 04/02/2025 | JPE | Analyze word limit in plaintiffs' motion for summary judgment and draft JPE declaration regarding the same [1.1]; analyze evidence cited in plaintiffs' declarations to determine likely success of our argument against the same [1.2]; revise 2nd counterclaim argument in our response [.4]; determine additional work needed with BMF [.6]; determine and enter citations in response [1.2]; analyze Oregon case law regarding unconscionability to find strongest supporting judicial decision in our favor [2.1]. | 6.60 | 485.00 | 3,201.00 |
| 04/03/2025 | BMF | Draft, edit, and revise response to summary judgment motion [1.2]. | 1.20 | 660.00 | 792.00 |
| 04/03/2025 | BTC | Continue revising response to motion for summary judgment [3.7]. | 3.70 | 485.00 | 1,794.50 |
| 04/03/2025 | BMF | Draft, edit, and revise response to motion for summary judgment [5.3]. | 5.30 | 660.00 | 3,498.00 |
| 04/03/2025 | JPE | Develop fact section regarding undue influence and incapacity in response to motion for summary judgment [4.8]; draft citations for response [1]; revise argument in response for 2nd and 3rd counterclaims [2.6]; analyze remaining work to be completed in response with BMF and BTC [1.1]. | 9.50 | 485.00 | 4,607.50 |
| 04/04/2025 | BTC | Continue revising response to motion for summary judgment and supporting declarations [7.0]. | 7.00 | 485.00 | 3,395.00 |
| 04/04/2025 | BMF | Draft, edit, and revise response to motion for summary judgment [3.5]. | 3.50 | 660.00 | 2,310.00 |
| 04/04/2025 | JLA | Draft table of content and authorities, finalize summary judgment response, declaration of BMF, JPE, Mark Wisnovsky and prepare for filing and service [2.0]. | 2.00 | 185.00 | 370.00 |
| 04/04/2025 | CEC | Compile highlighted turner and Couvrette depositions for review as exhibits [.5]. | 0.50 | 125.00 | 62.50 |
| 04/04/2025 | BMF | Draft, edit, and revise response to summary judgment motion [6.8]. | 6.80 | 660.00 | 4,488.00 |
| 04/04/2025 | JPE | Revise response to motion for summary judgment [2]; continue working on draft response to motion for summary judgment with BMF and BTC [10.2]. | 12.20 | 485.00 | 5,917.00 |
| 04/07/2025 | BMF | Confer with BTC regarding summary judgment reply strategy [.1]. | 0.10 | 660.00 | 66.00 |
| 04/07/2025 | JPE | Analyze Plaintiffs' Opposition to our motion for summary judgment and draft notes regarding the same [.6]. | 0.60 | 485.00 | 291.00 |
| 04/16/2025 | BMF | Draft reply to introduction and summary of response to Wisnovsky Defendants' motion for partial summary judgment [2.9]. | 2.90 | 660.00 | 1,914.00 |
| 04/16/2025 | BTC | Analyze plaintiffs' response to defendants' motion for summary judgment and draft memorandum regarding same [2.0]. | 2.00 | 485.00 | 970.00 |
| 04/17/2025 | BTC | Continue analyzing legal issues in support of reply brief [.8]. | 0.80 | 485.00 | 388.00 |
| 04/21/2025 | BTC | Continue analyzing plaintiffs' response to defendants' motion for summary judgment and drafting reply brief [4.0]. | 4.00 | 485.00 | 1,940.00 |

EXHIBIT 1
Page 4 of 9

| 04/21/2025 | JPE | Analyze whether plaintiffs' real estate appraisal is privileged based on plaintiffs' argument that it was not obtained in anticipation of litigation [.1]. | 0.10 | 485.00 | 48.50 |
|---|---|---|---|---|---|
| 04/22/2025 | BTC | Continue analyzing legal issues regarding Plaintiffs' response to motion for summary judgment and continue drafting reply in support of motion for summary judgment [4.5]. | 4.50 | 485.00 | 2,182.50 |
| 04/23/2025 | BMF | Draft, edit, and revise reply in support of motion for partial summary judgment [.7]. | 0.70 | 660.00 | 462.00 |
| 04/23/2025 | BTC | Continue drafting reply in support of motion for summary judgment [5.5]. | 5.50 | 485.00 | 2,667.50 |
| 04/23/2025 | BMF | Draft, edit, and revise reply in support of Wisnovsky Defendants' motion for partial summary judgment [5.3]. | 5.30 | 660.00 | 3,498.00 |
| 04/24/2025 | BMF | Email JLA regarding motion for extension of reply deadline [.1]; edit motion and email JLA regarding same [.2]. | 0.30 | 660.00 | 198.00 |
| 04/24/2025 | JLA | Draft motion for extension of time and email opposing counsel [.5]. | 0.50 | 185.00 | 92.50 |
| 04/25/2025 | JLA | Finalize motion for extension of time and prepare it for filing and service [.2]. | 0.20 | 185.00 | 37.00 |
| 04/25/2025 | BMF | Respond to email from S. Brigandi regarding notice of errata [.1]. | 0.10 | 660.00 | 66.00 |
| 04/25/2025 | BMF | Draft reply arguments [3.9]. | 3.90 | 660.00 | 2,574.00 |
| 04/25/2025 | BTC | Continue drafting reply in support of motion for partial summary judgment [6.7]. | 6.70 | 485.00 | 3,249.50 |
| 04/28/2025 | BTC | Continue drafting reply in support of motion for partial summary judgment [6.5]. | 6.50 | 485.00 | 3,152.50 |
| 04/29/2025 | BTC | Continue drafting reply in support of motion for summary judgment [3.5]. | 3.50 | 485.00 | 1,697.50 |
| 04/29/2025 | BMF | Draft, edit, and revise reply in support of motion for partial summary judgment [3.8]. | 3.80 | 660.00 | 2,508.00 |
| 04/30/2025 | BMF | Draft, edit, and revise reply in support of partial summary judgment [3.4]. | 3.40 | 660.00 | 2,244.00 |
| 04/30/2025 | BTC | Continue drafting reply in support of motion for summary judgment [7.0]. | 7.00 | 485.00 | 3,395.00 |
| 05/01/2025 | BTC | Revise reply in support of motion for summary judgment [7.0]. | 7.00 | 485.00 | 3,395.00 |
| 05/02/2025 | BTC | Revise reply in support of motion for summary judgment [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 05/02/2025 | JLA | Finalize summary judgment reply and declaration of Brad Crittenden and prepare for filing and service [.4]. | 0.40 | 185.00 | 74.00 |
| 05/05/2025 | BTC | Analyze plaintiffs' reply brief, additional evidence filed with reply brief, legal authorities regarding filing of additional evidence, and the cases cited in the reply brief, and draft memorandum regarding same, and email client regarding same [4.0]; begin drafting motion for sanctions [2.0]. | 6.00 | 485.00 | 2,910.00 |
| 05/05/2025 | SSG | Review reply brief and confer with BTC regarding same [.6]; review email from opposing counsel and respond to same [.2]; confer with BTC regarding motion for sanctions and next steps [.4]. | 1.20 | 540.00 | 648.00 |
| 05/06/2025 | BTC | Research and analyze case law and legal authorities regarding sanctions and continue drafting motion for sanctions [5.3]; email client regarding same [.1]. | 5.40 | 485.00 | 2,619.00 |
| 05/07/2025 | BTC | Revise motion for sanctions [.6]; analyze rules regarding sanctions and draft letter to opposing counsel regarding motion for sanctions [1.0]. | 1.60 | 485.00 | 776.00 |
| 05/07/2025 | SSG | Review motion for sanctions [1.2]; confer with BTC regarding same [.3]; review letter enclosing motion for sanctions [.3]. | 1.80 | 540.00 | 972.00 |

EXHIBIT 1

Page 5 of 9

| 05/19/2025 | SSG | Review motion to withdraw and confer with BTC regarding same [.9]. | 0.90 | 540.00 | 486.00 |
|---|---|---|---|---|---|
| 05/21/2025 | SSG | Revew letter from opposing counsel regarding sanctions and confer with BTC regarding same [.6]. | 0.60 | 540.00 | 324.00 |
| 05/22/2025 | JLA | Draft letter to Stephen Brigandi [.1]. | 0.10 | 185.00 | 18.50 |
| 05/23/2025 | BTC | Analyze file and revise motion for sanctions and draft declaration in support of motion for sanctions [2.5]; respond to email from clients regarding Murphy's motion to withdraw, motion for sanctions, and judgment in Jackson County court [.2]; draft response to Murphy's motion to withdraw [2.0]. | 4.70 | 485.00 | 2,279.50 |
| 05/23/2025 | JLA | Prepare exhibits for BTC declaration [.1]; finalize motion for sanctions and the declaration of BTC and prepare for filing and service [.4]. | 0.50 | 185.00 | 92.50 |
| 05/23/2025 | SSG | Call opposing counsel regarding motion for sanctions [.3]; review motion for sanctions [.8]; confer with BTC regarding motion and letters to court regarding same [.4]. | 1.50 | 540.00 | 810.00 |
| 05/27/2025 | SSG | Review notice of errata and new filings, email client regarding same [.6]; confer with BTC regarding next steps [.3]; draft and finalize letter to Court regarding same [.7]. | 1.60 | 540.00 | 864.00 |
| 05/27/2025 | CEC | Draft letter to judge Clarke [.1]; finalize and file letter into federal case [.2]. | 0.30 | 125.00 | 37.50 |
| 05/28/2025 | BTC | Analyze case law regarding motions for sanctions and email SSG regarding same [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 05/28/2025 | SSG | Confer with BTC regarding motion for sanctions and withdrawal of the same [.7]. | 0.70 | 540.00 | 378.00 |
| 06/02/2025 | SSG | Review email from client regarding motion for sanctions, confer with BTC, and respond to same [.4]; review second amended response to motion for sanctions [.6]. | 1.00 | 540.00 | 540.00 |
| 06/03/2025 | BTC | Draft notice of withdrawal regarding motion for sanctions [.2]; draft response to Plaintiffs' motion to strike [3.0]. | 3.20 | 485.00 | 1,552.00 |
| 06/03/2025 | SSG | Review notice of withdrawal and refiling of motion for sanctions [.4]. | 0.40 | 540.00 | 216.00 |
| 06/04/2025 | BTC | Continue drafting response to Plaintiffs' motion to strike [3.3]; revise notice of withdrawal of motion for sanctions [.2]. | 3.50 | 485.00 | 1,697.50 |
| 06/04/2025 | JLA | Finalize notice of withdrawal and motion for sanctions and prepare them for filing and service [.3]. | 0.30 | 185.00 | 55.50 |
| 06/04/2025 | SSG | Review notice of withdrawal and motion for sanctions [.4]; review response to motion for sanctions [.6]; confer with BTC regarding same [.3]. | 1.30 | 540.00 | 702.00 |
| 06/05/2025 | SSG | Review second amended response to motion for summary judgment and email local counsel regarding same [.7]. | 0.70 | 540.00 | 378.00 |
| 06/11/2025 | BTC | Revise reply in support of motion for sanctions and draft declaration in support thereof [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 06/12/2025 | SSG | Confer with BTC regarding status of case and next steps for call with new counsel [.7]; call with C. Glaccum regarding status of case and motion for sanctions [.4]. | 1.10 | 540.00 | 594.00 |
| 06/12/2025 | BTC | Revise reply in support of motion for sanctions [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 06/13/2025 | JLA | Analyze and compare docket 155 and 182 [.2]; research California cases [1.]; finalize Reply and SSG Declaration and prepare them for filing and service [.4]. | 0.60 | 185.00 | 111.00 |
| 06/13/2025 | CEC | Compare briefs for exhibits to SSG declaration [.4]. | 0.40 | 125.00 | 50.00 |
| 06/13/2025 | BTC | Revise reply in support of motion for sanctions and declaration in support thereof [1.6]. | 1.60 | 485.00 | 776.00 |

EXHIBIT 1
Page 6 of 9

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/13/2025 | SSG | Review response to motion for sanctions and confer wtih BTC regarding same [.9]; draft response to motion to strike and exhibits for declaration [1.6]. | 2.50 | 540.00 | 1,350.00 |
| 06/16/2025 | SSG | Prepare for and participate in status conference regarding motion for sanctions [1.7]. | 1.70 | 540.00 | 918.00 |
| 06/23/2025 | SSG | Confer with opposing counsel regarding motion for sanctions and request for extension [.3]. | 0.30 | 540.00 | 162.00 |
| 06/24/2025 | SSG | Confer with opposing counsel regarding response to motion for sanctions [.3]; email client regarding same [.1]. | 0.40 | 540.00 | 216.00 |
| 06/25/2025 | SSG | Research additional information for motion for sanctions [.4]. | 0.40 | 540.00 | 216.00 |
| 06/26/2025 | SSG | Review email and link from client regarding AI case citations [.3]. | 0.30 | 540.00 | 162.00 |
| 07/07/2025 | SSG | Review letter from opposing counsel [.3]; email clients regarding same [.2]; calls with client regarding same [.7]; call with opposing counsel regarding same [.3]; confer with BTC regarding implications of update from opposing counsel and next steps [.3]. | 1.80 | 540.00 | 972.00 |
| 07/08/2025 | CEC | Draft reply, declaration, and letter to judge [.5]. | 0.50 | 125.00 | 62.50 |
| 07/08/2025 | BTC | Telephone call with SSG regarding case strategy [.3]. | 0.30 | 485.00 | 145.50 |
| 07/08/2025 | SSG | Confer with JPE regarding case status, strategy, and next steps [.1]. | 0.10 | 540.00 | 54.00 |
| 07/08/2025 | SSG | Call with clients regarding status of litigation and next steps [.6]; confer with BTC regarding same and next steps [.3]. | 0.90 | 540.00 | 486.00 |
| 07/09/2025 | SSG | Review court order and confer with clients and BTC regarding same [.3]; review additional briefing in other matters [.4]. | 0.70 | 540.00 | 378.00 |
| 07/10/2025 | BTC | Draft reply in support of motion for sanctions [2.0]. | 2.00 | 485.00 | 970.00 |
| 07/14/2025 | BTC | Analyze emails from client regarding case strategy and respond regarding same [1.0]; continue drafting reply in support of motion for sanctions [5.5]. | 6.50 | 485.00 | 3,152.50 |
| 07/15/2025 | BTC | Continue drafting reply in support of motion for sanctions [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 07/17/2025 | BTC | Revise reply in support of motion for sanctions [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 07/18/2025 | BTC | Continue drafting reply in support of motion for sanctions [4.5]. | 4.50 | 485.00 | 2,182.50 |
| 07/18/2025 | SSG | Review draft reply in support of motion for sanctions and confer with BTC regarding same [.4]. | 0.40 | 540.00 | 216.00 |
| 07/21/2025 | CEC | Transcribe voicemail audio [.2]. | 0.20 | 125.00 | 25.00 |
| 07/21/2025 | BTC | Revise reply in support of motion for sanctions [4.0]. | 4.00 | 485.00 | 1,940.00 |
| 07/22/2025 | BTC | Revise reply in support of motion for sanctions [2.0]. | 2.00 | 485.00 | 970.00 |
| 07/28/2025 | BTC | Revise reply in support of motion for sanctions and draft declarations supporting same [3.3]. | 3.30 | 485.00 | 1,600.50 |
| 08/04/2025 | SSG | Review email from opposing counsel regarding status report and respond to same [.3]. | 0.30 | 540.00 | 162.00 |
| 08/04/2025 | SSG | Call with opposing counsel regarding joint status report [.2]. | 0.20 | 540.00 | 108.00 |
| 08/04/2025 | SSG | Prepare for and have call with opposing counsel regarding status of dispute [.5]. | 0.50 | 540.00 | 270.00 |
| 08/05/2025 | SSG | Confer with JPE regarding case status, strategy, and next steps [.1]. | 0.10 | 540.00 | 54.00 |
| 08/05/2025 | BTC | Analyze joint status report received from opposing counsel, and email client regarding case status, reply in support of motion for sanctions, and joint status report [.2]. | 0.20 | 485.00 | 97.00 |
| 08/05/2025 | SSG | Confer with BTC regarding joint status report and review draft of same from opposing counsel [.6]; review email from opposing counsel with evidence of hospitalization [.2]; email update to client regarding same [.1]. | 0.90 | 540.00 | 486.00 |
| 08/07/2025 | BTC | Revise reply in support of motion for sanctions and email client regarding same [.2]; revise joint status report [.6]. | 0.80 | 485.00 | 388.00 |
| 08/11/2025 | JLA | Email client the joint status report [.1]. | 0.10 | 185.00 | 18.50 |

EXHIBIT 1
Page 7 of 9

| Date | | Description | | | |
|---|---|---|---|---|---|
| 08/11/2025 | BTC | Revise joint status report and email opposing counsel regarding same [.3]. | 0.30 | 485.00 | 145.50 |
| 08/11/2025 | SSG | Revise joint status report [1.2]; confer with BTC regarding same [.3]. | 1.50 | 540.00 | 810.00 |
| 08/12/2025 | BTC | Email client regarding court's order regarding motion for sanctions [.1]. | 0.10 | 485.00 | 48.50 |
| 08/12/2025 | CEC | Draft letter to Judge Clarke [.1]. | 0.10 | 125.00 | 12.50 |
| 08/13/2025 | JLA | Finalized response to motion to withdraw and prepared it for filing and service [.3]. | 0.30 | 185.00 | 55.50 |
| 08/13/2025 | BTC | Analyze Brigandi's motion to withdraw and emails from opposing counsel regarding same, and draft response to motion and response to opposing counsel's emails [1.4]. | 1.40 | 485.00 | 679.00 |
| 08/13/2025 | SSG | Review motion filed by Brigandi, confer with BTC regarding same, review response [.8]. | 0.80 | 540.00 | 432.00 |
| 08/18/2025 | BTC | Revise reply brief and supporting declarations [1.3]. | 1.30 | 485.00 | 630.50 |
| 08/21/2025 | BTC | Analyze notice from court regarding status hearing and discuss strategy with SSG [.2]. | 0.20 | 485.00 | 97.00 |
| 08/21/2025 | SSG | Review and exchange emails regarding scheduling order and request for status conference [.2]. | 0.20 | 540.00 | 108.00 |
| 08/22/2025 | JLA | Finalize motion for extension of time and prepare it for filing and service [.4]. | 0.40 | 185.00 | 74.00 |
| 08/22/2025 | BTC | Draft motion for extension of time to file reply brief and email clients regarding same [.6]. | 0.60 | 485.00 | 291.00 |
| 08/26/2025 | BTC | Revise reply in support of motion for sanctions [.2]. | 0.20 | 485.00 | 97.00 |
| 08/26/2025 | SSG | Confer with BTC regarding reply in support of sanctions [.3]; revise motion for extension of time [.3]; email court and call opposing counsel regarding same [.4]. | 1.00 | 540.00 | 540.00 |
| 08/27/2025 | CEC | Draft memorandum for status conference [.5]. | 0.50 | 125.00 | 62.50 |
| 08/27/2025 | SSG | Prepare for status conference on motion for sanctions by reviewing case and filing history [1.7]. | 1.70 | 540.00 | 918.00 |
| 08/28/2025 | BTC | Revise reply brief in support of motion for sanctions and declarations in support thereof [4.6]. | 4.60 | 485.00 | 2,231.00 |
| 08/29/2025 | BTC | Revise reply brief in support of motion for sanctions and declarations in support thereof [3.8]. | 3.80 | 485.00 | 1,843.00 |
| 08/29/2025 | JLA | Draft table of contents and authorities and organize exhibits [1.5]; finalize reply and declarations and prepare them for filing and service [2.]. | 3.50 | 185.00 | 647.50 |
| 08/29/2025 | SSG | Revise reply in support of motion for sanctions [1.1]. | 1.10 | 540.00 | 594.00 |
| 10/17/2025 | SSG | Prepare for and have call with clients regarding motion for sanctions [.6]. | 0.60 | 540.00 | 324.00 |
| 10/24/2025 | CEC | Draft memorandum of filings since June for hearing on motion for sanctions [.6]; compile pleadings from PACER for attorney review [.3]; prepare binder [.4]. | 1.30 | 125.00 | 162.50 |
| 10/24/2025 | SSG | Prepare for hearing on motion for sanctions [1.2]. | 1.20 | 540.00 | 648.00 |
| 10/27/2025 | BTC | Telephone call with SSG regarding case strategy, and draft memorandum in support of hearing on motion for sanctions [1.5]. | 1.50 | 485.00 | 727.50 |
| 10/29/2025 | CEC | Compare summary judgment and amended summary judgment [.4]. | 0.40 | 125.00 | 50.00 |
| 10/29/2025 | BTC | Confer with SSG regarding strategy for hearing on motion for sanctions and attend hearing on motion for sanctions [1.3]. | 1.30 | 485.00 | 630.50 |
| 10/29/2025 | SSG | Prepare for and argue hearing on motion for sanctions [7.2]. | 7.20 | 540.00 | 3,888.00 |
| 12/12/2025 | BTC | Briefly analyze order granting motion for sanctions and email client regarding same [.2]. | 0.20 | 485.00 | 97.00 |

EXHIBIT 1
Page 8 of 9

| 12/17/2025 | BTC | Draft attorney fee petition [2.3]. | 2.30 | 485.00 | 1,115.50 |
|---|---|---|---|---|---|
| 12/18/2025 | BTC | Continue drafting bill of costs and attorney fees [4.0]. | 4.00 | 485.00 | 1,940.00 |
| 12/19/2025 | BTC | Continue drafting bill of costs and attorney fees and email SSG regarding case strategy [6.0]. | 6.00 | 485.00 | 2,910.00 |
| 12/22/2025 | BTC | Analyze case law regarding default order for plaintiff's failure to respond to amended counterclaims and draft memorandum regarding same and email SSG regarding case strategy [3.0]. | 3.00 | 485.00 | 1,455.00 |

**Grand Total:**    **444.10**                **225,185.50**

EXHIBIT 1
Page 9 of 9

# BROOKS M. FOSTER

## WORK EXPERIENCE

**Schwabe, Williamson & Wyatt, PC**                                                          Portland, OR

Attorney & Shareholder, May 2025 – Present
- Member of Natural Resources and Real Estate and Construction Departments
- Representing clients in Oregon and Washington in complex commercial litigation and transactions involving environmental, natural resources, real estate, land use, construction, insurance, property damage, administrative law, and related issues
- Licensed and experienced in Oregon and Washington state and federal trial and appellate courts including Ninth Circuit

**Chenoweth Law Group, PC**                                                          Portland, OR

Shareholder, January 2013 – April 2025
Attorney, February 2006 – April 2025
- Represented clients in Oregon and Washington in complex litigation and transactions
- Appeared in Washington and Oregon trial and appellate courts, federal courts, and Ninth Circuit
- Served as lead attorney for trials, appeals, motion hearings, arbitrations, administrative hearings and proceedings, mediations, settlements, discovery, depositions, expert disclosures, pleadings, dispositive motions, trial and mediation briefs, appellate briefs, and real estate and business transactions
- Mentored associate attorneys, law clerks, and paralegals

**Rycewicz & Chenoweth, LLP**                                                          Portland, OR

Attorney, September 2004 – February 2006
- Represented clients in complex insurance, environmental, state, and federal court litigation

Law Clerk, May 2003 – Aug. 2004
- Researched and drafted dispositive motions and appellate briefs

**Holderness School**                                                          Plymouth, NH

High School Teacher, 1999–2001
- Taught math, coached soccer, lacrosse, and snowboarding, managed dorm, led outdoor trips

## EDUCATION

**Lewis and Clark Law School**                                                          Portland, OR

J.D., Environmental Law Certificate, May 2004
G.P.A.: 3.57, *Cum Laude*, Class Rank: 11/169
- Managing Editor, *Environmental Law*, 2003–2004, Member, 2002–2004
- Board of Directors, Northwest Environmental Defense Center, 2002–2003
- Pro Bono Honors Award, 2001–2002, 2002–2003
- Natural Resources Scholarship, 2001–2004

**Dartmouth College**                                                          Hanover, NH

B.A., Philosophy, June 1999
G.P.A.: 3.51, *Cum Laude*

## NOTABLE CASES

*Pollock v. Amica Mut. Ins. Co.*, 2024 WL 552324 (D. Or. 2024) (finding duty to indemnify as a matter of law)
*Wisnovsky v. Couvrette*, 2023 U.S. Dist. LEXIS 201493 (D. Or. 2023) (applying probate exception to jurisdiction)
*Webb v. USAA*, 12 Wn. App. 433 (2020) (reversing trial court and finding bad faith as matter of law)
*Rogowski v. Safeco Ins. Co.,* 306 Or. App. 505 (2019) (affirming favorable trial court decision on duty to defend)
*Kitsap Cty. v. Kitsap Rifle & Revolver Club*, 184 Wn. App. 252 (2014) (reversing trial court)
*McDonald v. Sun Oil Co.*, 548 F.3d 774 (9th Cir. 2008) (reversing summary judgment)
*Sunoco, Inc. v. McDonald*, 129 S.Ct. 2825 (2009) (denying certiorari, resulting in settlement)

EXHIBIT 2
Page 1 of 2

*Douglas Ridge Rifle Club v. St. Paul Fire & Marine Ins. Co.*, 2010 WL 98942 (D. Or. 2010)
(granting summary judgment on duty to defend, resulting in settlement)

EXHIBIT 2
Page 2 of 2

## SANDRA S. GUSTITUS

---

**EDUCATION**
**Lewis & Clark Law School**, Portland, OR
May 2014
Top 10% of class
Activities:  Editor in Chief (2013–2014), *Lewis & Clark Law Review*
President (2013–2014), *Public Interest Law Project*
Auction Director 2013, *Public Interest Law Project*
Honors:  Dean's Scholarship for Excellence

**University of North Carolina at Chapel Hill**, Chapel Hill, NC
B.A. (with Honors), Public Policy Administration, May 2007
Thesis: *Examining Differences in Rates of Exit from Welfare in Rural and Urban Counties in North Carolina*
Activities:  Varsity Women's Lacrosse, 2003–2004
Study Abroad, Seville, Spain, Spring 2006

**PROFESSIONAL EXPERIENCE**

**Chenoweth Law Group, PC**
**Co-Managing Attorney**                                                2024 – Present
**Shareholder**                                                          2020 – Present
**Associate Attorney**                                              April 2014 – 2020
  - Represent numerous clients in business and civil litigation
  - Draft and argue countless hearings in courts in Oregon and Washington
  - Try various bench and jury trials in Oregon and Washington
  - Advocate for clients in arbitrations and mediations
  - Manage human resources, development, and operations of law firm

**Judicial Extern**, The Honorable Marco A. Hernández, United States District Court (D. Or.)   Summer 2013

**Legal Intern**, The Honorable Robert I. Richter, Superior Court of the District of Columbia   Summer 2012
  - Drafted orders and correspondence reflecting the Court's action on motions and letters
  - Researched and analyzed motions pending before the Court
  - Prepared sentencing memoranda and observed trials, hearings, and appellate arguments

**Research Associate**, The Mobility Agenda, Washington, DC                     2007–2009
  - Researched and developed new policy ideas for a small think-tank
  - Wrote and edited policy briefs and website content
  - Developed and managed a budget of nearly $500,000
  - Increased public recognition of The Mobility Agenda through dissemination of reports and ideas to legislators, non-profits, and lobbying organizations
  - Co-authored an informational publication, *Access to Driving and License Suspension Policies for the Twenty-First Century Economy*, and presented it at the annual conference for the American Association of Motor Vehicle Administrators
  - Served as a resource for the United States Government Accountability Office for its follow-up study on driver license suspension policies

EXHIBIT 3
Page 1 of 1

# Bradley Crittenden

## PROFESSIONAL EXPERIENCE

**Attorney, OSB No. 173274**                                         Portland, OR
Chenoweth Law Group, P.C.                                  October 2017–Present
- Representing individual and corporate plaintiffs and defendants in trial and appellate proceedings, involving the following areas of law: insurance recovery for policyholders in first- and third-party contexts, business and commercial disputes, real estate disputes, land use proceedings, defending against environmental enforcement actions, prosecuting environmental cost recovery and contribution actions, wills and trust litigation
- Researching legal authorities and creating work product to advise clients and advance their interests in all stages of civil litigation
- Orally advocating on behalf of clients in court hearings
- Thomson Reuters *Rising Star* (2020–present)

**Law Clerk**                                                       Portland, OR
Chenoweth Law Group, P.C.                              August 2016–October 2017
- Drafted memoranda, pleadings, motions, and appellate briefs in civil litigation context
- Researched a wide scope of issues, including commercial litigation, employment disputes, land use and real estate litigation, and controversies involving wills and trusts

**Law Clerk**                                                       Salem, OR
Oregon Tax Court                                        May 2016–August 2016
- Researched state and local tax law issues, constitutional law, evidentiary issues, and legislative history
- Drafted bench memoranda, and drafted one opinion for the Magistrate Division and one opinion for the Regular Division

**Law Clerk**                                                       Portland, OR
Lewis & Clark Low Income Taxpayer Clinic     January 2016–May 2016 / January 2017–May 2017
- Handled all phases of clients' tax controversies with the IRS, including the following: interviewed and communicated with clients and potential witnesses, gathered evidence, communicated with IRS personnel, and negotiated settlements

**Teaching Fellow**                                                 Portland, OR
Lewis & Clark Law School                                   June 2015–May 2016
- Instructed students about proper legal research, writing, and oral argument methods
- Critiqued students' legal memoranda and appellate briefs
- Served as an appellate judge in the annual moot court competition
- Researched legal memoranda problems, created fact scenarios, provided class preparation support to the professor, and independently taught class

EXHIBIT 4
Page 1 of 2

## EDUCATION

**Lewis & Clark Law School**, Portland, OR
Juris Doctor, *cum laude*, May 2017; Pro Bono Honors; Certificate in Federal Tax Law

- *Animal Law Review*, Form & Style Editor, Executive Board (2015–2017)
- Student Bar Association: Curriculum, Budget, and Rules Committees (2015–2016)
- Oregon New Lawyers Division, Student Rep. to the Executive Committee (2016–2017)

**Middle Tennessee State University**, Murfreesboro, TN
Bachelor of Arts, *cum laude*, December 2006

- Major: Philosophy
- Minor: Aerospace, Professional Pilot

EXHIBIT 4
Page 2 of 2

JONATHAN PARKER EDWARDS
SC Bar No. 100829; OR Bar No. 220634; WA Bar No. 57844

## EXPERIENCE

**The Barnett Firm, LLC** Portland, OR　　　　　　　　　　January 2022 – Present
- Work as a transactional lawyer and general counsel for private businesses, as well a civil defense litigator in the areas of business disputes, commercial real estate, construction, employment law, and government ethics.

**In-house On-site Legal, LLC** Portland, OR　　　　　　　July 2020 – December 2021
*Owner/Attorney*
- Operated a general counsel practice, advised businesses in private sectors, including technology, construction, and real estate
- Analyzed and negotiated commercial documents, including leases, shareholder agreements, operating agreements, and board resolutions
- Drafted commercial documents, including pro rata share agreements and shareholder agreements
- Advised on local, state, and federal regulations
- Analyzed complex employment law issues on behalf of businesses, and advised on effective, practical courses of action
  - Classifications under the Fair Labor Standards Act
  - Family Medical Leave Act and Families First Coronavirus Response Act
  - Draft and revise internal policies
  - Memoranda on regulatory compliance
  - Analyze investigations by professional licensing authorities
  - Direct deposit errors
- Advised on business-related tax issues
- Advised on executive hiring decisions
- Negotiated insurance claims on behalf of commercial plaintiffs

**Francis Marion University,** Florence, SC　　　　　　　February 2014 – June 2020
*General Counsel & Adjunct Faculty*
- Analyzed complex employment law issues for a public university, and advised on effective, practical courses of action
  - Managed litigation involving former employees in civil court and administrative hearings
  - Drafted memoranda related to Title VII discrimination, the Fair Labor Standards Act, the Occupational Safety and Health Act, and retaliation law
  - Advised on hiring and firing decisions, including internal investigations
  - Revised background check policies and procedures
  - Drafted memoranda on best practices for workers' compensation claims
  - Advised on payroll and tax issues
  - Assisted with immigration issues related to H1B visas for faculty
  - Advised on Title IX issues as they relate to employees
  - Advised on the Family Medical Leave Act and the Families First Coronavirus Response Act
  - Drafted memoranda on the implications of the U.S. Constitution on employment decisions at a public agency
- Advised the president and the vice presidents of each administrative department on various business law issues
  - Managed litigation in a number of areas, including tort liability, contracts, taxes, law enforcement, due process, and employment law
  - Drafted board resolutions
  - Advised on real estate and construction matters

EXHIBIT 5
Page 1 of 3

JONATHAN PARKER EDWARDS
SC Bar No. 100829; OR Bar No. 220634; WA Bar No. 57844

- Drafted, analyzed, and negotiated business contracts
- Processed, monitored, and negotiated natural disaster insurance claims
- Advised on debt discharges in cases of bankruptcy
- Drafted liability waivers
- Drafted and negotiated entertainment contracts and riders
- Ensured regulatory compliance in a multitude of subject areas, and drafted new policies when necessary
- Drafted memoranda on the application of the Health Insurance Portability and Accountability Act
- Drafted and negotiated lease agreements
- Analyzed and responded to public records requests
- Filed and renewed trademarks
- Pursued and settled trademark infringement cases
- Analyzed and advised on the impact of trusts and bequests to a public agency
- Drafted numerous memorandums of understanding as well as memorandums of agreement
- Handled a multitude of issues regarding public educational law, drafted policies, and advised on best practices
  - Drafted a successful application for U.S. State Department approval to become J1 visa sponsor
  - Drafted new Title IX policies in response to regulatory changes and agency guidance
  - Held seminars to address burgeoning legal issues with senior staff
  - Represented a public university during various internal hearings
  - Ensured compliance with regulatory law, constitutional law, and updated staff on best practices
  - Assisted in drafting student discipline, academic, and faculty policies
  - Analyzed and interpreted NCAA regulations
  - Advised on myriad student housing issues, including gender rights, housing agreements, natural disaster insurance claims, and emotional support animals
- Advised on-campus police department
  - Analyzed internal policies and procedures, including sexual assault investigations and Clery Act reporting, and advised on best practices
  - Advised and updated a police department on Fourth Amendment jurisprudence
  - Assisted with developing active shooter policies
  - Lead a state-wide emergency management international exchange program between South Carolina and Rhineland-Palatinate, DE
- Adjunct professor in the FMU School of Business, teaching a comprehensive business law course covering each area of law applicable to businesses
  - Uniform Commercial Code and the common law of contracts
  - Employment law, labor law, independent contractor law, and agency law
  - Employment discrimination law
  - Environmental regulations
  - Corporations and alternative business structures
  - The at-will employment doctrine and its exceptions (contractual and statutory)
  - Negotiable instruments, credit, and bankruptcy law
  - Intellectual property law
  - Negligence, intentional torts, and product liability law
  - Real estate law
  - Civil procedure and alternative dispute resolution
  - Sources and classifications of law
  - Federal court structure and the selection of judges at the federal and state levels
  - U.S. Constitution and its application to business law
  - Criminal law as it applies to businesses

EXHIBIT 5
Page 2 of 3

JONATHAN PARKER EDWARDS
SC Bar No. 100829; OR Bar No. 220634; WA Bar No. 57844


**Jonathan Edwards Law Office, LLC,** Florence, SC                    April 2013 – February 2014
*Owner/Attorney*
• Operated a law firm which focused on advising and representing local businesses.


**Parham Law Firm, LLC,** Florence, SC                    October 2012 – March 2013
*Attorney*
• Represented clients on all aspects of criminal defense cases and civil litigation.


## EDUCATION

**Charleston School of Law,** Charleston, SC
Juris Doctor, May 2012
- GPA: 3.217
- Merit Scholarship, 2009-2012; Dean's List
- Equal Justice Works Summer Corps Scholarship, 2011
- One of six scholarship recipients featured as a Summer Corps Standout, August 2011
- Criminal Law Society, President 2011-2012; Secretary 2010-2011
- Law Democrats, President 2011-2012

**Francis Marion University,** Florence, SC
Bachelor of Science in Psychology (minor: Political Science), May 2009
- Honors Student Association; Pi Gamma Mu; Psi Chi


## MEMBERSHIPS
- President, Rotary Club of Florence—2018-2019; Secretary—2016-2017
- Board Member, Florence Regional Arts Alliance—2017—2020
- Board Member, North Dargan Business Incubator—2014
- Member, SC Bar—2012-Present; WA Bar—2021–Present; OR Bar—2022–Present;  Florence County Bar—2013-2020; Multnomah County Bar—2020–Present; NACUA—2014-2021


## PRESENTATIONS & RECOGNITION
- Young Rotarian of the Year, Rotary Club of Florence—2016
- Panel Discussion on Careers in Higher Education Law, Charleston School of Law—10/19/2016
- Taught CLE class on Title IX for attorneys—12/04/2015
- McNair Symposium, Francis Marion University: 1 of 3 panelists who discussed the 50th anniversary of the Civil Rights Act of 1964—10/14/2014
- Featured in *Charleston Magazine's* Giving Back Awards edition—11/2011
- Interviewed for the "Focus on Pro Bono" feature of South Carolina's *Access to Justice Blog*—10/29/2010

EXHIBIT 5
Page 3 of 3

17CV33420

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

| | |
|---|---|
| DOUGLAS ATHERTON and ANITA ATHERTON,<br><br>                            Plaintiffs,<br><br>        v.<br><br>FIONA RICKFORD,<br><br>                            Defendant. | Case No.: 17CV33420<br><br>**SUPPLEMENTAL JUDGMENT AND MONEY AWARD** |

This matter came before the Honorable Douglas Van Dyk on March 7, 2019 at approximately 4:00 p.m. on *Athertons' Statement of Attorney Fees, Costs, and Disbursements* filed by Plaintiffs Douglas Atherton and Anita Atherton, dated December 21, 2018 ("Statement"). Attorney Brooks M. Foster appeared for Plaintiffs. Attorney Mark Monson appeared for Defendant Fiona Rickford.

The court reviewed the written submissions of the parties, heard oral argument, and has been fully advised. The Court therefore makes the findings, conclusions, and money award stated below in favor of Plaintiffs and against Defendant.

IS IT HEREBY ORDERED AND ADJUDGED that this *Supplemental Judgment and Money Award* shall be entered in favor of Plaintiffs Douglas Atherton and Anita Atherton and against Defendant Fiona Rickford, such that Plaintiffs are awarded reasonable attorney fees in the amount of $113,535.50, plus costs, disbursements, and a prevailing party fee in the amount of $831.00, plus statutory interest on these awards at 9% per annum from the date

Page 1 -   SUPPLEMENTAL JUDGMENT AND MONEY AWARD

EXHIBIT 6
Page 1 of 7

of entry until paid. These awards are separate from and in addition to any prior limited or general judgment entered in this case.

**FINDINGS, CONCLUSIONS, AND JUDGMENT OF THE COURT**

1. An award of reasonable attorney fees to Plaintiffs is appropriate pursuant to ORS 20.080. Plaintiffs filed this lawsuit as an action for damages for a wrong to property with damages pleaded of $10,000 or less. Plaintiffs made a written demand for payment on Defendant before Plaintiffs filed this lawsuit, and that demand conformed to the requirements of ORS 20.080, including ORS 20.080(3).

2. Plaintiffs are the prevailing parties and are entitled to the prevailing party fee requested in their Statement, in the amount of $325.

3. The Court awards the costs sought by Plaintiffs with the exception of the $291 they claimed for internet research (Westlaw) charges. The Court awards a total of $831 in costs, which total includes the prevailing party fee of $325.

4. The Court considered the factors provided by ORS 20.075 in determining the amount of Plaintiffs' reasonable attorney fee award.

5. The objective reasonableness of the parties' claims and defenses does not weigh significantly in favor of one party or the other, but the Court recognizes that the Plaintiffs had the stronger position in this case from the outset.

6. Neither party was objectively unreasonable. It is not uncommon for disputes to arise over easement rights in rural areas in Clackamas County. The scope of rights and obligations provided by an easement can be uncertain to non-lawyers.

7. The parties and their attorneys were diligent in prosecuting and defending the case.

8. An award of attorney fees in this case will not deter others from asserting good faith or meritless claims or defenses.

Page 2 - SUPPLEMENTAL JUDGMENT AND MONEY AWARD

EXHIBIT 6
Page 2 of 7

9. The Court does not find that Plaintiffs' counsel was precluded from taking other cases by his work on this matter.

10. The attorney fee award takes into account the time and labor required and the novelty and difficulty of the issues involved.

11. The amount of time needed to prepare a case like this for trial is significant. This dispute involved an easement, real property, and their surrounding circumstances, which had to be analyzed in the context of existing laws and how a judge or jury might decide the scope of the easement and the amount of damages, including noneconomic damages.

12. This type of case requires representation by attorneys with skills related to real property law and trial practice. To prepare for trial and resolve a case like this involving claims for damages of no more than $10,000 and easement terms that are ambiguous in at least some aspects and where there is some uncertainty about the scope of rights requires a high level of skill in both litigation and real estate law.

13. The amount of damages claimed by Plaintiffs was relatively small, but the property rights at issue were meaningful. The Court is mindful of the amount of damages involved in the controversy and also of the fact that the case involved land, people's attachment to the land, and property interests that were important to the parties involved. The significance of the case was not limited to the amount of damages claimed by Plaintiffs.

14. The hourly rates sought by Plaintiffs in their Statement (for work by attorneys, paralegals, and a law clerk) are reasonable in this community and in comparison to prevailing rates for legal services in the surrounding market during the time period when the services were provided.

15. Plaintiffs' attorney Brooks M. Foster and his firm, Chenoweth Law Group, PC, are well regarded in this community and well qualified. They are experienced in the areas of real estate law and civil litigation.

Page 3 -  SUPPLEMENTAL JUDGMENT AND MONEY AWARD

EXHIBIT 6
Page 3 of 7

16.    The attorney fees sought by Plaintiffs included fees for work by a law clerk that the Court finds to have billed for more time than what was reasonable in the context of this case.  For this reason the Court deducts $8,750 from the attorney fees sought by Plaintiffs.  Otherwise, the amount of fees sought by Plaintiffs is reasonable.  Pursuant to ORS 20.080, the Court awards Plaintiffs $113,535.50 in reasonable attorney fees on their claims for relief.

17.    Defendant argued attorney fees for work on equitable claims should not be awarded pursuant to ORS 20.080, but provided no basis to segregate work on Plaintiffs' equitable claim for an injunction from work on any other aspect of the case.  The Court finds Plaintiffs' equitable claim was wholly intertwined with Plaintiffs' other claims.  The damages claims were resolved the day before trial, and the remaining claims were resolved on the day of trial, with the exception of the attorney fee claim.  After trial, the work related to preparing judgments and protecting Plaintiffs' rights.  None of the work for which Plaintiffs sought attorney fees was shown to be segregable between work on their equitable claim and other claims.  If work on Plaintiffs' equitable claim could have and should have been segregated and excluded from Plaintiffs' attorney fee award, the deduction of $8,750 referenced above is adequate to account for this issue.

## MONEY AWARD

| | |
|---|---|
| 1. Judgment Creditors: | Douglas and Anita Atherton |
| 2. Judgment Creditors' Attorney: | Brooks M. Foster<br>Chenoweth Law Group PC<br>510 SW Fifth Ave., 5th floor<br>Portland, OR 97204<br>(503) 221-7958 |
| 3. Judgment Debtor: | Fiona Rickford<br>1215 SE 34th Ave.<br>Portland OR 97214 |

Page 4 -   SUPPLEMENTAL JUDGMENT AND MONEY AWARD

EXHIBIT 6
Page 4 of 7

| | |
|---|---|
| 4. Judgment Debtor's Date of Birth, Social Security Number, and Driver's License Information | Unknown |
| 5. Judgment Debtor's Attorney: | Mark Monson<br>Law Offices of Julie D. Elkins<br>4380 SW Macadam Ave. Suite 350<br>Portland OR 97239 |
| 6. Persons Entitled to Receive Portion of Judgment | n/a |
| 7. Money award exclusive of other awards below: | $0 |
| 8. Post-Judgment Interest on items 8 and 9 from date of entry of this supplemental judgment and money award: | 9% simple interest per annum pursuant to ORS 82.010 |
| 9. Accrued arrearages | n/a |
| 10. Attorney Fees: | $113,535.50 awarded pursuant to ORS 20.080 on Plaintiffs' claims for relief |
| 11. Costs, disbursements, and prevailing party fee: | $831.00 awarded pursuant to ORCP 68 and ORS 20.190 |

Signed: 4/3/2019 04:56 PM

_____

Circuit Court Judge Douglas V. Van Dy

**Submitted by:**
Brooks M. Foster, OSB No. 042873
Chenoweth Law Group, PC
510 SW Fifth Ave., Fifth Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: bfoster@northwestlaw.com

*Attorneys for Plaintiffs, Douglas and Anita Atherton*

Page 5 -  SUPPLEMENTAL JUDGMENT AND MONEY AWARD

EXHIBIT 6
Page 5 of 7

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

| | |
|---|---|
| DOUGLAS ATHERTON and ANITA ATHERTON,<br><br>Plaintiffs,<br><br>v.<br><br>FIONA RICKFORD,<br><br>Defendant. | Case No.: 17CV33420<br><br>**CERTIFICATE OF COMPLIANCE (UTCR 5.100)** |

This proposed order or judgment is ready for judicial signature because

1.    □    Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

2.    □    Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or by written confirmation of approval sent to me.

3.    ■    I have served a copy of this order or judgment on all parties entitled to service and:

a.    ■    No objection has been served on me.

b.    □    I received objections that I could not resolve with the opposing party despite reasonable efforts to do so.  I have filed a copy of the objections I received and indicated which objections remain unresolved.

1 – CERTIFICATE OF COMPLIANCE (UTCR 5.100)

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, Fifth Floor**
Portland**, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: bfoster@northwestlaw.com**

EXHIBIT 6
Page 6 of 7

c.    □    After conferring about objections, [ role and name of opposing party] agreed to independently file any remaining objection.

4.    □    Service is not required pursuant to UTCR 5.100(3), or by statute, rule, or otherwise.

5.    □    This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of Crime Victims' Assistance Section as required by subsection (4) of this rule.

6.    □    Other:    _____

DATED:  March 18, 2019

CHENOWETH LAW GROUP, PC


 _/s/ Brooks M. Foster_____
Brooks M. Foster, OSB No. 042873
510 SW Fifth Ave., Fifth Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: bfoster@northwestlaw.com

*Attorneys for Plaintiffs,*
*Douglas Atherton and Anita Atherton*

2 – CERTIFICATE OF COMPLIANCE (UTCR 5.100)

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fifth Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@northwestlaw.com

EXHIBIT 6
Page 7 of 7

# Oregon State Bar
# 2022 Economic Survey
## Report of Findings







**Regional Research Institute**

EXHIBIT 7
Page 1 of 117

This report was prepared for:

**Oregon State Bar**

**Susan Grabe**
Chief Communications & Public Affairs Officer

**Matt Shields**
Public Affairs Staff Attorney

Submitted
March 2023

By

| | | |
|---|---|---|
| **Debi Elliott, PhD** | **Mary Oschwald, PhD** | **Nick Chaiyachakorn, BA** |
| 503-725-5198 | 503-725-9602 | 503-725-4040 |
| elliottd@pdx.edu | oschwald@pdx.edu | chaiyac@pdx.edu |
| **Megan Cook, BA** | **Christian Thompson, BA** | |
| 503-725-4040 | 503-725-4040 | |
| megcook@pdx.edu | cdt3@pdx.edu | |

**Regional Research Institute for Human Services**
Portland State University
P.O. Box 751                    1600 SW 4th Avenue, Suite 900
Portland, OR 97207-0751         Portland, OR 97201

www.pdx.edu/regional-research-institute

EXHIBIT 7
Page 2 of 117

# Table of Contents

**Executive Summary**................................................................................................ **8**

**Methodology** ......................................................................................................... **10**

    Background ..................................................................................................... 10

    Sampling Plan and Respondent Recruitment ..................................................... 11

    Disposition of Records and Response Rate......................................................... 13

    Sampling Error................................................................................................ 13

    Attorney Characteristics .................................................................................. 14

    Analytic Approach and Findings Interpretation .................................................. 17

    Comparison to Previous Surveys ...................................................................... 18

**Findings** ............................................................................................................... **19**

    Attorney Employment Characteristics ............................................................... 19

    Compensation................................................................................................. 26

    Billing Practices.............................................................................................. 41

    Practice Characteristics ................................................................................... 48

    COVID-19 Impact........................................................................................... 53

    Wellness ........................................................................................................ 60

    Law School Student Debt ................................................................................ 68

    Law School Student Debt Level ........................................................................ 71

    Law School Monthly Student Debt Payments..................................................... 77

    Career Satisfaction ......................................................................................... 83

    Future Plans .................................................................................................. 89

    Lawyers of Color ............................................................................................ 91

    Women Lawyers.............................................................................................. 99

**Appendix A: Survey Instrument** ......................................................................... **107**

**Appendix B: Email Invitation and Reminders** ..................................................... **113**

EXHIBIT 7
Page 3 of 117

# List of Tables and Figures

Table 1:      Distribution of OSB Members by Region ........................................................................ 11

Figure 1:     Map of Oregon Regions ................................................................................................. 12

Table 2:      Survey Recruitment ...................................................................................................... 12

Table 3:      Final Record Dispositions ............................................................................................. 13

Table 4:      Attorney Characteristics ............................................................................................... 14

Table 5:      Children in the Household ............................................................................................. 15

Table 6:      Children in the Household by Attorney Gender ............................................................. 16

Table 7:      Selected Data across Survey Years ............................................................................... 18

Table 8:      Years Admitted to Practice in Oregon ........................................................................... 19

Table 9:      Total Years Admitted to Practice in Any State ............................................................... 20

Table 10:     Other States in which Oregon Attorneys are an Active Member .................................... 20

Table 11:     Currently Working as a Lawyer in Oregon ..................................................................... 21

Table 12:     Current Level of Employment ....................................................................................... 21

Table 13:     Level of Non-Legal Employment ................................................................................... 22

Table 14:     Reasons for Choosing to Be a Part-time Lawyer ............................................................ 22

Table 15:     Total Years Admitted to Practice for Respondents Not Working as a Lawyer in Oregon ........ 23

Table 16:     Type of Employment as of 12/31/2021 ......................................................................... 23

Table 17:     Area of Practice Representing 50% or More of Practice as of 12/31/21 ........................... 24

Table 18:     Size of Practice as of 12/31/21 .................................................................................... 25

Table 19:     Method of Payment as of 12/31/21 for Full- and Part-time Lawyers ............................... 25

Table 20:     2021 Compensation for All Respondents ...................................................................... 26

Table 21:     2021 Compensation for Full-time and Part-time Lawyers by Selected Variables ............. 26

Table 22:     2021 Compensation by Gender ..................................................................................... 28

Table 23:     2021 Compensation by Gender and Years Admitted to Practice ...................................... 29

Table 24:     2021 Compensation by Age .......................................................................................... 30

Table 25:     2021 Compensation by Years Admitted to Practice in Oregon ........................................ 30

Table 26:     2021 Compensation by Total Years Admitted to Practice ............................................... 32

Table 27:     2021 Compensation by Type of Employment as of 12/31/21 .......................................... 33

Table 28:     2021 Compensation by Area of Practice ........................................................................ 34

Table 29:     2021 Compensation by Size of Practice ........................................................................ 37

Table 30:     2021 Compensation by Current Level of Employment .................................................... 38

Table 31:     2021 Compensation by Method of Payment as of 12/31/21 ............................................ 38

Table 32:     2021 Compensation by Method of Payment – Full-time Lawyers Only ............................. 39

Table 33:     2021 Hours Billed per Month – Private Practice, Full- or Part-time by Choice .................. 41

Table 34:     2021 Hours Billed per Month by Method of Payment – Private Practice, Full- or Part-time by Choice ................................................................................................................. 41

Table 35:     2021 Hourly Billing Rate – Private Practice .................................................................... 42

EXHIBIT 7
Page 4 of 117

Table 36:   2021 Hourly Billing Rate by Total Years Admitted to Practice – Private Practice..................42

Table 37:   2021 Hourly Billing Rate by Area of Practice – Private Practice...........................................43

Table 38:   Change in Billing Methods over Last Five Years – Private Practice ....................................47

Table 39:   2021 Hours Worked per Month by Current Level of Employment.........................................48

Table 40:   2021 Hours Worked per Month by Type of Employment – Full-time Lawyers Only ..............48

Table 41:   2021 Average Pro-Bono and Community Service Hours per Month by Type of Employment..49

Table 42:   Policies for Offering Legal Services at a Reduced Rate ......................................................50

Table 43:   Policies for Offering Legal Services at a Reduced Rate by Firm Size.................................50

Table 44:   Number of Clients Provided Reduced Rate Legal Services..................................................51

Table 45:   Number of Clients Provided Reduced Rate Legal Services by Firm Size ............................52

Table 46:   Percentage of Normal Rate Reduced...................................................................................52

Table 47:   Percentage of Normal Rate Reduced by Firm Size .............................................................52

Table 48:   Changes to Work Location due to COVID-19 .......................................................................53

Table 49:   Continue to Work in Office Less Frequently than Prior to COVID-19...................................53

Table 50:   Changes to Work Location due to COVID-19 by Employment Type .....................................54

Table 51:   Changes to Work Location due to COVID-19 by Total Years Admitted to Practice ...............56

Table 52:   Changes to Work Location due to COVID-19 by Gender.......................................................58

Table 53:   Wellness Policies and Practices .........................................................................................60

Table 54:   Wellness Policies and Practices by Employment Type........................................................61

Table 55:   Wellness Policies and Practices by Total Years Admitted to Practice.................................63

Table 56:   Wellness Policies and Practices by Gender.........................................................................66

Table 57:   Current Law School Student Debt as of 12/31/21 ...............................................................68

Table 58:   Current Law School Student Debt as of 12/31/21 by Type of Employment .........................68

Table 59:   Current Law School Student Debt as of 12/31/21 by Level of Employment.........................69

Table 60:   Student Debt as of 12/31/21 by Total Years Admitted to Practice ......................................69

Table 61:   Student Debt as of 12/31/21 by Race/Ethnicity ..................................................................70

Table 62:   Total Law School Student Debt as of 12/31/21 ...................................................................71

Table 63:   Total Law School Student Debt as of 12/31/21 by Type of Employment..............................71

Table 64:   Total Law School Student Debt as of 12/31/21 by Level of Employment ............................72

Table 65:   Total Law School Student Debt as of 12/31/21 by Total Years Admitted to Practice............73

Table 66:   Total Law School Student Debt as of 12/31/21 by Race/Ethnicity.......................................74

Table 67:   Making Current Law School Student Debt Payments...........................................................77

Table 68:   Monthly Law School Student Loan Payments ......................................................................77

Table 69:   Monthly Law School Student Loan Payments by Type of Employment................................78

Table 70:   Monthly Law School Student Loan Payments by Level of Employment ...............................79

Table 71:   Monthly Law School Student Loan Payments by Total Years Admitted to Practice...............79

Table 72:   Monthly Law School Student Loan Payments by Race/Ethnicity........................................81

Figure 2:   Legal Employment Satisfaction Mean Ratings ...................................................................83

Figure 3:   Legal Employment Satisfaction Mean Ratings by Gender...................................................83

EXHIBIT 7
Page 5 of 117

Table 73:  Legal Employment Satisfaction Mean Ratings by Total Years Admitted to Practice ............... 84
Table 74:  Legal Employment Satisfaction Mean Ratings by Type of Employment as of 12/31/21 ......... 84
Table 75:  Legal Employment Satisfaction Mean Ratings by Area of Practice as of 12/31/21 ............... 85
Table 76:  Legal Employment Satisfaction Mean Ratings by Current Level of Employment ................... 86
Figure 4:  Non-Legal Employment Satisfaction Mean Ratings ....................................................... 86
Table 77:  Non-Legal Employment Satisfaction Mean Ratings by Current Level of Non-Legal
Employment.............................................................................................................. 87
Figure 5:  Non-Legal Employment Satisfaction Mean Ratings by Gender ........................................... 87
Table 78:  Non-Legal Employment Satisfaction Mean Ratings by Total Years Admitted to  Practice ....... 88
Table 79:  Future Plans in Next Five Years ................................................................................. 89
Table 80:  Future Plans in Next Five Years by Type of Employment as of 12/31/21 ........................... 89
Table 81:  Future Plans in Next Five Years by Legal Employment Satisfaction ................................... 90
Table 82:  Lawyers of Color: Age ............................................................................................. 91
Table 83:  Lawyers of Color: Years Admitted to Practice in Oregon ................................................. 91
Table 84:  Lawyers of Color: Current Level of Employment............................................................ 92
Table 85:  Lawyers of Color: Type of Employment as of 12/31/21 .................................................. 92
Table 86:  Lawyers of Color: Area of Practice Representing 50% or More of Practice as of 12/31/21 ..... 93
Table 87:  Lawyers of Color: Size of Practice as of 12/31/21 ......................................................... 94
Table 88:  Lawyers of Color: Method of Payment as of 12/31/21 .................................................... 94
Table 89:  Lawyers of Color: 2021 Annual Compensation .............................................................. 95
Table 90:  Lawyers of Color: 2021 Annual Compensation by Current Level of Employment ................. 95
Table 91:  Lawyers of Color: 2021 Annual Compensation by Total Years Admitted to Practice ............. 95
Table 92:  Lawyers of Color: 2021 Hours Billed per Month – Private Practice Only ............................. 96
Table 93:  Lawyers of Color: 2021 Hourly Billing Rate – Private Practice Only ................................... 97
Table 94:  Lawyers of Color: 2021 Hours Worked per Month by Current Level of Employment ............. 97
Figure 6:  Lawyers of Color: Legal Employment Satisfaction Mean Ratings........................................ 98
Table 95:  Lawyers of Color: Future Plans in Next Five Years ......................................................... 98
Table 96:  Women Lawyers: Age.............................................................................................. 99
Table 97:  Women Lawyers: Years Admitted to Practice in Oregon ................................................. 99
Table 98:  Women Lawyers: Total Years Admitted to Practice ...................................................... 100
Table 99:  Women Lawyers: Current Level of Employment .......................................................... 100
Table 100:  Women Lawyers: Type of Employment as of 12/31/21 ................................................ 101
Table 101:  Women Lawyers: Area of Practice Representing 50% or More of Practice as of 12/31/21 ... 101
Table 102:  Women Lawyers: Size of Practice as of 12/31/21........................................................ 102
Table 103:  Women Lawyers: Method of Payment as of 12/31/21 ................................................. 102
Table 104:  Women Lawyers: 2021 Annual Compensation ........................................................... 103
Table 105:  Women Lawyers: 2021 Annual Compensation by Current Level of Employment ............... 103
Table 106:  Women Lawyers: 2021 Annual Compensation by Total Years Admitted to Practice ........... 103
Table 107:  Women Lawyers: 2021 Hours Billed per Month – Private Practice Only ........................... 104
Table 108:  Women Lawyers: 2021 Hourly Billing Rate – Private Practice Only ................................. 105

EXHIBIT 7
Page 6 of 117

Table 109:   Women Lawyers: 2021 Hours Worked per Month by Current Level of Employment............ 105

Figure 7:     Women Lawyers: Legal Employment Satisfaction Mean Ratings ...................................... 106

Table 110:   Women Lawyers: Future Plans in Next Five Years ......................................................... 106

EXHIBIT 7
Page 7 of 117

# Executive Summary

The 2022 Economic Survey was a replication of a similar survey conducted every four to five years since 1994. It captures employment characteristics, practice characteristics, compensation amounts, billing practices, career satisfaction, future plans, and personal characteristics of Oregon State Bar members. Over 4,500 members responded to the survey for an overall response rate of 33.7%.

## Findings Highlights

Since 2017, the average age of participants increased slightly (2017: 47.6 years, 2022: 49.2 years), while the average number of years admitted to practice in Oregon decreased (2017: 20 years, 2022: 18 years). This year's survey also included lawyers living outside of Oregon but still practicing within Oregon, and the majority of those individuals were admitted to practice within the last three years (18.9%). Taken together, this suggests that lawyers with more tenure are aging out, while younger lawyers appear to be more likely to work outside of Oregon.

The trend went in the opposite direction for lawyers of color, with the youngest age groups decreasing (under 30 years decreased from 6.5% to 3.1%; 30-39 years decreased from 30.6% to 23.4%) and the oldest age groups increasing (50-59 years increased from 14.8% to 22.0%; 60+ years increased from 11.1% to 20.7%). This coupled with the mean years in practice increasing from 13.8 years in 2017 to 16.4 years in 2022 suggests that there needs to be a concerted effort to attract new lawyers of color to practice in Oregon.

In 2022, more than half of respondents indicated that they are paid as an employee (53.6%), while in 2017 the largest proportion of respondents were an owner (45.5%). This shift was also notable for women lawyers, with employees increasing to 64.7% in 2002 and owners decreasing to 32.0%. Lawyers of color experienced the opposite change, with owners increasing to 42.5% and employees decreasing to 55.0%, although being an employee still represented a larger proportion of lawyers.

Mean compensation for all respondents increased to $180,194 in 2022 from $143,277 in 2017 – a 25.8% increase, which represents the largest ever increase between survey years. At the same time, the gender gap for compensation continues to widen, with the difference in average income for men versus women being $43,047 in 2017 relative to $51,888 in 2022. Data from lawyers of color show an increase of 18.7% for a mean compensation of $132,689 (2017) to $157,489 (2022). Even though women lawyers' mean compensation increased by 31.2% ($115,979 in 2017 to $152,216 in 2022), a larger increase than for everyone and lawyers of color, women still have lower overall compensation in 2022.

Mean compensation by years admitted to practice in Oregon shifted from 2017 to 2022. The highest average compensation in 2022 was for lawyers in practice 16-20 years ($220,631, increase of $70,854 or 47.3%) compared to the highest average compensation in 2017 was for those admitted to practice more than 30 years ($185,602, increase of $34,627 or 18.7%). The lowest increase in compensation was seen for new lawyers who were in practice 0-3 years ($5,886 or 6.5%), which could be contributing to the reduction of new lawyers in Oregon.

A change to the survey questions this year involved the separation of criminal defense by the proportion of court-appointed clients in their practice (95% or more, 50%-94%, or less than 50%). Criminal defense lawyers with less than 50% of their clients being court-appointed had the highest compensation on average ($145,758), compared to those with 50%-94% court-appointed clients ($129,870), and 95% or more

EXHIBIT 7
Page 8 of 117

($110,475). Prosecuting attorneys' level of compensation was $119,330, which fell below criminal defense attorneys with less than 95% of court-appointed clients.

For private practice lawyers, the average number of hours billed per month was 106.9, an increase from the previous statewide average of 97.4. A similar increase was found in mean hourly billing rates, which were $344 in 2022 and $286 in 2017.

Across the state, lawyers reported owing an average of $116,974 in law school student debt. The lawyers working in private nonprofits owed the highest amount on average ($135,900), while judges/hearing officers and in-house counsel have the least mean amount of debt ($54,692 and $94,512, respectively). At the same time, the highest mean total debt by years admitted to practice was 4-6 years ($168,384), and the lowest mean total debt was among those practicing for 16-20 years ($46,883). With race and ethnicity data, it seems that Black and African American lawyers have the highest total student debt on average ($179,874), and Asian ($112,513) and White ($112,446) lawyers have the lowest on average.

Despite the pandemic and other challenges lawyers faced over the last five years, career satisfaction ratings did not change much. However, mean ratings decreased slightly statewide (.05) and in six of the seven regions (.03-.13). The largest reduction was seen among female lawyers in Upper Willamette Valley (4.18 to 3.93) and Southern Oregon (4.07 to 3.82).

# Methodological Changes in 2022

A few changes were made to both the data collection approach in 2022:
- All active OSB members were invited to participate.
- OSB members not currently working as a lawyer in Oregon were asked to respond to demographics and student debt items.
- Lawyers employed in the government were asked all survey items.

A few items were removed from the 2022 survey:
- Year of birth, Year admitted to OSB, County, Zip Code – secured from OSB database
- Leadership bank

A few items were added to the 2022 survey:
- Policy for offering legal services to low-income clients
- Impact of COVID-19 on work location
- Employee wellness policies and practices
- Student debt from law school
- Disability status

The following items were revised for the 2022 survey:
- Added option to current employment status for those not currently working as a lawyer in Oregon: Working as a lawyer outside of Oregon
- Criminal law was divided into four categories:
  - Prosecution
  - Defense – 95% or more court-appointed clients
  - Defense – 50%-94% court-appointed clients
  - Defense – less than 50% court-appointed clients
- Age groupings removed for number of children

EXHIBIT 7
Page 9 of 117

# Methodology

The Portland State University (PSU) Regional Research Institute for Human Services (RRI) partnered with the Oregon State Bar (OSB) to conduct an economic survey of its active membership to document demographic and financial information for practicing Oregon attorneys. The survey was conducted online from September 20, 2022 through November 3, 2022, and over 4,500 members responded.

## Background

The 2022 Economic Survey was a replication of a similar survey conducted every four to five years since 1994. The RRI worked with OSB staff to review the 2017 survey and finalize the content for 2022. The majority of the 2017 items were retained for comparability over the years. Some items were removed because the data were secured from the OSB database (i.e., year of birth, year admitted to OSB, county, and zip code) Three items were removed (i.e., familiarity with the Oregon Law Foundation's Leadership Bank program, choice of Leadership bank, and number of children by age), some items had response options added to provide additional detail, and six items were added (i.e., policy for offering legal services to low-income clients, impact of COVID-19, employee wellness, student debt from law school, disability status, and number of children living in household). Prior to implementation, the survey instrument was reviewed by both OSB and RRI staff to ensure items were accurately worded and that the collected data would provide the OSB with the information they need for reporting to its membership.

The survey included items in the following areas:

- **Attorney Employment Characteristics**
  - Active member of state bars other than Oregon
  - Year admitted to other state bars
  - Currently practicing in Oregon
  - Level of employment
  - Type of employment
  - Area of practice
  - Size of practice
- **Practice Characteristics**
  - Average hours worked per month (billed or not)
  - Policy for offering legal services to low-income clients
  - Average pro bono hours per month
  - Average community service hours per month
  - Wellness policies and practices
- **Compensation**
  - Annual compensation from legal practice

- **Billing Practices**
  - Method of payment
  - Hourly billing rate
  - Average hours billed per month
  - Billing methods
- **COVID-19 Impact on Work Location**
- **Career Satisfaction**
  - Rating of legal employment
  - Rating of non-legal employment
- **Future Plans – Next Five Years**
- **Student Debt from Law School**
  - Current student debt level
  - Monthly payment
- **Attorney Characteristics**
  - Gender
  - Race or ethnicity
  - Disability status
  - Number of children living in household

The final survey instrument can be found in Appendix A of this report. The survey was programmed in Qualtrics (http://qualtrics.com) web survey software.

EXHIBIT 7
Page 10 of 117

# Sampling Plan and Respondent Recruitment

This year, all active OSB members were invited to participate in the web survey. OSB staff provided the sample of members and their email addresses, as well as data points that allowed the removal of some survey items (i.e., year of birth, year admitted to OSB, county, zip code). A total sample of 14,802 records was received, including OSB members who currently reside outside of Oregon. Table 1 shows the distribution of members by region in the population and the survey responses (i.e., a survey was initiated). The distribution of completed surveys is quite comparable to the distribution of members by region.

| Table 1: Distribution of OSB Members by Region | | | | |
|---|---|---|---|---|
| | OSB Membership | | Survey Responses | |
| **Region** | Count | Percent | Count | Percent |
| **Downtown Portland:** Zip Codes 97201, 97204, 97205, 97207, 97208, 97209, 97228, 97240, 97258 | 3,411 | 23.0% | 1,141 | 25.2% |
| **Tri-County:** Remainder of Multnomah County, plus Clackamas and Washington Counties | 4,190 | 28.3% | 1,344 | 29.6% |
| **Upper Willamette Valley:** Marion, Polk, and Yamhill Counties | 1,441 | 9.7% | 530 | 11.7% |
| **Lower Willamette Valley:** Benton, Lane, and Linn Counties | 1,041 | 7.0% | 349 | 7.7% |
| **Southern Oregon:** Douglas, Jackson, Josephine, and Klamath Counties | 544 | 3.7% | 166 | 3.7% |
| **Eastern Oregon:** Baker, Crook, Deschutes, Gilliam, Grant, Harney, Hood River, Jefferson, Lake, Malheur, Morrow, Sherman, Umatilla, Union, Wallowa, Wasco, and Wheeler Counties | 778 | 5.3% | 296 | 6.5% |
| **Oregon Coast:** Clatsop, Columbia, Coos, Curry, Lincoln, and Tillamook Counties | 310 | 2.1% | 99 | 2.2% |
| **Outside of Oregon** | 3,087 | 20.9% | 611 | 13.5% |
| **Totals** | **14,802** | **100%** | **4,536** | **100%** |

Figure 1 on the next page shows a map of Oregon and the geographies that make up each region.

EXHIBIT 7
Page 11 of 117

Figure 1: Map of Oregon Regions



OSB members were recruited by email and could have received up to five emails, including an initial invitation, an email describing a programming correction (i.e., a faulty skip pattern was corrected), and three reminder emails. The content of each of those emails is included in Appendix B of this report. The web survey was available from Tuesday, September 20, 2022 through Thursday, November 3, 2022, for a total of 45 days. Table 2 summarizes the email dates and recipient counts. Each successive email was sent to only those who had not completed the survey, had a valid email, and had not opted out from the survey.

## Table 2: Survey Recruitment

| Email Type | Number of Recipients | Date Sent |
|---|---|---|
| Invitation | 14,802 | 1:00pm, Tuesday, September 20, 2022 |
| Correction Notification | 13,294 | 10:00am, Thursday, September 22, 2022 |
| Reminder #1 | 12,867 | 1:00pm, Monday, September 26, 2022 |
| Reminder #2 | 11,704 | 12:00pm, Wednesday, October 5, 2022 |
| Reminder #3 | 11,308 | 2:00pm, Monday, October 17, 2022 |
| Survey Closed | | 9:00am, Thursday, November 3, 2022 |

EXHIBIT 7
Page 12 of 117

# Disposition of Records and Response Rate

In order to calculate response rate, the disposition of all records included in the sample needs to be identified. The 1,250 emails that were undeliverable or otherwise bounced could have been due to invalid email addresses or individual email settings (e.g., automatically sent to a spam folder or otherwise rejected). After the survey was closed, the file of completed and partially completed surveys was downloaded and reviewed. Working with OSB staff, it was determined that only surveys that were at least 50% complete would be included for the analysis, which was 3,756 of the 4,536 respondents who started the survey (82.8%). The majority of those records involved the respondent ending the survey early, resulting in the demographic items at the end of the survey being blank. It is important to note that most of the respondents who started the survey (72.0%) completed at least 90% of the survey.

Table 3 presents the final dispositions of all 14,802 OSB records included in the initial invitation email.

| Table 3: Final Record Dispositions | | |
|---|---|---|
| **Disposition** | Count | Percent |
| Completed Surveys ($\geq$50%) | 3,756 | 25.4% |
| Incomplete Surveys (<50%) | 780 | 5.3% |
| Undeliverable/Bounced Email Addresses | 1,250 | 8.4% |
| No longer practicing | 82 | 0.5% |
| No Response | 8,934 | 60.4% |
| **Total** | **14,802** | **100%** |

To calculate response rate, it is necessary to identify the total number of valid records that were deliverable. Removing the undeliverable/bounced and no longer practicing records from the total, the valid sample for calculating response rate was 13,470. The survey response rate was calculated in two ways. First, to determine the response rate for everyone who started the survey (n=4,536), the number of initiated surveys (regardless of completeness) was divided by the total number of valid records, which results in an overall response rate of 33.67%. This response rate is comparable to how it was calculated for the 2017 survey. The second calculation was based on completed surveys only (i.e., $\geq$50% complete, n=3,756), which resulted in a response rate of 27.88%.

# Sampling Error

In addition to response rate, sampling error (also known as margin of error) was calculated to represent the level of accuracy of the results. The commonly accepted value for sampling error is plus or minus five percent (denoted as $\pm$5%) and a typical confidence interval used in survey research is 95%. For this survey, the achieved sample size of 3,756 completed surveys and the population of 14,802 OSB members result in a sampling error of $\pm$ 1.36%. With a sampling error well below (i.e., better than) the commonly accepted $\pm$5% sampling error, the findings of this survey can be considered accurate and generalizable to the population of all OSB members.

EXHIBIT 7
Page 13 of 117

# Attorney Characteristics

Table 4 presents the age, gender, race or ethnicity, and disability by region for 3,756 survey respondents (i.e., those who completed at least 50% of the survey). In contrast to 2017, this year even those who were not working as a lawyer were still asked to complete the demographic section of the survey. The sample sizes for each of the geographies are included in the column headings. Note that there are no missing data for Age because respondents' birth years were uploaded with the sample from the OSB database.

## Table 4: Attorney Characteristics (N=3,756)

| Age | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=567) |
|---|---|---|---|---|---|---|---|---|---|
| Under 30 years | 3.0% | 3.3% | 2.5% | 3.3% | 3.9% | 6.1% | 2.5% | 1.3% | 2.1% |
| 30-39 years | 23.5% | 27.6% | 21.8% | 22.5% | 21.8% | 19.7% | 19.7% | 12.8% | 23.5% |
| 40-49 years | 28.3% | 30.2% | 27.8% | 32.8% | 25.0% | 20.5% | 28.2% | 24.4% | 28.3% |
| 50-59 years | 22.7% | 20.9% | 24.3% | 19.9% | 19.3% | 22.7% | 25.2% | 21.8% | 22.7% |
| 60 years or over | 22.6% | 17.9% | 23.6% | 21.5% | 30.0% | 31.1% | 24.4% | 39.7% | 22.6% |
| Missing | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Mean Age (years) | 49.2 | 47.3 | 49.9 | 48.2 | 51.0 | 51.2 | 50.5 | 56.3 | 48.7 |
| Median Age years) | 48.0 | 45.0 | 48.0 | 46.0 | 49.0 | 51.5 | 49.0 | 54.5 | 48.0 |

| Gender | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=567) |
|---|---|---|---|---|---|---|---|---|---|
| Male | 53.8% | 53.4% | 50.6% | 51.5% | 55.0% | 59.8% | 59.2% | 61.5% | 57.1% |
| Female | 42.0% | 42.4% | 46.0% | 44.0% | 40.7% | 33.3% | 36.1% | 33.3% | 38.6% |
| Non-binary | 0.6% | 0.9% | 0.5% | 1.4% | 0.4% | 1.5% | 0.0% | 0.0% | 0.4% |
| Prefer not to disclose | 2.4% | 2.1% | 2.1% | 2.3% | 2.9% | 4.5% | 3.8% | 3.8% | 2.3% |
| Missing | 1.1% | 1.2% | 0.9% | 0.7% | 1.1% | 0.8% | 0.8% | 1.3% | 1.6% |

| Race or Ethnicity[1] | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=567) |
|---|---|---|---|---|---|---|---|---|---|
| American Indian or Alaska Native | 2.6% | 2.6% | 2.2% | 2.1% | 3.6% | 2.3% | 3.8% | 2.6% | 2.8% |
| Asian | 4.7% | 5.8% | 5.8% | 3.5% | 1.8% | 3.0% | 0.8% | 2.6% | 5.5% |
| Black or African American | 1.5% | 1.5% | 1.7% | 1.2% | 1.1% | 1.5% | 0.4% | 0.0% | 1.9% |
| Latinx or Hispanic | 3.8% | 3.8% | 3.3% | 5.2% | 5.0% | 1.5% | 2.5% | 0.0% | 4.8% |
| Middle Eastern or Northern African | 1.0% | 1.2% | 1.5% | 0.0% | 0.7% | 0.8% | 0.4% | 0.0% | 0.9% |
| Native Hawaiian or Pacific Islander | 0.3% | 0.2% | 0.5% | 0.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.7% |
| White | 81.3% | 83.8% | 80.4% | 82.0% | 81.1% | 75.8% | 81.9% | 76.9% | 79.9% |
| Other | 1.7% | 1.7% | 1.8% | 1.4% | 1.4% | 1.5% | 1.7% | 1.3% | 2.2% |
| Prefer not to disclose | 6.7% | 4.8% | 6.3% | 7.6% | 7.2% | 13.7% | 7.7% | 16.9% | 6.3% |
| Missing | 1.8% | 1.7% | 2.0% | 1.4% | 1.4% | 0.8% | 1.3% | 1.3% | 2.5% |

[1] This item allowed respondents to check all that apply, so the percentages can add up to more than 100%.

EXHIBIT 7
Page 14 of 117

## Table 4: Attorney Characteristics (N=3,756)

| Disability | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=567) |
|---|---|---|---|---|---|---|---|---|---|
| Yes | 8.8% | 7.7% | 9.2% | 10.1% | 9.6% | 9.1% | 8.0% | 11.5% | 8.3% |
| No | 85.1% | 86.7% | 84.3% | 83.8% | 85.0% | 84.8% | 87.0% | 80.8% | 84.8% |
| Prefer not to disclose | 4.8% | 4.4% | 5.2% | 5.4% | 4.6% | 4.5% | 3.4% | 6.4% | 4.6% |
| Missing | 1.4% | 1.2% | 1.4% | 0.7% | 0.7% | 1.5% | 1.7% | 1.3% | 2.3% |

Age was calculated by subtracting the respondent's birth year, which was uploaded with the sample, from 2022.
Q22: How do you identify your gender?
Q23: Which of the following describes your racial or ethnic identity? Please select ALL that apply.
Q24: Do you identify as a person with a disability or do you experience a condition that substantially limits one or more major life activities?

### Children in the Household

Tables 5 and 6 show the distribution of how many children are living in the respondents' households by region. Having no children in the household was the most common answer statewide (50.4%) and for all seven regions (45.0% to 54.3%).

## Table 5: Children in the Household (N=3,756)

| Years | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=567) |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 50.4% | 47.7% | 51.5% | 49.4% | 54.3% | 53.0% | 45.0% | 52.6% | 52.7% |
| 1 | 15.3% | 17.0% | 14.8% | 16.6% | 12.9% | 9.1% | 16.8% | 15.4% | 14.8% |
| 2 | 18.3% | 21.5% | 18.7% | 16.9% | 16.1% | 11.4% | 21.4% | 14.1% | 15.7% |
| 3 | 4.9% | 4.1% | 4.3% | 4.7% | 6.8% | 8.3% | 5.9% | n/a | 6.0% |
| 4 | 1.2% | 0.6% | 0.8% | 1.9% | 2.5% | 3.0% | n/a | n/a | 1.2% |
| 5 | 0.3% | n/a | 0.5% | n/a | n/a | n/a | n/a | n/a | n/a |
| 6 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 7 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Missing | 9.4% | 9.0% | 9.4% | 9.4% | 7.1% | 15.2% | 8.4% | 15.4% | 9.3% |

Q25: How many children under 18-years of age lived in your household as of 12/31/2021?

Table 6 further breaks down this distribution by gender. Only Male and Female responses are included due to the small sample sizes of Non-Binary and Prefer not to Disclose. Similar to Table 5, the most common response was 0 children for both genders statewide (male=49.0%, female=54.4%) and in all of the regions (male=45.4% to 58.3%, female=48.8% to 68.2%).

EXHIBIT 7
Page 15 of 117

## Table 6: Children in the Household by Attorney Gender

| Male | Oregon (n=2,021) | Downtown Portland (n=497) | Tri-County (n=558) | Upper Willamette Valley (n=220) | Lower Willamette Valley (n=154) | Southern Oregon (n=79) | Eastern Oregon (n=141) | Oregon Coast (n=48) | Outside Oregon (n=324) |
|---|---|---|---|---|---|---|---|---|---|
| 0 | **49.0%** | **45.5%** | **51.3%** | **45.5%** | **53.9%** | **46.8%** | **45.4%** | **58.3%** | **51.2%** |
| 1 | 15.2% | 17.9% | 13.6% | 16.8% | 11.0% | 12.7% | 17.0% | 14.6% | 14.8% |
| 2 | 18.6% | 20.5% | 19.4% | 17.7% | 16.9% | 10.1% | 24.1% | 12.5% | 16.4% |
| 3 | 6.1% | 6.2% | 4.8% | 5.9% | 8.4% | 10.1% | 5.7% | n/a | 7.4% |
| 4 | 2.0% | 1.2% | 1.4% | 3.2% | 3.2% | n/a | n/a | n/a | 1.9% |
| 5 | 0.5% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 6 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 7 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Missing | 8.3% | 8.5% | 8.8% | 8.6% | 5.8% | 15.2% | 3.5% | 12.5% | 8.0% |

| Female | Oregon (n=1,579) | Downtown Portland (n=395) | Tri-County (n=507) | Upper Willamette Valley (n=188) | Lower Willamette Valley (n=114) | Southern Oregon (n=44) | Eastern Oregon (n=86) | Oregon Coast (n=26) | Outside Oregon (n=219) |
|---|---|---|---|---|---|---|---|---|---|
| 0 | **54.4%** | **51.1%** | **54.2%** | **54.3%** | **58.8%** | **68.2%** | **48.8%** | **50.0%** | **58.4%** |
| 1 | 15.9% | 16.5% | 16.4% | 17.0% | 13.2% | n/a | 18.6% | 19.2% | 15.1% |
| 2 | 19.1% | 23.5% | 19.1% | 17.0% | 16.7% | 15.9% | 17.4% | 19.2% | 15.5% |
| 3 | 3.2% | 1.3% | 3.7% | 3.7% | 4.4% | n/a | 7.0% | n/a | 3.7% |
| 4 | 0.4% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 5 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 6 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 7 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Missing | 6.8% | 7.6% | 5.9% | 7.4% | 5.3% | 9.1% | 8.1% | 7.7% | 6.8% |

Q25: How many children under 18-years of age lived in your household as of 12/31/2021?
Q22: How do you identify your gender?

EXHIBIT 7
Page 16 of 117

# Analytic Approach and Findings Interpretation

The analytic approach for the 2022 Economic Survey replicated the approach used for the previous surveys based on the information available in the 2012 Economic Survey report. Descriptive analyses were used to present the percentages of respondents endorsing a particular response, as well as means, medians, and percentiles when appropriate. The mean, also known as the average, is calculated by summing all the values of a numeric response and dividing by the number of respondents. The median is the midpoint of the data, which is the value that falls directly in the middle of the range of responses. A percentile (e.g., 95th) is a value below which a given percentage of observations fall. For example, the 95th percentile for height of 10-year-old girls is 59 inches, indicating that 95% of all 10-year-old girls fall below that height.

Throughout the report when means, medians and percentiles are presented, a notation of "n/a" is used whenever no data were reported for a particular response or if data from less than five respondents were reported, in order to protect confidentiality.

The sample sizes included in all of the tables reflect the number of respondents who were asked a survey item and the percentage of missing responses (i.e., respondents who were asked a survey item, but chose to not answer it) are presented; thus, the percentages reflect an accurate representation of the proportion of all respondents who endorsed each response within an item.

When data for a particular finding are presented, the relevant respondents are clearly noted. For example, in some of the findings tables, all respondents are included; whereas, in other tables only those who currently work as an attorney in Oregon are included. It is important to note those specific subgroups when reviewing the results presented in this report.

As noted above, for this year, OSB was able to provide data to PSU that included year of birth, year admitted to OSB, county, and zip code. Therefore, age, years in practice, and region calculations were based on the data provided by OSB.

For the 2022 survey, we encountered a situation that had not been present in previous years. There were some respondents who were identified as not working as a lawyer in Oregon in the OSB database, but responded to the survey item indicating that they actually currently worked in Oregon. This situation may be an artifact of the increased opportunities for teleworking after the advent of the COVID-19 pandemic. After consultation with OSB, it was decided that the status of individuals from the OSB database was considered their primary work location and would be used for the analyses within this report. These individuals are included in the "Outside Oregon" column of some of the tables.

One final note about the findings. In some of the tables that include both mean (i.e., average) and median (i.e., midpoint) statistics, there is a fairly large difference between those two statistics. This is indicative of a spread of responses that includes some fairly large responses at the higher end of the range. All of the data have been reviewed and there do not seem to be isolated outliers that could be justifiably excluded from the analysis. Rather, there is a consistent spread of responses (i.e., not large gaps in the spread at the top of the range), with a subset of quite large values at the highest end of the range. These values were deemed valid and included in the analyses.

EXHIBIT 7
Page 17 of 117

# Comparison to Previous Surveys

Table 7 presents some of the survey item values across all the six most recent data collection years. Of note, the proportion of female attorneys gradually increased from 1998 to 2012, decreased slightly in 2017, and increased again in 2022. The average number of years in practice also increased gradually over the previous five data collection periods, but decreased in 2022. The proportion of lawyers in private practice and the proportion of full-time lawyers have gradually decreased over the years, but both showed a noticeable increase in these results for 2022. Compensation has increased significantly since 1998, with mean compensation increasing by $96,389 and median compensation increasing by $68,910. Mean and median hourly billing rates for lawyers in private practice have also increased over the 23 years, by $206 and $195 per hour, respectively. The mean legal career satisfaction ratings increased from 1998 to 2017, with a slight decrease in 2012 and again in 2022.

| Table 7: Selected Data across Survey Years (N=3,756) | | | | | | |
|---|---|---|---|---|---|---|
| **Survey Item** | 1998 | 2002 | 2007 | 2012 | 2017 | 2022 |
| Median Age | 45 yrs. | 47 yrs. | 47 yrs. | 47 yrs. | 47 yrs. | 48 yrs. |
| Gender – Females | 29% | 30% | 34% | 39% | 37% | 42% |
| Mean Number of Years in Practice | 16 yrs. | 18 yrs. | 19 yrs. | 20 yrs. | 20 yrs. | 18 yrs. |
| Lawyers in Private Practice | 71% | 71% | 69% | 67% | 61% | 65% |
| Lawyers in Private Non-profit Organizations | 5% | 5% | 5% | 6% | 7% | 8% |
| Full-time Lawyers | 81% | 78% | 75% | 72% | 73% | 89% |
| Mean Compensation | $83,805 | $102,643 | $116,727 | $124,861 | $143,277 | $180,194 |
| Median Compensation | $63,090 | $78,000 | $90,000 | $94,743 | $105,000 | $132,000 |
| Median Hours Billed per Month – Private Practice | 120 hrs. | 120 hrs. | 120 hrs. | 100 hrs. | 97 hrs. | 100 hrs. |
| Mean Hourly Billing Rate – Private Practice | $138 | $174 | $213 | $242 | $286 | $344 |
| Median Hourly Billing Rate – Private Practice | $130 | $165 | $200 | $225 | $260 | $325 |
| Mean Hours Worked per Month – Full-time | 189 hrs. | 186 hrs. | 185 hrs. | 182 hrs. | 169 hrs. | 162 hrs. |
| Mean Pro Bono Hours per Month | 9.2 hrs. | 9.1 hrs. | 8.9 hrs. | 9.2 hrs. | 10.8 hrs. | 9.3 hrs. |
| Mean Community Service Hours per Month | 11.1 hrs. | 11.4 hrs. | 11.6 hrs. | 12.1 hrs. | 11.9 hrs. | 12.3 hrs. |
| Mean Legal Career Satisfaction [1=Very Dissatisfied, 5=Very Satisfied] | 3.6 | 3.7 | 3.9 | 3.8 | 4.0 | 3.9 |

Age was calculated by subtracting the respondent's birth year, which was uploaded with the sample, from 2022.
Q22: How do you identify your gender?
Year admitted to the Oregon State Bar was uploaded with the sample from OSB's database, then converted into number of years.
Q2: What year were you first admitted to a state bar other than Oregon? *[converted to years]*
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?
Q4: What best describes your current level of employment?
Q12: What was your **annual net personal income** before taxes from your legal practice for the **year ending 12/31/2021**? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, please annualize your response. (e.g., multiply six months income by two).
Q15: What was the average number of hours that you billed per month in 2021?
Q14: When you charged on an hourly basis, what was your usual billing rate per hour in 2021?
Q8: What was the average number of hours per month that you worked in 2021? Include all hours in the office or on the job, whether billed or not.
Q10: What was the average number of hours per month in 2021 you provided pro-bono legal services to individuals **whom you did not bill**?
Q11: What was the average number of **hours per month** in 2021 that you volunteered for other organizations, providing non-legal services? If none enter 0.
Q18: How satisfied are you with your legal employment?

EXHIBIT 7
Page 18 of 117

# Findings

The findings in this report are presented in a similar fashion to the manner in which they were presented in previous reports to allow for comparison across the years of data collection for many of the survey items. In many of the tables, the figure that represents the largest proportion of respondents or the highest value in each column has been **bolded** for ease of identifying those responses statewide and across the regions.

## Attorney Employment Characteristics

### Years Admitted to Practice in Oregon

The years in which respondents were admitted to practice were provided by OSB. That information was converted into number of years and grouped in the categories listed in Table 8. The data from OSB was complete, so no missing data needs to be reported. Statewide, 48.4% of respondents were admitted to practice in Oregon 16 or more years, while 31.6% were admitted to practice in Oregon less than 10 years. These proportions are similar to those in 2017, which were 51.5% and 33.2%, respectively, and 2012 (52%, 36%).

| Table 8: Years Admitted to Practice in Oregon (N=3,756) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Years** | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=567) |
| 0-3 years | 11.6% | 11.6% | 9.0% | 9.6% | 11.4% | 13.6% | 10.1% | 6.4% | **18.9%** |
| 4-6 years | 10.4% | 11.0% | 9.3% | 10.1% | 10.7% | 10.6% | 9.7% | 2.6% | 13.2% |
| 7-9 years | 9.6% | 10.0% | 9.3% | 10.8% | 8.9% | 5.3% | 8.0% | 9.0% | 10.4% |
| 10-12 years | 10.8% | 11.3% | 11.4% | 10.1% | 9.6% | 8.3% | 10.1% | 10.3% | 10.6% |
| 13-15 years | 9.2% | 11.3% | 8.8% | 8.7% | 7.5% | 6.1% | 8.4% | 11.5% | 8.8% |
| 16-20 years | 12.4% | 11.9% | 13.7% | 11.9% | 11.1% | 12.9% | 12.6% | 9.0% | 12.2% |
| 21-30 years | **18.9%** | **17.5%** | **19.7%** | **21.1%** | 19.6% | **22.7%** | 20.2% | 14.1% | 16.9% |
| Over 30 years | 17.1% | 15.5% | 18.8% | 17.8% | **21.1%** | 20.5% | **21.0%** | **37.2%** | 9.0% |
| Mean Number of Years | 17.7 | 16.9 | 18.7 | 18.0 | 19.1 | 19.4 | 19.3 | 25.2 | 14.1 |
| Median Number of Years | 15.0 | 14.0 | 16.0 | 16.0 | 16.0 | 18.5 | 17.0 | 22.5 | 12.0 |

Year admitted to the Oregon State Bar was uploaded with the sample from OSB's database, then converted into number of years.

EXHIBIT 7
Page 19 of 117

## Total Years Admitted to Practice

Complete information about when respondents were admitted to *any* state bar (including Oregon), was provided in the sample information from the Oregon State Bar. As a result, there were no missing data for the calculation of the number of years, which are presented in Table 9. The number of years trended towards a longer time being admitted to practice, with 53.4% of all respondents being admitted to practice 16 or more years, and 26.5% being admitted to practice less than 10 years. This is similar to the 2017 proportions, which were 55.2% and 28.1%, respectively.

### Table 9: Total Years Admitted to Practice in Any State (N=3,756)

| Years | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=567) |
|---|---|---|---|---|---|---|---|---|---|
| 0-3 years | 8.6% | 9.3% | 6.9% | 8.9% | 9.3% | 10.6% | 8.4% | 3.8% | 10.6% |
| 4-6 years | 8.9% | 10.4% | 8.0% | 9.4% | 8.6% | 10.6% | 6.3% | 2.6% | 9.7% |
| 7-9 years | 9.0% | 9.5% | 8.8% | 10.5% | 8.2% | 5.3% | 8.0% | 6.4% | 9.7% |
| 10-12 years | 10.5% | 10.4% | 11.3% | 9.8% | 10.4% | 7.6% | 10.5% | 11.5% | 10.4% |
| 13-15 years | 9.5% | 11.4% | 9.7% | 8.7% | 6.8% | 7.6% | 8.8% | 14.1% | 7.9% |
| 16-20 years | 13.5% | 14.0% | 13.9% | 12.9% | 11.4% | 13.6% | 13.4% | 9.0% | 14.1% |
| 21-30 years | **20.3%** | **17.8%** | **21.1%** | **21.5%** | 22.5% | **23.5%** | 21.8% | 14.1% | **20.3%** |
| Over 30 years | 19.6% | 17.2% | 20.3% | 18.3% | **22.9%** | 21.2% | **22.7%** | **38.5%** | 17.3% |
| Mean Number of Years | 19.1 | 17.8 | 19.7 | 18.4 | 20.4 | 20.1 | 20.5 | 26.0 | 18.1 |
| Median Number of Years | 16.0 | 15.0 | 17.0 | 16.0 | 18.5 | 19.0 | 19.0 | 24.0 | 16.0 |

Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*

Survey respondents were asked to indicate if they were an active member of other state bars. Options for Washington, Idaho, and California were included, as well as an Other option and a field for writing in another state and a None option. Of the 3,756 respondents, 1,362 (36.3%) reported being a member of at least one other state bar, the proportions of which are presented in Table 10. This is an increase from 2017, which found that 28.3% of respondents were a member of another state bar. The Other category includes 41 other states in the US, as well as four other countries, a U.S. territory, multiple tribal courts, federal courts, and the patent bar. Since None Identified was the largest proportion both statewide and across the regions, the bolded percentages are the largest proportions excluding that category. Respondents could select all that apply so the percentages in the columns may add up to more than 100%.

### Table 10: Other States in which Oregon Attorneys are an Active Member (N=3,756)

| State *[listed in descending order]* | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=567) |
|---|---|---|---|---|---|---|---|---|---|
| Washington | **24.6%** | **33.5%** | **22.8%** | **7.3%** | **6.8%** | 4.5% | **14.7%** | **11.5%** | **45.7%** |
| California | 7.5% | 8.3% | 5.5% | 2.6% | 5.4% | **4.5%** | 7.6% | 5.1% | 15.7% |
| New York | 2.0% | 3.5% | 1.4% | 1.4% | 2.1% | 0.8% | 0.4% | 0.0% | 2.3% |
| Idaho | 2.7% | 2.3% | 1.2% | 0.7% | 0.7% | 1.5% | 5.9% | 0.0% | 8.3% |
| Alaska | 1.0% | 1.1% | 0.7% | 0.5% | 0.4% | 0.0% | 0.4% | 0.0% | 2.8% |
| Other | 8.1% | 6.7% | 6.7% | 3.5% | 3.2% | 5.3% | 5.9% | 5.1% | 21.3% |
| None Identified | 63.7% | 56.3% | 68.4% | 86.9% | 85.4% | 87.1% | 70.2% | 80.8% | 28.4% |

Q1: Are you an active member of any state bars other than Oregon? *[select all that apply]*

EXHIBIT 7
Page 20 of 117

## Currently Working as a Lawyer in Oregon

All respondents were asked to indicate whether or not they are currently working as a lawyer in Oregon. Table 11 shows the distribution of responses both statewide and by region. The majority of respondents (79.6% statewide, 83.0% to 95.0% regionally) were currently working as a lawyer in Oregon. This is a slight decrease from 2017 (86.1% statewide, 79.1% to 96.5% regionally).

### Table 11: Currently Working as a Lawyer in Oregon (N=3,756)

|  | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=576) |
|---|---|---|---|---|---|---|---|---|---|
| Working as an Oregon Lawyer | **79.6%** | **95.0%** | **83.0%** | **86.4%** | **87.1%** | **90.2%** | **91.2%** | **85.9%** | 30.7% |
| Not Working as an Oregon Lawyer | 20.4% | 5.0% | 17.0% | 13.6% | 12.9% | 9.8% | 8.8% | 14.1% | **69.3%** |

Q3: Are you currently working as a lawyer in Oregon?

## Level of Employment

All respondents were asked to describe their level of employment, the proportions for which are presented in Table 12. The combination of Retired and Not Working as a Lawyer in Oregon is comparable to the proportion of Not Working as an Oregon Lawyer in Table 9, but just further differentiated to identify the subset of those respondents who were currently retired. The majority of respondents reported being a Full-time Lawyer (70.3% statewide, 62.8% to 88.2% regionally), which is similar to the proportions in 2017 (73.2% statewide, 62.7% to 83.6% regionally) and 2012 (72% statewide, 59% to 84% regionally).

### Table 12: Current Level of Employment (N=3,756)

| Employment Level | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=567) |
|---|---|---|---|---|---|---|---|---|---|
| Full-time Lawyer | **70.3%** | **88.2%** | **70.7%** | **79.9%** | **76.1%** | **78.0%** | **79.0%** | **62.8%** | 25.9% |
| Part-time Lawyer by Choice | 8.2% | 6.1% | 11.2% | 5.9% | 10.0% | 10.6% | 11.8% | 19.2% | 3.4% |
| Part-time Lawyer Due to Lack of Legal Work | 0.9% | 0.5% | 1.0% | 0.5% | 1.1% | 1.5% | 3.8% | 3.8% | 1.4% |
| Retired | 2.2% | 0.2% | 3.7% | 2.8% | 2.5% | 1.5% | 3.8% | 2.6% | 1.1% |
| Not Working as a Lawyer in Oregon | 17.7% | 4.7% | 12.6% | 10.1% | 9.3% | 6.1% | 4.6% | 10.3% | **67.9%** |
| Missing | 0.7% | 0.2% | 0.8% | 0.9% | 1.1% | 2.3% | 0.8% | 1.3% | 0.4% |

Q4: What best describes your current level of employment?
Q3: Are you currently working as a lawyer in Oregon? *[Q3=No]*
Q3a: *[If Q3=No]* Please select the response that best describes your current employment status. *[Q3a=Retired]*

EXHIBIT 7
Page 21 of 117

Respondents who reported not working as a lawyer in Oregon, but were not retired, described their current employment status. The distribution of those responses is presented in Table 13. For most of the regions, the largest proportion of respondents reported Working, but Not in Legal Work and Not Wanting Legal Work (62.5%-83.7%). However, this year's survey also asked if respondents were working outside of Oregon, which was the largest percentage of respondents statewide (51.5%) and for Eastern Oregon (36.4%) and Outside Oregon (82.6%). There were no missing data to report for this table.

## Table 13: Level of Non-Legal Employment (n=664)

| Non-Legal Employment | Oregon (n=664) | Downtown Portland (n=44) | Tri-County (n=139) | Upper Willamette Valley (n=43) | Lower Willamette Valley (n=26) | Southern Oregon (n=8) | Eastern Oregon (n=11) | Oregon Coast (n=8) | Outside Oregon (n=385) |
|---|---|---|---|---|---|---|---|---|---|
| Working, but Not in Legal Work and **Not Wanting** Legal Work | 34.9% | **70.5%** | **65.5%** | **83.7%** | **65.4%** | **62.5%** | 18.2% | **75.0%** | 11.4% |
| Working, but Not in Legal Work and **Wanting** Legal Work | 6.6% | 11.4% | 12.9% | 11.6% | 11.5% | 0.0% | 0.0% | 12.5% | 3.1% |
| Not Working<br>• Not Working by Choice | 4.2% | 4.5% | 6.5% | 2.3% | 11.5% | 25.0% | 27.3% | 12.5% | 1.8% |
| • Unemployed and Looking for Work | 2.7% | 0.0% | 7.2% | 2.3% | 3.8% | 0.0% | 18.2% | 0.0% | 1.0% |
| Working as a lawyer outside of Oregon | **51.5%** | 13.6% | 7.9% | 0.0% | 7.7% | 12.5% | **36.4%** | 0.0% | **82.6%** |

Q3a: [If Q3=No] Please select the response that best describes your current employment status. [Q3a responses other than Retired]

A follow-up item asked what reasons respondents had for being a Part-time Lawyer by Choice. The first four reasons listed in Table 14 were included as response options, along with an "Other, please specify" option. The latter responses were reviewed and either included in the existing response options, included in the Retiring/Aging Out option, or left in Other. The most common reason (bolded in Table 14) was to Maintain a Work-Family Balance (45.2% statewide, 20% to 60% across all seven regions), which was also the case in 2017 (46.8% statewide, 39.1% to 58.8% in five regions). Respondents could select all that apply so the percentages in the columns may add up to more than 100%.

## Table 14: Reasons for Choosing to Be a Part-time Lawyer (n=310)

| Reasons | Oregon (n=310) | Downtown Portland (n=57) | Tri-County (n=124) | Upper Willamette Valley (n=25) | Lower Willamette Valley (n=28) | Southern Oregon (n=14) | Eastern Oregon (n=28) | Oregon Coast (n=15) | Outside Oregon (n=19) |
|---|---|---|---|---|---|---|---|---|---|
| Lack of Affordable, Quality Childcare | 6.8% | 1.8% | 8.9% | 8.0% | 0.0% | 0.0% | 17.9% | 0.0% | 10.5% |
| Maintain Work/Family Balance | **45.2%** | **40.4%** | **49.2%** | **60.0%** | **28.6%** | **35.7%** | **53.6%** | **20.0%** | **52.6%** |
| Other Career Interests | 18.1% | 17.5% | 16.9% | 32.0% | 17.9% | 21.4% | 17.9% | **20.0%** | 5.3% |
| Educational Pursuits | 2.3% | 1.8% | 3.2% | 4.0% | 0.0% | 7.1% | 0.0% | 0.0% | 0.0% |
| Other | 19.4% | 24.6% | 16.9% | 16.0% | 17.9% | 21.4% | 32.1% | **20.0%** | 5.3% |
| Retiring/Aging Out | 2.9% | 2.4% | 3.4% | 1.2% | 6.1% | 5.3% | 2.5% | 9.0% | 1.6% |
| Missing | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Q4a: [If Q4=Part-time lawyer by choice] For what reason(s) are you a part-time lawyer by choice? [select all that apply]

EXHIBIT 7
Page 22 of 117

Table 15 presents the distribution of total years admitted to practice (in Oregon and other states) for respondents who reported not working as a lawyer in Oregon, including respondents who were retired. Although respondents were distributed throughout the number of years admitted to practice, the largest proportion was for those who were admitted to practice over 20 years (35.1% statewide). This is similar to the 2017 results (55.8% statewide), but different than the findings in 2012, which had a much larger proportion in the 0-3 Years category (32% statewide). It is unclear from the 2012 report if respondents who were retired were included in this presentation, which could explain the difference.

### Table 15: Total Years Admitted to Practice for Respondents Not Working as a Lawyer in Oregon (n=1,344)

| Years | Oregon (n=1,344) | Downtown Portland (n=403) | Tri-County (n=342) | Upper Willamette Valley (n=55) | Lower Willamette Valley (n=41) | Southern Oregon (n=17) | Eastern Oregon (n=71) | Oregon Coast (n=15) | Outside Oregon (n=400) |
|---|---|---|---|---|---|---|---|---|---|
| 0-3 years | 14.1% | 15.6% | 11.4% | 10.9% | 14.6% | 0.0% | 11.3% | 6.7% | 16.5% |
| 4-6 years | 7.8% | 9.9% | 5.6% | 7.3% | 7.3% | 5.9% | 7.0% | 0.0% | 8.3% |
| 7-9 years | 8.6% | 9.4% | 9.4% | 5.5% | 4.9% | 11.8% | 4.2% | 0.0% | 8.8% |
| 10-12 years | 10.0% | 8.9% | 10.5% | 10.9% | 12.2% | 0.0% | 9.9% | 13.3% | 10.5% |
| 13-15 years | 8.9% | 10.4% | 9.6% | 5.5% | 2.4% | 11.8% | 14.1% | **26.7%** | 6.3% |
| 16-20 years | 15.6% | 16.4% | 15.5% | **29.1%** | 12.2% | 11.8% | 16.9% | 6.7% | 13.5% |
| 21-30 years | **19.7%** | **17.4%** | **22.2%** | 21.8% | **31.7%** | **41.2%** | 15.5% | 20.0% | **18.3%** |
| Over 30 years | 15.4% | 11.9% | 15.8% | 9.1% | 14.6% | 17.6% | **21.1%** | **26.7%** | 18.0% |

Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*
Q3: Are you currently working as a lawyer in Oregon? *[Q3=No]*

For the majority of the rest of this report, the focus will be on respondents who were currently working as a lawyer in Oregon (n=2,815). Those not working as a lawyer in Oregon were not asked additional survey questions until the law school student debt and demographics items.

### Type of Employment

Respondents working as lawyers in Oregon were asked to describe their type of employment. Table 16 shows the distribution both statewide and by region. As was the case in previous years, the largest proportion of respondents statewide were in private practice (57.7%, compared to 60.5% in 2017, and 67% in 2012). The responses in "Other" included employment types such as arbitration and mediation, public defense, and non-profits. Some responses included in Other indicated that they were not practicing as of 12/31/2021, due to being unemployed, in law school, or in a non-attorney position.

### Table 16: Type of Employment as of 12/31/2021 (n=2,815)

| Employment Type | Oregon (n=2,815) | Downtown Portland (n=884) | Tri-County (n=915) | Upper Willamette Valley (n=369) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=217) | Oregon Coast (n=67) |
|---|---|---|---|---|---|---|---|---|
| Private | **65.4%** | **72.5%** | **64.8%** | **49.9%** | **67.2%** | **63.9%** | **63.1%** | **67.2%** |
| Private Non-profit | 7.5% | 7.1% | 7.5% | 4.3% | 12.3% | 10.1% | 8.3% | 6.0% |
| Government | 15.8% | 12.4% | 10.6% | 37.7% | 12.3% | 13.4% | 18.4% | 17.9% |
| In-house Counsel | 7.6% | 5.1% | 13.1% | 3.8% | 6.1% | 5.9% | 5.5% | 0.0% |
| Judge/Hearings Officer | 1.6% | 1.1% | 1.5% | 2.7% | 1.2% | 1.7% | 1.4% | 3.0% |
| Other | 2.0% | 1.4% | 2.2% | 1.4% | 0.8% | 5.0% | 3.2% | 6.0% |
| Missing | 0.2% | 0.3% | 0.2% | 0.3% | 0.0% | 0.0% | 0.0% | 0.0% |

Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?

EXHIBIT 7
Page 23 of 117

**Area of Practice**

Table 17 presents the areas of practice identified by respondents as representing 50% or more of their practice as of December 31, 2021. The item allowed respondents to select all of the areas that applied to them, so the percentages in the columns of Table 17 can add up to more than 100%. The area of practice that represented the largest proportion of respondents statewide was Business/Corporate – Transactional (12.8%). Variations occurred across the regions. The responses in the Other category were reviewed and either recoded into existing categories, left in Other, or coded into new categories of Employment, Juvenile, or Landlord/Tenant based on input from OSB staff.

| Practice Area – Private | Oregon (n=2,815) | Downtown Portland (n=884) | Tri-County (n=915) | Upper Willamette Valley (n=369) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=217) | Oregon Coast (n=67) |
|---|---|---|---|---|---|---|---|---|
| **Table 17: Area of Practice Representing 50% or More of Practice as of 12/31/21 (n=2,815)** | | | | | | | | |
| Administrative Law | 4.5% | 3.1% | 4.7% | 8.7% | 6.6% | 1.7% | 2.8% | 0.0% |
| Bankruptcy | 1.5% | 2.0% | 1.4% | 0.8% | 1.6% | 1.7% | 0.5% | 0.0% |
| Business/ Corporate – Litigation | 7.5% | 13.3% | 5.2% | 5.4% | 5.8% | 4.2% | 2.8% | 1.5% |
| Business/ Corporate – Transactional | **12.8%** | 12.9% | **15.3%** | 7.9% | 13.6% | 12.7% | 10.3% | 7.5% |
| Civil Litigation – Defendant (excludes Insurance Defense) | 9.4% | **15.1%** | 5.8% | 9.2% | 5.3% | 10.2% | 6.1% | 9.0% |
| Civil Litigation –Insurance Defense | 5.3% | 8.7% | 5.3% | 3.8% | 0.8% | 3.4% | 1.9% | 0.0% |
| Civil Litigation – Plaintiff (excludes Personal Injury) | 11.4% | 14.9% | 11.4% | 8.9% | 9.5% | 12.7% | 4.7% | 4.5% |
| Civil Litigation – Plaintiff, Personal Injury | 8.3% | 5.9% | 11.9% | 8.4% | 6.6% | 5.9% | 4.7% | 10.4% |
| Criminal Law, Prosecution | 3.9% | 2.8% | 2.2% | 5.1% | 4.9% | 3.4% | 8.9% | 16.4% |
| Criminal Law, Defense – 95% or more court-appointed clients | 4.7% | 2.8% | 2.9% | 6.5% | 3.7% | 15.3% | 10.8% | 9.0% |
| Criminal Law, Defense – 50% - 94% court-appointed clients | 1.2% | 0.8% | 0.9% | 1.6% | 1.6% | 4.2% | 1.4% | 0.0% |
| Criminal Law, Defense – Less than 50% court-appointed clients | 2.0% | 1.8% | 1.9% | 0.8% | 3.7% | 2.5% | 1.9% | 6.0% |
| Family Law | 9.6% | 8.4% | 8.0% | 8.4% | 11.9% | 16.9% | **16.0%** | 11.9% |
| Real Estate/ Land Use/ Environmental Law | 11.1% | 10.8% | 10.2% | 6.0% | 14.0% | 15.3% | **16.0%** | **20.9%** |
| Tax/Estate Planning | 11.3% | 6.7% | 11.6% | **11.7%** | **16.5%** | **17.8%** | **16.0%** | 19.4% |
| Workers' Compensation | 3.0% | 2.0% | 3.9% | 6.0% | 0.8% | 1.7% | 1.4% | 1.5% |
| General (no area over 50%) | 6.9% | 3.9% | 7.2% | 6.0% | 8.6% | 12.7% | 11.7% | 17.9% |
| Other | 15.9% | 14.1% | 19.7% | 15.4% | 15.2% | 9.3% | 13.6% | 11.9% |
| Employment | 1.7% | 2.1% | 2.1% | 1.4% | 0.8% | 1.7% | 0.0% | 0.0% |
| Juvenile | 1.7% | 0.5% | 1.5% | 3.8% | 2.9% | 4.2% | 0.9% | 3.0% |
| Landlord/Tenant | 0.6% | 0.7% | 0.2% | 0.0% | 2.5% | 0.8% | 0.0% | 1.5% |
| Missing | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Q6: Which area(s) of practice represented 50% or more of your practice as of 12/31/2021? *[select all that apply]*

EXHIBIT 7
Page 24 of 117

## Size of Practice

Table 18 presents the distribution of the size of practice for all respondents. A 1 Lawyer Office was the most common practice size statewide (24.8%, compared to 29.4% in 2017) and in six of the regions (21.4% to 53.7%, compared to 29.4% to 40.0% in 2017). For the Portland region, a 7-20 Lawyer Office was most common (30.4%), which was also the case in 2017 (25.5%).

### Table 18: Size of Practice as of 12/31/21 (n=2,815)

| Practice Size | Oregon (n=2,815) | Downtown Portland (n=884) | Tri-County (n=915) | Upper Willamette Valley (n=369) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=217) | Oregon Coast (n=67) |
|---|---|---|---|---|---|---|---|---|
| 1 Lawyer Office | **24.8%** | 10.0% | **34.0%** | **21.4%** | **28.3%** | **34.5%** | **34.6%** | **53.7%** |
| 2 Lawyer Office | 9.5% | 5.2% | 12.5% | 9.5% | 11.1% | 8.4% | 10.6% | 17.9% |
| 3-6 Lawyer Office | 20.6% | 16.1% | 23.2% | 14.9% | 26.6% | 31.9% | 26.3% | 16.4% |
| 7-20 Lawyer Office | 22.7% | **30.4%** | 18.0% | 19.5% | 25.8% | 19.3% | 18.9% | 10.4% |
| 21-60 Lawyer Office | 11.4% | 18.1% | 7.0% | 19.0% | 4.1% | 4.2% | 6.0% | 0.0% |
| Over 60 Lawyer Office | 10.2% | 19.8% | 4.5% | 15.2% | 2.9% | 0.8% | 2.8% | 0.0% |
| Missing | 0.7% | 0.5% | 0.9% | 0.5% | 1.2% | 0.8% | 0.9% | 1.5% |

Q7: To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2021?

## Method of Payment

Table 19 shows the distribution of methods of payment for full- and part-time lawyers who were working in Oregon. In contrast to 2017, slightly more of the respondents reported being paid as an employee (53.6% statewide, 49.2% to 63.4% across five regions) aside from Eastern Oregon and the Oregon Coast, where slightly more respondents were paid as an owner (50.2% and 56.7%, respectively).

### Table 19: Method of Payment as of 12/31/21 for Full- and Part-time Lawyers (n=2,815)

| | Oregon (n=2,815) | Downtown Portland (n=884) | Tri-County (n=915) | Upper Willamette Valley (n=369) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=217) | Oregon Coast (n=67) |
|---|---|---|---|---|---|---|---|---|
| Owner *(Partner, Shareholder, Sole Practitioner)* | 43.4% | 40.5% | 45.7% | 35.0% | 47.1% | 47.1% | **50.2%** | **56.7%** |
| Employee *(salaried or hourly)* | **53.6%** | **57.8%** | **50.5%** | **63.4%** | **49.2%** | **49.6%** | 45.2% | 35.8% |
| Contract *(paid by hour or assignment)* | 2.3% | 1.2% | 2.8% | 1.4% | 3.7% | 2.5% | 3.7% | 6.0% |
| Missing | 0.6% | 0.5% | 1.0% | 0.3% | 0.0% | 0.8% | 0.9% | 1.5% |

Q13: What was your method of pay as of 12/31/2021?

EXHIBIT 7
Page 25 of 117

# Compensation

Respondents were asked to provide their annual income for the year ending December 31, 2021. The tables in this section provide mean, median and percentile data across a number of variables (see the Analytic Approach section of this report for details about those statistics). When interpreting these results, it is important to keep in mind that the compensation data include both full- and part-time lawyers, unless otherwise noted.

Sample sizes included in the tables represent the number of respondents who provided a valid response that could be used to calculate the mean, median, and percentile statistics. They do not include the respondents who chose to not answer the survey item. At times, the sample sizes were quite small and caution should be used when interpreting the results. A notation of "n/a" is used for mean, median, and percentile statistics whenever data from less than five respondents were reported, in order to protect confidentiality. Bolding is done in tables to identify the highest amount of compensation per column, unless too few cells have compensation data available (i.e., most cells are "n/a").

**All Respondents**
Table 20 presents the compensation amounts for all respondents currently working as a lawyer in Oregon who provided a valid response. The statewide mean compensation was $180,194 and the amount of compensation was highest for lawyers in the Portland region (mean=$217,376) and lowest for lawyers working in the Lower Willamette Valley region ($143,075). The mean and median comparison amounts have increased in each region since 2017.

| Table 20: 2021 Compensation for All Respondents | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oregon (n=2,617) | Downtown Portland (n=841) | Tri-County (n=846) | Upper Willamette Valley (n=346) | Lower Willamette Valley (n=218) | Southern Oregon (n=108) | Eastern Oregon (n=198) | Oregon Coast (n=60) |
| Mean | $180,194 | $217,376 | $167,359 | $173,555 | $143,075 | $144,414 | $153,707 | $164,985 |
| Median | $132,000 | $154,280 | $125,000 | $136,045 | $110,000 | $112,662 | $118,500 | $100,000 |
| 95th Percentile | $480,000 | $618,500 | $435,250 | $456,500 | $325,750 | $359,750 | $401,000 | $305,050 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).

**Full-time and Part-time Lawyers**
Table 21 presents compensation data for full- and part-time lawyers across six characteristics of interest. Within each characteristic and employment status, the highest mean compensation amount has been **bolded**. Sample sizes varied for each cell of the table; therefore, they were not included.

| Table 21: 2021 Compensation for Full-time and Part-time Lawyers by Selected Variables | | | | |
|---|---|---|---|---|
| | **Full-time** | | **Part-time** | |
| **Gender** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Male | **$214,824** | $152,000 | **$110,100** | $75,000 |
| Female | $159,055 | $125,000 | $99,025 | $75,000 |
| Non-binary | $108,182 | $88,000 | $96,000 | $96,000 |
| Prefer not to disclose | $183,858 | $165,000 | $47,162 | $50,000 |

EXHIBIT 7
Page 26 of 117

## Table 21: 2021 Compensation for Full-time and Part-time Lawyers by Selected Variables

| | Full-time | | Part-time | |
| --- | --- | --- | --- | --- |
| **Age** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Under 30 years | $91,366 | $75,000 | $53,000 | $53,000 |
| 30-39 years | $128,075 | $107,000 | $70,531 | $62,717 |
| 40-49 years | $200,316 | $150,000 | **$119,692** | $60,000 |
| 50-59 years | $227,987 | $173,250 | $93,167 | $81,000 |
| 60 years or over | **$237,688** | $175,000 | $104,719 | $75,000 |
| **Total Years Admitted to Practice** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| 0-3 years | $98,104 | $80,000 | $39,276 | $49,000 |
| 4-6 years | $115,739 | $100,000 | $52,788 | $28,127 |
| 7-9 years | $149,737 | $116,000 | $89,647 | $77,500 |
| 10-12 years | $173,953 | $130,000 | $77,270 | $56,000 |
| 13-15 years | $202,639 | $150,000 | $113,843 | $65,000 |
| 16-20 years | $231,391 | $160,000 | **$133,625** | $96,000 |
| 21-30 years | $233,542 | $181,421 | $85,715 | $65,000 |
| Over 30 years | **$259,824** | $180,000 | $114,881 | $80,000 |
| **Type of Employment** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Private Practice | **$216,815** | $150,000 | $99,923 | $70,000 |
| Private Non-profit | $92,338 | $82,987 | $55,072 | $51,000 |
| Government | $135,910 | $135,000 | $105,689 | $77,227 |
| In-house Counsel | $200,129 | $162,000 | $140,138 | $105,500 |
| Judge/Hearings Officer | $141,300 | $150,000 | $70,075 | $55,300 |
| Other | $114,932 | $92,000 | **$151,204** | $138,088 |
| **Area of Practice** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Administrative Law | $153,649 | $122,620 | $45,428 | $40,000 |
| Bankruptcy | $147,734 | $105,000 | $127,294 | $82,000 |
| Business/Corporate – Litigation | $272,929 | $198,000 | $135,145 | $110,000 |
| Business/Corporate – Transactional | $211,787 | $157,474 | $98,428 | $75,000 |
| Civil Litigation – Defendant (excludes Insurance Defense) | $204,275 | $160,500 | **$236,800** | $46,000 |
| Civil Litigation – Insurance Defense | $188,230 | $149, 875 | $83,833 | $62,500 |
| Civil Litigation – Plaintiff (excludes Personal Injury) | $191,242 | $125,000 | $188,775 | $87,500 |
| Civil Litigation – Plaintiff, Personal Injury | **$295,034** | $185,500 | $197,616 | $112,000 |
| Criminal Law, Prosecution | $125,403 | $120,000 | $70,195 | $76,454 |
| Criminal Law, Defense – 95% or more court-appointed clients | $112,977 | $100,000 | $69,000 | $60,000 |
| Criminal Law, Defense – 50% - 94% court-appointed clients | $133,649 | $134,592 | $93,333 | $100,000 |
| Criminal Law, Defense – Less than 50% court-appointed clients | $155,056 | $128,000 | $36,500 | $38,000 |
| Family Law | $144,013 | $110,429 | $91,510 | $78,500 |
| Real Estate/Land Use/Environmental Law | $193,045 | $140,750 | $82,297 | $60,000 |
| Tax/Estate Planning | $166,315 | $125,000 | $84,125 | $60,000 |
| Workers' Compensation | $188,637 | $143,000 | $102,500 | $102,500 |
| General (no area over 50%) | $159,768 | $140,000 | $77,335 | $65,000 |

EXHIBIT 7
Page 27 of 117

## Table 21: 2021 Compensation for Full-time and Part-time Lawyers by Selected Variables

| | Full-time | | Part-time | |
|---|---|---|---|---|
| Other | $165,373 | $140,000 | $100,750 | $90,389 |
| Employment | $207,229 | $170,000 | $195,710 | $175,000 |
| Juvenile | $123,371 | $116,500 | $90,000 | $75,000 |
| Landlord/Tenant | $101,055 | $95,000 | $36,500 | $36,500 |
| **Size of Practice** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| 1 Lawyer Office | $165,992 | $140,000 | $84,127 | $60,000 |
| 2 Lawyer Office | $198,495 | $125,000 | $83,188 | $75,404 |
| 3-6 Lawyer Office | $190,070 | $130,000 | $130,646 | $84,000 |
| 7-20 Lawyer Office | $190,184 | $136,576 | $105,549 | $89,389 |
| 21-60 Lawyer Office | $193,090 | $140,000 | $145,319 | $102,500 |
| Over 60 Lawyer Office | **$221,185** | $175,000 | **$233,388** | $135,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).
Q4: What best describes your current level of employment?
Q22: How do you identify your gender?
Age was calculated by subtracting the respondent's birth year, which was included with the sample, from 2022.
Year admitted to the Oregon State Bar was uploaded with the sample from OSB's database *[converted to years]*.
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?
Q6: Which area(s) of practice represented 50% or more of your practice as of 12/31/2021? *[select all that apply]*
Q7: To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2021?

### Gender

Table 22 presents the compensation amounts for male and female lawyers, as well as the respondents who preferred not to disclose their gender both statewide and across the seven regions. Statewide, male lawyers (mean=$204,103) earned more than female lawyers (mean=$152,215) and those who preferred not to disclose (mean=$164,673). This trend held true across all seven regions, aside from respondents who preferred to not disclose in the Upper Willamette Valley, who out earned male and female lawyers (mean=$249,566). Non-binary respondents' answers were not included in Table 22 or 23 due to sample sizes being too small to protect confidentiality.

## Table 22: 2021 Compensation by Gender

| **Male** | Oregon (n=1,424) | Downtown Portland (n=455) | Tri-County (n=440) | Upper Willamette Valley (n=189) | Lower Willamette Valley (n=122) | Southern Oregon (n=64) | Eastern Oregon (n=118) | Oregon Coast (n=36) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$204,103** | **$248,331** | **$191,120** | $195,477 | **$149,874** | **$165,323** | **$175,656** | **$195,042** |
| Median | $146,000 | $175,000 | $145,000 | $150,000 | $120,000 | $124,404 | $120,000 | $92,461 |
| 95th Percentile | $546,203 | $750,000 | $499,001 | $500,000 | $321,250 | $487,500 | $441,250 | $882,456 |

| **Female** | Oregon (n=1,097) | Downtown Portland (n=352) | Tri-County (n=381) | Upper Willamette Valley (n=143) | Lower Willamette Valley (n=89) | Southern Oregon (n=37) | Eastern Oregon (n=73) | Oregon Coast (n=22) |
|---|---|---|---|---|---|---|---|---|
| Mean | $152,215 | $183,226 | $142,000 | $143,744 | $137,133 | $103,494 | $124,209 | $123,890 |
| Median | $120,000 | $140,000 | $115,000 | $125,000 | $95,000 | $100,000 | $100,000 | $117,238 |
| 95th Percentile | $391,812 | $500,000 | $384,381 | $317,200 | $405,500 | $200,500 | $286,000 | $297,150 |

EXHIBIT 7
Page 28 of 117

### Table 22: 2021 Compensation by Gender

| Prefer not to Disclose | Oregon (n=57) | Portland (n=16) | Tri-County (n=17) | Upper Willamette Valley (n=7) | Lower Willamette Valley (n=5) | Southern Oregon (n=5) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $164,673 | $193,272 | $150,765 | **$249,566** | $123,200 | $159,348 | $93,216 | n/a |
| Median | $140,000 | $169,781 | $132,000 | $210,000 | $85,000 | $146,740 | $87,500 | n/a |
| 95th Percentile | $463,000 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).
Q22: How do you identify your gender?

Table 23 itemizes the annual compensation for male and female respondents and those who preferred not to disclose across years admitted to practice for full-time lawyers only. The trend for male lawyers earning more than female lawyers holds true across all years admitted to practice, aside from 0-3 years where the respondents who selected Prefer Not to Disclose out earned their male and female counterparts (mean=$112,592).

### Table 23: 2021 Compensation by Gender and Years Admitted to Practice

| Male | 0-3 Years (n=121) | 4-6 Years (n=124) | 7-9 Years (n=133) | 10-12 Years (n=169) | 13-15 Years (n=131) | 16-20 Years (n=151) | 21-30 Years (n=283) | Over 30 Years (n=312) |
|---|---|---|---|---|---|---|---|---|
| Mean | $102,770 | **$118,652** | **$155,141** | **$172,560** | **$231,177** | **$262,243** | **$249,877** | **$234,297** |
| Median | $85,000 | $109,500 | $120,000 | $130,000 | $160,000 | $169,175 | $182,794 | $165,000 |

| Female | 0-3 Years (n=135) | 4-6 Years (n=129) | 7-9 Years (n=122) | 10-12 Years (n=117) | 13-15 Years (n=109) | 16-20 Years (n=160) | 21-30 Years (n=211) | Over 30 Years (n=114) |
|---|---|---|---|---|---|---|---|---|
| Mean | $89,887 | $108,376 | $140,751 | $161,579 | $156,385 | $184,257 | $174,008 | $188,996 |
| Median | $75,000 | $90,200 | $110,000 | $122,000 | $139,000 | $140,000 | $150,000 | $142,000 |

| Prefer Not to Disclose | 0-3 Years (n=8) | 4-6 Years (n=n/a) | 7-9 Years (n=5) | 10-12 Years (n=n/a) | 13-15 Years (n=6) | 16-20 Years (n=n/a) | 21-30 Years (n=15) | Over 30 Years (n=13) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$112,592** | n/a | $147,027 | n/a | $190,833 | n/a | $182,533 | $188,837 |
| Median | $89,750 | n/a | $151,535 | n/a | $151,000 | n/a | $140,000 | $175,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).
Q4: What best describes your current level of employment? *[full-time only]*
Q22: How do you identify your gender?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*

EXHIBIT 7
Page 29 of 117

## Age

Table 24 presents the compensation amounts for lawyers in each of the five age groups. Similar to 2017, statewide compensation consistently increased from Under 30 Years (mean=$90,904) to 50-59 Years (mean=$217,005), but then decreased slightly for lawyers who were 60 Years or Over (mean=$199,002). Variations occurred across the seven regions.

### Table 24: 2021 Compensation by Age

| Under 30 Years | Oregon (n=83) | Downtown Portland (n=27) | Tri-County (n=20) | Upper Willamette Valley (n=13) | Lower Willamette Valley (n=11) | Southern Oregon (n=6) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $90,904 | $97,579 | $87,315 | $116,283 | $69,545 | $70,523 | $77,383 | n/a |
| Median | $75,000 | $88,500 | $74,041 | $85,687 | $63,000 | $70,000 | $72,600 | n/a |

| 30-39 Years | Oregon (n=652) | Downtown Portland (n=240) | Tri-County (n=195) | Upper Willamette Valley (n=88) | Lower Willamette Valley (n=53) | Southern Oregon (n=23) | Eastern Oregon (n=44) | Oregon Coast (n=9) |
|---|---|---|---|---|---|---|---|---|
| Mean | $126,134 | $138,101 | $127,484 | $110,695 | $92,728 | $110,091 | $125,601 | $169,027 |
| Median | $105,000 | $120,000 | $105,000 | $100,000 | $80,126 | $89,000 | $92,500 | $115,730 |

| 40-49 Years | Oregon (n=751) | Downtown Portland (n=248) | Tri-County (n=237) | Upper Willamette Valley (n=114) | Lower Willamette Valley (n=56) | Southern Oregon (n=24) | Eastern Oregon (n=58) | Oregon Coast (n=14) |
|---|---|---|---|---|---|---|---|---|
| Mean | $194,841 | $225,357 | $175,864 | $185,101 | $166,816 | **$184,199** | $156,714 | **$343,152** |
| Median | $145,000 | $163,500 | $135,653 | $143,848 | $122,500 | $145,870 | $122,500 | $114,500 |

| 50-59 Years | Oregon (n=577) | Downtown Portland (n=172) | Tri-County (n=218) | Upper Willamette Valley (n=62) | Lower Willamette Valley (n=38) | Southern Oregon (n=23) | Eastern Oregon (n=49) | Oregon Coast (n=15) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$217,005** | **$280,994** | $185,262 | **$221,637** | **$218,902** | $183,739 | $170,051 | $125,054 |
| Median | $160,000 | $200,000 | $145,000 | $177,524 | $163,901 | $130,000 | $125,054 | $120,000 |

| 60 Years or Over | Oregon (n=554) | Downtown Portland (n=154) | Tri-County (n=176) | Upper Willamette Valley (n=69) | Lower Willamette Valley (n=60) | Southern Oregon (n=32) | Eastern Oregon (n=41) | Oregon Coast (n=22) |
|---|---|---|---|---|---|---|---|---|
| Mean | $199,002 | $278,019 | **$187,007** | $202,232 | $130,848 | $124,834 | **$171,251** | $77,178 |
| Median | $150,000 | $178,250 | $148,000 | $175,750 | $124,719 | $107,054 | $120,000 | $85,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).
Age was calculated by subtracting the respondent's birth year, which was included with the sample, from 2022.

## Years Admitted to Practice in Oregon

Table 25 presents compensation data across years admitted to practice in Oregon. Statewide, compensation consistently increased from 0-3 Years to Over 30 Years. The 16-20 year range had the highest amount of compensation, closely followed by Over 30 Years. Slightly different trends occurred within the regions.

### Table 25: 2021 Compensation by Years Admitted to Practice in Oregon

| 0-3 Years | Oregon (n=273) | Downtown Portland (n=100) | Tri-County (n=70) | Upper Willamette Valley (n=35) | Lower Willamette Valley (n=29) | Southern Oregon (n=14) | Eastern Oregon (n=21) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $96,595 | $111,527 | $97,812 | $78,653 | $77,668 | $102,660 | $79,358 | n/a |
| Median | $79,000 | $97,000 | $76,000 | $76,000 | $60,000 | $70,000 | $72,000 | n/a |

EXHIBIT 7
Page 30 of 117

## Table 25: 2021 Compensation by Years Admitted to Practice in Oregon

| 4-6 Years | Oregon (n=266) | Downtown Portland (n=92) | Tri-County (n=80) | Upper Willamette Valley (n=39) | Lower Willamette Valley (n=23) | Southern Oregon (n=11) | Eastern Oregon (n=19) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $112,426 | $122,233 | $108,391 | $111,707 | $90,885 | $105,426 | $117,954 | n/a |
| Median | $98,500 | $110,000 | $97,500 | $105,794 | $67,000 | $89,000 | $92,000 | n/a |

| 7-9 Years | Oregon (n=265) | Downtown Portland (n=86) | Tri-County (n=89) | Upper Willamette Valley (n=39) | Lower Willamette Valley (n=22) | Southern Oregon (n=7) | Eastern Oregon (n=16) | Oregon Coast (n=6) |
|---|---|---|---|---|---|---|---|---|
| Mean | $147,470 | $143,743 | $156,507 | $143,743 | $107,860 | $123,285 | $197,931 | $134,586 |
| Median | $115,000 | $111,000 | $115,000 | $111,000 | $95,000 | $95,000 | $112,612 | $137,000 |

| 10-12 Years | Oregon (n=292) | Downtown Portland (n=97) | Tri-County (n=96) | Upper Willamette Valley (n=39) | Lower Willamette Valley (n=23) | Southern Oregon (n=10) | Eastern Oregon (n=21) | Oregon Coast (n=6) |
|---|---|---|---|---|---|---|---|---|
| Mean | $167,662 | $192,418 | $160,335 | $145,744 | $176,096 | $130,891 | $130,891 | $185,000 |
| Median | $125,000 | $155,000 | $125,000 | $119,000 | $117,000 | $105,000 | $105,000 | $121,000 |

| 13-15 Years | Oregon (n=248) | Downtown Portland (n=93) | Tri-County (n=77) | Upper Willamette Valley (n=29) | Lower Willamette Valley (n=18) | Southern Oregon (n=7) | Eastern Oregon (n=17) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Mean | $196,194 | $235,117 | $194,861 | $170,497 | $140,798 | $145,544 | $142,808 | $122,944 |
| Median | $145,000 | $170,000 | $145,000 | $134,000 | $124,500 | $130,000 | $120,000 | $115,730 |

| 16-20 Years | Oregon (n=318) | Downtown Portland (n=93) | Tri-County (n=119) | Upper Willamette Valley (n=41) | Lower Willamette Valley (n=19) | Southern Oregon (n=14) | Eastern Oregon (n=26) | Oregon Coast (n=6) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$220,631** | $282,122 | $180,510 | $228,909 | $139,355 | $158,695 | $163,772 | **$654,951** |
| Median | $150,500 | $185,000 | $140,000 | $170,000 | $125,000 | $143,500 | $111,000 | $130,000 |

| 21-30 Years | Oregon (n=514) | Downtown Portland (n=146) | Tri-County (n=178) | Upper Willamette Valley (n=71) | Lower Willamette Valley (n=43) | Southern Oregon (n=23) | Eastern Oregon (n=44) | Oregon Coast (n=9) |
|---|---|---|---|---|---|---|---|---|
| Mean | $216,574 | $279,164 | $174,790 | **$244,948** | **$216,345** | **$202,222** | $155,735 | $138,971 |
| Median | $169,000 | $200,000 | $150,000 | $180,000 | $153,000 | $113,000 | $143,400 | $135,000 |

| Over 30 Years | Oregon (n=441) | Downtown Portland (n=134) | Tri-County (n=137) | Upper Willamette Valley (n=53) | Lower Willamette Valley (n=41) | Southern Oregon (n=22) | Eastern Oregon (n=34) | Oregon Coast (n=20) |
|---|---|---|---|---|---|---|---|---|
| Mean | $220,229 | **$302,651** | **$212,764** | $187,348 | $144,869 | $133,526 | **$208,016** | $76,885 |
| Median | $158,163 | $180,000 | $150,000 | $185,000 | $139,000 | $120,000 | $126,000 | $85,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response.
Year admitted to the Oregon State Bar was uploaded with the sample from OSB's database *[converted to years]*.

EXHIBIT 7
Page 31 of 117

## Total Years Admitted to Practice

Table 26 presents compensation amounts by total years admitted to practice in any state. Statewide, compensation gradually increased from 0-3 Years through 13-15 Years, decreased slightly for 16-20 Years, then increased through Over 30 Years. Again, slightly different trends occur across the seven regions.

### Table 26: 2021 Compensation by Total Years Admitted to Practice

| 0-3 Years | Oregon (n=223) | Downtown Portland (n=80) | Tri-County (n=55) | Upper Willamette Valley (n=34) | Lower Willamette Valley (n=24) | Southern Oregon (n=11) | Eastern Oregon (n=17) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $83,963 | $102,403 | $76,434 | $77,493 | $63,057 | $68,227 | $73,999 | n/a |
| Median | $75,000 | $87,000 | $72,000 | $75,500 | $60,000 | $64,910 | $72,000 | n/a |

| 4-6 Years | Oregon (n=237) | Downtown Portland (n=87) | Tri-County (n=67) | Upper Willamette Valley (n=36) | Lower Willamette Valley (n=20) | Southern Oregon (n=11) | Eastern Oregon (n=14) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $111,196 | $120,529 | $107,848 | $107,128 | $81,668 | $136,699 | $107,652 | n/a |
| Median | $97,500 | $108,000 | $95,000 | $98,238 | $71,500 | $100,000 | $85,000 | n/a |

| 7-9 Years | Oregon (n=253) | Downtown Portland (n=82) | Tri-County (n=85) | Upper Willamette Valley (n=38) | Lower Willamette Valley (n=21) | Southern Oregon (n=7) | Eastern Oregon (n=16) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $144,544 | $143,310 | $153,024 | $137,026 | $99,663 | $114,857 | $188,244 | n/a |
| Median | $115,000 | $129,500 | $116,000 | $112,000 | $90,000 | $95,000 | $112,613 | n/a |

| 10-12 Years | Oregon (n=288) | Downtown Portland (n=89) | Tri-County (n=96) | Upper Willamette Valley (n=39) | Lower Willamette Valley (n=25) | Southern Oregon (n=10) | Eastern Oregon (n=22) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Mean | $154,132 | $175,315 | $148,462 | $137,234 | $159,008 | $130,756 | $124,578 | $165,571 |
| Median | $122,000 | $146,000 | $122,825 | $118,068 | $117,000 | $107,500 | $105,000 | $100,000 |

| 13-15 Years | Oregon (n=262) | Downtown Portland (n=96) | Tri-County (n=84) | Upper Willamette Valley (n=29) | Lower Willamette Valley (n=16) | Southern Oregon (n=9) | Eastern Oregon (n=19) | Oregon Coast (n=9) |
|---|---|---|---|---|---|---|---|---|
| Mean | $183,799 | $214,750 | $178,583 | $171,532 | $137,493 | $141,5354 | $164,081 | $108,068 |
| Median | $145,000 | $161,500 | $143,516 | $134,000 | $149,500 | $130,000 | $120,000 | $100,000 |

| 16-20 Years | Oregon (n=340) | Downtown Portland (n=111) | Tri-County (n=117) | Upper Willamette Valley (n=43) | Lower Willamette Valley (n=20) | Southern Oregon (n=15) | Eastern Oregon (n=28) | Oregon Coast (n=6) |
|---|---|---|---|---|---|---|---|---|
| Mean | $222,179 | $267,520 | $193,256 | $232,076 | $126,288 | $157,898 | $158,280 | **$654,952** |
| Median | $151,500 | $190,000 | $140,000 | $170,000 | $115,000 | $146,740 | $111,000 | $130,000 |

| 21-30 Years | Oregon (n=538) | Downtown Portland (n=148) | Tri-County (n=194) | Upper Willamette Valley (n=72) | Lower Willamette Valley (n=46) | Southern Oregon (n=23) | Eastern Oregon (n=46) | Oregon Coast (n=9) |
|---|---|---|---|---|---|---|---|---|
| Mean | $215,029 | $273,547 | $174,465 | **$244,668** | **$232,649** | **$202,222** | $155,095 | $138,972 |
| Median | $170,000 | $200,000 | $150,000 | $180,000 | $168,822 | $113,000 | $143,400 | $135,000 |

| Over 30 Years | Oregon (n=476) | Downtown Portland (n=148) | Tri-County (n=148) | Upper Willamette Valley (n=55) | Lower Willamette Valley (n=46) | Southern Oregon (n=22) | Eastern Oregon (n=36) | Oregon Coast (n=21) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$223,008** | **$310,711** | **$212,425** | $189,631 | $142,351 | $133,527 | **$200,905** | $75,225 |
| Median | $158,582 | $182,000 | $150,000 | $185,000 | $127,500 | $120,000 | $122,000 | $85,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response.
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database.

EXHIBIT 7
Page 32 of 117

**Type of Employment**

Table 27 presents compensation amounts across the different types of employment. The highest compensation statewide was for Private Practice (mean=$203,375). Due to the small sample sizes for Judge/Hearings Officer (n=40) and Other (n=52) types of employment, compensation data were not reportable for some of the regions.

## Table 27: 2021 Compensation by Type of Employment as of 12/31/21

| Private Practice | Oregon (n=1,712) | Downtown Portland (n=608) | Tri-County (n=549) | Upper Willamette Valley (n=173) | Lower Willamette Valley (n=146) | Southern Oregon (n=69) | Eastern Oregon (n=127) | Oregon Coast (n=40) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$203,375** | **$249,814** | $175,845 | **$212,797** | $160,505 | **$158,879** | $163,474 | **$194,507** |
| Median | $140,000 | $171,222 | $123,651 | $150,000 | $120,000 | $115,000 | $120,000 | $92,462 |
| 95th Percentile | $585,362 | $700,000 | $450,000 | $565,000 | $379,700 | $475,000 | $423,000 | $447,700 |

| Private Nonprofit | Oregon (n=201) | Downtown Portland (n=63) | Tri-County (n=63) | Upper Willamette Valley (n=15) | Lower Willamette Valley (n=30) | Southern Oregon (n=10) | Eastern Oregon (n=16) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $89,743 | $86,438 | $96,783 | $87,952 | $78,317 | $103,365 | $96,942 | n/a |
| Median | $80,000 | $78,000 | $80,000 | $85,687 | $71,000 | $91,500 | $100,000 | n/a |
| 95th Percentile | $168,800 | $176,638 | $179,400 | n/a | $150,800 | n/a | n/a | n/a |

| Government | Oregon (n=415) | Downtown Portland (n=104) | Tri-County (n=95) | Upper Willamette Valley (n=131) | Lower Willamette Valley (n=25) | Southern Oregon (n=15) | Eastern Oregon (n=35) | Oregon Coast (n=10) |
|---|---|---|---|---|---|---|---|---|
| Mean | $133,872 | $146,141 | $139,823 | $136,770 | $115,086 | $101,852 | $104,349 | $110,086 |
| Median | $130,000 | $145,500 | $131,266 | $133,000 | $124,438 | $107,000 | $96,000 | $119,373 |
| 95th Percentile | $200,000 | $207,000 | $227,200 | $198,800 | $193,400 | n/a | $188,000 | n/a |

| In-House Counsel | Oregon (n=192) | Downtown Portland (n=42) | Tri-County (n=106) | Upper Willamette Valley (n=13) | Lower Willamette Valley (n=13) | Southern Oregon (n=7) | Eastern Oregon (n=11) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $194,505 | $177,566 | **$198,038** | $154,718 | **$165,490** | $194,811 | **$306,256** | n/a |
| Median | $160,000 | $162,000 | $159,000 | $148,960 | $170,000 | $160,000 | $225,000 | n/a |
| 95th Percentile | $200,000 | $387,050 | $482,500 | n/a | n/a | n/a | n/a | n/a |

| Judge/ Hearings Officer | Oregon (n=40) | Downtown Portland (n=9) | Tri-County (n=12) | Upper Willamette Valley (n=9) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $127,055 | $125,556 | $106,667 | $147,848 | n/a | n/a | n/a | n/a |
| Median | $150,000 | $120,000 | $119,000 | $155,000 | n/a | n/a | n/a | n/a |
| 95th Percentile | $187,199 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Other | Oregon (n=52) | Downtown Portland (n=12) | Tri-County (n=19) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=5) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $126,093 | $111,382 | $154,696 | $131,600 | n/a | $90,800 | $107,833 | n/a |
| Median | $100,000 | $86,736 | $120,000 | $100,000 | n/a | $89,000 | $92,500 | n/a |
| 95th Percentile | $335,000 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?

EXHIBIT 7
Page 33 of 117

**Area of Practice**

Table 28 presents compensation amounts across the 21 areas of practice. The highest compensation statewide was for Civil Litigation – Plaintiff, Personal Injury (mean=$284,941) and the lowest was for Landlord/Tenant (mean=$91,123).

### Table 28: 2021 Compensation by Area of Practice

| Administrative Law | Oregon (n=117) | Downtown Portland (n=25) | Tri-County (n=41) | Upper Willamette Valley (n=29) | Lower Willamette Valley (n=15) | Southern Oregon (n=n/a) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $147,175 | $132,500 | $166,446 | $128,847 | $158,526 | n/a | $105,540 | n/a |
| Median | $120,000 | $122,021 | $112,000 | $118,068 | $125,000 | n/a | $75,000 | n/a |
| 95th Percentile | $411,000 | $250,000 | $600,000 | $190,000 | $578,756 | n/a | $185,000 | n/a |

| Bankruptcy | Oregon (n=37) | Downtown Portland (n=16) | Tri-County (n=12) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $144,972 | $185,809 | $136,745 | n/a | n/a | n/a | n/a | n/a |
| Median | $100,000 | $145,000 | $90,000 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $400,000 | $100,000 | $400,000 | n/a | n/a | n/a | n/a | n/a |

| Business/ Corporate— Litigation | Oregon (n=196) | Downtown Portland (n=107) | Tri-County (n=47) | Upper Willamette Valley (n=17) | Lower Willamette Valley (n=13) | Southern Oregon (n=5) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $265,197 | $326,046 | $200,211 | $183,103 | $148,980 | $229,000 | $234,280 | n/a |
| Median | $185,000 | $200,000 | $184,071 | $130,000 | $90,000 | $250,000 | $185,000 | n/a |
| 95th Percentile | $825,000 | $900,000 | $417,000 | $500,000 | $636,000 | $325,000 | $420,000 | n/a |

| Business/ Corporate— Transactional | Oregon (n=331) | Downtown Portland (n=110) | Tri-County (n=124) | Upper Willamette Valley (n=28) | Lower Willamette Valley (n=29) | Southern Oregon (n=15) | Eastern Oregon (n=20) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| Mean | $198,431 | $236,655 | $185,758 | $191,438 | $157,130 | $173,987 | $183,999 | $81,600 |
| Median | $150,000 | $150,000 | $150,000 | $175,750 | $127,500 | $120,000 | $140,000 | $85,000 |
| 95th Percentile | $500,000 | $750,000 | $500,000 | $429,000 | $342,000 | $695,000 | $440,000 | $120,000 |

| Civil Litigation – Defendant (excludes insurance defense) | Oregon (n=251) | Downtown Portland (n=127) | Tri-County (n=52) | Upper Willamette Valley (n=33) | Lower Willamette Valley (n=13) | Southern Oregon (n=10) | Eastern Oregon (n=13) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $204,923 | $249,625 | $152,122 | $164,807 | $122,009 | $193,884 | $194,450 | n/a |
| Median | $160,000 | $188,000 | $130,000 | $137,000 | $90,000 | $163,231 | $153,000 | n/a |
| 95th Percentile | $600,000 | $650,000 | $400,000 | $380,000 | $340,000 | $335,000 | $465,000 | n/a |

| Civil Litigation – Insurance Defense | Oregon (n=144) | Downtown Portland (n=74) | Tri-County (n=46) | Upper Willamette Valley (n=14) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $183,881 | $186,351 | $153,200 | $247,297 | n/a | n/a | n/a | n/a |
| Median | $145,000 | $142,000 | $145,000 | $120,000 | n/a | n/a | n/a | n/a |
| 95th Percentile | $500,000 | $550,000 | $293,000 | $790,000 | n/a | n/a | n/a | n/a |

| Civil Litigation – Plaintiff (excludes personal injury) | Oregon (n=302) | Downtown Portland (n=127) | Tri-County (n=98) | Upper Willamette Valley (n=30) | Lower Willamette Valley (n=23) | Southern Oregon (n=13) | Eastern Oregon (n=9) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $191,079 | $227,291 | $172,197 | $148,057 | $166,983 | $167,637 | $151,472 | n/a |
| Median | $125,000 | $151,135 | $120,000 | $115,000 | $117,000 | $107,109 | $116,000 | n/a |
| 95th Percentile | $586,035 | $600,000 | $500,000 | $400,000 | $400,000 | $335,000 | $259,677 | n/a |

EXHIBIT 7
Page 34 of 117

## Table 28: 2021 Compensation by Area of Practice

| Civil Litigation – Plaintiff, Personal Injury | Oregon (n=222) | Downtown Portland (n=50) | Tri-County (n=106) | Upper Willamette Valley (n=31) | Lower Willamette Valley (n=12) | Southern Oregon (n=7) | Eastern Oregon (n=9) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$284,941** | **$284,622** | **$227,720** | **$366,377** | **$255,218** | **$258,143** | **$462,062** | **$643,101** |
| Median | $180,000 | $170,000 | $170,000 | $347,550 | $125,000 | $280,000 | $300,000 | $185,000 |
| 95th Percentile | $720,000 | $620,000 | $600,000 | $900,000 | $1,600,000 | $500,000 | $1,200,000 | $3,304,709 |

| Criminal Law – Prosecution | Oregon (n=100) | Downtown Portland (n=23) | Tri-County (n=19) | Upper Willamette Valley (n=18) | Lower Willamette Valley (n=10) | Southern Oregon (n=n/a) | Eastern Oregon (n=16) | Oregon Coast (n=10) |
|---|---|---|---|---|---|---|---|---|
| Mean | $119,330 | $146,056 | $128,898 | $117,783 | $100,132 | n/a | $104,152 | $95,486 |
| Median | $116,000 | $150,000 | $115,000 | $116,000 | $97,500 | n/a | $92,000 | $112,000 |
| 95th Percentile | $200,000 | $212,000 | $240,000 | $200,000 | $178,000 | n/a | $259,677 | $152,280 |

| Criminal Law— Defense (95% or more court-appointed clients) | Oregon (n=123) | Downtown Portland (n=25) | Tri-County (n=25) | Upper Willamette Valley (n=23) | Lower Willamette Valley (n=8) | Southern Oregon (n=17) | Eastern Oregon (n=19) | Oregon Coast (n=6) |
|---|---|---|---|---|---|---|---|---|
| Mean | $110,475 | $101,385 | $111,569 | $118,938 | $113,125 | $102,391 | $103,979 | $151,288 |
| Median | $98,000 | $83,000 | $95,000 | $105,794 | $100,000 | $90,000 | $100,000 | $116,000 |
| 95th Percentile | $220,000 | $181,000 | $180,000 | $230,000 | $220,000 | $280,000 | $200,000 | $230,000 |

| Criminal Law— Defense (50%-94% court-appointed clients) | Oregon (n=32) | Downtown Portland (n=7) | Tri-County (n=8) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=5) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $129,870 | $138,920 | $133,173 | $133,500 | n/a | $133,200 | n/a | n/a |
| Median | $130,000 | $180,000 | $135,882 | $100,000 | n/a | $111,000 | n/a | n/a |
| 95th Percentile | $250,000 | $200,000 | $186,912 | $250,000 | n/a | $300,000 | n/a | n/a |

| Criminal Law— Defense (Less than 50% court-appointed clients) | Oregon (n=51) | Downtown Portland (n=15) | Tri-County (n=14) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=8) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $145,758 | $147,364 | $105,807 | n/a | $171,094 | n/a | n/a | n/a |
| Median | $125,000 | $118,000 | $96,000 | n/a | $176,000 | n/a | n/a | n/a |
| 95th Percentile | $300,000 | $700,000 | $200,000 | n/a | $224,000 | n/a | n/a | n/a |

| Family Law | Oregon (n=252) | Downtown Portland (n=73) | Tri-County (n=67) | Upper Willamette Valley (n=29) | Lower Willamette Valley (n=28) | Southern Oregon (n=15) | Eastern Oregon (n=33) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Mean | $138,597 | $157,194 | $111,982 | $154,142 | $135,681 | $138,045 | $141,289 | $135,143 |
| Median | $105,000 | $129,000 | $90,000 | $117,034 | $80,000 | $111,000 | $100,000 | $120,000 |
| 95th Percentile | $325,000 | $400,000 | $260,000 | $376,000 | $325,000 | $325,000 | $311,000 | $309,000 |

| Real Estate/ Land Use/ Environmental Law | Oregon (n=291) | Downtown Portland (n=94) | Tri-County (n=87) | Upper Willamette Valley (n=19) | Lower Willamette Valley (n=32) | Southern Oregon (n=16) | Eastern Oregon (n=31) | Oregon Coast (n=12) |
|---|---|---|---|---|---|---|---|---|
| Mean | $178,619 | $216,297 | $180,723 | $217,725 | $101,208 | $159,679 | $156,185 | $95,950 |
| Median | $125,000 | $165,000 | $120,000 | $180,000 | $80,126 | $87,060 | $120,000 | $81,600 |
| 95th Percentile | $460,000 | $500,000 | $420,000 | $500,000 | $247,000 | $600,000 | $425,000 | $200,000 |

EXHIBIT 7
Page 35 of 117

## Table 28: 2021 Compensation by Area of Practice

| Tax/Estate Planning | Oregon (n=288) | Downtown Portland (n=58) | Tri-County (n=95) | Upper Willamette Valley (n=40) | Lower Willamette Valley (n=37) | Southern Oregon (n=17) | Eastern Oregon (n=31) | Oregon Coast (n=10) |
|---|---|---|---|---|---|---|---|---|
| Mean | $147,766 | $192,126 | $140,555 | $150,620 | $118,931 | $136,771 | $147,402 | $74,079 |
| Median | $107,109 | $129,000 | $100,000 | $132,935 | $100,000 | $100,000 | $120,000 | $62,000 |
| 95th Percentile | $432,000 | $737,500 | $450,000 | $319,431 | $260,000 | $695,000 | $425,000 | $200,000 |

| Workers' Compensation | Oregon (n=77) | Downtown Portland (n=18) | Tri-County (n=32) | Upper Willamette Valley (n=21) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $186,401 | $179,038 | $224,188 | $136,720 | n/a | n/a | n/a | n/a |
| Median | $143,000 | $150,500 | $131,700 | $143,000 | n/a | n/a | n/a | n/a |
| 95th Percentile | $450,000 | $471,000 | $800,000 | $184,000 | n/a | n/a | n/a | n/a |

| General (no area over 50%) | Oregon (n=175) | Downtown Portland (n=31) | Tri-County (n=60) | Upper Willamette Valley (n=19) | Lower Willamette Valley (n=20) | Southern Oregon (n=14) | Eastern Oregon (n=22) | Oregon Coast (n=9) |
|---|---|---|---|---|---|---|---|---|
| Mean | $150,348 | $164,014 | $169,253 | $134,842 | $138,679 | $151,201 | $123,419 | $100,391 |
| Median | $130,000 | $150,000 | $130,000 | $121,562 | $124,438 | $125,000 | $135,000 | $85,000 |
| 95th Percentile | $362,000 | $440,000 | $400,000 | $248,664 | $280,000 | $380,000 | $200,000 | $211,517 |

| Other | Oregon (n=405) | Downtown Portland (n=118) | Tri-County (n=161) | Upper Willamette Valley (n=53) | Lower Willamette Valley (n=31) | Southern Oregon (n=9) | Eastern Oregon (n=26) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Mean | $156,413 | $174,010 | $146,903 | $163,303 | $120,349 | $149,715 | $177,837 | $115,132 |
| Median | $130,600 | $143,000 | $125,000 | $145,000 | $96,000 | $140,000 | $136,716 | $105,000 |
| 95th Percentile | $391,458 | $480,000 | $400,000 | $350,000 | $259,000 | $278,000 | $391,458 | $185,000 |

| Employment | Oregon (n=45) | Downtown Portland (n=19) | Tri-County (n=17) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $205,694 | $229,644 | $190,352 | $161,800 | n/a | n/a | n/a | n/a |
| Median | $170,000 | $180,000 | $170,000 | $100,000 | n/a | n/a | n/a | n/a |
| 95th Percentile | $428,260 | $850,000 | $428,260 | $390,000 | n/a | n/a | n/a | n/a |

| Juvenile | Oregon (n=45) | Downtown Portland (n=n/a) | Tri-County (n=13) | Upper Willamette Valley (n=14) | Lower Willamette Valley (n=5) | Southern Oregon (n=5) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $121,147 | n/a | $98,228 | $144,832 | $96,600 | $127,400 | n/a | n/a |
| Median | $113,000 | n/a | $80,000 | $135,000 | $98,000 | $113,000 | n/a | n/a |
| 95th Percentile | $196,000 | n/a | $146,000 | $276,000 | $160,000 | $192,000 | n/a | n/a |

| Landlord/Tenant | Oregon (n=13) | Downtown Portland (n=6) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $91,124 | $92,667 | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $88,000 | $88,000 | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $165,000 | $140,000 | n/a | n/a | n/a | n/a | n/a | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).
Q6: Which area(s) of practice represented 50% or more of your practice as of 12/31/2021? [select all that apply]

EXHIBIT 7
Page 36 of 117

## Size of Practice

Table 29 presents compensation amounts for the different sizes of practice. Statewide, the highest compensation was for the Over 60 Lawyer practice (mean=$221,738), while the highest level of compensation varied across the regions.

### Table 29: 2021 Compensation by Size of Practice

| 1 Lawyer Office | Oregon (n=639) | Downtown Portland (n=85) | Tri-County (n=286) | Upper Willamette Valley (n=74) | Lower Willamette Valley (n=60) | Southern Oregon (n=37) | Eastern Oregon (n=65) | Oregon Coast (n=32) |
|---|---|---|---|---|---|---|---|---|
| Mean | $145,532 | $156,043 | $150,492 | $153,780 | $129,578 | $128,379 | $144,354 | $106,345 |
| Median | $120,000 | $140,000 | $125,000 | $132,468 | $101,000 | $92,000 | $110,000 | $92,461 |
| 95th Percentile | $376,000 | $470,000 | $417,000 | $413,500 | $259,950 | $339,500 | $300,000 | $257,650 |

| 2 Lawyer Office | Oregon (n=250) | Downtown Portland (n=45) | Tri-County (n=107) | Upper Willamette Valley (n=32) | Lower Willamette Valley (n=24) | Southern Oregon (n=10) | Eastern Oregon (n=22) | Oregon Coast (n=10) |
|---|---|---|---|---|---|---|---|---|
| Mean | $186,504 | $219,993 | $165,321 | $194,229 | $120,346 | $175,500 | $166,366 | **$451,822** |
| Median | $120,000 | $106,000 | $120,000 | $144,500 | $96,824 | $117,500 | $122,500 | $100,500 |
| 95th Percentile | $500,000 | $570,000 | $560,000 | $598,700 | $298,083 | n/a | $385,000 | n/a |

| 3-6 Lawyer Office | Oregon (n=537) | Downtown Portland (n=138) | Tri-County (n=191) | Upper Willamette Valley (n=52) | Lower Willamette Valley (n=58) | Southern Oregon (n=33) | Eastern Oregon (n=55) | Oregon Coast (n=10) |
|---|---|---|---|---|---|---|---|---|
| Mean | $185,528 | $211,901 | $190,986 | $163,715 | **$185,988** | $149,459 | $158,805 | $94,083 |
| Median | $125,000 | $143,094 | $130,000 | $136,000 | $109,000 | $120,000 | $120,000 | $90,000 |
| 95th Percentile | $500,000 | $602,500 | $500,000 | $530,698 | $698,700 | $465,000 | $433,000 | n/a |

| 7-20 Lawyer Office | Oregon (n=602) | Downtown Portland (n=255) | Tri-County (n=158) | Upper Willamette Valley (n=66) | Lower Willamette Valley (n=57) | Southern Oregon (n=22) | Eastern Oregon (n=37) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Mean | $186,248 | $212,073 | $166,305 | **$220,587** | $134,333 | $142,525 | $149,525 | $126,147 |
| Median | $134,000 | $150,000 | $133,500 | $120,000 | $124,438 | $118,500 | $105,225 | $124,000 |
| 95th Percentile | $500,000 | $630,000 | $400,000 | $735,050 | $326,500 | $313,750 | $425,500 | n/a |

| 21-60 Lawyer Office | Oregon (n=311) | Downtown Portland (n=154) | Tri-County (n=62) | Upper Willamette Valley (n=68) | Lower Willamette Valley (n=10) | Southern Oregon (n=5) | Eastern Oregon (n=12) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $191,555 | $225,363 | $151,302 | $165,406 | $105,492 | **$177,600** | **$191,367** | n/a |
| Median | $140,000 | $152,250 | $114,500 | $135,000 | $98,750 | $135,000 | $105,500 | n/a |
| 95th Percentile | $509,261 | $719,500 | $395,200 | $436,750 | n/a | n/a | n/a | n/a |

| Over 60 Lawyer Office | Oregon (n=265) | Downtown Portland (n=162) | Tri-County (n=37) | Upper Willamette Valley (n=53) | Lower Willamette Valley (n=6) | Southern Oregon (n=n/a) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$221,784** | **$254,134** | **$219,451** | $150,575 | $113,354 | n/a | $114,473 | n/a |
| Median | $175,000 | $186,633 | $178,000 | $150,000 | $109,000 | n/a | $116,000 | n/a |
| 95th Percentile | $619,000 | $679,250 | $611,289 | $203,000 | n/a | n/a | n/a | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).

Q7: To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2021?

EXHIBIT 7
Page 37 of 117

## Level of Employment

As seen in Table 30, Full-time Lawyers have the highest level of compensation statewide (mean=$189,529).

### Table 30: 2021 Compensation by Current Level of Employment

| Full-time Lawyer | Oregon (n=2,333) | Downtown Portland (n=780) | Tri-County (n=722) | Upper Willamette Valley (n=324) | Lower Willamette Valley (n=194) | Southern Oregon (n=92) | Eastern Oregon (n=174) | Oregon Coast (n=47) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$189,529** | **$224,631** | **$176,862** | **$178,100** | **$154,487** | **$157,334** | **$159,588** | **$198,879** |
| Median | $225,626 | $160,000 | $135,000 | $143,000 | $122,219 | $120,000 | $120,000 | $118,746 |

| Part-time Lawyer by Choice | Oregon (n=256) | Downtown Portland (n=55) | Tri-County (n=113) | Upper Willamette Valley (n=20) | Lower Willamette Valley (n=21) | Southern Oregon (n=14) | Eastern Oregon (n=23) | Oregon Coast (n=10) |
|---|---|---|---|---|---|---|---|---|
| Mean | $107,395 | $124,995 | $114,710 | $116,797 | $54,290 | $76,714 | $114,760 | $46,679 |
| Median | $75,000 | $100,000 | $82,000 | $58,000 | $46,000 | $87,500 | $60,000 | $41,397 |

| Part-time Lawyer due to Lack of Work | Oregon (n=26) | Portland (n=5) | Tri-County (n=11) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $55,940 | $60,400 | $84,495 | n/a | n/a | n/a | n/a | n/a |
| Median | $52,500 | $62,000 | $87,000 | n/a | n/a | n/a | n/a | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).
Q4: What best describes your current level of employment?

## Method of Payment

Table 31 presents compensation amounts across the three types of payment methods. The highest compensation amount was for Owners both statewide (mean=$241,545), and across all seven regions (mean=$184,287 to $323,898).

### Table 31: 2021 Compensation by Method of Payment as of 12/31/21

| Owner (Partner, Shareholder, Sole Practitioner) | Oregon (n=1,129) | Downtown Portland (n=340) | Tri-County (n=383) | Upper Willamette Valley (n=122) | Lower Willamette Valley (n=101) | Southern Oregon (n=52) | Eastern Oregon (n=99) | Oregon Coast (n=32) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$241,545** | **$323,898** | **$206,340** | **$247,149** | **$185,604** | **$177,082** | **$184,287** | **$225,009** |
| Median | $176,000 | $249,765 | $154,000 | $197,250 | $154,564 | $121,000 | $140,000 | $94,961 |

| Employee (salaried or hourly) | Oregon (n=1,420) | Downtown Portland (n=489) | Tri-County (n=434) | Upper Willamette Valley (n=218) | Lower Willamette Valley (n=112) | Southern Oregon (n=53) | Eastern Oregon (n=91) | Oregon Coast (n=23) |
|---|---|---|---|---|---|---|---|---|
| Mean | $135,146 | $146,437 | $136,378 | $133,460 | $108,143 | $112,801 | $127,255 | $101,994 |
| Median | $120,000 | $130,000 | $115,500 | $125,000 | $91,805 | $100,000 | $102,000 | $100,000 |

| Contract (paid by hour or assignment) | Oregon (n=58) | Portland (n=10) | Tri-County (n=23) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=5) | Southern Oregon (n=n/a) | Eastern Oregon (n=8) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $84,463 | $48,060 | $83,033 | $160,718 | $66,500 | n/a | $76,179 | n/a |
| Median | $67,500 | $42,500 | $70,000 | $167,000 | $33,500 | n/a | $71,718 | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).
Q13: What was your method of pay as of 12/31/2021?

EXHIBIT 7
Page 38 of 117

Table 32 presents compensation amounts for full-time lawyers across areas of practice and total years admitted to practice across Owner and Employee methods of payment. The highest compensation for Owners was in the Civil Litigation – Defendant (excludes insurance defense) area of practice (mean=$290,418) and for Employees it was in the Civil Litigation – Plaintiff, Personal Injury area of practice (mean=$151,973), which was the finding in 2017 as well (mean=$280,341 and $133,912, respectively). The highest compensation amount for total years admitted to practice was 16-20 Years for Owners (mean=$306,002) and Over 30 Years for Employees (mean=$189,605). Sample sizes varied for each of the cells, so they were not listed in the table.

### Table 32: 2021 Compensation by Method of Payment – Full-time Lawyers Only

| Area of Practice | Owner | | Employee | |
| --- | --- | --- | --- | --- |
| | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Administrative Law | $258,717 | $200,000 | $122,748 | $120,000 |
| Bankruptcy | $167,036 | $98,477 | $134,498 | $123,000 |
| Business/ Corporate – Litigation | $352,955 | $268,250 | $162,011 | $133,500 |
| Business/ Corporate – Transactional | $287,557 | $200,000 | $169,570 | $145,000 |
| Civil Litigation – Defendant (excludes insurance defense) | **$290,419** | $250,000 | $149,239 | $140,000 |
| Civil Litigation – Insurance Defense | $289,227 | $250,000 | $129,134 | $115,000 |
| Civil Litigation – Plaintiff (excludes personal injury) | $244,541 | $197,250 | $117,332 | $106,000 |
| Civil Litigation – Plaintiff, Personal Injury | $354,377 | $238,000 | **$151,974** | $125,000 |
| Criminal Law – Prosecution | n/a | n/a | $123,878 | $120,000 |
| Criminal Law-Defense – 95% or more court-appointed clients | $150,048 | $127,208 | $94,510 | $89,000 |
| Criminal Law-Defense – 50%-94% court-appointed clients | $142,359 | $140,000 | $110,143 | $111,000 |
| Criminal Law-Defense – Less than 50% court-appointed clients | $175,524 | $160,000 | $126,028 | $106,000 |
| Family Law | $181,358 | $161,080 | $102,328 | $80,864 |
| Real Estate/Land Use/Environmental Law | $280,598 | $223,429 | $127,534 | $120,000 |
| Tax/Estate Planning | $199,469 | $150,000 | $110,477 | $101,500 |
| Workers' Compensation | $268,992 | $180,000 | $137,980 | $130,000 |
| General (no area over 50%) | $172,406 | $155,000 | $151,670 | $133,000 |
| Other | $212,324 | $175,000 | $145,617 | $128,000 |
| Employment | $266,250 | $230,500 | $145,103 | $150,000 |
| Juvenile | $163,364 | $160,000 | $111,301 | $109,500 |
| Landlord/Tenant | n/a | n/a | $83,018 | $88,000 |

EXHIBIT 7
Page 39 of 117

## Table 32: 2021 Compensation by Method of Payment – Full-time Lawyers Only

| Total Years Admitted to Practice | Owner | | Employee | |
|---|---|---|---|---|
| | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| 0-3 years | $121,250 | $97,500 | $83,257 | $75,000 |
| 4-6 years | $125,845 | $125,000 | $113,364 | $97,780 |
| 7-9 years | $190,510 | $140,000 | $128,401 | $112,500 |
| 10-12 years | $203,793 | $176,000 | $134,612 | $120,000 |
| 13-15 years | $230,297 | $185,000 | $160,155 | $135,000 |
| 16-20 years | **$306,002** | $223,429 | $152,395 | $140,997 |
| 21-30 years | $288,831 | $232,000 | $166,239 | $155,000 |
| Over 30 years | $296,779 | $197,000 | **$189,606** | $165,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).
Q13: What was your method of pay as of 12/31/2021? *[owner and employee only]*
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*

EXHIBIT 7
Page 40 of 117

# Billing Practices

The following section presents information regarding billing hours and rates for all private practice lawyers. For each presentation, any subgroups of respondents are identified.

### Hours Billed

Table 33 presents the mean, median and percentile number of hours billed per month in 2021 for private practice lawyers who were full-time and part-time by choice respondents. The mean hours statewide were 106.9 hours, and ranged from 59.7 hours in the Oregon Coast region to 128.3 hours for the Portland region.

**Table 33: 2021 Hours Billed per Month – Private Practice, Full- or Part-time by Choice**

|  | Oregon (n=1,396) | Downtown Portland (n=553) | Tri-County (n=418) | Upper Willamette Valley (n=124) | Lower Willamette Valley (n=107) | Southern Oregon (n=59) | Eastern Oregon (n=103) | Oregon Coast (n=32) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 106.9 | 128.3 | 91.6 | 98.8 | 104.1 | 86.2 | 93.1 | 59.7 |
| Median Hours | 100.0 | 130.0 | 85.0 | 100.0 | 95.0 | 90.0 | 100.0 | 51.5 |
| 95th Percentile | 180.0 | 183.6 | 160.0 | 180.0 | 151.6 | 170.0 | 164.0 | 129.0 |

Q15: What was the average number of hours that you billed per month in 2021?
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2021? *[private practice only]*
Q4: What best describes your current level of employment? *[full- and part-time by choice]*

### Method of Payment

Table 34 presents the mean and median hours billed per month in 2021 for private practice lawyers who were full-time and part-time by choice across the methods of payment. The mean number of hours billed for Employees was highest at 118.4 hours statewide, with variation across the seven regions. Only three regions had enough respondents to report the mean and median hours for Contract payment.

**Table 34: 2021 Hours Billed per Month by Method of Payment – Private Practice, Full- or Part-time by Choice**

| Owner (Partner, Shareholder, Sole Practitioner) | Oregon (n=849) | Downtown Portland (n=286) | Tri-County (n=266) | Upper Willamette Valley (n=86) | Lower Willamette Valley (n=72) | Southern Oregon (n=41) | Eastern Oregon (n=73) | Oregon Coast (n=25) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 101.4 | 122.3 | 80.0 | 93.4 | **111.39** | **86.9** | 89.0 | 57.8 |
| Median Hours | 100.0 | 120.0 | 73.0 | 100.0 | 95.0 | 80.0 | 90.0 | 51.0 |

| Employee (salaried or hourly) | Oregon (n=515) | Downtown Portland (n=259) | Tri-County (n=140) | Upper Willamette Valley (n=37) | Lower Willamette Valley (n=31) | Southern Oregon (n=17) | Eastern Oregon (n=24) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | **118.4** | **136.9** | **99.4** | **110.7** | 95.7 | 84.4 | **109.9** | **66.43** |
| Median Hours | 125.0 | 140.0 | 110.0 | 122.0 | 100.0 | 100.0 | 120.0 | 55.0 |

| Contract (paid by hour or assignment) | Oregon (n=28) | Downtown Portland (n=7) | Tri-County (n=10) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 61.8 | 44.3 | 68.5 | n/a | n/a | n/a | 75.8 | n/a |
| Median Hours | 55.0 | 45.0 | 60.0 | n/a | n/a | n/a | 80.0 | n/a |

Q15: What was the average number of hours that you billed per month in 2021?
Q13: What was your method of pay as of 12/31/2021?
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2021? *[private practice only]*

EXHIBIT 7
Page 41 of 117

## Billing Rate

Table 35 presents the 2021 hourly billing rate for private practice lawyers, regardless of level of employment (i.e., full-time, part-time by choice, and part-time due to lack of legal work). The mean hourly rate was $344 statewide, and ranged from $269 to $401 regionally.

### Table 35: 2021 Hourly Billing Rate – Private Practice

| | Oregon (n=1,613) | Downtown Portland (n=597) | Tri-County (n=500) | Upper Willamette Valley (n=151) | Lower Willamette Valley (n=134) | Southern Oregon (n=69) | Eastern Oregon (n=122) | Oregon Coast (n=40) |
|---|---|---|---|---|---|---|---|---|
| Mean Hourly Rate | $344 | $401 | $329 | $293 | $306 | $281 | $288 | $269 |
| Median Hourly Rate | $325 | $380 | $325 | $300 | $300 | $270 | $288 | $250 |
| Low Hourly Rate | $75 | $125 | $75 | $105 | $75 | $100 | $75 | $175 |
| 95th Percentile | $575 | $686 | $500 | $415 | $459 | $405 | $399 | $399 |
| High Hourly Rate | $1,375 | $1,150 | $1,375 | $500 | $754 | $600 | $500 | $650 |

Q14: When you charged on an hourly basis, what was your usual billing rate per hour in 2021?
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2021? [private practice only]

## Total Years Admitted to Practice

Table 36 presents the 2021 hourly bill rate data by total years admitted to practice for all private practice lawyers, regardless of level of employment. Statewide, the mean hourly billing rate increased as the number of years admitted to practice increased (aside from a small decrease in the 16-20 year range), reaching a mean of $384 for lawyers admitted to practice for Over 30 Years. Slight variations occurred regionally.

### Table 36: 2021 Hourly Billing Rate by Total Years Admitted to Practice – Private Practice

| 0-3 Years | Oregon (n=148) | Downtown Portland (n=69) | Tri-County (n=32) | Upper Willamette Valley (n=15) | Lower Willamette Valley (n=12) | Southern Oregon (n=6) | Eastern Oregon (n=12) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $273 | $310 | $257 | $232 | $223 | $194 | $255 | n/a |
| Median Rate | $250 | $300 | $250 | $225 | $230 | $180 | $243 | n/a |
| 95th Percentile | $459 | $538 | $425 | n/a | n/a | n/a | n/a | n/a |

| 4-6 Years | Oregon (n=165) | Downtown Portland (n=62) | Tri-County (n=48) | Upper Willamette Valley (n=20) | Lower Willamette Valley (n=13) | Southern Oregon (n=10) | Eastern Oregon (n=11) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $285 | $312 | $281 | $276 | $234 | $241 | $276 | n/a |
| Median Rate | $275 | $308 | $263 | $250 | $230 | $250 | $295 | n/a |
| 95th Percentile | $468 | $495 | $464 | $498 | n/a | n/a | n/a | n/a |

| 7-9 Years | Oregon (n=160) | Downtown Portland (n=58) | Tri-County (n=51) | Upper Willamette Valley (n=18) | Lower Willamette Valley (n=14) | Southern Oregon (n=n/a) | Eastern Oregon (n=14) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $308 | $339 | $316 | $272 | $261 | n/a | $264 | n/a |
| Median Rate | $300 | $350 | $325 | $275 | $245 | n/a | $275 | n/a |
| 95th Percentile | $449 | $486 | $450 | n/a | n/a | n/a | n/a | n/a |

| 10-12 Years | Oregon (n=173) | Downtown Portland (n=72) | Tri-County (n=51) | Upper Willamette Valley (n=17) | Lower Willamette Valley (n=11) | Southern Oregon (n=7) | Eastern Oregon (n=10) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $334 | $379 | $312 | $289 | $339 | $281 | $271 | $253 |
| Median Rate | $325 | $370 | $320 | $300 | $325 | $250 | $275 | $250 |
| 95th Percentile | $547 | $567 | $450 | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 42 of 117

## Table 36: 2021 Hourly Billing Rate by Total Years Admitted to Practice – Private Practice

| 13-15 Years | Oregon (n=150) | Downtown Portland (n=66) | Tri-County (n=44) | Upper Willamette Valley (n=11) | Lower Willamette Valley (n=13) | Southern Oregon (n=n/a) | Eastern Oregon (n=7) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $366 | $416 | $348 | $310 | $336 | n/a | $305 | $248 |
| Median Rate | $350 | $400 | $350 | $315 | $300 | n/a | $300 | $250 |
| 95th Percentile | $586 | $733 | $490 | n/a | n/a | n/a | n/a | n/a |

| 16-20 Years | Oregon (n=187) | Downtown Portland (n=66) | Tri-County (n=69) | Upper Willamette Valley (n=15) | Lower Willamette Valley (n=11) | Southern Oregon (n=9) | Eastern Oregon (n=14) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $359 | $445 | $320 | $290 | $314 | $303 | **$314** | n/a |
| Median Rate | $350 | $425 | $315 | $300 | $305 | $280 | $285 | n/a |
| 95th Percentile | $600 | $683 | $463 | n/a | n/a | n/a | n/a | n/a |

| 21-30 Years | Oregon (n=317) | Downtown Portland (n=103) | Tri-County (n=109) | Upper Willamette Valley (n=27) | Lower Willamette Valley (n=26) | Southern Oregon (n=18) | Eastern Oregon (n=29) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $371 | $447 | $351 | **$342** | $315 | **$312** | $306 | $250 |
| Median Rate | $350 | $450 | $350 | $350 | $313 | $300 | $320 | $250 |
| 95th Percentile | $600 | $697 | $550 | $477 | $422 | n/a | $450 | n/a |

| Over 30 Years | Oregon (n=313) | Downtown Portland (n=101) | Tri-County (n=96) | Upper Willamette Valley (n=28) | Lower Willamette Valley (n=34) | Southern Oregon (n=12) | Eastern Oregon (n=25) | Oregon Coast (n=17) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | **$384** | **$483** | **$364** | $304 | **$349** | $308 | $292 | **$302** |
| Median Rate | $350 | $425 | $350 | $308 | $325 | $313 | $275 | $275 |
| 95th Percentile | $722 | $798 | $600 | $408 | $571 | n/a | $435 | n/a |

Q14: When you charged on an hourly basis, what was your usual billing rate per hour in 2021?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2021? *[private practice only]*

### Area of Practice

Table 37 presents the 2021 hourly billing rate data by area of practice for all private practice lawyers, regardless of level of employment. The highest hourly billing rate was for Business/Corporate – Litigation (mean=$408) statewide, with variations across the regions.

## Table 37: 2021 Hourly Billing Rate by Area of Practice – Private Practice

| Administrative Law | Oregon (n=33) | Downtown Portland (n=16) | Tri-County (n=10) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=5) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $331 | $337 | $309 | n/a | **$379** | n/a | n/a | n/a |
| Median Rate | $300 | $288 | $275 | n/a | $325 | n/a | n/a | n/a |
| 95th Percentile | $629 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Bankruptcy | Oregon (n=34) | Downtown Portland (n=15) | Tri-County (n=12) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $383 | $432 | $364 | n/a | n/a | n/a | n/a | n/a |
| Median Rate | $370 | $400 | $375 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $631 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 43 of 117

## Table 37: 2021 Hourly Billing Rate by Area of Practice – Private Practice

| Business/Corporate — Litigation | Oregon (n=189) | Downtown Portland (n=108) | Tri-County (n=37) | Upper Willamette Valley (n=19) | Lower Willamette Valley (n=13) | Southern Oregon (n=5) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | **$408** | **$474** | $349 | $284 | $311 | $314 | $294 | n/a |
| Median Rate | $375 | $450 | $350 | $290 | $300 | $325 | $302 | n/a |
| 95th Percentile | $730 | $774 | $503 | n/a | n/a | n/a | n/a | n/a |

| Business/Corporate – Transactional | Oregon (n=216) | Downtown Portland (n=79) | Tri-County (n=63) | Upper Willamette Valley (n=19) | Lower Willamette Valley (n=23) | Southern Oregon (n=10) | Eastern Oregon (n=18) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $359 | $430 | $343 | $284 | $293 | $318 | $313 | n/a |
| Median Rate | $350 | $395 | $350 | $280 | $300 | $360 | $317 | n/a |
| 95th Percentile | $550 | $710 | $470 | n/a | $440 | n/a | n/a | n/a |

| Civil Litigation – Defendant (excludes insurance defense) | Oregon (n=193) | Downtown Portland (n=108) | Tri-County (n=36) | Upper Willamette Valley (n=15) | Lower Willamette Valley (n=9) | Southern Oregon (n=11) | Eastern Oregon (n=10) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $381 | $442 | $335 | $259 | $288 | $281 | $286 | n/a |
| Median Rate | $350 | $415 | $350 | $260 | $300 | $300 | $285 | n/a |
| 95th Percentile | $655 | $743 | $475 | n/a | n/a | n/a | n/a | n/a |

| Civil Litigation – Insurance Defense | Oregon (n=118) | Downtown Portland (n=67) | Tri-County (n=29) | Upper Willamette Valley (n=12) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $232 | $232 | $222 | $243 | n/a | n/a | n/a | n/a |
| Median Rate | $225 | $220 | $200 | $235 | n/a | n/a | n/a | n/a |
| 95th Percentile | $350 | $340 | $413 | n/a | n/a | n/a | n/a | n/a |

| Civil Litigation – Plaintiff (excludes personal injury) | Oregon (n=240) | Downtown Portland (n=99) | Tri-County (n=81) | Upper Willamette Valley (n=26) | Lower Willamette Valley (n=15) | Southern Oregon (n=11) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $374 | $419 | $363 | $305 | $364 | $297 | $286 | n/a |
| Median Rate | $350 | $410 | $350 | $300 | $345 | $300 | $298 | n/a |
| 95th Percentile | $580 | $685 | $525 | $498 | n/a | n/a | n/a | n/a |

| Civil Litigation – Plaintiff Personal Injury | Oregon (n=157) | Downtown Portland (n=37) | Tri-County (n=77) | Upper Willamette Valley (n=20) | Lower Willamette Valley (n=9) | Southern Oregon (n=n/a) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $368 | $393 | **$367** | **$355** | $329 | n/a | **$388** | n/a |
| Median Rate | $350 | $400 | $350 | $350 | $350 | n/a | $393 | n/a |
| 95th Percentile | $550 | $619 | $503 | $498 | n/a | n/a | n/a | n/a |

| Criminal Law, Prosecution | Oregon (n=n/a) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median Rate | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 44 of 117

## Table 37: 2021 Hourly Billing Rate by Area of Practice – Private Practice

| Criminal Law, Defense – 95% or more court-appointed clients | Oregon (n=25) | Downtown Portland (n=n/a) | Tri-County (n=7) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $226 | n/a | $177 | n/a | n/a | n/a | n/a | n/a |
| Median Rate | $240 | n/a | $200 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $490 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Criminal Law, Defense – 50% - 94% court-appointed clients | Oregon (n=23) | Downtown Portland (n=7) | Tri-County (n=5) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $250 | $258 | $240 | n/a | n/a | n/a | n/a | n/a |
| Median Rate | $255 | $300 | $250 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $392 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Criminal Law, Defense – Less than 50% court-appointed clients | Oregon (n=38) | Downtown Portland (n=14) | Tri-County (n=6) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=7) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $357 | $400 | $341 | n/a | $355 | n/a | n/a | n/a |
| Median Rate | $350 | $400 | $350 | n/a | $350 | n/a | n/a | n/a |
| 95th Percentile | $535 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Family Law | Oregon (n=219) | Downtown Portland (n=61) | Tri-County (n=64) | Upper Willamette Valley (n=22) | Lower Willamette Valley (n=19) | Southern Oregon (n=17) | Eastern Oregon (n=29) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $299 | $338 | $284 | $287 | $319 | $253 | $280 | $252 |
| Median Rate | $300 | $350 | $278 | $293 | $310 | $250 | $275 | $250 |
| 95th Percentile | $400 | $450 | $400 | $389 | n/a | n/a | $375 | n/a |

| Real Estate/Land Use/Environmental Law | Oregon (n=196) | Downtown Portland (n=59) | Tri-County (n=54) | Upper Willamette Valley (n=18) | Lower Willamette Valley (n=18) | Southern Oregon (n=14) | Eastern Oregon (n=21) | Oregon Coast (n=12) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $350 | $409 | $365 | $295 | $305 | **$326** | $295 | **$267** |
| Median Rate | $325 | $400 | $350 | $293 | $300 | $338 | $300 | $263 |
| 95th Percentile | $603 | $675 | $513 | n/a | n/a | n/a | $445 | n/a |

| Tax/Estate Planning | Oregon (n=281) | Downtown Portland (n=50) | Tri-County (n=92) | Upper Willamette Valley (n=33) | Lower Willamette Valley (n=39) | Southern Oregon (n=20) | Eastern Oregon (n=34) | Oregon Coast (n=13) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $309 | $385 | $309 | $285 | $281 | $296 | $288 | $248 |
| Median Rate | $300 | $358 | $300 | $285 | $275 | $285 | $275 | $250 |
| 95th Percentile | $450 | $740 | $437 | $433 | $400 | $410 | $428 | n/a |

| Workers' Compensation | Oregon (n=42) | Downtown Portland (n=15) | Tri-County (n=23) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $294 | $275 | $308 | n/a | n/a | n/a | n/a | n/a |
| Median Rate | $220 | $200 | $235 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $596 | n/a | $635 | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 45 of 117

## Table 37: 2021 Hourly Billing Rate by Area of Practice – Private Practice

| General (no area over 50%) | Oregon (n=93) | Downtown Portland (n=15) | Tri-County (n=30) | Upper Willamette Valley (n=7) | Lower Willamette Valley (n=8) | Southern Oregon (n=9) | Eastern Oregon (n=13) | Oregon Coast (n=11) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $303 | $389 | $324 | $276 | $286 | $253 | $261 | $246 |
| Median Rate | $295 | $420 | $313 | $250 | $305 | $250 | $275 | $275 |
| 95th Percentile | $458 | n/a | $480 | n/a | n/a | n/a | n/a | n/a |

| Other | Oregon (n=177) | Downtown Portland (n=61) | Tri-County (n=71) | Upper Willamette Valley (n=12) | Lower Willamette Valley (n=17) | Southern Oregon (n=n/a) | Eastern Oregon (n=9) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $355 | $413 | $329 | $299 | $334 | n/a | $302 | n/a |
| Median Rate | $340 | $400 | $325 | $295 | $300 | n/a | $295 | n/a |
| 95th Percentile | $600 | $638 | $560 | n/a | n/a | n/a | n/a | n/a |

| Employment | Oregon (n=34) | Downtown Portland (n=17) | Tri-County (n=10) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $369 | $407 | $355 | n/a | n/a | n/a | n/a | n/a |
| Median Rate | $355 | $420 | $350 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $518 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Juvenile | Oregon (n=8) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $258 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median Rate | $250 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Landlord/Tenant | Oregon (n=6) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $314 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median Rate | $313 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q14: When you charged on an hourly basis, what was your usual billing rate per hour in 2021?
Q6: Which area(s) of practice represented 50% or more of your practice as of 12/31/2021? *[select all that apply]*
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021? *[private practice only]*

EXHIBIT 7
Page 46 of 117

### Change in Billing Methods

Respondents who billed over one-third of their time on an hourly basis were asked to describe any changes in their billing methods over the last five years. Table 38 presents the proportions of those private practice lawyers who decreased their portion of hourly billing, increased their hourly billing, or had no change in their hourly billing. For those who bill at least one-third of their time (i.e., excluding the first row of the table), the largest proportion of lawyers both statewide (52.0%) and across all seven regions (42.2% to 63.7%) did not experience a change in the portion of hourly billing over the last five years.

| Table 38: Change in Billing Methods over Last Five Years – Private Practice | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oregon (n=1,840) | Downtown Portland (n=641) | Tri-County (n=593) | Upper Willamette Valley (n=184) | Lower Willamette Valley (n=164) | Southern Oregon (n=76) | Eastern Oregon (n=137) | Oregon Coast (n=45) |
| Not Applicable – Bill Less than 1/3 of Time on Hourly Rate Basis | 30.1% | 18.4% | 37.6% | 40.2% | 40.9% | 22.4% | 27.0% | 40.0% |
| Decrease in Portion of Hourly Billing | 5.9% | 5.3% | 6.1% | 4.3% | 3.7% | 10.5% | 10.2% | 6.7% |
| Increase in Portion of Hourly Billing | 9.6% | 10.3% | 11.1% | 10.3% | 3.0% | 9.2% | 6.6% | 8.9% |
| No Change Portion of Hourly Billing | **52.0%** | **63.7%** | **42.7%** | **42.9%** | **49.4%** | **55.3%** | **54.0%** | **42.2%** |
| Missing | 2.4% | 2.3% | 2.5% | 2.2% | 3.0% | 2.6% | 2.2% | 2.2% |

Q16: Do you bill over one-third of your time on an hourly billing rate basis?
Q16a: *[if Q16=Yes]* Which of the following represents any change in your billing methods over the last five years?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021? *[private practice only]*

EXHIBIT 7
Page 47 of 117

# Practice Characteristics

This section includes information about the hours lawyers worked and the number of pro bono and community service hours they provided each month, as well as their policies for providing legal services to low-income clients at a reduced rate.

### Hours Worked

Table 39 provides the distribution of the number of hours worked per month in 2021 for both full-time lawyers and lawyers who were part-time by choice. A small group of respondents reported more hours than exist in a calendar month, so those responses were excluded to calculate the mean and median hours. Full-time lawyers worked an average of 162.0 hours per month statewide, and from 156.9 to 181.4 hours per month across the regions. Part-time lawyers by choice worked an average of 78.7 hours per month statewide, and from 57.4 to 111.6 per month hours regionally.

### Table 39: 2021 Hours Worked per Month by Current Level of Employment

| Full-time Lawyer | Oregon (n=2,410) | Downtown Portland (n=794) | Tri-County (n=745) | Upper Willamette Valley (n=330) | Lower Willamette Valley (n=206) | Southern Oregon (n=99) | Eastern Oregon (n=187) | Oregon Coast (n=49) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 162.0 | 165.8 | 158.6 | 163.3 | 162.0 | 170.0 | 155.2 | 151.9 |
| Median Hours | 170.0 | 170.0 | 160.0 | 170.0 | 170.0 | 173.0 | 160.0 | 160.0 |

| Part-time Lawyer by Choice | Oregon (n=273) | Downtown Portland (n=56) | Tri-County (n=114) | Upper Willamette Valley (n=24) | Lower Willamette Valley (n=27) | Southern Oregon (n=13) | Eastern Oregon (n=26) | Oregon Coast (n=13) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 78.7 | 87.5 | 78.6 | 78.8 | 60.9 | 82.9 | 85.6 | 60.2 |
| Median Hours | 80.0 | 80.0 | 75.0 | 80.0 | 40.0 | 90.0 | 91.5 | 51.0 |

Q8: What was the average number of hours per month that you worked in 2021? Include all hours in the office or on the job, whether billed or not.
Q5: What best describes your current level of employment?

### Type of Employment

Table 40 presents the distribution of hours worked per month in 2021 by type of employment for full-time lawyers only. The most hours worked per month varied across employment type and region, and was highest statewide among In-House Counsel (164.8).

### Table 40: 2021 Hours Worked per Month by Type of Employment – Full-time Lawyers Only

| Private Practice | Oregon (n=1,564) | Downtown Portland (n=577) | Tri-County (n=479) | Upper Willamette Valley (n=159) | Lower Willamette Valley (n=136) | Southern Oregon (n=61) | Eastern Oregon (n=120) | Oregon Coast (n=32) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 162.4 | 166.1 | 157.8 | 166.5 | 164.9 | 166.7 | 153.3 | 158.8 |
| Median Hours | 170.0 | 170.0 | 160.0 | 175.0 | 172.0 | 170.0 | 160.0 | 165.0 |

| Private Nonprofit | Oregon (n=190) | Downtown Portland (n=58) | Tri-County (n=62) | Upper Willamette Valley (n=15) | Lower Willamette Valley (n=28) | Southern Oregon (n=10) | Eastern Oregon (n=15) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 155.1 | 159.9 | 150.0 | **183.3** | 150.0 | 151.0 | 144.3 | n/a |
| Median Hours | 160.0 | 170.0 | 160.0 | 170.0 | 153.5 | 160.0 | 160.0 | n/a |

EXHIBIT 7
Page 48 of 117

## Table 40: 2021 Hours Worked per Month by Type of Employment – Full-time Lawyers Only

| Government | Oregon (n=397) | Downtown Portland (n=99) | Tri-County (n=83) | Upper Willamette Valley (n=129) | Lower Willamette Valley (n=28) | Southern Oregon (n=13) | Eastern Oregon (n=35) | Oregon Coast (n=10) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 163.4 | 168.4 | **167.4** | 156.4 | 162.6 | **194.8** | 162.5 | 137.4 |
| Median Hours | 170.0 | 165.0 | 170.0 | 165.0 | 170.0 | 190.0 | 172.0 | 167.5 |

| In-house Counsel | Oregon (n=181) | Downtown Portland (n=42) | Tri-County (n=99) | Upper Willamette Valley (n=13) | Lower Willamette Valley (n=11) | Southern Oregon (n=7) | Eastern Oregon (n=9) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | **164.8** | 162.4 | 163.7 | 172.5 | **165.9** | 169.0 | 173.2 | n/a |
| Median Hours | 175.0 | 180.0 | 173.0 | 173.0 | 160.0 | 200.0 | 176.0 | n/a |

| Judge/Hearings Officer | Oregon (n=34) | Downtown Portland (n=8) | Tri-County (n=8) | Upper Willamette Valley (n=10) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 150.8 | **175.8** | 137.5 | 172.6 | n/a | n/a | n/a | n/a |
| Median Hours | 169.0 | 171.0 | 165.0 | 169.0 | n/a | n/a | n/a | n/a |

| Other | Oregon (n=40) | Downtown Portland (n=7) | Tri-County (n=13) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=6) | Eastern Oregon (n=5) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 160.8 | 162.1 | 150.0 | n/a | n/a | 181.7 | **180.0** | n/a |
| Median Hours | 162.5 | 160.0 | 160.0 | n/a | n/a | 180.0 | 180.0 | n/a |

Q8: What was the average number of hours per month that you worked in 2021? Include all hours on the job, whether billed or not.
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?
Q4: What best describes your current level of employment? *[full-time only]*

### Pro-Bono and Community Service Hours

Table 41 presents the distribution of pro bono and community service hours provided per month across type of employment. Sample sizes were different for both pro-bono and community service hours, so they are not included in Table 41. In consultation with OSB staff, any response above 150 hours was removed due to that being the highest monthly number of hours ever reported by members. It is important to interpret these findings with caution due to some Private Nonprofit respondents possibly including their regular work as pro bono because their clients are not billed for the services.

## Table 41: 2021 Average Pro-Bono and Community Service Hours per Month by Type of Employment

| Private Practice | Oregon | Downtown Portland | Tri-County | Upper Willamette Valley | Lower Willamette Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|
| Pro-Bono Hours | 5.5 | 5.5 | 5.9 | 4.2 | 5.9 | 6.1 | 5.0 | 4.4 |
| Community Service Hours | 5.8 | 5.7 | 5.0 | 6.7 | 6.4 | 7.7 | 6.8 | 6.4 |
| **Private Nonprofit** | | | | | | | | |
| Pro-Bono Hours | 25.7 | 37.9 | 23.4 | 2.3 | 30.5 | 0.7 | 16.9 | n/a |
| Community Service Hours | 4.3 | 4.8 | 3.9 | 7.4 | 4.0 | 5.0 | 1.5 | n/a |
| **Government** | | | | | | | | |
| Pro-Bono Hours | 0.4 | 0.2 | 0.3 | 0.3 | 0.5 | 0.7 | 0.9 | 0.0 |
| Community Service Hours | 6.4 | 6.2 | 7.5 | 6.3 | 8.5 | 6.6 | 4.6 | 2.1 |
| **In-house Counsel** | | | | | | | | |
| Pro-Bono Hours | 0.6 | 0.2 | 0.9 | 1.2 | 0.0 | 0.4 | 0.0 | n/a |
| Community Service Hours | 7.3 | 4.7 | 6.5 | 19.5 | 16.3 | 1.9 | 1.8 | n/a |

EXHIBIT 7
Page 49 of 117

## Table 41: 2021 Average Pro-Bono and Community Service Hours per Month by Type of Employment

**Judge/Hearings Officer**

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| Pro-Bono Hours | 0.0 | 0.0 | 0.0 | 0.0 | n/a | n/a | n/a | n/a |
| Community Service Hours | 10.2 | 21.3 | 8.1 | 4.9 | n/a | n/a | n/a | n/a |

**Other**

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| Pro-Bono Hours | 3.9 | 3.8 | 2.5 | 7.4 | n/a | 8.3 | 4.3 | n/a |
| Community Service Hours | 7.3 | 14.3 | 4.9 | 3.2 | n/a | 6.7 | 9.3 | n/a |

Q10: What was the average number of hours per month in 2021 you provided pro-bono legal services to an individual **whom you did not bill**?
Q11: What was the average number of hours per month in 2021 that you volunteered for other organizations, providing non-legal services?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?

### Offering Reduced Rate Legal Services

In 2022, an item was added about offering reduced rate services. Table 42 presents the distribution of whether participants or their employers had policies for offering their services to low-income clients at a reduced rate. Statewide (73.1%) and across all seven regions (67.5% to 82.4%), the majority of respondents reported not having such a policy.

## Table 42: Policies for Offering Legal Services at a Reduced Rate (n=2,815)

|  | Oregon (n=2,815) | Downtown Portland (n=884) | Tri-County (n=915) | Upper Willamette Valley (n=369) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=217) | Oregon Coast (n=67) |
|---|---|---|---|---|---|---|---|---|
| Yes | 25.3% | 31.1% | 23.8% | 15.4% | 29.1% | 23.5% | 23.0% | 20.9% |
| No | **73.1%** | **67.5%** | **74.6%** | **82.4%** | **70.1%** | **76.5%** | **74.2%** | **74.6%** |
| Missing | 1.6% | 1.4% | 1.5% | 2.2% | 0.8% | 0.0% | 2.8% | 4.5% |

Q9: Do you or your employer have a policy for offering legal services to low-income clients at a reduced rate?

Table 43 presents reduced rate policies by firm size. Similar to Table 42, the majority of respondents do not have a policy to offer a reduced rate to low-income clients across the state, all seven regions, and all firm sizes. As firm size increases statewide, the percentage of those who do not have a policy also increases until the 7-20 lawyer firm sizes. Patterns vary within the regions by firm size.

## Table 43: Policies for Offering Legal Services at a Reduced Rate by Firm Size

| **1 Lawyer Office** | Oregon (n=699) | Downtown Portland (n=88) | Tri-County (n=311) | Upper Willamette Valley (n=79) | Lower Willamette Valley (n=69) | Southern Oregon (n=41) | Eastern Oregon (n=75) | Oregon Coast (n=36) |
|---|---|---|---|---|---|---|---|---|
| Yes | 30.6% | 36.4% | 31.8% | 21.5% | 37.7% | 29.3% | 25.3% | 25.0% |
| No | 68.1% | 63.6% | 67.2% | 74.7% | 62.3% | 70.7% | 72.0% | 72.2% |
| Missing | 1.3% | 0.0% | 1.0% | 3.8% | 0.0% | 0.0% | 2.7% | 2.8% |

| **2 Lawyer Office** | Oregon (n=265) | Downtown Portland (n=46) | Tri-County (n=114) | Upper Willamette Valley (n=35) | Lower Willamette Valley (n=27) | Southern Oregon (n=10) | Eastern Oregon (n=22) | Oregon Coast (n=12) |
|---|---|---|---|---|---|---|---|---|
| Yes | 26.6% | 39.1% | 31.6% | 5.7% | 18.5% | 30.0% | 17.4% | 25.0% |
| No | 72.7% | 60.9% | 68.4% | 94.3% | 81.5% | 70.0% | **78.3%** | 66.7% |
| Missing | 0.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 4.3% | 8.3% |

EXHIBIT 7
Page 50 of 117

## Table 43: Policies for Offering Legal Services at a Reduced Rate by Firm Size

| 3-6 Lawyer Office | Oregon (n=573) | Downtown Portland (n=142) | Tri-County (n=212) | Upper Willamette Valley (n=55) | Lower Willamette Valley (n=65) | Southern Oregon (n=38) | Eastern Oregon (n=57) | Oregon Coast (n=11) |
|---|---|---|---|---|---|---|---|---|
| Yes | 25.3% | 26.8% | 19.8% | 30.9% | 40.0% | 23.7% | 22.8% | 18.2% |
| No | 73.4% | **73.2%** | 78.3% | 67.3% | 58.5% | 76.3% | 75.4% | 81.8% |
| Missing | 1.2% | 0.0% | 1.9% | 1.8% | 1.5% | 0.0% | 1.8% | 0.0% |

| 7-20 Lawyer Office | Oregon (n=640) | Downtown Portland (n=269) | Tri-County (n=165) | Upper Willamette Valley (n=72) | Lower Willamette Valley (n=63) | Southern Oregon (n=23) | Eastern Oregon (n=41) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Yes | 20.2% | 27.5% | 15.2% | 11.1% | 15.9% | 8.7% | 24.4% | 0.0% |
| No | **78.9%** | 71.7% | 83.6% | 87.5% | 84.1% | **91.3%** | 73.2% | **100.0%** |
| Missing | 0.9% | 0.7% | 1.2% | 1.4% | 0.0% | 0.0% | 2.4% | 0.0% |

| 21-60 Lawyer Office | Oregon (n=322) | Downtown Portland (n=160) | Tri-County (n=64) | Upper Willamette Valley (n=70) | Lower Willamette Valley (n=10) | Southern Oregon (n=5) | Eastern Oregon (n=13) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Yes | 20.5% | 27.5% | 10.9% | 15.7% | 10.0% | 20.0% | 15.4% | n/a |
| No | 76.7% | 70.6% | **85.9%** | 80.0% | **90.0%** | 80.0% | 76.9% | n/a |
| Missing | 2.8% | 1.9% | 3.1% | 4.3% | 0.0% | 0.0% | 7.7% | n/a |

| Over 60 Lawyer Office | Oregon (n=286) | Downtown Portland (n=175) | Tri-County (n=41) | Upper Willamette Valley (n=56) | Lower Willamette Valley (n=7) | Southern Oregon (n=n/a) | Eastern Oregon (n=6) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Yes | 29.4% | 39.4% | 22.0% | 3.6% | 28.6% | n/a | 33.3% | n/a |
| No | 68.9% | 57.7% | 78.0% | **96.4%** | 71.4% | n/a | 66.7% | n/a |
| Missing | 1.7% | 2.9% | 0.0% | 0.0% | 0.0% | n/a | 0.0% | n/a |

Q9: Do you or your employer have a policy for offering legal services to low-income clients at a reduced rate?
Q7: To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2021?

### Number of Clients Provided Reduced Rate Legal Services

For those who do have policies for providing reduced rate legal services, Table 44 shows how many clients were served. On average, lawyers across the regions served between 16 and 22 clients in 2021 (statewide mean=19).

## Table 44: Number of Clients Provided Reduced Rate Legal Services

| | Oregon (n=514) | Downtown Portland (n=194) | Tri-County (n=162) | Upper Willamette Valley (n=32) | Lower Willamette Valley (n=55) | Southern Oregon (n=18) | Eastern Oregon (n=40) | Oregon Coast (n=13) |
|---|---|---|---|---|---|---|---|---|
| Mean | 19 | 16 | 19 | 22 | 22 | 21 | 18 | 40 |
| Median | 6 | 5 | 10 | 10 | 10 | 10 | 10 | 10 |
| Minimum | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 2 |
| 95th Percentile | 89 | 85 | 100 | 111 | 91 | n/a | 98 | n/a |
| Maximum | 300 | 200 | 200 | 160 | 300 | 100 | 200 | 300 |

Q9: Do you or your employer have a policy for offering legal services to low-income clients at a reduced rate?
Q9a: [If Q9=Yes] During 2021, to approximately how many **clients** did you provide reduced rate legal services? (Please estimate only clients you served personally, not others served by your firm or employer.)

EXHIBIT 7
Page 51 of 117

Table 45 presents the number of clients provided reduced rate legal services by firm size. On average, those in 3 to 6 lawyer offices seem to have served the most people (mean=23), while lawyers in an office of over 60 served the fewest (mean=12).

### Table 45: Number of Clients Provided Reduced Rate Legal Services by Firm Size

|  | 1 Lawyer Office (n=185) | 2 Lawyer Office (n=54) | 3 to 6 Lawyer Office (n=106) | 7 to 20 Lawyer Office (n=81) | 21 to 60 Lawyer Office (n=33) | Over 60 Lawyer Office (n=54) |
|---|---|---|---|---|---|---|
| Mean | 19 | 17 | 23 | 19 | 17 | 12 |
| Median | 10 | 10 | 10 | 5 | 4 | 4 |
| Minimum | 1 | 1 | 1 | 1 | 1 | 1 |
| 95th Percentile | 79 | 83 | 100 | 100 | 153 | 66 |
| Maximum | 300 | 200 | 300 | 200 | 160 | 200 |

Q9: Do you or your employer have a policy for offering legal services to low-income clients at a reduced rate?
Q9a: *[If Q9=Yes]* During 2021, to approximately how many **clients** did you provide reduced rate legal services? (Please estimate only clients you served personally, not others served by your firm or employer.)
Q7: To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2021?

### Percentage of Normal Rate Reduced for Legal Services

Table 46 illustrates the percentage that lawyers across the state would reduce their normal rate to provide legal services to low-income clients. For almost every region and statewide, the average rate reduction was more than 50% (55.3% to 70.6%), with the exception of Eastern Oregon (47.2%).

### Table 46: Percentage of Normal Rate Reduced

|  | Oregon (n=514) | Downtown Portland (n=194) | Tri-County (n=162) | Upper Willamette Valley (n=32) | Lower Willamette Valley (n=55) | Southern Oregon (n=18) | Eastern Oregon (n=40) | Oregon Coast (n=13) |
|---|---|---|---|---|---|---|---|---|
| Mean | 58.8% | 60.4% | 58.6% | 55.3% | 58.73% | 66.6% | 47.2% | 70.6% |
| Median | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 69.0% | 50.0% | 100.0% |
| Minimum | 5.0% | 10.0% | 5.0% | 10.0% | 5.0% | 10.0% | 15.0% | 20.0% |
| 95th Percentile | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | n/a | 100.0% | n/a |
| Maximum | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Q9: Do you or your employer have a policy for offering legal services to low-income clients at a reduced rate?
Q9b: *[If Q9=Yes]* When you provided reduced rate legal services in 2021, by what **percentage** is your normal rate reduced?

Table 47 shows the percentage of rate reduction by each firm size. Similar to Table 46, lawyers from each firm size reported reducing their normal rates by more than 50%, with the lowest mean (55.6%) in 1 lawyer offices and the highest (78.7%) in 21 to 60 lawyer offices.

### Table 47: Percentage of Normal Rate Reduced by Firm Size

|  | 1 Lawyer Office (n=185) | 2 Lawyer Office (n=54) | 3 to 6 Lawyer Office (n=106) | 7 to 20 Lawyer Office (n=81) | 21 to 60 Lawyer Office (n=33) | Over 60 Lawyer Office (n=54) |
|---|---|---|---|---|---|---|
| Mean | 55.6% | 56.4% | 58.0% | 59.5% | 78.7% | 59.7% |
| Median | 50.0% | 50.0% | 50.0% | 50.0% | 100.0% | 50.0% |
| Minimum | 5.0% | 10.0% | 10.0% | 10.0% | 15.0% | 10.0% |
| 95th Percentile | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Maximum | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Q9: Do you or your employer have a policy for offering legal services to low-income clients at a reduced rate?
Q9b: *[If Q9=Yes]* When you provided reduced rate legal services in 2021, by what **percentage** is your normal rate reduced?
Q8: To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2021?

EXHIBIT 7
Page 52 of 117

# COVID-19 Impact

Due to the COVID-19 pandemic having occurred since the 2017 survey, an item was added to the survey to understand the impact of it on the respondents' law practices. Respondents were asked to identify the response option that best described changes to their work location as a result of the COVID-19 pandemic. Table 48 presents the distribution of responses across all of Oregon and by region. Interestingly, statewide, and in the downtown Portland, Tri-County, and Upper Willamette Valley regions, the largest proportion of respondents worked in their office significantly less than before the COVID-19 pandemic. However, for the other four regions, the largest proportion of respondents reported that COVID-19 did not significantly change the amount of time they worked in their office.

| Table 48: Changes to Work Location due to COVID-19 (n=2,815) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Location Change** | Oregon (n=2,815) | Downtown Portland (n=884) | Tri-County (n=915) | Upper Willamette Valley (n=369) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=217) | Oregon Coast (n=67) |
| Worked in office significantly LESS than before COVID-19 | **53.8%** | **68.7%** | **52.8%** | **53.7%** | 39.8% | 26.9% | 37.3% | 23.9% |
| Worked in office significantly MORE than before COVID-19 | 4.7% | 3.7% | 5.0% | 4.3% | 5.7% | 5.0% | 3.7% | 11.9% |
| Amount of time worked in office was not significantly changed by COVID-19 | 30.6% | 20.7% | 26.9% | 34.1% | **43.4%** | **53.8%** | **47.0%** | **49.3%** |
| Did not have an office or generally worked from home before COVID | 7.1% | 3.1% | 11.0% | 4.1% | 7.8% | 9.2% | 9.2% | 10.4% |
| Other | 3.7% | 3.5% | 4.0% | 3.5% | 3.3% | 5.0% | 2.3% | 4.5% |
| Missing | 0.2% | 0.3% | 0.2% | 0.3% | 0.0% | 0.0% | 0.5% | 0.0% |

Q17: Which of the following statements best describes changes to your work location as a result of the COVID-19 pandemic?

The respondents who reported that COVID-19 reduced the time they worked in their office (n=1,514) were asked if they anticipate continuing to work in their office less frequently. Table 49 shows that both statewide and in each region, the majority of respondents will continue working less frequently in their office. However, for the Lower Willamette Valley, Southern Oregon, Eastern Oregon, and Oregon Coast regions, a somewhat larger proportion of lawyers anticipate returning to their pre-COVID-19 office work time. Minimal variation occurred across employment type, years in practice, and gender, so they are not reported for this item.

| Table 49: Continue to Work in Office Less Frequently than Prior to COVID-19 (n=1,514) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Continue Working in Office Less than before COVID-19** | Oregon (n=1,514) | Downtown Portland (n=604) | Tri-County (n=480) | Upper Willamette Valley (n=198) | Lower Willamette Valley (n=97) | Southern Oregon (n=32) | Eastern Oregon (n=79) | Oregon Coast (n=16) |
| Yes | **80.8%** | **85.2%** | **82.8%** | **83.3%** | **64.9%** | **65.6%** | **58.0%** | **62.5%** |
| No | 18.7% | 14.3% | 16.6% | 16.7% | 35.1% | 34.4% | 39.5% | 37.5% |
| Missing | 0.5% | 0.5% | 0.6% | 0.0% | 0.0% | 0.0% | 2.5% | 0.0% |

Q17: Which of the following statements best describes changes to your work location as a result of the COVID-19 pandemic?
Q17a: *[If Q17=work significantly less]* Do you anticipate that, for the foreseeable future, you will continue to work in your office less frequently than prior to the COVID-19 pandemic?

EXHIBIT 7
Page 53 of 117

**Type of Employment**

Table 50 presents changes to work location as a result of the COVID-19 pandemic the types of employment. Many of the sample sizes were too small to display, but in general the trends were similar across the employment types. The one exception was for Judge/Hearings Officers who were more likely to report that their time in the office did not significantly change.

### Table 50: Changes to Work Location due to COVID-19 by Employment Type

| Private Practice | Oregon (n=1,840) | Downtown Portland (n=641) | Tri-County (n=593) | Upper Willamette Valley (n=184) | Lower Willamette Valley (n=164) | Southern Oregon (n=76) | Eastern Oregon (n=137) | Oregon Coast (n=45) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **47.3%** | **65.4%** | **44.9%** | 35.3% | 31.7% | 23.7% | 32.8% | 13.3% |
| In office significantly MORE | 4.6% | 3.7% | 5.2% | 5.4% | 5.5% | n/a | n/a | n/a |
| Time in office did not significantly change | 37.3% | 24.6% | 33.9% | **49.5%** | **53.0%** | **60.5%** | **55.5%** | **62.2%** |
| Worked from home before COVID | 7.0% | 2.5% | 11.8% | 4.9% | 7.3% | 9.2% | 7.3% | 11.1% |
| Other | 3.5% | 3.4% | 4.0% | 4.3% | n/a | n/a | 2.2% | n/a |
| Missing | 0.2% | 0.3% | 0.2% | 0.5% | n/a | n/a | n/a | n/a |

| Private Non-profit | Oregon (n=212) | Downtown Portland (n=63) | Tri-County (n=69) | Upper Willamette Valley (n=16) | Lower Willamette Valley (n=30) | Southern Oregon (n=12) | Eastern Oregon (n=18) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **69.8%** | **77.8%** | **72.5%** | **62.5%** | **63.3%** | 33.3% | **66.7%** | n/a |
| In office significantly MORE | 4.2% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Time in office did not significantly change | 13.2% | n/a | 13.0% | 31.3% | n/a | **41.7%** | n/a | n/a |
| Worked from home before COVID | 6.6% | 9.5% | n/a | 0.0% | n/a | n/a | n/a | n/a |
| Other | 6.1% | 7.9% | n/a | n/a | n/a | n/a | n/a | n/a |
| Missing | 0.5% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Government | Oregon (n=444) | Downtown Portland (n=110) | Tri-County (n=97) | Upper Willamette Valley (n=139) | Lower Willamette Valley (n=30) | Southern Oregon (n=16) | Eastern Oregon (n=40) | Oregon Coast (n=12) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **68.9%** | **84.5%** | **67.0%** | **77.7%** | **56.7%** | 37.5% | 35.0% | n/a |
| In office significantly MORE | 4.1% | 5.5% | n/a | n/a | n/a | n/a | n/a | n/a |
| Time in office did not significantly change | 19.6% | 8.2% | 19.6% | 15.8% | 26.7% | **43.8%** | **45.0%** | n/a |
| Worked from home before COVID | 5.0% | n/a | 8.2% | 3.6% | n/a | n/a | n/a | n/a |
| Other | 2.0% | 0.0% | n/a | n/a | n/a | n/a | n/a | n/a |
| Missing | 0.5% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 54 of 117

## Table 50: Changes to Work Location due to COVID-19 by Employment Type

| In-house Counsel | Oregon (n=213) | Downtown Portland (n=45) | Tri-County (n=120) | Upper Willamette Valley (n=14) | Lower Willamette Valley (n=15) | Southern Oregon (n=7) | Eastern Oregon (n=12) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **69.5%** | **77.8%** | **74.2%** | **57.1%** | **46.7%** | n/a | **58.3%** | n/a |
| In office significantly MORE | 6.1% | n/a | 5.8% | n/a | 0.0% | n/a | 0.0% | n/a |
| Time in office did not significantly change | 12.2% | n/a | 8.3% | n/a | n/a | n/a | n/a | n/a |
| Worked from home before COVID | 9.9% | n/a | 9.2% | n/a | n/a | n/a | n/a | n/a |
| Other | 2.3% | n/a | n/a | 0.0% | 0.0% | 0.0% | 0.0% | n/a |
| Missing | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | n/a |

| Judge/Hearings Officer | Oregon (n=44) | Downtown Portland (n=10) | Tri-County (n=14) | Upper Willamette Valley (n=10) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | 29.5% | n/a | **42.9%** | 30.0% | n/a | n/a | n/a | n/a |
| In office significantly MORE | 6.8% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Time in office did not significantly change | **52.3%** | **60.0%** | 35.7% | **50.0%** | n/a | n/a | n/a | n/a |
| Worked from home before COVID | 4.5% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Other | 4.5% | 0.0% | n/a | n/a | n/a | n/a | n/a | n/a |
| Missing | 2.3% | 10.0% | n/a | n/a | n/a | n/a | n/a | n/a |

| Other | Oregon (n=56) | Downtown Portland (n=12) | Tri-County (n=20) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=6) | Eastern Oregon (n=7) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **41.1%** | **41.7%** | 25.0% | n/a | n/a | n/a | n/a | n/a |
| In office significantly MORE | 5.4% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Time in office did not significantly change | 16.1% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Worked from home before COVID | 21.4% | n/a | **35.0%** | n/a | n/a | n/a | n/a | n/a |
| Other | 16.1% | n/a | 25.0% | n/a | n/a | n/a | n/a | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q17: Which of the following statements best describes changes to your work location as a result of the COVID-19 pandemic?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?

EXHIBIT 7
Page 55 of 117

**Years Admitted to Practice**

Table 51 presents changes to work location as a result of the COVID-19 pandemic by number of years in practice in Oregon or any other state. These data should be interpreted carefully due to many of the sample sizes being too small to display. Statewide, the largest proportion of respondents reported being in the office significantly less than before COVID across all durations in practice, which was the same for the Downtown Portland and Tri-County regions. Across the other durations in practice, the other regions varied across being in the office less and the time in office not changing significantly.

### Table 51: Changes to Work Location due to COVID-19 by Total Years Admitted to Practice

| 0-3 Years | Oregon (n=237) | Downtown Portland (n=84) | Tri-County (n=58) | Upper Willamette Valley (n=36) | Lower Willamette Valley (n=24) | Southern Oregon (n=13) | Eastern Oregon (n=20) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **47.7%** | **63.1%** | **51.7%** | 38.9% | 20.8% | n/a | **45.0%** | n/a |
| In office significantly MORE | 4.6% | 6.0% | n/a | n/a | n/a | n/a | n/a | n/a |
| Time in office did not significantly change | 27.0% | 14.3% | 24.1% | **41.7%** | **45.8%** | **38.5%** | 35.0% | n/a |
| Worked from home before COVID | 10.1% | 6.0% | 8.6% | n/a | 20.8% | n/a | n/a | n/a |
| Other | 10.1% | 9.5% | 12.1% | n/a | n/a | n/a | n/a | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| 4-6 Years | Oregon (n=253) | Downtown Portland (n=93) | Tri-County (n=70) | Upper Willamette Valley (n=37) | Lower Willamette Valley (n=22) | Southern Oregon (n=14) | Eastern Oregon (n=15) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **63.2%** | **76.3%** | **60.0%** | 45.9% | **68.2%** | **42.9%** | **60.0%** | n/a |
| In office significantly MORE | 2.0% | n/a | n/a | 0.0% | n/a | 0.0% | 0.0% | n/a |
| Time in office did not significantly change | 27.7% | 17.2% | 24.3% | **48.6%** | 27.3% | **42.9%** | 33.3% | n/a |
| Worked from home before COVID | 4.0% | n/a | 7.1% | n/a | n/a | n/a | 0.0% | n/a |
| Other | 3.2% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| 7-9 Years | Oregon (n=268) | Downtown Portland (n=85) | Tri-County (n=90) | Upper Willamette Valley (n=42) | Lower Willamette Valley (n=21) | Southern Oregon (n=7) | Eastern Oregon (n=18) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **60.8%** | **74.1%** | **65.6%** | **54.8%** | 38.1% | n/a | **50.0%** | n/a |
| In office significantly MORE | 4.5% | n/a | 5.6% | n/a | n/a | n/a | n/a | n/a |
| Time in office did not significantly change | 30.6% | 16.5% | 23.3% | 40.5% | 47.6% | n/a | **85.1%** | n/a |
| Worked from home before COVID | 2.6% | n/a | 5.6% | n/a | n/a | n/a | n/a | n/a |
| Other | n/a | n/a | 0.0% | n/a | n/a | n/a | 0.0% | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 56 of 117

## Table 51: Changes to Work Location due to COVID-19 by Total Years Admitted to Practice

| 10-12 Years | Oregon (n=298) | Downtown Portland (n=90) | Tri-County (n=102) | Upper Willamette Valley (n=39) | Lower Willamette Valley (n=27) | Southern Oregon (n=10) | Eastern Oregon (n=23) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **60.7%** | **67.8%** | **63.7%** | **61.5%** | **51.9%** | n/a | **47.8%** | n/a |
| In office significantly MORE | 4.0% | 5.6% | n/a | n/a | n/a | 60.0% | n/a | n/a |
| Time in office did not significantly change | 29.2% | 20.0% | 25.5% | 28.2% | 48.1% | 0.0% | 43.5% | n/a |
| Worked from home before COVID | 4.0% | n/a | 5.9% | n/a | n/a | n/a | n/a | n/a |
| Other | 2.0% | n/a | n/a | n/a | n/a | n/a | 0.0% | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| 13-15 Years | Oregon (n=278) | Downtown Portland (n=101) | Tri-County (n=89) | Upper Willamette Valley (n=30) | Lower Willamette Valley (n=19) | Southern Oregon (n=10) | Eastern Oregon (n=20) | Oregon Coast (n=9) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **60.4%** | **75.2%** | **55.1%** | **60.0%** | **57.9%** | **50.0%** | 35.0% | n/a |
| In office significantly MORE | 4.3% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Time in office did not significantly change | 24.5% | 17.8% | 24.7% | 26.7% | 26.3% | n/a | **40.0%** | n/a |
| Worked from home before COVID | 7.6% | n/a | 12.4% | n/a | n/a | n/a | n/a | n/a |
| Other | 2.9% | n/a | n/a | n/a | 0.0% | n/a | n/a | n/a |
| Missing | 0.4% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

| 16-20 Years | Oregon (n=377) | Downtown Portland (n=122) | Tri-County (n=130) | Upper Willamette Valley (n=47) | Lower Willamette Valley (n=24) | Southern Oregon (n=16) | Eastern Oregon (n=31) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **55.2%** | **62.3%** | **56.9%** | **63.8%** | 41.7% | n/a | 38.7% | n/a |
| In office significantly MORE | 5.3% | 4.1% | n/a | n/a | n/a | n/a | n/a | n/a |
| Time in office did not significantly change | 30.8% | 26.2% | 27.7% | 21.3% | **54.2%** | 56.3% | 45.2% | n/a |
| Worked from home before COVID | 6.1% | 4.1% | 10.8% | n/a | n/a | n/a | n/a | n/a |
| Other | 2.4% | n/a | n/a | n/a | 0.0% | 0.0% | 0.0% | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| 21-30 Years | Oregon (n=588) | Downtown Portland (n=159) | Tri-County (n=209) | Upper Willamette Valley (n=78) | Lower Willamette Valley (n=56) | Southern Oregon (n=27) | Eastern Oregon (n=49) | Oregon Coast (n=10) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **52.9%** | **72.3%** | **49.3%** | **56.4%** | 42.9% | 22.2% | 32.7% | n/a |
| In office significantly MORE | 4.8% | 5.7% | 4.3% | n/a | n/a | n/a | n/a | n/a |
| Time in office did not significantly change | 29.9% | 17.6% | 27.8% | 32.1% | 37.5% | **59.3%** | **51.0%** | n/a |
| Worked from home before COVID | 8.2% | n/a | 12.4% | n/a | n/a | n/a | 14.3% | n/a |
| Other | 4.1% | n/a | 5.7% | n/a | n/a | n/a | n/a | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 57 of 117

**Table 51: Changes to Work Location due to COVID-19 by Total Years Admitted to Practice**

| Over 30 Years | Oregon (n=516) | Downtown Portland (n=150) | Tri-County (n=167) | Upper Willamette Valley (n=60) | Lower Willamette Valley (n=51) | Southern Oregon (n=22) | Eastern Oregon (n=41) | Oregon Coast (n=25) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **40.7%** | **61.3%** | **36.5%** | **46.7%** | 19.6% | 27.3% | 19.5% | 20.0% |
| In office significantly MORE | 6.0% | n/a | 9.6% | 8.3% | 9.8% | n/a | n/a | n/a |
| Time in office did not significantly change | 38.2% | 30.0% | 31.1% | 36.7% | **52.9%** | **63.6%** | **58.5%** | **52.0%** |
| Worked from home before COVID | 10.7% | n/a | 17.4% | n/a | 15.7% | n/a | 12.2% | 20.0% |
| Other | 3.9% | 4.7% | 4.8% | n/a | n/a | n/a | n/a | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q17: Which of the following statements best describes changes to your work location as a result of the COVID-19 pandemic?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*

**Gender**

Table 52 presents changes to work location as a result of the COVID-19 pandemic across the gender categories in the survey. Due to small sample sizes, non-binary and prefer not to disclose percentages are only presented statewide and in one to two regions. In general, the trends were similar for males, but females were more likely to reduce their time in the office relative to males, except in the Southern Oregon and Oregon Coast regions.

**Table 52: Changes to Work Location due to COVID-19 by Gender**

| Male | Oregon (n=1,527) | Downtown Portland (n=447) | Tri-County (n=474) | Upper Willamette Valley (n=199) | Lower Willamette Valley (n=137) | Southern Oregon (n=72) | Eastern Oregon (n=128) | Oregon Coast (n=40) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **48.2%** | **63.1%** | **47.0%** | **43.7%** | 40.1% | 26.4% | 31.3% | 27.5% |
| In office significantly MORE | 4.3% | 3.6% | 5.1% | 4.0% | 3.6% | n/a | n/a | n/a |
| Time in office did not significantly change | 36.7% | 25.8% | 33.3% | 43.2% | **47.4%** | **54.2%** | **53.9%** | **50.0%** |
| Worked from home before COVID | 7.8% | 3.1% | 12.7% | 5.0% | 7.3% | 9.7% | 9.4% | 12.5% |
| Other | 2.8% | 4.0% | 1.9% | 3.5% | n/a | n/a | n/a | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Female | Oregon (n=1,170) | Downtown Portland (n=369) | Tri-County (n=411) | Upper Willamette Valley (n=154) | Lower Willamette Valley (n=96) | Southern Oregon (n=38) | Eastern Oregon (n=78) | Oregon Coast (n=24) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **60.9%** | **75.1%** | **59.1%** | **66.9%** | 40.6% | 26.3% | **46.2%** | n/a |
| In office significantly MORE | 5.0% | 4.3% | 5.1% | 4.5% | 6.3% | n/a | n/a | 20.8% |
| Time in office did not significantly change | 22.8% | 14.6% | 20.0% | 22.1% | 38.5% | **52.6%** | 37.2% | **45.8%** |
| Worked from home before COVID | 6.5% | 3.0% | 9.2% | 3.2% | 8.3% | n/a | 10.3% | n/a |
| Other | 4.7% | 2.7% | 6.3% | 3.2% | 6.3% | n/a | n/a | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 58 of 117

## Table 52: Changes to Work Location due to COVID-19 by Gender

| Non-binary | Oregon (n=18) | Downtown Portland (n=8) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **72.2%** | **100%** | n/a | n/a | n/a | n/a | n/a | n/a |
| In office significantly MORE | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Time in office did not significantly change | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Worked from home before COVID | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Other | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Prefer Not to Disclose | Oregon (n=72) | Downtown Portland (n=19) | Tri-County (n=20) | Upper Willamette Valley (n=9) | Lower Willamette Valley (n=7) | Southern Oregon (n=6) | Eastern Oregon (n=9) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| In office significantly LESS | **54.2%** | **68.4%** | **60%** | n/a | n/a | n/a | n/a | n/a |
| In office significantly MORE | 11.1% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Time in office did not significantly change | 25.0% | 26.3% | n/a | n/a | n/a | n/a | n/a | n/a |
| Worked from home before COVID | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Other | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q17: Which of the following statements best describes changes to your work location as a result of the COVID-19 pandemic?
Q22: How do you identify your gender?

EXHIBIT 7
Page 59 of 117

# Wellness

For the first time, respondents were asked to describe the wellness policies and practices in place with their employer. Table 53 presents the distribution of responses across all of Oregon and by region. Respondents could select all of the options that apply to their current legal employment, so the percentages in the columns can add up to more than 100%. It's also important to note that a larger proportion of respondents skipped this item, so the "missing" percentages are higher than for other data presented in this report. This could have been due to the topic not appearing relevant to everyone across the various employment situations. However, there was no apparent pattern of who was skipping this item, so everyone was included in the analysis. Most of the percentages listed in Table 53 are high (i.e., 50%+), suggesting that most employers are addressing employee wellness to some degree. However, the lowest frequency option, both statewide and for all seven regions, was their workplace having well-being policies and practices.

| Table 53: Wellness Policies and Practices (n=2,815) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Wellness Policy or Practice** | Oregon (n=2,815) | Downtown Portland (n=884) | Tri-County (n=915) | Upper Willamette Valley (n=369) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=217) | Oregon Coast (n=67) |
| Vacation policy – supports detachment from work | 62.5% | 64.9% | 61.2% | 65.9% | 59.8% | **60.5%** | 62.2% | 41.8% |
| Encouraged to take breaks and time off | **69.6%** | **71.8%** | **70.1%** | **71.5%** | **68.0%** | **60.5%** | **68.7%** | **46.3%** |
| Well-being policies and practices in place | 45.3% | 51.2% | 43.9% | 45.8% | 42.6% | 37.0% | 41.5% | 20.9% |
| Encouraged to use health and mental health services | 54.2% | 57.7% | 52.1% | 58.0% | 51.2% | 53.8% | 53.0% | 31.3% |
| Fair and transparent compensation practices in place | 56.9% | 59.7% | 53.3% | 65.3% | 52.0% | 51.3% | 58.5% | 44.8% |
| Missing | 13.5% | 9.4% | 15.7% | 11.1% | 16.0% | 14.3% | 16.6% | 31.3% |

Q19: Please indicate which the following statements are true about your current legal employment. *[select all that apply]*

## Type of Employment

Table 54 presents wellness policies and practices across employment types. Respondents could select all of the options that apply to their current legal employment, so the percentages in the columns can add up to more than 100%. Again, please note that a larger proportion of respondents skipped this item. The proportions of respondents selecting the policy and practice options varied across both employment types and regions.

EXHIBIT 7
Page 60 of 117

## Table 54: Wellness Policies and Practices by Employment Type

| Private Practice | Oregon (n=1,840) | Downtown Portland (n=641) | Tri-County (n=593) | Upper Willamette Valley (n=184) | Lower Willamette Valley (n=164) | Southern Oregon (n=76) | Eastern Oregon (n=137) | Oregon Coast (n=45) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 56.5% | 61.8% | 51.6% | 57.6% | 55.5% | 60.5% | 56.9% | 35.6% |
| Encouraged to take breaks and time off | **66.6%** | **70.4%** | **65.4%** | **67.4%** | **66.5%** | 57.9% | **65.7%** | 44.4% |
| Well-being policies and practices in place | 38.6% | 49.1% | 33.6% | 33.2% | 33.5% | 32.9% | 32.1% | 24.4% |
| Encouraged to use health and mental health services | 49.9% | 56.2% | 45.7% | 47.8% | 45.7% | 57.9% | 46.7% | 35.6% |
| Fair and transparent compensation practices in place | 54.5% | 57.1 | 51.8% | 57.1% | 48.8% | **61.8%** | 55.5% | **48.9%** |
| Missing | 16.6% | 10.8% | 19.7% | 16.8% | 19.5% | 14.5% | 21.9% | 33.3% |

| Private Non-profit | Oregon (n=212) | Downtown Portland (n=63) | Tri-County (n=69) | Upper Willamette Valley (n=16) | Lower Willamette Valley (n=30) | Southern Oregon (n=12) | Eastern Oregon (n=18) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 77.8% | 77.8% | **81.2%** | 68.8% | 80.0% | **75.0%** | 77.8% | n/a |
| Encouraged to take breaks and time off | **80.7%** | **84.1%** | 79.7% | 75.0% | **83.3%** | 58.3% | **88.9%** | n/a |
| Well-being policies and practices in place | 58.5% | 54.0% | 56.5% | 62.5% | 76.7% | 58.3% | 55.6% | n/a |
| Encouraged to use health and mental health services | 63.2% | 65.1% | 58.0% | 62.5% | 73.3% | 50.0% | 72.2% | n/a |
| Fair and transparent compensation practices in place | 57.5% | 61.9% | 49.3% | 62.5% | 70.0% | 50.0% | 55.6% | n/a |
| Missing | 6.1% | 3.2% | 7.2% | 12.5% | 6.7% | 16.7% | 0.0% | 0.0% |

| Government | Oregon (n=444) | Downtown Portland (n=110) | Tri-County (n=97) | Upper Willamette Valley (n=139) | Lower Willamette Valley (n=30) | Southern Oregon (n=16) | Eastern Oregon (n=40) | Oregon Coast (n=12) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | **92.8%** | 72.7% | **77.3%** | 76.3% | **70.0%** | 56.3% | 67.5% | **66.7%** |
| Encouraged to take breaks and time off | 72.1% | 73.6% | **77.3%** | 74.1% | 63.6% | **62.5%** | 67.5% | 41.7% |
| Well-being policies and practices in place | 56.8% | 57.3% | 66.0% | 56.1% | 56.7% | 31.3% | 57.5% | n/a |
| Encouraged to use health and mental health services | 62.8% | 62.7% | 67.0% | 66.2% | 60.0% | 50.0% | 60.0% | n/a |
| Fair and transparent compensation practices in place | 71.6% | **80.9%** | 70.1% | **77.0%** | 46.7% | 37.5% | **72.5%** | 41.7% |
| Missing | 7.2% | 7.3% | 7.2% | 2.9% | 10.0% | 12.5% | 10.0% | 33.3% |

EXHIBIT 7
Page 61 of 117

## Table 54: Wellness Policies and Practices by Employment Type

| In-house Counsel | Oregon (n=213) | Downtown Portland (n=45) | Tri-County (n=120) | Upper Willamette Valley (n=14) | Lower Willamette Valley (n=15) | Southern Oregon (n=7) | Eastern Oregon (n=12) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 81.7% | **77.8%** | 87.5% | **92.9%** | 53.3% | n/a | **75.0%** | n/a |
| Encouraged to take breaks and time off | **82.6%** | 75.6% | **86.7%** | 92.9% | 80.0% | n/a | **75.0%** | n/a |
| Well-being policies and practices in place | 69.0% | 66.7% | 71.7% | 85.7% | 46.7% | n/a | 66.7% | n/a |
| Encouraged to use health and mental health services | 69.0% | 62.2% | 73.3% | 78.6% | 60.0% | n/a | 66.7% | n/a |
| Fair and transparent compensation practices in place | 55.9% | 57.8% | 55.8% | 71.4% | 53.3% | n/a | 58.3% | n/a |
| Missing | 3.8% | 2.2% | 1.7% | 7.1% | 6.7% | 14.3% | 16.7% | n/a |

| Judge/Hearings Officer | Oregon (n=44) | Downtown Portland (n=10) | Tri-County (n=14) | Upper Willamette Valley (n=10) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 68.2% | **80.0%** | **78.6%** | n/a | n/a | n/a | n/a | n/a |
| Encouraged to take breaks and time off | **70.5%** | 70.0% | **78.6%** | 90.0% | n/a | n/a | n/a | n/a |
| Well-being policies and practices in place | 56.8% | 60.0% | 71.4% | 50.0% | n/a | n/a | n/a | n/a |
| Encouraged to use health and mental health services | 56.8% | 60.0% | 50.0% | **90.0%** | 0.0% | n/a | n/a | n/a |
| Fair and transparent compensation practices in place | 54.5% | 50.0% | 50.0% | 80.0% | n/a | n/a | n/a | n/a |
| Missing | 9.1% | 10.0% | n/a | n/a | n/a | n/a | n/a | 50.0% |

| Other | Oregon (n=56) | Downtown Portland (n=12) | Tri-County (n=20) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=6) | Eastern Oregon (n=7) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 41.1% | 50.0% | 30.0% | n/a | n/a | n/a | n/a | n/a |
| Encouraged to take breaks and time off | **57.1%** | **66.7%** | **35.0%** | n/a | n/a | **83.3%** | **71.4%** | n/a |
| Well-being policies and practices in place | 30.4% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Encouraged to use health and mental health services | 33.9% | n/a | 25.0% | n/a | n/a | n/a | n/a | n/a |
| Fair and transparent compensation practices in place | 25.0% | n/a | n/a | 0.0% | n/a | n/a | n/a | n/a |
| Missing | 30.4% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q19: Please indicate which the following statements are true about your current legal employment. *[select all that apply]*
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?

EXHIBIT 7
Page 62 of 117

### Years Admitted to Practice

Table 55 presents wellness policies and practices across the total number of years admitted to practice in any state. Respondents could select all of the options that apply to their current legal employment, so the percentages in the columns can add up to more than 100%. In most of the practice years ranges, the largest proportions of respondents selected the option about being encouraged and able to take breaks, days off, and other types of leave.

## Table 55: Wellness Policies and Practices by Total Years Admitted to Practice

| 0-3 Years | Oregon (n=237) | Downtown Portland (n=84) | Tri-County (n=58) | Upper Willamette Valley (n=36) | Lower Willamette Valley (n=24) | Southern Oregon (n=13) | Eastern Oregon (n=20) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 62.0% | 54.8% | 74.1% | 58.3% | 70.8% | **61.5%** | 55.0% | n/a |
| Encouraged to take breaks and time off | **75.9%** | **70.2%** | **77.6%** | **80.6%** | **91.7%** | **61.5%** | **75.0%** | n/a |
| Well-being policies and practices in place | 44.3% | 47.6% | 50.0% | 44.4% | 41.7% | n/a | 35.0% | n/a |
| Encouraged to use health and mental health services | 54.4% | 54.8% | 51.7% | 58.3% | 54.2% | 53.8% | 60.0% | n/a |
| Fair and transparent compensation practices in place | 54.9% | 56.0% | 48.3% | 63.9% | 50.0% | 53.8% | 60.0% | n/a |
| Missing | 8.4% | 8.3% | 8.6% | n/a | n/a | n/a | n/a | n/a |

| 4-6 Years | Oregon (n=253) | Downtown Portland (n=93) | Tri-County (n=70) | Upper Willamette Valley (n=37) | Lower Willamette Valley (n=22) | Southern Oregon (n=14) | Eastern Oregon (n=15) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 62.1% | 51.6% | 62.9% | 73.0% | 59.1% | **71.4%** | **86.7%** | n/a |
| Encouraged to take breaks and time off | **73.9%** | **67.7%** | **80.0%** | **83.8%** | **72.7%** | 64.3% | 66.7% | n/a |
| Well-being policies and practices in place | 45.1% | 44.1% | 50.0% | 40.5% | 36.4% | 35.7% | 60.0% | n/a |
| Encouraged to use health and mental health services | 52.2% | 46.2% | 50.0% | 62.2% | 63.6% | 57.1% | 53.3% | n/a |
| Fair and transparent compensation practices in place | 56.9% | 54.8% | 50.0% | 73.0% | 54.5% | 50.0% | 73.3% | n/a |
| Missing | 10.3% | 12.9% | 8.6% | n/a | n/a | n/a | n/a | n/a |

| 7-9 Years | Oregon (n=268) | Downtown Portland (n=85) | Tri-County (n=90) | Upper Willamette Valley (n=42) | Lower Willamette Valley (n=21) | Southern Oregon (n=7) | Eastern Oregon (n=18) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 60.8% | 58.8% | 63.3% | 69.0% | 42.9% | n/a | 72.2% | n/a |
| Encouraged to take breaks and time off | **66.4%** | **64.7%** | **70.0%** | **71.4%** | 57.1% | **85.7%** | **88.9%** | n/a |
| Well-being policies and practices in place | 41.4% | 44.7% | 44.4% | 33.3% | 42.9% | n/a | 38.9% | n/a |
| Encouraged to use health and mental health services | 51.5% | 55.3% | 51.1% | 52.4% | 42.9% | n/a | 61.1% | n/a |

EXHIBIT 7
Page 63 of 117

## Table 55: Wellness Policies and Practices by Total Years Admitted to Practice

| 7-9 Years | Oregon (n=268) | Downtown Portland (n=85) | Tri-County (n=90) | Upper Willamette Valley (n=42) | Lower Willamette Valley (n=21) | Southern Oregon (n=7) | Eastern Oregon (n=18) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| Fair and transparent compensation practices in place | 54.5% | 54.1% | 53.3% | 59.5% | **61.9%** | n/a | 66.7% | n/a |
| Missing | 14.9% | 15.3% | 13.3% | 16.7% | n/a | n/a | n/a | n/a |

| 10-12 Years | Oregon (n=298) | Downtown Portland (n=90) | Tri-County (n=102) | Upper Willamette Valley (n=39) | Lower Willamette Valley (n=27) | Southern Oregon (n=10) | Eastern Oregon (n=23) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 67.1% | 72.2% | 67.6% | **64.1%** | **77.8%** | 50.0% | 52.2% | n/a |
| Encouraged to take breaks and time off | **73.5%** | **84.4%** | **72.5%** | 59.0% | 74.1% | **60.0%** | **65.2%** | n/a |
| Well-being policies and practices in place | 51.3% | 51.1% | 55.9% | 51.3% | 66.7% | n/a | 30.4% | n/a |
| Encouraged to use health and mental health services | 55.4% | 56.7% | 57.8% | 56.4% | 59.3% | **60.0%** | 34.8% | n/a |
| Fair and transparent compensation practices in place | 59.7% | 61.1% | 54.9% | **64.1%** | 66.7% | n/a | **65.2%** | n/a |
| Missing | 9.1% | n/a | 12.7% | n/a | n/a | n/a | n/a | n/a |

| 13-15 Years | Oregon (n=278) | Downtown Portland (n=101) | Tri-County (n=89) | Upper Willamette Valley (n=30) | Lower Willamette Valley (n=19) | Southern Oregon (n=10) | Eastern Oregon (n=20) | Oregon Coast (n=9) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 62.2% | 58.4% | 60.7% | **76.7%** | **63.2%** | 80.0% | 70.0% | n/a |
| Encouraged to take breaks and time off | **70.1%** | **67.3%** | **77.5%** | 70.0% | 57.9% | **90.0%** | **75.0%** | n/a |
| Well-being policies and practices in place | 50.0% | 54.5% | 43.8% | 50.0% | 52.6% | 70.0% | 60.0% | n/a |
| Encouraged to use health and mental health services | 57.2% | 59.4% | 56.2% | 53.3% | 52.6% | 90.0% | 60.0% | n/a |
| Fair and transparent compensation practices in place | 60.1% | 60.4% | 58.4% | 66.7% | 52.6% | 80.0% | 60.0% | n/a |
| Missing | 13.3% | 9.9% | 11.2% | 16.7% | n/a | n/a | n/a | n/a |

| 16-20 Years | Oregon (n=377) | Downtown Portland (n=122) | Tri-County (n=130) | Upper Willamette Valley (n=47) | Lower Willamette Valley (n=24) | Southern Oregon (n=16) | Eastern Oregon (n=31) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 63.1% | 69.7% | 60.8% | 63.8% | 58.3% | 62.5% | **54.8%** | n/a |
| Encouraged to take breaks and time off | **68.4%** | **75.4%** | **66.9%** | **70.2%** | **70.8%** | 62.5% | 51.6% | n/a |
| Well-being policies and practices in place | 44.6% | 53.3% | 42.3% | 40.4% | 41.7% | 43.8% | 32.3% | n/a |
| Encouraged to use health and mental health services | 51.2% | 56.6% | 51.5% | 53.2% | 50.0% | 43.8% | 38.7% | n/a |

EXHIBIT 7
Page 64 of 117

## Table 55: Wellness Policies and Practices by Total Years Admitted to Practice

| 16-20 Years | Oregon (n=377) | Downtown Portland (n=122) | Tri-County (n=130) | Upper Willamette Valley (n=47) | Lower Willamette Valley (n=24) | Southern Oregon (n=16) | Eastern Oregon (n=31) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Fair and transparent compensation practices in place | 56.2% | 61.5% | 48.5% | 68.1% | 58.3% | **75.0%** | 41.9% | n/a |
| Missing | 16.7% | 11.5% | 21.5% | 10.6% | n/a | n/a | 22.6% | n/a |

| 21-30 Years | Oregon (n=588) | Downtown Portland (n=159) | Tri-County (n=209) | Upper Willamette Valley (n=78) | Lower Willamette Valley (n=56) | Southern Oregon (n=27) | Eastern Oregon (n=49) | Oregon Coast (n=10) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 63.4% | 74.8% | 57.9% | 67.9% | 53.6% | **51.9%** | 63.3% | n/a |
| Encouraged to take breaks and time off | **69.0%** | **76.1%** | **68.9%** | **71.8%** | **58.9%** | **51.9%** | **71.4%** | n/a |
| Well-being policies and practices in place | 44.9% | 55.3% | 40.2% | 50.0% | 33.9% | 33.3% | 46.9% | n/a |
| Encouraged to use health and mental health services | 56.1% | 66.0% | 51.7% | 61.5% | 44.6% | 44.4% | 59.2% | n/a |
| Fair and transparent compensation practices in place | 56.5% | 60.4% | 54.5% | 69.2% | 37.5% | 48.1% | 59.2% | 50.0% |
| Missing | 14.6% | 6.9% | 16.3% | 6.4% | 25.0% | 29.6% | 20.4% | n/a |

| Over 30 Years | Oregon (n=516) | Downtown Portland (n=150) | Tri-County (n=167) | Upper Willamette Valley (n=60) | Lower Willamette Valley (n=51) | Southern Oregon (n=22) | Eastern Oregon (n=41) | Oregon Coast (n=25) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 59.5% | **68.0%** | 55.7% | 58.3% | 58.8% | 63.6% | 58.5% | 36.0% |
| Encouraged to take breaks and time off | **64.9%** | 67.3% | **61.7%** | **68.3%** | **68.6%** | **68.2%** | **65.9%** | n/a |
| Well-being policies and practices in place | 43.0% | 53.3% | 37.7% | 51.7% | 39.2% | 40.9% | 36.6% | n/a |
| Encouraged to use health and mental health services | 54.3% | 59.3% | 49.1% | 61.7% | 51.0% | 36.4% | 56.1% | 44.0% |
| Fair and transparent compensation practices in place | 56.8% | 64.7% | 55.1% | 58.3% | 52.9% | 40.9% | 56.1% | 40.0% |
| Missing | 15.9% | 8.7% | 21.6% | 16.7% | 13.7% | 9.1% | 19.5% | n/a |

Q19: Please indicate which the following statements are true about your current legal employment. *[select all that apply]*
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*

EXHIBIT 7
Page 65 of 117

### Gender

Table 56 presents employer wellness policies and practices across the biological sex categories in the survey. Due to small sample sizes, non-binary and prefer not to disclose percentages are only presented statewide and in a couple of regions. In general, most percentages are above 50%, with the highest percentages associated with being encouraged to take breaks, days off, and other types of leave.

## Table 56: Wellness Policies and Practices by Gender

| Male | Oregon (n=1,527) | Downtown Portland (n=447) | Tri-County (n=474) | Upper Willamette Valley (n=199) | Lower Willamette Valley (n=137) | Southern Oregon (n=72) | Eastern Oregon (n=128) | Oregon Coast (n=40) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 62.4% | 65.0% | 62.2% | 65.8% | 59.1% | 58.3% | 61.7% | 37.5% |
| Encouraged to take breaks and time off | **70.4%** | **71.5%** | **71.3%** | **75.4%** | **65.7%** | **62.5%** | **71.9%** | **47.5%** |
| Well-being policies and practices in place | 45.8% | 53.0% | 43.7% | 49.7% | 39.4% | 37.5% | 39.1% | 22.5% |
| Encouraged to use health and mental health services | 53.4% | 57.0% | 51.7% | 59.8% | 46.7% | 51.4% | 52.3% | 27.5% |
| Fair and transparent compensation practices in place | 60.3% | 63.5% | 58.4% | 67.8% | 53.3% | 58.3% | 57.8% | 42.5% |
| Missing | 13.0% | 9.2% | 14.8% | 11.1% | 15.3% | 13.9% | 14.8% | 32.5% |

| Female | Oregon (n=1,170) | Downtown Portland (n=369) | Tri-County (n=411) | Upper Willamette Valley (n=154) | Lower Willamette Valley (n=96) | Southern Oregon (n=38) | Eastern Oregon (n=78) | Oregon Coast (n=24) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | 63.0% | 65.6% | 60.3% | 66.2% | 61.5% | **63.2%** | 64.1% | **50.0%** |
| Encouraged to take breaks and time off | **69.5%** | **72.1%** | **69.3%** | **68.2%** | **72.9%** | 60.5% | **66.7%** | **50.0%** |
| Well-being policies and practices in place | 45.0% | 49.1% | 44.8% | 40.3% | 46.9% | 36.8% | 46.2% | n/a |
| Encouraged to use health and mental health services | 56.3% | 59.1% | 53.5% | 57.1% | 58.3% | **63.2%** | 56.4% | 37.5% |
| Fair and transparent compensation practices in place | 52.8% | 54.2% | 47.7% | 63.0% | 50.0% | 47.4% | 61.5% | 45.8% |
| Missing | 13.6% | 9.8% | 16.3% | 10.4% | 14.6% | 15.8% | 16.7% | 29.2% |

| Non-binary | Oregon (n=18) | Downtown Portland (n=8) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | **77.8%** | 75% | n/a | n/a | n/a | n/a | n/a | n/a |
| Encouraged to take breaks and time off | **77.8%** | **87.5%** | n/a | n/a | n/a | n/a | n/a | n/a |
| Well-being policies and practices in place | 61.1% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Encouraged to use health and mental health services | 55.6% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 66 of 117

## Table 56: Wellness Policies and Practices by Gender

| Non-binary | Oregon (n=18) | Downtown Portland (n=8) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Fair and transparent compensation practices in place | 55.6% | 62.5% | n/a | n/a | n/a | n/a | n/a | n/a |
| Missing | 0.0% | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Prefer Not to Disclose | Oregon (n=72) | Downtown Portland (n=19) | Tri-County (n=20) | Upper Willamette Valley (n=9) | Lower Willamette Valley (n=7) | Southern Oregon (n=6) | Eastern Oregon (n=9) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Vacation policy – supports detachment from work | **56.9%** | 52.6% | **60.0%** | n/a | n/a | n/a | **66.7%** | n/a |
| Encouraged to take breaks and time off | 55.6% | **68.4%** | 55.0% | n/a | n/a | n/a | 55.6% | n/a |
| Well-being policies and practices in place | 45.8% | 57.9% | 45.0% | n/a | n/a | n/a | n/a | n/a |
| Encouraged to use health and mental health services | 50.0% | **68.4%** | 50.0% | n/a | n/a | n/a | n/a | n/a |
| Fair and transparent compensation practices in place | 54.2% | 68.4% | 12.0% | n/a | n/a | n/a | 55.6% | n/a |
| Missing | 22.2% | n/a | 30.0% | n/a | n/a | n/a | n/a | n/a |

Q19: Please indicate which the following statements are true about your current legal employment. *[select all that apply]*
Q22: How do you identify your gender?

EXHIBIT 7
Page 67 of 117

# Law School Student Debt

Also included for the first time in the 2022 member survey was a series of items asking respondents' student debt from law school. The first item identified which respondents had student debt as of 12/31/2021. Table 57 presents the distribution of those responses for all respondents, including those who are not working within Oregon. In general, just under half of the respondents still had student debt, with respondents in the Oregon Coast region having the smallest proportion (34.6%).

### Table 57: Current Law School Student Debt as of 12/31/21 (N=3,756)

|  | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=576) |
|---|---|---|---|---|---|---|---|---|---|
| Student debt as of 12/31/21 | 44.4% | 44.1% | 45.9% | 45.7% | 42.1% | 43.2% | 43.3% | 34.6% | 44.1% |
| No student debt as of 12/31/21 | 55.3% | 55.6% | 53.8% | 54.1% | 57.1% | 56.8% | 55.9% | 65.4% | 55.9% |
| Missing | 0.3% | 0.2% | 0.4% | 0.2% | 0.7% | 0.0% | 0.8% | 0.0% | 0.0% |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q3: Are you currently working as a lawyer in Oregon?

### Type of Employment

Table 58 presents the proportion of respondents who indicated that they had law school student debt as of 12/31/2021 by their type of employment. This analysis includes only those individuals who are currently working as a lawyer in Oregon. Respondents who were not working as a lawyer in Oregon did not respond to the employment type survey item. Please note that the sample sizes for some employment types within regions are small and could not be reported. Both statewide and for most of the regions, individuals employed by a private nonprofit were most likely to still have student debt from law school.

### Table 58: Current Law School Student Debt as of 12/31/21 by Type of Employment (n=2,815)

| Type of Employment | Oregon (n=2,815) | Downtown Portland (n=884) | Tri-County (n=915) | Upper Willamette Valley (n=369) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=217) | Oregon Coast (n=67) |
|---|---|---|---|---|---|---|---|---|
| Private (n=1,840) | 55.3% | 43.2% | 48.1% | 46.2% | 39.6% | 40.8% | 41.6% | 31.1% |
| Private Nonprofit (n=212) | **59.9%** | **52.4%** | **58.0%** | **75.0%** | **73.3%** | 33.3% | **77.8%** | **50.0%** |
| Government (n=444) | 44.1% | 38.2% | 46.4% | 45.3% | 30.0% | **62.5%** | 57.5% | 33.3% |
| In-house Counsel (n=213) | 41.8% | 51.1% | 40.8% | 50.0% | 33.3% | 57.1% | 8.3% | 0.0% |
| Judge/Hearings Officer (n=44) | 29.5% | 40.0% | 28.6% | 20.0% | 33.3% | n/a | 33.3% | **50.0%** |
| Other (n=56) | 41.1% | 41.7% | 35.0% | 40.0% | 50.0% | 50.0% | 57.1% | 25.0% |
| Missing (n=17) | 0.6% | 0.6% | 0.7% | 0.5% | 0.8% | 0.0% | 0.9% | 0.0% |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q3: Are you currently working as a lawyer in Oregon?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?

EXHIBIT 7
Page 68 of 117

## Level of Employment

Table 59 presents the proportion of respondents currently working as a lawyer in Oregon with student debt from law school across level of employment. A slightly larger proportion of Part-time Lawyers due to Lack of Legal Work had student debt Statewide and in the Downtown Portland, Lower Willamette Valley, and Oregon Coast regions. Full-time lawyers were more likely to still have student loan debt in the other regions.

### Table 59: Current Law School Student Debt as of 12/31/21 by Level of Employment (n=2,815)

| Employment Level | Oregon (n=2,815) | Downtown Portland (n=884) | Tri-County (n=915) | Upper Willamette Valley (n=369) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=217) | Oregon Coast (n=67) |
|---|---|---|---|---|---|---|---|---|
| Full-time Lawyer (n=2,495) | 48.3% | 46.2% | **50.8%** | **48.7%** | **45.1%** | **49.5%** | **51.1%** | 40.8% |
| Part-time Lawyer due to Lack of Legal Work (n=26) | **50.0%** | **60.0%** | 45.5% | n/a | n/a | n/a | n/a | **66.7%** |
| Part-time Lawyer by Choice (n=290) | 16.9% | 8.8% | 23.6% | 24.0% | 14.3% | 7.1% | 14.3% | 0.0% |
| Missing (n=15) | 0.5% | 0.3% | 0.6% | 0.5% | 0.8% | n/a | 1.4% | n/a |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q3: Are you currently working as a lawyer in Oregon?
Q4: What best describes your current level of employment?

## Years Admitted to Practice

Table 60 presents the proportion of respondents currently working as a lawyer both in and outside of Oregon with student debt across total years admitted to practice. In general, attorneys earlier in their career tend to be more likely to still have student debt. There are other variations across years admitted to practice and regions that suggest some attorneys continue to have student debt into the mid/later years of their career.

### Table 60: Student Debt as of 12/31/21 by Total Years Admitted to Practice (N=3,756)

| | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=576) |
|---|---|---|---|---|---|---|---|---|---|
| 0-3 Years (n=324) | **79.9%** | **83.9%** | **90.8%** | **81.6%** | 73.1% | 64.3% | 75.0% | 33.3% | 70.0% |
| 4-6 Years (n=335) | 73.1% | 66.0% | 77.3% | 72.5% | 62.5% | **85.7%** | **100.0%** | 100% | **72.7%** |
| 7-9 Years (n=339) | 71.4% | 72.7% | 72.2% | 77.8% | **73.9%** | 42.9% | 63.2% | 40.0% | 70.9% |
| 10-12 Years (n=396) | 57.8% | 57.7% | 55.2% | 52.4% | 72.4% | 70.0% | 56.0% | 66.7% | 57.6% |
| 13-15 Years (n=356) | 55.1% | 45.3% | 65.4% | 62.2% | 36.8% | 60.0% | 47.6% | 63.6% | 55.6% |
| 16-20 Years (n=507) | 61.7% | 59.2% | 64.1% | 56.4% | 62.5% | 77.8% | 65.6% | **71.4%** | 58.8% |
| 21-30 Years (n=763) | 22.4% | 17.5% | 25.8% | 25.0% | 27.0% | 9.7% | 28.8% | 27.3% | 18.3% |
| Over 30 Years (n=736) | 1.6% | n/a | 0.9% | 1.3% | 3.1% | 10.7% | 1.9% | 3.3% | 2.0% |
| Missing | 0.3% | 0.2% | 0.4% | 0.2% | 0.7% | 0.0% | 0.8% | 0.0% | 0.0% |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*

EXHIBIT 7
Page 69 of 117

**Race and Ethnicity**

Table 61 presents the proportion of respondents currently working as a lawyer both in and outside of Oregon with student debt across the racial and ethnic backgrounds included in the survey. This item allowed respondents to select all that apply, so the sample sizes across the racial and ethnic categories add up to more than the total sample size and the percentages can add up to more than 100%. Many of the cell sizes are small, so the percentages could not be included. In addition, many of the regions either had no one in a given racial/ethnic group at all or with student debt (reported as 0.0%). Also, the additional options of Not Listed Above, Don't Know, and Prefer Not to Disclose are included for reference, but those categories do not align with any particular racial or ethnic group and should be interpreted with caution. The group with the highest proportion of law school student debt varies across the state and regions.

| Table 61: Student Debt as of 12/31/21 by Race/Ethnicity (N=3,756) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oregon (n=3,756) | Downtown Portland (n=931) | Tri-County (n=1,103) | Upper Willamette Valley (n=427) | Lower Willamette Valley (n=280) | Southern Oregon (n=132) | Eastern Oregon (n=238) | Oregon Coast (n=78) | Outside Oregon (n=576) |
| American Indian or Alaska Native (n=97) | 58.8% | **75.0%** | 70.8% | **66.7%** | 50.0% | 33.3% | 22.2% | n/a | 50.0% |
| Asian (n=177) | 46.3% | 42.6% | 53.1% | 33.3% | 40.0% | 25.0% | 0.0% | 0.0% | 54.8% |
| Black or African American (n=55) | 67.3% | 71.4% | 63.2% | 60.0% | 33.3% | 50.0% | 0.0% | 0.0% | **81.8%** |
| Latinx or Hispanic (n=142) | 63.4% | 65.7% | 69.4% | 59.1% | **71.4%** | **100%** | 16.7% | 0.0% | 59.3% |
| Middle Eastern/Northern African (n=36) | 36.1% | 36.4% | 31.3% | 0.0% | 0.0% | **100%** | 0.0% | 0.0% | 60.0% |
| Native Hawaiian or Pacific Islander (n=13) | **84.6%** | 50.0% | **100%** | n/a | 0.0% | 0.0% | 0.0% | 0.0% | 75.0% |
| White (n=3,052) | 43.8% | 43.8% | 45.3% | 44.3% | 41.9% | 43.0% | **43.1%** | 35.0% | 43.0% |
| Not listed above (n=64) | 32.8% | 31.3% | 42.1% | 50.5% | 0.0% | 0.0% | 25.0% | **100.0%** | 33.3% |
| Don't know (n=76) | 55.3% | 60.0% | 55.6% | 55.6% | 87.5% | 40.0% | 41.7% | 44.4% | n/a |
| Prefer not to disclose (n=248) | 40.7% | 34.1% | 36.8% | 53.1% | 25.0% | 50.0% | 61.1% | 46.2% | 37.1% |
| Missing (n=67) | 0.3% | 0.2% | 0.4% | 0.2% | 0.7% | 0.0% | 0.8% | 0.0% | 0.0% |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*

EXHIBIT 7
Page 70 of 117

# Law School Student Debt Level

The lawyers who reported having student debt from law school as of 12/31/2021 were asked to estimate the total amount of student debt at that time. Table 62 presents the mean, median, and 95th percentile both statewide and by region. Note that the sample sizes listed include only those who responded to the survey item, so the calculations were made excluding those individuals who left the item blank or responded with $0. The mean law school debt level ranged from $99,673 (Eastern Oregon) to $129,000 (Southern Oregon).

## Table 62: Total Law School Student Debt as of 12/31/21 (n=1,619)

|  | Oregon (n=1,619) | Downtown Portland (n=399) | Tri-County (n=491) | Upper Willamette Valley (n=189) | Lower Willamette Valley (n=115) | Southern Oregon (n=55) | Eastern Oregon (n=101) | Oregon Coast (n=25) | Outside Oregon (n=244) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $116,974 | $115,900 | $117,051 | $128,456 | $116,771 | **$129,000** | $99,763 | $107,807 | $115,130 |
| Median | $95,000 | $95,000 | $85,000 | $114,000 | $100,000 | $120,000 | $75,000 | $70,000 | $90,000 |
| 95th Percentile | $300,000 | $285,000 | $300,000 | $275,500 | $303,000 | $284,000 | $239,400 | $307,598 | $300,000 |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q21a: Approximately how much student debt from your law school education did you have as of 12/31/2021?

## Type of Employment

Table 63 presents the total law school student debt as of 12/31/2021 by their type of employment. This analysis includes only those individuals who are currently working as a lawyer in Oregon. Respondents who were not working as a lawyer in Oregon did not respond to the employment type survey item. Again, the sample sizes listed include only those who responded to the survey item, excluding the individuals who left the item blank or responded with $0. Please note that the sample sizes for some employment types within regions are small and could not be reported. Both statewide and for most of the regions, individuals employed by a private nonprofit had the highest mean level of student debt from law school.

## Table 63: Total Law School Student Debt as of 12/31/21 by Type of Employment

| **Private Practice** | Oregon (n=790) | Downtown Portland (n=266) | Tri-County (n=277) | Upper Willamette Valley (n=83) | Lower Willamette Valley (n=64) | Southern Oregon (n=30) | Eastern Oregon (n=56) | Oregon Coast (n=14) |
|---|---|---|---|---|---|---|---|---|
| Mean | $118,307 | $112,987 | **$175,845** | $128,707 | $126,073 | $129,900 | $98,205 | $116,977 |
| Median | $97,500 | $95,000 | $123,651 | $100,000 | $100,000 | $95,000 | $67,500 | $92,500 |
| 95th Percentile | $300,000 | $256,500 | $450,000 | $274,000 | $311,250 | $311,250 | $228,000 | n/a |

| **Private Nonprofit** | Oregon (n=126) | Downtown Portland (n=33) | Tri-County (n=39) | Upper Willamette Valley (n=12) | Lower Willamette Valley (n=22) | Southern Oregon (n=n/a) | Eastern Oregon (n=14) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$135,900** | **$149,970** | $125,024 | **$185,167** | **$130,682** | n/a | **$105,251** | n/a |
| Median | $139,000 | $160,000 | $100,000 | $172,500 | $130,500 | n/a | $97,505 | n/a |
| 95th Percentile | $293,000 | $336,000 | $260,000 | n/a | $317,000 | n/a | n/a | n/a |

| **Government** | Oregon (n=186) | Downtown Portland (n=41) | Tri-County (n=42) | Upper Willamette Valley (n=60) | Lower Willamette Valley (n=8) | Southern Oregon (n=10) | Eastern Oregon (n=35) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $113,529 | $111,580 | $99,105 | $124,452 | $114,375 | **$151,200** | $95,280 | n/a |
| Median | $90,000 | $90,000 | $59,000 | $117,000 | $92,500 | $155,000 | $82,500 | n/a |
| 95th Percentile | $275,650 | $295,000 | $230,000 | $298,800 | n/a | n/a | $281,250 | n/a |

EXHIBIT 7
Page 71 of 117

## Table 63: Total Law School Student Debt as of 12/31/21 by Type of Employment

| In-House Counsel | Oregon (n=89) | Downtown Portland (n=23) | Tri-County (n=49) | Upper Willamette Valley (n=7) | Lower Willamette Valley (n=5) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $94,512 | $95,421 | $92,509 | $94,857 | $75,600 | n/a | n/a | n/a |
| Median | $50,000 | $50,000 | $50,000 | $121,000 | $59,000 | n/a | n/a | n/a |
| 95th Percentile | $307,500 | $362,000 | $332,500 | n/a | n/a | n/a | n/a | n/a |

| Judge/ Hearings Officer | Oregon (n=13) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $54,692 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $29,000 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Other | Oregon (n=5) | Downtown Portland (n=n/a) | Tri-County (n=6) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $127,000 | n/a | $148,000 | n/a | n/a | n/a | n/a | n/a |
| Median | $130,000 | n/a | $91,500 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q21a: Approximately how much student debt from your law school education did you have as of 12/31/2021?
Q3: Are you currently working as a lawyer in Oregon?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?

### Level of Employment

Table 64 presents the proportion of respondents currently working as a lawyer in Oregon with student debt across level of employment. This analysis includes only those individuals who are currently working as a lawyer in Oregon since respondents who were not working as a lawyer in Oregon did not respond to the employment type survey item. Due to small sample sizes, not all geographies can have the levels of employment compared. In three of the four geographies that can be compared, full-time lawyers had the highest level of student debt from law school.

## Table 64: Total Law School Student Debt as of 12/31/21 by Level of Employment

| Full-time Lawyer | Oregon (n=1,169) | Downtown Portland (n=367) | Tri-County (n=384) | Upper Willamette Valley (n=161) | Lower Willamette Valley (n=94) | Southern Oregon (n=50) | Eastern Oregon (n=94) | Oregon Coast (n=19) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$118,128** | $112,916 | **$119,070** | **$129,185** | $121,784 | $136,160 | $103,501 | $112,878 |
| Median | $98,000 | $94,000 | $88,500 | $114,000 | $100,000 | $129,000 | $82,500 | $63,000 |
| 95th Percentile | $285,000 | $269,000 | $300,000 | $275,900 | $316,250 | $289,000 | $242,000 | n/a |

| Part-time Lawyer due to Lack of Legal Work | Oregon (n=13) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $115,192 | n/a | $97,400 | n/a | n/a | n/a | n/a | n/a |
| Median | $115,000 | n/a | $100,000 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 72 of 117

## Table 64: Total Law School Student Debt as of 12/31/21 by Level of Employment

| Part-time Lawyer by Choice | Oregon (n=47) | Downtown Portland (n=5) | Tri-County (n=28) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $85,011 | **$163,400** | $83,446 | $76,000 | n/a | n/a | n/a | n/a |
| Median | $400,000 | $61,000 | $52,500 | $40,000 | n/a | n/a | n/a | n/a |
| 95th Percentile | $338,000 | n/a | $290,300 | n/a | n/a | n/a | n/a | n/a |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q21a: Approximately how much student debt from your law school education did you have as of 12/31/2021?
Q3: Are you currently working as a lawyer in Oregon?
Q4: What best describes your current level of employment?

### Years Admitted to Practice

Table 65 presents the proportion of respondents currently working as a lawyer both in and outside of Oregon with student debt across total years admitted to practice. In general, attorneys earlier in their career tend to have higher levels of debt, with 4-6 years and 7-9 years with the highest level of student debt from law school.

## Table 65: Total Law School Student Debt as of 12/31/21 by Total Years Admitted to Practice

| 0-3 Years | Oregon (n=253) | Downtown Portland (n=71) | Tri-County (n=68) | Upper Willamette Valley (n=31) | Lower Willamette Valley (n=18) | Southern Oregon (n=9) | Eastern Oregon (n=15) | Oregon Coast (n=n/a) | Outside Oregon (n=40) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $150,348 | $158,964 | $151,489 | $141,508 | $132,706 | $154,111 | $144,361 | n/a | $148,559 |
| Median | $143,000 | $150,000 | $140,000 | $145,000 | $110,000 | $140,000 | $127,900 | n/a | $150,000 |
| 95th Percentile | $281,500 | $300,000 | $338,500 | $256,180 | n/a | n/a | n/a | n/a | $297,500 |

| 4-6 Years | Oregon (n=240) | Downtown Portland (n=60) | Tri-County (n=67) | Upper Willamette Valley (n=29) | Lower Willamette Valley (n=15) | Southern Oregon (n=12) | Eastern Oregon (n=15) | Oregon Coast (n=n/a) | Outside Oregon (n=40) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | **$168,384** | **$160,575** | $168,148 | $166,310 | **$167,867** | **$217,417** | $145,878 | n/a | **$170,588** |
| Median | $168,583 | $160,000 | $169,000 | $170,000 | $154,000 | $227,000 | $159,000 | n/a | $172,500 |
| 95th Percentile | $320,000 | $350,000 | $323,000 | $310,000 | n/a | n/a | n/a | n/a | $334,250 |

| 7-9 Years | Oregon (n=236) | Downtown Portland (n=64) | Tri-County (n=68) | Upper Willamette Valley (n=33) | Lower Willamette Valley (n=17) | Southern Oregon (n=n/a) | Eastern Oregon (n=11) | Oregon Coast (n=n/a) | Outside Oregon (n=38) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $164,471 | $152,851 | **$169,041** | **$181,515** | $166,882 | n/a | **$148,273** | n/a | $66,342 |
| Median | $165,000 | $137,500 | $176,500 | $170,000 | $160,000 | n/a | $150,000 | n/a | $200,000 |
| 95th Percentile | $350,000 | $391,250 | $355,500 | $395,000 | n/a | n/a | n/a | n/a | $304,000 |

| 10-12 Years | Oregon (n=222) | Downtown Portland (n=54) | Tri-County (n=67) | Upper Willamette Valley (n=20) | Lower Willamette Valley (n=21) | Southern Oregon (n=7) | Eastern Oregon (n=14) | Oregon Coast (n=6) | Outside Oregon (n=33) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $139,682 | $131,307 | $155,939 | $170,600 | $131,571 | $141,286 | $125,143 | $77,947 | $123,853 |
| Median | $130,000 | $117,500 | $175,000 | $161,500 | $120,000 | $160,000 | $130,000 | $85,000 | $120,458 |
| 95th Percentile | $279,250 | $312,500 | $334,000 | $441,250 | $431,000 | n/a | n/a | n/a | $236,000 |

| 13-15 Years | Oregon (n=188) | Downtown Portland (n=47) | Tri-County (n=65) | Upper Willamette Valley (n=23) | Lower Willamette Valley (n=6) | Southern Oregon (n=5) | Eastern Oregon (n=10) | Oregon Coast (n=7) | Outside Oregon (n=25) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $82,600 | $87,543 | $78,999 | $110,643 | $62,833 | $73,400 | $88,800 | $97,571 | $56,780 |
| Median | $60,000 | $70,000 | $50,000 | $120,000 | $37,500 | $90,000 | $77,500 | $100,000 | $50,000 |
| 95th Percentile | $221,000 | $280,000 | $282,000 | $266,000 | n/a | n/a | n/a | n/a | $157,000 |

EXHIBIT 7
Page 73 of 117

## Table 65: Total Law School Student Debt as of 12/31/21 by Total Years Admitted to Practice

| 16-20 Years | Oregon (n=308) | Downtown Portland (n=74) | Tri-County (n=97) | Upper Willamette Valley (n=30) | Lower Willamette Valley (n=20) | Southern Oregon (n=14) | Eastern Oregon (n=21) | Oregon Coast (n=5) | Outside Oregon (n=47) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $46,883 | $36,771 | $47,655 | $50,689 | $59,950 | $83,071 | $42,381 | $28,500 | $46,409 |
| Median | $35,500 | $30,000 | $35,000 | $40,000 | $50,000 | $44,000 | $45,000 | $26,000 | $40,000 |
| 95th Percentile | $120,000 | $87,982 | $121,000 | $156,450 | $149,750 | n/a | $98,000 | n/a | $120,000 |

| 21-30 Years | Oregon (n=164) | Downtown Portland (n=29) | Tri-County (n=57) | Upper Willamette Valley (n=23) | Lower Willamette Valley (n=16) | Southern Oregon (n=n/a) | Eastern Oregon (n=14) | Oregon Coast (n=n/a) | Outside Oregon (n=21) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $65,322 | $55,680 | $72,360 | $69,611 | $70,063 | n/a | $39,393 | n/a | $62,714 |
| Median | $45,000 | $32,000 | $50,000 | $45,000 | $37,500 | n/a | $34,250 | n/a | $50,000 |
| 95th Percentile | $300,000 | $225,000 | $260,000 | $380,000 | n/a | n/a | n/a | n/a | $144,500 |

| Over 30 Years | Oregon (n=8) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $53,125 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $25,000 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q21a: Approximately how much student debt from your law school education did you have as of 12/31/2021?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*

### Race and Ethnicity

Table 66 presents the current student debt level for respondents currently working as a lawyer both in and outside of Oregon across the racial and ethnic backgrounds included in the survey. This item allowed respondents to select all that apply, so the sample sizes across the racial and ethnic categories add up to more than the total sample size. Many of the cell sizes are small, so the debt amounts could not be reported. The additional options of Not Listed Above, Don't Know, and Prefer Not to Disclose are included for reference, but those categories do not align with any particular racial or ethnic group and should be interpreted with caution. Looking across the actual racial/ethnic groups, the highest level of total law school student debt existed for Blacks/African Americans statewide and in the Downtown Portland and Tri-County regions, and for American Indians/Alaska Natives in the Upper and Lower Willamette Valley regions as well as outside Oregon. The other three regions had too few respondents to compare across racial/ethnic groups.

## Table 66: Total Law School Student Debt as of 12/31/21 by Race/Ethnicity

| American Indian or Alaska Native | Oregon (n=57) | Downtown Portland (n=18) | Tri-County (n=17) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=5) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=8) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $146,316 | $121,167 | $154,647 | **$244,333** | **$133,800** | n/a | n/a | n/a | **$161,250** |
| Median | $110,000 | $87,500 | $100,000 | $235,000 | $150,000 | n/a | n/a | n/a | $120,000 |
| 95th Percentile | $394,500 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Asian | Oregon (n=78) | Downtown Portland (n=21) | Tri-County (n=34) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=16) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $112,513 | $144,178 | $100,767 | $81,600 | n/a | n/a | n/a | n/a | $92,760 |
| Median | $85,000 | $110,000 | $72,500 | $130,000 | n/a | n/a | n/a | n/a | $55,000 |
| 95th Percentile | $282,250 | $400,000 | $291,250 | n/a | n/a | n/a | n/a | n/a | $297,500 |

EXHIBIT 7
Page 74 of 117

## Table 66: Total Law School Student Debt as of 12/31/21 by Race/Ethnicity

| Black or African American | Oregon (n=36) | Downtown Portland (n=71) | Tri-County (n=12) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=8) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | **$179,874** | **$208,547** | **$170,833** | n/a | n/a | n/a | n/a | n/a | $139,375 |
| Median | $187,500 | $172,500 | $170,000 | n/a | n/a | n/a | n/a | n/a | $132,500 |
| 95th Percentile | $392,720 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Latinx or Hispanic | Oregon (n=89) | Downtown Portland (n=23) | Tri-County (n=25) | Upper Willamette Valley (n=12) | Lower Willamette Valley (n=10) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=16) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $152,178 | $175,080 | $145,560 | $221,917 | $93,000 | n/a | n/a | n/a | $116,375 |
| Median | $130,000 | $150,000 | $135,000 | $201,500 | $77,500 | n/a | n/a | n/a | $81,000 |
| 95th Percentile | $380,000 | $598,000 | $343,000 | n/a | n/a | n/a | n/a | n/a | n/a |

| Middle Eastern or Northern African | Oregon (n=12) | Downtown Portland (n=n/a) | Tri-County (n=5) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $127,417 | n/a | $77,400 | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $135,000 | n/a | $64,000 | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Native Hawaiian or Pacific Islander | Oregon (n=11) | Downtown Portland (n=n/a) | Tri-County (n=5) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $132,921 | n/a | $96,000 | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $115,000 | n/a | $55,000 | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| White | Oregon (n=1,304) | Downtown Portland (n=335) | Tri-County (n=391) | Upper Willamette Valley (n=152) | Lower Willamette Valley (n=93) | Southern Oregon (n=41) | Eastern Oregon (n=83) | Oregon Coast (n=19) | Outside Oregon (n=190) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $112,446 | $105,408 | $110,204 | $125,470 | $115,653 | $129,561 | $98,959 | $98,615 | $115,777 |
| Median | $90,000 | $90,000 | $80,000 | $100,000 | $100,000 | $100,000 | $80,000 | $63,000 | $90,000 |
| 95th Percentile | $280,000 | $252,000 | $300,000 | $284,480 | $316,500 | $280,000 | $224,000 | n/a | $300,000 |

| Not Listed Above | Oregon (n=21) | Downtown Portland (n=5) | Tri-County (n=8) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $131,475 | $173,794 | $87,750 | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $110,000 | $150,000 | $62,500 | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $373,500 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Don't Know | Oregon (n=41) | Downtown Portland (n=9) | Tri-County (n=9) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=7) | Southern Oregon (n=n/a) | Eastern Oregon (n=5) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $160,189 | $205,556 | $190,639 | $155,000 | $122,429 | n/a | $176,000 | n/a | n/a |
| Median | $150,000 | $200,000 | $200,000 | $170,000 | $67,000 | n/a | $200,000 | n/a | n/a |
| 95th Percentile | $345,000 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 75 of 117

## Table 66: Total Law School Student Debt as of 12/31/21 by Race/Ethnicity

| Prefer Not to Disclose | Oregon (n=98) | Downtown Portland (n=14) | Tri-County (n=24) | Upper Willamette Valley (n=17) | Lower Willamette Valley (n=5) | Southern Oregon (n=9) | Eastern Oregon (n=10) | Oregon Coast (n=6) | Outside Oregon (n=13) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $130,412 | $131,643 | $168,529 | $130,216 | $100,800 | $128,889 | $70,250 | $136,917 | $114,692 |
| Median | $120,000 | $121,500 | $165,000 | $15,000 | $30,000 | $140,000 | $50,000 | $112,500 | $120,000 |
| 95th Percentile | $300,000 | n/a | $447,500 | n/a | n/a | n/a | n/a | n/a | n/a |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q21a: Approximately how much student debt from your law school education did you have as of 12/31/2021?
Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*

EXHIBIT 7
Page 76 of 117

# Law School Monthly Student Debt Payments

The lawyers who reported having student debt from law school as of 12/31/2021 were also asked how much they currently pay per month toward their total student debt from law school. All lawyers, working both within and outside of Oregon, are included in this analysis. Due to the exceptional circumstances of the student loan payment "pause" established during the COVID-19 pandemic, it is important to differentiate across the respondents who do or do not make monthly payments against their debt. Although this was not explicitly asked in the survey, respondents with current student debt from law school indicated that they were paying $0/month, with some respondents specifically noting the payment pause as the reason. Table 67 presents the distribution of those respondents both statewide and by region. The proportion of lawyers who are making payments ranged from 57.6% (Lower Willamette Valley region) to 74.4% (Outside Oregon).

## Table 67: Making Current Law School Student Debt Payments (n=1,667)

|  | Oregon (n=1,667) | Downtown Portland (n=411) | Tri-County (n=506) | Upper Willamette Valley (n=195) | Lower Willamette Valley (n=118) | Southern Oregon (n=57) | Eastern Oregon (n=103) | Oregon Coast (n=27) | Outside Oregon (n=250) |
|---|---|---|---|---|---|---|---|---|---|
| Making Monthly Payments | 69.2% | 71.5% | 68.4% | 66.7% | 57.6% | 71.9% | 68.0% | 66.7% | 74.4% |
| No Monthly Payments during Pause | 26.5% | 23.8% | 28.3% | 29.2% | 37.3% | 21.1% | 26.2% | 22.2% | 22.0% |
| Missing | 4.3% | 4.6% | 3.4% | 4.1% | 5.1% | 7.0% | 5.8% | 11.1% | 3.6% |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q21b: Approximately how much per month do you currently pay toward your student debt from your law school education?

Table 68 shows the mean, median, and 95th percentile of the monthly student loan payment amounts for those individuals who are currently making those payments. The average loan payments range from $573 (Oregon Coast region) to $787 (Downtown Portland region).

## Table 68: Monthly Law School Student Loan Payments

|  | Oregon (n=1,153) | Downtown Portland (n=294) | Tri-County (n=346) | Upper Willamette Valley (n=130) | Lower Willamette Valley (n=68) | Southern Oregon (n=41) | Eastern Oregon (n=70) | Oregon Coast (n=18) | Outside Oregon (n=186) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $742 | **$787** | $718 | $785 | $645 | $690 | $677 | $573 | $773 |
| Median | $500 | $557 | $500 | $600 | $500 | $511 | $500 | $513 | $550 |
| 95th Percentile | $1,800 | $2,000 | $1,765 | $2,000 | $1,742 | $1,980 | $1,500 | n/a | $2,000 |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q21b: Approximately how much per month do you currently pay toward your student debt from your law school education?

### Type of Employment

Table 69 presents the monthly law school student debt payments by lawyers' type of employment. This analysis includes only those individuals who are currently working as a lawyer in Oregon. Respondents who were not working as a lawyer in Oregon did not respond to the employment type survey item. Again, the sample sizes listed include only those who responded to the survey item, excluding the individuals who left the item blank or responded with $0. Please note that the sample sizes for some employment types within regions are small and could not be reported. Both statewide and for four of the seven regions, individuals in private practice had the highest mean level of student debt monthly payment.

EXHIBIT 7
Page 77 of 117

## Table 69: Monthly Law School Student Loan Payments by Type of Employment

| Private Practice | Oregon (n=579) | Downtown Portland (n=202) | Tri-County (n=203) | Upper Willamette Valley (n=60) | Lower Willamette Valley (n=39) | Southern Oregon (n=22) | Eastern Oregon (n=41) | Oregon Coast (n=12) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$791** | **$860** | **$757** | $827 | $679 | **$735** | **$777** | $543 |
| Median | $566 | $700 | $500 | $665 | $500 | $502 | $500 | $513 |
| 95th Percentile | $2,000 | $2,000 | $1,960 | $2,000 | $2,000 | $2,820 | $1,770 | n/a |

| Private Nonprofit | Oregon (n=70) | Downtown Portland (n=18) | Tri-County (n=23) | Upper Willamette Valley (n=7) | Lower Willamette Valley (n=9) | Southern Oregon (n=n/a) | Eastern Oregon (n=8) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $622 | $536 | $638 | **$907** | $502 | n/a | $493 | n/a |
| Median | $500 | $375 | $500 | $650 | $520 | n/a | $385 | n/a |
| 95th Percentile | $1,445 | n/a | $1,376 | n/a | n/a | n/a | n/a | n/a |

| Government | Oregon (n=123) | Downtown Portland (n=28) | Tri-County (n=31) | Upper Willamette Valley (n=37) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=10) | Eastern Oregon (n=13) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $687 | $624 | $705 | $737 | n/a | $689 | $649 | n/a |
| Median | $500 | $500 | $621 | $531 | n/a | $556 | $500 | n/a |
| 95th Percentile | $1,599 | $1,410 | $1,774 | $2,300 | n/a | n/a | n/a | n/a |

| In-House Counsel | Oregon (n=74) | Downtown Portland (n=21) | Tri-County (n=39) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=5) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $753 | $840 | $727 | $685 | **$806** | n/a | n/a | n/a |
| Median | $645 | $600 | $650 | $700 | $800 | n/a | n/a | n/a |
| 95th Percentile | $2,050 | $2,940 | $1,500 | n/a | n/a | n/a | n/a | n/a |

| Judge/ Hearings Officer | Oregon (n=12) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $515 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $355 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Other | Oregon (n=13) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $429 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $400 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q21b: Approximately how much per month do you currently pay toward your student debt from your law school education?
Q3: Are you currently working as a lawyer in Oregon?
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2021?

EXHIBIT 7
Page 78 of 117

## Level of Employment

Table 70 presents the monthly student loan payment means, medians, and 95th percentiles for respondents working as a lawyer in Oregon across level of employment. This analysis includes only those individuals who are currently working as a lawyer in Oregon since respondents who were not working as a lawyer in Oregon did not respond to the employment type survey item. Due to small sample sizes across many of the levels of employment by geography, it is not possible to make informed comparisons. However, looking at statewide figures only, full-time lawyers were making the largest monthly student loan payment on their law school debt.

### Table 70: Monthly Law School Student Loan Payments by Level of Employment

| Full-time Lawyer | Oregon (n=830) | Downtown Portland (n=271) | Tri-County (n=280) | Upper Willamette Valley (n=108) | Lower Willamette Valley (n=54) | Southern Oregon (n=39) | Eastern Oregon (n=64) | Oregon Coast (n=14) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$760** | $799 | $723 | $796 | $672 | $704 | $715 | $592 |
| Median | $550 | $600 | $550 | $600 | $500 | $511 | $500 | $513 |
| 95th Percentile | $1,823 | $2,000 | $1,800 | $2,000 | $1,850 | $2,000 | $1,500 | n/a |

| Part-time Lawyer due to Lack of Legal Work | Oregon (n=7) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $641 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $900 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Part-time Lawyer by Choice | Oregon (n=37) | Downtown Portland (n=5) | Tri-County (n=21) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) |
|---|---|---|---|---|---|---|---|---|
| Mean | $515 | $961 | $485 | $492 | n/a | n/a | n/a | n/a |
| Median | $360 | $355 | $380 | $400 | n/a | n/a | n/a | n/a |
| 95th Percentile | $1,548 | n/a | $1,347 | n/a | n/a | n/a | n/a | n/a |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q21b: Approximately how much per month do you currently pay toward your student debt from your law school education?
Q3: Are you currently working as a lawyer in Oregon?
Q4: What best describes your current level of employment?

## Years Admitted to Practice

Table 71 presents the monthly student loan payment means, medians, and 95th percentiles for respondents working as a lawyer within and outside of Oregon across total years admitted to practice. Statewide, lawyers admitted within three years had the highest monthly student loan payment, as did lawyers in Downtown Portland, Lower Willamette Valley, and Outside Oregon. The other regions varied across the number of years in practice.

### Table 71: Monthly Law School Student Loan Payments by Total Years Admitted to Practice

| 0-3 Years | Oregon (n=121) | Downtown Portland (n=35) | Tri-County (n=31) | Upper Willamette Valley (n=13) | Lower Willamette Valley (n=10) | Southern Oregon (n=n/a) | Eastern Oregon (n=8) | Oregon Coast (n=n/a) | Outside Oregon (n=20) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | **$985** | **$1,153** | $831 | $863 | **$903** | n/a | $924 | n/a | **$1,134** |
| Median | $600 | $900 | $500 | $835 | $625 | n/a | $850 | n/a | $800 |
| 95th Percentile | $2,950 | $4,800 | $3,200 | n/a | n/a | n/a | n/a | n/a | $3,475 |

EXHIBIT 7
Page 79 of 117

## Table 71: Monthly Law School Student Loan Payments by Total Years Admitted to Practice

| 4-6 Years | Oregon (n=146) | Downtown Portland (n=38) | Tri-County (n=37) | Upper Willamette Valley (n=19) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=9) | Eastern Oregon (n=7) | Oregon Coast (n=n/a) | Outside Oregon (n=31) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $914 | $1,098 | $746 | $775 | n/a | **$1,024** | **$1,278** | n/a | $899 |
| Median | $700 | $1,000 | $500 | $785 | n/a | $600 | $650 | n/a | $700 |
| 95th Percentile | $2,330 | $3,000 | $2,280 | n/a | n/a | n/a | n/a | n/a | $3,080 |

| 7-9 Years | Oregon (n=166) | Downtown Portland (n=47) | Tri-County (n=44) | Upper Willamette Valley (n=21) | Lower Willamette Valley (n=13) | Southern Oregon (n=n/a) | Eastern Oregon (n=9) | Oregon Coast (n=n/a) | Outside Oregon (n=28) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $984 | $862 | **$1,009** | $958 | $765 | n/a | $633 | n/a | 914 |
| Median | $750 | $900 | $800 | $750 | $700 | n/a | $500 | n/a | $650 |
| 95th Percentile | $2,000 | $1,920 | $2,750 | $2,720 | n/a | n/a | n/a | n/a | $2,550 |

| 10-12 Years | Oregon (n=152) | Downtown Portland (n=40) | Tri-County (n=45) | Upper Willamette Valley (n=13) | Lower Willamette Valley (n=11) | Southern Oregon (n=5) | Eastern Oregon (n=11) | Oregon Coast (n=n/a) | Outside Oregon (n=23) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $889 | $933 | $884 | **$1,019** | $805 | $834 | $777 | n/a | $900 |
| Median | $800 | $1,000 | $800 | $700 | $600 | $662 | $650 | n/a | $800 |
| 95th Percentile | $2,000 | $1,800 | $1,910 | n/a | n/a | n/a | n/a | n/a | $2,160 |

| 13-15 Years | Oregon (n=150) | Downtown Portland (n=41) | Tri-County (n=49) | Upper Willamette Valley (n=18) | Lower Willamette Valley (n=5) | Southern Oregon (n=5) | Eastern Oregon (n=5) | Oregon Coast (n=6) | Outside Oregon (n=21) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $726 | $762 | $697 | $914 | $340 | $490 | $870 | $658 | $702 |
| Median | $525 | $700 | $500 | $957 | $300 | $600 | $1,000 | $438 | $500 |
| 95th Percentile | $1,645 | $1,600 | $1,650 | n/a | n/a | n/a | n/a | n/a | $2,850 |

| 16-20 Years | Oregon (n=282) | Downtown Portland (n=69) | Tri-County (n=92) | Upper Willamette Valley (n=27) | Lower Willamette Valley (n=16) | Southern Oregon (n=13) | Eastern Oregon (n=18) | Oregon Coast (n=n/a) | Outside Oregon (n=44) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $469 | $413 | $496 | $605 | $479 | $495 | $375 | n/a | $451 |
| Median | $384 | $320 | $390 | $400 | $400 | $500 | $300 | n/a | $400 |
| 95th Percentile | $1,000 | $1,000 | $1,135 | $3,600 | n/a | n/a | n/a | n/a | $1,075 |

| 21-30 Years | Oregon (n=132) | Downtown Portland (n=24) | Tri-County (n=46) | Upper Willamette Valley (n=19) | Lower Willamette Valley (n=8) | Southern Oregon (n=n/a) | Eastern Oregon (n=12) | Oregon Coast (n=n/a) | Outside Oregon (n=19) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $577 | $483 | $653 | $527 | $475 | n/a | $474 | n/a | $653 |
| Median | $500 | $378 | $660 | $500 | $451 | n/a | $373 | n/a | $500 |
| 95th Percentile | $1,135 | $1,150 | $1,360 | n/a | n/a | n/a | n/a | n/a | n/a |

| Over 30 Years | Oregon (n=n/a) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q21b: Approximately how much per month do you currently pay toward your student debt from your law school education?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*

EXHIBIT 7
Page 80 of 117

## Race and Ethnicity

Table 72 presents the monthly student loan payments for respondents currently working as a lawyer both in and outside of Oregon across the racial and ethnic backgrounds included in the survey. This item allowed respondents to select all that apply, so the sample sizes across the racial and ethnic categories add up to more than the total sample size. Many of the cell sizes are small, so the debt amounts could not be reported. The additional options of Not Listed Above, Don't Know, and Prefer Not to Disclose are included for reference, but those categories do not align with any particular racial or ethnic group and should be interpreted with caution. Looking across the actual racial/ethnic groups, the largest monthly student loan payments were being made by Native Hawaiian/Pacific Islanders statewide, by Black/African Americans in the Downtown Portland region, and by American Indians/Alaska Natives in the Tri-County region. The other six regions had too few respondents to compare across racial/ethnic groups.

### Table 72: Monthly Law School Student Loan Payments by Race/Ethnicity

| American Indian or Alaska Native | Oregon (n=41) | Downtown Portland (n=13) | Tri-County (n=14) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $896 | $837 | **$1,407** | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $600 | $900 | $850 | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $4,740 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Asian | Oregon (n=56) | Downtown Portland (n=12) | Tri-County (n=23) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=16) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $680 | $558 | $730 | n/a | n/a | n/a | n/a | n/a | $597 |
| Median | $500 | $430 | $600 | n/a | n/a | n/a | n/a | n/a | $500 |
| 95th Percentile | $2,000 | n/a | $1,960 | n/a | n/a | n/a | n/a | n/a | n/a |

| Black or African American | Oregon (n=28) | Downtown Portland (n=9) | Tri-County (n=10) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $885 | **$850** | $823 | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $689 | $600 | $600 | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $2,110 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Latinx or Hispanic | Oregon (n=59) | Downtown Portland (n=15) | Tri-County (n=18) | Upper Willamette Valley (n=7) | Lower Willamette Valley (n=7) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=10) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $758 | $644 | $691 | $1,212 | $711 | n/a | n/a | n/a | $858 |
| Median | $511 | $500 | $650 | $585 | $750 | n/a | n/a | n/a | $575 |
| 95th Percentile | $2,000 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Middle Eastern or Northern African | Oregon (n=9) | Downtown Portland (n=n/a) | Tri-County (n=n/a) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $636 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $405 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

EXHIBIT 7
Page 81 of 117

## Table 72: Monthly Law School Student Loan Payments by Race/Ethnicity

| Native Hawaiian or Pacific Islander | Oregon (n=9) | Downtown Portland (n=n/a) | Tri-County (n=5) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | **$1,073** | n/a | $1,376 | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $900 | n/a | $980 | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| White | Oregon (n=931) | Downtown Portland (n=249) | Tri-County (n=275) | Upper Willamette Valley (n=105) | Lower Willamette Valley (n=55) | Southern Oregon (n=30) | Eastern Oregon (n=58) | Oregon Coast (n=13) | Outside Oregon (n=146) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $727 | $767 | $684 | $709 | $670 | $708 | $701 | $570 | $802 |
| Median | $500 | $565 | $500 | $585 | $500 | $502 | $500 | $400 | $573 |
| 95th Percentile | $1,800 | $1,750 | $1,659 | $2,000 | $1,840 | $2,450 | $1,515 | n/a | $2,000 |

| Not Listed Above | Oregon (n=15) | Downtown Portland (n=n/a) | Tri-County (n=6) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=n/a) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $906 | n/a | $1,055 | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $550 | n/a | $775 | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Don't Know | Oregon (n=24) | Downtown Portland (n=5) | Tri-County (n=5) | Upper Willamette Valley (n=n/a) | Lower Willamette Valley (n=n/a) | Southern Oregon (n=n/a) | Eastern Oregon (n=5) | Oregon Coast (n=n/a) | Outside Oregon (n=n/a) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $727 | $1,290 | $629 | n/a | n/a | n/a | $769 | n/a | n/a |
| Median | $475 | $1,100 | $350 | n/a | n/a | n/a | $500 | n/a | n/a |
| 95th Percentile | $2,625 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Prefer Not to Disclose | Oregon (n=69) | Downtown Portland (n=10) | Tri-County (n=15) | Upper Willamette Valley (n=13) | Lower Willamette Valley (n=3) | Southern Oregon (n=7) | Eastern Oregon (n=5) | Oregon Coast (n=5) | Outside Oregon (n=11) |
|---|---|---|---|---|---|---|---|---|---|
| Mean | $794 | $1,167 | $700 | $916 | n/a | $658 | $314 | $580 | $837 |
| Median | $667 | $650 | $700 | $990 | n/a | $371 | $300 | $550 | $775 |
| 95th Percentile | $2,000 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q21: Did you have student debt from your law school education as of 12/31/2021?
Q21b: Approximately how much per month do you currently pay toward your student debt from your law school education?
Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*

EXHIBIT 7
Page 82 of 117

# Career Satisfaction

Respondents were asked to rate their satisfaction with their legal employment on a scale from 1 (Very Dissatisfied) to 5 (Very Satisfied). Figure 2 presents the mean ratings for all respondents who provided an answer to the survey item. Overall, the ratings are high both statewide (mean=3.93) and across the regions (mean=3.74 to 4.00), but they do show a small decrease from 2017 (statewide mean=3.98, region means=3.87 to 4.15).

Figure 2: Legal Employment Satisfaction Mean Ratings



Q18: How satisfied are you with your legal employment?

### Gender

Figure 3 presents the mean employment satisfaction ratings for male and female lawyers, which shows that they are quite similar statewide and across most of the regions. The respondents who selected Prefer Not to Disclose were also included (aside from the Oregon Coast, where the n was too small to report), but given that these findings do not represent a specific identity, the results should be interpreted with caution.

Figure 3: Legal Employment Satisfaction Mean Ratings by Gender

Q18: How satisfied are you with your legal employment?
Q22: How do you identify your gender?

---

EXHIBIT 7
Page 83 of 117

### Total Years Admitted to Practice

Table 73 presents the mean legal employment ratings by total years admitted to practice. In general, the highest ratings were from lawyers admitted to practice either 13-15 years or over 30 years. Variations occurred across the regions.

**Table 73: Legal Employment Satisfaction Mean Ratings by Total Years Admitted to Practice**

|  | Oregon (n=2,806) | Downtown Portland (n=882) | Tri-County (n=912) | Upper Willamette Valley (n=367) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=216) | Oregon Coast (n=66) |
|---|---|---|---|---|---|---|---|---|
| 0-3 years | 3.86 | 3.81 | 3.76 | 3.86 | 3.88 | 3.77 | **4.35** | n/a |
| 4-6 years | 3.74 | 3.65 | 3.63 | 4.05 | 3.82 | 3.71 | 4.07 | n/a |
| 7-9 years | 3.91 | 3.85 | 3.99 | 4.05 | 3.81 | 3.43 | 3.83 | 3.60 |
| 10-12 years | 3.98 | 4.06 | 3.97 | 3.95 | 4.15 | 4.00 | 3.65 | 3.71 |
| 13-15 years | 3.97 | 3.96 | 3.82 | **4.10** | 4.05 | **4.40** | 4.11 | **4.11** |
| 16-20 years | 3.88 | 3.96 | 3.92 | 3.96 | 3.58 | 4.06 | 3.52 | 3.57 |
| 21-30 years | 3.85 | 3.91 | 3.79 | 3.97 | 3.80 | 3.78 | 3.78 | 3.80 |
| Over 30 years | **4.17** | **4.33** | **4.20** | 4.07 | **4.22** | 3.91 | 4.00 | 3.71 |

Q18: How satisfied are you with your legal employment?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*

### Type of Employment

Table 74 presents legal employment satisfaction across the types of employment. The highest mean rating statewide was for Judge/Hearings Officers (mean=4.34), with variations across the regions.

**Table 74: Legal Employment Satisfaction Mean Ratings by Type of Employment as of 12/31/21**

|  | Oregon (n=2,800) | Downtown Portland (n=879) | Tri-County (n=910) | Upper Willamette Valley (n=366) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=216) | Oregon Coast (n=66) |
|---|---|---|---|---|---|---|---|---|
| Private | 3.88 | 3.95 | 3.82 | 3.93 | 3.87 | 3.95 | 3.78 | 3.80 |
| Private Nonprofit | 4.04 | 3.94 | 4.06 | 3.75 | **4.20** | **4.00** | **4.39** | n/a |
| Government | 4.01 | 4.07 | 4.07 | 4.02 | 4.00 | 3.69 | 3.93 | 3.42 |
| In-house Counsel | 4.09 | 3.87 | 4.15 | **4.69** | 4.07 | 3.57 | 4.08 | n/a |
| Judge/Hearings Officer | **4.34** | **4.50** | **4.71** | 4.50 | n/a | n/a | n/a | n/a |
| Other | 3.80 | 3.83 | 3.60 | 4.00 | n/a | 4.00 | 3.86 | n/a |

Q18: How satisfied are you with your legal employment?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?

EXHIBIT 7
Page 84 of 117

**Area of Practice**

Table 75 presents mean legal employment satisfaction ratings by area of practice. Statewide, the highest mean satisfaction was for Landlord/Tenant lawyers (mean=4.13). Variations across regions occurred.

**Table 75: Legal Employment Satisfaction Mean Ratings by Area of Practice as of 12/31/21**

| Practice Area | Oregon (n=2,815) | Downtown Portland (n=884) | Tri-County (n=915) | Upper Willamette Valley (n=369) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=217) | Oregon Coast (n=67) |
|---|---|---|---|---|---|---|---|---|
| Administrative Law | 4.11 | 3.96 | 4.23 | 4.22 | 3.88 | n/a | **4.17** | n/a |
| Bankruptcy | 3.90 | **4.22** | 3.50 | n/a | n/a | n/a | n/a | n/a |
| Business/Corporate – Litigation | 3.87 | 3.95 | 3.68 | 3.90 | 4.00 | 3.40 | 3.50 | n/a |
| Business/Corporate – Transactional | 4.00 | 3.97 | 4.06 | 4.17 | 3.85 | 3.73 | 4.10 | 3.40 |
| Civil Litigation – Defendant (excludes insurance defense) | 3.87 | 3.94 | 3.58 | 3.91 | 4.00 | 3.75 | 4.00 | **4.40** |
| Civil Litigation – Insurance Defense | 3.76 | 3.66 | 3.79 | 4.14 | n/a | n/a | n/a | n/a |
| Civil Litigation – Plaintiff (excludes personal injury) | 3.92 | 4.07 | 3.77 | 3.78 | 3.96 | 3.87 | 4.00 | n/a |
| Civil Litigation – Plaintiff, Personal Injury | 3.88 | 3.92 | 3.92 | 3.94 | 3.63 | **4.43** | 3.50 | 3.29 |
| Criminal Law, Prosecution | 3.85 | 3.80 | 3.60 | 4.05 | 4.42 | n/a | 3.89 | 3.45 |
| Criminal Law, Defense – 95% or more court-appointed clients | 3.72 | 3.48 | 3.81 | 3.58 | 3.56 | 3.89 | 3.87 | 4.00 |
| Criminal Law, Defense – 50%-94% court-appointed clients | 3.76 | 3.86 | 3.75 | 4.33 | n/a | 3.00 | n/a | n/a |
| Criminal Law, Defense – Less than 50% court-appointed clients | 4.05 | 4.13 | 3.76 | n/a | 4.44 | n/a | n/a | n/a |
| Family Law | 3.77 | 3.78 | 3.79 | 3.94 | 3.76 | 3.80 | 3.71 | 3.13 |
| Real Estate/Land Use/ Environmental Law | 3.94 | 4.07 | 3.89 | 4.00 | **3.91** | 4.11 | 3.68 | 3.71 |
| Tax/Estate Planning | 3.87 | 3.85 | 3.81 | 3.98 | 3.98 | 4.10 | 3.79 | 3.69 |
| Workers' Compensation | 4.00 | 4.06 | 3.71 | **4.36** | n/a | n/a | n/a | n/a |
| General (no area over 50%) | 3.94 | 4.06 | 4.13 | 3.77 | 3.57 | 4.00 | 3.84 | 3.67 |
| Other | 4.02 | 4.10 | 3.97 | 4.16 | 3.97 | 3.82 | 3.93 | 3.75 |
| Employment | 4.09 | 4.00 | **4.32** | 3.80 | n/a | n/a | n/a | n/a |
| Juvenile | 3.77 | n/a | 4.00 | 3.64 | 3.71 | 3.60 | n/a | n/a |
| Landlord/Tenant | **4.13** | 3.33 | n/a | n/a | 4.50 | n/a | n/a | n/a |

Q18: How satisfied are you with your legal employment?
Q6: Which area(s) of practice represented 50% or more of your practice as of 12/31/2021? *[select all that apply]*

EXHIBIT 7
Page 85 of 117

### Level of Employment

Table 76 presents mean ratings of legal employment satisfaction by current level of employment. Full-time lawyers had slightly higher satisfaction statewide and in four of the seven regions, which is similar to 2017.

| **Table 76: Legal Employment Satisfaction Mean Ratings by Current Level of Employment** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Employment Level** | Oregon (n=2,806) | Downtown Portland (n=819) | Tri-County (n=777) | Upper Willamette Valley (n=340) | Lower Willamette Valley (n=213) | Southern Oregon (n=103) | Eastern Oregon (n=187) | Oregon Coast (n=49) |
| Full-time Lawyer | **3.95** | 3.96 | **3.93** | 4.04 | 3.92 | 3.91 | 3.96 | 3.80 |
| Part-time Lawyer by Choice | 3.88 | **4.05** | 3.92 | 3.56 | 4.18 | 4.00 | 3.29 | 3.79 |
| Part-time Lawyer Due to Lack of Legal Work | 2.62 | 3.60 | 2.27 | n/a | n/a | n/a | n/a | n/a |

Q18: How satisfied are you with your legal employment?
Q4: What best describes your current level of employment?

### Non-Legal Career Satisfaction

Respondents who reported not currently working as a lawyer were asked to rate how satisfied they are with their non-legal employment. Figure 4 shows that their satisfaction was quite high. Unfortunately, there were not enough lawyers in Eastern Oregon to present the mean ratings for that region.

Figure 4: Non-Legal Employment Satisfaction Mean Ratings (n=275)



Q3b: How satisfied are you with your non-legal employment?

EXHIBIT 7
Page 86 of 117

## Level of Non-Legal Employment

Those respondents who were not currently working as a lawyer in Oregon were further differentiated as either Not Wanting Legal Work or Wanting Legal Work. The mean non-legal employment ratings for those lawyers are presented in Table 77 both statewide and for the regions with large enough sample sizes.

### Table 77: Non-Legal Employment Satisfaction Mean Ratings by Current Level of Non-Legal Employment

| Non-Legal Employment | Oregon (n=274) | Downtown Portland (n=31) | Tri-County (n=91) | Upper Willamette Valley (n=35) | Lower Willamette Valley (n=17) | Southern Oregon (n=5) | Eastern Oregon (n=n/a) | Oregon Coast (n=6) | Outside Oregon (n=44) |
|---|---|---|---|---|---|---|---|---|---|
| Working, but Not in Legal Work and *Not Wanting* Legal Work | 4.28 | 4.35 | 4.33 | 4.31 | 4.18 | 4.00 | n/a | 4.83 | 4.18 |
| Working, but Not in Legal Work and *Wanting* Legal Work | 3.34 | 3.40 | 3.78 | 2.40 | n/a | n/a | n/a | n/a | 3.00 |

Q3b: How satisfied are you with your non-legal employment?
Q3a: Please select the response that best describes your current employment status. *[Other Q4a responses]*

## Gender

Mean non-legal employment satisfaction for male and female lawyers are depicted in Figure 5. Aside from the regions where sample sizes were too small to report, the findings show high satisfaction ratings. Findings from respondents who are nonbinary (n=3) or preferred not to disclose their gender (n=7) were also not included due to small sample sizes.

Figure 5: Non-Legal Employment Satisfaction Mean Ratings by Gender



Q3b: How satisfied are you with your non-legal employment?
Q22: How do you identify your gender?

EXHIBIT 7
Page 87 of 117

**Total Years Admitted to Practice**

Table 78 presents mean non-legal employment satisfaction ratings across the total years admitted to practice. Lawyers admitted to practice 10-12 years had the highest satisfaction rating statewide, but regional comparisons are not possible due to many sample sizes being too small to report.

| Table 78: Non-Legal Employment Satisfaction Mean Ratings by Total Years Admitted to Practice | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oregon (n=275) | Downtown Portland (n=36) | Tri-County (n=109) | Upper Willamette Valley (n=40) | Lower Willamette Valley (n=20) | Southern Oregon (n=5) | Eastern Oregon (n=5) | Oregon Coast (n=7) | Outside Oregon (n=56) |
| 0-3 years | 3.63 | n/a | 3.91 | n/a | n/a | n/a | n/a | n/a | n/a |
| 4-6 years | 4.13 | n/a | 4.33 | n/a | n/a | n/a | n/a | n/a | n/a |
| 7-9 years | 4.18 | n/a | 4.00 | n/a | n/a | n/a | n/a | n/a | n/a |
| 10-12 years | **4.42** | 4.17 | 4.50 | n/a | n/a | n/a | n/a | n/a | 3.80 |
| 13-15 years | 3.93 | 4.20 | 4.09 | 3.50 | n/a | n/a | n/a | n/a | n/a |
| 16-20 years | 3.92 | 4.88 | 3.81 | 4.00 | 4.00 | n/a | n/a | n/a | 3.45 |
| 21-30 years | 4.37 | n/a | **4.57** | 4.46 | n/a | n/a | n/a | n/a | 4.14 |
| Over 30 years | 4.13 | 3.20 | 4.29 | 4.40 | 4.00 | n/a | n/a | n/a | 4.33 |

Q3b: How satisfied are you with your non-legal employment?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*

EXHIBIT 7
Page 88 of 117

# Future Plans

Respondents were asked to identify their plans for the next five years. Table 79 presents the distribution of those responses both statewide and across the regions. This item included an Other option for respondents to select and then fill in a written response. Those responses were reviewed and either recoded into existing categories or left in Other. This item allowed respondents to select all that apply, so the percentages can add up to more than 100% in each column. Both statewide and across all seven regions, the most common response was None of the Above. Looking at the other options, the most common response was Planning or Contemplating Retirement statewide (21.2%) and across all seven regions (19.3% to 35.8%).

## Table 79: Future Plans in Next Five Years (n=2,815)

| Future Plans | Oregon (n=2,815) | Downtown Portland (n=884) | Tri-County (n=915) | Upper Willamette Valley (n=369) | Lower Willamette Valley (n=244) | Southern Oregon (n=119) | Eastern Oregon (n=216) | Oregon Coast (n=66) |
|---|---|---|---|---|---|---|---|---|
| Planning or Contemplating Retirement | **21.2%** | **19.3%** | **20.2%** | **20.9%** | **25.0%** | **25.2%** | **23.0%** | **35.8%** |
| Planning to Leave the Profession, but Not Retire | 6.3% | 7.2% | 6.4% | 4.9% | 5.7% | 5.9% | 6.0% | 4.5% |
| Planning to Reduce Your Practice | 11.6% | 12.3% | 11.5% | 7.6% | 11.9% | 15.1% | 13.4% | 13.4% |
| Planning to Increase Your Practice | 15.1% | 15.0% | 16.0% | 14.6% | 16.8% | 15.1% | 11.5% | 11.9% |
| Other | 7.7% | 6.2% | 8.0% | 7.6% | 8.6% | 9.2% | 11.1% | 9.0% |
| None of the Above | 46.6% | 49.2% | 45.0% | 51.2% | 40.6% | 40.3% | 48.4% | 37.3% |
| Missing | 1.3% | 1.4% | 2.0% | n/a | n/a | n/a | n/a | n/a |

Q20: During the next five years, are you: *[select all that apply]*

## Type of Employment

Table 80 presents the distribution of future plan responses across the types of employment. As noted above, this was a select all that apply item, so the percentages can add up to more than 100% in each column. Other than the None of the Above option, the most common response was Planning or Contemplating Retirement for five of the six types of employment (18.8% to 30.4%). The one exception was for Private Nonprofit lawyers who had the largest proportion select Other (13.2%).

## Table 80: Future Plans in Next Five Years by Type of Employment as of 12/31/21

| Future Plans | Private (n=1,840) | Private Nonprofit (n=212) | Government (n=444) | In-house Counsel (n=213) | Judge/ Hearings Officer (n=44) | Other (n=56) |
|---|---|---|---|---|---|---|
| Planning or Contemplating Retirement | **21.3%** | 10.8% | **25.7%** | **18.8%** | **25.0%** | **30.4%** |
| Planning to Leave the Profession, but Not Retire | 6.4% | 9.0% | 5.4% | 4.2% | n/a | 12.5% |
| Planning to Reduce Your Practice | 15.1% | 4.2% | 4.7% | 2.3% | n/a | 17.9% |
| Planning to Increase Your Practice | 20.8% | 7.5% | 2.0% | 3.8% | n/a | 10.7% |
| Other | 7.8% | **13.2%** | 5.6% | 4.7% | n/a | 14.3% |
| None of the Above | 39.7% | 57.1% | 61.5% | 67.6% | 56.8% | 30.4% |
| Missing | 1.2% | 1.9% | 1.6% | n/a | n/a | n/a |

Q20: During the next five years, are you: *[select all that apply]*
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?

EXHIBIT 7
Page 89 of 117

**Legal Employment Satisfaction**

Table 81 presents the proportion of each legal employment satisfaction rating across the different future plan responses. The percentages are presented based on the distribution of responses within each rating, so it is best to make comparisons looking down each column of the table, keeping in mind that respondents could select all that apply so the percentages can add up to more than 100%. Lawyers Planning to Leave the Profession, but Not Retire had the largest proportion of Very Dissatisfied (21.6%) and Dissatisfied (29.0%) responses.

## Table 81: Future Plans in Next Five Years by Legal Employment Satisfaction

| Future Plans | Very Dissatisfied (n=88) | Dissatisfied (n=210) | Neither Satisfied nor Dissatisfied (n=341) | Satisfied (n=1,327) | Very Satisfied (n=840) |
|---|---|---|---|---|---|
| Planning or Contemplating to Retire | 14.8% | 20.5% | **19.1%** | **19.9%** | **25.1%** |
| Planning to Leave the Profession, but Not Retire | **21.6%** | **29.0%** | 10.9% | 3.4% | 1.9% |
| Planning to Reduce Your Practice | 11.4% | 16.7% | 14.1% | 10.8% | 10.8% |
| Planning to Increase Your Practice | 5.7% | 10.5% | 16.7% | 16.1% | 15.0% |
| Other | 20.5% | 15.2% | 11.7% | 5.4% | 6.4% |
| None of the Above | 36.4% | 26.2% | 41.1% | 50.6% | 49.4% |
| Missing | n/a | n/a | n/a | 1.6% | 0.7% |

Q18: How satisfied are you with your legal employment?
Q20: During the next five years, are you: [select all that apply]

EXHIBIT 7
Page 90 of 117

# Lawyers of Color

This section includes the findings for a selection of survey items for lawyers of color. In 2017, these findings were submitted as an addendum to the member survey report; however, this year, they are being included as an additional section to create a full report. Also, four of the findings tables were omitted to prioritize findings that either have greater utility or sufficient sample sizes. To identify lawyers of color, the race or ethnicity item of the survey was used to identify anyone who did not select White or Caucasian, Prefer to Not Disclose, or Other. This resulted in a total of 637 respondent identified as lawyers of color, which is a significantly larger group than the 108 lawyers of color in 2017. For each of the analyses, the findings are presented for three or four geographic groupings: all lawyers of color in Oregon, those in the Portland area, those in other areas in Oregon, and those outside of Oregon (whenever possible).

## Age

Table 82 presents the age groupings for lawyers of color. No Missing counts or percentages are included because data for both race/ethnicity and age for all lawyers of color were available. The mean age for lawyers of color in Oregon was 48.5 years, in the Portland area was 46.2 years, and in the rest of Oregon was 49.0 years, all of which are higher than in 2017 (43.6, 41.8, and 44.5, respectively).

| Table 82: Lawyers of Color: Age | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oregon (n=637) | | Portland (n=135) | | Other Oregon (n=402) | | Outside Oregon (n=100) | |
| **Age** | Count | Percent | Count | Percent | Count | Percent | Count | Percent |
| Under 30 years | 20 | 3.1% | 5 | 3.7% | 13 | 3.2% | n/a | n/a |
| 30-39 years | 149 | 23.4% | 42 | **31.1%** | 84 | 20.9% | 23 | 23.0% |
| 40-49 years | 196 | **30.8%** | 38 | 28.1% | 129 | **32.1%** | 29 | **29.0%** |
| 50-59 years | 140 | 22.0% | 30 | 22.2% | 86 | 21.4% | 24 | 24.0% |
| 60 years or older | 132 | 20.7% | 20 | 14.8% | 90 | 22.4% | 22 | 22.0% |

Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*
Age was calculated by subtracting the respondent's birth year, which was uploaded with the sample, from 2022.

## Total Years Admitted to Practice

Table 83 presents the proportion of lawyers of color currently working as a lawyer both in and outside of Oregon across total years admitted to practice. The largest proportion of lawyers of color have been in practice for 21-30 years Statewide, in the Portland area, and in other parts of Oregon (21.8%, 22.9%, and 21.3%, respectively).

| Table 83: Lawyers of Color: Years Admitted to Practice in Oregon | | | | | | |
|---|---|---|---|---|---|---|
| | Oregon (n=473) | | Portland (n=131) | | Other Oregon (n=342) | |
| **Years in Practice** | Count | Percent | Count | Percent | Count | Percent |
| 0-3 Years | 59 | 12.5% | 19 | 14.5% | 40 | 11.7% |
| 4-6 Years | 63 | 13.3% | 20 | 15.3% | 43 | 12.6% |
| 7-9 Years | 49 | 10.4% | 18 | 13.7% | 31 | 9.1% |
| 10-12 Years | 46 | 9.7% | 12 | 9.2% | 34 | 9.9% |
| 13-15 Years | 35 | 7.4% | 9 | 6.9% | 26 | 7.6% |
| 16-20 Years | 61 | 12.9% | 12 | 9.2% | 49 | 14.3% |
| 21-30 Years | 103 | **21.8%** | 30 | **22.9%** | 73 | **21.3%** |
| Over 30 Years | 57 | 12.1% | 11 | 8.4% | 46 | 13.5% |

EXHIBIT 7
Page 91 of 117

## Table 83: Lawyers of Color: Years Admitted to Practice in Oregon

| Years in Practice | Oregon (n=473) | | Portland (n=131) | | Other Oregon (n=342) | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Mean Number of Years | 16.4 years | | 14.7 years | | 17.0 years | |
| Median Number of Years | 14.0 years | | 12.0 years | | 14.5 years | |

Q23: Which of the following describes your racial or ethnic identity? [select all that apply]
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database [converted to years]

### Level of Employment

Table 84 presents the proportion of respondents currently working as a lawyer in Oregon across level of employment. This analysis includes only those individuals who are currently working as a lawyer in Oregon since respondents who were not working as a lawyer in Oregon did not respond to the employment type survey item. Working full-time was by far the most common level of employment for lawyers of color across all three geographies.

## Table 84: Lawyers of Color: Current Level of Employment

| Employment Level | Oregon (n=473) | | Portland (n=131) | | Other Oregon (n=342) | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Full-time Lawyer | 418 | **88.4%** | 124 | **94.7%** | 294 | **86.0%** |
| Part-time Lawyer due to Lack of Legal Work | 7 | 1.5% | n/a | n/a | 7 | 2.0% |
| Part-time Lawyer by Choice | 46 | 9.7% | 7 | 5.3% | 39 | 11.4% |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a |

Q23: Which of the following describes your racial or ethnic identity? [select all that apply]
Q3: Are you currently working as a lawyer in Oregon?
Q4: What best describes your current level of employment?

### Type of Employment

Respondents working as lawyers in Oregon were asked to describe their type of employment as of December 31, 2021. Table 85 shows the distribution of responses. The largest proportion of lawyers of color was in private practice across all three geographies. The next most common type of employment was Government (18.6% statewide, 19.1% in Portland, 18.4% Other Oregon).

## Table 85: Lawyers of Color: Type of Employment as of 12/31/21

| Employment Type | Oregon (n=473) | | Portland (n=131) | | Other Oregon (n=342) | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Private Practice | 295 | **62.4%** | 83 | **63.4%** | 212 | **62.0%** |
| Private Non-profit | 38 | 8.0% | 12 | 9.2% | 26 | 7.6% |
| Government | 88 | 18.6% | 25 | 19.1% | 63 | 18.4% |
| In-house Counsel | 37 | 7.8% | 8 | 6.1% | 29 | 8.5% |
| Judge/Hearings Officer | 6 | 1.3% | n/a | n/a | 5 | 1.5% |
| Other | 7 | 1.5% | n/a | n/a | 6 | 1.8% |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a |

Q23: Which of the following describes your racial or ethnic identity? [select all that apply]
Q3: Are you currently working as a lawyer in Oregon?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?

EXHIBIT 7
Page 92 of 117

**Area of Practice**

Table 86 presents the areas of practice that represented 50% or more of their practice as of December 31, 2021. The item allowed respondents to select all of the areas that applied to them, so the percentages in the columns can add up to more than 100%. The practice areas for lawyers of color were fairly well distributed. Excluding the Other category, the most common practice area statewide was Business/Corporate – Transactional.

| Table 86: Lawyers of Color: Area of Practice Representing 50% or More of Practice as of 12/31/21 | | | | | | |
|---|---|---|---|---|---|---|
| | Oregon (n=473) | | Portland (n=131) | | Other Oregon (n=342) | |
| **Practice Area** | Count | Percent | Count | Percent | Count | Percent |
| Administrative Law | 19 | 4.0% | n/a | n/a | 15 | 4.4% |
| Bankruptcy | 5 | 1.1% | n/a | n/a | n/a | n/a |
| Business/ Corporate – Litigation | 33 | 7.0% | 14 | 10.7% | 19 | 5.6% |
| Business/ Corporate – Transactional | 67 | **14.2%** | 18 | **13.7%** | 49 | **14.3%** |
| Civil Litigation – Defendant (excludes Insurance Defense) | 46 | 9.7% | 18 | **13.7%** | 28 | 8.2% |
| Civil Litigation –Insurance Defense | 21 | 4.4% | 9 | 6.9% | 12 | 3.5% |
| Civil Litigation – Plaintiff (excludes Personal Injury) | 54 | 11.4% | 18 | **13.7%** | 36 | 10.5% |
| Civil Litigation – Plaintiff, Personal Injury | 37 | 7.8% | 7 | 5.3% | 30 | 8.8% |
| Criminal Law, Prosecution | 24 | 5.1% | 5 | 3.8% | 19 | 5.6% |
| Criminal Law, Defense – 95% or more court-appointed clients | 22 | 4.7% | n/a | n/a | 18 | 5.3% |
| Criminal Law, Defense – 50% - 94% court-appointed clients | n/a | n/a | n/a | n/a | n/a | n/a |
| Criminal Law, Defense – Less than 50% court-appointed clients | 12 | 2.5% | n/a | n/a | 12 | 3.5% |
| Family Law | 56 | 11.8% | 16 | 12.2% | 40 | 11.7% |
| Real Estate/ Land Use/ Environmental Law | 45 | 9.5% | 10 | 7.6% | 35 | 10.2% |
| Tax/Estate Planning | 45 | 9.5% | 5 | 3.8% | 40 | 11.7% |
| Workers' Compensation | 16 | 3.4% | 5 | 3.8% | 11 | 3.2% |
| General (no area over 50%) | 43 | 9.1% | 5 | 3.8% | 38 | 11.1% |
| Other | 74 | 15.6% | 21 | 16.0% | 53 | 15.5% |
| Employment | 11 | 2.3% | 5 | 3.8% | 6 | 1.8% |
| Juvenile | 5 | 1.1% | n/a | n/a | n/a | n/a |
| Landlord/Tenant | 7 | 1.5% | n/a | n/a | n/a | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a |

Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*
Q3: Are you currently working as a lawyer in Oregon?
Q5: Which area(s) of practice represented 50% or more of your practice as of 12/31/2021? *[select all that apply]*

EXHIBIT 7
Page 93 of 117

## Size of Practice

Table 87 presents the distribution of the size of practice for lawyers of color working in Oregon as of December 31, 2021. The most common practice sizes were 1 Lawyer Offices statewide (27.3%) and outside Portland, while in Portland the most common practice size was 21-60 Lawyer Offices.

### Table 87: Lawyers of Color: Size of Practice as of 12/31/21

|  | Oregon (n=473) | | Portland (n=131) | | Other Oregon (n=342) | |
|---|---|---|---|---|---|---|
| **Employment Type** | Count | Percent | Count | Percent | Count | Percent |
| 1 Lawyer Office | 129 | **27.3%** | 10 | 7.6% | 119 | **34.8%** |
| 2 Lawyer Office | 48 | 10.1% | 8 | 6.1% | 40 | 11.7% |
| 3-6 Lawyer Office | 94 | 19.9% | 19 | 14.5% | 75 | 21.9% |
| 7-20 Lawyer Office | 99 | 20.9% | 31 | 23.7% | 68 | 19.9% |
| 21-60 Lawyer Office | 60 | 12.7% | 34 | **26.0%** | 26 | 7.6% |
| Over 60 Lawyer Office | 42 | 8.9% | 29 | 22.1% | 13 | 3.8% |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a |

Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*
Q3: Are you currently working as a lawyer in Oregon?
Q7: To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2021?

## Method of Payment

Table 88 shows the distribution of methods of payment for lawyers of color who worked as a lawyer in Oregon. Slightly over half of the respondents reported being paid as an employee statewide (55.0%), in Portland (52.5%), and in other parts of Oregon (53.2%).

### Table 88: Lawyers of Color: Method of Payment as of 12/31/21

|  | Oregon (n=473) | | Portland (n=131) | | Other Oregon (n=342) | |
|---|---|---|---|---|---|---|
| **Method of Payment** | Count | Percent | Count | Percent | Count | Percent |
| Owner *(Partner, Shareholder, Sole Practitioner)* | 201 | 42.5% | 50 | 38.2% | 151 | 44.2% |
| Employee *(salaried or hourly)* | 260 | **55.0%** | 78 | **59.5%** | 182 | **53.2%** |
| Contract *(paid by hour or assignment)* | 11 | 2.3% | n/a | n/a | 9 | 2.6% |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a |

Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*
Q3: Are you currently working as a lawyer in Oregon?
Q13: What was your method of payment as of 12/31/2021?

EXHIBIT 7
Page 94 of 117

## Compensation

Table 89 presents the compensation amounts for all lawyers of color working in Oregon. Respondents were asked to provide their net annual income for the year ending December 31, 2021. It is important to keep in mind that the compensation data includes both full- and part-time lawyers. Also, sample sizes included in the tables represent the number of respondents who provided a valid response that could be used to calculate the statistics. The mean and median figures across all three geographies increased since 2017.

### Table 89: Lawyers of Color: 2021 Annual Compensation

| 2021 Compensation | Oregon (n=414) | Portland (n=121) | Other Oregon (n=293) |
|---|---|---|---|
| Mean Compensation | $157,489 | $171,602 | $151,660 |
| Median Compensation | $125,000 | $150,000 | $120,000 |
| 95th Percentile | $400,000 | $400,000 | $383,200 |

Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*
Q3: Are you currently working as a lawyer in Oregon?
Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response.

## Full-time and Part-time Lawyers

Table 90 presents the compensation amounts broken down by full-time and part-time lawyers of color.

### Table 90: Lawyers of Color: 2021 Annual Compensation by Current Level of Employment

| Full-time Lawyers | Oregon (n=374) | Portland (n=115) | Other Oregon (n=259) |
|---|---|---|---|
| Mean Compensation | $166,722 | $175,700 | $162,735 |
| Median Compensation | $130,000 | $150,500 | $125,000 |
| 95th Percentile | $400,000 | $400,550 | $400,000 |
| **Part-time Lawyers** | **Oregon (n=39)** | **Portland (n=6)** | **Other Oregon (n=33)** |
| Mean Compensation | $72,311 | $93,055 | $68,539 |
| Median Compensation | $40,000 | $54,690 | $40,000 |
| 95th Percentile | $350,000 | n/a | $252,000 |

Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*
Q3: Are you currently working as a lawyer in Oregon?
Q4: What best describes your current level of employment?
Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response.

## Total Years Admitted to Practice

Table 91 presents compensation amounts for lawyers of color by total years admitted to practice in Oregon. Across all geographies, compensation generally increased over time except for the over 30 years range.

### Table 91: Lawyers of Color: 2021 Annual Compensation by Total Years Admitted to Practice

| 0-3 Years | Oregon (n=52) | Portland (n=18) | Other Oregon (n=34) |
|---|---|---|---|
| Mean Compensation | $92,035 | $94,844 | $90,547 |
| Median Compensation | $75,000 | $85,699 | $75,000 |
| **4-6 Years** | **Oregon (n=56)** | **Portland (n=18)** | **Other Oregon (n=38)** |
| Mean Compensation | $108,172 | $122,840 | $101,224 |
| Median Compensation | $99,000 | $117,500 | $95,500 |

EXHIBIT 7
Page 95 of 117

## Table 91: Lawyers of Color: 2021 Annual Compensation by Total Years Admitted to Practice

| 7-9 Years | Oregon (n=43) | Portland (n=17) | Other Oregon (n=26) |
|---|---|---|---|
| Mean Compensation | $146,543 | $145,854 | $146,995 |
| Median Compensation | $120,000 | $129,000 | $112,500 |
| **10-12 Years** | **Oregon (n=43)** | **Portland (n=11)** | **Other Oregon (n=32)** |
| Mean Compensation | $147,638 | $157,489 | $144,252 |
| Median Compensation | $124,438 | $125,000 | $122,719 |
| **13-15 Years** | **Oregon (n=30)** | **Portland (n=8)** | **Other Oregon (n=22)** |
| Mean Compensation | $163,647 | $199,680 | $150,545 |
| Median Compensation | $142,500 | $186,222 | $128,500 |
| **16-20 Years** | **Oregon (n=53)** | **Portland (n=11)** | **Other Oregon (n=42)** |
| Mean Compensation | $198,530 | $268,177 | $180,289 |
| Median Compensation | $151,000 | $260,000 | $131,000 |
| **21-30 Years** | **Oregon (n=90)** | **Portland (n=28)** | **Other Oregon (n=62)** |
| Mean Compensation | $212,850 | $230,186 | $205,021 |
| Median Compensation | $182,500 | $191,000 | $163,000 |
| **Over 30 Years** | **Oregon (n=47)** | **Portland (n=10)** | **Other Oregon (n=37)** |
| Mean Compensation | $151,469 | $164,106 | $148,054 |
| Median Compensation | $120,000 | $157,032 | $120,000 |

Q23: Which of the following describes your racial or ethnic identity? [select all that apply]
Q3: Are you currently working as a lawyer in Oregon?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database [converted to years]
Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response.

### Hours Billed

Table 92 presents the mean, median and 95th percentile statistics for the number of hours billed per month in 2021 for private practice lawyers of color. The mean hours statewide were 97.9 hours, with the mean hours much higher for Portland (120.6 hours) than for the rest of Oregon (86.8 hours). The distribution is quite similar to 2017.

## Table 92: Lawyers of Color: 2021 Hours Billed per Month – Private Practice Only

| Hours Billed per Month | Oregon (n=213) | Portland (n=70) | Other Oregon (n=143) |
|---|---|---|---|
| Mean Hours | 97.9 | 120.6 | 86.8 |
| Median Hours | 100.0 | 130.0 | 80.0 |
| 95th Percentile | 186.5 | 200.0 | 164.0 |

Q23: Which of the following describes your racial or ethnic identity? [select all that apply]
Q3: Are you currently working as a lawyer in Oregon?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021? [private practice only]
Q15: What was the average number of hours that you billed per month in 2021

EXHIBIT 7
Page 96 of 117

**Billing Rate**

Table 93 presents the 2021 hourly billing rate for private practice lawyers of color only. For lawyers of color, all of the hourly rate statistics were higher in Portland than in the rest of Oregon and statewide. Of note, the high hourly rates all increased significantly from 2017. The increases were $415 statewide and in Portland, and $250 in the rest of Oregon.

| Table 93: Lawyers of Color: 2021 Hourly Billing Rate – Private Practice Only | | | |
|---|---|---|---|
| **Hourly Billing Rate** | **Oregon (n=256)** | **Portland (n=77)** | **Other Oregon (n=179)** |
| Mean Hourly Rate | $329 | $393 | $302 |
| Median Hourly Rate | $313 | $385 | $300 |
| Low Hourly Rate | $75 | $170 | $75 |
| 95th Percentile | $535 | $627 | $450 |
| High Hourly Rate | $875 | $875 | $600 |

Q23: Which of the following describes your racial or ethnic identity? [select all that apply]
Q3: Are you currently working as a lawyer in Oregon?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021? [private practice only]
Q14: When you charged on an hourly basis, what was your usual billing rate per hour in 2021?

**Hours Worked**

Table 94 provides the distribution of the number of hours worked per month in 2021 for both full-time and part-time by choice lawyers of color. Any respondents who reported more hours than exist in a calendar month were excluded to calculate the mean and median hours. The hours worked were quite similar across the geographic regions within both full- and part-time lawyers of color.

| Table 94: Lawyers of Color: 2021 Hours Worked per Month by Current Level of Employment | | | |
|---|---|---|---|
| **Full-time Lawyers** | **Oregon (n=395)** | **Portland (n=119)** | **Other Oregon (n=276)** |
| Mean Hours | 163.1 | 163.0 | 163.2 |
| Median Hours | 170.0 | 170.0 | 170.0 |
| **Part-time Lawyers by Choice** | **Oregon (n=41)** | **Portland (n=7)** | **Other Oregon (n=34)** |
| Mean Hours | 76.2 | 70.4 | 77.4 |
| Median Hours | 60.0 | 80.0 | 49.0 |

Q23: Which of the following describes your racial or ethnic identity? [select all that apply]
Q3: Are you currently working as a lawyer in Oregon?
Q4: What best describes your current level of employment?
Q10: What was the average number of hours per month that you worked in 2021? Include all hours in the office or on the job, whether billed or not.

**Career Satisfaction**

Respondents rated their satisfaction with their legal employment on a scale from 1 (Very Dissatisfied) to 5 (Very Satisfied). Figure 6 presents the mean ratings for all lawyers of color working in Oregon who provided an answer to the survey item. Overall, the ratings were above the midpoint of the scale (i.e., 3.0) and extremely similar to the ratings in 2017. These means for lawyers of color were slightly below those found for all lawyers (see Figure 2 of this report), which were 3.93 statewide and 3.96 in Portland. The means in the other regions ranged from 3.74 to 4.00.

EXHIBIT 7
Page 97 of 117

Figure 6: Lawyers of Color: Legal Employment Satisfaction Mean Ratings



Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*
Q3: Are you currently working as a lawyer in Oregon?
Q18: How satisfied are you with your legal employment?

## Future Plans

Table 95 presents the distribution of lawyers of colors' plans during the next five years. This item allowed respondents to select all that apply, so the percentages can add up to more than 100% in each column. Statewide, as well as in Portland and Other Oregon, the most common response was None of the Above (41.6%, 48.1%, and 59.1%, respectively). Looking at the other options, the most common response was Planning or Contemplating Retirement statewide (19.7%) and in Portland (19.8%), but was Planning to Increase Your Practice for Other Oregon (21.6%).

### Table 95: Lawyers of Color: Future Plans in Next Five Years

| Method of Payment | Oregon (n=466) | | Portland (n=130) | | Other Oregon (n=336) | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Planning or Contemplating Retirement | 93 | 19.7% | 26 | 19.8% | 67 | 19.6% |
| Planning to Leave the Profession, but Not Retire | 53 | 11.2% | 19 | 14.5% | 34 | 9.9% |
| Planning to Reduce Your Practice | 52 | 11.0% | 14 | 10.7% | 38 | 11.1% |
| Planning to Increase Your Practice | 92 | 19.5% | 18 | 13.7% | 74 | 21.6% |
| Other | 35 | 7.4% | 11 | 8.4% | 24 | 7.0% |
| None of the Above | 197 | **41.6%** | 63 | **48.1%** | 134 | **39.2%** |
| Missing | 7 | 1.5% | 1 | 0.8% | 6 | 1.8% |

Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*
Q3: Are you currently working as a lawyer in Oregon?
Q20: During the next five years, are you: *[select all that apply]*

EXHIBIT 7
Page 98 of 117

# Women Lawyers

This section includes the findings for a selection of survey items for women lawyers. In 2017, these findings were submitted as an addendum to the member survey report; however, this year, they are being included as an additional section to create a full report. Also, OSB staff decided to omit the analyses for women with children this year. There was a total of 1,579 women lawyers who completed the survey, which is a significantly larger group than the 618 women lawyers in 2017. As with the lawyers of color, for each of the analyses, the findings are presented for three or four geographic groupings: all lawyers of color in Oregon, those in the Portland Area, those in other Areas in Oregon, and those outside of Oregon (whenever possible).

## Age

Table 96 presents the age groupings for women lawyers. The mean age for women lawyers in Oregon was 46.8 years, 44.4 years in the Portland area, and 47.9 years in the rest of Oregon, all of which are slightly higher than in 2017 (44.4, 41.7, and 45.6, respectively).

| Table 96: Women Lawyers: Age | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oregon (n=1,579) | | Portland (n=395) | | Other Oregon (n=965) | | Outside Oregon (n=219) | |
| Age | Count | Percent | Count | Percent | Count | Percent | Count | Percent |
| Under 30 years | 63 | 4.0% | 18 | 4.6% | 37 | 3.8% | 8 | 3.7% |
| 30-39 years | 419 | 26.5% | 128 | 32.4% | 228 | 23.6% | 63 | 28.8% |
| 40-49 years | 477 | 30.2% | 130 | 32.9% | 282 | 29.2% | 65 | 29.7% |
| 50-59 years | 376 | 23.8% | 76 | 19.2% | 240 | 24.9% | 60 | 27.4% |
| 60 years or older | 244 | 15.5% | 43 | 10.9% | 178 | 18.4% | 23 | 10.5% |

Q22: How do you identify your gender?
Age was calculated by subtracting the respondent's birth year, which was uploaded with the sample, from 2022.

## Years Admitted to Practice in Oregon

Table 97 presents the proportion of women lawyers currently working as a lawyer in Oregon across total years admitted to practice. The largest proportion of women lawyers have been in practice for 21-30 years statewide, in the Portland area, and in other parts of Oregon (19.3%, 17.9%, and 20.0%, respectively).

| Table 97: Women Lawyers: Years Admitted to Practice in Oregon | | | | | | |
|---|---|---|---|---|---|---|
| | Oregon (n=1,170) | | Portland (n=369) | | Other Oregon (n=801) | |
| Years in Practice | Count | Percent | Count | Percent | Count | Percent |
| 0-3 Years | 141 | 12.1% | 51 | 13.8% | 90 | 11.2% |
| 4-6 Years | 137 | 11.7% | 53 | 14.4% | 84 | 10.5% |
| 7-9 Years | 132 | 11.3% | 45 | 12.2% | 87 | 10.9% |
| 10-12 Years | 122 | 10.4% | 43 | 11.7% | 79 | 9.9% |
| 13-15 Years | 114 | 9.7% | 38 | 10.3% | 76 | 9.5% |
| 16-20 Years | 176 | 15.0% | 43 | 11.7% | 133 | 16.6% |
| 21-30 Years | 226 | **19.3%** | 66 | **17.9%** | 160 | **20.0%** |
| Over 30 Years | 122 | 10.4% | 30 | 8.1% | 92 | 11.5% |
| Mean Number of Years | 15.5 years | | 14.1 years | | 16.1 years | |
| Median Number of Years | 14.0 years | | 12.0 years | | 15.0 years | |

Q22: How do you identify your gender?
Year admitted to the Oregon State Bar was uploaded with the sample from OSB's database, then converted into number of years.

EXHIBIT 7
Page 99 of 117

## Total Years Admitted to Practice

Table 98 presents the proportion of women lawyers currently working as a lawyer both in and outside of Oregon across total years admitted to practice. The largest proportion of women lawyers have been in practice for 21-30 years statewide, in the Portland area, and in other parts of Oregon (18.6%, 17.7%, and 19.7%, respectively). The largest proportion of women lawyers working outside of Oregon have been in practice 0-3 years.

### Table 98: Women Lawyers: Total Years Admitted to Practice

| Total Years in Practice | Oregon (n=1,579) | | Portland (n=395) | | Other Oregon (n=965) | | Outside Oregon (n=219) | |
|---|---|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent | Count | Percent |
| 0-3 Years | 208 | 13.2% | 53 | 13.4% | 109 | 11.3% | 46 | **21.0%** |
| 4-6 Years | 191 | 12.1% | 54 | 13.7% | 100 | 10.4% | 37 | 16.9% |
| 7-9 Years | 163 | 10.3% | 47 | 11.9% | 95 | 9.8% | 21 | 9.6% |
| 10-12 Years | 164 | 10.4% | 47 | 11.9% | 95 | 9.8% | 22 | 10.0% |
| 13-15 Years | 152 | 9.6% | 43 | 10.9% | 87 | 9.0% | 22 | 10.0% |
| 16-20 Years | 231 | 14.6% | 49 | 12.4% | 155 | 16.1% | 27 | 12.3% |
| 21-30 Years | 293 | **18.6%** | 70 | **17.7%** | 190 | **19.7%** | 33 | 15.1% |
| Over 30 Years | 177 | 11.2% | 32 | 8.1% | 134 | 13.9% | 11 | 5.0% |
| Mean Number of Years | 15.5 years | | 14.3 years | | 16.7 years | | 12.3 years | |
| Median Number of Years | 14.0 years | | 12.0 years | | 15.0 years | | 10.0 years | |

Q22: How do you identify your gender?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*

## Level of Employment

Table 99 presents the proportion of women lawyers currently working as a lawyer in Oregon across level of employment. This analysis includes only those individuals who are currently working as a lawyer in Oregon since respondents who were not working as a lawyer in Oregon did not respond to the employment type survey item. Working full-time was by far the most common level of employment for women lawyers across all three geographies.

### Table 99: Women Lawyers: Current Level of Employment

| Employment Level | Oregon (n=1,170) | | Portland (n=369) | | Other Oregon (n=801) | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Full-time Lawyer | 1,032 | **88.2%** | 346 | **93.8%** | 686 | **85.6%** |
| Part-time Lawyer due to Lack of Legal Work | 9 | 0.8% | n/a | n/a | 8 | 1.0% |
| Part-time Lawyer by Choice | 128 | 10.9% | 22 | 6.0% | 106 | 13.2% |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a |

Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q4: What best describes your current level of employment?

## Type of Employment

Respondents working as lawyers in Oregon were asked to describe their type of employment as of December 31, 2021. Table 100 shows the distribution of responses for women lawyers. The largest proportion of women lawyers was in private practice across all three geographies (58.5% statewide, 63.1% in Portland, 56.4% Other Oregon). The next most common type of employment was Government (18.7% statewide, 15.4% in Portland, 20.2% Other Oregon).

EXHIBIT 7
Page 100 of 117

## Table 100: Women Lawyers: Type of Employment as of 12/31/21

| Employment Type | Oregon (n=1,170) Count | Percent | Portland (n=369) Count | Percent | Other Oregon (n=801) Count | Percent |
|---|---|---|---|---|---|---|
| Private Practice | 685 | **58.5%** | 233 | **63.1%** | 452 | **56.4%** |
| Private Non-profit | 113 | 9.7% | 40 | 10.8% | 73 | 9.1% |
| Government | 219 | 18.7% | 57 | 15.4% | 162 | 20.2% |
| In-house Counsel | 102 | 8.7% | 25 | 6.8% | 77 | 9.6% |
| Judge/Hearings Officer | 22 | 1.9% | 6 | 1.6% | 16 | 2.0% |
| Other | 27 | 2.3% | 6 | 1.6% | 21 | 2.6% |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a |

Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021?

### Area of Practice

Table 101 presents the areas of practice that represented 50% or more of respondents' practice as of December 31, 2021. The item allowed respondents to select all of the areas that applied to them, so the percentages in the columns can add up to more than 100%. The practice areas for women lawyers were fairly well distributed. Excluding the Other category, the most common practice area statewide was Family Law, in Portland it was Civil Litigation – Defendant (excludes Insurance Defense), and in the rest of Oregon it was Tax/Estate Planning.

## Table 101: Women Lawyers: Area of Practice Representing 50% or More of Practice as of 12/31/21

| Practice Area | Oregon (n=1,170) Count | Percent | Portland (n=369) Count | Percent | Other Oregon (n=801) Count | Percent |
|---|---|---|---|---|---|---|
| Administrative Law | 53 | 4.5% | 14 | 3.8% | 39 | 4.9% |
| Bankruptcy | 11 | 0.9% | n/a | n/a | 7 | 0.9% |
| Business/ Corporate – Litigation | 55 | 4.7% | 34 | 9.2% | 21 | 2.6% |
| Business/ Corporate – Transactional | 134 | 11.5% | 48 | 13.0% | 86 | 10.7% |
| Civil Litigation – Defendant (excludes Insurance Defense) | 90 | 7.7% | 50 | **13.6%** | 40 | 5.0% |
| Civil Litigation –Insurance Defense | 66 | 5.6% | 32 | 8.7% | 34 | 4.2% |
| Civil Litigation – Plaintiff (excludes Personal Injury) | 110 | 9.4% | 47 | 12.7% | 63 | 7.9% |
| Civil Litigation – Plaintiff, Personal Injury | 50 | 4.3% | 10 | 2.7% | 40 | 5.0% |
| Criminal Law, Prosecution | 51 | 4.4% | 12 | 3.3% | 39 | 4.9% |
| Criminal Law, Defense – 95% or more court-appointed clients | 59 | 5.0% | 14 | 3.8% | 45 | 5.6% |
| Criminal Law, Defense – 50% - 94% court-appointed clients | 8 | 0.7% | n/a | n/a | 6 | 0.7% |
| Criminal Law, Defense – Less than 50% court-appointed clients | 13 | 1.1% | n/a | n/a | 10 | 1.2% |
| Family Law | 145 | **12.4%** | 38 | 10.3% | 107 | 13.4% |
| Real Estate/ Land Use/ Environmental Law | 104 | 8.9% | 39 | 10.6% | 65 | 8.1% |
| Tax/Estate Planning | 136 | 11.6% | 27 | 7.3% | 109 | **13.6%** |
| Workers' Compensation | 30 | 2.6% | 9 | 2.4% | 21 | 2.6% |
| General (no area over 50%) | 62 | 5.3% | 10 | 2.7% | 52 | 6.5% |
| Other | 210 | 17.9% | 58 | 15.7% | 152 | 19.0% |
| Employment | 28 | 2.4% | 10 | 2.7% | 18 | 2.2% |

EXHIBIT 7
Page 101 of 117

## Table 101: Women Lawyers: Area of Practice Representing 50% or More of Practice as of 12/31/21

| Practice Area | Oregon (n=1,170) | | Portland (n=369) | | Other Oregon (n=801) | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Juvenile | 31 | 2.6% | n/a | n/a | 28 | 3.5% |
| Landlord/Tenant | 5 | 0.4% | n/a | n/a | n/a | n/a |
| Missing | n/a | n/a | n/a | n/a | n/a | n/a |

Q22: How do you identify your gender?
Q23: Which of the following describes your racial or ethnic identity? *[select all that apply]*
Q3: Are you currently working as a lawyer in Oregon?
Q5: Which area(s) of practice represented 50% or more of your practice as of 12/31/2021? *[select all that apply]*

### Size of Practice

Table 102 presents the distribution of the size of practice for women lawyers working in Oregon as of December 31, 2021. The most common practice sizes were 7-20 Lawyer Offices statewide (23.6%) and in Portland (31.4%), while outside of Portland the most common practice size was a 1 Lawyer Office (27.7%).

## Table 102: Women Lawyers: Size of Practice as of 12/31/21

| Employment Type | Oregon (n=1,170) | | Portland (n=369) | | Other Oregon (n=801) | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| 1 Lawyer Office | 239 | 20.4% | 17 | 4.6% | 222 | **27.7%** |
| 2 Lawyer Office | 113 | 9.7% | 21 | 5.7% | 92 | 11.5% |
| 3-6 Lawyer Office | 241 | 20.6% | 61 | 16.5% | 180 | 22.5% |
| 7-20 Lawyer Office | 276 | **23.6%** | 116 | **31.4%** | 160 | 20.0% |
| 21-60 Lawyer Office | 160 | 13.7% | 79 | 21.4% | 81 | 10.1% |
| Over 60 Lawyer Office | 130 | 11.1% | 73 | 19.8% | 57 | 7.1% |
| Missing | 11 | 0.9% | 2 | 0.5% | 9 | 1.1% |

Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q7: To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2021?

### Method of Payment

Table 103 shows the distribution of methods of payment for women lawyers who worked as a lawyer in Oregon. The majority of women lawyers reported being paid as an employee statewide (64.7%), in Portland (71.5%), and in other parts of Oregon (61.5%).

## Table 103: Women Lawyers: Method of Payment as of 12/31/21

| Method of Payment | Oregon (n=1,170) | | Portland (n=369) | | Other Oregon (n=801) | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Owner *(Partner, Shareholder, Sole Practitioner)* | 374 | 32.0% | 100 | 27.1% | 274 | 34.2% |
| Employee *(salaried or hourly)* | 757 | **64.7%** | 264 | **71.5%** | 493 | **61.5%** |
| Contract *(paid by hour or assignment)* | 29 | 2.5% | n/a | n/a | 26 | 3.2% |
| Missing | 10 | 0.9% | n/a | n/a | 8 | 1.0% |

Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q13: What was your method of payment as of 12/31/2021?

EXHIBIT 7
Page 102 of 117

## Compensation

Table 104 presents the compensation amounts for all women lawyers working in Oregon. Respondents were asked to provide their net annual income for the year ending December 31, 2021. When interpreting these results, it is important to keep in mind that the compensation data includes both full- and part-time lawyers. Also, sample sizes included in the tables represent the number of respondents who provided a valid response that could be used to calculate the mean, median, and percentile statistics. They do not include the respondents who chose to not answer the survey item. The mean, median, and 95th percentile figures across all three geographies increased for women lawyers since 2017.

| Table 104: Women Lawyers: 2021 Annual Compensation | | | |
|---|---|---|---|
| 2021 Compensation | Oregon (n=1,097) | Portland (n=352) | Other Oregon (n=745) |
| Mean Compensation | $152,216 | $183,227 | $137,564 |
| Median Compensation | $120,000 | $140,000 | $114,000 |
| 95th Percentile | $391,812 | $500,000 | $334,000 |

Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response.

## Full-time and Part-time Lawyers

Table 105 presents the compensation amounts broken down by full-time and part-time women lawyers.

| Table 105: Women Lawyers: 2021 Annual Compensation by Current Level of Employment | | | |
|---|---|---|---|
| Full-time Lawyers | Oregon (n=972) | Portland (n=329) | Other Oregon (n=643) |
| Mean Compensation | $159,056 | $184,931 | $145,817 |
| Median Compensation | $125,000 | $141,899 | $120,000 |
| 95th Percentile | $398,203 | $500,000 | $347,546 |
| Part-time Lawyers | Oregon (n=125) | Portland (n=23) | Other Oregon (n=102) |
| Mean Compensation | $99,026 | $158,845 | $85,537 |
| Median Compensation | $75,000 | $108,000 | $68,161 |
| 95th Percentile | $332,000 | $873,600 | $208,500 |

Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q4: What best describes your current level of employment?
Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response.

## Total Years Admitted to Practice

Table 106 presents compensation amounts for women lawyers by total years admitted to practice in Oregon. Across all geographies, compensation generally increased over time.

| Table 106: Women Lawyers: 2021 Annual Compensation by Total Years Admitted to Practice | | | |
|---|---|---|---|
| 0-3 Years | Oregon (n=115) | Portland (n=40) | Other Oregon (n=75) |
| Mean Compensation | $80,542 | $95,261 | $72,693 |
| Median Compensation | $72,800 | $79,199 | $72,000 |

EXHIBIT 7
Page 103 of 117

## Table 106: Women Lawyers: 2021 Annual Compensation by Total Years Admitted to Practice

| 4-6 Years | Oregon (n=114) | Portland (n=48) | Other Oregon (n=66) |
|---|---|---|---|
| Mean Compensation | $109,480 | $120,681 | $101,334 |
| Median Compensation | $95,000 | $101,000 | $87,500 |
| **7-9 Years** | **Oregon (n=113)** | **Portland (n=37)** | **Other Oregon (n=76)** |
| Mean Compensation | $135,765 | $120,249 | $143,319 |
| Median Compensation | $105,000 | $116,000 | $100,000 |
| **10-12 Years** | **Oregon (n=119)** | **Portland (n=42)** | **Other Oregon (n=77)** |
| Mean Compensation | $149,734 | $187,009 | $129,403 |
| Median Compensation | $120,000 | $155,000 | $110,430 |
| **13-15 Years** | **Oregon (n=109)** | **Portland (n=39)** | **Other Oregon (n=70)** |
| Mean Compensation | $147,007 | $162,654 | $138,290 |
| Median Compensation | $136,000 | $142,000 | $135,000 |
| **16-20 Years** | **Oregon (n=171)** | **Portland (n=49)** | **Other Oregon (n=122)** |
| Mean Compensation | $186,629 | $275,274 | $151,026 |
| Median Compensation | $140,000 | $154,280 | $130,000 |
| **21-30 Years** | **Oregon (n=229)** | **Portland (n=62)** | **Other Oregon (n=167)** |
| Mean Compensation | $175,356 | $215,156 | $160,580 |
| Median Compensation | $150,000 | $178,000 | $148,960 |
| **Over 30 Years** | **Oregon (n=127)** | **Portland (n=35)** | **Other Oregon (n=92)** |
| Mean Compensation | $188,850 | $269,074 | $158,330 |
| Median Compensation | $143,000 | $180,000 | $128,000 |

Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q2: What year were you first admitted to a state bar other than Oregon? and year admitted to OSB from database *[converted to years]*
Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2021? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response.

## Hours Billed

Table 107 presents the mean, median and 95th percentile statistics for the number of hours billed per month in 2021 for private practice women lawyers. The mean hours statewide were 100.2 hours, with the mean hours higher for Portland (124.2 hours) than for the rest of Oregon (85.1 hours). All of the mean hours billed per month were slightly higher than in 2017 (96.6, 116.6, and 82.4, respectively).

## Table 107: Women Lawyers: 2021 Hours Billed per Month – Private Practice Only

| Hours Billed per Month | Oregon (n=529) | Portland (n=205) | Other Oregon (n=324) |
|---|---|---|---|
| Mean Hours | 100.2 | 124.2 | 85.1 |
| Median Hours | 100.0 | 125.0 | 90.0 |
| 95th Percentile | 175.0 | 181.4 | 164.0 |

Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021? *[private practice only]*
Q15: What was the average number of hours that you billed per month in 2021?

EXHIBIT 7
Page 104 of 117

**Billing Rate**

Table 108 presents the 2021 hourly billing rate for private practice women lawyers only. For women lawyers, all of the hourly rate statistics were higher in Portland than in the rest of Oregon and statewide (excluding the High Hourly Rate, which was the same). All of the hourly rate figures increased significantly from 2017, except for the High Hourly Rate statewide and in Portland, which were also $850 in 2017.

| Table 108: Women Lawyers: 2021 Hourly Billing Rate – Private Practice Only | | | |
|---|---|---|---|
| **Hourly Billing Rate** | **Oregon (n=595)** | **Portland (n=219)** | **Other Oregon (n=376)** |
| Mean Hourly Rate | $318 | $359 | $294 |
| Median Hourly Rate | $300 | $350 | $283 |
| Low Hourly Rate | $75 | $125 | $75 |
| 95th Percentile | $530 | $625 | $450 |
| High Hourly Rate | $850 | $850 | $650 |

Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q5: Which type of employment represented 50% or more of your practice as of 12/31/2021? *[private practice only]*
Q14: When you charged on an hourly basis, what was your usual billing rate per hour in 2021?

**Hours Worked**

Table 109 provides the distribution of the number of hours worked per month in 2021 for both full-time and part-time by choice women lawyers. Any respondents who reported more hours than exist in a calendar month were excluded to calculate the mean and median hours. The hours worked were quite similar across the geographic regions for full-time women lawyers; however, part-time lawyers in Portland had higher mean and median number of hours than for both statewide and the rest of Oregon.

| Table 109: Women Lawyers: 2021 Hours Worked per Month by Current Level of Employment | | | |
|---|---|---|---|
| **Full-time Lawyers** | **Oregon (n=983)** | **Portland (n=331)** | **Other Oregon (n=652)** |
| Mean Hours | 162.9 | 166.2 | 161.2 |
| Median Hours | 170.0 | 170.0 | 168.0 |
| **Part-time Lawyers by Choice** | **Oregon (n=121)** | **Portland (n=22)** | **Other Oregon (n=99)** |
| Mean Hours | 89.3 | 102.4 | 86.4 |
| Median Hours | 90.0 | 110.0 | 80.0 |

Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q4: What best describes your current level of employment?
Q10: What was the average number of hours per month that you worked in 2021? Include all hours in the office or on the job, whether billed or not.

EXHIBIT 7
Page 105 of 117

## Career Satisfaction

Respondents rated their satisfaction with their legal employment on a scale from 1 (Very Dissatisfied) to 5 (Very Satisfied). Figure 7 presents the mean ratings for all women lawyers working in Oregon who provided an answer to the survey item. Overall, the ratings were above the midpoint of the scale (i.e., 3.0) and extremely similar to the ratings in 2017, although very slightly below those ratings.

Figure 7: Women Lawyers: Legal Employment Satisfaction Mean Ratings



Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q18: How satisfied are you with your legal employment?

## Future Plans

Table 110 presents the distribution of women lawyers' plans during the next five years. This item allowed respondents to select all that apply, so the percentages can add up to more than 100% in each column. Statewide, as well as in Portland and Other Oregon, the most common response was None of the Above (50.3%, 53.4%, and 48.8%, respectively). Looking at the other options, the most common response was Planning or Contemplating Retirement (statewide 16.8%, Portland 14.6%, and Other Oregon 17.9%).

| Table 110: Women Lawyers: Future Plans in Next Five Years | | | | | | |
|---|---|---|---|---|---|---|
| | Oregon (n=1,170) | | Portland (n=369) | | Other Oregon (n=801) | |
| **Method of Payment** | Count | Percent | Count | Percent | Count | Percent |
| Planning or Contemplating Retirement | 197 | 16.8% | 54 | 14.6% | 143 | 17.9% |
| Planning to Leave the Profession, but Not Retire | 80 | 6.8% | 30 | 8.1% | 50 | 6.2% |
| Planning to Reduce Your Practice | 110 | 9.4% | 34 | 9.2% | 76 | 9.5% |
| Planning to Increase Your Practice | 147 | 12.6% | 47 | 12.7% | 100 | 12.5% |
| Other | 110 | 9.4% | 27 | 7.3% | 83 | 10.4% |
| None of the Above | 588 | **50.3%** | 197 | **53.4%** | 391 | **48.8%** |
| Missing | 19 | 1.6% | 5 | 1.4% | 14 | 1.7% |

Q22: How do you identify your gender?
Q3: Are you currently working as a lawyer in Oregon?
Q20: During the next five years, are you: *[select all that apply]*

EXHIBIT 7
Page 106 of 117

# Appendix A: Survey Instrument

## OSB Economic Survey 2022

INTRO Welcome to the 2022 Oregon State Bar Economic Survey. This survey is being conducted to gather useful information for the benefit of bar members both in private practice and other environments.

The last OSB Economic Survey was conducted in 2017 and most of the current survey is similar to allow for comparing results over time. The survey will take about 10 minutes, participation is voluntary, you can skip any item that you do not want to answer, and your responses will be completely confidential. The bar has contracted with Portland State University to conduct the survey. PSU will not share any personally identifiable information with the bar. All of the data will be reported in summary form. It will not be possible to identify any individual person or response in the results. Continuing on to complete the survey implies your consent to participate.

If you are unable to finish the survey now, you can come back later and pick up where you left off by clicking on the link in your email.

The bar values your feedback and your time.

-------------------------------------------------------------------------------------------------------------------------

**Q1 Are you an active member of any state bars other than Oregon?** *[Select ALL that apply]*
- ☐ Washington  (1)
- ☐ Idaho  (2)
- ☐ California  (3)
- ☐ Other  (4) _____
- ☐ None  (5)

*Display This Question:*
*If Q1 = Washington*
*Or Q1 = Idaho*
*Or Q1 = California*
*Or Q1 = Other*

**Q2 What year were you first admitted to a state bar other than Oregon? _____**

**Q3 Are you currently working as a lawyer in Oregon?**
- ○Yes  (1)
- ○No  (2)

*Display This Question: If Q3 = No*

**Q3a Please select the response that best describes your current employment status.**
- ○ Working, but not in legal work and **not wanting** legal work  (1)
- ○ Working, but not in legal work and **wanting** legal work  (2)
- ○ Retired  (3)
- ○ Not working by choice  (4)
- ○ Unemployed, looking for work   (5)
- ○ Working as a lawyer outside of Oregon  (6)

*Skip To: Q21 If Q3a = Retired*
*Skip To: Q21 If Q4a = Not working by choice*
*Skip To: Q21 If Q4a = Unemployed, looking for work*
*Skip To: Q21 If Q4a = Working as a lawyer outside of Oregon*

EXHIBIT 7
Page 107 of 117

*Display This Question:*
*If Q3a = Working, but not in legal work and not wanting legal work*
*Or Q3a = Working, but not in legal work and wanting legal work*
**Q3b How satisfied are you with your non-legal employment?**
- ○ Very Dissatisfied 1  (1)
- ○ Dissatisfied 2  (2)
- ○ Neither Satisfied nor Dissatisfied 3  (3)
- ○ Satisfied 4  (4)
- ○ Very Satisfied 5  (5)

*Skip To: Q21if Q3b Is Displayed*

**Q4 What best describes your current level of employment?**
- ○ Full-time lawyer  (1)
- ○ Part-time lawyer due to lack of legal work  (2)
- ○ Part-time lawyer by choice (i.e., for reasons other than lack of legal work)  (3)

*Display This Question:*
*If Q4 = Part-time lawyer by choice (i.e., for reasons other than lack of legal work)*
**Q4a For what reason(s) are you a part-time lawyer by choice?** *[Select ALL that apply]*
- ☐ Lack of affordable, quality childcare  (1)
- ☐ Maintain work/family balance  (2)
- ☐ Other career interests  (3)
- ☐ Educational pursuits  (4)
- ☐ Other, please specify:  (5) _____

**Q5 Which type of employment represented 50% or more of your practice as of 12/31/2021?**
- ○ Private  (1)
- ○ Private non-profit  (2)
- ○ Government  (3)
- ○ In-house counsel  (4)
- ○ Judge/hearings officer  (5)
- ○ Other, please specify:  (6) _____

*Skip To: Q14 If Q6 = Government*

**Q6 Which area(s) of practice represented 50% or more of your practice as of 12/31/2021?**
*[Select ALL that apply]*
- ☐ Administrative Law  (1)
- ☐ Bankruptcy  (2)
- ☐ Business/Corporate – Litigation  (3)
- ☐ Business/Corporate -- Transactional  (4)
- ☐ Civil Litigation – Defendant (excludes Insurance Defense)  (5)
- ☐ Civil Litigation – Insurance Defense  (6)
- ☐ Civil Litigation – Plaintiff (excludes Personal Injury)  (7)
- ☐ Civil Litigation – Plaintiff, Personal Injury  (8)
- ☐ Criminal Law, Prosecution  (9)
- ☐ Criminal Law, Defense – 95% or more court-appointed clients (10)
- ☐ Criminal Law, Defense – 50%-94% court-appointed clients  (11)
- ☐ Criminal Law, Defense – Less than 50% court-appointed clients (12)
- ☐ Family Law  (13)
- ☐ Real Estate/Land Use/Environmental Law  (14)
- ☐ Tax/Estate Planning  (15)
- ☐ Workers' Compensation  (16)
- ☐ General (no area over 50%)  (17)
- ☐ Other, please specify:  (18) _____ _____

EXHIBIT 7
Page 108 of 117

**Q7 To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2021?**
○ 1 Lawyer Office  (1)
○ 2 Lawyer Office  (2)
○ 3 to 6 Lawyer Office  (3)
○ 7 to 20 Lawyer Office  (4)
○ 21 to 60 Lawyer Office  (5)
○ Over 60 Lawyer Office  (6)

**Q8 What was the average number of *hours per month* that you worked in 2021? Include all hours on the job, whether billed or not. _____**

**Q9 Do you or your employer have a policy for offering legal services to low-income clients at a reduced rate?**
○ Yes  (1)
○ No  (2)

*Display This Question: If Q9 = Yes*
**Q9a During 2021, to approximately how many *clients* did you provide reduced rate legal services? (Please estimate only clients you served personally, not others served by your firm or employer.)**
_____

**Q9b When you provided reduced rate legal services in 2021, by what *percentage* is your normal rate reduced? _____**

**Q10 What was the average number of *hours per month* in 2021 you provided pro-bono legal services to an individual whom you did not bill? If none, enter 0.**
_____

**Q11 What was the average number of *hours per month* in 2021 that you volunteered for other organizations, providing non-legal services? If none, enter 0.**
_____

**Q12 What was your *annual net personal income* before taxes from your legal practice for the year ending *12/31/2021*? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).**

**Q13 What was your method of pay as of 12/31/2021?**
○ Owner (i.e., Partner, Shareholder, Sole Practitioner)  (1)
○ Employee (i.e., salaried or hourly paid)  (2)
○ Contract (i.e., paid by hour or assignment)  (3)

**Q14 When you charged on an hourly basis, what was your usual *billing rate per hour* in 2021?**
○ Per Hour  (1) _____
○ Not Applicable, don't charge an hourly rate  (2)

**Q15 What was the average number of *hours* that you billed *per month* in 2021?**
○ Hours per month:  (1) _____
○ Not Applicable, don't bill by the hour  (2)

**Q16 Did you bill *over one-third* of your time on an hourly billing rate basis?**
○ Yes  (1)
○ No  (2)

EXHIBIT 7
Page 109 of 117

*Display This Question: If Q16 = Yes*
**Q16a Which of the following represents any change in your billing methods over the last five years?**
- ○ **Decrease** in portion of hourly billing method and **increase** in other billing methods (e.g., flat rate, value billing, etc.)  (1)
- ○ **Increase** in portion of hourly billing method and **decrease** in other billing methods (e.g., flat rate, value billing, etc.)  (2)
- ○ No change in portion of hourly billing method  (3)

**Q17 Due to the COVID-19 pandemic, we have added the following question about the pandemic's impact on your law practice. Which of the following statements best describes changes to your work location as a result of the COVID-19 pandemic?**
- ○ I worked in my office significantly LESS than before the COVID-19 pandemic.  (1)
- ○ I worked in my office significantly MORE than before the COVID-19 pandemic.  (2)
- ○ The amount of time I worked in my office was not significantly changed by to COVID-19 pandemic  (3)
- ○ I did not have an office, or I generally worked from home before the COVID-19 pandemic.  (4)
- ○ Other, please describe:  (5) _____

*Display This Question:*
*If Q17 = I worked in my office significantly LESS than before the COVID-19 pandemic.*
**Q17a Do you anticipate that, for the foreseeable future, you will continue to work in your office less frequently than prior to the COVID-19 pandemic?**
- ○ Yes  (1)
- ○ No  (2)

**Q18 How satisfied are you with your legal employment?**
- ○ Very Dissatisfied  (1)
- ○ Dissatisfied  (2)
- ○ Neither Satisfied nor Dissatisfied  (3)
- ○ Satisfied  (4)
- ○ Very Satisfied  (5)

**Q19 Please indicate which of the following statements are true about your current legal employment.**
*[Select ALL that apply]*
- ☐ My workplace has a vacation policy that supports and promotes detachment from work.  (1)
- ☐ I have encouragement and ability to take breaks, days off, and other types of leave.  (2)
- ☐ My workplace has well-being policies and practices.  (3)
- ☐ I have encouragement and ability to take advantage of services for my physical and mental health.  (4)
- ☐ My workplace has fair and transparent compensation practices.  (5)

**Q20 During the next five years, are you:** *[Select ALL that apply]*
- ☐ Planning or contemplating retirement  (1)
- ☐ Planning to leave the profession, but not retire  (2)
- ☐ Planning to reduce your practice  (3)
- ☐ Planning to increase your practice  (4)
- ☐ Other, please specify or provide additional details about your plans:  (5)
- ☐ None of the above  (6)

**Q21 Did you have student debt from your law school education as of 12/31/2021?**
- ○ Yes  (1)
- ○ No  (2)

*Display This Question: If Q21 = Yes*
**Q21a Approximately how much *student debt* from your law school education did you have *as of 12/31/2021*? _____**

EXHIBIT 7
Page 110 of 117

*Display This Question: If Q21 = Yes*

**Q21b Approximately how much *per month* do you currently *pay toward your student debt* from your law school education? _____**

**Q22 How do you identify your gender?**
- ○ Male  (1)
- ○ Female  (2)
- ○ Non-binary  (3)
- ○ Prefer not to disclose  (4)

**Q23 How do you identify your race or ethnicity? Please select ALL that apply.**
- ☐ American Indian  (1)
- ☐ Alaska Native  (2)
- ☐ Canadian Inuit, Metis or First Nation (3)
- ☐ Indigenous Mexican, Central or South American  (4)
- ☐ Asian Indian  (5)
- ☐ Cambodian  (6)
- ☐ Chinese  (7)
- ☐ Communities of Myanmar  (8)
- ☐ Filipino/a  (9)
- ☐ Hmong  (10)
- ☐ Japanese  (11)
- ☐ Korean  (12)
- ☐ Laotian  (13)
- ☐ South Asian  (14)
- ☐ Vietnamese  (15)
- ☐ Other Asian  (16)
- ☐ African American  (17)
- ☐ Afro-Caribbean  (18)
- ☐ Ethiopian  (19)
- ☐ Somali  (20)
- ☐ Other African (Black)  (21)
- ☐ Other Black  (22)
- ☐ Central American  (23)
- ☐ Mexican  (24)
- ☐ South American  (25)
- ☐ Other Latinx or Hispanic  (26)
- ☐ Middle Eastern  (27)
- ☐ North African  (28)
- ☐ Chamorro  (29)
- ☐ Marshallese  (30)
- ☐ Communities of the Micronesian Region  (31)
- ☐ Native Hawaiian  (32)
- ☐ Samoan  (33)
- ☐ Other Pacific Islander  (34)
- ☐ Eastern European  (35)
- ☐ Slavic  (36)
- ☐ Western European  (37)
- ☐ Other White  (38)
- ☐ Not listed above (please describe):  (39) _____
- ☐ Don't know  (40)
- ☐ I prefer to not disclose  (41)

EXHIBIT 7
Page 111 of 117

**Q24 Do you identify as a person with a disability or do you experience a condition that substantially limits one or more major life activities?**
○ Yes  (1)
○ No  (2)
○ Prefer not to disclose  (3)

**Q25 How many children under 18 years of age lived in your household as of 12/31/2021? Leave blank if you prefer not to disclose. _____**

**COM That completes the survey. You can use this space for any additional comments you would like to share. _____
_____
_____
_____**

END Thank you for completing the 2022 Oregon State Bar Economic Survey.

EXHIBIT 7
Page 112 of 117

# Appendix B: Email Invitation and Reminders

**Subject: 2022 OSB Economic Survey**

Dear [FirstName],

We are reaching out to invite you to participate in the 2022 Oregon State Bar Economic Survey. This year the Bar is inviting all active members to participate in the survey. The goal of this survey is to collect useful information for the benefit of bar members both in private practice and other environments. The last survey of this type was conducted in 2017. The current survey is similar, making it possible to compare results over time.

Completing the survey is easy and should only take about 10 minutes. To take the survey, just click here [Survey Link] or copy the URL below into your web browser. The link is unique to you. Please do not share it with anyone else.

${l://SurveyURL}

This survey is being conducted by the Portland State University (PSU) on behalf of the Bar. It is voluntary and completely confidential. All of the findings will be reported in summary form. Your name or email address will never be associated with your responses in the results.

If you have any questions about this survey, please contact Debi Elliott at PSU (elliottd@pdx.edu or 503-725-5198), or Matt Shields at OSB (mshields@osbar.org or 503-431-6358).

If you need technical assistance with the web survey, please contact Tyson VanOverhill at tvanover@pdx.edu or 503-725-5195.

The survey will remain open until Tuesday, October 11th.

Thank you,
Debi Elliott
Senior Research Associate
Portland State University, Regional Research Institute for Human Services

Follow this link to opt out of future emails:
${l://OptOutLink?d=Click here to unsubscribe}

EXHIBIT 7
Page 113 of 117

**#2 – Correction Notification (Sent Thursday, September 22, 2022 at 10:00 am)**

**Subject: Issue Corrected in OSB Economic Survey**

It has come to our attention that the structure of the item "Do you or your employer have a policy for offering legal services to low-income clients at a reduced rate?" was problematic. We have corrected that issue and the back button (allowing you to look at and possibly correct earlier items in the survey) will now display if you select Yes to that survey item.

If you have already started the survey, your earlier responses have been saved. You can return to the survey by clicking here [Survey Link] or copy the URL below into your web browser.

${l://SurveyURL}

We apologize for the inconvenience.

Debi Elliott


Follow this link to opt out of future emails:
${l://OptOutLink?d=Click here to unsubscribe}

---

EXHIBIT 7
Page 114 of 117

**#3 – Reminder #1 (Sent Monday, September 26, 2022 at 1:00 pm)**

**Subject: Reminder – 2022 OSB Economic Survey**

Dear [FirstName],

Last week we invited you to participate in the 2022 Oregon State Bar Economic Survey. The goal of this survey is to collect useful information for the benefit of bar members both in private practice and other environments. The last survey of this type was conducted in 2017. The current survey is similar, making it possible to compare results over time.

If you have already taken this survey, thank you! If not, please take a few minutes to complete it by Tuesday, October 11th. Completing the survey is easy and should only take about 10 minutes. To take the survey, just click here [Survey Link] or copy the URL below into your web browser. The link is unique to you. Please do not share it with anyone else.

${l://SurveyURL}

This survey is being conducted by the Portland State University (PSU) on behalf of the Bar. It is voluntary and completely confidential. All of the findings will be reported in summary form. Your name or email address will never be associated with your responses in the results.

If you have any questions about this survey, please contact Debi Elliott at PSU (elliottd@pdx.edu or 503-725-5198), or Matt Shields at OSB (mshields@osbar.org or 503-431-6358).

If you need technical assistance with the web survey, please contact Tyson VanOverhill at tvanover@pdx.edu or 503-725-5195.

The survey will remain open until Tuesday, October 11th.

Thank you,
Debi Elliott
Senior Research Associate
Portland State University, Regional Research Institute for Human Services

Follow this link to opt out of future emails:
${l://OptOutLink?d=Click here to unsubscribe}

---

EXHIBIT 7
Page 115 of 117

**#4 – Reminder #2 (Sent Wednesday, October 5, 2022 at 12:00 pm)**

**Subject: 2022 OSB Economic Survey**

Dear [FirstName],

Last month, we invited you to participate in the 2022 Oregon State Bar Economic Survey. The goal of this survey is to collect useful information for the benefit of bar members both in private practice and other environments. The last survey of this type was conducted in 2017. The current survey is similar, making it possible to compare results over time.

If you have already taken this survey, thank you! If not, please take a few minutes to complete it.

**We are currently below the 2017 response rate, so please consider completing the survey so that we may have a greater representation of members.** Completing the survey is easy and should only take about 10 minutes. To take the survey, just click here [Survey Link] or copy the URL below into your web browser. The link is unique to you. Please do not share it with anyone else.

${l://SurveyURL}

This survey is being conducted by the Portland State University (PSU) on behalf of the bar. It is voluntary and completely confidential. All of the findings will be reported in summary form. Your name or email address will never be associated with your responses in the results.

If you have any questions about this survey, please contact Debi Elliott at PSU (elliottd@pdx.edu or 503-725-5198), or Matt Shields at OSB (mshields@osbar.org or 503-431-6358).

If you need technical assistance with the web survey, please contact Tyson VanOverhill at tvanover@pdx.edu or 503-725-5195.

The survey will remain open until Tuesday, October 11th .

Thank you,
Debi Elliott
Senior Research Associate
Portland State University, Regional Research Institute for Human Services

Follow this link to opt out of future emails:
${l://OptOutLink?d=Click here to unsubscribe}

EXHIBIT 7
Page 116 of 117

**#5 – Reminder #3 (Sent Monday, October 17, 2022 at 2:00 pm)**

**Subject: Special Request – 2022 OSB Economic Survey DEADLINE EXTENDED**

Dear [FirstName],

A couple weeks ago, we invited you to participate in the 2022 Oregon State Bar Economic Survey. Receiving responses from a wide range of members, from all corners of the state, is very important to ensure that results reflect the diversity of the legal practice in Oregon. For that reason, we are leaving the survey open a little longer and making ***one final request that you participate in this very important survey.***

If you have already taken this survey, thank you very much! If not, please take a few minutes to complete it by October 25th. There were a few issues with the survey in the beginning, but those have been fixed. To take the survey, click here [Survey Link] or copy the URL below into your web browser. The link is unique to you. Please do not share it with anyone else.

${l://SurveyLink}

The survey is being conducted by the Portland State University (PSU) on behalf of the bar. It is voluntary and completely confidential. All of the findings will be reported to the Bar in summary form. Your name and email address will not be associated with the results.

If you have any questions about this survey, please contact Debi Elliott at PSU (elliottd@pdx.edu or 503-725-5198), or Matt Shields at OSB (mshields@osbar.org or 503-431-6358).

If you need technical assistance with the web survey, please contact Tyson VanOverhill at tvanover@pdx.edu or 503-725-5195.

Thank you,
Debi Elliott
Senior Research Associate
Portland State University, Regional Research Institute for Human Services

Follow this link to opt out of future emails:
${l://OptOutLink?d=Click here to unsubscribe}

EXHIBIT 7
Page 117 of 117