**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC,<br><br>                    Plaintiffs,<br><br>    v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation; JARVIS, DREYER, GLATTE & LARSEN, LLP, an Oregon partnership, fka Huycke O'Connor Jarvis, LLP,<br><br>                    Defendants. | Case No. 1:21-CV-00157-CL<br><br>**JOINT STATUS REPORT** |

Page 1 -    **JOINT STATUS REPORT**

**JOINT STATUS REPORT**

Plaintiffs and Defendants, by their respective counsel, respectfully submit this Joint Status Report regarding how the case should proceed after the Court's issuance of its December 12, 2025, Opinion and Order (ECF No. 215) that granted in part and denied in part Defendants' motion for imposition of sanctions.

Plaintiffs and Defendants understand the Court's recent ruling to mean all of Plaintiffs' claims are dismissed with prejudice.  Defendants are preparing a limited judgment consistent with that ruling.  Plaintiffs alleged one or more fee-bearing claims, so Defendants intend to present a fee petition for attorney fees incurred successfully defending those claims after entry of the limited judgment, in accordance with Fed. R. Civ. P. 54(d) and LR 54-1(a).

Because the Court struck Plaintiffs' motion for summary judgment, Plaintiffs' response to Defendants' motion for partial summary judgment, and Plaintiffs' reply in support of their motion for summary judgment, Defendants' motion for partial summary judgment remains pending and currently unopposed by any written briefing.

Pursuant to LR 7-1(d)(1), the Court has discretion in determining whether to hear oral arguments on Defendants' pending motion for partial summary judgment.  Pursuant to LR 7-1(d)(4), it is Defendants' position that Plaintiffs have waived oral argument because their summary judgment briefs have been stricken.  However, while the Court's order strikes Plaintiffs' summary judgment briefs, it does not explicitly bar Plaintiffs from presenting oral argument on Defendants' motion, and Plaintiffs seek clarification from the Court on this issue.  If the Court decides it would like to hear Defendants present oral argument on their motion for partial summary judgment (such as for the purpose of answering any questions the Court may have about the merits of the motion), Plaintiffs and Defendants are prepared to attend oral argument.  Otherwise, the parties understand

Page 2 -    **JOINT STATUS REPORT**

the Court will decide Defendants' motion for partial summary judgment based only on the written motion itself.

Depending on the outcome of the Court's decision on Defendants' motion for partial summary judgment, the parties intend to request a status conference to discuss the next steps, such as to set trial in this matter, with respect to Defendants' outstanding counterclaims.

DATED:  December 29, 2025

CHENOWETH LAW GROUP, PC

 /s/ Bradley T. Crittenden
Sandra S. Gustitus, OSB No. 143298
Bradley T. Crittenden, OSB No. 173274
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: sgustitus@chenowethlaw.com
bcrittenden@chenowethlaw.com

*Attorneys for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

Dated:      December 29, 2025

BEST BEST & KRIEGER LLP

By: *s/ Curtis Glaccum*
CURTIS GLACCUM, Bar No. 161732
curtis.glaccum@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com

*Attorneys for Plaintiffs*
*MICHELLE SULLIVAN, as Special Administrator of the Estate of ANN M. WISNOVSKY, and WISNOVSKY LAND, LLC*

Page 3 -    **JOINT STATUS REPORT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I caused to be served a copy of the foregoing **JOINT STATUS REPORT** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter
    Defendants Joanne Couvrette
    and Wisnovsky Land LLC*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael
    Wisnovsky and Valley View Winery*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com
*Attorney for Plaintiffs Michelle Sullivan
    and Wisnovsky Land, LLC*

by the following method(s):

xx        by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

DATED: December 29, 2025

           */s/ Claire Coren* _____
           Claire Coren, Legal Assistant

Page 4 -   **JOINT STATUS REPORT**