**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation<br><br>Defendants. | Case No. 1:21-CV-00157-CL<br><br>**DEFENDANTS MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, AND VALLEY VIEW WINERY, INC.'S AMENDED BILL OF COSTS AND REASONABLE ATTORNEY FEES** |

Page 1 -     **DEFENDANTS MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, AND VALLEY VIEW WINERY, INC.'S AMENDED BILL OF COSTS AND REASONABLE ATTORNEY FEES**

Defendants Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc., (collectively, "Defendants") submit this amended bill of costs and reasonable attorney fees pursuant to the Court's January 20, 2026 order that states,

> Defendants' amended report on reasonable attorney's fees shall be more narrowly tailored to the time reasonably allocated to addressing the use of fabricated law, citations to nonexistent cases, and violations of the local rules in the summary judgment briefing. Defendants' amended report on reasonable attorney's fees shall also include the time allocated to preparing, briefing, and arguing the motion for sanctions.

ECF No. 222.

Defendants submit this *Amended Bill of Costs and Reasonable Attorney Fees* that seeks an award of attorney fees in the amount of $94,704.38 for work described in the Court's January 20 order. This bill of fees is supported by the *Declaration of Bradley T. Crittenden (Dec. 26, 2025)* with Exhibits 1 through 7 (ECF No. 219) and the accompanying *Declaration of Bradley T. Crittenden (Feb. 3, 2026)* ("Crittenden Feb. Decl.") and Exhibits 8 and 9 filed with this amended filing.

For brevity's sake, this amended filing presents only an amended version of the "Summary of Requested Fees" that was presented in Defendants' bill of costs and attorney fees (ECF No. 218 at 4). All other points, authorities, evidence, and arguments from Defendants' bill of costs and attorney fees (ECF No. 218) are incorporated as if fully stated in this filing. Those points, authorities, evidence, and arguments apply to, and support, the amended request for fees presented in this filing.

## I.     <u>SUMMARY OF REQUESTED FEES</u>

In accordance with the Court's January 20 order, Defendants request an award of reasonable attorney fees for legal services related to this matter from January 31, 2025, through December 25, 2025, in the total amount of $94,704.38.  That amount of requested fees is substantiated by Exhibits 8 and 9.  Exhibit 8 shows the amount of fees incurred

Exhibit 8 shows detailed billing entries, time spent on each task, and the requested hourly rates for Defendants' attorneys and legal professionals related to work performed during the sanctions proceedings from May 5, 2025 to December 19, 2025, regarding Plaintiffs' use of fabricated law, citations to nonexistent cases, and violations of the local rules.  Crittenden Feb. Decl. ¶ 5, Ex. 8.  Exhibit 8 is summarized as follows:

| <u>Name</u> | <u>Position</u> | <u>Hourly Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|---|
| Sandra Gustitus | Attorney | $540 | 39.6 | $21,384.00 |
| Bradley Crittenden | Attorney | $485 | 89.9 | $43,601.50 |
| Jami Asay | Paralegal | $185 | 5.8 | $1,073.00 |
| Claire Coren | Legal Assistant | $125 | 3.7 | $462.50 |
| **Total** | | | **139.0** | **$66,521.00** |

Exhibit 9 shows detailed billing entries, time spent on each task, and the requested hourly rates for Defendants' attorneys and legal professionals related to work performed during the summary judgment briefing from February 3, 2025 to May 2, 2025, regarding Plaintiffs' use of

fabricated law, citations to nonexistent cases, and violations of the local rules.  Crittenden Feb.

Decl. ¶ 6, Ex. 9.  Exhibit 9 is summarized as follows:

| **Name** | **Position** | **Hourly Rate** | **Hours** | **Fees** |
|---|---|---|---|---|
| Brooks Foster | Attorney | $660 | 53.6 | $35,376.00 |
| Bradley Crittenden | Attorney | $485 | 137.8 | $66,833.00 |
| Jonathan Edwards | Attorney | $485 | 21.7 | $10,524.50 |
| **Total** | | | **213.1** | **$112,733.50** |

Defendants request that the Court award 25% of the amount stated in the Exhibit 9 table above—or $28,183.38—because the work Defendants' counsel performed with respect to Plaintiffs' use of fabricated law, citations to nonexistent cases, and violations of the local rules in the summary judgment briefing overlapped with other work performed in the summary judgment briefing such that Defendants cannot reasonably segregate the fees between the two scopes of work.  Thus, Defendants consider it appropriate to award only 25% of the fees listed in Exhibit 9, or $28,183.38.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## II.    <u>CONCLUSION</u>

For the foregoing reasons, Defendants request an award of $94,704.38 in reasonable attorney fees for work performed between January 31, 2025, and December 25, 2025, and in accordance with the Court's January 20 order (ECF No. 222).

DATE: February 3, 2026

CHENOWETH LAW GROUP, PC

*/s/ Bradley T. Crittenden*
Sandra S. Gustitus, OSB No. 143298
Bradley T. Crittenden, OSB No. 173274
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax:  (503) 221-2182
Email: sgustitus@chenowethlaw.com
bcrittenden@chenowethlaw.com

*Attorneys for Defendants Michael J. Wisnovsky, Mark A. Wisnovsky, and Valley View Winery, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on February 3, 2026, I caused to be served a copy of the foregoing **DEFENDANTS MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, AND VALLEY VIEW WINERY, INC.'S AMENDED BILL OF COSTS AND REASONABLE ATTORNEY FEES** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com
*Attorney for Plaintiffs Michelle
 Sullivan and Wisnovsky Land, LLC*

by the following method(s):

  xx          by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

xx          by **e-service via CM/ECF** on the date set forth below.

       I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

       DATED: February 3, 2026

                                   */s/ Jami Asay*
                                  Jami Asay, Paralegal