**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, as trustee of the Ann M. Wisnovsky Trust; and WISNOVSKY LAND, LLC, | Case No. 1:21-CV-00157-CL |
| Plaintiffs, | **DECLARATION OF BRADLEY T. CRITTENDEN (FEB. 3, 2026)** |
| v. | |
| MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; PATRICK HUYCKE, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation, | |
| Defendants. | |

I, Bradley T. Crittenden, declare as follows:

Page 1 - DECLARATION OF BRADLEY T. CRITTENDEN (FEB. 3, 2026)

1.       I am over the age of 18 and competent to testify as follows.  I make this declaration based on my personal knowledge and in support of the *Defendants Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc's Bill of Costs and Reasonable Attorney Fees* filed by the Wisnovsky Defendants, who are Mark A. Wisnovsky, Michael J. Wisnovsky, and Valley View Winery, Inc.

2.       I am one of the attorneys representing the Wisnovsky Defendants in this matter. If called to testify at trial, I could give the following testimony.

3.       Attached as Exhibit 8 is a true and correct listing of detailed billing entries, time spent on each task, and the requested hourly rates for Defendants' attorneys and legal professionals in this lawsuit.

4.       I and my colleagues at CLG prepared Exhibits 8 and 9 using billing records generated by CLG's timekeepers in the regular course of business.  Each month throughout the case, the responsible attorney on this matter reviewed a pre-bill containing the prior month's timekeeping records and eliminated any time spent on work that they considered excessive, redundant, or otherwise unnecessary.  When I prepared Defendants' exhibits of time spent, I conducted a similar review again and excluded additional time, particularly for purposes of complying with the Court's January 20, 2026 order that ordered as follows:

> Defendants' amended report on reasonable attorney's fees shall be more narrowly tailored to the time reasonably allocated to addressing the use of fabricated law, citations to nonexistent cases, and violations of the local rules in the summary judgment briefing.  Defendants' amended report on reasonable attorney's fees shall also include the time allocated to preparing, briefing, and arguing the motion for sanctions.

ECF No. 222.

5.       As a result of the reviews describe above, Exhibits 8 and 9 show that Defendants incurred $94,704.38 in reasonable attorney fees to address Plaintiffs' use of fabricated law,

Page 2 - DECLARATION OF BRADLEY T. CRITTENDEN (FEB. 3, 2026)

citations to nonexistent cases, and violations of the local rules in the summary judgment briefing and to prepare, brief, and argue Defendants' motion for sanctions.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: February 3, 2026

*/s/ Bradley T. Crittenden*
Bradley T. Crittenden

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 3, 2026, I caused to be served a copy of the foregoing **DECLARATION OF BRADLEY T. CRITTENDEN (FEB. 3, 2026)** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Wisnovsky Land LLC, and Michelle Sullivan*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com

*Attorney for Defendant Mark Wisnovsky, Michael Wisnovsky and Valley View Winery*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com

*Attorney for Plaintiffs Michelle Sullivan and Wisnovsky Land, LLC*

by the following method(s):

 xx        by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

xx         by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.


   */s/Jami Asay*
   Jami Asay, Paralegal