| Trans Date | Prof | Narrative | Units | Rate | Fees |
|---|---|---|---|---|---|
| 05/05/2025 | BTC | Analyze plaintiffs' reply brief, additional evidence filed with reply brief, legal authorities regarding filing of additional evidence, and the cases cited in the reply brief, and draft memorandum regarding same, and email client regarding same [4.0]; begin drafting motion for sanctions [2.0]. | 6.00 | 485.00 | 2,910.00 |
| 05/05/2025 | SSG | Review reply brief and confer with BTC regarding same [.6]; review email from opposing counsel and respond to same [.2]; confer with BTC regarding motion for sanctions and next steps [.4]. | 1.20 | 540.00 | 648.00 |
| 05/06/2025 | BTC | Research and analyze case law and legal authorities regarding sanctions and continue drafting motion for sanctions [5.3]; email client regarding same [.1]. | 5.40 | 485.00 | 2,619.00 |
| 05/07/2025 | BTC | Revise motion for sanctions [.6]; analyze rules regarding sanctions and draft letter to opposing counsel regarding motion for sanctions [1.0]. | 1.60 | 485.00 | 776.00 |
| 05/07/2025 | SSG | Review motion for sanctions [1.2]; confer with BTC regarding same [.3]; review letter enclosing motion for sanctions [.3]. | 1.80 | 540.00 | 972.00 |
| 05/19/2025 | SSG | Review motion to withdraw and confer with BTC regarding same [.9]. | 0.90 | 540.00 | 486.00 |
| 05/21/2025 | SSG | Revew letter from opposing counsel regarding sanctions and confer with BTC regarding same [.6]. | 0.60 | 540.00 | 324.00 |
| 05/22/2025 | JLA | Draft letter to Stephen Brigandi [.1]. | 0.10 | 185.00 | 18.50 |
| 05/23/2025 | BTC | Analyze file and revise motion for sanctions and draft declaration in support of motion for sanctions [2.5]; respond to email from clients regarding Murphy's motion to withdraw, motion for sanctions, and judgment in Jackson County court [.2]; draft response to Murphy's motion to withdraw [2.0]. | 4.70 | 485.00 | 2,279.50 |
| 05/23/2025 | JLA | Prepare exhibits for BTC declaration [.1]; finalize motion for sanctions and the declaration of BTC and prepare for filing and service [.4]. | 0.50 | 185.00 | 92.50 |
| 05/23/2025 | SSG | Call opposing counsel regarding motion for sanctions [.3]; review motion for sanctions [.8]; confer with BTC regarding motion and letters to court regarding same [.4]. | 1.50 | 540.00 | 810.00 |
| 05/27/2025 | SSG | Review notice of errata and new filings, email client regarding same [.6]; confer with BTC regarding next steps [.3]; draft and finalize letter to Court regarding same [.7]. | 1.60 | 540.00 | 864.00 |
| 05/27/2025 | CEC | Draft letter to judge Clarke [.1]; finalize and file letter into federal case [.2]. | 0.30 | 125.00 | 37.50 |
| 05/28/2025 | BTC | Analyze case law regarding motions for sanctions and email SSG regarding same [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 05/28/2025 | SSG | Confer with BTC regarding motion for sanctions and withdrawal of the same [.7]. | 0.70 | 540.00 | 378.00 |
| 06/02/2025 | SSG | Review email from client regarding motion for sanctions, confer with BTC, and respond to same [.4]; review second amended response to motion for sanctions [.6]. | 1.00 | 540.00 | 540.00 |
| 06/03/2025 | BTC | Draft notice of withdrawal regarding motion for sanctions [.2]; draft response to Plaintiffs' motion to strike [3.0]. | 3.20 | 485.00 | 1,552.00 |
| 06/03/2025 | SSG | Review notice of withdrawal and refiling of motion for sanctions [.4]. | 0.40 | 540.00 | 216.00 |
| 06/04/2025 | BTC | Continue drafting response to Plaintiffs' motion to strike [3.3]; revise notice of withdrawal of motion for sanctions [.2]. | 3.50 | 485.00 | 1,697.50 |
| 06/04/2025 | JLA | Finalize notice of withdrawal and motion for sanctions and prepare them for filing and service [.3]. | 0.30 | 185.00 | 55.50 |
| 06/04/2025 | SSG | Review notice of withdrawal and motion for sanctions [.4]; review response to motion for sanctions [.6]; confer with BTC regarding same [.3]. | 1.30 | 540.00 | 702.00 |

Exhibit 8
Page 1 of 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/2025 | SSG | Review second amended response to motion for summary judgment and email local counsel regarding same [.7]. | 0.70 | 540.00 | 378.00 |
| 06/11/2025 | BTC | Revise reply in support of motion for sanctions and draft declaration in support thereof [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 06/12/2025 | SSG | Confer with BTC regarding status of case and next steps for call with new counsel [.7]; call with C. Glaccum regarding status of case and motion for sanctions [.4]. | 1.10 | 540.00 | 594.00 |
| 06/12/2025 | BTC | Revise reply in support of motion for sanctions [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 06/13/2025 | JLA | Analyze and compare docket 155 and 182 [.2]; research California cases [1.]; finalize Reply and SSG Declaration and prepare them for filing and service [.4]. | 0.60 | 185.00 | 111.00 |
| 06/13/2025 | CEC | Compare briefs for exhibits to SSG declaration [.4]. | 0.40 | 125.00 | 50.00 |
| 06/13/2025 | BTC | Revise reply in support of motion for sanctions and declaration in support thereof [1.6]. | 1.60 | 485.00 | 776.00 |
| 06/13/2025 | SSG | Review response to motion for sanctions and confer wtih BTC regarding same [.9]; draft response to motion to strike and exhibits for declaration [1.6]. | 2.50 | 540.00 | 1,350.00 |
| 06/16/2025 | SSG | Prepare for and participate in status conference regarding motion for sanctions [1.7]. | 1.70 | 540.00 | 918.00 |
| 06/23/2025 | SSG | Confer with opposing counsel regarding motion for sanctions and request for extension [.3]. | 0.30 | 540.00 | 162.00 |
| 06/24/2025 | SSG | Confer with opposing counsel regarding response to motion for sanctions [.3]; email client regarding same [.1]. | 0.40 | 540.00 | 216.00 |
| 06/25/2025 | SSG | Research additional information for motion for sanctions [.4]. | 0.40 | 540.00 | 216.00 |
| 06/26/2025 | SSG | Review email and link from client regarding AI case citations [.3]. | 0.30 | 540.00 | 162.00 |
| 07/07/2025 | SSG | Review letter from opposing counsel [.3]; email clients regarding same [.2]; calls with client regarding same [.7]; call with opposing counsel regarding same [.3]; confer with BTC regarding implications of update from opposing counsel and next steps [.3]. | 1.80 | 540.00 | 972.00 |
| 07/08/2025 | CEC | Draft reply, declaration, and letter to judge [.5]. | 0.50 | 125.00 | 62.50 |
| 07/08/2025 | BTC | Telephone call with SSG regarding case strategy [.3]. | 0.30 | 485.00 | 145.50 |
| 07/08/2025 | SSG | Confer with JPE regarding case status, strategy, and next steps [.1]. | 0.10 | 540.00 | 54.00 |
| 07/08/2025 | SSG | Call with clients regarding status of litigation and next steps [.6]; confer with BTC regarding same and next steps [.3]. | 0.90 | 540.00 | 486.00 |
| 07/09/2025 | SSG | Review court order and confer with clients and BTC regarding same [.3]; review additional briefing in other matters [.4]. | 0.70 | 540.00 | 378.00 |
| 07/10/2025 | BTC | Draft reply in support of motion for sanctions [2.0]. | 2.00 | 485.00 | 970.00 |
| 07/14/2025 | BTC | Analyze emails from client regarding case strategy and respond regarding same [1.0]; continue drafting reply in support of motion for sanctions [5.5]. | 6.50 | 485.00 | 3,152.50 |
| 07/15/2025 | BTC | Continue drafting reply in support of motion for sanctions [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 07/17/2025 | BTC | Revise reply in support of motion for sanctions [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 07/18/2025 | BTC | Continue drafting reply in support of motion for sanctions [4.5]. | 4.50 | 485.00 | 2,182.50 |
| 07/18/2025 | SSG | Review draft reply in support of motion for sanctions and confer with BTC regarding same [.4]. | 0.40 | 540.00 | 216.00 |
| 07/21/2025 | CEC | Transcribe voicemail audio [.2]. | 0.20 | 125.00 | 25.00 |
| 07/21/2025 | BTC | Revise reply in support of motion for sanctions [4.0]. | 4.00 | 485.00 | 1,940.00 |
| 07/22/2025 | BTC | Revise reply in support of motion for sanctions [2.0]. | 2.00 | 485.00 | 970.00 |
| 07/28/2025 | BTC | Revise reply in support of motion for sanctions and draft declarations supporting same [3.3]. | 3.30 | 485.00 | 1,600.50 |
| 08/04/2025 | SSG | Review email from opposing counsel regarding status report and respond to same [.3]. | 0.30 | 540.00 | 162.00 |
| 08/04/2025 | SSG | Call with opposing counsel regarding joint status report [.2]. | 0.20 | 540.00 | 108.00 |

Exhibit 8
Page 2 of 4

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/04/2025 | SSG | Prepare for and have call with opposing counsel regarding status of dispute [.5]. | 0.50 | 540.00 | 270.00 |
| 08/05/2025 | SSG | Confer with JPE regarding case status, strategy, and next steps [.1]. | 0.10 | 540.00 | 54.00 |
| 08/05/2025 | BTC | Analyze joint status report received from opposing counsel, and email client regarding case status, reply in support of motion for sanctions, and joint status report [.2]. | 0.20 | 485.00 | 97.00 |
| 08/05/2025 | SSG | Confer with BTC regarding joint status report and review draft of same from opposing counsel [.6]; review email from opposing counsel with evidence of hospitalization [.2]; email update to client regarding same [.1]. | 0.90 | 540.00 | 486.00 |
| 08/07/2025 | BTC | Revise reply in support of motion for sanctions and email client regarding same [.2]; revise joint status report [.6]. | 0.80 | 485.00 | 388.00 |
| 08/11/2025 | JLA | Email client the joint status report [.1]. | 0.10 | 185.00 | 18.50 |
| 08/11/2025 | BTC | Revise joint status report and email opposing counsel regarding same [.3]. | 0.30 | 485.00 | 145.50 |
| 08/11/2025 | SSG | Revise joint status report [1.2]; confer with BTC regarding same [.3]. | 1.50 | 540.00 | 810.00 |
| 08/12/2025 | BTC | Email client regarding court's order regarding motion for sanctions [.1]. | 0.10 | 485.00 | 48.50 |
| 08/12/2025 | CEC | Draft letter to Judge Clarke [.1]. | 0.10 | 125.00 | 12.50 |
| 08/13/2025 | JLA | Finalized response to motion to withdraw and prepared it for filing and service [.3]. | 0.30 | 185.00 | 55.50 |
| 08/13/2025 | BTC | Analyze Brigandi's motion to withdraw and emails from opposing counsel regarding same, and draft response to motion and response to opposing counsel's emails [1.4]. | 1.40 | 485.00 | 679.00 |
| 08/13/2025 | SSG | Review motion filed by Brigandi, confer with BTC regarding same, review response [.8]. | 0.80 | 540.00 | 432.00 |
| 08/18/2025 | BTC | Revise reply brief and supporting declarations [1.3]. | 1.30 | 485.00 | 630.50 |
| 08/21/2025 | BTC | Analyze notice from court regarding status hearing and discuss strategy with SSG [.2]. | 0.20 | 485.00 | 97.00 |
| 08/21/2025 | SSG | Review and exchange emails regarding scheduling order and request for status conference [.2]. | 0.20 | 540.00 | 108.00 |
| 08/22/2025 | JLA | Finalize motion for extension of time and prepare it for filing and service [.4]. | 0.40 | 185.00 | 74.00 |
| 08/22/2025 | BTC | Draft motion for extension of time to file reply brief and email clients regarding same [.6]. | 0.60 | 485.00 | 291.00 |
| 08/26/2025 | BTC | Revise reply in support of motion for sanctions [.2]. | 0.20 | 485.00 | 97.00 |
| 08/26/2025 | SSG | Confer with BTC regarding reply in support of sanctions [.3]; revise motion for extension of time [.3]; email court and call opposing counsel regarding same [.4]. | 1.00 | 540.00 | 540.00 |
| 08/27/2025 | CEC | Draft memorandum for status conference [.5]. | 0.50 | 125.00 | 62.50 |
| 08/27/2025 | SSG | Prepare for status conference on motion for sanctions by reviewing case and filing history [1.7]. | 1.70 | 540.00 | 918.00 |
| 08/28/2025 | BTC | Revise reply brief in support of motion for sanctions and declarations in support thereof [4.6]. | 4.60 | 485.00 | 2,231.00 |
| 08/29/2025 | BTC | Revise reply brief in support of motion for sanctions and declarations in support thereof [3.8]. | 3.80 | 485.00 | 1,843.00 |
| 08/29/2025 | JLA | Draft table of contents and authorities and organize exhibits [1.5]; finalize reply and declarations and prepare them for filing and service [2.]. | 3.50 | 185.00 | 647.50 |
| 08/29/2025 | SSG | Revise reply in support of motion for sanctions [1.1]. | 1.10 | 540.00 | 594.00 |
| 10/17/2025 | SSG | Prepare for and have call with clients regarding motion for sanctions [.6]. | 0.60 | 540.00 | 324.00 |

Exhibit 8
Page 3 of 4

| 10/24/2025 | CEC | Draft memorandum of filings since June for hearing on motion for sanctions [.6]; compile pleadings from PACER for attorney review [.3]; prepare binder [.4]. | 1.30 | 125.00 | 162.50 |
|---|---|---|---|---|---|
| 10/24/2025 | SSG | Prepare for hearing on motion for sanctions [1.2]. | 1.20 | 540.00 | 648.00 |
| 10/27/2025 | BTC | Telephone call with SSG regarding case strategy, and draft memorandum in support of hearing on motion for sanctions [1.5]. | 1.50 | 485.00 | 727.50 |
| 10/29/2025 | CEC | Compare summary judgment and amended summary judgment [.4]. | 0.40 | 125.00 | 50.00 |
| 10/29/2025 | BTC | Confer with SSG regarding strategy for hearing on motion for sanctions and attend hearing on motion for sanctions [1.3]. | 1.30 | 485.00 | 630.50 |
| 10/29/2025 | SSG | Prepare for and argue hearing on motion for sanctions [7.2]. | 7.20 | 540.00 | 3,888.00 |
| 12/12/2025 | BTC | Briefly analyze order granting motion for sanctions and email client regarding same [.2]. | 0.20 | 485.00 | 97.00 |
| 12/17/2025 | BTC | Draft attorney fee petition [2.3]. | 2.30 | 485.00 | 1,115.50 |
| 12/18/2025 | BTC | Continue drafting bill of costs and attorney fees [4.0]. | 4.00 | 485.00 | 1,940.00 |
| 12/19/2025 | BTC | Continue drafting bill of costs and attorney fees and email SSG regarding case strategy [6.0]. | 6.00 | 485.00 | 2,910.00 |
| | | | | | **66,521.00** |

Exhibit 8
Page 4 of 4