| Trans Date | Prof | Narrative | Units | Rate | Fees |
|---|---|---|---|---|---|
| 02/03/2025 | BMF | Analyze summary judgment motion and supporting documents filed by Plaintiffs and confer with BTC regarding same and strategy for opposition [.3]; email JPE regarding research and drafting of response to plaintiffs' motion for summary judgment [.2]. | 0.50 | 660.00 | 330.00 |
| 02/17/2025 | BMF | Analyze plaintiffs' motion for summary judgment and draft detailed notes and arguments for response [.8]. | 0.80 | 660.00 | 528.00 |
| 02/18/2025 | BMF | Draft summary judgment response [1.5]. | 1.50 | 660.00 | 990.00 |
| 02/18/2025 | BMF | Draft arguments for summary judgment response [2.3]. | 2.30 | 660.00 | 1,518.00 |
| 02/21/2025 | JPE | Analyze case law and draft arguments regarding plaintiffs' violations of local rules regarding motion for summary judgment [3.1]. | 3.10 | 485.00 | 1,503.50 |
| 02/23/2025 | JPE | Continue analyzing case law regarding remedies for plaintiffs' violations of formatting requirements pursuant to local federal court rules [.5]; analyze additional local rules for additional violations by plaintiffs [.3]. | 0.80 | 485.00 | 388.00 |
| 03/04/2025 | BTC | Continue revising memoranda regarding issues relevant to summary judgment motions [3.3]. | 3.30 | 485.00 | 1,600.50 |
| 03/05/2025 | BTC | Continue analyzing legal issues relevant to summary judgment motions and revising memoranda regarding same [5.3]. | 5.30 | 485.00 | 2,570.50 |
| 03/06/2025 | BTC | Continue analyzing legal issues relevant to summary judgment motions and revising memoranda regarding same [6.0]. | 6.00 | 485.00 | 2,910.00 |
| 03/07/2025 | BMF | Draft, edit, and revise response to summary judgment [1.0]. | 1.00 | 660.00 | 660.00 |
| 03/07/2025 | BTC | Continue analyzing legal issues relevant to summary judgment motions and revising memoranda regarding same [7.2]. | 7.20 | 485.00 | 3,492.00 |
| 03/10/2025 | BTC | Draft response to plaintiff's motion for summary judgment [7.0]. | 7.00 | 485.00 | 3,395.00 |
| 03/11/2025 | BTC | Continue drafting response to plaintiffs' motion for summary judgment [6.0]. | 6.00 | 485.00 | 2,910.00 |
| 03/12/2025 | BTC | Continue drafting response to plaintiff's motion for summary judgment [1.0]. | 1.00 | 485.00 | 485.00 |
| 03/19/2025 | BTC | Continue drafting response to motion for summary judgment [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 03/21/2025 | BTC | Continue drafting response to motion for summary judgment [5.5]. | 5.50 | 485.00 | 2,667.50 |
| 03/22/2025 | JPE | Continue draft of response to motion for summary judgment [1.2]. | 1.20 | 485.00 | 582.00 |
| 03/23/2025 | JPE | Continue draft of response to plaintiffs' motion for summary judgment [4.4]. | 4.40 | 485.00 | 2,134.00 |
| 03/24/2025 | BMF | Edit summary judgment response and draft detailed email to litigation team with comments about further editing of response [1.2]. | 1.20 | 660.00 | 792.00 |
| 03/24/2025 | BTC | Continue drafting response to motion for summary judgment [4.5]. | 4.50 | 485.00 | 2,182.50 |
| 03/25/2025 | BTC | Continue drafting response to motion for summary judgment [6.3]. | 6.30 | 485.00 | 3,055.50 |
| 03/26/2025 | BTC | Continue drafting response to motion for summary judgment [7.5]. | 7.50 | 485.00 | 3,637.50 |
| 03/28/2025 | BTC | Continue drafting response to motion for summary judgment [7.0]. | 7.00 | 485.00 | 3,395.00 |
| 03/31/2025 | BMF | Draft, edit, and revise summary judgment response [2.6]. | 2.60 | 660.00 | 1,716.00 |
| 03/31/2025 | BTC | Continue revising response to motion for summary judgment [2.5]. | 2.50 | 485.00 | 1,212.50 |
| 04/01/2025 | BTC | Continue drafting response to motion for summary judgment [4.5]. | 4.50 | 485.00 | 2,182.50 |
| 04/02/2025 | BTC | Continue drafting response to motion for summary judgment [1.0]. | 1.00 | 485.00 | 485.00 |

Exhibit 9
Page 1 of 2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/2025 | BMF | Draft, edit, and revise response to motion for summary judgment [1.8]. | 1.80 | 660.00 | 1,188.00 |
| 04/02/2025 | BMF | Draft, edit, and revise response to motion for summary judgment [5.0]. | 5.00 | 660.00 | 3,300.00 |
| 04/03/2025 | BMF | Draft, edit, and revise response to summary judgment motion [1.2]. | 1.20 | 660.00 | 792.00 |
| 04/03/2025 | BTC | Continue revising response to motion for summary judgment [3.7]. | 3.70 | 485.00 | 1,794.50 |
| 04/03/2025 | BMF | Draft, edit, and revise response to motion for summary judgment [5.3]. | 5.30 | 660.00 | 3,498.00 |
| 04/04/2025 | BTC | Continue revising response to motion for summary judgment and supporting declarations [7.0]. | 7.00 | 485.00 | 3,395.00 |
| 04/04/2025 | BMF | Draft, edit, and revise response to motion for summary judgment [3.5]. | 3.50 | 660.00 | 2,310.00 |
| 04/04/2025 | BMF | Draft, edit, and revise response to summary judgment motion [6.8]. | 6.80 | 660.00 | 4,488.00 |
| 04/04/2025 | JPE | Revise response to motion for summary judgment [2]; continue working on draft response to motion for summary judgment with BMF and BTC [10.2]. | 12.20 | 485.00 | 5,917.00 |
| 04/07/2025 | BMF | Confer with BTC regarding summary judgment reply strategy [.1]. | 0.10 | 660.00 | 66.00 |
| 04/16/2025 | BMF | Draft reply to introduction and summary of response to Wisnovsky Defendants' motion for partial summary judgment [2.9]. | 2.90 | 660.00 | 1,914.00 |
| 04/16/2025 | BTC | Analyze plaintiffs' response to defendants' motion for summary judgment and draft memorandum regarding same [2.0]. | 2.00 | 485.00 | 970.00 |
| 04/17/2025 | BTC | Continue analyzing legal issues in support of reply brief [.8]. | 0.80 | 485.00 | 388.00 |
| 04/21/2025 | BTC | Continue analyzing plaintiffs' response to defendants' motion for summary judgment and drafting reply brief [4.0]. | 4.00 | 485.00 | 1,940.00 |
| 04/22/2025 | BTC | Continue analyzing legal issues regarding Plaintiffs' response to motion for summary judgment and continue drafting reply in support of motion for summary judgment [4.5]. | 4.50 | 485.00 | 2,182.50 |
| 04/23/2025 | BMF | Draft, edit, and revise reply in support of motion for partial summary judgment [.7]. | 0.70 | 660.00 | 462.00 |
| 04/23/2025 | BTC | Continue drafting reply in support of motion for summary judgment [5.5]. | 5.50 | 485.00 | 2,667.50 |
| 04/23/2025 | BMF | Draft, edit, and revise reply in support of Wisnovsky Defendants' motion for partial summary judgment [5.3]. | 5.30 | 660.00 | 3,498.00 |
| 04/25/2025 | BMF | Draft reply arguments [3.9]. | 3.90 | 660.00 | 2,574.00 |
| 04/25/2025 | BTC | Continue drafting reply in support of motion for partial summary judgment [6.7]. | 6.70 | 485.00 | 3,249.50 |
| 04/28/2025 | BTC | Continue drafting reply in support of motion for partial summary judgment [6.5]. | 6.50 | 485.00 | 3,152.50 |
| 04/29/2025 | BTC | Continue drafting reply in support of motion for summary judgment [3.5]. | 3.50 | 485.00 | 1,697.50 |
| 04/29/2025 | BMF | Draft, edit, and revise reply in support of motion for partial summary judgment [3.8]. | 3.80 | 660.00 | 2,508.00 |
| 04/30/2025 | BMF | Draft, edit, and revise reply in support of partial summary judgment [3.4]. | 3.40 | 660.00 | 2,244.00 |
| 04/30/2025 | BTC | Continue drafting reply in support of motion for summary judgment [7.0]. | 7.00 | 485.00 | 3,395.00 |
| 05/01/2025 | BTC | Revise reply in support of motion for summary judgment [7.0]. | 7.00 | 485.00 | 3,395.00 |
| 05/02/2025 | BTC | Revise reply in support of motion for summary judgment [2.5]. | 2.50 | 485.00 | 1,212.50 |

**112,733.50**

Exhibit 9
Page 2 of 2