**Sandra S. Gustitus, OSB No. 143298**
Email: sgustitus@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
Email: bcrittenden@chenowethlaw.com
Chenoweth Law Group, P.C.
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: 503-221-7958
Facsimile: 503-221-2182

**James R. Dole, OSB No. 892272**
Email: jdole@wlrlaw.com
Watkinson Laird Rubenstein, P.C.
1246 NE 7th Street, Suite B
Grants Pass, OR 97526
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277
Facsimile: 541-484-2282

Of Attorneys for Defendants Mark A. Wisnovsky,
Michael J. Wisnovsky, and Valley View Winery, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| JOANNE COUVRETTE, MICHELLE SULLIVAN, as special administrator of the estate of Ann M. Wisnovsky; and WISNOVSKY LAND, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MARK A. WISNOVSKY, an individual; MICHAEL J. WISNOVSKY, an individual; VALLEY VIEW WINERY, INC., an Oregon corporation,<br><br>Defendants. | Case No. 1:21-CV-00157-CL<br><br>**NOTICE OF UNAVAILABILITY OF SANDRA S. GUSTITUS** |

Page 1 – NOTICE OF UNAVAILABILITY OF SANDRA S. GUSTITUS

PLEASE TAKE NOTICE that Sandra S. Gustitus, attorney for Defendants, will be unavailable on the following dates: **Thursday, June 18, 2026 through Sunday, July 5, 2026.** She will be unavailable for contact or court appearance during that time, and it is respectfully requested that no hearings or depositions be scheduled, correspondence be issued that requires a direct response, other deadlines be set, or other matters which will require attention during that time period.

She further requests that no formal action be noted for one week immediately thereafter the dates of absence to allow for adequate preparation.

DATED: June 12, 2026

CHENOWETH LAW GROUP

 _/s/ Sandra S. Gustitus_
Sandra S. Gustitus, OSB No. 143298
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Phone: (503) 221-7958
Fax: (503) 221-2182
Email: sgustitus@chenowethlaw.com

*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused to be served a copy of the foregoing **NOTICE OF UNAVAILABILITY OF SANDRA S. GUSTITUS** on the following person(s) in the manner indicated below:

Stephen M. Brigandi
3624 Caminito Cielo Del Mar
San Diego, CA 92130
Brigandilaw@gmail.com

*Attorneys for Plaintiffs/Counter-Defendants Joanne Couvrette, Michelle Sullivan, and Wisnovsky Land, LLC*

Curtis Glaccum
Josh Newton
Best Best & Krieger LLP
360 SW Bond St., Suite 400
Bend, OR 97702
Curtis.glaccum@bbklaw.com
Josh.newton@bbklaw.com
revital.kogot@bbklaw.com
astrid.furstner@bbklaw.com

*Attorney for Plaintiffs/Counter-Defendants Joanne Couvrette, Michelle Sullivan, and Wisnovsky Land, LLC*

James Dole
Watkinson Laird Rubenstein PC
1246 NE 7th St., Ste. B
Grants Pass, OR 97525
jdole@wlrlaw.com
kkent@wlrlaw.com
lolson@wlrlaw.com

*Attorney for Defendants Mark Wisnovsky, Michael Wisnovsky, and Valley View Winery, Inc.*

by the following method(s):

   X      by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

   X      by **e-service via CM/ECF** on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it may be used as evidence in court and is subject to penalty for perjury.

DATED: June 12, 2026

CHENOWETH LAW GROUP

 */s/ Fiona R. Spring*
Fiona R. Spring, Legal Assistant

Page 1 - CERTIFICATE OF SERVICE