UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOANNE COUVRETTE, MICHELLE
SULLIVAN, *as special administrator of the
estate of Ann M. Wisnovsky*; and
WISNOVSKY LAND, LLC, *an Oregon
limited liability company*,

Plaintiffs,

v.

MARK A. WISNOVSKY; MICHAEL J.
WISNOVSKY; and VALLEY VIEW
WINERY, INC., *an Oregon Domestic
Business Corporation*,

Defendants.

Case No. 1:21-cv-00157-CL

**ORDER TO SHOW CAUSE**

CLARKE, United States Magistrate Judge.

On December 12, 2025, this Court found that Plaintiffs' attorney, Stephen Brigandi, had signed and submitted sanctionable briefs to the Court. Opinion and Order (ECF No. 215). The Court ordered Mr. Brigandi to "pay the Clerk of the Court $15,500 within 30 days." *Id.* at 28. To date, Mr. Brigandi has not complied with the Court's order.

Therefore, Mr. Brigandi is hereby ORDERED to appear in writing by July 12, 2026, and to show cause for why (1) the Court should not hold him in contempt, and (2) the Court should not impose sanctions for his failure to comply with the Court's Order.

It is so ORDERED and DATED this ___12___ day of June, 2026.

Page 1 — ORDER TO SHOW CAUSE

MARK D. CLARKE
United States Magistrate Judge