**Stephen M. Brigandi, Pro hac vice**
Law Office of Stephen Brigandi
3624 Caminito Cielo Del Mar San
Diego, CA 92130
858-775-4213
Email: brigandilaw@gmail.com
*ATTORNEY TO BE NOTICED*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MICHELLE SULLIVAN, as Personal Representative of the Estate of ANN M. WISNOVSKY, and WISNOVSKY LAND, LLC, Plaintiffs, <br><br> v. <br> MARK A. WISNOVSKY, MICHAEL J. WISNOVSKY, and VALLEY VIEW WINERY, INC., Defendants. | Case No. 1:21-CV-00157-CL <br><br> **ATTORNEY BRIGANDI'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE DATED JUNE 12, 2026** |

May this Court please accept this delayed Response to its Order to Show Cause re: the issuance of Court sanctions.

On or about June 12, 2026, this Court Ordered Attorney Brigandi to provide a response to the Court's intention to issue Sanctions in the amount of $15,500 for including false information in the filing of Plaintiffs' Support Brief regarding its Motion for Summary Judgment filed on or about June 30, 2025. Attorney Brigandi hereby files his Response to the Court's Order to Show Cause regarding Sanctions.

For context, Attorney Brigandi was recently hospitalized again with kidney failure. As previously stated by his physician, some of the effects of kidney failure include the lack of ability to

focus on and understand day-to-day issues and divisions, much less the ability to focus on and understand complex issues.  Given this difficulty, soon after being released from his first stay in the hospital (lasting five weeks and ending in early August 2025), Attorney Brigandi filed his request for removal as attorney of record for any and all Parties to this Action.

This Court denied the withdrawal, ordered Attorney Brigandi to remain in this Action, and Ordered that Attorney Brigandi may not and cannot file any Pleadings in this matter.

Attorney Brigandi has previously stated under Oath that he never had, and never will, file any documents with this Court with the intention of misleading any Judge, Attorney, Party, or any other person or entity.  Attorney Brigandi has testified under Oath that he never, in this or any other matter, considered, reviewed, looked at, or relied upon any artificial intelligence applications or software.  If the Court is concerned that, or believes, that AI was used in any pleading, Attorney Brigandi hereby swears under the Oath of Perjury that he did not ever do so.

If the Court's intention is, in part, to set an example here or discourage other outside attorneys and parties from using AI Attorney Brigandi hereby insists that: (a) he never did so; and (b) the facts regarding his physical and mental health explain away any misunderstanding and make this an unworthy example.  Attorney Brigandi and, therefore, Plaintiffs, never intended to mislead anyone.

The Court's Order of Sanctions should be completely dismissed and removed from this case's record.

DATED:  July 23, 2026


BY:    ATTORNEY STEPHEN BRIGANDI


_____/s/ Stephen M. Brigandi_____

2

BRIGANDI'S RESPONSE TO COURT ORDER